✎AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

ALZA CORPORATION and McNEIL-PPC, INC.,

                      Plaintiffs,

      V.

IMPAX LABORATORIES, INC., ANDRX
PHARMACEUTICALS, L.L.C., and
ANDRX CORPORATION,

                  Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-642-JJF

TO: (Name and address of Defendant)

Andrx Pharmaceuticals, L.L.C.
c/o Corporation Service Company (registered agent)
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

E. L. Strickler

(By) DEPUTY CLERK

October 6, 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE October 6, 2005 | |
| NAME OF SERVER (PRINT) Robert L. Smith | TITLE Messenger | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Personally served Andrx Pharmaceuticals, L.L.C. by serving its registered agent at the address listed on the front of this summons.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    October 6, 2005         _____
                    Date                      Signature of Server


                        _____
                        Address of Server

                        Parcels, Inc.
                        4 East Seventh Street
                        Wilmington, DE   19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.