⚞AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____    District of    _____DELAWARE_____

ALZA CORPORATION and McNEIL-PPC, INC.,

                Plaintiffs,

    V.

IMPAX LABORATORIES, INC., ANDRX
PHARMACEUTICALS, L.L.C., and
ANDRX CORPORATION,

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-642-JJF

TO: (Name and address of Defendant)

Andrx Corporation
c/o Corporation Service Company (registered agent)
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    October 6, 2005
CLERK                                              DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: October 6, 2005 |
| NAME OF SERVER (PRINT): Robert L. Smith | TITLE: Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Personally served Andrx Corporation by serving its registered agent at the address listed on the front of this summons.</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 6, 2005
              Date                    Signature of Server

Address of Server
Parcels, Inc.
4 East Seventh Street
Wilmington, DE  19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.