IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALZA CORPORATION and
McNEIL-PPC, INC.,

    Plaintiffs,

    v.

IMPAX LABORATORIES, INC., ANDRX
PHARMACEUTICALS, L.L.C., and ANDRX
CORPORATION,

    Defendants.

Civil Action No. 05-642 (JJF)

### STIPULATION AND ORDER

Plaintiffs and Defendant Impax Laboratories, Inc., by their respective undersigned counsel, and subject to the Court's approval, hereby stipulate and agree to extend the time for Impax Laboratories, Inc. to answer, plead or otherwise move in response to the Complaint until November 16, 2005.

/s/ Steven J. Balick
_____
ASHBY & GEDDES
Steven J. Balick (#2114)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com

OF COUNSEL:
David T. Pritikin
Lisa A. Schneider
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603
(312) 853-7000

Attorneys for Plaintiffs Alza Corporation and
McNeil-PPC, Inc.

_____
YOUNG CONAWAY
  STARGATT & TAYLOR LLP
Josy W. Ingersoll (#1088)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899-0391
(302) 571-6600
jingersoll@ycst.com

OF COUNSEL
Keith Zullow
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Attorneys for Defendant Impax Laboratories,
Inc.

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge