IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C. and<br>ANDRX CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-642-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REPLY TO COUNTERCLAIMS

ALZA Corporation and McNeil-PPC, Inc. (collectively "Plaintiffs"), by their attorneys, hereby reply to the counterclaims of defendants Andrx Pharmaceuticals, LLC and Andrx Corporation (collectively "Defendants") as follows:

      82.    Plaintiffs admit that Defendants purport to assert counterclaims for declaratory relief and damages as alleged in Paragraph 82, but deny that any meritorious counterclaim has arisen.

### COUNT I
### (Declaratory Relief of Noninfringement of the '373 Patent)

      83.    Plaintiffs admit that Defendants purport to assert that subject matter jurisdiction in this Court is proper under 28 U.S.C. §§ 1338, 2201 and 2202, and Fed. R. Civ. P. 13, as alleged in Paragraph 83, and aver, solely for the purpose of this action, that they do not contest the existence of subject matter jurisdiction.

      84.    Plaintiffs admit the allegations in Paragraph 84.

85. Plaintiffs deny the allegations of Paragraph 85.

## COUNT II
### (Declaratory Relief of Invalidity of the '373 Patent)

86. Plaintiffs incorporate by reference their responses to Paragraphs 83-84 of Defendants' counterclaims, above.

87. Plaintiffs deny the allegations of Paragraph 87 as well as the allegations of Paragraphs 75-77, which defendants seek to incorporate.

## COUNT III
### (Declaratory Relief of Noninfringement of the '129 Patent)

88. Plaintiffs incorporate by reference their responses to Paragraphs 83-84 of Defendants' counterclaims, above.

89. Plaintiffs deny the allegations of Paragraph 89.

## COUNT IV
### (Declaratory Relief of Invalidity of the '129 Patent)

90. Plaintiffs incorporate by reference their responses to Paragraphs 83-84 of Defendants' counterclaims, above.

91. Plaintiffs deny the allegations of Paragraph 91 as well as the allegations of Paragraphs 79-81, which defendants seek to incorporate by reference.

Plaintiffs further reply that any allegations in Defendants' counterclaims requiring a response at this time that are not specifically admitted herein are denied.

WHEREFORE, Plaintiffs respectfully request that the Court:

(i) enter judgment on Defendants' counterclaims in favor of Plaintiffs, and against Defendants; and

(ii) deny Defendants any relief on their counterclaims, including but not limited to the relief sought in prayers for relief A-H, inclusive.

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Tiffany Geyer Lydon* |
| | _____ |
| | Steven J. Balick (I.D. #2403) |
| | John G. Day (I.D. #2114) |
| | Tiffany Geyer Lydon (I.D. #3950) |
| *Of Counsel:* | 222 Delaware Avenue, 17th Floor |
| | P.O. Box 1150 |
| David T. Pritikin | Wilmington, Delaware 19899 |
| Thomas D. Rein | sbalick@ashby-geddes.com |
| Sidley Austin Brown & Wood LLP | jday@ashby-geddes.com |
| Bank One Plaza | tlydon@ashby-geddes.com |
| 10 S. Dearborn Street | |
| 55th Floor | *Attorneys for Plaintiffs* |
| Chicago, Illinois  60603 | *ALZA Corporation and McNeil-PPC, Inc.* |
| 312.853.7000 | |

Jeffrey P. Kushan
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C.  20005
202.736.8000

Michael D. Hatcher
Sidley Austin Brown & Wood LLP
717 North Harwood
Suite 3400
Dallas, Texas 75201
214.981.3428

Dated:  November 14, 2005

163515.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2005, the attached **REPLY TO COUNTERCLAIMS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| William J. Cattie, III, Esquire<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE  19899-0588 | HAND DELIVERY |
| James V. Costigan, Esquire<br>Hedman & Costigan, P.C.<br>1185 Avenue of the Americas<br>New York, NY  10036 | VIA FEDERAL EXPRESS |
| Eric D. Isicoff, Esquire<br>Isicoff, Ragatz & Koenigsberg, P.A.<br>1200 Brickell Avenue<br>Miami, FL  33131 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon