IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION<br>and McNEIL-PPC. INC.,<br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C., and<br>ANDRX CORPORATION,<br>Defendants. | Civil Action No. 05-642-JJF |

## IMPAX LABORATORIES, INC.'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Impax Laboratories, Inc., hereby discloses that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: November 16, 2005

Respectfully Submitted,

YOUNG CONAWAY STARGATT & TAYLOR LLP

_____
Josy W. Ingersoll (No. 1088)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jingersoll@ycst.com

2

OF COUNSEL:

GOODWIN PROCTER LLP
David M. Hashmall, Esq.
Frederick H. Rein, Esq.
Keith A. Zullow, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on November 16, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>ASHBY & GEDDES
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

>William J. Cattie, III, Esquire
>RAWLE & HENDERSON LLP
>300 Delaware Avenue, Suite 1015
>PO Box 588
>Wilmington, DE 19899

I further certify that on November 16, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>David T. Pritikin
>Lisa A. Schneider
>SIDLEY AUSTIN BROWN & WOOD LLP
>Bank One Plaza
>10 S. Dearborn Street, 55th Floor
>Chicago, IL 60603

>James V. Costigan, Esquire
>HEDMAN & COSTIGAN, P.C.
>1185 Avenue of the Americas
>New York, NY 10036

Eric D. Isicoff, Esquire
ISICOFF, RAGATZ & KOENIGSBERG, P.A.
1200 Brickell Avenue
Miami, FL 33131

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _/s/ Josy W. Ingersoll_
        Josy W. Ingersoll (No. 1088)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        jingersoll@ycst.com

        Attorneys for Impax Laboratories, Inc.