# UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ALZA CORPORATION, and McNEIL-PPC., INC., | ) ) ) C. A. No. 05-CV-0642 |
| Plaintiffs | ) ) |
| v. | ) ) |
| IMPAX LABORATORIES, INC., ANDRX PHARMACEUTICALS, LLC. and ANDRX CORPORATION | ) ) ) ) |
| Defendants. | ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the following is a list of publicly held parent corporations and companies that own 10% or more of the stock of party defendants Andrx Pharmaceuticals, LLC and Andrx Corporation:

> Andrx Pharmaceuticals, LLC is a wholly owned subsidiary of Andrx Corporation, which is a publicly held company. Iridian Asset Management, located in Greenwich, Connecticut, owns more than 10% of the stock of Andrx Corporation. No other company owns more than 10% of the stock of Andrx Corporation.

**RAWLE & HENDERSON, LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

**OF COUNSEL**:
James V. Costigan, Esq.
Alan B. Clement, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
(212) 302-8989

Eric D. Isicoff, Esq.
Teresa Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131
(305) 373 3232

## UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC., INC.,<br><br>       Plaintiffs<br><br>       v.<br><br>IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, LLC. and<br>ANDRX CORPORATION<br><br>       Defendants. | C. A. No. 05-CV-0642 |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq., do hereby certify that on November 30, 2005, I have E-filed through LEXIS NEXIS the **CORPORATE DISCLOSURE STATEMENT** upon the following individual(s):

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
P. O. Box 1150
Wilmington, DE 19899

                **RAWLE & HENDERSON, LLP**

                /s/ William J. Cattie, III
                William J. Cattie, III, Esq.
                I. D. No. 953
                300 Delaware Avenue, Suite 1015
                P. O. Box 588
                Wilmington, DE 19899-0588
                (302) 778-1200
                Attorney for Defendant
                ANDRX PHARMACEUTICALS, LLC
                ANDRX CORPORATION