# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 23, 2006

The Honorable Joseph J. Farnan  *VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, Delaware 19801

Re:   Alza Corporation and McNeil-PPC, Inc. v. Impax Laboratories, Inc.,
      <u>Andrx Pharmaceuticals, LLC and Andrx Corporation, C.A. No. 05-642-JJF</u>

Dear Judge Farnan:

      The parties to the above action jointly submit the enclosed proposed Scheduling Order for the Court's consideration. The parties are available at the Court's convenience should Your Honor have any questions about the enclosed Order.

Respectfully,

*/s/ John G. Day*

John G. Day

JGD/nml
Enclosure
165915.1

c:   Clerk of the Court (via ECF File and Serve; w/ enclosure)
     Josy W. Ingersoll, Esquire (by hand; w/ enclosure)
     William J. Cattie, III, Esquire (by hand; w/ enclosure)
     Carrie W. Cotter, Esquire (via electronic mail; w/ enclosure)
     Keith A. Zullow, Esquire (via electronic mail; w/ enclosure)
     Martin Endres, Esquire (via electronic mail; w/ enclosure)