# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

February 1, 2006

Steven J. Balick, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
P. O. Box 1150
Wilmington, DE 19899

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
P. O. Box 391
Wilmington, DE 19899

William J. Cattie, III, Esquire
Rawle & Henderson
P. O. Box 588
Wilmington, DE 19899

    RE: Alza Corporation, et al. v. Impax Laboratories Inc., et al.
       <u>Civil Action No. 05-642 JJF</u>

Dear Counsel:

  I have Mr. Day's letter and the parties proposed Scheduling Order (D.I. 14). I request that the parties submit a proposed order with new dates reflecting the following sequence:
    1) Fact discovery cut-off date
    2) Markman Hearing date
    3) Expert Reports due date
    4) Case dispositive motions date

  With regard to the Markman Hearing date, it would be helpful to propose a particular month, and I will enter a specific date during that month.

  I apologize for any inconvenience. If you have any questions, please contact my Case Manager, Deborah Krett, to arrange a teleconference.

Steven J. Balick, Esquire
Tiffany Geyer Lydon, Esquire
Josy W. Ingersoll, Esquire
William J. Cattie, III, Esquire
February 1, 2006
Page 2

Sincerely,

*Joseph J. Farnan Jr.*

JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: Clerk, U.S. District Court