IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC., )<br>)<br>) | |
| Plaintiffs, )<br>) | Civil Action No. 05-CV-0642 |
| v. )<br>) | |
| IMPAX LABORATORIES, INC, )<br>ANDRX PHARMACEUTICALS, L. L. C., )<br>and ANDRX CORPORATION ) | |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq., do hereby certify that on February 6, 2006, I have I have E-filed through LEXIS NEXIS the **DEFENDANTS' INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)1** to following individual(s):individual(s):

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
P. O. Box 1150
Wilmington, DE 19899

RAWLE & HENDERSON LLP

/s/ William J. Cattie, III, Esq.
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant Andrx Pharmaceuticals, L. L. C., and Andrx Corporation