IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION<br>and McNEIL-PPC. INC.,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C., and<br>ANDRX CORPORATION,<br>　　　　　　Defendants. | Civil Action No. 05-642-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 6, 2006, copies of Defendant IMPAX Laboratories, Inc.'s Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1) were served upon the following counsel of record as indicated below:

### *By Hand Delivery and E-mail*

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
Tiffany Geyer Lydon [tlydon@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

William J. Cattie, III, Esquire [wcattie@rawle.com]
RAWLE & HENDERSON LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899

*By E-mail*

David T. Pritikin [dpritikin@sidley.com]
Lisa A. Schneider [lschneider@sidley.com]
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

James V. Costigan, Esquire [mail@hgcpatent.com]
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY 10036

Eric D. Isicoff, Esquire [isicoff@irlaw.com]
ISICOFF, RAGATZ & KOENIGSBERG, P.A.
1200 Brickell Avenue
Miami, FL 33131

|  |  |
|---|---|
| Dated: February 6, 2006 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br><br>/s/ Karen L. Pascale<br>Josy W. Ingersoll (No. 1088)<br>Karen L. Pascale (No. 2903)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>(302) 571-6600<br>jingersoll@ycst.com<br>kpascale@ycst.com<br><br>GOODWIN PROCTER LLP<br>Keith A. Zullow<br>Karen J. Axt<br>599 Lexington Avenue<br>New York, NY  10022<br>(212) 813-8800<br><br>*Attorneys for Defendant IMPAX Laboratories, Inc.* |

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on February 6, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> Tiffany Geyer Lydon [tlydon@ashby-geddes.com]
> ASHBY & GEDDES
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

> William J. Cattie, III, Esquire [wcattie@rawle.com]
> RAWLE & HENDERSON LLP
> 300 Delaware Avenue, Suite 1015
> P.O. Box 588
> Wilmington, DE 19899

I further certify that on February 6, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> David T. Pritikin [dpritikin@sidley.com]
> Lisa A. Schneider [lschneider@sidley.com]
> SIDLEY AUSTIN BROWN & WOOD LLP
> Bank One Plaza
> 10 S. Dearborn Street, 55th Floor
> Chicago, IL 60603

> James V. Costigan, Esquire [mail@hgcpatent.com]
> HEDMAN & COSTIGAN, P.C.
> 1185 Avenue of the Americas
> New York, NY 10036

- 2 -

Eric D. Isicoff, Esquire [isicoff@irlaw.com]
ISICOFF, RAGATZ & KOENIGSBERG, P.A.
1200 Brickell Avenue
Miami, FL 33131

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Karen L. Pascale_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kpascalel@ycst.com

*Attorneys for Defendant Impax Laboratories, Inc.*

- 2 -