# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 10, 2006

The Honorable Joseph J. Farnan            *VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    Alza Corporation and McNeil-PPC, Inc. v. Impax Laboratories, Inc.,
             Andrx Pharmaceuticals, LLC and Andrx Corporation, C.A. No. 05-642-JJF

Dear Judge Farnan:

    Pursuant to the Court's letter request dated February 1, 2006 (D.I. 15), the parties to the above action jointly submit the enclosed revised proposed Scheduling Order for the Court's consideration. The parties are available at the Court's convenience should Your Honor have any questions about the enclosed Order.

                                               Respectfully,

                                               */s/ Tiffany Geyer Lydon*

                                               Tiffany Geyer Lydon

Enclosure
166540.1

c:    Clerk of the Court (via ECF File and Serve; w/ enclosure)
      Josy W. Ingersoll, Esquire (by hand; w/ enclosure)
      William J. Cattie, III, Esquire (by hand; w/ enclosure)
      Carrie W. Cotter, Esquire (via electronic mail; w/ enclosure)
      Keith A. Zullow, Esquire (via electronic mail; w/ enclosure)
      Martin Endres, Esquire (via electronic mail; w/ enclosure)