UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC., INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, LLC and<br>ANDRX CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)<br>)  05-CV-0642<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 7th day of March 2006, two copies of the foregoing was served via hand delivery to the following person(s):

Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Josy W. Ingersoll, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**RAWLE & HENDERSON, LLP**

/s/ William J. Cattie, III, Esq.
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

1274913 v.1