IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL PPC, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br><br>IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C., and,<br>ANDRX CORPORATION,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　C.A. No. 05-642-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of March, 2006, **PLAINTIFFS' FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO DEFENDANT IMPAX LABORATORIES, INC.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19801 | HAND DELIVERY |
| David M. Hashmall, Esquire<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY  10022 | VIA FEDERAL EXPRESS |

| | |
|---|---|
| William J. Cattie, III, Esquire<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>P.O. Box 588<br>Wilmington, DE  19899-0588 | HAND DELIVERY |
| James V. Costigan, Esquire<br>Hedman & Costigan, P.C.<br>1185 Avenue of the Americas<br>New York, NY  10036 | VIA FEDERAL EXPRESS |
| Eric D. Isicoff, Esquire<br>Isicoff, Ragatz & Koenigsberg, P.A.<br>1200 Brickell Avenue<br>Miami, FL  33131 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*
*Alza Corporation and McNeil PPC, Inc.*

*Of Counsel:*

David T. Pritikin
Thomas D. Rein
Sidley Austin LLP
Bank One Plaza
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000

Jeffrey P. Kushan
David A. Steffes
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

Michael D. Hatcher
Sidley Austin LLP
717 North Harwood
Suite 3400
Dallas, Texas 75201
Telephone:  (214) 981-3300

Dated:  March 17, 2006

162836.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19801 | HAND DELIVERY |
| David M. Hashmall, Esquire<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY  10022 | VIA FEDERAL EXPRESS |
| William J. Cattie, III, Esquire<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>P.O. Box 588<br>Wilmington, DE  19899-0588 | HAND DELIVERY |
| James V. Costigan, Esquire<br>Hedman & Costigan, P.C.<br>1185 Avenue of the Americas<br>New York, NY  10036 | VIA FEDERAL EXPRESS |
| Eric D. Isicoff, Esquire<br>Isicoff, Ragatz & Koenigsberg, P.A.<br>1200 Brickell Avenue<br>Miami, FL  33131 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon