IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL PPC, INC.,<br><br>           Plaintiffs,<br><br>  v.<br><br>IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C., and,<br>ANDRX CORPORATION,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-642-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of March, 2006, **PLAINTIFFS' FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO DEFENDANTS ANDRX PHARMACEUTICALS, L.L.C. AND ANDRX CORPORATION** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                       HAND DELIVERY
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19801

David M. Hashmall, Esquire                                 VIA FEDERAL EXPRESS
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022

| | |
|---|---|
| William J. Cattie, III, Esquire<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>P.O. Box 588<br>Wilmington, DE  19899-0588 | HAND DELIVERY |
| James V. Costigan, Esquire<br>Hedman & Costigan, P.C.<br>1185 Avenue of the Americas<br>New York, NY  10036 | VIA FEDERAL EXPRESS |
| Eric D. Isicoff, Esquire<br>Isicoff, Ragatz & Koenigsberg, P.A.<br>1200 Brickell Avenue<br>Miami, FL  33131 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*
*Alza Corporation and McNeil PPC, Inc.*

*Of Counsel:*

David T. Pritikin
Thomas D. Rein
Sidley Austin LLP
Bank One Plaza
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000

Jeffrey P. Kushan
David A. Steffes
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

Michael D. Hatcher
Sidley Austin LLP
717 North Harwood
Suite 3400
Dallas, Texas 75201
Telephone:  (214) 981-3300

Dated:  March 17, 2006

162836.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19801 | HAND DELIVERY |
| David M. Hashmall, Esquire<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY  10022 | VIA FEDERAL EXPRESS |
| William J. Cattie, III, Esquire<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>P.O. Box 588<br>Wilmington, DE  19899-0588 | HAND DELIVERY |
| James V. Costigan, Esquire<br>Hedman & Costigan, P.C.<br>1185 Avenue of the Americas<br>New York, NY  10036 | VIA FEDERAL EXPRESS |
| Eric D. Isicoff, Esquire<br>Isicoff, Ragatz & Koenigsberg, P.A.<br>1200 Brickell Avenue<br>Miami, FL  33131 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon