**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALZA CORPORATION<br>and McNEIL-PPC. INC.,<br><div align="right">Plaintiffs,</div><br><div align="center">v.</div><br>IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C., and<br>ANDRX CORPORATION,<br><div align="right">Defendants.</div> | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  05-642-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 24, 2006, copies of Defendant IMPAX

Laboratories, Inc.'s First Request for Production of Documents and Things Nos. 1-21 were

served upon the following counsel of record as indicated below:

### By Hand Delivery and E-mail

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
Tiffany Geyer Lydon [tlydon@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

William J. Cattie, III, Esquire [wcattie@rawle.com]
RAWLE & HENDERSON LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899

***By Fedex***

David T. Pritikin [dpritikin@sidley.com]
Lisa A. Schneider [lschneider@sidley.com]
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

James V. Costigan, Esquire [mail@hgcpatent.com]
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY 10036

Eric D. Isicoff, Esquire [isicoff@irlaw.com]
ISICOFF, RAGATZ & KOENIGSBERG, P.A.
1200 Brickell Avenue
Miami, FL 33131

> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> Josy W. Ingersoll (No. 1088)
> Karen L. Pascale (No. 2903)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> (302) 571-6600
> jingersoll@ycst.com
> kpascale@ycst.com
>
> GOODWIN PROCTER LLP
> Keith A. Zullow
> Karen J. Axt
> 599 Lexington Avenue
> New York, NY 10022
> (212) 813-8800

Dated:   March 24, 2006

*Attorneys for Defendant IMPAX Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on March 24, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
Tiffany Geyer Lydon [tlydon@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

William J. Cattie, III, Esquire [wcattie@rawle.com]
RAWLE & HENDERSON LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899

I further certify that on March 24, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**By Fedex**

David T. Pritikin [dpritikin@sidley.com]
Lisa A. Schneider [lschneider@sidley.com]
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

James V. Costigan, Esquire [mail@hgcpatent.com]
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY 10036

Eric D. Isicoff, Esquire [isicoff@irlaw.com]
ISICOFF, RAGATZ & KOENIGSBERG, P.A.
1200 Brickell Avenue
Miami, FL 33131

_____
Josy W. Ingersoll (No. 1088)

- 2 -