## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION and McNEIL-PPC. INC., <br>               Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., ANDRX PHARMACEUTICALS, L.L.C., and ANDRX CORPORATION, <br>               Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-642-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 17, 2006, copies of :

*IMPAX Laboratories, Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents and Things (Nos. 1-77)*;

were served upon the following counsel of record as indicated below:

### *By Hand Delivery and E-mail*

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
Tiffany Geyer Lydon [tlydon@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

William J. Cattie, III, Esquire [wcattie@rawle.com]
RAWLE & HENDERSON LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899

<u>*By FedEx and E-mail*</u>

David T. Pritikin [dpritikin@sidley.com]
Lisa A. Schneider [lschneider@sidley.com]
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

James V. Costigan, Esquire [mail@hgcpatent.com]
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY 10036

Eric D. Isicoff, Esquire [isicoff@irlaw.com]
ISICOFF, RAGATZ & KOENIGSBERG, P.A.
1200 Brickell Avenue
Miami, FL 33131

Dated: April 17, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

-and-

GOODWIN PROCTER LLP
David M. Hashmall
Frederick H. Rein
Keith A. Zullow
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

*Attorneys for Defendant IMPAX Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on April 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> Tiffany Geyer Lydon [tlydon@ashby-geddes.com]
> ASHBY & GEDDES
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899
>
> William J. Cattie, III, Esquire [wcattie@rawle.com]
> RAWLE & HENDERSON LLP
> 300 Delaware Avenue, Suite 1015
> P.O. Box 588
> Wilmington, DE 19899

I further certify that on April 17, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ***By FedEx and E-Mail***
>
> David T. Pritikin [dpritikin@sidley.com]
> Lisa A. Schneider [lschneider@sidley.com]
> SIDLEY AUSTIN BROWN & WOOD LLP
> Bank One Plaza
> 10 S. Dearborn Street, 55th Floor
> Chicago, IL 60603
>
> James V. Costigan, Esquire [mail@hgcpatent.com]
> HEDMAN & COSTIGAN, P.C.
> 1185 Avenue of the Americas
> New York, NY 10036

- 2 -

Eric D. Isicoff, Esquire [isicoff@irlaw.com]
ISICOFF, RAGATZ & KOENIGSBERG, P.A.
1200 Brickell Avenue
Miami, FL 33131

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      */s/ Karen L. Pascale*
      ―――――――――――――――――――――――
      Karen L. Pascale (No. 2903)
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, Delaware  19801
      (302) 571-6600
      kpascale1@ycst.com

      *Attorneys for Defendant IMPAX Laboratories, Inc.*