UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALZA CORPORATION, and McNEIL-PPC., INC., | ) | |
| | ) | |
| Plaintiffs | ) | C.A.No. 05-CV-0642 |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| ANDRX PHARMACEUTICALS, LLC. | ) | |
| and ANDRX CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of May 2006, a copy of Andrx's Responses to Alza's First Set of Interrogatories was served PRIVATELY ANDMARKED HIGHLY CONFIDENTIAL via hand delivery upon:

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

The undersigned hereby certifies that on this 10th day of May 2006, a copy of this Certificate of Service was served via facsimile and Federal Express upon the following person(s):

David M. Hashmall, Esq.
GOODWIN PROCTOR, LLP
599 Lexington Ave.
New York, NY 10022

Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
SIDLEY AUSTIN BROWN & WOOD, LLP
1501 K Street, N.W.
Washington, D.C. 20005

Michael D. Hatcher
Catherine I. Rajwani
SIDLEY AUSTIN BROWN & WOOD, LLP
717 North Harwood, Suite 3400
Dallas, TX 75201

David T. Pritikin, Esq.
SIDLEY AUSTIN BROWN & WOOD, LLP
BankOne Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

*/s/ William J. Cattie, III*
_____
William J. Cattie, III, Esq.

1301965 v.1

<u>Of Counsel:</u>
Alan B. Clement, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY 10036
Eric D. Isicoff, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, FL 33131