IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION<br>and McNEIL-PPC. INC.,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C., and<br>ANDRX CORPORATION,<br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-642-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 17, 2006, copies of :

***IMPAX's Corrected Response to Interrogatory No. 7 of Plaintiffs' First Set of Interrogatories to Defendant IMPAX Laboratories, Inc.***;

were served upon the following counsel of record as indicated below:

### By Hand Delivery and E-mail

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
Tiffany Geyer Lydon [tlydon@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

### By FedEx and E-mail

David T. Pritikin [dpritikin@sidley.com]
Lisa A. Schneider [lschneider@sidley.com]
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

|  |  |
|---|---|
| Dated: May 17, 2006 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Karen L. Pascale*<br>_____<br>Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]<br>Karen L. Pascale (No. 2903) [kpascale@ycst.com]<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>(302) 571-6600<br><br>-and-<br><br>GOODWIN PROCTER LLP<br>David M. Hashmall<br>Frederick H. Rein<br>Keith A. Zullow<br>599 Lexington Avenue<br>New York, NY  10022<br>(212) 813-8800<br><br>*Attorneys for Defendant IMPAX Laboratories, Inc.* |

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on May 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
>Tiffany Geyer Lydon [tlydon@ashby-geddes.com]
>ASHBY & GEDDES
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899
>
>William J. Cattie, III, Esquire [wcattie@rawle.com]
>RAWLE & HENDERSON LLP
>300 Delaware Avenue, Suite 1015
>P.O. Box 588
>Wilmington, DE 19899

I further certify that on May 17, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>*By FedEx and E-Mail*
>
>David T. Pritikin [dpritikin@sidley.com]
>Lisa A. Schneider [lschneider@sidley.com]
>SIDLEY AUSTIN BROWN & WOOD LLP
>Bank One Plaza
>10 S. Dearborn Street, 55th Floor
>Chicago, IL 60603
>
>James V. Costigan, Esquire [mail@hgcpatent.com]
>HEDMAN & COSTIGAN, P.C.
>1185 Avenue of the Americas
>New York, NY 10036

Eric D. Isicoff, Esquire [isicoff@irlaw.com]
ISICOFF, RAGATZ & KOENIGSBERG, P.A.
1200 Brickell Avenue
Miami, FL 33131

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: May 11, 2006

/s/ Karen L. Pascale
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

*Attorneys for Defendant IMPAX Laboratories, Inc.*

- 2 -