# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ALZA CORPORATION, and<br>McNEIL PPC, INC., |  |
| Plaintiffs, |  |
| v. | Civil Action No. 05-642-JJF |
| IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C., and<br>ANDRX CORPORATION, |  |
| Defendants. |  |

## NOTICE OF DEPOSITIONS

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, Plaintiffs Alza Corporation and McNeil PPC, Inc. (collectively "Plaintiffs"), by and through their counsel, will take the depositions upon oral examination of the persons listed below, under oath and before a duly authorized notary public, or other person authorized by law to administer oaths. The depositions will be recorded by stenographic means by a court reporter and by audio and visual means by a videographer. The depositions will begin at 9:30 a.m. on the dates indicated below, at the offices of Sidley Austin L.L.P., 1501 K Street, N.W., Washington, D.C., or at such dates and places mutually agreed by counsel of record, and shall continue from day to day thereafter until concluded.

| Deponent | Date |
|---|---|
| Manesh Dixit | To Be Mutually Agreed By Counsel |
| Xiu-Xiu Cheng | To Be Mutually Agreed By Counsel |
| The person whose initials are "JC", as they appear for instance throughout ANDRX 61132-255. Also listed as "jchi" at certain points. *See, e.g.*, ANDRX 61161. | To Be Mutually Agreed By Counsel |

| Janet Vaughn | To Be Mutually Agreed By Counsel |
|---|---|

You are invited to attend and participate pursuant to the Federal Rules of Civil Procedure.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

*Of Counsel:*

David T. Pritikin
Thomas D. Rein
Carrie W. Cotter
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois  60603
312-853-7000

-and-

Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
202-736-8000

-and-

Michael D. Hatcher
Catherine I. Rajwani
SIDLEY AUSTIN LLP
717 North Harwood
Suite 3400
Dallas, TX  75201
214-981-3300

Dated: June 23, 2006

170750.1

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Alza Corporation and
McNeil PPC, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2006, the attached **NOTICE OF**

**DEPOSITIONS** was served upon the below-named counsel of record at the address and in the

manner indicated:

Josy W. Ingersoll, Esquire                                    HAND DELIVERY
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

David M. Hashmall, Esquire                               VIA FEDERAL EXPRESS
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022

William J. Cattie, III, Esquire                              HAND DELIVERY
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE  19899-0588

James V. Costigan, Esquire                               VIA FEDERAL EXPRESS
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY  10036

Eric D. Isicoff, Esquire                                      VIA FEDERAL EXPRESS
Isicoff, Ragatz & Koenigsberg, P.A.
1200 Brickell Avenue
Miami, FL  33131

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon