IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C., and,<br>ANDRX CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CONFIDENTIAL: CONTAINS<br>INFORMATION SUBJECT<br>TO PROTECTIVE ORDER<br>FILED UNDER SEAL**<br><br>C.A. No. 05-642-JJF |

## NOTICE OF RULE 30(b)(6) DEPOSITION OF
## DEFENDANT IMPAX LABORATORIES, INC.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure Rule 30(b)(6), Plaintiffs Alza Corporation and McNeil PPC, Inc. (collectively "Plaintiffs"), by and through its counsel, will take the deposition upon oral examination of defendant Impax Laboratories, Inc. ("Impax"), through one or more of its officers, directors, managing agents, employees, or other persons designated to testify on Impax's behalf, with respect to each of the subject matters listed below.

The definitions and instructions set forth in the Definitions and Instructions attached as Exhibit A to Plaintiffs' First Set of Requests for Documents and Things To Defendant Impax Laboratories, Inc. are incorporated herein by reference.

The deposition will take place under oath and before a duly authorized notary public, or other person authorized by law to administer oaths. The deposition will be recorded by stenographic means by a court reporter and by audio and visual means by a videographer. The deposition will begin at 9:30 a.m. on July 12, 2006 and continue on July 13, 2006, at the offices of Ashby & Geddes, 222 Delaware Avenue, 17th Floor, Wilmington, Delaware, or at a date and place mutually agreed by counsel of record, and shall continue from day to day thereafter until concluded.

### DEPOSITION TOPICS

**REDACTED**

**REDACTED**

-4-

*Of Counsel:*

David T. Pritikin
Thomas D. Rein
Carrie W. Cotter
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois 60603
312-853-7000

-and-

Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
202-736-8000

-and-

Michael D. Hatcher
Catherine I. Rajwani
SIDLEY AUSTIN LLP
717 North Harwood
Suite 3400
Dallas, TX 75201
214-981-3300

*Of Counsel to Plaintiffs
Alza Corporation and McNeil PPC, Inc.*

Dated: June 23, 2006

170748.1

ASHBY & GEDDES

*/s/ John G. Day*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. #2403)
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Alza Corporation and McNeil PPC, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2006, the attached **NOTICE OF RULE 30(b)(6) DEPOSITION OF DEFENDANT IMPAX LABORATORIES, INC.** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| David M. Hashmall, Esquire<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022 | **VIA FEDERAL EXPRESS** |

I also hereby certify that on the 23rd day of June, 2006, a version of the attached **NOTICE OF RULE 30(b)(6) DEPOSITION OF DEFENDANT IMPAX LABORATORIES, INC.** with topics redacted, was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Cattie, III, Esquire<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19899-0588 | **HAND DELIVERY** |
| James V. Costigan, Esquire<br>Hedman & Costigan, P.C.<br>1185 Avenue of the Americas<br>New York, NY 10036 | **VIA FEDERAL EXPRESS** |
| Eric D. Isicoff, Esquire<br>Isicoff, Ragatz & Koenigsberg, P.A.<br>1200 Brickell Avenue<br>Miami, FL 33131 | **VIA FEDERAL EXPRESS** |

_____
John G. Day