IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C., and,<br>ANDRX CORPORATION,<br><br>        Defendants. | )  **REDACTED PUBLIC**<br>)  **VERSION**<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-642-JJF<br>)<br>)<br>)<br>)<br>) |

**AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION
OF DEFENDANT IMPAX LABORATORIES, INC.**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure Rule 30(b)(6), Plaintiffs Alza Corporation and McNeil PPC, Inc. (collectively "Plaintiffs"), by and through its counsel, will take the deposition upon oral examination of defendant Impax Laboratories, Inc. ("Impax"), through one or more of its officers, directors, managing agents, employees, or other persons designated to testify on Impax's behalf, with respect to each of the subject matters listed below.

The definitions and instructions set forth in the Definitions and Instructions attached as Exhibit A to Plaintiffs' First Set of Requests for Documents and Things To Defendant Impax Laboratories, Inc. are incorporated herein by reference.

The deposition will take place under oath and before a duly authorized notary public, or other person authorized by law to administer oaths. The deposition will be recorded by stenographic means by a court reporter and by audio and visual means by a videographer. The deposition will begin at 9:30 a.m. on a date mutually agreed by counsel of record, at the offices of Ashby & Geddes, 222 Delaware Avenue, 17th Floor, Wilmington, Delaware, or at a place mutually agreed by counsel of record, and shall continue from day to day thereafter until concluded.

## DEPOSITION TOPICS

**REDACTED**

**REDACTED**

**REDACTED**

ASHBY & GEDDES

*/s/ John G. Day*

| | |
|---|---|
| *Of Counsel:* | Steven J. Balick (I.D. #2114) |
| | John G. Day (I.D. # 2403) |
| David T. Pritikin | Tiffany Geyer Lydon (I.D. #2403) |
| Thomas D. Rein | 222 Delaware Avenue |
| Carrie W. Cotter | 17th Floor |
| SIDLEY AUSTIN LLP | P.O. Box 1150 |
| One S. Dearborn Street | Wilmington, Delaware 19899 |
| Chicago, Illinois 60603 | sbalick@ashby-geddes.com |
| 312-853-7000 | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |

*Attorneys for Plaintiffs Alza Corporation and McNeil PPC, Inc.*

-and-

Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
202-736-8000

-and-

Michael D. Hatcher
Catherine I. Rajwani
SIDLEY AUSTIN LLP
717 North Harwood
Suite 3400
Dallas, TX 75201
214-981-3300

*Of Counsel to Plaintiffs*
*Alza Corporation and McNeil PPC, Inc.*


Dated: July 13, 2006

171221.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2006, the attached **AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION OF DEFENDANT IMPAX LABORATORIES, INC.** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| David M. Hashmall, Esquire<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022 | VIA FEDERAL EXPRESS |

I also hereby certify that on the 13th day of July, 2006, a version of the attached **AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION OF DEFENDANT IMPAX LABORATORIES, INC.** with topics redacted, was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Cattie, III, Esquire<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19899-0588 | HAND DELIVERY |
| James V. Costigan, Esquire<br>Hedman & Costigan, P.C.<br>1185 Avenue of the Americas<br>New York, NY 10036 | VIA FEDERAL EXPRESS |
| Eric D. Isicoff, Esquire<br>Isicoff, Ragatz & Koenigsberg, P.A.<br>1200 Brickell Avenue<br>Miami, FL 33131 | VIA FEDERAL EXPRESS |

_____
John G. Day