# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------X
)
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
)
       Plaintiffs                    )        CIVIL ACTION NO.
)
           v.                   )        05-CV-0642
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
)
       Defendants.          )
----------------------------------------------------------------X

**DEFENDANTS', ANDRX PHARMACEUTICALS, LLC, ANDRX CORPORATION AND IMPAX LABORATORIES, INC., NOTICE OF DEPOSITION OF ALZA CORPORATION AND McNEIL-PPC., INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, commencing at 9:30 am on July 26, 2006, or at such other date and time as shall be agreed up on by the parties or ordered by the District Court of Delaware and continuing day to day thereafter, Defendants, Andrx Pharmaceuticals, LLC Andrx Corporation and Impax Laboratories, Inc. (hereinafter "Defendants"), shall take the deposition upon oral examination of, Plaintiffs, Alza Corporation and McNeil-PPC, Inc. (hereinafter "Plaintiffs" or "Alza"), before a notary public or other officer authorized to administer oaths at the law offices of Hedman & Costigan, P.C., 1185 Avenue of the Americas, New York, NY 10036, or at such other location agreed upon by the parties or ordered by the District Court of Delaware.  The deposition will be recorded by stenographic means, audiotape and/or videotape.  Plaintiffs are invited to attend and cross-examine the designated witness.

Pursuant to Fed. R. Civ. P. 30(b)(6), Alza is directed to designate one or more officers, directors, managing agents or other persons who consent to testify on its behalf and will have

knowledge and are prepared to testify concerning the subject matter categories set forth in Schedule A attached hereto.  In this regard, Alza is reminded that the person(s) designated in response to this notice of deposition are to be prepared and educated regarding the above-identified topics to which the person(s) will testify.  *See, United Techs. Motor Sys., Inc. v. Borg-Warner Auto., Inc.*, 50 USPQ 2d 1060 (E.D. Mich. 1998); *Lapenna v. Upjohn Co.*, 110 F.R.D. 15, 20 (E.D. Pa. 1986); and *Protective Nat'l Ins. Co. v. Commonwealth Ins. Co.*, 137 F.R.D. 267, 283 (D. Neb. 1989).  Alza is requested to identify its designee(s) by July 19, 2006.  The person(s) so designated is required to bring all documents, not previously produced by Alza, related to the subject matter set forth in the topics in Schedule A.

You are invited to attend and cross-examine.

**RAWLE & HENDERSON, LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

**COUNSEL FOR ANDRX**:

Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
(212) 302-8989

Eric D. Isicoff, Esq.
Teresa Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131
(305) 373 3232


**COUNSEL FOR IMPAX:**
Josy W. Ingersoll, Esq.
YOUNG, CONAWAY, STARGATT & TAYLOR
The Bradywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

David M. Hashmall, Esq.
Fredrick H. Rein, Esq.
Keith A. Zullow, Esq.
GOODWIN PROCTOR, LLP
599 Lexington Avenue
New York, NY 10022

## DEFINITIONS FOR SCHEDULES A

As used herein:

1.      "Alza" means plaintiffs Alza Corporation and McNeil-PPC, Inc. and any predecessor, successor, parent, subsidiary, division or affiliate, and the officers, directors, agents, employees and/or attorneys of any of these entities at any time.

2.      "Patents-in-suit" means United States Patent Nos. 6,919,373 and 6,930,129.

3.      The singular includes the plural and the plural includes the singular.

4.      The conjunctions "and" and "or" are to be read either disjunctively or conjunctively so as to bring within the scope of any request all information that might otherwise be construed to be outside its scope.

5.      The words "all" or "any" mean each and every.

6.      The words "relating to," mean every document, thing and/or information that concerns, mentions, includes, describes or applies to the subject matter of the request.

7.      "Each listed inventor" means each inventor identified on the face of either of the Patents-in-suit".

# SCHEDULE A - DEPOSITION TESTIMONY

### Topics for Examination

1. The specific role and contribution of each listed inventor in the research and development, including but not limited to formulation development, selection of formulation excipients, preformulation testing and formulation testing, relating to the subject matter claimed or exemplified in the Patents-in-suit.

2. The specific role and contribution of each listed inventor in the *in vitro* and *in vivo* testing, including but not limited to dissolution specification development, dissolution testing analysis, clinical testing protocols, and pharmacokinetic analysis, relating to the subject matter claimed or exemplified in the Patents-in-suit.

3. The contribution of each of Andrew C. Lam, Padmaja Shivanand, Atul D. Ayer, Richard G. Weyers, Suneel K. Gupta, Diane R. Guinta, Carol A. Christopher, Samuel R. Saks, Lawrence G. Hamel, Jeri D. Wright and Zahedeh Hatamkhany to the "invention" of a method for treating ADD or ADHD comprising administering a dosage form comprising methylphenidate that provides a release of methylphenidate at an ascending release rate over an extended period of time.

4. The contribution of each of Andrew C. Lam, Padmaja Shivanand, Atul D. Ayer, Zahedeh Hatamkhany, Suneel K. Gupta, Diane R. Guinta, Carol A. Christopher, Samuel R. Saks, Lawrence G. Hamel, Jeri D. Wright and Richard G. Weyers to the "invention" of a method for treating Attention-Deficit Disorder or Attention-Deficit Hyperactivity Disorder in a patient, wherein the method comprises administering a pharmaceutically acceptable composition comprising methylphenidate and a pharmaceutically acceptable carrier to said patient in a manner that achieves a substantially ascending

methylphenidate plasma drug concentration over a time period of about 8 hours following said administration.