# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------X
                                                                 )
ALZA CORPORATION, and                                            )
McNEIL-PPC., INC.,                                               )
                                                                 )
                Plaintiffs                                       )    CIVIL ACTION NO.
                                                                 )
         v.                                                      )    05-CV-0642
IMPAX LABORATORIES, INC.,                                        )
ANDRX PHARMACEUTICALS, LLC. and                                  )
ANDRX CORPORATION                                                )
                                                                 )
                Defendants.                                      )
-----------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of July 2006, a copy of Defendants', Andrx Pharmaceuticals, LLC, Andrx Corporation and Impax Laboratories, Inc., Notice of Deposition of Alza Corporation and McNeil-PPC, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) was served via hand and Federal Express upon the following person(s):

| | |
|---|---|
| Steven J. Balick | Josy W. Ingersoll |
| Ashby & Geddes | Young, Conaway, Stargatt & Taylor |
| 222 Delaware Avenue | The Brandywine Building |
| P.O. Box 1150 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |

The undersigned hereby certifies that on this 13th day of July 2006, a copy of Defendants', Andrx Pharmaceuticals, LLC, Andrx Corporation and Impax Laboratories, Inc., Notice of Deposition of Alza Corporation and McNeil-PPC, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) was served via facsimile and Federal Express upon the following person(s):

| | |
|---|---|
| David M. Hashmall, Esq. | Jeffrey P. Kushan |
| GOODWIN PROCTOR, LLP | John L. Newby II |
| 599 Lexington Ave. | Rachel K. Hunnicutt |
| New York, NY 10022 | SIDLEY AUSTIN BROWN & WOOD, LLP |
| | 1501 K Street, N.W. |
| | Washington, D.C. 20005 |

1292066 v.1

| | |
|---|---|
| Michael D. Hatcher<br>Catherine I. Rajwani<br>SIDLEY AUSTIN BROWN & WOOD, LLP<br>717 North Harwood, Suite 3400<br>Dallas, TX  75201 | David T. Pritikin, Esq.<br>SIDLEY AUSTIN BROWN & WOOD, LLP<br>BankOne Plaza<br>10 S. Dearborn Street, 55th Floor<br>Chicago, IL 60603 |

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:
Alan B. Clement, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036

Eric D. Isicoff, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131