IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION <br> and McNEIL-PPC. INC., <br>               Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br> ANDRX PHARMACEUTICALS, L.L.C., and <br> ANDRX CORPORATION, <br>               Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-642-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 21, 2006, copies of (1) *IMPAX Laboratries, Inc.'s First Set of Interrogatories to Plaintiffs (Nos. I1- I4)*; and (2) this Notice of Service were caused to be served upon the following counsel of record as indicated below:

*By Hand Delivery and E-mail*

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

William J. Cattie, III, Esquire [wcattie@rawle.com]
RAWLE & HENDERSON LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899

*By FedEx and E-mail*

David T. Pritikin [dpritikin@sidley.com]
Lisa A. Schneider [lschneider@sidley.com]
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

James V. Costigan, Esquire [mail@hgcpatent.com]
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY 10036

Eric D. Isicoff, Esquire [isicoff@irlaw.com]
ISICOFF, RAGATZ & KOENIGSBERG, P.A.
1200 Brickell Avenue
Miami, FL 33131

Dated: July 21, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
―――――――――――――――――――――
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

-and-

**GOODWIN PROCTER LLP**
David M. Hashmall
Frederick H. Rein
Keith A. Zullow
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

*Attorneys for Defendant IMPAX Laboratories, Inc.*