UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

```
------------------------------------------------------------X
                                                            )
ALZA CORPORATION, and                                       )
McNEIL-PPC., INC.,                                          )
                                                            )
                Plaintiffs                                  )   CIVIL ACTION NO.
                                                            )
        v.                                                  )   05-CV-0642
IMPAX LABORATORIES, INC.,                                   )
ANDRX PHARMACEUTICALS, LLC. and                             )
ANDRX CORPORATION                                           )
                                                            )
                Defendants.                                 )
------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of July 2006, a copy of Andrx's First Set of Interrogatories to Plaintiffs Nos. 1-6 was served via hand delivery and Email upon the following person(s):

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

The undersigned hereby certifies that on this 25th day of July 2006, a copy of Andrx's First Set of Interrogatories to Plaintiffs Nos. 1-6 was served via U.S. Mail and Email upon the following person(s):

David M. Hashmall, Esq.
GOODWIN PROCTOR, LLP
599 Lexington Ave.
New York, NY 10022

Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
SIDLEY AUSTIN BROWN & WOOD, LLP
1501 K Street, N.W.
Washington, D.C. 20005

1292066 v.1

Michael D. Hatcher
Catherine I. Rajwani
SIDLEY AUSTIN BROWN & WOOD, LLP
717 North Harwood, Suite 3400
Dallas, TX 75201

David T. Pritikin, Esq.
SIDLEY AUSTIN BROWN & WOOD, LLP
BankOne Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:
Alan B. Clement, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036

Eric D. Isicoff, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131