IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil Action No. 05-642-JJF |
| v. | )<br>)<br>) | |
| IMPAX LABORATORIES, INC,<br>ANDRX PHARMACEUTICALS, L. L. C.,<br>and ANDRX CORPORATION, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Eric D. Isicoff to represent Andrx Pharmaceuticals, L. L. C., and Andrx Corporation in this matter.

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Facsimile: (302) 778-1400
Attorney for Andrx Pharmaceuticals, L. L. C. and
Andrx Corporation