IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC., <br><br>    Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC,<br>ANDRX PHARMACEUTICALS, L. L. C.,<br>and ANDRX CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)   Civil Action No. 05-642-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

DATE: 6-20-06

Eric D. Isicoff
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131