IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALZA CORPORATION, and McNEIL-PPC, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-642-JTF |
| v. | ) ) ) | |
| IMPAX LABORATORIES, INC, ANDRX PHARMACEUTICALS, L. L. C., and ANDRX CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Eric D. Isicoff is GRANTED.

DATE: _____            _____
                                 UNITED STATES DISTRICT COURT JUDGE