IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and McNEIL-PPC, INC., <br><br>　　Plaintiffs, <br><br>v. <br><br>IMPAX LABORATORIES, INC, ANDRX PHARMACEUTICALS, L. L. C., and ANDRX CORPORATION, <br><br>　　Defendants. | Civil Action No. 05-642-JJF |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>New York</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

DATE: 6-20-06

Kathleen A. Costigan
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036