IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and McNEIL-PPC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC, ANDRX PHARMACEUTICALS, L. L. C., and ANDRX CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-642-JTF |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Kathleen A. Costigan is GRANTED.

DATE: _____        _____
UNITED STATES DISTRICT COURT JUDGE