IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC,<br>ANDRX PHARMACEUTICALS, L. L. C.,<br>and ANDRX CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)   Civil Action No. 05-642-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alan B. Clement to represent Andrx Pharmaceuticals, L. L. C., and Andrx Corporation in this matter.

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Facsimile: (302) 778-1400
Attorney for Andrx Pharmaceuticals, L. L. C. and Andrx Corporation