IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC,<br>ANDRX PHARMACEUTICALS, L. L. C.,<br>and ANDRX CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 05-642-JTF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Alan B. Clement is GRANTED.

DATE: _____    _____

                      UNITED STATES DISTRICT COURT JUDGE