## IN THE UNTIED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 05-642-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC, | ) | |
| ANDRX PHARMACEUTICALS, L. L. C., | ) | |
| and ANDRX CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Nicholas P. Chiara to represent Andrx Pharmaceuticals, L. L. C., and Andrx

Corporation in this matter.

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Facsimile:  (302) 778-1400
Attorney for Andrx Pharmaceuticals, L. L. C. and
Andrx Corporation