IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and McNEIL-PPC, INC., ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 05-642-JJF |
| v. ) ) ) | |
| IMPAX LABORATORIES, INC, ) ANDRX PHARMACEUTICALS, L. L. C., ) and ANDRX CORPORATION, ) ) | |
| Defendants. ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>New York</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

DATE: 6-29-06

_____
Nicholas P. Chiara