IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and McNEIL-PPC, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>IMPAX LABORATORIES, INC, )<br>ANDRX PHARMACEUTICALS, L. L. C., )<br>and ANDRX CORPORATION, )<br><br>Defendants. ) | Civil Action No. 05-642-JTF |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Nicholas P. Chiara is GRANTED.

DATE: _____        _____
                            UNITED STATES DISTRICT COURT JUDGE