IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and McNEIL-PPC, INC., | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 05-642-JJF ) |
| v. | ) ) |
| IMPAX LABORATORIES, INC., ANDRX PHARMACEUTICALS, L.L.C. and ANDRX CORPORATION, | ) ) ) ) |
| Defendants. | ) |

**[SECOND AMENDED PROPOSED] RULE 16 SCHEDULING ORDER**

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. L.R. 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before September 5, 2006.

3. **Discovery.**

   (a) Exchange and completion of written discovery (interrogatories, document requests, requests for admissions and contention interrogatories), identification of fact witnesses, depositions, and document production shall be commenced so as to be completed by October 23, 2006. The parties represent that, to date, written discovery (interrogatories and document requests) has commenced; and initial document production has been substantially completed. Defendants further represent that they have provided the requested samples of their respective commercial products to the Plaintiffs.

1

(b) Maximum of 50 interrogatories, including contention interrogatories, for each side.

(c) Maximum of 200 requests for admission by each side.

(d) Maximum of 15 depositions by plaintiffs and 15 by defendants, excluding expert depositions. Depositions may proceed concurrently with the discovery required by Paragraph 3(a, b and c).

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof on an issue on February 15, 2007; rebuttal reports are due on March 15, 2007.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than April 20, 2007, unless otherwise agreed in writing by the parties or ordered by the Court.

4. **Discovery Disputes.**

(a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the dispute is ready for decision.

(d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

5. **Amendment of the Pleadings.** The parties agree that all motions to amend the pleadings shall be filed on or before October 30, 2006. The amending party(ies) shall concurrently serve supplemental interrogatory answers to all pending interrogatories addressing the claims or defenses sought to be added by the amendment. The non-moving party shall have two weeks from the filing of a motion to amend to propound any discovery that is specifically directed to the claims or defenses sought to be added by the amendment, subject to the limitations on the number of discovery requests set out in paragraph 3. The amending party(ies) shall respond within two weeks from the date of service of said discovery. The non-moving party(ies) reserve their right to challenge any amendment filed on or before October 30, 2006 on any available ground, including timeliness and prejudicial delay.

6. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before April 27, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7. **Markman.** A Markman Hearing will be held between December 15, 2006 and January 15, 2007.[1] Initial Briefs on the claim construction issues shall be filed and served forty-five (45) days prior to the hearing. Opposition Briefs shall be filed and served fifteen (15) days prior to

---

[1] The parties respectfully request that the Court choose a Markman hearing date other than December 22, 2006 or December 26, 2006.

3

the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

8. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

9. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference. The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference.

If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____

DATE                                                                          UNITED STATES DISTRICT JUDGE