# RAWLE & HENDERSON LLP



The Nation's Oldest Law Office • *Established in 1783*

WILLIAM J. CATTIE, III
302-778-1200
wcattie@rawle.com

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

August 11, 2006

The Honorable Joseph J. Farnan
United States District Court
844 King Street
Wilmington Delaware 19801

Re:  Alza Corporation and McNeil-PPC, Inc. v. Impax Laboratories, Inc.,
     Andrx Pharmaceuticals, LLC and Andrx Corporation,  C.A. No. 05-642-JJF

Dear Judge Farnan:

The parties to the above-identified action have begun discovery and, despite diligent effort, have determined that the previously submitted February 10, 2006 proposed scheduling order will not provide sufficient time to complete pretrial activities due to the facts of this action and the location of witnesses and documents.

Accordingly, the parties have negotiated the enclosed Second Amended Proposed Rule 16 Scheduling Order which the parties believe is in keeping with Court's preferred format for scheduling orders with one exception relating to deposition discovery. Specifically, the parties seek relief from the Court's requirement that all written discovery be completed prior to the commencement of deposition discovery. The requirement would be particularly burdensome in this patent infringement action as there are multiple parties to the action whose principal places of business are located in California and Florida and there are eleven (11) named inventors of the patents-in-suit. Due to these particular circumstances, almost all depositions will require cross country travel by one or more parties' representatives and/or witnesses. For these reasons the parties would like to begin depositions as soon as possible. Thus, the changes to the preferred format will expedite completion of fact discovery.

The parties have begun discovery and have agreed to expedited responses to discovery requests in an attempt to limit the number of depositions required to prepare our respective cases. Nevertheless, the parties still believe that relief from the Court's prohibition on written and deposition discovery proceeding concurrently will expedite the preparation of this case for trial.

# RAWLE & HENDERSON LLP

The Honorable Joseph J. Farnan
August 11, 2006
Page 2

The parties are available at the Court's convenience should Your Honor have any questions.

                              Respectfully submitted,

                              RAWLE & HENDERSON, LLP

                              By: _____
                                   William J. Cattie, III

WJC/lmm
cc:    Prothonotary
        Steven J. Balick, Esq.
        Josy W. Ingersoll, Esq.
        David M. Hashmall, Esq.
        Michael D. Hatcher, Esq.
        Jeffrey P. Kushan, Esq.
        David T. Pritikin, Esq.
        Alan B. Clement, Esq.
        Eric D. Isicoff, Esq.

1341396 v.1