## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ALZA CORPORATION                           )
and McNEIL-PPC. INC.,                      )
                        Plaintiffs,        )
                                           )
        v.                                 )
                                           )   Civil Action No.  05-642-JJF
IMPAX LABORATORIES, INC.,                  )
ANDRX PHARMACEUTICALS, L.L.C., and         )
ANDRX CORPORATION,                         )
                        Defendants.        )
                                           )
                                           )

## DEFENDANTS' NOTICE OF DEPOSITIONS
## PURSUANT TO FED. R. CIV. P. 30

Please take note that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, at such

dates and times as shall be agreed upon by the parties or ordered by the District Court of

Delaware and continuing day to day thereafter, Defendants, IMPAX Laboratories, Inc., Andrx

Pharmaceuticals, LLC and Andrx Corporation (hereinafter "Defendants"), shall take the

deposition upon oral examination of the persons listed below before a notary public or other

officer authorized to administer oaths at the law offices of Hedman & Costigan, P.C., 1185

Avenue of the Americas, New York, NY 10036, or at such other location agreed upon by the

parties or ordered by the District Court of Delaware.  The depositions will be recorded by

stenographic means, audiotape and/or videotape.

| DEPONENT | DATE |
|----------|------|
| Andrew Lam | TBD |
| Suneel Gupta | TBD |
| Diane Guinta | TBD |
| James Swanson | TBD |
| Samuel Saks | TBD |

You are invited to attend and cross-examine.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated:   August 24, 2006

*Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600

-and-

GOODWIN PROCTER LLP
David M. Hashmall
Frederick H. Rein
Keith A. Zullow
599 Lexington Avenue
New York, NY  10022
(212) 813-8800

*Attorneys for Defendant IMPAX Laboratories, Inc.*

*Attorneys for Defendants*
*Andrx Pharmaceuticals, LLC and Andrx Corporation:*

William J. Cattie, III, Esq. (No. 953)
RAWLE & HENDERSON, LLP
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200

-and-

Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
(212) 302-8989

Eric D. Isicoff, Esq.
Teresa Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131
(305) 373 3232

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 24, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> Tiffany Geyer Lydon [tlydon@ashby-geddes.com]
> ASHBY & GEDDES
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899
>
> William J. Cattie, III, Esquire [wcattie@rawle.com]
> RAWLE & HENDERSON LLP
> 300 Delaware Avenue, Suite 1015
> P.O. Box 588
> Wilmington, DE 19899

I further certify that on August 24, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ### By FedEx and E-Mail
>
> Jeffrey P. Kushan, Esquire  [jkushan@sidley.com]
> John L. Newby, II, Esquire  [jnewby@sidley.com]
> Rachel K. Hunnicutt, Esquire  [rhunnicutt@sidley.com]
> SIDLEY AUSTIN LLP
> 1501 K Street, N.W.
> Washington, D.C.  20005
> (202) 736-8000
>
> David T. Pritikin, Esquire [dpritikin@sidley.com]
> Thomas D. Rein, Esquire [trein@sidley.com]
> Carrie W. Cotter, Esquire [ccotter@sidley.com]
> SIDLEY AUSTIN LLP
> Bank One Plaza
> One South Dearborn Street
> Chicago, IL 60603

056963.1002

Michael D. Hatcher, Esquire [mhatcher@sidley.com]
Catherine I. Rajwani, Esquire [crajwani@sidley.com]
SIDLEY AUSTIN LLP
717 North Harwood
Suite 3400
Dallas, TX  75201

James V. Costigan, Esquire [mail@hgcpatent.com]
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY 10036

Eric D. Isicoff, Esquire [isicoff@irlaw.com]
ISICOFF, RAGATZ & KOENIGSBERG, P.A.
1200 Brickell Avenue
Miami, FL 33131

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated:   August 24, 2006

_Karen L. Pascale_

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600

_Attorneys for Defendant IMPAX Laboratories, Inc._