IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALZA CORPORATION, and | ) | |
| McNEIL PPC, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 05-642-JJF |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| ANDRX PHARMACEUTICALS, L.L.C., and, | ) | |
| ANDRX CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 24th day of August, 2006, **PLAINTIFFS'**

**RESPONSES AND OBJECTIONS TO ANDRX'S FIRST SET OF INTERROGATORIES**

**TO PLAINTIFFS** was served upon the following counsel of record at the address and in the

manner indicated:

Josy W. Ingersoll, Esquire                                      HAND DELIVERY
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19801

David M. Hashmall, Esquire                                      VIA ELECTRONIC MAIL
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022

William J. Cattie, III, Esquire                                      <u>HAND DELIVERY</u>
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE  19899-0588


James V. Costigan, Esquire                                          <u>VIA ELECTRONIC MAIL</u>
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY  10036


Eric D. Isicoff, Esquire                                            <u>VIA ELECTRONIC MAIL</u>
Isicoff, Ragatz & Koenigsberg, P.A.
1200 Brickell Avenue
Miami, FL  33131


                                                                    ASHBY & GEDDES

                                                                    /s/ *Steven J. Balick*
                                                                    _____
                                                                    Steven J. Balick (I.D. #2114)
                                                                    John G. Day (I.D. #2403)
                                                                    Tiffany Geyer Lydon (I.D. #3950)
                                                                    222 Delaware Ave., 17th Floor
                                                                    P.O. Box 1150
                                                                    Wilmington, DE  19899
                                                                    Telephone:  (302) 654-1888
                                                                    Facsimile:  (302) 654-2067
                                                                    sbalick@ashby-geddes.com
                                                                    jday@ashby-geddes.com
                                                                    tlydon@ashby-geddes.com

*Of Counsel:*                                                       *Attorneys for Plaintiffs*
                                                                    *Alza Corporation and McNeil PPC, Inc.*
Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

David T. Pritikin
Thomas D. Rein
Carrie W. Cotter
Sidley Austin LLP
Bank One Plaza
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000

Michael D. Hatcher
Catherine I. Rajwani
Sidley Austin LLP
717 North Harwood
Suite 3400
Dallas, Texas 75201
Telephone:  (214) 981-3300

Dated:  August 24, 2006

162836.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2006, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:


Josy W. Ingersoll, Esquire                                          HAND DELIVERY
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19801

David M. Hashmall, Esquire                                          VIA ELECTRONIC MAIL
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022

William J. Cattie, III, Esquire                                     HAND DELIVERY
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE  19899-0588

James V. Costigan, Esquire                                          VIA ELECTRONIC MAIL
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY  10036

Eric D. Isicoff, Esquire                                            VIA ELECTRONIC MAIL
Isicoff, Ragatz & Koenigsberg, P.A.
1200 Brickell Avenue
Miami, FL  33131


*/s/ Steven J. Balick*
_____
Steven J. Balick