IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALZA CORPORATION and  
MCNEIL-PPC, INC.,

    Plaintiffs,

v.     : Civil Action No. 05-642-JJF

IMPAX LABORATORIES, INC.,  
ANDRX PHARMAEUTICALS, L.L.C.  
and ANDRX CORPORATION,

    Defendants.

**O R D E R**

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order on August 15, 2006, in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Markman Hearing will be held on **Friday, December 15, 2006 at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) A Pretrial Conference will be held on **Thursday, September 6, 2007 at 11:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel

should be available during the 120 day period for trial.


August 28, 2006                                  /s/ Joseph J. Farnan, Jr.
      DATE                                       UNITED STATES DISTRICT JUDGE