IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and McNEIL PPC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., ANDRX PHARMACEUTICALS, L.L.C., and ANDRX CORPORATION, <br><br> Defendants. | Civil Action No. 05-642-JJF |

## NOTICE OF DEPOSITIONS

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure Rule 30, Plaintiffs Alza Corporation and McNeil PPC, Inc. (collectively "Plaintiffs"), by and through their counsel, will take the deposition upon oral examination of the persons listed below, under oath and before a duly authorized notary public, or other person authorized by law to administer oaths. The deposition will be recorded by stenographic means by a court reporter and by audio and visual means by a videographer. The deposition will begin at 9:30 a.m. on the dates indicated below, at the offices of Sidley Austin L.L.P., 1501 K Street, N.W., Washington, D.C., or at such dates and places mutually agreed by counsel of record, and shall continue from day to day thereafter until concluded.

| **Deponent** | **Date** |
|---|---|
| Jane Chen | To Be Mutually Agreed By Counsel |
| Raul Medina | To Be Mutually Agreed By Counsel |
| Francisco Alvarez | To Be Mutually Agreed By Counsel |

-2-

You are invited to attend and participate pursuant to the Federal Rules of Civil Procedure.

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Tiffany Geyer Lydon* |
| | _____ |
| *Of Counsel:* | Steven J. Balick (I.D. #2114) |
| | John G. Day (I.D. # 2403) |
| David T. Pritikin | Tiffany Geyer Lydon (I.D. #3950) |
| Thomas D. Rein | 222 Delaware Avenue, 17th Floor |
| SIDLEY AUSTIN LLP | P.O. Box 1150 |
| One S. Dearborn Street | Wilmington, Delaware 19899 |
| Chicago, Illinois  60603 | sbalick@ashby-geddes.com |
| 312-853-7000 | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| -and- | |
| | *Attorneys for Plaintiffs Alza Corporation and McNeil PPC, Inc.* |
| Jeffrey P. Kushan | |
| John L. Newby II | |
| Rachel K. Hunnicutt | |
| SIDLEY AUSTIN LLP | |
| 1501 K Street, N.W. | |
| Washington, D.C.  20005 | |
| 202-736-8000 | |

-and-

Michael D. Hatcher
Catherine I. Rajwani
SIDLEY AUSTIN LLP
717 North Harwood
Suite 3400
Dallas, TX  75201
214-981-3300

Dated: August 30, 2006
172630.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2006, the attached **NOTICE OF DEPOSITIONS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| David M. Hashmall, Esquire<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022 | VIA FEDERAL EXPRESS |
| William J. Cattie, III, Esquire<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19899-0588 | HAND DELIVERY |
| James V. Costigan, Esquire<br>Hedman & Costigan, P.C.<br>1185 Avenue of the Americas<br>New York, NY 10036 | VIA FEDERAL EXPRESS |
| Eric D. Isicoff, Esquire<br>Isicoff, Ragatz & Koenigsberg, P.A.<br>1200 Brickell Avenue<br>Miami, FL 33131 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon