UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                                )
ALZA CORPORATION, and                                           )
McNEIL-PPC., INC.,                                              )
                                                                )
                    Plaintiffs                                  )    CIVIL ACTION NO.
                                                                )
            v.                                                  )    05-CV-0642
IMPAX LABORATORIES, INC.,                                       )
ANDRX PHARMACEUTICALS, LLC. and                                 )
ANDRX CORPORATION                                               )
                                                                )
                    Defendants.                                 )
---------------------------------------------------------------X


**DEFENDANTS', ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,
NOTICE OF DEPOSITION OF ALZA CORPORATION AND McNEIL-PPC., INC.
<u>PURSUANT TO FED. R. CIV. P. 30(b)(6)</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, commencing at 9:30 am on September 25, 2006, or at such other date and time as shall be agreed upon by the parties or ordered by the District Court of Delaware and continuing day to day thereafter, Defendants, Andrx Pharmaceuticals, LLC Andrx Corporation (hereinafter "Defendants"), shall take the deposition upon oral examination of Plaintiffs, Alza Corporation and McNeil-PPC, Inc. (hereinafter "Plaintiffs" or "Alza"), before a notary public or other officer authorized to administer oaths at the law offices of Hedman & Costigan, P.C., 1185 Avenue of the Americas, New York, NY 10036, or at such other location agreed upon by the parties or ordered by the District Court of Delaware. The deposition will be recorded by stenographic means, audiotape and/or videotape. Plaintiffs are invited to attend and cross-examine the designated witness.

Pursuant to Fed. R. Civ. P. 30(b)(6), Alza is directed to designate one or more officers, directors, managing agents or other persons who consent to testify on its behalf and will have knowledge and are prepared to testify concerning the subject matter categories set forth in Schedule A attached hereto. In this regard, Alza is reminded that the person(s) designated in response to this notice of deposition are to be prepared and educated regarding the above-identified topics to which the person(s) will testify. *See, United Techs. Motor Sys., Inc. v. Borg-Warner Auto., Inc.*, 50 USPQ 2d 1060 (E.D. Mich. 1998); *Lapenna v. Upjohn Co.*, 110 F.R.D. 15, 20 (E.D. Pa. 1986); and *Protective Nat'l Ins. Co. v. Commonwealth Ins. Co.*, 137 F.R.D. 267, 283 (D. Neb. 1989). Alza is requested to identify its designee(s) by September 8, 2006. The person(s) so designated is required to bring all documents, not previously produced by Alza, related to the subject matter set forth in the topics in Schedule A.

You are invited to attend and cross-examine.

        **RAWLE & HENDERSON, LLP**

        /s/ William J. Cattie, III
        William J. Cattie, III, Esq.
        I. D. No. 953
        300 Delaware Avenue, Suite 1015
        P. O. Box 588
        Wilmington, DE 19899-0588
        (302) 778-1200
        Attorney for Defendant
        ANDRX PHARMACEUTICALS, LLC
        ANDRX CORPORATION

Case 1:05-cv-00642-JJF    Document 67    Filed 09/05/2006    Page 3 of 3

Of Counsel:

Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
(212) 302-8989

Eric D. Isicoff, Esq.
Teresa Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131
(305) 373 3232

3