## DEFINITIONS FOR SCHEDULE A

The same definitions and instructions contained in DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFFS shall apply here and are incorporated herein by reference.

# SCHEDULE A - DEPOSITION TESTIMONY

### Topics for Examination

1. Conception and reduction to practice of the inventions claimed in the claims of the patents-in-suit, and all documents related thereto.

2. Preparation, filing and prosecution of United States Patent No. 6,919,373, including all related applications thereto, and all documents related thereto.

3. Preparation, filing and prosecution of United States Patent No. 6,930,129, including all related applications thereto, and all documents related thereto.

4. The preparation, execution and submission of the declarations of Suneel Gupta, which were filed during the prosecution of the patents-in-suit, including but not limited to, the generation and collection of the data presented in said declarations, all documents related to the deconvolution used in said declarations, and all documents related thereto.

5. Plaintiffs' factual basis for asserting that Andrx's ANDA filings infringes any of the claims of the patents-in-suit, and all documents related thereto.

6. Any tests, evaluations or analyses of Andrx's methylphenidate hydrochloride products, and all documents related thereto.

7. Any alleged "commercial success" for the subject matter described in the patents-in-suit.

8. Any alleged unexpected results of the inventions clamed in the patents-in-suit.

9. Any evidence of any alleged (a) long felt need, (b) failure by other to achieve, (c) skepticism about the ability to achieve, (d) praise for or (e) copying of the subject matter clamed in the patents-in-suit, and all documents related thereto.

10. All clinical tests, and the results thereof, of Plaintiffs' methylphenidate hydrochloride products produced during the research and development of Plaintiffs' CONCERTA®

products, including Plaintiffs commercial CONCERTA® products, identification of persons involved in the preparation, administration and analysis of said clinical tests, and all documents related thereto.

11. The pharmacokinetics of Plaintiffs' methylphenidate hydrochloride products produced during the research and development of Plaintiffs' CONCERTA® products, including Plaintiffs commercial CONCERTA® products, identification of the person(s) with the most knowledge thereof, and all documents related thereto.

12. Information Plaintiffs possess related to the pharmacokinetics of Andrx's methylphenidate hydrochloride products, and all documents relating thereto.

13. The determination that an extended period of time, as used in the patents-in-suit, refers to a time period beginning at t=0 hours and continuing through at least the mid-point, and preferably beyond the mid-point, of the relevant $T_{90}$ of the dosage form, the individual(s) that made said determination, and all documents related thereto.

14. All documents and information that confirms the therapeutic effectiveness of a controlled release methylphenidate product that produces an ascending release at least through the mid-point of the $T_{90}$ of the dosage form, and all documents related thereto.

15. The inventors' use of the term "ascending release rate" as used in the patents-in-suit, and all documents related thereto.

16. The inventors' use of the term "ascending methylphenidate plasma drug concentration over a time period of about 8 hours following said administration" as used in the patents-in-suit, and all documents related thereto.

17. Plaintiffs' filing of any citizens petition, and supplements thereto, with the FDA with regard to the release profile of any potential generic CONCERTA® products, and all documents, drafts opinions, and all documents related thereto.

18. All procedures that have been or will be used to test Andrx's methylphenidate hydrochloride products.

19. The method of performing dissolution testing described in the patents-in-suit.

20. The method of measuring pharmacokinetic profiles described in the patents-in-suit.

21. The treatment of the immediate release methylphenidate in calculating dissolution and pharmacokinetic profiles in accordance with the patents-in-suit.

Respectfully submitted,

RAWLE & HENDERSON, LLP


/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION


Of Counsel:

Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
(212) 302-8989

7

Eric D. Isicoff, Esq.
Teresa Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131
(305) 373 3232