IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 05-642-JJF |
| v. | )<br>)<br>) | |
| IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C., and,<br>ANDRX CORPORATION, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Todd A. Wagner to represent the plaintiffs in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is included to cover the annual fee.

                                                  ASHBY & GEDDES

                                                  */s/ Tiffany Geyer Lydon*

                                                  _____
                                                  Steven J. Balick (I.D. #2114)
                                                  John G. Day (I.D. #2403)
                                                  Tiffany Geyer Lydon (I.D. #3950)
                                                  222 Delaware Ave., 17th Floor
                                                  P.O. Box 1150
                                                  Wilmington, DE  19899
                                                  Telephone:  (302) 654-1888
                                                  sbalick@ashby-geddes.com
                                                  jday@ashby-geddes.com
                                                  tlydon@ashby-geddes.com

Dated: September 14, 2006
173189.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br><br>IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C., and,<br>ANDRX CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)    C.A. No. 05-642-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of Todd A. Wagner to represent the plaintiffs in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

                                                  _____
                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Todd A. Wagner
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Dated: 9/12/2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2006, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| David M. Hashmall, Esquire<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022 | VIA FEDERAL EXPRESS |
| William J. Cattie, III, Esquire<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19899-0588 | HAND DELIVERY |
| James V. Costigan, Esquire<br>Hedman & Costigan, P.C.<br>1185 Avenue of the Americas<br>New York, NY 10036 | VIA FEDERAL EXPRESS |
| Eric D. Isicoff, Esquire<br>Isicoff, Ragatz & Koenigsberg, P.A.<br>1200 Brickell Avenue<br>Miami, FL 33131 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

164782.1