**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

-----------------------------------------------------------------X
                                                                )
ALZA CORPORATION and                                            )
McNEIL-PPC., INC.,                                              )
                                                                )
                      Plaintiffs,                               )      CIVIL ACTION NO.
                                                                )
              v.                                                )      05-CV-0642
IMPAX LABORATORIES, INC.,                                       )
ANDRX PHARMACEUTICALS, LLC  and                                 )
ANDRX CORPORATION                                               )
                                                                )
                      Defendants.                               )
-----------------------------------------------------------------X

**DEFENDANTS' ANDRX PHARMACEUTICALS, LLC's and ANDRX CORPORATION**
**MOTION TO COMPEL PLAINTIFFS ALZA CORPORATION AND McNEIL-PPC,**
**INC. TO DESIGNATE 30(b)(6) WITNESSES AND SET DEPOSITION DATES**

PLEASE TAKE NOTICE that, pursuant to Rule 37, *Federal Rules of Civil Procedure*

and Local Rule 37.1, Defendants, Andrx Pharmaceuticals, LLC Andrx Corporation (hereinafter

"Andrx"), move to compel Plaintiffs, Alza Corporation and McNeil-PPC, Inc. (hereinafter

"Alza"), to provide dates for its remaining deponents, both personal and 30(b)(6) .

1.      In a phone conversation on September 11, 2006 with counsel for Alza, Andrx

counsel expressed its desire to immediately schedule all depositions in order for both sides to be

able to complete the depositions before the fact discovery cut-off date in the current scheduling

order.  Additionally, Andrx formalized its desire for scheduling all depositions expeditiously in a

letter (sent electronically) on September 12, 2006.  [Exhibit A]  Currently, Andrx has not

received a reply from Alza accepting any dates.  In fact, Alza most recent reply rejected dates

that have been offered.

2.      Fact discovery in the present litigation is set to close on October 23, 2006.  As of

today, Plaintiffs have provided Andrx with only three deposition dates and have not confirmed six offered dates for Andrx deponents. Alza has not provided Andrx with a 30(b)(6) designee(s) or a date(s) for the deposition of Plaintiffs' 30(b)(6) designee(s). [Exhibit B] Alza's delay is prejudicing Andrx's ability to prepare its case and properly schedule these depositions.

3.      Andrx currently has provided dates for eight (8) depositions of Andrx witnesses (both personal and 30(b)(6)). Dates for all 30(b)(6) designees have been offered. Alza has accepted only two of the eight dates that Andrx has offered. The time remaining in which to schedule depositions is short, the witnesses are busy with their regular jobs and responsibilities and the longer Alza waits to provide confirmation of the offered dates, the more likely it is that conflicts will arise.

4.      Further, with the remaining dates for expert discovery and Markman briefing also on a tight schedule, Alza's delay is prejudicing Andrx's ability to prepare properly the expert reports and Markman briefing. Andrx does not desire in any way to extend fact discovery and such delay will severely impact the remaining schedule. Alza's lack of cooperation in the scheduling of depositions appears to be a delay tactic so that it may continue its monopoly on the sale of Concerta® product as long as possible.

5.      Andrx would prefer to amicably negotiate the scheduling of the remaining depositions and has made contact with Alza's counsel in that regard. Because Andrx's efforts to date have been unsuccessful and time is running out, The Court's intervention is necessary.

WHEREFORE, Andrx requests that the Court enter an Order compelling Alza to accept the offered dates for Andrx's witnesses and requiring Alza to provide dates for the remaining personal depositions and designate deponent(s) and deposition date(s) in response to Andrx's

Rule 30(b)(6) Deposition Notice.

Respectfully submitted,


**RAWLE & HENDERSON, LLP**

**/s/ William J. Cattie, III**
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION


Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
(212) 302-8989

Eric D. Isicoff, Esq.
Teresa Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131
(305) 373 3232