# EXHIBIT "A"

September 14, 2006

**VIA E-MAIL**

Michael D. Hatcher, Esq.
SIDLEY AUSTIN LLP
717 North Harwood
Dallas, Texas 75201

      Re:    *Alza Corp. et al.  v. Impax Labs, Inc. and Andrx Pharms., LLC et al.*
               Civ. A. No. 05-642 (JJF)
               Our Ref. 141-v-516

Dear Mr. Hatcher:

        Andrx proposes September 29, 2006 for the deposition of Nicholas Cappuccino for Alza's 30(b)(6) topic number 18.  Also, in response to your recent requests, Andrx proposes the deposition of Raul Medina on October 17, 2006 and Francesco Alvarez on October 18, 2006. Andrx proposes that all of these depositions take place at the offices of Eric Isicoff in Miami, FL beginning at 9:30 AM.  According to our records, Andrx has now offered dates for all the witnesses under its control.  As mentioned in our telephone conversation yesterday, Andrx is attempting to secure dates for Manesh Dixit and Jane Chen as well.  Once we have further information about them, we will let you know.

        Regarding the Alza deponents, this letter confirms our phone conversation yesterday in which we accepted the depositions on October 4, 2006 in Chicago for Mr. Gupta and October 11, 2006 in San Francisco for Mr. Saks.  Unfortunately, due to a previously unknown conflict that trial counsel has on the day set aside for Mr. Gupta's deposition, we would request whether his deposition could be moved to October 5, 2006. As stated in our telephone conversation, the shortening of the depositions of Messrs. Gupta and Saks to a single day is based on our understanding that Impax is not planning on participating in the Alza depositions.

        We are still waiting for proposed dates for Ms. Guinta and Mr. Swanson as well as 30(b)(6) designations and dates.  Additionally, we are waiting for your response to our proposed dates for Ms. Cheng, Mr. Rosenthal and Mr. Berry.  As you are well aware, we are under a tight schedule.  According to Judge Farnan's scheduling order, all depositions must be completed by October 23rd.

Michael D. Hatcher, Esq.
September 14, 2006
Page 2 of 3

The following chart represents our understanding of the deposition schedule:

| WITNESS – COMPANY | TYPE | DATE PROPOSED | LOCATION | ACCEPTED |
|---|---|---|---|---|
| Janet Vaughn – Andrx | Personal | 09/19/06 | Miami | Yes |
| Jie Chi – Andrx | Personal | 09/21/06 | Miami | Yes |
| Brian Berry - Andrx | 30(b)(6) – Topics 14, 17, 19-20[1] | 09/26/06 | Miami | No |
| Larry Rosenthal – Andrx | 30(b)(6) – Topics 1-3, 5-8, 9[2] | 09/27/06 | Miami | No |
| Nick Cappuccino – Andrx | 30(b)(6) – Topic 18 | 09/29/06 | Miami | No |
| Xiu Xiu Cheng – Andrx | Personal and 30(b)(6) Topics – 4, 9[3], 10-13, 15-16, 19-20[4] | 10/10/06 | Miami | No |
| Raul Medina - Andrx | Personal | 10/17/06 | Miami | No |
| Francesco Alvarez – Andrx | Personal | 10/18/06 | Miami | No |
| Jane Chen – Andrx | Personal – non employee | TBD | | |
| Manesh Dixit – Andrx | Personal – non employee | TBD | | |
| | | | | |
| Andrew Lam – Alza | Personal | 09/20/06 | Chicago | Yes |
| Suneel Gupta – Alza | Personal | 10/04/06 | Chicago | Yes[5] |
| Samuel Saks | Personal | 10/11/06 | San Francisco | Yes |
| Diane Giunta | Personal | TBD | | |
| James Swanson | Personal | TBD | | |
| Unknown | 30(b)(6) | TBD | | |

[1] – Plasma drug concentration profiles
[2] – Commercialization, selling and marketing personnel
[3] – Development, formulation testing personnel
[4] – Drug release rates
[5] – Subject to our request to move that deposition to October 5, 2006

Michael D. Hatcher, Esq.
September 14, 2006
Page 3 of 3


        Please confirm that you agree with the scheduled dates and let us have dates for your deponents and Rule 30(b)(6) designees by the end of business on September 13, 2006. We would like to work through this amicably without requesting assistance from the Court. Nevertheless, unless we receive definitive dates right away, we must seek Court intervention.


                                      Very truly yours,

                                      /Alan B. Clement/

                                      Alan B. Clement

cc:    Eric D. Isicoff, Esq. (via e-mail)
       Keith Zullow (via e-mail)