# EXHIBIT "B"

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

----------------------------------------------------------------X
                                                                )
ALZA CORPORATION, and                                           )
McNEIL-PPC., INC.,                                              )
                                                                )
                        Plaintiffs                              )   CIVIL ACTION NO.
                                                                )
              v.                                                )   05-CV-0642
IMPAX LABORATORIES, INC.,                                       )
ANDRX PHARMACEUTICALS, LLC. and                                 )
ANDRX CORPORATION                                               )
                                                                )
                        Defendants.                             )
----------------------------------------------------------------X


**DEFENDANTS', ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,
NOTICE OF DEPOSITION OF ALZA CORPORATION AND McNEIL-PPC., INC.
PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, commencing at 9:30 am on September 25, 2006, or at such other date and time as shall be agreed upon by the parties or ordered by the District Court of Delaware and continuing day to day thereafter, Defendants, Andrx Pharmaceuticals, LLC Andrx Corporation (hereinafter "Defendants"), shall take the deposition upon oral examination of Plaintiffs, Alza Corporation and McNeil-PPC, Inc. (hereinafter "Plaintiffs" or "Alza"), before a notary public or other officer authorized to administer oaths at the law offices of Hedman & Costigan, P.C., 1185 Avenue of the Americas, New York, NY 10036, or at such other location agreed upon by the parties or ordered by the District Court of Delaware. The deposition will be recorded by stenographic means, audiotape and/or videotape. Plaintiffs are invited to attend and cross-examine the designated witness.

Pursuant to Fed. R. Civ. P. 30(b)(6), Alza is directed to designate one or more officers, directors, managing agents or other persons who consent to testify on its behalf and will have knowledge and are prepared to testify concerning the subject matter categories set forth in Schedule A attached hereto. In this regard, Alza is reminded that the person(s) designated in response to this notice of deposition are to be prepared and educated regarding the above-identified topics to which the person(s) will testify. *See, United Techs. Motor Sys., Inc. v. Borg-Warner Auto., Inc.*, 50 USPQ 2d 1060 (E.D. Mich. 1998); *Lapenna v. Upjohn Co.*, 110 F.R.D. 15, 20 (E.D. Pa. 1986); and *Protective Nat'l Ins. Co. v. Commonwealth Ins. Co.*, 137 F.R.D. 267, 283 (D. Neb. 1989). Alza is requested to identify its designee(s) by September 8, 2006. The person(s) so designated is required to bring all documents, not previously produced by Alza, related to the subject matter set forth in the topics in Schedule A.

You are invited to attend and cross-examine.

        **RAWLE & HENDERSON, LLP**

        /s/ William J. Cattie, III
        William J. Cattie, III, Esq.
        I. D. No. 953
        300 Delaware Avenue, Suite 1015
        P. O. Box 588
        Wilmington, DE 19899-0588
        (302) 778-1200
        Attorney for Defendant
        ANDRX PHARMACEUTICALS, LLC
        ANDRX CORPORATION

Of Counsel:

Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
(212) 302-8989

Eric D. Isicoff, Esq.
Teresa Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131
(305) 373 3232

## DEFINITIONS FOR SCHEDULE A

The same definitions and instructions contained in DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFFS shall apply here and are incorporated herein by reference.

## SCHEDULE A - DEPOSITION TESTIMONY

### Topics for Examination

1. Conception and reduction to practice of the inventions claimed in the claims of the patents-in-suit, and all documents related thereto.

2. Preparation, filing and prosecution of United States Patent No. 6,919,373, including all related applications thereto, and all documents related thereto.

3. Preparation, filing and prosecution of United States Patent No. 6,930,129, including all related applications thereto, and all documents related thereto.

4. The preparation, execution and submission of the declarations of Suneel Gupta, which were filed during the prosecution of the patents-in-suit, including but not limited to, the generation and collection of the data presented in said declarations, all documents related to the deconvolution used in said declarations, and all documents related thereto.

5. Plaintiffs' factual basis for asserting that Andrx's ANDA filings infringes any of the claims of the patents-in-suit, and all documents related thereto.

6. Any tests, evaluations or analyses of Andrx's methylphenidate hydrochloride products, and all documents related thereto.

7. Any alleged "commercial success" for the subject matter described in the patents-in-suit.

8. Any alleged unexpected results of the inventions clamed in the patents-in-suit.

9. Any evidence of any alleged (a) long felt need, (b) failure by other to achieve, (c) skepticism about the ability to achieve, (d) praise for or (e) copying of the subject matter clamed in the patents-in-suit, and all documents related thereto.

10. All clinical tests, and the results thereof, of Plaintiffs' methylphenidate hydrochloride products produced during the research and development of Plaintiffs' CONCERTA®

products, including Plaintiffs commercial CONCERTA® products, identification of persons involved in the preparation, administration and analysis of said clinical tests, and all documents related thereto.

11. The pharmacokinetics of Plaintiffs' methylphenidate hydrochloride products produced during the research and development of Plaintiffs' CONCERTA® products, including Plaintiffs commercial CONCERTA® products, identification of the person(s) with the most knowledge thereof, and all documents related thereto.

12. Information Plaintiffs possess related to the pharmacokinetics of Andrx's methylphenidate hydrochloride products, and all documents relating thereto.

