UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            )
ALZA CORPORATION, and                                       )
McNEIL-PPC., INC.,                                          )
                                                            )
                Plaintiffs                                  )   CIVIL ACTION NO.
                                                            )
            v.                                              )   05-CV-0642
IMPAX LABORATORIES, INC.,                                   )
ANDRX PHARMACEUTICALS, LLC. and                             )
ANDRX CORPORATION                                           )
                                                            )
                Defendants.                                 )
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of September 2006, a copy of the

DEFENDANTS' ANDRX PHARMACEUTICALS, LLC's and ANDRX CORPORATION

MOTION TO COMPEL PLAINTIFFS ALZA CORPORATION AND McNEIL-PPC, INC. TO

DESIGNATE 30(b)(6) WITNESSES AND SET DEPOSITION DATES was served via US Mail

and E-filing notification upon the following person(s):


Steven J. Balick                    Josy W. Ingersoll
Ashby & Geddes                      Young, Conaway, Stargatt & Taylor
222 Delaware Avenue                 The Brandywine Building
P.O. Box 1150                       1000 West Street, 17th Floor
Wilmington, DE 19899                P.O. Box 391
                                    Wilmington, DE 19899-0391

David M. Hashmall, Esq.             Jeffrey P. Kushan
GOODWIN PROCTOR, LLP                John L. Newby II
599 Lexington Ave.                  Rachel K. Hunnicutt
New York, NY 10022                  SIDLEY AUSTIN BROWN & WOOD, LLP
                                    1501 K Street, N.W.
                                    Washington, D.C. 20005

4

Michael D. Hatcher
Catherine I. Rajwani
SIDLEY AUSTIN BROWN & WOOD, LLP
717 North Harwood, Suite 3400
Dallas, TX 75201

David T. Pritikin, Esq.
SIDLEY AUSTIN BROWN & WOOD, LLP
BankOne Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

/s/ William J. Cattie, III #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:
Alan B. Clement, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036

Eric D. Isicoff, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131