UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

```
-----------------------------------------------X
                                                )
ALZA CORPORATION, and                           )
McNEIL-PPC., INC.,                              )
                                                )
              Plaintiffs                        )   CIVIL ACTION NO.
                                                )
         v.                                     )   05-CV-0642
IMPAX LABORATORIES, INC.,                       )
ANDRX PHARMACEUTICALS, LLC. and                 )
ANDRX CORPORATION                               )
                                                )
              Defendants.                       )
-----------------------------------------------X
```

## STATEMENT OF COUNSEL PURSUANT TO RULE 7.1.1

I, Alan B. Clement, provide the following Statement pursuant to Rule 7.1.1 regarding Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation's attempts to take the deposition of 30(b)(6) representative of Alza Corporation and McNeil-PPC, Inc.

1.     On September 5, 2006, our counsel filed with the Court via E-filing, with both electronic and U.S. Mail service being completed, Defendants' Andrx Pharmaceutical, LLC and Andrx Corporation Notice of Deposition of Alza Corporation and McNeil-PPC, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6).

2.     On September 11, 2006, I contacted counsel for Alza Corporation and McNeil-PPC, Inc. by telephone to schedule the deposition of the Plaintiffs' Representatives and Andrx deponents.

3.     On September 12, 2006, I again contacted counsel for Alza Corporation and McNeil-PPC, Inc. by electronic mail to schedule the deposition of Plaintiffs' Representatives and Andrx deponents.

4.  Neither of these contacts resulted in resolving the scheduling of depositions to Andrx's satisfaction.

_____
Alan B. Clement, Esq.