UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

```
-----------------------------------------------------------------X
                                                                 )
ALZA CORPORATION and                                             )
McNEIL-PPC., INC.,                                               )
                                                                 )
                Plaintiffs,                                      )   CIVIL ACTION NO.
                                                                 )
        v.                                                       )   05-CV-0642
                                                                 )
IMPAX LABORATORIES, INC.,                                        )
ANDRX PHARMACEUTICALS, LLC and                                   )
ANDRX CORPORATION                                                )
                                                                 )
                Defendants.                                      )
-----------------------------------------------------------------X
```

**ANDRX PHARMACEUTICALS, LLC's and ANDRX CORPORATION's
MOTION TO WITHDRAW THE MOTION TO COMPEL**

Andrx Pharmaceuticals, LLC and Andrx Corporation hereby give notice that they withdraw their Motion to Compel Plaintiffs, Alza Corporation and McNeil-PPC, Inc., without prejudice to renew such Motion if all matters in dispute are not resolved between the parties without Court intervention.

Respectfully submitted,

**RAWLE & HENDERSON, LLP**

**/s/ William J. Cattie, III**
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

1356404 v.1

Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
(212) 302-8989

Eric D. Isicoff, Esq.
Teresa Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131
(305) 373 3232