# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ALZA CORPORATION, and McNEIL-PPC., INC., <br><br>             Plaintiffs <br><br>     v. <br><br> IMPAX LABORATORIES, INC., ANDRX PHARMACEUTICALS, LLC. and ANDRX CORPORATION <br><br>             Defendants. | CIVIL ACTION NO. <br><br> 05-CV-0642 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of September 2006, a copy of the ANDRX PHARMACEUTICALS, LLC's and ANDRX CORPORATION's MOTION TO WITHDRAW THE MOTION TO COMPEL was served via US Mail and E-filing notification upon the following person(s):

| | |
|---|---|
| Steven J. Balick<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | Josy W. Ingersoll<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |
| David M. Hashmall, Esq.<br>GOODWIN PROCTOR, LLP<br>599 Lexington Ave.<br>New York, NY 10022 | Jeffrey P. Kushan<br>John L. Newby II<br>Rachel K. Hunnicutt<br>SIDLEY AUSTIN BROWN & WOOD, LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005 |

**Error! Unknown document property name.Error! Unknown document property name.**

| | |
|---|---|
| Michael D. Hatcher<br>Catherine I. Rajwani<br>SIDLEY AUSTIN BROWN & WOOD, LLP<br>717 North Harwood, Suite 3400<br>Dallas, TX  75201 | David T. Pritikin, Esq.<br>SIDLEY AUSTIN BROWN & WOOD, LLP<br>BankOne Plaza<br>10 S. Dearborn Street, 55th Floor<br>Chicago, IL 60603 |

/s/ William J. Cattie, III #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:
Alan B. Clement, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036

Eric D. Isicoff, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131

**Error! Unknown document property name.Error! Unknown document property name.**

2