## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

```
-----------------------------------------------------------------X
                                                                 )
ALZA CORPORATION, and                                            )
McNEIL-PPC, INC.,                                                )
                                                                 )
                    Plaintiffs                                   )   CIVIL ACTION NO.
                                                                 )
              v.                                                 )   05-CV-0642
IMPAX LABORATORIES, INC.,                                        )
ANDRX PHARMACEUTICALS, LLC  and                                  )
ANDRX CORPORATION                                                )
                                                                 )
                    Defendants.                                  )
-----------------------------------------------------------------X
```

## DEFENDANTS' NOTICE OF DEPOSITION
## PURSUANT TO FED. R. CIV. P. 30

Please take note that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, at such date and time as shall be agreed upon by the parties or ordered by the District Court of Delaware and continuing day to day thereafter, Defendants, Andrx Pharmaceuticals, LLC and Andrx Corporation (hereinafter "Defendants"), shall take the deposition upon oral examination of Padmaja Shivanand before a notary public or other officer authorized to administer oaths at a location agreed upon by the parties or ordered by the District Court of Delaware.  The deposition will be recorded by stenographic means, audiotape and/or videotape.

Plaintiffs are invited to attend and cross-examine the designated witness.

**[SIGNATURE ON NEXT PAGE]**

Respectfully submitted,

**RAWLE & HENDERSON, LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

**COUNSEL FOR ANDRX**:

Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
(212) 302-8989

Eric D. Isicoff, Esq.
Teresa Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131
(305) 373 3232