UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
)
Plaintiffs ) CIVIL ACTION NO.
)
v. ) 05-CV-0642
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
)
Defendants. )
---------------------------------------------------------------X

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of September, 2006, a copy of the DEFENDANTS' NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30 was served via US Mail and E-filing notification upon the following person(s):

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

David M. Hashmall, Esq.
GOODWIN PROCTOR, LLP
599 Lexington Ave.
New York, NY 10022

Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
SIDLEY AUSTIN BROWN & WOOD, LLP
1501 K Street, N.W.
Washington, D.C. 20005

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Michael D. Hatcher
Catherine I. Rajwani
SIDLEY AUSTIN BROWN & WOOD, LLP
717 North Harwood, Suite 3400
Dallas, TX 75201

David T. Pritikin, Esq.
SIDLEY AUSTIN BROWN & WOOD, LLP
BankOne Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

**[SIGNATURE ON NEXT PAGE]**

1334019 v.1

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:
Alan B. Clement, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036

Eric D. Isicoff, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131