IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALZA CORPORATION, and<br>McNEIL PPC, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 05-642-JJF |
| v. | ) | |
| | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| ANDRX PHARMACEUTICALS, L.L.C., and, | ) | |
| ANDRX CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 22nd day of September, 2006, **NOTICE OF**

**SUBPOENA DIRECTED TO MANESH DIXIT** was served upon the following counsel of

record at the address and in the manner indicated:


Josy W. Ingersoll, Esquire                                      HAND DELIVERY
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801


David M. Hashmall, Esquire                                    VIA FEDERAL EXPRESS
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

William J. Cattie, III, Esquire                                    <u>HAND DELIVERY</u>
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588


James V. Costigan, Esquire                                         <u>VIA FEDERAL EXPRESS</u>
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY 10036


Eric D. Isicoff, Esquire                                           <u>VIA FEDERAL EXPRESS</u>
Isicoff, Ragatz & Koenigsberg, P.A.
1200 Brickell Avenue
Miami, FL 33131




                                                  ASHBY & GEDDES

                                                  /s/ *Tiffany Geyer Lydon*

                                                  _____
                                                  Steven J. Balick (I.D. #2114)
                                                  John G. Day (I.D. #2403)
                                                  Tiffany Geyer Lydon (I.D. #3950)
                                                  222 Delaware Ave., 17th Floor
                                                  P.O. Box 1150
                                                  Wilmington, DE 19899
                                                  Telephone: (302) 654-1888
                                                  Facsimile: (302) 654-2067
                                                  sbalick@ashby-geddes.com
                                                  jday@ashby-geddes.com
                                                  tlydon@ashby-geddes.com

                                                  *Attorneys for Plaintiffs*
*Of Counsel:*                                     *Alza Corporation and McNeil PPC, Inc.*

Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

David T. Pritikin
Thomas D. Rein
Carrie W. Cotter
Sidley Austin LLP
Bank One Plaza
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000

Michael D. Hatcher
Catherine I. Rajwani
Sidley Austin LLP
717 North Harwood
Suite 3400
Dallas, Texas 75201
Telephone:  (214) 981-3300

Dated: September 22, 2006

162836.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19801 | HAND DELIVERY |
| David M. Hashmall, Esquire<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY  10022 | VIA FEDERAL EXPRESS |
| William J. Cattie, III, Esquire<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>P.O. Box 588<br>Wilmington, DE  19899-0588 | HAND DELIVERY |
| James V. Costigan, Esquire<br>Hedman & Costigan, P.C.<br>1185 Avenue of the Americas<br>New York, NY  10036 | VIA FEDERAL EXPRESS |
| Eric D. Isicoff, Esquire<br>Isicoff, Ragatz & Koenigsberg, P.A.<br>1200 Brickell Avenue<br>Miami, FL  33131 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*

_____

Tiffany Geyer Lydon