IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C. and<br>ANDRX CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-642-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

(1) all claims of Plaintiffs Alza Corporation and McNeil-PPC, Inc. ("Plaintiffs") against Defendant IMPAX Laboratories, Inc. ("IMPAX") are dismissed with prejudice pursuant to Fed. R. Civ. P. 41;

(2) all declaratory judgment counterclaims of IMPAX against Plaintiffs are dismissed for lack of subject matter jurisdiction in view of dismissal of Plaintiffs' claims; and

(3) Plaintiffs and IMPAX shall bear their own costs, expenses, and attorneys' fees.

| **ASHBY & GEDDES** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|---|---|
| /s/ *Steven J. Balick* | /s/ *Karen L. Pascale* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>  *Attorneys for Plaintiffs* | Josy W. Ingersoll (I.D. #1088)<br>Karen L. Pascale (I.D. #2903)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>  *Attorneys for Defendant Impax Laboratories, Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE