IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and <br> McNEIL-PPC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDRX PHARMACEUTICALS, L.L.C. and <br> ANDRX CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-642-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATED ORDER AMENDING RULE 16 SCHEDULING ORDER**

The parties to the above action hereby stipulate and agree, subject to the approval and order of the Court, that the Rule 16 Scheduling Order entered by this Court on August 15, 2006 (D.I. 61) is amended as follows:

3(a).  Exchange and completion of written discovery (interrogatories, document requests, requests for admission and contention interrogatories), identification of fact witnesses, depositions, and document production shall be commenced so as to be completed by **November 9, 2006.**

7.  Initial Briefs on claim construction issues on will be filed and served on **November 10, 2006**, and Opposition Briefs will be filed and served on **November 30, 2006**.  The Markman hearing remains scheduled, as previously set by the Court (D.I. 65), for **December 15, 2006**.  The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

| ASHBY & GEDDES | RAWLE & HENDERSON, LLP |
|---|---|
| /s/ *John G. Day* | /s/ *William J. Cattie, III* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. # 2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>*Attorneys for Plaintiffs* | William J. Cattie, III (I.D. #953)<br>300 Delaware Avenue, Suite 1015<br>P.O. Box 588<br>Wilmington, DE 19899-0588<br>302-778-1200<br>*Attorneys for Defendants*<br>*Andrx Pharmaceuticals, LLC and*<br>*Andrx Corporation* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

174088.1

2