UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

```
-------------------------------------------------------------X
                                                              )
ALZA CORPORATION and                                          )
McNEIL-PPC., INC.,                                            )
                                                              )
                    Plaintiffs,        )    CIVIL ACTION NO.
                                                              )
         v.                            )    05-CV-0642
                                                              )
IMPAX LABORATORIES, INC.,                                     )
ANDRX PHARMACEUTICALS, LLC  and                               )
ANDRX CORPORATION                                             )
                                                              )
                    Defendants.        )
-------------------------------------------------------------X
```

**STIPULATION AND ORDER GRANTING LEAVE FOR DEFENDANTS
ANDRX PHARMACEUTICALS, LLC'S AND
ANDRX CORPORATION'S TO FILE A FIRST
AMENDED ANSWER, AFFIRMATIVE DEFENSES  AND COUNTERCLAIMS**

The parties to the above action hereby stipulate and agree, subject to the approval and order of this court, that Defendants, Andrx Pharmaceuticals, LLC and Andrx Corporation be granted leave to file its First Amended Answer, Affirmative Defenses and Counterclaims.

| | |
|---|---|
| ASHBY & GEDDES | RAWLE & HENDERSON, LLP |
| /s/ John G. Day | /s/ William J. Cattie, III, |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | William J. Cattie, III, Esq. (I. D. # 953) |
| John G. Day (I.D. # 2403) | 300 Delaware Avenue, Suite 1015 |
| 222 Delaware Avenue | P. O. Box 588 |
| P.O. Box 1150 | Wilmington, DE 19899-0588 |
| Wilmington, DE 19899 | (302) 778-1200 |
| 302-654-1888 | *Attorney For Defendant* |
| *Attorneys for Plaintiffs* | *Andrx Pharmaceuticals, LLC* |
| | *Andrx Corporation* |

1378349 v.1

2

SO ORDERED this _____ day of _____, 2006

_____                                  _____
         DATE                                                              UNITED STATES DISTRICT JUDGE