IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ANDRX PHARMACEUTICALS, L.L.C. and<br>ANDRX CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-642-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

      The parties to the above action hereby stipulate and agree, subject to the approval and order of the Court, that opening briefs on claim construction issues shall be served and filed by Monday, November 13, 2006.

| ASHBY & GEDDES | RAWLE & HENDERSON, LLP |
|---|---|
| */s/ John G. Day* | */s/ William J. Cattie, III* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. # 2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>302-654-1888<br>*Attorneys for Plaintiffs* | William J. Cattie, III (I.D. #953)<br>300 Delaware Avenue, Suite 1015<br>P.O. Box 588<br>Wilmington, DE  19899-0588<br>302-778-1200<br>*Attorneys for Defendants*<br>*Andrx Pharmaceuticals, LLC and*<br>*Andrx Corporation* |

      **SO ORDERED** this _____ day of _____, 2006.

_____
United States District Judge