# EXHIBIT D



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT

GENEVA
HONG KONG
LONDON
LOS ANGELES
NEW YORK

SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, DC

twagner@sidley.com
(202) 736-8129

FOUNDED 1866

November 2, 2006

**BY FACSIMILE**

Alan B. Clement
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, New York 10036

Re:   <u>Alza Corp. and McNeil-PPC, Inc. v. Andrx Corp. (D. Del.)</u>

Dear Alan:

In accordance with our agreement to exchange final constructions for the claim language in the asserted patents that appears to be in dispute, plaintiffs McNeil and Alza hereby provide the following constructions:

'373 patent, independent claim 1

**"ascending release rate over an extended period of time"** means:

A release of methylphenidate from the dosage wherein the amount released in a periodic interval is increased over the amount released during the immediately-preceding periodic interval starting at t=0 and continuing for at least 3 hours. The release rate is as determined by an appropriate in-vitro dissolution test. The ascending release rate does not include release of drug from any immediate-release drug coating that may be applied to the dosage form.

'373 patent, claims 2-8 and '129 patent, independent claims 1-2

**"a substantially ascending methylphenidate plasma drug concentration over a time period of about [x] hours"** means:

The terms "substantially" and "about" each mean approximately. Thus, a substantially ascending profile is one in which the plasma concentration of methylphenidate generally rises over approximately [x] hours, but may include a slight dip.



Alan B. Clement
November 2, 2006
Page 2

### '129 patent, independent claims 1-2

**"a pharmaceutically acceptable composition comprising methylphenidate"** means:

A pharmaceutical composition that includes a dose of methylphenidate.

**"a patient"** means an individual who is being treated for ADD and/or ADHD.

In addition, the treatment methods of all claims in the '373 patent ("administering a dosage form comprising methylphenidate . . .") and '129 patent ("administering a pharmaceutically acceptable composition comprising methylphenidate . . .") achieve the claimed result from a single administration.

    Furthermore, as we agreed, each party may refer to the other's claim constructions in its opening Markman brief, if desired.

                            Very truly yours,

                            Todd A. Wagner