# EXHIBIT E

November 2, 2006

**VIA E-MAIL**
Todd A. Wagner, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

        Re:   *Alza Corp. et al. v. Andrx Pharmaceuticals, LLC et al.*
               District of Deleware Civil Action No. 05-642-JJF

Dear Todd:

      As discussed, the following are Andrx's final claim constructions for the '373 and '129 patents. As agreed, these are final and may be used by Alza in preparing Alza's opening Markman Brief.

| **Term** | **Andrx Construction** |
|---|---|
| Patient | A person who is otherwise healthy but suffers from ADD and/or ADHD |
| Pharmaceutically acceptable composition | A dosage form that extends release wherein the rate step controlling release mechanism is osmotic |
| Substantially ascending methylphenidate plasma drug concentration | A methylphenidate mean plasma concentration from a non-fasting study conducted on at least 15 patients wherein the dosing occurs in the morning and that exhibits an initial rapid rise due largely to release of drug from an immediate release portion of the dosage form and subsequently does not decline but ascends or is flat except for a possible slight dip between 5.5 and 6.5 hours after administration through the requisite time period |
| Over a time period of | "About" is defined as from one minute before the |

| | |
|---|---|
| about x hours | the time period to one minute after, *i.e.* "about 8 hours" refers to 7:59 to 8:01 |
| Release of methylphenidate at an ascending release rate | In vitro dissolution rate (mg/hr) as measured using a USP dissolution apparatus and methodology that is biorelevant, wherein the release rate is calculated as a mean value of at least six individual dosage units and excludes release from any immediate release portion of the dosage form and wherein release rate only ascends from one hourly time point to another and does not decline or remain constant from one time point to another |
| Extended period of time | Extended period of time refers to the time period beginning at 0 hours and extends through the mid point of the T90 of the dosage form, which mid point is calculated by determining the hourly time point at which 90 percent of the drug in the dosage form (including any immediate release portion) is released and dividing that number of hours by two and rounding up to the next hour (*i.e.*, if the T90 is 8 hours, the extended period of time is 4 hours or if the T90 is 9 hours the extended period of time is 5 hours). |

Andrx will construe like terms in the two patents similarly.

Very truly yours,

Alan B. Clement

ABC