# EXHIBIT F

| | | | | |
|---|---|---|---|---|
| **SIDLEY AUSTIN LLP**<br>**SIDLEY** | SIDLEY AUSTIN LLP<br>1501 K STREET, N.W.<br>WASHINGTON, D.C. 20005<br>(202) 736 8000<br>(202) 736 8711 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT | GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEW YORK | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>TOKYO<br>WASHINGTON, DC |
| | twagner@sidley.com<br>(202) 736-8129 | FOUNDED 1866 | | |

November 3, 2006

**BY FACSIMILE**

Alan B. Clement
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, New York 10036

Re: <u>Alza Corp. and McNeil-PPC, Inc. v. Andrx Corp. (D. Del.)</u>

Dear Alan:

After reviewing the claim construction letters that the parties exchanged yesterday, we thought it might be useful to follow up with respect to the definition of the disputed term "a patient" in the '129 patent claims. Per its letter, Andrx contends that the term "a patient" means "a person who is otherwise healthy but suffers from ADD and/or ADHD." As indicated in our letter, plaintiffs contend that the term "a patient" refers to "an individual who is being treated for ADD and/or ADHD." We believe that our proposed construction is more precise than what you have proposed and may be agreeable to you. Please let me know if this obviates any dispute on this claim term.

Very truly yours,

Todd A. Wagner