# EXHIBIT G

# Wagner, Todd

| | |
|---|---|
| **From:** | Alan B. Clement [AClement@hgcpatent.com] |
| **Sent:** | Wednesday, November 08, 2006 10:19 AM |
| **To:** | Wagner, Todd |
| **Cc:** | Kathleen A. Costigan; Eric Isicoff |
| **Subject:** | Concerta |

Todd -

As discussed yesterday, although Andrx does not agree with your characterization that Alza's construction of the claim term "patient" is more precise than the construction proposed by Andrx, in the spirit of cooperation and in order to reduce the issues of claim construction before the Court, Andrx will stipulate to Alza's construction for purposes of this litigation that "patient" means "an individual who is being treated for ADD and/or ADHD" as set forth in your letter dated November 3, 2006.

As also discussed yesterday, please confirm that Alza will stipulate to moving the date for serving and filing the opening *Markman* briefs to Monday, November 13, 2006 in light of the Friday, November 10, 2006 Federal holiday.

Thanks.


Alan B. Clement, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
(V) 212-302-8989
(F) 212-302-8998
email AClement@hgcpatent.com

The information contained in this email is confidential and may be subject to the Attorney-Client Privilege or Attorney Work Product Exclusion. This email is only intended for the designated recipient(s). Any recipient other than the designated recipient(s) is hereby notified that disclosure or use of this information is unauthorized and prohibited. If you have received this email in error, please notify Hedman & Costigan, P.C. via email at mail@hgcpatent.com or via telephone at 212-302-8989, and delete this email immediately.