# EXHIBIT I

PROTECTED
BY COPYRIGHT LAW (TITLE 17 U.S. CODE)

Payment has been made to the
Copyright Clearance Center for this article

# CLINICAL TRIALS

# Acute tolerance to methylphenidate in the treatment of attention deficit hyperactivity disorder in children

*Objectives:* To evaluate the efficacy of several drug delivery patterns of methylphenidate and to determine whether acute tolerance develops to this widely used stimulant medication in the treatment of children with attention deficit hyperactivity disorder.

*Methods:* Double-blind trials were conducted in a laboratory school setting in which multiple measures of efficacy were obtained frequently in the morning and afternoon across the school day. In study I, relative efficacy was determined for three dosing patterns of methylphenidate: a standard twice-daily profile, a flat profile, and an ascending profile. In study II, tolerance was assessed by comparison of three-times-a-day regimens in which the time of the middle dose varied.

*Results:* In study I, the efficacy of the ascending treatment increased across the day, and in the afternoon it was equal to the efficacy of the twice-daily treatment, indicating that an initial bolus was not required for efficacy. The efficacy of the flat treatment declined across the day, and in the afternoon it was significantly less than in the twice-daily treatment, suggesting that tolerance may be developing. In study II, acute improvements in efficacy were reduced to the second of two closely spaced but not to two widely spaced bolus doses, suggesting that shortly after exposure to high concentrations, efficacy is reduced to given concentrations of methylphenidate. In a concentration–effect model, a tolerance term was needed to account for counterclockwise hysteresis.

*Conclusions:* Acute tolerance to methylphenidate appears to exist. This should be considered in the design of an optimal dosing regimen for the treatment of children with attention deficit hyperactivity disorder. (Clin Pharmacol Ther 1999;66:295-305.)

**James Swanson, PhD, Suneel Gupta, PhD, Diane Guinta, PhD, Daniel Flynn, MSW, Dave Agler, MA, Marc Lerner, MD, Lillie Williams, MD, Ira Shoulson, MD, and Sharon Wigal, PhD** *Irvine and Palo Alto, Calif, and Rochester, NY*

Stimulant medications have been used for about 50 years[1] to treat children with attention deficit hyperactivity disorder (ADHD).[2] Standard clinical practice has remained essentially unchanged since amphetamine (INN, amfetamine)[3] was replaced by methylphenidate[4-6] about

From the University of California Irvine, Irvine; ALZA Corporation, Palo Alto; and University of Rochester, Rochester.

Supported by ALZA Corporation, Palo Alto, Calif.

Received for publication Oct 26, 1998; accepted June 8, 1999.

Reprint requests: James Swanson, PhD, University of California Irvine, Child Development Center, 19722 MacArthur Blvd, Irvine, CA 92612.

Copyright © 1999 by Mosby, Inc.

0009-9236/99/$8.00 + 0    13/1/100597

25 years ago as the primary stimulant prescribed to treat ADHD. Methylphenidate use has increased dramatically,[7] and now more than 10 million prescriptions are written for methylphenidate each year in the United States.[8]

Methylphenidate releases and inhibits uptake of catecholamines (primarily dopamine),[9-10] and the resulting increase in these neurotransmitters is considered to be the basis for its clinical efficacy. Within 1 to 2 hours after oral administration of a clinical dose of methylphenidate, peak serum concentration is achieved and maximum clinical effects are manifested (ie, decreases in the symptoms of ADHD: hyperactivity, inattention, and impulsivity).[11-15] Methylphenidate has a short pharmacokinetic half-life and an equally short

295



**Fig 1.** Study I: Simulated plasma methylphenidate concentrations for a 20-mg total daily dose delivered by twice-daily (bid), flat, and ascending dosing regimens.

duration of efficacy of about 2 to 3 hours,[11-15] so twice-daily (bid) or three-times-a-day (tid) dosing is typical. Because the clinically effective dose varies among children (from 5 to 20 mg per administration), individual titration is required. Years of clinical practice[16-19] confirm that bid or tid dosing regimens provide effective and safe treatment. Even though some observations of tolerance have been noted (eg, to side effects and in certain high dosing regimens),[20] in most cases clinical effectiveness is maintained over years of treatment without increasing dose.[21] It therefore appears that children with ADHD do not develop long-term tolerance to treatment with typical clinical doses of methylphenidate.

The short duration of efficacy of methylphenidate creates serious practical problems for effectiveness (because of waxing and waning of effects), for compliance (because of frequent missed doses with multiple daily administrations), for privacy (because of the need to administer medication at school or in other public settings), and for protection against diversion of this controlled drug (because of the difficulty in controlling access by others when it is stored outside the home).

