# EXHIBIT L

# Handbook of Dissolution Testing

## Third Edition, Revised

**Royal Hanson and Vivian Gray**

**Dissolution Technologies, Incorporated**

*Hockessin, Delaware*

## Disclaimer

The laboratory procedures described herein may involve hazardous material. The authors, speaking for themselves, expressly disclaim any liability to users of these lab procedures and apparatus for consequential damages of any kind arising out of or connected with their use. Items of apparatus and test methodology described in this handbook are intended to illustrate proper techniques to obtain a quality analysis and are not to be considered official and/or required. Official compendia and regulatory requirements are to be considered the only authoritative source for such matters.

Copyright © 2004 by Royal A. Hanson

All rights reserved. No part of this book may be reproduced or used in any form or by any means whatsoever without the permission of the publisher except in the case of brief quotations embodied in critical articles or reviews.

Printed in the United States of America
2 1 10 9 8 7 6 5 4 3

**Library of Congress Control Number 2004115666**

Hanson, Royal, and Gray, Vivian
   Handbook of Dissolution Testing/Royal Hanson and Vivian Gray
   Includes bibliographical references and index
   ISBN 0-9761519-0-1 (hardcover)



Published by Dissolution Technologies, Incorporated
9 Yorkridge Trail, Hockessin, DE 19707.
www.dissolutiontech.com

# 1
# Overall
# Considerations

Over the last several decades, the dissolution test has grown from a pioneering prototype into a standardized test of pharmaceutical dosage quality assurance. Considering industry's significant investment in drug R&D, formulations, and clinical testing, the dissolution test has been proven to provide a simple, cost-efficient, yet rigorous laboratory test for drug release characteristics. For this reason alone, it is worthy of consideration by developing countries and the worldwide pharmaceutical community.

The second edition of this Handbook of Dissolution Testing (1991) was written when the methods, techniques and constraints of dissolution testing had been established using Apparatus 1 (Basket) and Apparatus 2 (Paddle) as the techniques of choice. These two apparatus remain the dominant methods to analyze dissolution of immediate release dosage forms. The USP has now added Apparatus 3 (Reciprocating Cylinder), Apparatus 4 (Flow-Through Cell), Apparatus 5 (Paddle Over Disk), Apparatus 6 (Cylinder), and Apparatus 7 (Reciprocating Holder) (1) and the EP has added the flow-through cell, reciprocating cylinder and paddle over disk transdermal apparatus (2). All of these apparatus are described in detail in Chapters 3 and 4.

As this Third Edition goes to press, a collaboration to harmonize the USP General Chapters Dissolution <711> and Drug Release <724> with the European Pharmacopeia and Japanese Pharmacopeia is nearing completion. This effort, led by the International Conference on Harmonization (ICH), will include coordination of many aspects of the general chapters. For example, equipment dimensions and specifica-

1

correlation with the database from the now-discarded rotating bottle apparatus; and impressive correlations with bioavailability data (21).

*Transdermal Dissolution Testing.* Apparatus for this testing is discussed in Chapter 4. Several methods are now in the USP for these dosage forms, and the vertical diffusion cell is under current consideration for semisolid formulations and topicals. Chapter 4 also discusses the testing of other novel and special dosage forms.

## Classification of Dissolution Techniques

At present, USP accepts the following methods of dissolution testing: (See Chapters 3 and 4 for a detailed discussion on each apparatus.)

| USP Apparatus Number | Suitable for | Agitation Method |
|---|---|---|
| 1 (Basket) | Solids, Beads | Rotating Stirrer |
| 2 (Paddle) | Solids, Suspensions | Rotating Stirrer |
| 3 (Reciprocating Cylinder) | Solids, Beads | Reciprocation |
| 4 (Flow-Through Cell) | Solids, Beads, Powders, Implants | Fluid Movement |
| 5 (Paddle Over Disk) | Transdermal Patches | Rotating Stirrer |
| 6 (Cylinder) | Transdermal Patches | Rotating Stirrer |
| 7 (Reciprocating Holder) | Transdermal Patches, Solids | Reciprocation |

To these may be added the following noncompendial method:

| Percutaneous Absorption (Diffusion Cell) | Topicals, Transdermals, Implants | Fluid Movement |
|---|---|---|

## Agitation Methods

Each dissolution technique offers a unique means to provide a controlled flow of solvent over the surface of the solute, i.e. the solid-liquid interface. Four agitation methods can be used:

• *Rotating Stirrer.* This is based on the original dissolution test drive. It rotates the dosage form or stirs the medium in which the dosage form is held. Many variations are commercially available as illustrated in Figures 3-2, 3-3, 4-4 and 4-5. This is used as the drive in current USP Apparatus 1, 2, 5 and 6.