# EXHIBIT O

# Enantioselective Aspects of the Disposition of dl-threo-Methylphenidate after the Administration of a Sustained-Release Formulation to Children with Attention Deficit-Hyperactivity Disorder

John W. Hubbard*, Nuggehally R. Srinivas*, Declan Quinn‡, and Kamal K. Midha*‡×

Received August 24, 1988, from the *College of Pharmacy and the ‡College of Medicine, University of Saskatchewan, Saskatoon, Saskatchewan, Canada S7N 0W0.    Accepted for publication March 10, 1989.

**Abstract** □ It has been shown previously that immediate-release dl-threo-methylphenidate (Ritalin) undergoes stereoselective disposition in human adults as well as in children with attention deficit-hyperactivity disorder. Although the sustained-release formulation of dl-threo-methylphenidate (Ritalin-SR) has been demonstrated to be effective in sustaining the attention of the children with attention deficit-hyperactivity disorder, there are no data on plasma levels of methylphenidate after administration of the sustained-release formulation. The purpose of this present investigation was twofold: (1) to determine whether the levels of methylphenidate were sustained for over a time period of 8 h, and (2) to examine enantioselective aspects of the pharmacokinetics following the ingestion of the sustained-release formulation. Six children with attention deficit-hyperactivity disorder were given 20 mg of sustained-release dl-threo methylphenidate. Plasma samples were harvested for a period up to 12 h following ingestion of the drug. The levels of both the enantiomers were sustained for a period of 8 h (the plasma levels of d-methylphenidate were 6- to 10-fold higher than those of the l-enantiomer in the profiles of all six children). Mean areas under the plasma level time curves were 132.78 ± 92.47 ng·h/mL for d-methylphenidate and 12.73 ± 7.37 ng·h/mL for l-methylphenidate. The values of oral clearance and apparent volume of distribution calculated for l-enantiomer were higher than the corresponding values for the d-antipode.

Methylphenidate [MPH, dl-threo-methyl-α-phenyl-2-piperidineacetate hydrochloride] is a central stimulant having pharmacological properties similar to those of dextroamphetamine.[1-7] The threo pair of enantiomers of MPH were reported to be more active pharmacologically than the erythro isomers,[8,9] and d-threo MPH was found to be more active than l-threo MPH.[9-12] Methylphenidate is widely used in the treatment of children with attention deficit-hyperactivity disorder (ADD).[13,14]

The metabolism of MPH has been investigated in several animal species, as well as in humans.[15-18] Methylphenidate has been shown to be completely absorbed from the gut and metabolized quickly and extensively.[15] The major metabolic route is the hydrolysis of the ester function to give the corresponding carboxylic acid commonly known as ritalinic acid. Minor metabolites include p-hydroxy, oxo, and conjugated derivatives of MPH.[15,19,20]

The pharmacokinetics of racemic MPH has been extensively studied and well documented in both animals and humans.[15,20-30] There is a good agreement in the calculation of time to peak plasma level ($t_{max}$) of 2 to 2.5 h.[15,20,22-24] In all the studies, the peak plasma concentration ($C_{max}$) values were in the lower ng/mL range. An absorption rate constant ($K_a$) value of 1.83 h$^{-1}$ in children with ADD has been reported.[23] A mean plasma pseudo elimination half-life ($t_{1/2}$) value (calculated as if there was a monoexponential decline in plasma levels from $C_{max}$) was calculated to be 2.5 h.[15,20,24,25]

In a recent study,[30] a comparable pseudo elimination half-life value of 2.48 h was calculated; however, a terminal half-life value (calculated from the last available slope) was 3.15 h. Wargin et al.[20] calculated a mean apparent oral clearance ($CL_0$) value of 10.2 ± 2.2 L/kg/h in children with ADD. Hungund et al.[25] have reported the fraction bound to plasma proteins ($f_b$) to be 15%, and suggested that scatter in the apparent volume of distribution ($Vd_\beta$) can be a contributing factor in the intersubject variability in the plasma concentrations. Two groups of workers used a two-compartment model to describe the disposition of dl-MPH following iv doses in children with ADD[26] and rats.[29] On the other hand, other groups used a one-compartment model to describe dl-MPH pharmacokinetics.[20,23,25]

