# EXHIBIT Q

# APPLIED Biopharmaceutics & Pharmacokinetics

fourth edition

Notice: The authors and the publisher of this volume have taken care to make certain that the doses of drugs and schedules of treatment are correct and compatible with the standards generally accepted at the time of publication. Nevertheless, as new information becomes available, changes in treatment and in the use of drugs become necessary. The reader is advised to carefully consult the instruction and information material included in the package insert of each drug of therapeutic agent before administration. This advice is especially important when using, administering, or recommending new or infrequently used drugs. The authors and publisher disclaim all responsibility for any liability, loss, injury, or damage incurred as a consequence, directly or indirectly, of the use and application of any of the contents of this volume.



Copyright © 1999 by Appleton & Lange
A Simon & Schuster Company
Copyright © 1993 by Appleton & Lange
Copyright © 1985, 1980 by Appleton-Century-Crofts

All rights reserved. This book, or any parts thereof, may not be used or reproduced in any manner without written permission. For information, address Appleton & Lange, Four Stamford Plaza, PO Box 120041, Stamford, Connecticut 06912-0041.

www.appletonlange.com

99 00 01 02 03 / 10 9 8 7 6 5 4 3 2 1

Prentice Hall International (UK) Limited, *London*
Prentice Hall of Australia Pty. Limited, *Sydney*
Prentice Hall Canada, Inc., *Toronto*
Prentice Hall Hispanoamericana, S.A., *Mexico*
Prentice Hall of India Private Limited, *New Delhi*
Prentice Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice Hall do Brasil Ltda., *Rio de Janeiro*
Prentice Hall, *Upper Saddle River, New Jersey*

**Library of Congress Cataloging-in-Publication Data**

Shargel, Leon, 1941–
    Applied biopharmaceutics and pharmacokinetics / Leon Shargel, Andrew Yu. —4th ed.
      p.   cm.
    Includes bibliographical references and index.
    ISBN 0-8385-0278-4 (case : alk. paper)
    1. Biopharmaceutics. 2. Pharmacokinetics. I. Yu, Andrew B. C., 1945– . II. Title
    [DNLM: 1. Biopharmaceutics. 2. Pharmacokinetics. QV 38 S531a 1999]
RM301.4.S52   1999
615'.7—dc21
DNLM/DLC
for Library of Congress                                      98-49079

Editor-in-Chief: Cheryl L. Mehalik
Production Service: York Production Services
Art Coordinator: Eve Siegel
Cover Design: Aimee Nordin
Illustrator: Wendy Beth Jackelow

ISBN 0-8385-0278-4



PRINTED IN THE UNITED STATES OF AMERICA

# 2

# INTRODUCTION TO BIOPHARMACEUTICS AND PHARMACOKINETICS

## BIOPHARMACEUTICS

*Biopharmaceutics* considers the interrelationship of the physicochemical properties of the drug, the dosage form in which the drug is given, and the route of administration on the rate and extent of systemic drug absorption. Thus, biopharmaceutics involves factors that influence the (1) protection of the activity of the drug within the drug product, (2) the release of the drug from a drug product, (3) the rate of dissolution of the drug at the absorption site, and (4) the systemic absorption of the drug. Figure 2-1 is a general scheme describing this dynamic relationship.

The study of biopharmaceutics is based on fundamental scientific principles and experimental methodology. These methods must be able to assess the impact of the physical and chemical properties of the drug, drug stability and large scale production of the drug and drug product on the biological performance of the drug. Moreover, biopharmaceutics considers the requirements of the drug and dosage form in a physiological environment and the drug's intended therapeutic use and route of administration.

Studies in biopharmaceutics use both *in-vitro* and *in-vivo* methods. *In-vitro* methods are procedures employing test apparatus and equipment without involving laboratory animals or humans. *In-vivo* methods are more complex studies involving human subjects or laboratory animals. Some of these methods will be discussed in Chapter 5. Historically, pharmacologists evaluated the relative systemic drug availability *in vivo* after giving a drug product to an animal or human and then comparing specific pharmacologic, clinical, or possible toxic responses. For example, a drug such as isoproterenol causes an increase in heart rate when given intravenously but has no observable effect on the heart when given orally at the same dose level. Therefore, systemic drug availability may differ according to the route

29



**Figure 2-1.** Scheme demonstrating the dynamic relationship between the drug, the drug product, and the pharmacologic effect.

of administration. In addition, the bioavailability (a measure of systemic availability of a drug) may differ from one drug product to another containing the same drug. This difference in drug bioavailability may be manifested by observing the difference in the therapeutic effectiveness of the drug products.

