# EXHIBIT H

DOCKET NO.:ALZA-0020							PATENT



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:				Confirmation No.: 5468
Lam, et al.
Application No.: 09/253,317			Group Art Unit: 1614
Filing Date: February 19, 1999			Examiner: Zohreh A. Fay
For: Methods and Devices for Providing Prolonged Drug Therapy

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## DECLARATION OF SUNEEL K. GUPTA

I, Suneel K. Gupta, hereby declare that:

1. I am one of the named inventors of the above-identified patent application, and make this declaration in support thereof.

2. I have been practicing in the field of drug delivery for at least the last 16 years. I received my Ph.D. degree in Pharmacokinetics from the University of Manchester in Manchester, United Kingdom in 1987, and served a post-doctoral fellowship in Pharmacokinetics and Pharmacodynamics at the University of California, San Francisco from 1987 to 1989. I joined Alza Corporation in 1989 as a Staff Scientist in the Biopharmaceutics department, and have held various positions with Alza since then. I currently hold the position of Senior Vice President & Distinguished Research Fellow.

3. I have been asked to assess the extent to which one can determine the rate at

**DOCKET NO.:ALZA-0020**                                              **PATENT**

which the Ritalin SR product releases methylphenidate based on the plasma concentration data for that product that are provided in Patrick, *et al.*, *Biopharmaceutics & Drug Disposition* 1989, *10*, 165 ("the Patrick reference"). To make this determination, I supervised application of the Wagner-Nelson mathematical deconvolution method (Wagner, *et al.*, *J. Pharm. Sci.* 1963 *52*, 610) to the plasma concentration that the Patrick reference discloses in Figure 2. This type of deconvolution is routinely performed by those skilled in the field of pharmaceutical sciences and drug delivery, and I have deconvoluted plasma concentration data or supervised the deconvolution of such date numerous times during the course of my career.

4. By deconvoluting the plasma concentration data that the Patrick reference discloses in Figure 2, one is able to approximate the release rate that the Ritalin SR product would have needed to achieve to produce the plasma concentrations that the reference reports. Although there exist a number of different methods that potentially could be used to deconvolute the Ritalin SR plasma concentration data that the Patrick reference provides, the Wagner-Nelson method was one of the first to appear in the literature and one that I believe to produce representative results.

5. By applying the Wagner-Nelson method to the data that the Patrick reference reports in Figure 2, I was able to determine that the methylphenidate release rate for the Ritalin SR actually decreased during most of the 12-hour period over which the authors gathered their data. This is shown in the following graph plotting the data that I obtained using the Wagner-Nelson method:

2

DOCKET NO.:ALZA-0020

PATENT



Release Rate Profiles Following Methylphenidate Treatment Calculated Using Wagner-Nelson Method for Ritalin-SR

DOCKET NO.:ALZA-0020                                    PATENT

As this graph shows, the data reported in the Patrick reference indicates that although the rate of methylphenidate release increased over approximately the first hour with the Ritalin SR product, it decreased in a fairly steady manner thereafter. I do not believe that anyone skilled in the field of drug delivery would consider this to constitute the "ascending release rate over an extended period of time" that I understand to be recited in the claims of the above-identified patent application.

6.  I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under § 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

July 17, 2003

_____
Suneel K. Gupta

4