# EXHIBIT L

# 2002

## USP 25 | THE UNITED STATES PHARMACOPEIA

## NF 20 | THE NATIONAL FORMULARY

*By authority of the United States Pharmacopeial Convention, Inc., meeting at Washington, D.C., April 12–16, 2000. Prepared by the Council of Experts and published by the Board of Trustees*

*Official from January 1, 2002*

The designation on the cover of this publication, "USP NF 2002," is for ease of identification only. The publication contains two separate compendia: The Pharmacopeia of the United States Twenty-fifth Revision, and the National Formulary, Twentieth Edition.

UNITED STATES PHARMACOPEIAL CONVENTION, INC.
12601 Twinbrook Parkway, Rockville, MD  20852

# 〈711〉 DISSOLUTION

This test is provided to determine compliance with the dissolution requirements where stated in the individual monograph for a tablet or capsule dosage form. Of the types of apparatus described herein, use the one specified in the individual monograph. Where the label states that an article is enteric-coated, and a dissolution or disintegration test that does not specifically state that it is to be applied to enteric-coated articles is included in the individual monograph, the test for *Delayed-Release Articles* under *Drug Release* 〈724〉 is applied unless otherwise specified in the individual monograph. For hard or soft gelatin capsules and gelatin-coated tablets that do not conform to the *Dissolution* specification, repeat the test as follows. Where water or a medium with a pH of less than 6.8 is specified as the *Medium* in the individual monograph, the same *Medium* specified may be used with the addition of purified pepsin that results in an activity of 750,000 Units or less per 1000 mL. For media with a pH of 6.8 or greater, pancreatin can be added to produce not more than 1750 USP Units of protease activity per 1000 mL.

**USP Reference Standards** 〈11〉—*USP Prednisone Tablets RS Dissolution Calibrator, Disintegrating*). *USP Salicylic Acid Tablets RS (Dissolution Calibrator, Nondisintegrating)*.

**Apparatus 1**—The assembly consists of the following: a covered vessel made of glass or other inert, transparent material[1]; a motor; a metallic drive shaft; and a cylindrical basket. The vessel is partially immersed in a suitable water bath of any convenient size or placed in a heating jacket. The water bath or heating jacket permits holding the temperature inside the vessel at 37 ± 0.5° during the test and keeping the bath fluid in constant, smooth motion. No part of the assembly, including the environment in which the assembly is placed, contributes significant motion, agitation, or vibration beyond that due to the smoothly rotating stirring element. Apparatus that permits observation of the specimen and stirring element during the test is preferable. The vessel is cylindrical, with a hemispherical bottom and with one of the following dimensions and capacities: for a nominal capacity of 1 liter, the height is 160 mm to 210 mm and its inside diameter is 98 mm to 106 mm; for a nominal capacity of 2 liters, the height is 280 mm to 300 mm and its inside diameter is 98 mm to 106 mm; and for a nominal capacity of 4 liters, the height is 280 mm to 300 mm and its inside diameter is 145 mm to 155 mm. Its sides are flanged at the top. A fitted cover may be used to retard evaporation.[2] The shaft is positioned so that its axis is not more than 2 mm at any point from the vertical axis of the vessel and rotates smoothly and without significant wobble. A speed-regulating device is used that allows the shaft rotation speed to be selected and maintained at the rate specified in the individual monograph, within ±4%. Shaft and basket components of the stirring element are fabricated of stainless steel, type 316 or equivalent, to the specifications shown in Figure 1. Unless otherwise specified in the individual monograph, use 40-mesh cloth. A basket having a gold coating 0.0001 inch (2.5 μm) thick may be used. The dosage unit is placed in a dry basket at the beginning of each test. The distance between the inside bottom of the vessel and the basket is maintained at 25 ± 2 mm during the test.



Fig. 1. Basket Stirring Element

**Apparatus 2**—Use the assembly from *Apparatus 1*, except that a paddle formed from a blade and a shaft is used as the stirring element. The shaft is positioned so that its axis is not more than 2 mm at any point from the vertical axis of the vessel and rotates smoothly without significant wobble. The vertical center line of the blade passes through the axis of the shaft so that the bottom of the blade is flush with the bottom of the shaft. The paddle conforms to the specifications shown in Figure 2. The distance of 25 ± 2 mm between the blade and the inside bottom of the vessel is maintained during the test. The metallic or suitably inert, rigid blade and shaft comprise a single entity. A suitable two-part detachable design may be used provided the assembly remains firmly engaged during the test. The paddle blade and shaft may be coated with a suitable inert coating. The dosage unit is allowed to sink to the bottom of the vessel before rotation of the blade is started. A small, loose piece of nonreactive material such as not more than a few turns of wire helix may be attached to dosage units that would otherwise float. Other validated sinker devices may be used.

---

[1] The materials should not sorb, react, or interfere with the specimen being tested.

[2] If a cover is used, it provides sufficient openings to allow ready insertion of the thermometer and withdrawal of specimens.



Fig. 2. Paddle Stirring Element

**Apparatus Suitability Test**—Individually test 1 tablet of the *USP Dissolution Calibrator, Disintegrating Type* and 1 tablet of *USP Dissolution Calibrator, Nondisintegrating Type*, according to the operating conditions specified. The apparatus is suitable if the results obtained are within the acceptable range stated in the certificate for that calibrator in the apparatus tested.

**Dissolution Medium**—Use the solvent specified in the individual monograph. If the *Dissolution Medium* is a buffered solution, adjust the solution so that its pH is within 0.05 unit of the pH specified in the individual monograph.

