# EXHIBIT M

# REDACTED