# EXHIBIT N

# REDACTED

# REDACTED