UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               )
ALZA CORPORATION, and                                          )
McNEIL-PPC., INC.,                                             )
                                                               )
        Plaintiffs                                     )   CIVIL ACTION NO.
                                                               )
        v.                                              )   05-CV-0642
                                                               )
IMPAX LABORATORIES, INC.,                                      )
ANDRX PHARMACEUTICALS, LLC. and                                )
ANDRX CORPORATION                                              )
                                                               )
        Defendants.                                     )
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of November 2006, a copy of

Redacted Version of Defendant's Opening Markman Brief on Claim Construction was served via

Federal Express and E-filing notification upon the following person(s):

| | |
|---|---|
| Steven J. Balick<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | Michael D. Hatcher<br>Catherine I. Rajwani<br>SIDLEY AUSTIN BROWN & WOOD, LLP<br>717 North Harwood, Suite 3400<br>Dallas, TX 75201 |
| Jeffrey P. Kushan<br>John L. Newby II<br>Rachel K. Hunnicutt<br>SIDLEY AUSTIN BROWN & WOOD, LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005 | David T. Pritikin, Esq.<br>SIDLEY AUSTIN BROWN & WOOD, LLP<br>BankOne Plaza<br>10 S. Dearborn Street, 55th Floor<br>Chicago, IL 60603 |

**[SIGNATURE ON NEXT PAGE]**

1380850 v.1

/s/ William J. Cattie, III #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:
Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036

Eric D. Isicoff, Esq.
Teresea Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131

1380850 v.1

2