13. The determination that an extended period of time, as used in the patents-in-suit, refers to a time period beginning at t=0 hours and continuing through at least the mid-point, and preferably beyond the mid-point, of the relevant $T_{90}$ of the dosage form, the individual(s) that made said determination, and all documents related thereto.

14. All documents and information that confirms the therapeutic effectiveness of a controlled release methylphenidate product that produces an ascending release at least through the mid-point of the $T_{90}$ of the dosage form, and all documents related thereto.

15. The inventors' use of the term "ascending release rate" as used in the patents-in-suit, and all documents related thereto.

16. The inventors' use of the term "ascending methylphenidate plasma drug concentration over a time period of about 8 hours following said administration" as used in the patents-in-suit, and all documents related thereto.

17. Plaintiffs' filing of any citizens petition, and supplements thereto, with the FDA with regard to the release profile of any potential generic CONCERTA® products, and all documents, drafts opinions, and all documents related thereto.

18. All procedures that have been or will be used to test Andrx's methylphenidate hydrochloride products.

19. The method of performing dissolution testing described in the patents-in-suit.

20. The method of measuring pharmacokinetic profiles described in the patents-in-suit.

21. The treatment of the immediate release methylphenidate in calculating dissolution and pharmacokinetic profiles in accordance with the patents-in-suit.

Respectfully submitted,

RAWLE & HENDERSON, LLP


/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:

Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
(212) 302-8989

Eric D. Isicoff, Esq.
Teresa Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131
(305) 373 3232

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         )
ALZA CORPORATION, and                                    )
McNEIL-PPC., INC.,                                       )
                                                         )
                    Plaintiffs                           )   CIVIL ACTION NO.
                                                         )
            v.                                           )   05-CV-0642
IMPAX LABORATORIES, INC.,                                )
ANDRX PHARMACEUTICALS, LLC. and                          )
ANDRX CORPORATION                                        )
                                                         )
                    Defendants.                          )
---------------------------------------------------------X

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th day of September 2006, a copy of the DEFENDANTS', ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, NOTICE OF DEPOSITION OF ALZA CORPORATION AND McNEIL-PPC., INC. PURSUANT TO FED. R. CIV. P. 30(b)(6) was served via US Mail and E-filing notification upon the following person(s):

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

David M. Hashmall, Esq.
GOODWIN PROCTOR, LLP
599 Lexington Ave.
New York, NY 10022

Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
SIDLEY AUSTIN BROWN & WOOD, LLP
1501 K Street, N.W.
Washington, D.C. 20005

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Michael D. Hatcher
Catherine I. Rajwani
SIDLEY AUSTIN BROWN & WOOD, LLP
717 North Harwood, Suite 3400
Dallas, TX 75201

David T. Pritikin, Esq.
SIDLEY AUSTIN BROWN & WOOD, LLP
BankOne Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

**[SIGNATURE ON NEXT PAGE]**

/s/ William J. Cattie, III #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:
Alan B. Clement, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036

Eric D. Isicoff, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131

**Discovery Documents**
1:05-cv-00642-JJF Alza Corporation et al v. Impax Laboratories Inc. et al

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Cattie, William entered on 9/5/2006 at 11:39 AM EDT and filed on 9/5/2006

**Case Name:** Alza Corporation et al v. Impax Laboratories Inc. et al
**Case Number:** 1:05-cv-642
**Filer:** Andrx Pharmaceuticals LLC
Andrx Corporation
**Document Number:** 67

**Docket Text:**
NOTICE to Take Deposition of Alza Corporation and McNeil-PPC, Inc. on 9/25/06 by Andrx Pharmaceuticals LLC, Andrx Corporation. (Attachments: # (1) Schedule A# (2) Certificate of Service) (Cattie, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/5/2006] [FileNumber=267788-0]
[46767542c3ae725214fbf8b65bed8fa6f6b74b9cb014ed48135664006d599a9aa8e1c
151b76e7cf635ad640ddfe02bd23977a774afee13f75680041a5ae9ad45]]
**Document description:** Schedule A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/5/2006] [FileNumber=267788-1]
[1c9248e446c3f0cf9af61d427e04912577156dd9b243e1747777ca439a405f6b25a7d
2f4c86dccc7f2a94328ad43ae46db2632742fd96ffe95dd730a97bbd474]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/5/2006] [FileNumber=267788-2]
[1aec6ff9821311cd7ef38ba3fc2789742c9384b70aca1d83ab6905d3cf9ed69a90fcf
b79661efe9e09dcdbdf91df7d6fe5b381c7d3c9cd7a3010fecc04f1e5e1]]

**1:05-cv-642 Notice will be electronically mailed to:**

Steven J. Balick    sbalick@ashby-geddes.com, jday@ashby-geddes.com; mkipp@ashby-geddes.com; dfioravanti@ashby-geddes.com; nlopez@ashby-geddes.com; tlydon@ashby-geddes.com; lmaguire@ashby-geddes.com; dharker@ashby-geddes.com

https://ecf.ded.uscourts.gov/cgi-bin/Dispatch.pl?108099812890163                     9/5/2006

William J. Cattie , III     wcattie@rawle.com, mbaio@rawle.com; amhiggins@rawle.com

Josy W. Ingersoll     jingersoll@ycst.com, corporate@ycst.com; cglover@ycst.com; corpcal@ycst.com

Tiffany Geyer Lydon     tlydon@ashby-geddes.com, dfioravanti@ashby-geddes.com

**1:05-cv-642 Notice will be delivered by other means to:**