To address these problems, sustained-release preparations intended for once-a-day administration of methylphenidate[22-26] (and amphetamine)[26-28] have been developed, but they are not considered to be as effective as multiple doses of immediate-release preparations and

are not widely accepted for clinical use.[8,24] The reasons for reduced efficacy of sustained-release preparations are unknown. Two characteristics of sustained-release patterns of drug delivery may contribute to reduced efficacy. First, a reduced or delayed bolus of drug (compared with the immediate-release pattern) may not result in sufficient increase in brain catecholamines to produce standard clinical effects.[9,10,22,27,28] Second, the continuous rate of drug delivery may produce acute tolerance (tachyphylaxis).[29]

Two studies were conducted to test whether these characteristics of drug delivery contribute to reduced efficacy of methylphenidate on measures of behavior and attention. Study I investigated the time course of efficacy produced by two experimental patterns of drug delivery established by frequent dosing (a large bolus followed by small constant doses that generates a flat profile and a small bolus followed by small increasing doses that generates an ascending profile), compared with the standard pattern of drug delivery in clinical treatment (two large bolus doses that generate the bid profile of peaks and troughs) and a placebo control condition. Study II established two experimental tid dosing regimens in which the timing of the second bolus dose was varied to establish patterns of peaks and troughs appropriate for the evaluation of acute tolerance and for pharmacodynamic modeling of the rela-

tionship between simulated methylphenidate concentration and effect.

## METHODS

***Study 1.*** Three methylphenidate delivery profiles (bid, flat, and ascending) and placebo were compared in a four-period, double-blind, randomized crossover study. Behavior, attention, and cognitive performance measures were taken frequently in a laboratory school setting in which children diagnosed with ADHD experience repeated classroom sessions across each day.[31-32]

The bid regimen (twice-daily dosing with immediate-release methylphenidate) was expected to produce peaks and troughs (Fig 1) in drug concentration during the typical school day.[9,12-15] The flat regimen was designed to provide an initial peak and then a constant methylphenidate concentration throughout the day. The ascending regimen was designed to produce an increasing methylphenidate level from a low drug concentration (ie, the bid trough level) established early in the morning to a high drug concentration (ie, the bid peak level) by the end of the day. All treatments were administered in identical capsules given precisely at 30-minute intervals throughout the day (an initial capsule at 7:30 AM followed by capsules at 8:30, 9, 9:30, 10, 10:30, 11, 11:30 AM and at 12, 12:30, 1, 1:30, 2, 2:30, and 3 PM). The timing of actual drug administration differed across regimens to create the desired drug delivery pattern and expected concentration profiles. For example, only two of the capsules administered in the bid regimen contained methylphenidate, whereas all capsules administered in the flat and ascending regimens contained methylphenidate, but in differing amounts.

Thirty-eight children (33 boys and five girls; age range, 7 to 12 years; mean age, 9.2 years), with clinical diagnoses of ADHD and receiving current treatment with methylphenidate doses of 5 to 15 mg administered two or three times per day, were recruited for this trial. Parents signed consent forms and children signed assent forms to enter a protocol approved by the University of California Irvine Institutional Review Board. A structured interview (Diagnostic Interview Schedule for Children)[30] was used to confirm the diagnosis of ADHD based on DSM-IV criteria, including onset by 7 years of age, presence of at least six of the nine symptoms in the Inattention or the Hyperactive-Impulsive domains, and significant impairment in at least two settings (eg, home and school).

Each of two cohorts of children was evaluated in the laboratory school setting from 7 AM until 6 PM on five consecutive Saturdays. On the first Saturday, a cohort was first divided by age into two groups. These groups

were then introduced to the staff and became familiar with the setting of the classroom (staffed with one teacher and one classroom aide) and the playground (staffed with four recess aides). On subsequent Saturdays, each child received (in random order) one of the following treatments: (1) bid: two doses of immediate-release methylphenidate (Ritalin hydrochloride) administered 4½ hours apart as the total daily dose; (2) flat: an initial loading dose of immediate-release methylphenidate equal to 80% of the morning dose of the bid condition, with the remaining amount of the total daily dose administered (starting 1½ hours later) in small equal doses at 30-minute intervals over 6 hours; (3) ascending: an initial loading dose of immediate-release methylphenidate equal to 40% of the morning dose of the bid condition, with the remaining amount of the daily dose administered (starting 1½ hours later) in small increasing doses administered at 30-minute intervals over 5 hours; (4) placebo: lactose administered in all capsules.

On study days, the teacher evaluated each child after four 30-minute group classroom sessions, and each child was tested on a computer in a 30-minute individual laboratory session immediately before or after each of these classroom sessions. These laboratory school[31] evaluations were scheduled at 1 and 3½ hours after the bid dosing times to coincide with expected peaks and troughs in methylphenidate plasma concentration in the bid regimen. Each classroom session had similar written seat work (eg, solving math problems) and group activities (eg, listening to and discussing a presentation to the class). Classroom rules that defined appropriate and inappropriate behavior were established and, after each classroom session, teachers completed the CLAM and the SKAMP rating scales[32-34] to provide subjective but systematic evaluations of several dimensions of behavior.[35] The CLAM scale has 16 symptom-related items that are rated on a four-point scale (not at all, just a little, pretty much, and very much). It provides three established index scores based on averaging ratings from subsets of items (10 items for the Conners hyperactivity index, five items for the inattention/overactivity index, and five items for the aggression/defiance index). The SKAMP scale has 10 items describing problem behaviors in the classroom setting that are rated on a seven-point impairment scale (none, slight, mild, moderate, severe, very severe, or maximal). It provides two established index scores based on averaging ratings from subsets of items (six items for the attention index and four items for the deportment index). In each laboratory session, children were tested on a display-memory scanning task to provide objective measures (reaction time and accuracy) of cognitive