Recent publications describe enantioselective analytical methods for the quantitation of d-MPH and l-MPH in biological fluids.[11,30,31] In a pilot study with a healthy human adult, Lim et al.[31] found higher levels of d-MPH than of the l-enantiomer (14-fold higher at peak plasma concentration) in both plasma and urine following po administration of racemic MPH (20 or 40 mg). More recently, higher levels of d-MPH than l-MPH (at least fivefold) in plasma following 5- or 10-mg of oral doses of racemic MPH to children with ADD were reported from these laboratories.[30] The mean plasma elimination half-life value for d-MPH was 3.1 h, whereas that for the l-enantiomer was 5.6 h. This data prompted us to examine the levels of d-MPH and l-MPH in children with ADD after the administration of a sustained-release (SR) formulation of MPH (Ritalin-SR; MPH-SR). Note that MPH-SR offers two advantages over the conventional immediate-release MPH (Ritalin; MPH-IR): (1) the need for a second dose to be ingested by the child at noon time is avoided; and (2) the chance of noncompliance is very much reduced. The sustained level of MPH is achieved by the slow release of the drug from the matrix which is coated with wax. In this paper, the plasma level–time curves for both the enantiomers are examined in order to check whether or not the levels of the enantiomers are sustained, and also some enantioselective pharmacokinetics following 20-mg po administration of MPH-SR are reported.

## Experimental Section

**Subjects**—Six children with ADD (5 boys and 1 girl), aged 8–14 years (11.17 ± 2.32 years) and weighing 22.6–58.7 kg (36.72 ± 13.88 kg), took part in the study which was conducted according to an approved protocol. Each child and his/her parent were given a description of the study and the possible adverse effects and were asked to complete and sign a consent form. [All the children were under treatment with 20 mg of MPH-SR (Ritalin-SR) administered at 8:00 a.m. in the morning for the management of ADD (DSM-III).] All of the six children had been scored at 16 or more on Connors rating scale[32] and judged to be responding well to treatment with MPH.

**Dosage and Blood Collections**—On the day of the study each child

Confidential                                                                                          ALZ 00170788

received an oral dose of 20 mg of MPH-SR (Ritalin-SR; Ciba-Geigy, Basel, Switzerland). A light breakfast was provided after ingestion of the drug. Lunch was given after 4.0 h. A predose blood sample was taken immediately before administration of the drug. Further blood samples were obtained at 0.5, 1.0, 1.5, 2.0, 3.0, 4.5, 6, 8, and 12.0 h. Samples were collected in heparinized evacuated tubes by means of a small butterfly canula (heparin lock type). The plasma was separated by centrifugation and stored at −20 °C until analysis.

Drug Analysis—Plasma concentration of MPH enantiomers were determined by a gas chromatography-electron capture detection method reported previously.[30]

Pharmacokinetic Analysis—Some pharmacokinetic parameters such as the elimination rate constant ($\beta$), $t_{1/2}$, area under the plasma concentration versus time curve ($AUC_0^{12}$ and $AUC_0^\infty$), $Vd_\beta$, and $Cl_o$ were calculated according to standard procedures.[33]

## Results

Log plasma concentration versus time profiles of $d$-MPH and $l$-MPH from six children with ADD are shown in Figure 1. In each case, peak plasma levels of $d$-MPH were 8- to 10-fold higher than those of the $l$-enantiomer. Although there was considerable interchild variation, the mean $C_{max}$ value calculated for $d$-MPH (18.79 ± 9.92 ng/mL) was significantly different when compared with the mean value for $l$-MPH (1.60 ± 1.23 ng/mL) by a paired $t$ test (p = 0.01, t = 4.6353, df = 5). The log plasma concentration–time plots for both the isomers after po administration of MPH-SR clearly indicate that the plasma levels of both the isomers were sustained for a time period of at least 8 h. It should be noted that there was no statistical difference found between the mean $t_{max}$ values obtained for $d$-MPH (2.83 ± 1.69 h) and $l$-MPH (3.13 ± 1.86 h). In each profile the sustained level of $d$-MPH was >5 ng/mL, whereas the corresponding value for $l$-MPH was >0.5 ng/mL. The plot of mean data (Figure 2) further supports this observation of sustained plasma concentration for both isomers up to 8 h. Furthermore, there were no sharp peaks in the plasma level plots for either isomer (Figure 1). The AUC values calculated for both the enantiomers also showed wide interchild variation. For example, the AUC of the $d$-



Figure 1—Plasma concentration–time profiles of $d$-MPH (▲) and $l$-MPH (●) from six children with ADD, each of whom received 20 mg of racemic MPH-SR.