## PHARMACOKINETICS

*Pharmacokinetics* involves the kinetics of drug absorption, distribution, and elimination (ie, excretion and metabolism). The description of drug distribution and elimination is often termed *drug disposition*. The study of pharmacokinetics involves both experimental and theoretical approaches. The experimental aspect of pharmacokinetics involves the development of biological sampling techniques, analytical methods for the measurement of drugs and metabolites, and procedures that facilitate data collection and manipulation. The theoretical aspect of pharmacokinetics involves the development of pharmacokinetic models that predict drug disposition after drug administration. The application of statistics is an integral part of pharmacokinetic studies. Statistical methods are used for pharmacokinetic parameter estimation and data interpretation. Statistical methods are applied to pharmacokinetic models to determine data error and structural model deviations. Mathematics and computer techniques form the theoretical basis of many pharmacokinetic methods. Classical pharmacokinetics is a study of theoretical models focusing mostly on model development and parameterization.

## CLINICAL PHARMACOKINETICS

*Clinical pharmacokinetics* is the application of pharmacokinetic methods in drug therapy. Clinical pharmacokinetics involves a multidisciplinary approach to individually optimized dosing strategies based on the patient's disease state and patient-specific considerations. The study of clinical pharmacokinetics of drugs in disease states requires input from medical and pharmaceutical research. Table 2.1 is a list of 10 age-adjusted rates of death from 10 leading causes of death in the USA, 1993. The influence of many diseases on drug disposition is not adequately studied. Age, gender, genetic, and ethnic differences can also result in pharmacokinetic differences that may affect the outcome of drug therapy. The study of pharmacokinetic differences of drugs in various population groups is termed *population*

**TABLE 2.1** Ratio of Age-Adjusted Death Rates, by Male/Female Ratio from the 10 Leading Causes of Death in the USA, 1993

| DISEASE | RANK | MALE:FEMALE |
|---|---|---|
| Disease of heart | 1 | 1.9 |
| Malignant neoplasms | 2 | 1.5 |
| Cerebrovascular diseases | 3 | 1.2 |
| Chronic obstructive pulmonary diseases | 4 | 1.6 |
| Accidents and others* | 5 | 2.6 |
| Pneumonia and influenza | 6 | 1.6 |
| Diabetes mellitus | 7 | 1.2 |
| HIV infections | 8 | 6.3 |
| Suicide | 9 | 4.4 |
| Homicide and legal intervention | 10 | 3.8 |

*Death due to adverse effects suffered as defined by CDC.

Source: CDC-MMWR (Morbidity and Mortality Weekly Report), March 1, 45:8, 1996.

*pharmacokinetics* (Sheiner and Ludden, 1992). Another important aspect of pharmacokinetics is *therapeutic drug monitoring* (TDM). When drugs with narrow therapeutic indices are used in patients, it is necessary to monitor plasma drug concentrations closely by taking periodic blood samples. The pharmacokinetic and drug analysis services necessary for safe drug monitoring are generally provided by the *clinical pharmacokinetic service* (CPKS). Some drugs frequently monitored are the aminoglycosides and anticonvulsants. Other drugs closely monitored are those used in cancer chemotherapy in order to minimize adverse side effects (Rodman and Evans, 1991).

## PHARMACODYNAMICS

*Pharmacodynamics* refers to the relationship between the drug concentration at the site of action (receptor) and pharmacologic response, including biochemical and physiologic effects that influence the interaction of drug with the receptor. The interaction of a drug molecule with a receptor causes the initiation of a sequence of molecular events resulting in a pharmacologic or toxic response. Pharmacokinetic-pharmacodynamic models are constructed to relate plasma drug level to drug concentration in the site of action and establish the intensity and time course of the drug. Pharmacodynamics and pharmacokinetic-pharmacodynamic models are discussed more fully in Chapter 19.

## TOXICOKINETICS AND CLINICAL TOXICOLOGY

*Toxicokinetics* is the application of pharmacokinetic principles to the design, conduct and interpretation of drug safety evaluation studies (Leal et al, 1993) and used in validating dose related exposure in animals. Toxicokinetic data aids in the interpretation of toxicologic findings in animals and extrapolation of the resulting data to humans. Toxicokinetic studies are performed in animals during preclinical drug development and may continue after the drug has been tested in clinical trials.

*Clinical toxicology* is the study of adverse effects of drugs and toxic substances (poisons) in the body. The pharmacokinetics of a drug in an over-medicated (intoxicated) patient may be very different from the pharmacokinetics of the same drug given in therapeutic doses. At very high doses, the drug concentration in the body may saturate enzymes involved in the absorption, biotransformation, or active renal secretion mechanisms thereby changing the pharmacokinetics from *linear* to *nonlinear* pharmacokinetics. Nonlinear pharmacokinetics is discussed in Chapter 16. Drugs frequently involved in toxicity cases include acetaminophen, salicylates, morphine and the tricylic antidepressants (TCA). Many of these drugs can be assayed conveniently by fluorescence immunoassay (FIA) kits.