[NOTE—Dissolved gases can cause bubbles to form, which may change the results of the test. In such cases, dissolved gases should be removed prior to testing.[3] ]

**Time**—Where a single time specification is given, the test may be concluded in a shorter period if the requirement for minimum amount dissolved is met. If two or more times are specified, specimens are to be withdrawn only at the stated times, within a tolerance of ±2%.

**Procedure for Capsules, Uncoated Tablets, and Plain Coated Tablets**—Place the stated volume of the *Dissolution Medium* (± 1%) in the vessel of the apparatus specified in the individual monograph, assemble the apparatus, equilibrate the *Dissolution Medium* to 37 ± 0.5°, and remove the thermometer. Place 1 tablet or 1 capsule in the apparatus, taking care to exclude air bubbles from the surface of the dosage-form unit, and immediately operate the apparatus at the rate specified in the individual monograph. Within the time interval specified, or at each of the times stated, withdraw a specimen from a zone midway between the surface of the *Dissolution Medium* and the top of the rotating basket or blade, not less than 1 cm from the vessel wall.

[NOTE—Replace the aliquots withdrawn for analysis with equal volumes of fresh *Dissolution Medium* at 37° or, where it can be shown that replacement of the medium is not necessary, correct for the volume change in the calculation. Keep the vessel covered for the duration of the test, and verify the temperature of the mixture under test at suitable times.] Perform the analysis as directed in the individual monograph.[4] Repeat the test with additional dosage form units.

If automated equipment is used for sampling and the apparatus is modified, validation of the modified apparatus is needed to show that there is no change in the agitation characteristics of the test.

Where capsule shells interfere with the analysis, remove the contents of not less than 6 capsules as completely as possible, and dissolve the empty capsule shells in the specified volume of *Dissolution Medium*. Perform the analysis as directed in the individual monograph. Make any necessary correction. Correction factors greater than 25% of the labeled content are unacceptable.

**Procedure for a Pooled Sample for Capsules, Uncoated Tablets, and Plain Coated Tablets**—Use this procedure where *Procedure for a Pooled Sample* is specified in the individual monograph. Proceed as directed under *Procedure for Capsules, Uncoated Tablets, and Plain Coated Tablets*. Combine equal volumes of the filtered solutions of the six or twelve individual specimens withdrawn, and use the pooled sample as the test solution. Determine the average amount of the active ingredient dissolved in the pooled sample.

**Interpretation**—

*Unit Sample*—Unless otherwise specified in the individual monograph, the requirements are met if the quantities of active ingredient dissolved from the units tested conform to the accompanying Acceptance Table. Continue testing through the three stages unless the results conform at either $S_1$ or $S_2$. The quantity, $Q$, is the amount of dissolved active ingredient specified in the individual monograph, expressed as a percentage of the labeled content; the 5%, 15%, and 25% values in the *Acceptance Table* are percentages of the labeled content so that these values and $Q$ are in the same terms.

Acceptance Table

| Stage | Number Tested | Acceptance Criteria |
|---|---|---|
| $S_1$ | 6 | Each unit is not less than $Q + 5\%$. |
| $S_2$ | 6 | Average of 12 units ($S_1 + S_2$) is equal to or greater than $Q$, and no unit is less than $Q - 15\%$. |
| $S_3$ | 12 | Average of 24 units ($S_1 + S_2 + S_3$) is equal to or greater than $Q$, not more than 2 units are less than $Q - 15\%$, and no unit is less than $Q - 25\%$. |

*Pooled Sample*—Unless otherwise specified in the individual monograph, the requirements are met if the quantities of active ingredient dissolved from the pooled sample conform to the accompanying *Acceptance Table for a Pooled Sample*. Continue testing through the three stages unless the results conform at either $S_1$ or $S_2$. The quantity, $Q$, is the amount of dissolved active ingredient specified in the individual monograph, expressed as a percentage of the labeled content.

Acceptance Table for a Pooled Sample

| Stage | Number Tested | Acceptance Criteria |
|---|---|---|
| $S_1$ | 6 | Average amount dissolved is not less than $Q + 10\%$. |
| $S_2$ | 6 | Average amount dissolved ($S_1 + S_2$) is equal to or greater than $Q + 5\%$. |
| $S_3$ | 12 | Average amount dissolved ($S_1 + S_2 + S_3$) is equal to or greater than $Q$. |

---

[3] One method of deaeration is as follows: Heat the medium, while stirring gently, to about 41°, immediately filter under vacuum using a filter having a porosity of 0.45 μm or less, with vigorous stirring, and continue stirring under vacuum for about 5 minutes. Other validated deaeration techniques for removal of dissolved gases may be used.

[4] If test specimens are filtered, use an inert filter that does not cause adsorption of the active ingredient or contain extractable substances that would interfere with the analysis.

# ⟨721⟩ DISTILLING RANGE

To determine the range of temperatures within which an official liquid distils, or the percentage of the material that distils between two specified temperatures, use Method I or Method II as directed in the individual monograph. The *lower limit* of the range is the temperature indicated by the thermometer when the first drop of condensate leaves the tip of the condenser, and the *upper limit* is the Dry Point, i.e., the temperature at which the last drop of liquid evaporates from the lowest point in the distillation flask, without regard to any liquid remaining on the side of the flask, or the temperature observed when the proportion specified in the individual monograph has been collected.

[NOTE—Cool all liquids that distil below 80° to between 10° and 15° before measuring the sample to be distilled.]

## Method I

**Apparatus**—Use apparatus similar to that specified for *Method II*, except that the distilling flask is of 50- to 60-mL capacity, and the neck of the flask is 10 to 12 cm long and 14 to 16 mm in internal diameter. The perforation in the upper insulating board, if one is used, should be such that when the flask is set into it, the portion of the flask below the upper surface of the insulating material has a capacity of 3 to 4 mL.