**Fig 2.** Study II: Simulated plasma methylphenidate concentrations for a 30-mg total daily dose delivered by the following dosing regimens: three times a day (tid), tid with the middle bolus given 2 hours after the first (tid-AM), and tid with the middle bolus given 6 hours after the first (tid-PM).

performance.[36-37] In this task, a set of either one or four digits (the memory set) is presented on a computer screen, followed by a set of four digits (the display set). The subject is asked to press one of two buttons to indicate whether or not the display set contained any one of the memory set items.

The desired methylphenidate profiles for each treatment were determined by simulation with use of published literature values[9-15] and a nominal daily dose of 20 mg. The doses required to produce the flat and ascending profiles were determined by deconvolution by use of a pharmacokinetic model with first-order absorption and one-compartment disposition. Fig 1 shows the simulated plasma methylphenidate concentration–time graphs for bid, flat, and ascending drug delivery profiles.

A mixed-effects ANOVA model was used to analyze the efficacy of the bid, flat, ascending, and placebo regimens. The ANOVA model included fixed-effect factors (regimen, session, sequence, and period) and the random-effect factors (intersubject and intrasubject effects). An overall among-regimen comparison at each time point (session) was conducted with an $\alpha = .05$ significance level. In addition, three pairwise comparisons of methylphenidate regimens within each session were estimated if the overall among-regimen difference was significant. For these comparisons, the least-squares estimate of the mean difference between the two regimens and its 95% confidence interval were calculated. No further adjustments to the significance level were made.

***Study II.*** After a three-period, double-blind, randomized crossover trial of three treatments (tid, ascending, and placebo), a parallel design was used to evaluate two experimental tid conditions. In all drug delivery regimens, children took one capsule every ½ hour for 8 hours, starting at 7:30 AM. In the initial crossover phase, a tid regimen was used as the clinical standard (rather than the bid regimen as in study I) to extend the length of expected drug effects to 10 hours. Each subject received doses of methylphenidate at 7:30 AM, 11:30 AM, and 3:30 PM, and each dose was equal to the child's clinically titrated morning dose. In the ascending regimen, 80% of each subject's usual morning dose was administered at 7:30 AM, followed by small increasing doses administered at 30-minute intervals across the day. In the parallel phase, subjects were randomly assigned to one of two tid conditions in which the middle bolus was varied to shift the second peak to an earlier or later time. In both experimental tid regimens, the first and last bolus doses were administered at 7:30 AM and at 3:30 PM, but the time of the middle bolus was either 9:30 AM (tid-AM) or 1:30 PM (tid-PM). In both of these

conditions, the first dose was always equal to the child's usual morning dose and was ~33% of the total daily study dose. The deconvolution procedure and pharmacokinetic model that were applied in study I were used again in study II to select the second and third doses so that the magnitude of the peak after the second dose would match the magnitude of the midday peak in the standard tid condition (Fig 2). For the tid-AM condition, the second and third doses were set at ~21% and ~45%, respectively, of the total daily study dose, and for the tid-PM condition the second and third doses were set at ~39% and ~27%. The tid and ascending treatments were included for an efficacy analysis, which will be reported elsewhere; the experimental tid-AM and tid-PM regimens were used to provide data for the pharmacodynamic analysis of methylphenidate, which is the topic of this report.

Thirty-two children (28 boys and four girls; age range, 7 to 12 years; mean age, 9.9 years) who had a diagnosis of ADHD and were being clinically treated with methylphenidate were recruited for this study. Their parents signed consent forms and the children assent forms approved by the University of California Irvine Institutional Review Board. The methods of study I for confirming a diagnosis of ADHD were used again in study II, and similar evaluation procedures were used for the evaluation of efficacy. The participating children were tested in the same laboratory school setting[31] for 4 study days, with at least 24 hours between each study day. The 32 children were evaluated in one cohort. On the first day, the cohort was divided into two groups of 16 children based on age, and the groups became familiar with the staff and setting of the classroom (staffed with two teachers and two aides for 16 students) and the playground (staffed by eight recess aides). On each day, hourly cycles of activities[31] were scheduled to allow for frequent classroom probes of attention and behavior across the day. The hourly cycle consisted of capsule administration (1 minute), computer math tests (9 minutes), individual classroom seat work (20 minutes), capsule administration (1 minute), library quiet time (9 minutes), and group classroom activity (20 minutes). This cycle was repeated for 10 hours (8 AM to 5 PM), with substitutions in five of the cycles (ie, those starting at 9 and 11 AM and at 1, 3, and 5 PM) to allow for recess sessions and meals during the day.