Confidential                                                                                            ALZ 00170789



**Figure 2**—Mean (±SD) plasma concentration versus time profiles of d-MPH (▲), l-MPH (●), and d- plus l-MPH (○) from six children with ADD, each of whom ingested 20 mg of racemic MPH-SR.

enantiomer, calculated up to the last sampling point at 12.0 h, ranged from 60.19 to 205.09 (108.26 ± 61.42) ng·h/mL ($AUC_0^{12}$, Table I), whereas the corresponding value for l-MPH ranged from 5.49 to 22.85 (10.54 ± 6.70) ng·h/mL ($AUC_0^{12}$, Table I). Note that in one child (subject 1) an $AUC_0^8$ value was calculated for l-MPH because the l-enantiomer was not detectable in the plasma sample obtained after 8 h. The ratio of $CL_o$ values for l-MPH to those of the d-antipode ranged from 7.89 to 16.19 (10.18 ± 3.08). Similarly, the ratio of $Vd_\beta$ values for l-MPH to those for d-MPH ranged from 5.13 to 41.12 (14.91 ± 13.19; Table I). The β values for d-MPH ranged from 0.12 to 0.57 (0.26 ± 0.17) $h^{-1}$, whereas the corresponding values for l-isomers ranged from 0.14 to 0.29 (0.19 ± 0.05) $h^{-1}$.

## Discussion

The plasma level–time curves of d-MPH and l-MPH after administration of 20 mg of MPH-SR to each of the six children with ADD under therapy with the drug are shown in Figure 1. For each of the children it should be noted that in the predose (0 h) plasma sample there was no measurable concentration of either of the enantiomers from previously administered doses of MPH-SR.

Plasma level curves for d-MPH showed undulations in all the profiles except in subjects 1 and 4. (In subject 1, the plasma level declined after reaching $C_{max}$ at 3 h, whereas in subject 4, a flat plateau was observed between 2 and 6 h and then the level declined.) Undulations were seen in all the profiles of l-enantiomer (Figure 1). Furthermore, from the present study, the plasma levels for both d-MPH (>5 ng/mL) and l-MPH (>0.5 ng/mL) were found to be sustained for 8 h in all the children. Normally, children are given two doses of regular MPH (Ritalin; 10 mg), one in the morning and the second at noon, to maintain the therapeutic effect for 8 h. After the administration of MPH-SR, the plasma levels of each enantiomer were maintained such that there were no significant differences among plasma levels at 4, 6, and 8 h. In the present study, immediately after ingestion of the drug, children received a light breakfast and lunch was given after 4 h. Interestingly, in two of the profiles (subjects 2 and 6) the plasma levels of both d-MPH and l-MPH tended to rise after meals. For example, in subject 6, d-MPH level increased from 7.38 (3.0 h) to 8.96 ng/mL (4.5 h), whereas the corresponding increase in l-entaniomer was 0.35 (3.0 h) to 0.59 ng/mL (4.5 h). Chan et al.[24] have reported that meals accelerate rather than impede the absorption of MPH. Thus, the effect of food on the rate of input of MPH from a sustained-release formulation could have some clinical implications. However, the influence of food on the levels of d-MPH and l-MPH from a sustained-release formulation needs to be further validated.

The peak plasma levels of the d-enantiomer in each case was at least eightfold higher than those of the l-entaniomer. The mean $AUC_0^{12}$ value calculated for d-MPH (108.26 ± 61.42 ng·h/mL) was at least 10-fold higher than the corresponding value for the l-antipode (10.54 ± 6.70 ng·h/mL). The finding of higher plasma levels of d-MPH following administration of MPH-SR to children with ADD is consistent with previous reports of higher plasma levels of d-MPH in an adult[31] and in children with ADD[30] following single doses of MPH-IR.

The plot of mean data (Figure 2) showed that there were similarities between the plasma level versus time curves for d-MPH and d- plus l-MPH, which was further reflected by similarities in mean β values (0.1875 $h^{-1}$ for d-MPH and 0.1837 $h^{-1}$ for d- plus l-MPH) and $t_{1/2}$ values (3.69 h for d-MPH and 3.77 h for d- plus l-MPH). The close matching of the plasma concentration–time curves for d-MPH and d- plus l-MPH was due to the very small contribution from the l-enantiomer. It has been previously reported that total dl-MPH plasma level versus time curve similarly shadows that of d-MPH following a single dose of MPH-IR in children with ADD.[30]

The $CL_o$ values calculated for l-MPH were at least eightfold higher than those for d-enantiomer (7.89- to 16.19-fold range). There was clear evidence for a faster clearance of the l-