## MEASUREMENT OF DRUG CONCENTRATIONS

Sensitive, accurate, and precise analytical methods are available for the direct measurement of drugs in biologic samples, such as milk, saliva, plasma, and urine. Measurements of drug concentrations in these biological samples are generally validated so that accurate information is generated for pharmacokinetic and clinical monitoring. In general, chromatographic methods are more discriminating since chromatography separates the drug from other related materials that may cause assay interference.

### Sampling of Biologic Specimens

Only a few biologic specimens may be obtained safely from the patient to gain information as to the drug concentration in the body. *Invasive* methods include sampling blood, spinal fluid, synovial fluid, tissue biopsy, or any biologic material that requires parenteral or surgical intervention in the patient. In contrast, *noninvasive* methods include sampling of urine, saliva, feces, expired air, or any biologic material that can be obtained without parenteral or surgical intervention. The measurement of drug concentration in each of these biologic materials yields different information.

### Drug Concentrations in Blood, Plasma, or Serum

Measurement of drug concentration (levels) in the blood, serum, or plasma is the most direct approach to assessing the pharmacokinetics of the drug in the body. *Whole blood* contains the cellular elements including red blood cells, white blood cells, platelets, and various other proteins, such as albumin and globulins. In general, serum or plasma is used for drug measurement. To obtain *serum*, whole blood is allowed to clot and the serum is collected from the supernatant after centrifugation. *Plasma* is obtained from the supernatant of centrifuged whole blood to which an anticoagulant, such as heparin, has been added. Therefore, the protein content of serum and plasma is not the same. Plasma perfuses all the tissues of the body including the cellular elements in the blood. Assuming that a drug in the plasma is in dynamic equilibrium with the tissues, then changes in the drug concentration in plasma will reflect changes in tissue drug concentrations.

#### *Plasma Level–Time Curve*
The plasma level–time curve is generated by measuring the drug concentration in plasma samples taken at various time intervals after a drug product is administered.

substances
licated (in-
f the same
ition in the
tion, or ac-
:s from *lin-*
scussed in
ophen, sal-
: drugs can


direct mea-
and urine.
nerally val-
ind clinical
ating since
may cause


to gain in-
iclude sam-
aterial that
*noninvasive*
iologic ma-
. The mea-
ls different


asma is the
i the body.
/hite blood
ins. In gen-
hole blood
er centrifu-
e blood to
he protein
sues of the
lrug in the
: drug con-


ntration in
ministered.

The concentration of drug in each plasma sample is plotted on rectangular coordinate graph paper against the corresponding time at which the plasma sample was removed. As the drug reaches the general (systemic) circulation, plasma drug concentrations will rise up to a maximum. Usually absorption of a drug is more rapid than elimination. As the drug is being absorbed into the systemic circulation, the drug is distributed to all the tissues in the body and is also simultaneously being eliminated. Elimination of a drug can proceed by excretion or biotransformation or a combination of both.

The relationship of the drug level–time curve and various pharmacologic parameters for the drug is shown in Figure 2-2. MEC and MTC represent the *minimum effective concentration* and *minimum toxic concentration* of drug, respectively. For some drugs, such as those acting on the autonomic nervous system, it is useful to know the concentration of drug that will just barely produce a pharmacologic effect (ie, MEC). Assuming the drug concentration in the plasma is in equilibrium with the tissues, the MEC reflects the minimum concentration of drug needed at the receptors to produce the desired pharmacologic effect. Similarly, the MTC represents the drug concentration needed to just barely produce a toxic effect. The *onset time* corresponds to the time required for the drug to reach the MEC. The *intensity* of the pharmacologic effect is proportional to the number of drug receptors occupied, which is reflected in the observation that higher plasma drug concentrations produce a greater pharmacologic response, up to a maximum. The *duration* of drug action is the difference between the onset time and the time for the drug to decline back to the MEC.

In contrast, the pharmacokineticist can also describe the plasma level–time curve in terms of such pharmacokinetic terms as peak plasma level, time for peak plasma level, and area under the curve, or AUC (Fig. 2-3). The time of peak plasma level is the time of maximum drug concentration in the plasma and is a rough marker of average rate of drug absorption. The peak plasma level or maximum drug con-



**Figure 2-2.** Generalized plasma level–time curve after oral administration of a drug.



**Figure 2-3.** Plasma level–time curve showing peak time and concentration. The shaded portion represents the AUC (area under the curve).