**Procedure**—Proceed as directed for *Method II*, but place in the flask only 25 mL of the liquid to be tested.

## METHOD II

**Apparatus**—Use an apparatus consisting of the following parts:

*Distilling Flask*—A round-bottom distilling flask, of heat-resistant glass, of 200-mL capacity, and having a total length of 17 to 19 cm and an inside neck diameter of 20 to 22 mm. Attached about midway on the neck, approximately 12 cm from the bottom of the flask, is a side-arm 10 to 12 cm long and 5 mm in internal diameter, which forms an angle of 70° to 75° with the lower portion of the neck.

*Condenser*—A straight glass condenser 55 to 60 cm in length with a water jacket about 40 cm in length, or a condenser of other design having equivalent condensing capacity. The lower end of the condenser may be bent to provide a delivery tube, or it may be connected to a bent adapter that serves as a delivery tube.

*Insulating Boards*—Two pieces of insulating board, 5 to 7 mm thick and 14 to 16 cm square, suitable for confining the heat to the lower part of the flask. Each board has a hole in its center, and the two boards differ only with respect to the diameter of the hole, i.e., the diameters are 4 and 10 cm, respectively. In use, the boards are placed one upon the other, and resting on a tripod or other suitable support, with the board having the larger hole on top.

*Receiver*—A 100-mL cylinder graduated in 1-mL subdivisions.

*Thermometer*—In order to avoid the necessity for an emergent stem correction, an accurately standardized, partial-immersion thermometer having the smallest practical subdivisions (not greater than 0.2°) is recommended. Suitable thermometers are available as the ASTM E-1 series 37C through 41C, and 102C through 107C (see *Thermometers* ⟨21⟩). When placed in position, the stem is located in the center of the neck and the top of the contraction chamber (or bulb, if 37C or 38C is used) is level with the bottom of the outlet to the side-arm.

*Heat Source*—A small Bunsen burner or an electric heater or mantle capable of adjustment comparable to that possible with a Bunsen burner.

**Procedure**—Assemble the apparatus, and place in the flask 100 mL of the liquid to be tested, taking care not to allow any of the liquid to enter the side-arm. Insert the thermometer, shield the entire burner and flask assembly from external air currents, and apply heat, regulating it so that between 5 and 10 minutes elapse before the first drop of distillate falls from the condenser. Continue the distillation at a rate of 4 to 5 mL of distillate per minute, collecting the distillate in the receiver. Note the temperature when the first drop of distillate falls from the condenser, and again when the last drop of liquid evaporates from the bottom of the flask or when the specified percentage has distilled over. Correct the observed temperature readings for any variation in the observed ambient barometric pressure from the normal (760 mm), adding if the pressure is lower or subtracting if the pressure is higher than 760 mm, and apply the emergent stem correction where necessary. Unless otherwise specified in the individual monograph, allow 0.1° for each 2.7 mm (0.037° per mm) of variation.

# ⟨724⟩ DRUG RELEASE

This test is provided to determine compliance with drug-release requirements where specified in individual monographs. Use the apparatus specified in the individual monograph. Replace the aliquots withdrawn for analysis with equal volumes of fresh *Dissolution Medium* at 37°, or, where it can be shown that replacement of the medium is not necessary, correct for the volume change in the calculation.

[NOTE—Medium replacement is not necessary for *Apparatus 4*, which is a continuous-flow system.] Keep the vessel covered for the duration of the test, and verify the temperature of the mixture under test at suitable times.

## EXTENDED-RELEASE ARTICLES—GENERAL DRUG RELEASE STANDARD

### Apparatus 1 and Apparatus 2

**Apparatus**—Proceed as directed under *Dissolution* ⟨711⟩.

**Apparatus Suitability Test, Dissolution Medium, and Procedure**—Proceed as directed under *Dissolution* ⟨711⟩.

**Time**—The test-time points, generally three, are expressed in hours. Specimens are to be withdrawn within a tolerance of ±2% of the stated time.

**Interpretation**—Unless otherwise specified in the individual monograph, the requirements are met if the quantities of active ingredient dissolved from the units tested conform to *Acceptance Table 1*. Continue testing through the three levels unless the results conform at either $L_1$ or $L_2$. Limits on the amounts of active ingredient dissolved are expressed in terms of the percentage of labeled content. The limits embrace each value of $Q_i$, the amount dissolved at each specified fractional dosing interval. Where more than one range is specified in the individual monograph, the acceptance criteria apply individually to each range.

**Acceptance Table 1**

| Level | Number Tested | Criteria |
|---|---|---|
| $L_1$ | 6 | No individual value lies outside each of the stated ranges and no individual value is less than the stated amount at the final test time. |
| $L_2$ | 6 | The average value of the 12 units ($L_1$ + $L_2$) lies within each of the stated ranges and is not less than the stated amount at the final test time; none is more than 10% of labeled content outside each of the stated ranges; and none is more than 10% of labeled content below the stated amount at the final test time. |

| Level | Number Tested | Criteria |
|---|---|---|
| $L_3$ | 12 | The average value of the 24 units ($L_1 + L_2 + L_3$) lies within each of the stated ranges, and is not less than the stated amount at the final test time; not more than 2 of the 24 units are more than 10% of labeled content outside each of the stated ranges; not more than 2 of the 24 units are more than 10% of labeled content below the stated amount at the final test time; and none of the units is more than 20% of labeled content outside each of the stated ranges or more than 20% of labeled content below the stated amount at the final test time. |