Plasma methylphenidate profiles were simulated with a nominal daily dose of 30 mg and deconvoluted with the same techniques as those used in study I. The second doses in the tid-AM and tid-PM treatments were designed to achieve earlier or later maximal plasma concentrations equivalent to the midday peak after the midday second dose in the standard tid regimen (Fig 2).

One subjective and one objective measure of efficacy were chosen for evaluations of acute tolerance. The subjective measure was the attention subscale of the SKAMP rating scale,[32-34] expressed as the average rating per item. The objective measure was a measure of activity obtained from a motion detector (Actigraph, Mini Motionlogger Actigraphs, Ambulatory Monitoring Inc, Ardsley, NY) worn on the nondominant wrist. A 5-second acquisition period was specified, and the counts were integrated over each of the precisely timed 20-minute periods of seat work activity in the classroom.

These two primary efficacy measures (SKAMP attention and Actigraph activity) were obtained during the classroom seat work activities of the laboratory school cycles.[31] For each of the 10 classroom sessions, mean values for attention and activity in the placebo condition were subtracted from the mean values for the two experimental conditions (tid-AM and tid-PM) to remove nondrug related within-day variability. To improve clarity in the visual display of the pharmacokinetic-pharmacodynamic relationship, this difference score was multiplied by −1 so that clinical improvement reflected in the pharmacodynamic measure would be positive and match the direction of change in the pharmacokinetic measure (the simulated plasma concentration of methylphenidate). These pharmacodynamic measures (placebo-adjusted efficacy scores) were plotted versus the pharmacokinetic measures (expected drug concentrations), with time coded by arrows, to evaluate whether evidence of tolerance (a counterclockwise hysteresis loop) was present in these data.

A mathematical pharmacokinetic-pharmacodynamic model of the relationship between methylphenidate concentration and efficacy measures was used to assess tolerance.[38-40] This model used methylphenidate clearance values reported in the literature as the basis for simulating individual concentration–time profiles for the various regimens. The validity of this approach was confirmed in a separate pharmacokinetic study of tid and ascending regimens administered to 21 adult volunteers (14 men and seven women): the shape of the pharmacokinetic curve in the ascending treatment (defined by the multiple small doses) matched the predicted shape based on simulation, and the within-subject pharmacokinetic variability was low (<10%).

For this study, modeling was conducted with use of the nonlinear mixed-effects approach (NONMEM)[38] and included all of the children's data to estimate the mean and individual difference parameters. An $E_{max}$ model was fitted to the simulated methylphenidate concentrations and efficacy measures. The strengths and weaknesses of the $E_{max}$ model have been discussed in



**Fig 3.** Study I: Peak and trough responses for an example efficacy measure (attention subscale of the SKAMP rating scale) for the bid, flat, ascending, and placebo treatments.

detail elsewhere.[38-40] The limitations imposed by the known weaknesses of the $E_{max}$ model should be considered when interpreting the analyses of this study. The following equation was used in this study:

$$E_t = E_0 + (E_{max} \, Ce^h_t)/(EC^h_{50} + Ce^h_t) \qquad (1)$$

In this equation, $E_t$ is the efficacy score (SKAMP attention or Actigraph activity) at time t, $E_{max}$ is the maximum efficacy score, and $EC^h_{50}$ is the concentration needed to reach the 50% efficacy score. $Ce^h_t$ is the effect site concentration at time t, and h is the Hill coefficient.

A tolerance model was fitted to the SKAMP assessment scores (equation 2). We used the tolerance model reported by Park et al[40] in which the development of tolerance is modeled as a metabolite with antagonistic properties, as shown in the following formula:

$$E_t = E_0 + (S \cdot Ce_t)/(1 + C_{ant}/C_{ant50}) \qquad (2)$$

In this equation, $E_0$ is the baseline effect, S is the slope of the linear concentration–effect relationship, $C_{ant}$ is the antagonist concentration at time t, and $C_{ant50}$ is the antagonist concentration that reduces the agonist effect by 50%. S is calculated as $E_{max}/EC_{50}$ because a true $E_{max}$ cannot be estimated. The following equations define $C_{ant}$ and $C_{e(t)}$:

$$C_{ant} = f(k_{tol}, C_e) \qquad (3)$$

$$C_{e(t)} = \sum_{i=1}^{n} \left( \frac{D_i k_a k_{eo} \, e^{-k_a \cdot t_i}}{V \, k_a (k_e - k_a)(k_{eo} - k_a)} \right. \qquad (4)$$

$$+ \frac{D_i k_a k_{eo} \, e^{-k_e \cdot t_i}}{V \, k_c (k_a - k_e)(k_{eo} - k_e)}$$

$$\left. + \frac{D_i k_a k_{eo} \, e^{-k_{eo} \cdot t_i}}{V \, k_{eo}(k_a - k_{eo})(k_e - k_{eo})} \right)$$

In these equations, $D_i$ is the $i^{th}$ dose of the drug, $k_a$ is the apparent first-order absorption rate constant, $k_{eo}$ is the distributional rate constant, V is the volume of distribution of the drug, $k_e$ is the apparent first-order elimination rate constant, $t_i$ is the time since the $i^{th}$ dose, and t is the time since the first dose.