**Table I**—Pharmacokinetic Parameters of Methylphenidate (MPH) Enantiomers in Children (n = 6) after Oral Administration of Sustained-Release Formulation[a]

| Patient No. | Age, years | Weight, kg | $AUC_0^{12}$, ng·h/mL | | $AUC_0^\infty$, ng·h/mL | | $Cl_o$ Ratio[b] | $Vd_\beta$ Ratio[b] |
|---|---|---|---|---|---|---|---|---|
| | | | d-MPH | l-MPH | d-MPH | l-MPH | | |
| 1 | 12 | 40.3 | 69.13 | 6.08[c] | 74.32 | 7.45 | 9.98 | 8.26 |
| 2 | 14 | 58.17 | 205.09 | 13.49 | 265.01 | 17.60 | 16.19 | 10.80 |
| 3 | 8 | 23.25 | 166.01 | 22.85 | 211.39 | 25.51 | 8.29 | 5.13 |
| 4 | 11 | 31.25 | 60.19 | 6.55 | 70.23 | 8.14 | 8.63 | 9.78 |
| 5 | 13 | 44.25 | 78.92 | 8.78 | 82.56 | 10.43 | 7.89 | 14.36 |
| 6 | 9 | 22.60 | 70.24 | 5.49 | 73.19 | 7.24 | 10.10 | 41.12 |
| Mean | 11.17 | 36.72 | 108.26 | 10.54 | 132.78 | 12.73 | 10.18 | 14.91 |
| SD | (2.32) | (13.88) | (61.42) | (6.70) | (92.47) | (7.37) | (3.08) | (13.19) |

[a] Dose of 20 mg. [b] Ratio of l-MPH to d-MPH. [c] $AUC_0^8$.

Confidential                                        ALZ 00170790

enantiomer. Lim et al.[31] found higher levels of $d$-MPH as opposed to the $l$-enantiomer in the urine of a human after po doses of racemic MPH. Thus it appears that lower plasma concentrations and higher $CL_o$ values for $l$-MPH were not due to preferential urinary excretion of the $l$-enantiomer.

The ratio of the $AUC_0^\infty$ of $l$-MPH to the $AUC_0^\infty$ of $d$-MPH obtained in the present MPH-SR (20 mg) study (0.10 ± 0.02) was half the value of that calculated in the previous MPH-IR (10 mg) study (0.20 ± 0.006); this difference was statistically highly significant. Thus it is apparent that after a po dose of MPH-SR (20 mg), more of the $d$-enantiomer is bioavailable than its $l$-antipode. If the two isomers had the same bioavailability in both the studies, the ratio of the $AUC_0^\infty$ $l$-MPH to that for $d$-MPH would remain constant.

In conclusion, this pilot study demonstrated that despite higher plasma levels of $d$-MPH, the levels of both the enantiomers were sustained for over a period of 8 h in all the six children with ADD or ADD-H dosed with 20 mg of MPH-SR. The $l$-enantiomer appeared to have larger $CL_o$ and $Vd_\beta$ values than its other antipode. From our limited data, there is a suggestion of lower bioavailability of $l$-MPH compared with the $d$-antipode.