### Apparatus 3 (Reciprocating Cylinder)

**Apparatus**—The assembly consists of a set of cylindrical, flat-bottomed glass vessels; a set of glass reciprocating cylinders; stainless steel fittings (type 316 or equivalent) and screens that are made of suitable nonsorbing and nonreactive material and that are designed to fit the tops and bottoms of the reciprocating cylinders; and a motor and drive assembly to reciprocate the cylinders vertically inside the vessels and, if desired, index the reciprocating cylinders horizontally to a different row of vessels. The vessels are partially immersed in a suitable water bath of any convenient size that permits holding the temperature at $37 \pm 0.5°$ during the test. No part of the assembly, including the environment in which the assembly is placed, contributes significant motion, agitation, or vibration beyond that due to the smooth, vertically reciprocating cylinder. A device is used that allows the reciprocation rate to be selected and maintained at the dip rate specified in the individual monograph, within $\pm 5\%$. An apparatus that permits observation of the specimens and reciprocating cylinders is preferable. The components conform to the dimensions shown in Figure 1 unless otherwise specified in the individual monograph.



Fig. 1. Apparatus 3.

(All measurements are expressed in mm unless noted otherwise.)

**USP Reference Standards ⟨11⟩**—*USP Chlorpheniramine Extended-Release Tablets RS (Drug Release Calibrator, Single Unit). USP Theophylline Extended-Release Beads RS (Drug Release Calibrator, Multiple Unit).*

**Apparatus Suitability Test**—Individually test 1 tablet of the USP Drug Release Calibrator Tablets (Single Unit) and a specified amount of beads of the USP Drug Release Calibrator Beads (Multiple Unit) according to the operation conditions specified. The apparatus is suitable if the results obtained are within the acceptable range stated in the certificate for that calibrator in the apparatus tested.

**Dissolution Medium**—Proceed as directed under *Dissolution* ⟨711⟩.

**Procedure**—Place the stated volume of the *Dissolution Medium* in each vessel of the apparatus, assemble the apparatus, equilibrate the *Dissolution Medium* to $37 \pm 0.5°$, and remove the thermometer. Place 1 dosage-form unit in each of the six reciprocating cylinders, taking care to exclude air bubbles from the surface of each dosage-form unit, and immediately operate the apparatus as specified in the individual monograph. During the upward and downward stroke, the reciprocating cylinder moves through a total distance of 9.9 to 10.1 cm. Within the time interval specified, or at each of the times stated, raise the reciprocating cylinders and withdraw a portion of the solution under test from a zone midway between the surface of the *Dissolution Medium* and the bottom of each vessel. Perform the analysis as directed in the individual monograph. If necessary, repeat the test with additional dosage-form units.

Where capsule shells interfere with the analysis, remove the contents of not fewer than 6 capsules as completely as possible, and dissolve the empty capsule shells in the specified volume of *Dissolution Medium*. Perform the analysis as directed in the individual monograph. Make any necessary correction. Correction factors greater than 25% of the labeled content are unacceptable.

**Time and Interpretation**—Proceed as directed under *Apparatus 1 and 2.*

### Apparatus 4 (Flow-Through Cell)

**Apparatus**—The assembly consists of a reservoir and a pump for the *Dissolution Medium*; a flow-through cell; a water bath that maintains the *Dissolution Medium* at $37 \pm 0.5°$ (see Figures 2 and 3 ). The cell size is specified in the individual monograph.



Fig. 2. Large cell for tablets and capsules.

(All measurements are expressed in mm unless noted otherwise.)



Fig. 3. Small cell for tablets and capsules.
(All measurements are expressed in mm unless noted otherwise.)



Fig. 2a. Tablet holder for the large cell.
(All measurements are expressed in mm unless noted otherwise.)



Fig. 3a. Tablet holder for the small cell.
(All measurements are expressed in mm unless noted otherwise.)

The pump forces the *Dissolution Medium* upwards through the flow-through cell. The pump has a delivery range between 240 and 960 mL per hour, with standard flow rates of 4, 8, and 16 mL per minute. It must be volumetric to deliver constant flow independent of flow resistance in the filter device; the flow profile is sinusoidal with a pulsation of 120 ± 10 pulses per minute.

The flow-through cell (see Figures 2 and 3), of transparent and inert material, is mounted vertically with a filter system (specified in the individual monograph) that prevents escape of undissolved particles from the top of the cell; standard cell diameters are 12 and 22.6 mm; the bottom cone is usually filled with small glass beads of about 1-mm diameter with one bead of about 5 mm positioned at the apex to protect the fluid entry tube; a tablet holder (see Figures 2a and 3a) is available for positioning of special dosage forms, for example, inlay tablets. The cell is immersed in a water bath, and the temperature is maintained at 37 ± 0.5°.

The apparatus uses a clamp mechanism and two O-rings for the fixation of the cell assembly. The pump is separated from the dissolution unit in order to shield the latter against any vibrations originating from the pump. The position of the pump should not be on a level

higher than the reservoir flasks. Tube connections are as short as possible. Use polytef tubing with a 1.6-mm inner diameter and chemically inert flanged-end connections.

**Apparatus Suitability Test and Dissolution Medium**—Proceed as directed under *Dissolution* ⟨711⟩.

**Procedure**—Place the glass beads into the cell specified in the monograph. Place 1 dosage-form unit on top of the beads or, if specified in the monograph, on a wire carrier. Assemble the filter head and fix the parts together by means of a suitable clamping device. Introduce by the pump the *Dissolution Medium* warmed to $37 \pm 0.5°$ through the bottom of the cell to obtain the flow rate specified in the individual monograph and measured with an accuracy of 5%. Collect the eluate by fractions at each of the times stated. Perform the analysis as directed in the individual monograph. Repeat the test with additional dosage-form units.