These equations describe a one-compartment pharmacokinetic model for first-order absorption and disposition of methylphenidate. As discussed in detail elsewhere,[39,40] the pharmacokinetic and pharmacodynamic models are linked to relate the simulated plasma methylphenidate concentration to the observed efficacy measures. The link model relates the simulated plasma concentration (C) to the effect site concentration ($C_e$) through the rate constant ($k_{eo}$) that accounts for distributional disequilibrium. It is hypothesized that a noncompetitive antagonist is produced with a first-order rate constant ($k_{tol}$) that governs the rate of appearance and disappearance of the antagonist formed from $C_e$



**Fig 4.** Study II: Time–response (A) and concentration–effect plots (B) for the tid-AM treatment (n = 14).

rather than C. The actual rate of tolerance development is the sum of $k_{eo}$ and $k_{tol}$.

## RESULTS

*Study I.* Of the 38 children recruited for this trial, 34 entered and 31 completed all 4 treatment days. All capsules were given within 90 seconds of the scheduled administration times, so the targeted dosing times were met that would generate the simulated plasma methylphenidate concentrations shown in Fig 1.

The repeated-measures ANOVA revealed that the interaction of regimen and session was significant for multiple measures of behavior, attention, and cognitive performance. This interaction was significant for two of the three subscale scores from the CLAM rating scale (hyperactivity index [$P < .0029$] and inattention/overactivity index [$P < .002$]), for both subscales of the SKAMP rating scale (attention index [$P < .0052$] and deportment index [$P < .0001$]), and for the accuracy measure from one of the conditions of the memory scanning task (memory load = 1 [$P < .0095$]). These significant regimen × session interactions indicate that the specific time course of effects differed by dosing regimen. We will describe the time course differences for two of the efficacy measures to provide an example to the common pattern that held across the multiple measures.

In Fig 3, the time course differences across conditions are shown for the deportment and attention measures from the SKAMP rating scale.[32-34] As expected

from the extensive literature on effects of immediate-release methylphenidate,[18,19] at all four assessment points these untransformed measures in the bid condition were lower (reflecting greater efficacy) than in the placebo condition. Across all measures, the general pattern of effects of the two experimental conditions depended on the time of day: in the morning sessions the efficacy of the flat regimen was greater than the efficacy of the ascending regimen, but in the afternoon sessions the efficacy of the ascending regimen was greater than the efficacy of the flat regimen. At the afternoon peak (the most likely time for the occurrence of acute tolerance), paired comparisons of the mean scores in the bid and ascending regimens were not significant for any of the efficacy measures. However, paired comparisons of the mean scores in the bid or ascending regimens with the mean scores in the flat regimen revealed that the flat regimen was significantly less efficacious than the bid or ascending regimens for multiple measures of efficacy: the hyperactivity index ($P < .001$ and $P = .037$), the inattention/overactivity index ($P < .001$ and $P = .044$), the deportment index ($P = .004$ and $P = .032$), and attention index ($P = .006$ and $P = .0060$).

Effect sizes were calculated as the difference between the mean score in the placebo regimen and the mean score in the treatment conditions, divided by the standard deviation for the placebo scores. For the dependent variables described above, the average effect size for the



**Fig 5.** Study II: Time-response (A) and concentration–effect plots (B) for the tid-PM treatment (n = 16).

bid condition was about 1.0, which is in the range of the expected magnitude of effects of immediate-release methylphenidate and is statistically significant for the sample size of this study. In the afternoon (sessions 3 and 4), the mean effect size for the ascending treatment was 97.9% of the mean effect size for bid treatment, and the mean effect size for the flat treatment was only 59.1% of the effect size for the bid treatment.

These results indicate that an ascending methylphenidate delivery profile can produce about the same magnitude of efficacy as a bid regimen in the afternoon, which suggests that a large bolus of methylphenidate is not required to elicit full clinical effects. These results also indicate that the flat regimen was significantly less efficacious than the bid regimen in the afternoon, which suggests that acute tolerance may be developing during the day to sustained concentrations of methylphenidate.

*Study II.* Of the 32 children recruited and enrolled in this trial, 30 children completed all four treatments (ie, placebo, tid, and ascending conditions plus either the tid-AM or the tid-PM condition). Simulated plasma methylphenidate concentration–time curves for the standard tid and two experimental tid regimens (tid-AM and tid-PM) are shown in Fig 2, based on a 30-mg total daily dose. Points from these curves were paired with the efficacy measures selected for this study (attention and activity) and were used to define the pharmacokinetic-pharmacodynamic relationship. Example graphs of the