## References and Notes

1. Leith, N. J.; Barett, R. J. *Psychopharmacology* 1981, 74, 23.
2. Yohkov, D.; Roussinov, K. *Acta Physiol. Pharmacol. (Bulgaria)* 1979, 5, 120.
3. Perel, J. M.; Dayton, P. G. In *Psychotherapeutic Drugs, Part II, Applications*; Usdin, E.; Forrest, I. S., Eds.; Marcel Dekker: New York, 1977; pp 1287–1316.
4. Braestrup, C.; Scheel-Kruger, J. *Eur. J. Pharmacol.* 1976, 38, 305.
5. Risner, M. E.; Jones, B. E. *Biol. Psychiatry II* 1976, 625.
6. Breese, G. R.; Cooper, B. R.; Hollister, A. S. *Psychopharmacologia* 1975, 44, 5.
7. Scheel-Kruger, J. *Eur. J. Pharmacol.* 1971, 14, 47.
8. Buckner, C. K.; Pakl, P. N.; Tye, A.; Malpseis, L. *J. Pharmacol. Exp. Ther.* 1966, 166, 266.
9. Rometsch, R. U.S. Patent 2 838 519, 1958.
10. Maxwell, R. A.; Chaplin, E.; Batmanglid, J.; Eckhardt, S.; Soares, J. R.; Hile, G. *J. Pharmacol. Exp. Ther.* 1970, 173, 156.
11. Patrick, K. S.; Caldwell, R. W.; Ferris, R. M.; Breese, G. R. *J. Pharmacol. Exp. Ther.* 1987, 241, 152.
12. Patrick, K. S.; Caldwell, R. W.; Davis, K. R.; Mueller, R. A.; Breese, G. R. *Fed. Proc.* 1986, 45, 983.
13. Swanson, J. M.; Kinsbourne, N. In *Attention and Cognitive Development*; Hale, G. H.; Lewis, M., Eds.; Plenum: New York, 1979; pp 249–274.
14. Barkley, R. *Psychiatr. Allied Discip.* 1977, 18, 137.
15. Faraj, B. A.; Israli, Z. H.; Perel, J. M.; Jenkins, M. L.; Holtzman, S. G.; Cucinell, S. A.; Dayton, D. G. *J. Pharmacol. Exp. Ther.* 1974, 191, 535.
16. Faraj, B. A.; Jenkins, M. L. *Pharmacologist* 1973, 15, 155.
17. Bartlett, M. F.; Egger, H. P. *Fed. Proc.* 1972, 31, 537.
18. Dayton, P. G.; Read, J. M.; Ong, V. *Fed. Proc.* 1970, 29, 345.
19. Egger, H.; Bartlett, F.; Dreyfuss, R.; Karliner, J. *Drug Metab. Dispos.* 1981, 9, 415.
20. Wargin, W.; Patrick, K.; Kilts, C.; Gualtieri, C. T.; Ellington, R.; Mueller, R. A.; Kramer, G.; Breese, G. R. *J. Pharmacol. Exp. Ther.* 1983, 226, 382.
21. Wargin, W.; Gualtieri, C. T.; Kilts, C.; Youngblood, W.; Patrick, K. S.; Mueller, R. A.; Mailman, R. B.; Breese, G. R. *Fed. Proc.* 1981, 40, 732.
22. Gualtieri, C. T.; Wargin, W.; Kanoy, R.; Patrick, K.; Shen, C. D.; Youngblood, W.; Mueller, R. A.; Breese, G. R. *J. Am. Acad. Child Psychiatr.* 1982, 21, 19.
23. Shaywitz, S. E.; Hunt, R. D.; Jatlow, P.; Cohen, D. J.; Young, J. G.; Pierce, R. N.; Anderson, G. M.; Shaywitz, B. A. *Pediatrics* 1982, 69, 688.
24. Chan, Y-P. M.; Swanson, J. M.; Soldin, D. J.; Theissen, J. J.; Macleod, S. M.; Logan, W. *Pediatrics* 1983, 72, 56.
25. Hungund, B. L.; Perel, J. M.; Hurwic, M. J.; Sverd, J.; Winsberg, B. G. *Br. J. Clin. Pharmacol.* 1979, 8, 571.
26. Chan, Y. M.; Soldin, S. J.; Swanson, J. M.; Deber, C. M.; Thiessen, J. J.; Macleod, S. *Clin. Biochem.* 1980, 13, 266.
27. Winsberg, B.; Jupietz, S.; Sverd, J.; Hungund, B. L.; Young, N. L. *Psychopharmacology* 1982, 76, 329.
28. Gualtieri, C. T.; Hicks, R. E.; Patrick, K.; Schroeder, S. R.; Breese, G. R. *Ther. Drug Monitor.* 1984, 6, 379.
29. Gal, J.; Hodshoiv, B. J.; Pintauro, C.; Flamm, B. L.; Cho, A. K. *J. Pharm. Sci.* 1977, 66, 866.
30. Srinivas, N. R.; Quinn, D.; Hubbard, J. W.; Midha, K. K. *J. Pharmacol. Exp. Ther.* 1987, 241, 300.
31. Lim, H. K.; Hubbard, J. W.; Midha, K. K. *J. Chromatogr. Biomed. Appl.* 1986, 378, 109.
32. Goyette, C. H.; Connors, C. K.; Ulrich, R. F. *J. Abnormal Child Psychol.* 1978, 6(2), 221.
33. Gibaldi, M.; Perrier, D. In *Pharmacokinetics*; Swarbrick, J., Ed.; Marcel Dekker: New York, 1982; p 445.

## Acknowledgments

This work was supported by Program Grant PG-34 from the Medical Research Council of Canada. The authors gratefully acknowledge the technical assistance of Ms. Gail Rauw and Carolyn LeBlanc in the performance of the clinical study, and thank the University of Saskatchewan for a Graduate Scholarship to N. R. Srinivas.



Confidential

ALZ 00170791