Where capsule shells interfere with the analysis, remove the contents of not less than 6 capsules as completely as possible, and dissolve the empty capsule shells in the specified volume of *Dissolution Medium*. Perform the analysis as directed in the individual monograph. Make any necessary correction. Correction factors greater than 25% of the labeled content are unacceptable.

**Time and Interpretation**—Proceed as directed under *Apparatus 1 and 2*.

## DELAYED-RELEASE (ENTERIC-COATED) ARTICLES—GENERAL DRUG RELEASE STANDARD

Use *Method A* or *Method B* and the apparatus specified in the individual monograph. Conduct the *Apparatus Suitability Test* as directed under *Dissolution* ⟨711⟩. All test times stated are to be observed within a tolerance of ±2%, unless otherwise specified.

### Method A

**Procedure** (unless otherwise directed in the individual monograph)—

*Acid Stage*—Place 750 mL of 0.1 N hydrochloric acid in the vessel, and assemble the apparatus. Allow the medium to equilibrate to a temperature of $37 \pm 0.5°$. Place 1 tablet or 1 capsule in the apparatus, cover the vessel, and operate the apparatus for 2 hours at the rate specified in the monograph.

After 2 hours of operation in 0.1 N hydrochloric acid, withdraw an aliquot of the fluid, and proceed immediately as directed for *Buffer Stage*.

Perform an analysis of the aliquot using the *Procedure* specified in the test for *Drug release* in the individual monograph.

Unless otherwise specified in the individual monograph, the requirements of this portion of the test are met if the quantities, based on the percentage of the labeled content, of active ingredient dissolved from the units tested conform to *Acceptance Table 2*. Continue testing through all levels unless the results of both acid and buffer stages conform at an earlier level.

**Acceptance Table 2**

| Level | Number Tested | Criteria |
|---|---|---|
| $A_1$ | 6 | No individual value exceeds 10% dissolved. |
| $A_2$ | 6 | Average of the 12 units $(A_1 + A_2)$ is not more than 10% dissolved, and no individual unit is greater than 25% dissolved. |
| $A_3$ | 12 | Average of the 24 units $(A_1 + A_2 + A_3)$ is not more than 10% dissolved, and no individual unit is greater than 25% dissolved. |

*Buffer Stage*—

[NOTE—Complete the operations of adding the buffer, and adjusting the pH within 5 minutes.] With the apparatus operating at the rate specified in the monograph, add to the fluid in the vessel 250 mL of 0.20 M tribasic sodium phosphate that has been equilibrated to $37 \pm 0.5°$. Adjust, if necessary, with 2 N hydrochloric acid or 2 N sodium hydroxide to a pH of $6.8 \pm 0.05$. Continue to operate the apparatus for 45 minutes, or for the time specified in the individual monograph. At the end of the time period, withdraw an aliquot of the fluid, and perform the analysis using the *Procedure* specified in the test for *Drug release* in the individual monograph. The test may be concluded in a shorter time period than that specified for the *Buffer Stage* if the requirement for minimum amount dissolved is met at an earlier time.

**Interpretation**—Unless otherwise specified in the individual monograph, the requirements are met if the quantities of active ingredient dissolved from the units tested conform to *Acceptance Table 3*. Continue testing through the three levels unless the results of both stages conform at an earlier level. The value of $Q$ in *Acceptance Table 3* is 75% dissolved unless otherwise specified in the individual monograph. The quantity, $Q$, specified in the individual monograph, is the total amount of active ingredient dissolved in both the acid and buffer stages, expressed as a percentage of the labeled content. The 5% and 15% values in *Acceptance Table 3* are percentages of the labeled content so that these values and $Q$ are in the same terms.

**Acceptance Table 3**

| Level | Number Tested | Criteria |
|---|---|---|
| $B_1$ | 6 | Each unit is not less than $Q + 5\%$. |
| $B_2$ | 6 | Average of 12 units $(B_1 + B_2)$ is equal to or greater than $Q$, and no unit is less than $Q - 15\%$. |
| $B_3$ | 12 | Average of 24 units $(B_1 + B_2 + B_3)$ is equal to or greater than $Q$, not more than 2 units are less than $Q - 15\%$, and no unit is less than $Q - 25\%$. |

### Method B

**Procedure** (unless otherwise directed in the individual monograph)—

*Acid Stage*—Place 1000 mL of 0.1 N hydrochloric acid in the vessel, and assemble the apparatus. Allow the medium to equilibrate to a temperature of $37 \pm 0.5°$. Place 1 tablet or 1 capsule in the apparatus, cover the vessel, and operate the apparatus for 2 hours at the rate specified in the monograph. After 2 hours of operation in 0.1 N hydrochloric acid, withdraw an aliquot of the fluid, and proceed immediately as directed under *Buffer Stage*.

Perform an analysis of the aliquot using the *Procedure* specified in the test for *Drug release* in the individual monograph.

Unless otherwise specified in the individual monograph, the requirements of this portion of the test are met if the quantities, based on the percentage of the labeled content, of active ingredient dissolved from the units tested conform to *Acceptance Table 2* under *Method A*. Continue testing through all levels unless the results of both acid and buffer stages conform at an earlier level.

*Buffer Stage*—

[NOTE—For this stage of the procedure, use buffer that previously has been equilibrated to a temperature of $37 \pm 0.5°$.] Drain the acid from the vessel, and add to the vessel 1000 mL of pH 6.8 phosphate buffer, prepared by mixing 0.1 N hydrochloric acid with 0.20 M tribasic sodium phosphate (3:1) and adjusting, if necessary, with 2 N hydrochloric acid or 2 N sodium hydroxide to a pH of $6.8 \pm 0.05$.