concentration–effect relationship between plasma concentration and the attention efficacy measure are presented in Figs 4 and 5. These figures show the data for different cohorts of subjects randomly assigned to the two parallel conditions, so same overall differences across Figs 4 and 5 may be due to between-subject comparisons. Each data point reflects the mean placebo-corrected value for the efficacy measure at the simulated plasma methylphenidate concentration for the session. In the *left panels* of Figs 4 and 5, the abscissa is defined by time (7:30 AM to 7:30 PM) and the ordinates are defined by the pharmacodynamic (attention) and pharmacokinetic (simulated methylphenidate concentration) scales. In the *right panels* of Figs 4 and 5, the same data are presented as concentration–effect plots, with the pharmacokinetic measure on the abscissa and the pharmacodynamic measure on the ordinate, and time coded by arrows to show the progression from session 1 to 10 across the day. As described earlier, for these placebo-adjusted and transformed-efficacy measures, increases (positive values) are considered to reflect improvement and decreases are considered to reflect deterioration.

In all conditions, by 1 hour after the morning bolus (ie, by session 2), large acute increases in efficacy were observed. However, the magnitude of the increase in the efficacy measures was not the same in the two conditions after the second bolus. In the tid-AM condition, only small increases in efficacy were observed after the

second bolus administered at 9:30 AM (Fig 4; sessions 3, 4, and 5). In the tid-PM condition, large increases in efficacy were observed after the second bolus at 1:30 PM (Fig 5; sessions 6, 7, and 8). Differences were also apparent after the third bolus administered at 3:30 PM in both conditions. The third bolus produced large increases in efficacy for the tid-AM regimen (Fig 4; sessions 8, 9, and 10), but only small increases were observed for the tid-PM regimen (Fig 5; sessions 9 and 10). Although these patterns are consistent with multiple interpretations, they are highly consistent with the tolerance hypothesis, which predicts smaller effects at a given concentration after recent exposure to high methylphenidate concentrations.[39,40]

For an evaluation of tolerance, the data were displayed in concentration–effect plots, which are presented in the *right panels* of Figs 4 and 5. If the relationship between plasma concentration and efficacy were constant, then the points in these plots would fall on a straight line. As shown in the *right panels* of Figs 4 and 5, this pattern did not emerge. Instead, both the tid-AM and tid-PM conditions showed counterclockwise hysteresis loops in these concentration–effect plots. This supports the existence of acute tolerance (tachyphylaxis).

To evaluate this further, a pharmacokinetic-pharmacodynamic model was used that was a simple extension of the $E_{max}$ model with additional parameters to account for tolerance[39,40] (equation 2). The estimated parameters and coefficients of variation were reasonable, and a $\chi^2$ test indicated that the tolerance model provided a better fit than the $E_{max}$ model. Compared with the $E_{max}$ model, the tolerance model reduced the residual sums of squares by almost 50% (eg, a reduction of 557 units on the attention subscale of the SKAMP). This reduction (due to the three additional parameters of the tolerance model) was well above the eight- or nine-unit reduction per additional parameter required for statistical significance. The effect site concentration and the effect (assuming that tolerance had not developed) were calculated and plotted with use of the estimated parameters of the tolerance model. The inclusion of the tolerance parameters significantly decreased the area of the hysteresis loop, based on −2 log-likelihood value comparisons, suggesting that this model accounts for almost all of the presumed tolerance. For the measure of SKAMP attention, the tolerance model half-life was about 54 minutes and the distributional half-life was about 36 minutes. It is interesting that for the SKAMP deportment measure, these estimates were greater than for the SKAMP attention measure, which may contribute to the reported differences in the effects of methylphenidate on cognition and social interaction.[37]

## DISCUSSION

Study I showed the following:

- That an ascending methylphenidate dosing regimen becomes as efficacious as the standard bid dosing regimen by the afternoon, suggesting that a large bolus is not required to achieve significant improvement in attention, behavior, and cognition of children with ADHD
- That a flat methylphenidate dosing regimen lost about 40% of its efficacy in the afternoon, suggesting that acute tolerance may occur

Study II showed the following:

- Counterclockwise hysteresis loops in concentration–effect plots
- An extension of the $E_{max}$ model by the addition of tolerance parameters provided improved prediction of the efficacy measures obtained after patterned tid doses of methylphenidate

Together, these two studies support the hypothesis that acute tolerance may contribute to the reduced efficacy in sustained-release compared with immediate-release forms of methylphenidate. Further support for this hypothesis is provided by studies of normal human volunteers,[10,41] which used rapid positron emission tomography scans to estimate the concentration of methylphenidate at its primary site of action (ie, occupancy of dopamine transporters in the striatum). Volkow et al[41] documented that, after intravenous administration, methylphenidate rapidly occupied dopamine transporters in the striatum. This inhibition of re-uptake of dopamine produced immediate behavioral effects, but these behavioral effects decreased rapidly over time compared with the relatively slow clearance of methylphenidate from this site of action (a possible brain mechanism of tolerance).