[NOTE—This may be accomplished also by removing from the apparatus the vessel containing the acid and replacing it with another vessel containing the buffer and transferring the dosage unit to the vessel containing the buffer.] Continue to operate the apparatus for 45 minutes, or for the time specified in the individual monograph. At the end of the time period, withdraw an aliquot of the fluid, and perform the analysis using the *Procedure* specified in the test for *Drug release* in the individual monograph. The test may be concluded in a shorter time period than that specified for the *Buffer Stage* if the requirement for minimum amount dissolved is met at an earlier time.

**Interpretation**—Proceed as directed for *Interpretation* under *Method A*.

# TRANSDERMAL DELIVERY SYSTEMS—GENERAL DRUG RELEASE STANDARDS

## Apparatus 5 (Paddle over Disk)

**Apparatus**—Use the paddle and vessel assembly from *Apparatus 2* as described under *Dissolution* ⟨711⟩, with the addition of a stainless steel disk assembly[1] designed for holding the transdermal system at the bottom of the vessel. Other appropriate devices may be used, provided they do not sorb, react with, or interfere with the specimen being tested[2]. The temperature is maintained at $32 \pm 0.5°$. A distance of $25 \pm 2$ mm between the paddle blade and the surface of the disk assembly is maintained during the test. The vessel may be covered during the test to minimize evaporation. The disk assembly for holding the transdermal system is designed to minimize any "dead" volume between the disk assembly and the bottom of the vessel. The disk assembly holds the system flat and is positioned such that the release surface is parallel with the bottom of the paddle blade (see Figure 4).



Fig. 4. Paddle Over Disk.
(All measurements are expressed in mm unless noted otherwise.)

**Apparatus Suitability Test and Dissolution Medium**—Proceed as directed for *Apparatus 2* under *Dissolution* ⟨711⟩.

**Procedure**—Place the stated volume of the *Dissolution Medium* in the vessel, assemble the apparatus without the disk assembly, and equilibrate the medium to $32 \pm 0.5°$. Apply the transdermal system to the disk assembly, assuring that the release surface of the system is as flat as possible. The system may be attached to the disk by applying a suitable adhesive[3] to the disk assembly. Dry for 1 minute. Press the system, release surface side up, onto the adhesive-coated side of the disk assembly. If a membrane[4] is used to support the system, it is applied so that no air bubbles occur between the membrane and the release surface. Place the disk assembly flat at the bottom of the vessel with the release surface facing up and parallel to the edge of the paddle blade and surface of the *Dissolution Medium*. The bottom edge of the paddle is $25 \pm 2$ mm from the surface of the disk assembly. Immediately operate the apparatus at the rate specified in the monograph. At each sampling time interval, withdraw a specimen from a zone midway between the surface of the *Dissolution Medium* and the top of the blade, not less than 1 cm from the vessel wall. Perform the analysis on each sampled aliquot as directed in the individual monograph, correcting for any volume losses, as necessary. Repeat the test with additional transdermal systems.

**Time**—The test time points, generally three, are expressed in hours. Specimens are to be withdrawn within a tolerance of $\pm 15$ minutes or $\pm 2\%$ of the stated time, the tolerance that results in the narrowest time interval being selected.

**Interpretation**—Unless otherwise specified in the individual monograph, the requirements are met if the quantities of active ingredient released from the system conform to *Acceptance Table 4* for transdermal drug delivery systems. Continue testing through the three levels unless the results conform at either $L_1$ or $L_2$.

### Acceptance Table 4

| Level | Number Tested | Criteria |
|---|---|---|
| $L_1$ | 6 | No individual value lies outside the stated range. |
| $L_2$ | 6 | The average value of the 12 units ($L_1 + L_2$) lies within the stated range. No individual value is outside the stated range by more than 10% of the average of the stated range. |
| $L_3$ | 12 | The average value of the 24 units ($L_1 + L_2 + L_3$) lies within the stated range. Not more than 2 of the 24 units are outside the stated range by more than 10% of the average of the stated range; and none of the units is outside the stated range by more than 20% of the average of the stated range. |

## Apparatus 6 (Cylinder)

**Apparatus**—Use the vessel assembly from *Apparatus 1* as described under *Dissolution* ⟨711⟩, except to replace the basket and shaft with a stainless steel cylinder stirring element and to maintain the temperature at $32 \pm 0.5°$ during the test. The shaft and cylinder components of the stirring element are fabricated of stainless steel to the specifications shown in Figure 5. The dosage unit is placed on the cylinder at the beginning of each test. The distance between the inside bottom of the vessel and the cylinder is maintained at $25 \pm 2$ mm during the test.

---

[1] Disk assembly (stainless support disk) may be obtained from Millipore Corp., Ashley Rd., Bedford, MA 01730.

[2] A suitable device is the watchglass-patch-polytef mesh sandwich assembly available as the Transdermal Sandwich™ from Hanson Research Corp., 9810 Variel Ave., Chatsworth, CA 91311.

[3] Use Dow Corning, 355 Medical Adhesive 18.5% in Freon 113, or the equivalent.

[4] Use Cuprophan, Type 150 pm, $11 \pm 0.5$-μm thick, an inert, porous cellulosic material, which is available from Medicell International Ltd., 239 Liverpool Road, London NI ILX, England.



Fig. 5. Cylinder Stirring Element.[5]
(All measurements are expressed in cm unless noted otherwise.)