The evaluation of tolerance to stimulant drugs is complex, with respect to the time required for it to develop and its manifestation (eg, on measures of efficacy[21] or side effects[20]). The proposed acute tolerance to methylphenidate is not inconsistent with clinical observations of lack of long-term tolerance over time,[21] because the estimated time course suggests that tolerance would dissipate between afternoon dose and the morning dose on the following day. However, the manifestation of acute tolerance to methylphenidate on efficacy measures within a day of treatment is surprising. This is inconsistent with common variants of bid and tid dosing regimens with immediate-release methylphenidate, in which the later doses are com-

monly reduced, based on the assumption that this will produce approximately equal methylphenidate plasma concentrations in the morning and afternoon and will result in equal effectiveness.[42] The results of this study suggest that this common clinical practice may be based on an incorrect assumption of linear carryover effects of methylphenidate concentrations from previous doses.

Apparently, the current sustained-release methylphenidate preparations were developed with the goal of maintaining a constant drug concentration across the day to sustain a constant effect.[22,23] Results from this study suggest that maintaining constant drug concentrations may not produce a constant effect. This possibility should be considered in the design of optimal delivery of methylphenidate in a once-a-day preparation.

We thank Kent Crowley and Dan Udrea for helping to implement the study; Drs Martin Baren, Dennis Cantwell (deceased), and Glen Elliott for identifying the clinical need for this study and for consulting on study design; and Virginia Fleming for editorial services.

## References

1. Bradley C. The behavior of children receiving benzedrine. Am J Psychiatry 1937;94:577-85.
2. American Psychiatric Association. Diagnostic and statistical manual for mental disorders. 4th ed. Washington (DC): American Psychiatric Association; 1994.
3. Bradley C. Benzedrine and dexedrine in the treatment of children's behavior disorders. Pediatrics 1950;5:24-37.
4. Eisenberg L, Lachman R, Molling P, Lockner A, Mizelle J, Conners C. A psychopharmacologic experiment in a training school for delinquent boys: methods, problems, and findings. Am J Orthopsychiatry 1961;33:431-47.
5. Conners CK, Eisenberg L. The effects of methylphenidate on symptomatology and learning in disturbed children. Am J Psychiatry 1963;120:458-64.
6. Millichap JG. Drugs in management of minimal brain dysfunction. Ann NY Acad Sci 1973;205:321-34.
7. Swanson J, Lerner M, Williams L. More frequent diagnosis of attention deficit-hyperactivity disorder [letter]. N Engl J Med 1995;333:944.
8. IMS National Prescription Audit. Plymouth Meeting (PA): IMS America; 1998. MAT June 1998, p. 1.
9. Patrick KS, Muellar RA, Gualtieri CT, Breese GR. Pharmacokinetics and actions of methylphenidate. In Meltzer HY, editor. Psychopharmacology: the third generation of progress. New York: Raven; 1987. p. 1387-95.
10. Ding YS, Fowler JS, Volkow ND, Gatley SJ, Logan J, Dewey SL, et al. Pharmacokinetics and in vivo specificity of [11C]dl-threo-methylphenidate for presynaptic dopaminergic neuron. Synapse 1994;18:152-60.
11. Swanson J, Kinsbourne M, Roberts W, Zucker K. A time-response analysis of the effect of stimulant medication

on the learning ability of children referred for hyperactivity. Pediatrics 1978;61:21-9.
12. Chan YM, Swanson JM, Soldin SS, Thiessen JJ, Macleod SM, Logan W. Methylphenidate hydrochloride given with or before breakfast; II: effects on plasma concentration of methylphenidate and ritalinic acid. Pediatrics 1983; 72:56-9.
13. Shaywitz SE, Hunt RD, Jatlow P, Cohen DJ, Pierce RN, Anderson GM, et al. Psychopharmacology of attention deficit disorder: pharmacokinetic, neuroendocrine, and behavioral measures following acute and chronic treatment with methylphenidate. Pediatrics 1982;69:688-94.
14. Gualtieri CT, Wargin W, Kanoy R, Patrick K, Shen CD, Youngblood W, et al. Clinical studies of methylphenidate serum levels in children and adults. J Am Acad Child Psychiatry 1982;21:19-26.
15. Srinivas NR, Hubbard JW, Quinn D, Midah KK. Enantioselective pharmacokinetics and pharmacodynamics of dl-threo-methylphenidate in children with attention deficit-hyperactivity disorder. Clin Pharmacol Ther 1992; 52:561-8.
16. Greenhill LL, Osman, BB, editors. Ritalin: theory and patient management. New York: May Ann Liebert; 1991.
17. Richters JE, Arnold LE, Jensen PS, Abikoff H, Conners CK, Greenhill LL, et al. NIMH collaborative multisite multimodal treatment study of children with ADHD; I: background and rationale. J Am Acad Child Adolesc Psychiatry 1995;34:987-1000.
18. Swanson JM, McBurnett K, Wigal T, Pfiffner LJ, Lerner MA, Williams L, et al. Effect of stimulant medication on children with attention deficit disorder: a "review of reviews." Except Child 1993;60:154-62.
19. Wilens T, Biederman J. The stimulants. Psychiatr Clin North Am 1992;15:191-222.
20. Swanson JM, Lerner M, Cantwell DP. Blood levels and tolerance to stimulants in ADDH children. Clin Neuropharmacol 1986;9:523-5.
21. Safer DJ, Allen RP. Absence of tolerance to the behavioral effects of methylphenidate in hyperactive and inattentive children. J Pediatr 1989;115:1003-8.
22. Birmaher B, Greenhill LL, Cooper TB, Fried J, Mainski B. Sustained release methylphenidate: pharmacokinetic studies in ADHD males. J Am Acad Child Adolesc Psychiatry 1989;28:768-72.
23. Patrick KS, Straughn AB, Jarvi EJ, Breese GR, Meyer MC. The absorption of sustained-release methylphenidate formulations compared to an immediate release formulation. Biopharm Drug Dispos 1989;10:165-71.
24. Greenhill LL, Osman BB. Methylphenidate in the clinical office practice of child psychiatry. In: Greenhill LL, Osman BB, editors. Ritalin: theory and patient management. New York: May Ann Liebert; 1991. p. 97-117.
25. Pelham WE, Sturges J, Hoza J, Schmidt C, Bijlsma JJ, Milich R, et al. Sustained release and standard methylphenidate effects on cognitive and social behavior