**Dissolution Medium**—Use the medium specified in the individual monograph (see *Dissolution* ⟨711⟩).

**Procedure**—Place the stated volume of the *Dissolution Medium* in the vessel of the apparatus specified in the individual monograph, assemble the apparatus, and equilibrate the *Dissolution Medium* to 32 ± 0.5°. Unless otherwise directed in the individual monograph, prepare the test system prior to test as follows. Remove the protective liner from the system, and place the adhesive side on a piece of Cuprophan[4] that is not less than 1 cm larger on all sides than the system. Place the system, Cuprophan covered side down, on a clean surface, and apply a suitable adhesive to the exposed Cuprophan borders. If necessary, apply additional adhesive to the back of the system. Dry for 1 minute. Carefully apply the adhesive-coated side of the system to the exterior of the cylinder such that the long axis of the system fits around the circumference of the cylinder. Press the Cuprophan covering to remove trapped air bubbles. Place the cylinder in the apparatus, and immediately rotate at the rate specified in the individual monograph. Within the time interval specified, or at each of the times stated, withdraw a quantity of *Dissolution Medium* for analysis from a zone midway between the surface of the *Dissolution Medium* and the top of the rotating cylinder, not less than 1 cm from the vessel wall. Perform the analysis as directed in the individual monograph, correcting for any volume losses as necessary. Repeat the test with additional transdermal drug delivery systems.

**Time**—Proceed as directed under *Apparatus 5*.

**Interpretation**—Unless otherwise specified in the individual monograph, the requirements are met if the quantities of active ingredient released from the system conform to *Acceptance Table 4* for transdermal drug delivery systems. Continue testing through the three levels unless the results conform at either $L_1$ or $L_2$.

## Apparatus 7 (Reciprocating Holder)

NOTE—This apparatus may also be specified for use with a variety of dosage forms.

**Apparatus**—The assembly consists of a set of volumetrically calibrated or tared solution containers made of glass or other suitable inert material,[6] a motor and drive assembly to reciprocate the system vertically and to index the system horizontally to a different row of vessels automatically if desired, and a set of suitable sample holders (see Fig. 6 and Figs. 7a-d).

---

[5] The cylinder stirring element is available from Accurate Tool, Inc., 25 Diaz St., Stamford, CT 06907, or from VanKel Technology Group, 13000 Weston Parkway, Cary, NC 27513.

[6] The materials should not sorb, react with, or interfere with the specimen being tested.



Dimensions are in centimeters.

| System[a] | HEAD | | | | ROD | | O-RING |
|---|---|---|---|---|---|---|---|
| | A (Diameter) | B | C | Material[b] | D | Material[c] | (not shown) |
| 1.6 cm² | 1.428 | 0.9525 | 0.4750 | SS/VT | 30.48 | SS/P | Parker 2-113-V884-75 |
| 2.5 cm² | 1.778 | 0.9525 | 0.4750 | SS/VT | 30.48 | SS/P | Parker 2-016-V884-75 |
| 5 cm² | 2.6924 | 0.7620 | 0.3810 | SS/VT | 8.890 | SS/P | Parker 2-022-V884-75 |
| 7 cm² | 3.1750 | 0.7620 | 0.3810 | SS/VT | 30.48 | SS/P | Parker 2-124-V884-75 |
| 10 cm² | 5.0292 | 0.6350 | 0.3505 | SS/VT | 31.01 | SS/P | Parker 2-225-V884-75 |

[a] Typical system sizes.
[b] SS/VT = Either stainless steel or virgin Teflon.
[c] SS/P = Either stainless steel or Plexiglas.

Fig. 6. Reciprocating Disk Sample Holder.[7]



Fig. 7a. Transdermal system holder—angled disk.

---

[7] The reciprocating disk sample holder may be purchased from ALZA Corp., 950 Page Mill Rd., Palo Alto, CA 94304 or VanKel Technology Group.



Fig. 7b. Transdermal system holder—cylinder.



Fig. 7c. Oral extended-release tablet holder—rod, pointed for gluing.



Fig. 7d. Oral extended-release tablet holder—spring holder.

The solution containers are partially immersed in a suitable water bath of any convenient size that permits maintaining the temperature, $T$, inside the containers at 32 ± 0.5° or within the allowable range, as specified in the individual monograph, during the test. No part of the assembly, including the environment in which the assembly is placed, contributes significant motion, agitation, or vibration beyond that due to the smooth, vertically reciprocating sample holder. Apparatus that permits observation of the system and holder during the test is preferable. Use the size container and sample holder as specified in the individual monograph.

**Dissolution Medium**—Use the *Dissolution Medium* specified in the individual monograph (see *Dissolution* ⟨711⟩).

**Sample Preparation A** (Coated tablet drug delivery system)—Attach each system to be tested to a suitable sample holder (e.g., by gluing system edge with 2-cyano acrylate glue onto the end of a plastic rod or by placing the system into a small nylon net bag at the end of a plastic rod or within a metal coil attached to a metal rod).

**Sample Preparation B** (Transdermal drug delivery system)—Press the system onto a dry, unused piece of Cuprophan[a], nylon netting, or equivalent with the adhesive side against the selected substrate, taking care to eliminate air bubbles between the substrate and the release surface. Attach the system to a suitable sized sample holder with a suitable O-ring such that the back of the system is adjacent to and centered on the bottom of the disk-shaped sample holder or centered around the circumference of the cylindrical-shaped sample holder. Trim the excess substrate with a sharp blade.

**Sample Preparation C** (Other drug delivery systems)—Attach each system to be tested to a suitable holder as described in the individual monograph.