CLINICAL PHARMACOLOGY & THERAPEUTICS
Case 1:05-cv-00642-JJF     Document 87-10     Filed 11/13/2006     Page 12 of 12     305
Swanson et al

in children with attention deficit disorder. Pediatrics 1987;80:491-501.

26. Pelham WE, Greenslade KE, Vodde-Hamilton M, Murphy DA, Greensite JJ, Gnagy EM, et al. The efficacy of long-acting stimulants on ADHD children: a comparison of standard methylphenidate, Ritalin-SR, Dexedrine Spansule, and Pemoline. Pediatrics 1990;86:226-37.

27. Brown GL, Ebert MH, Mikkelsen EJ, Hunt RD. Behavior and motor activity response in hyperactive children and plasma amphetamine levels following a sustained release preparation. J Am Acad Child Psychiatry 1980;19:225-39.

28. Brown GL, Hunt RD, Ebert MH, Bunney WE, Kopin IJ. Plasma levels of d-amphetamine in hyperactive children. Psychopharmacology 1979;62:133-40.

29. Avram D, Aronow L, Kalman SM. Principles of drug action. New York: Harper and Row; 1969.

30. Shaffer D, Fisher P, Dulcan MK, Davies M, Piacentini J, Schwab-Stone ME, et al. The NIMH Diagnostic Interview Schedule for Child Version 2.3 (DISC-2.3). J Am Acad Child Adolesc Psychiatry 1996;35:865-77.

31. Swanson JM, Agler D, Fineberg E, Wigal S, Flynn D, Farrell K, et al. The UCI Laboratory School protocol for PK/PD sudies. In: Greenhill LL, Osman BB, editors. Ritalin: theory and patient management. 2nd ed (revised). New York: May Ann Liebert [in press].

32. Swanson JM, Wigal S, Greenhill LL, Browne R, Waslik B, Lerner M, et al. Analog classroom assessment of Adderall in children with ADHD. J Am Acad Child Adolesc Psychiatry 1998;37:519-26.

33. Wigal SB, Gupta S, Guinta D, Swanson JM. Reliability

and validity of the SKAMP rating scale in a laboratory school setting. Psychopharmacol Bull 1998;34:47-53.

34. Swanson J, Wigal S, Greenhill L, Browne R, Waslick B, Lerner M, et al. Objective and subjective measures of the pharmacodynamic effects of Adderall in the treatment of children with ADHD in a controlled laboratory classroom setting. Psychopharmacol Bull 1998;34:55-60.

35. Swanson JM. School-based assessments and interventions for ADD students. Irvine (CA): KC Publishing;1992.

36. Sternberg S. High speed scanning in human memory. Science 1966;153:652-4.

37. Sprague RL, Sleator EK. Methylphenidate in hyperkinetic children: difference in dose effects on learning and social behavior. Science 1977;198:1274-6.

38. Holford NHG, Sheiner LB. Kinetics of pharmacologic response. Pharmacol Ther 1982;16;143-66.

39. Porchet HC, Benowitz NL, Sheiner LB. Pharmacodynamic model of tolerance: application to nicotine. J Pharmacol Exp Ther 1988;244:231-6.

40. Park K, Verotta D, Gupta SK, Sheiner LB. Use of pharmacokinetic/pharmacodynamic model to design an optimal dose input profile. J Pharmacokinet Biopharm 1998;26:471-92.

41. Volkow ND, Ding YS, Fowler JS, Wang GJ, Logan J, Gatley JS, et al. Is methylphenidate like cocaine? Arch Gen Psychiatry 1995;52:456-63.

42. Greenhill LL, Abikoff HB, Arnold LE, Cantwell DP, Connors CK, Elliot G, et al. Medication treatment strategies in the MTA study: relevance to clinicians and researchers. J Am Acad Child Adolesc Psychiatry 1996;35:1-10.