**Procedure**—Suspend each sample holder from a vertically reciprocating shaker such that each system is continuously immersed in an accurately measured volume of *Dissolution Medium* within a calibrated container pre-equilibrated to temperature, $T$. Reciprocate at a frequency of about 30 cycles per minute with an amplitude of about 2 cm, or as specified in the individual monograph, for the specified time in the medium specified for each time point. Remove the solution containers from the bath, cool to room temperature, and add sufficient solution (i.e., water in most cases) to correct for evaporative losses. Perform the analysis as directed in the individual monograph. Repeat the test with additional drug delivery systems as required in the individual monograph.

**Interpretation**—Unless otherwise specified in the individual monograph, the requirements are met if the quantities of the active ingredients released from the system conform to *Acceptance Table*

*1* for coated tablet drug delivery systems, to *Acceptance Table 4* for transdermal drug delivery systems, or as specified in the individual monograph. Continue testing through the three levels unless the results conform at either $L_1$ or $L_2$.

# ⟨726⟩ ELECTROPHORESIS

Electrophoresis refers to the migration of electrically charged proteins, colloids, molecules, or other particles when dissolved or suspended in an electrolyte through which an electric current is passed.

Based upon the type of apparatus used, electrophoretic methods may be divided into two categories, one called *free solution* or moving boundary electrophoresis and the other called *zone electrophoresis*.

In the *free solution* method, a buffered solution of proteins in a U-shaped cell is subjected to an electric current which causes the proteins to form a series of layers in order of decreasing mobility, which are separated by boundaries. Only a part of the fastest moving protein is physically separated from the other proteins, but examination of the moving boundaries using a schlieren optical system provides data for calculation of mobilities and information on the qualitative and quantitative composition of the protein mixture.

In *zone electrophoresis*, the sample is introduced as a narrow zone or spot in a column, slab, or film of buffer. Migration of the components as narrow zones permits their complete separation. Remixing of the separated zones by thermal convection is prevented by stabilizing the electrolyte in a porous matrix such as a powdered solid, or a fibrous material such as paper, or a gel such as starch, agar, or polyacrylamide.

Various methods of zone electrophoresis are widely employed. *Gel electrophoresis*, particularly the variant called *disk electrophoresis*, is especially useful for protein separation because of its high resolving power.

Gel electrophoresis, which is employed by the compendium, is discussed in more detail following the presentation of some theoretical principles and methodological practices, which are shared in varying degrees by all electrophoretic methods.

The electrophoretic migration observed for particles of a particular substance depends on characteristics of the particle, primarily its electrical charge, its size or molecular weight, and its shape, as well as characteristics and operating parameters of the system. These latter include the pH, ionic strength, viscosity and temperature of the electrolyte, density or cross-linking of any stabilizing matrix such as gel, and the voltage gradient employed.

*Effect of Charge, Particle Size, Electrolyte Viscosity, and Voltage Gradient*—Electrically charged particles migrate toward the electrode of opposite charge, and molecules with both positive and negative charges move in a direction dependent on the net charge. The rate of migration is directly related to the magnitude of the net charge on the particle and is inversely related to the size of the particle, which in turn is directly related to its molecular weight.

Very large spherical particles, for which Stokes' law is valid, exhibit an electrophoretic mobility, $u_0$, which is inversely related to the first power of the radius as depicted in the equation:

$$u_0 = \frac{v}{E} = \frac{Q}{6\pi r \eta}$$

where $v$ is the velocity of the particle, $E$ is the voltage gradient imposed on the electrolyte, $Q$ is the charge on the particle, $r$ is the particle radius, and $\eta$ is the viscosity of the electrolyte. This idealized expression is strictly valid only at infinite dilution and in the absence of a stabilizing matrix such as paper or a gel.

Ions, and peptides up to molecular weights of at least 5000, particularly in the presence of stabilizing media, do not obey Stokes' law, and their electrophoretic behavior is best described by an equation of the type:

$$u_0 = \frac{Q}{A\pi r^2 \eta}$$

where $A$ is a shape factor generally in the range of 4 to 6, which shows an inverse dependence of the mobility on the square of the radius. In terms of molecular weight, this implies an inverse dependence of mobility on the power of the molecular weight.

*Effect of pH*—The direction and rate of migration of molecules containing a variety of ionizable functional groups, such as amino acids and proteins, depends upon the pH of the electrolyte. For instance, the mobility of a simple amino acid such as glycine varies with pH approximately as shown in Figure 1



Fig. 1.

Fig. 1.

The $pK_a$ values of 2.2 and 9.9 coincide with the inflection points of the sigmoid portions of the plot. Since the respective functional groups are 50% ionized at the pH values where pH = $pK_a$, the electrophoretic mobilities at these points are half of the value observed for the fully ionized cation and anion obtained at very low and very high pH, respectively. The zwitterion that exists at the intermediate pH range is electrically neutral and has zero mobility.

*Effect of Ionic Strength and Temperature*—Electrophoretic mobility decreases with increasing ionic strength of the supporting electrolyte. Ionic strength, $\mu$, is defined as:

$$\mu = 0.5 \Sigma C_i Z_i^2,$$

where $C_i$ is the concentration of an ion in moles per liter and $Z_i$ is its valence, and the sum is calculated for all ions in the solution. For buffers in which both the anion and cation are univalent, ionic strength is identical with molarity.

Ionic strengths of electrolytes employed in electrophoresis commonly range from about 0.01 to 0.10. A suitable strength is somewhat dependent on the sample composition, since the buffer capacity must be great enough to maintain a constant pH over the area of the component zones. Zones become sharper or more compact as ionic strength is increased.

Temperature affects mobility indirectly, since the viscosity, $\eta$, of the supporting electrolyte is temperature-dependent. The viscosity of water decreases at a rate of about 3% per °C in the range of 0° to 5° and at a slightly lower rate in the vicinity of room temperature. Mobility, therefore, increases with increasing electrolyte temperature.