# EXHIBIT A

# UMESH V. BANAKAR, PH.D.
## Professor
**10251 Tammer Drive**
**Carmel, IN 46032  USA**

**Tel./Fax: 317 334 0174**          email: **umeshbanakar@juno.com**          cell: **317 440 7784**

**Universities attended**

| | |
|---|---|
| Massachusetts Institute of Technology, Boston, MA | 1989 |
|   Advances in Controlled Release Technology | |

Duquesne University, Pittsburgh, PA U.S.A.
Doctor of Philosophy (Ph.D.)                                                   1985
  Major - Pharmaceutical Technology
  Minor - Pharmaceutical chemistry
    Thesis Title: Polyethylenes as Potential Prolonged Release Tablet Excipients

Bombay University, Bombay, India
Bachelor of Pharmacy (B. Pharm.)                                              1978

**Professional Career**

University of Campinas                                          2004 – present
Department of Medicine
Campinas, SP- BRASIL
**Adjunct Professor**

Banakar Consulting Services                                    2000 - Present
Carmel, IN 46032
**President**

Creighton University                                           2001 – Present
School of Pharmacy & Allied Health
Omaha, NE 68178
**Adjunct Professor**

Butler University                                              1997 - 1999
College of Pharmacy and Health Sciences
Indianapolis, IN 46208-3485
**Professor of Pharmaceutics**                                 1997 - 1999
**Chairman, Pharmaceutical Sciences and Graduate Program**     1997 - 1999

St. Louis College of Pharmacy                                  1990 -1997
St. Louis, MO 63110
**Professor of Pharmaceutics**                                 1994 - 1997
**Associate Professor (Pharmaceutics)**                        1990 - 1993
**Director of Research**                                       1990 - 1996
**Section Head: Pharmaceutical Sciences**                      1990 - 1996

Creighton University                                           1985 - 1990
School of Pharmacy & Allied Health, Omaha, NE 68178
Department of Pharmaceutical Sciences
**Associate Professor (Pharmaceutics)**                        1988 - 1990
**Assistant Professor (Pharmaceutics)**                        1985 - 1987

Duquesne University                                            1981 - 1984
School of Pharmacy, Pittsburgh, PA U.S.A.
**Instructor-In-Charge (Pharmaceutics)**

School of Pharmacy                                                              1980
J.N. Medical College, Belgaum, India
**Lecturer Pharmaceutics**

Roussel Pharmaceuticals (India) Ltd.                                           1978 - 1979
Bombay, India; **Product Chemist**

Pfizer (India) Ltd.                                                            1977
Bombay, India; Trainee (App.) – **Production**

## Scientific Advisory Board Membership

Several pharmaceutical corporations worldwide

## Organizations – Professional Associations

Member of several professional organizations worldwide

## Expertise (not exclusive listing)

## Disciplines:
- Drug product development and evaluation, conventional and non-conventional
- Dissolution and bio-availability assessment
- Novel drug delivery systems
- Date characterization, evaluation, and model development
- Dosage form design for bio-availability /pharmacokinetic studies

## Testifying/Non-Testifying Expert [patent litigations] – as of July 2006

- Biovail vs Andrx
- Astra vs Andrx (2 cases)
- FTC vs Schering-Plough Corp., Upsher-Smith Labs, and American Home Products
- Glaxo vs Andrx
- Shire vs Impax
- Shire vs Barr
- Dey vs Ivax
- Shire vs Nostrum
- Eli Lilly vs Apotex

## PROFESSIONAL/ACADEMIC DISTINCTIONS

Invited to present a keynote address: Clinical Drug Development in Humans; Intl. Sym. Drug Discovery, Faculdade de Ciências Farmacêuticas – UNESP – Araraquara – SP- Brazil (Araraquara, Brazil, July 2006)

Invited to present Pre-conference Workshop: Biorelevant Dissolution Testing: *Concept or Fallacy*, at the Intl Conf.: Dissolution Testing: Beyond Quality Control; Institute for International Research, New York, NY (Philadelphia, Jan. 2006).

Invited to deliver keynote presentation: Stem Cell Research in Clinical Therapeutics: *Potential Regulatory Implications*. 1st Intl. Sym.: Stem Cell Research, Lifecell (India) Ltd., Chennai (Jan 06, 2006); Mumbai (Jan. 07, 2006) and New Delhi (Jan. 08, 2006)

Invited to join the Management Board (Board of Directors) as International Scientific Advisor and Member – Board of Directors of Investigacio Farmacologia y Biopharmaceutica, S.A. de C.V., Tepepan, Mexico D.F., MEXICO (2005)

Invited to serve as International Scientific Advisor to Shasun Chemicals & Pharmaceuticals Ltd., Chennai INDIA (2005).

Invited to present a 2-Day intensive Professional Advancement Training Program: Dissolution and Bioequivalence of Generic Pharmaceutical Dosage Forms; INFARMED (Central Drug Regulatory Agency of Potrugal) and E.A. Campos, S.A., Lisbon, PORTUGAL (April 2005).

Invited to present a special focus session: Biologically Relevant Dissolution Testing in Drug Development; Government Pharmaceutical Organization, Bangkok, THAILAND (Feb. 2005).

Invited to present a special focus session: Discriminatory Dissolution Testing in Drug Development; Ministry of Public Health (MOPH), Bangkok, THAILAND (Feb. 2005).

Invited to serve on the Editorial Advisory Board, Pharmacokinetic/Pharmacodynamic and Biopharmaceutics Section for the Brazilian Journal of Biological and Medical Sciences, Brazil (2004).

Invited to develop and present a Graduate Course for Masters and Doctoral program at University of Campinas, Department of Medicine, Campinas, Brasil (Dec. 2003). Course Title: CLINICAL PHARMACY PRACTICE: Pharmacokinetics for the Practicing Healthcare Professional

Invited to present a keynote address at the International Symposium on Pharmaceutical Issues in NDA and ANDA; 55th Indian Pharmaceutical Congress, Chennai, INDIA (Dec. 2003); Title of presentation: Techno-legal considerations in defending an Abbreviated New Drug Application (ANDA): *A brief insight*

Invited to present a keynote address at the Focus Symposium on Small Scale Industries (SSI) in Indian Pharmaceutical Industry organized by Confederation of Pharmaceutical Industries at the 55th Indian Pharmaceutical Congress, Chennai, INDIA (Dec. 2003); Title of presentation: Pharmaceutical Small Scale industries – The US Perspective

Invited to present keynote address at the II Congreso Cientifico Internacional del Instituto Nacional de Salud organised by the Centro Nacional de Control de Calidad, Lima, Peru (July 2003); Title: In vitro- In vivo Correlation in Drug Development

Invited to present a 2-day special focus intensive continuing education program: Diseno de estudios de bioequivalencia de medicamentos genericos; II Congreso Cientifico Internacional del Instituto Nacional de Salud organised by the Centro Nacional de Control de Calidad, Lima, Peru (July 2003)

Invited to become the International Scientific Advisor to PIHCSA, Medica S.A., De C.V., Mexico City, Mexico (Mar. 2003).

Invited to develop and deliver 2-day intensive program: Auditing and Qualifying Suppliers and Vendors, Pharmaceutical Training Institute, Institute of International Research, New York, NY (Jan. 2003)

Invited to present a special 2-day session: Advanced Dissolution Testing and Characterization of Dissolution Data, Assoc. Espanola de Farm. de la Indust. (A.E.F.I.), Barcelona, Spain (Feb. 2002)

Invited to become the International Scientific Advisor to EMS Sigma Pharma, Hortolandia, SP-Brasil (Nov. 2001).

Invited to present a keynote address at the International Symposium on Laboratory Automation Research (ISLAR), Philadelphia, PA (Oct. 2001)

Invited to present a special 2-day session: Modern Dissolution Testing: *Principles and Applications*, Cairo University, Cairo, Egypt (Oct. 2001)

Invited to present a keynote workshop: Fundamentals of Biologically Relevant Dissolution Testing, Institute for International Research (IIR), New York, NY (Sept. 2001)

Invited design and present a special 2-day focus presentation: How to Predict and Optimize Bioavailability of Drug Formulations, Institute for International Research (IIR-PTI), New York, NY (June 2001)

Invited to present a 3-day Intensive Workshop: Dissolution Method Development for Pharmaceutical Dosage Forms, Chulalongkorn Univ., The Pharmaceutical Technology Service Center and Meditop Intl., Bangkok, Thailand (March 2001)

Invited to present a keynote workshop: Biologically Relevant Dissolution Testing: Myth or Fallacy !, Institute for International Research (IIR), New York, NY (Feb. 2001)

Invited to present a special 2-day program: Generic Drug Development Program – Techno-Legal Considerations, Torrent research Center, Ahmedabad, India (Nov. 2000)

Invited to present a 3-day intensive discourse: Correlating Dissolution and Bioavailability, International Pharmaceutical Technology Conference and Expo, Bangkok, Thailand (Aug. 2000)

Invited to lead and moderate Dissolution Discussion Group (DDG) Southeast Asia Meeting, Bangkok, Thailand (Aug. 2000)

Invited to serve on NIH SBIR/STTR Multidisciplinary Study Section, Bethesda, MD (July 2000)

Invited to serve on Special Emphasis review Panel by Center for Disease Control & Prevention, national Center for HIV, STD and TB Prevention, Atlanta, GA (March 2000)

Invited to present a 4-day Focus Program: Principles of Generic Pharmaceutical Product Development and Biopharmaceutical Evaluation, Ministry of Health, Drug Regulatory Agency, Colombo, Sri Lanka (March 2000)

Invited to present a Keynote Opening Address for the symposium on Innovations in Dissolution Testing, AAPS Ann. Mtg., New Orleans, LA (Nov. 1999)

Invited to present keynote address at the Bases Cientificas y Technologicas de la Bio-equivalencia/ Normatividad Sarutaria, Seminario Internacional FIFARMA, Association Mexicana de Industries de Investigation Farmaceutica, A.C., Mexico City, Mexico.  Title of Presentation: Correlaciones In vivo-In vitro (Sept. 1999)

Recipient of the distinguished P.C. Dandiya Award/Citation for Distinguished Service to the Profession of Pharmacy. Invited to present the oration at the Indian Pharmaceutical Association, National Annual Meeting, Indore, India (Dec. 1999)

Invited to present a 2-day intensive course: Correlating Dissolution and Bioavailability - Understanding IVIVC, Intl. Adv.  Instruments Expo., Mexico D.F., Mexico (Nov. 1999)

Invited to present a 3-h special technical WS session: ABCs of generic Drug Development: Case Study Approach, Interphex-USA'99, New York, NY (April 1999).

Invited to chair the opening session: Dosage Forms and Drug Delivery, Intl.  Conf.  Pharm.  Ingred.  Excip., CphI'98, Amsterdam The Netherlands (Dec.1998).

Invited to present a 2-day specialized Intensive Seminar: Generic Drug Product Development – Bio-availability, Bio-equivalence & In Vitro Equivalence, Intl. Advanced Instruments Expo, Mexico City, Mexico (Nov. 1998).

Invited to chair NIH-SBIR/STTR, Special Multidisciplinary Study Section NIH, Bethesda, MD (Nov. 1997).

Invited to chair session 2: Drug Delivery and Drug Delivery Technology, Intl.  Conf. Pharm. Ingred. Excip.,  London, England (Nov. 1997).

Invited to present a keynote address at the 41st International Seminar.  Drug Delivery Systems, Pharmacokinetics and Pharmacodynamics, Warsaw, Poland (Nov. 1997).

Invited to present a Special 2-day Session; The Modern Dissolution Laboratory, VanKel International, London, England (July 1997).

Invited to present a Special 2-day Session. The Modern Dissolution Laboratory, AGB International Ltd., Dublin, Ireland (July 1997).

Invited to present a Special 2-day Session: El Moderno Laboritorio de Dissolucion, Advanced Instruments de Mexico, Mexico City, Mexico (Feb. 1997)

Nominated for the Distinguished Fulbright Lecturing Award (Feb. 1997)

Invited to chair NIH SBIR/STTR special Multidisciplinary Study Section, NIH, Bethesda, MD (March 1997)

Invited to present Keynote Address at the 1st Int. Conf. on The Practice of Clinical Pharmacy, Univ. of Zagreb, Faculty of Pharmacy, Zagreb, Croatia (April 1997)

Invited to present a key workshop: Challenging Opportunities in the Delivery of Proteins and Peptides, Interphex USA'97, Philadelphia, PA (April 1997)

Invited to serve on the Organizing Committee (Scientific Conference Section), Reed Exhibition/Conference Companies, Inc., Norwalk, CT (April 1997-Present)

Invited to chair NIH-SBIR/STTR, Special Multidisciplinary Study Section, NIH, Bethesda, MD (June 1997).

Invited to chair Session 4: Advances in Drug Delivery Technology, Intl. Conf. Pharm. Ingred. Excip., CPHI '96, Turin, Italy (Oct. 1996)

Invited to chair NIH - SBIR/ STTR Special Multidisciplinary study section, NIH, Bethesda MD (Nov 1996).

Invited to present a keynote address to the Pharmaceutical Technology Section, VIIth Congress of Argentine Association of Industrial Pharmacy and Biochemistry, Buenos Aires, Argentina (June 1996).

Invited to present a plenary lecture at the VIIth Congress of Argentine Association of industrial Pharmacy and Biochemistry, Buenos Aires, Argentina (June 1996).

Invited to present a keynote address at the AAPS Midwest Regional Meeting, Chicago, IL (May 1996).

Invited to chair NIH-SBIR/STTR Study Section, NIH, Bethesda, MD (March 1996).

Invited to present a keynote address at the Indo-Swiss Collaborative Program and International Conference on Bioprocess Technology, Center for Biotechnology, Anna University, Madras, India; "Advances and Opportunities in the Delivery of Theraputic Proteins and Peptides", (March 1996).

Invited to lead a UN-IESC assignment to Extractum - Pharma, Ltd., Kunfeherto, Hungary (April – May 1996).

Invited to serve on international Scientific Conference Committee, CphI'95, Miller Freeman BV, Maarssen, The Netherlands (1995-Present).

Invited to chair Session 2: Developments in Dosage Forms and Delivery Systems, Intl. Conf. Pharml. Ingred. Excip., Frankfurt, Germany (Nov. 1995).

Invited to present a keynote lecture at the Symposium: *Bio-availability l Bio-equivalence - Past, Present and Future,* AI-Azhar Intl. Pharml. Conf., Cairo, Egypt (Dec.1995).

Invited to present a 2-day session: *Development and Evaluation of Import-Substituted (Generic) Products,* University of Alexandria, Alexandria, Egypt (Dec. 1995).

Invited to serve as a Coordinator and Chairman of the 1st *International Conference an New Horizons in Drug* Delivery *and Targeting,* Basel, Switzerland (1995).

Invited to become International Scientific Advisor for Wockhardt international, Ltd., Bombay, India (1995).

Invited to present keynote (opening) address at the National Congress on Rheumatology, "Percutaneous Transport of Drugs," Paris, France (1995).

Invited to serve on NIH, SBIR/STTR Special Study Section Z (March 1995).

Invited to become the Founding Editor-in-Chief of International Journal of Pharmaceutical Advances, a scientific peer-reviewed journal, by Tochnomic Publishing Co., Inc., Ardsley, NY (1995).

Invited to serve on NIH-NIAID, RFP Special Review Panel (1994).

Invited to present a keynote address on "Specialized Drug Delivery" at the XXVIIth Ann. Ind.Pharmacol. Soc. Conf., Bombay, India (1994).

Invited to present a 3-h special technical course. Pharmaceutical Bio-equivalence Testing - Critical and Contemporary Issues, by Expo Consult, The Netherlands; at the CPhI'94 Exposition and Convention, Paris, France; Sept. 19, 1994.

Invited to present a plenary lecture at the First International Meeting on Pharmacy and Pharmaceutical Sciences, organized by Marmara University, Istanbul, Turkey (Sept. 4-7, 1994).

Recipient of FoxMeyer Award for 'outstanding Scholarship and distinguished service to pharmacy education' presented by Beta Kappa Chapter of Rho Chi National Pharmacy Honor Society (1994)

Recruited as Volunteer Executive [VE] for a short-tem assignment by International Executive Service Corps [IESC], a UN-AID supported organization (1994).

Invited to serve on NIH-SBIR/STTR Special Study Section (1994).
Invited to serve as co-chairman of a NIH-NINDS technical review panel to review SBIR proposal (1994).

Invited to serve as a NIH-NINDS review panel member for review of RFPs (1993).

Invited to keynote IBSA Symposium: Flector EP Tissuegel-Transdermal Congress, June 04, 1994 in Lugano, Switzerland (1993).

Invited to join the Scientific Advisory Board of ENAR Foundation Research Center, Bombay, India (1 993).

Selected for inclusion in Who's Who Among Asian Americans, Gale International Research, Inc., Detroit, MI (1993).

"Specialized Drug Delivery System. Parts I-VII". Text translated from English version and published in Slovene language by Editor-in-Chief, Pharmaceutical Association, Press of Slovenia, Ljubljana, Republic of Slovenia (1993).

Invited to join the International Editorial Advisory Board of Acta Pharmaceutical, Ljubljana, Republic of Slovenia (1993)

Founder of St. Louis College of Pharmacy - Undergraduate Summer Research Institute [STLCOP-USRI] - a self supported institute to provide research opportunities for undergraduate students.

Invited to join the International Editorial Advisory Board of Journal of Biomaterials Applications, Lancaster, PA (1992).

Invited to chair and compose a Technical Session: Drug Delivery Systems at the 3rd International Conference on Pharmaceutical Ingredients and Excipients, CPhI'92, Wiesbaden, Germany (Nov. 1992).

Invited to chair 'Improving the Drug Development Process' Conference, 2nd Day, Princeton, NJ (Sept. 1992). Sponsored by 'The Institute for International Research, New York.

Recipient of 'Service to Country' Award presented by International Executive Service Corps., Stamford, CT (1992).

Invited to chair Technical Session relating to Pharmaceutical Technology at Interphex-USA '92, NY (March-April 1992).

Recruited as a Volunteer Expert [VE] for a short-term international assignment by International Executive Service Corps, Stamford, CT(11991) Assignment: 'Technology Transfer through Education', with Ranbaxy Laboratories Ltd. New Delhi, INDIA; December 1991-February 1992.

Invited to give a special short session. Dissolution Assessment of Novel Dosage Forms, at the European Symposium on 'Buccal and Nasal Administration as An Alternative to Parenteral Administration', Paris, France, December 10-11, 1991 (August 1991).

Invited to address the 43rd Indian Pharmaceutical Congress, as a plenary speaker, at their annual convention, Goa, India, December 27-29, 1991 (August 1991).

Nominated and selected for inclusion in 'American Men and Women of Science', (June, 1991).

Recipient of 'Certificate of Achievement in the area of Research and Scholarly Activity' awarded by Creighton University School of Pharmacy & Allied Health Professions (June 1990).

Recipient of NARD Foundation Smith Kline Beecham Grant Award (1990).
Invited for membership to Phi Beta Alpha Honor Society for International Scholars (1990).

Recipient of John C.Kenefick Faculty Development Award granted by Health Futures Foundation (1989).

Invited to open a symposium on "Controlled Release Dosage Form Design" and present a paper on Design Considerations and Mechanistic Evaluation of Oral Controlled Release Systems', at the AAPS Western Regional Meeting, Reno, NV (Feb. 27,1990).

Recipient of PMA (Pharmaceutical Manufacturers Association USA) Visiting Professor for 1989 Award. Sponsored by Searle Laboratories, Skokie, IL (Aug. 06-20, 1989).

Recipient of the Distinguished Leadership Award and inclusion in the International Directory of Distinguished Leadership for outstanding service to the teaching profession (1989).

Included in the list of experts with International Executive Service Corps (IESC) for Assignments (educational or otherwise) organized and administered through IESC worldwide (November 1988).

Recipient of the distinguished Dr. Pete Ellerbeck Memorial Award for outstanding faculty service to students and School of Pharmacy (1988).

Recipient of the Rho Chi National Pharmacy Honor Society award for "Excellence in Teaching" (1988).

Recipient of Travel Grant for attendance and participation at 7th Pharm. Tech. Conf., London, UK (April 1988). Sponsored by Marion Laboratories. Kansas City, MO (1988).

Nominated for Burlington Northern Foundation Scholar of the Year Award for the academic year 1986-87.

Recipient of James M. Keck, Faculty Development Award granted by Health Future Foundation, 1986 (September 10,1987).

Invited by American Chemical Society (ACS) to develop, establish and instruct an intensive course in Theory and Practice of Controlled Release, (September, 1987).

Name included in the list of experts with World Health Organization ('WHO) for future short-term assignments organized and administered by WHO worldwide (August, 1987).

Invited to become a Book Review Editor for BioPham Manufacturing Journal (1987).

Recipient of PMA (Pharmaceutical Manufacturers Association, USA) Visiting Professor for 1987 Award. Sponsored by Marion Laboratories, Kansas City, MO (June 15-26, 1987).

Selected for inclusion in "Who's Who in Technology", 5th. ed. Biotechnology Section (1986).

Solicited for preparation of a profile for Pralidoxime Chloride for inclusion in vol.17 of Analytical Profiles of Drug Substances, Academic Press, NY.

Recipient of Health Futures Foundation Young Faculty Award (1986).

Recipient of NARD Norcliff-Thayer Foundation Gram Award (1986).

Invited to prepare a full-length monograph (book) entitled "Pharmaceutical Dissolution Technology", by Marcel Dekker, Inc., New York, New York (1986).

Recipient of Biomedical Research Support Grant Award (1985).

Above average academic record throughout graduate curriculum.

First class academic record throughout undergraduate curriculum.

Fifth rank m Bombay University at I.B. Pharm. (1976).

Fourth rank in Bombay University at II B. Pharm. (1977).

First class first at I and II B. Pharm in Goa College of Pharmacy, Panaji-Goa, India.

Always in TOP FIVE PERCENT of the class, both at school and university levels.

# SCHOLARLY ACTIVITY

## Electronic Texts

"Basic Pharmacokinetics", Makoid MC, Vucetec P and Banakar UV, Eds., Virtual University Press, http://kiwi.creighton.edu/pkin.book/ (1996).

## Texts

"Dissolution Testing of Pharmaceutical Dosage Forms: *Comprehensive Understanding of Principles and Applications*", Banakar UV, Banakar Consulting Services, Carmel, Indiana (2006).

"Biorelevant Dissolution Testing: *Concept or Fallacy*", Institute for International Research, New York, NY (2006).

"GENERIC PHARMACEUTICAL DOSAGE FORMS: Dissolution and Bioequivalence Considerations",  Banakar UV, Banakar Consulting Services, Carmel, Indiana (2005)

"CLINICAL PHARMACY PRACTICE: Pharmacokinetics for the Practicing Healthcare Professional", Banakar UV, University of Campinas, Campinas, Brasil (2004)

"Pharmaceutical Dissolution Testing," 2nd Edition (in preparation) Marcel Dekker, Inc., New York, NY (2000)

"Drug Development Process: Increasing Efficiency and Cost Effectiveness", Welling PG, Lasagna L and Banakar UV, Eds., Marcel Dekker, Mc., NY (1996).

"Zdravilini Sistemi'.  Slovensko Farmacevtsko Drustvo, Ljubljana ,Slovenia (1994).  ISBN 961-90099-0-8.

"Pharmaceutical Dissolution Testing", Marcel Dekker, Inc., New York, NY (1992); 2nd printing (1995).

"Computer Assisted Data Analysis of Sustained Release Formulations", Interphex-USA'92, WS7, New York (1992).

"Characterization and Enhancement of Transdermal Drug Uptake", Interphex-USA'92, WS14, New York (1992).

"In Search of an Ideal Oral Sustained Release Dosage Form", Interphex-USA'91, WSO7, New York (1991).

"Computer-Assisted Mathematical Modeling of Modified Drug Release", Interphex-USA'91, WS13, New York (1991).

"Educating Older Americans and Children about Prescription (Rx) and Over-the-Counter (OTC) Drugs: A Ready Reference Booklet", NARD Foundation, Alexandria, VA (1990).

"Pharmaceutics I & II, Theory and Practice", Creighton University.  Omaha, NE 68178 (1986).

## Chapter(s)/Monograph(s)  in Texts

Banakar UV. "Correlating Dissolution and Bioavailability: *Mechanics of IVIVC* – Part II", Banakar Consulting Services, Carmel Indiana USA and Torrent Research Center, Bhat, Gujarat INDIA (July 2006).

Banakar UV. "Correlating Dissolution and Bioavailability: *Mechanics of IVIVC* – Part I", Banakar Consulting Services, Carmel Indiana USA and Torrent Research Center, Bhat, Gujarat INDIA (Feb. 2006).

Banakar UV. "Generic Drug development and Approval: *Role of Manufacturing Site*", Torrent Pharmaceuticals Ltd., Chatral, Gujarat, INDIA (2006).

Banakar UV. "Dissolution and Bioequivalence of Generic Pharmaceuticals", Varian Inc., Cary, NC (2004)

"Auditing and Qualifying Suppliers and Vendors", Pharmaceutical Training Institute, International Institute for Research, New

Banakar UV. "Diseno de estudios de bioequivalencia de medicamentos genericos", II Congreso Cientifico Internacional del Instituto Nacional de Salud organised by the Centro Nacional de Control de Calidad, Lima, Peru (July 2003

Banakar UV. "Correlating Dissolution and Bioavailability: Undertanding IVIVC (*Revised and Updated*)", Varian Inc., Cary, NC (2003)

Banakar UV. "Dissolution Testing in Drug Product Development and Evaluation", Pfizer Inc., Ann Arbor, MI (2003)

Banakar UV. "Advanced Dissolution Testing: Theory and Practice (*Revised and Updated*)", VanKel Technology Group, Cary NC (2001)

Banakar UV. "Fundamentals of Biologically Relevant Dissolution Testing", Institute for International Research (IIR), New York, NY (2001)

Banakar UV. "How to Predict and Optimize Bioavailability of Drug Formulations", Institute for International Research (IIR-PTI), New York, NY (2001)

Banakar UV. "Correlating Dissolution and Bioavailability (IVIVC): Does Automation have a Place !", ISLAR, Zymark Corp., Boston, MA (2001)

Banakar UV. "Principles in the Design, Development and Evaluation of Generic Pharmaceuticals", EMS Sigma Pharma, Hortolandia, SP-Brasil (2001).

Banakar UV. "Biologically Relevant Dissolution Testing: Myth or Fallacy !", Institute for International Research (IIR), New York, NY (2001)

Banakar UV. "Dissolution Method Development for Pharmaceutical Dosage Forms", VanKel Technology Group, Cary NC (2000)

Banakar UV. "Principles of Generic Pharmaceutical Product Development and Biopharmaceutical Evaluation, Ministry of Health, Drug Regulatory Agency, Colombo, Sri Lanka (March 2000)

Banakar UV. "Generic Drug Development Program – Techno-Legal Considerations", TRC Press, Ahmedabad, India (2000)

Banakar UV. "Correlating Dissolution and Bioavailability; Understanding IVIVC, "VanKel Technology Group, Cary, NC (1999)

Banakar UV. "Fundamentals of Drug Product Development with Special Emphasis on the Development and Evaluation of Generic Pharmaceuticals, "Novartis Enterprises Pvt. Ltd., Mumbai, India (1999)

Banakar UV. "Beyond Traditional Non-conventional Drug Delivery Systems.' Ch. in Drug Delivery Systems, Pharmacokinetics and Phamacodynarnics. ICB, Warsaw, Poland (1998)

Banakar UV. "Generic Drug Product Development: Bio-availability, Bio-equivalence and In Vitro Equivalence.' Advanced Instruments de Mexico, Mexico DF, Mexico (1998)

Banakar UV. "Fundamentals of Generic Drug Product Development and Evaluation: In Vitro Perspective." Synthon BV, Nijmegen, The Netherlands (1998)

Banakar UV and Makoid MC. "Pharmacokinetics in Drug Development," Technomic Publishing Co., Inc., Ardsley, NY (1997)

Banakar UV. "The Modern Dissolution Laboratory: Theory and Practice," Vankel Technology Group, Cary, NC (1997)

Banakar UV and Krishna Kumar. "Validation of Bioanalytical Methods and Fundamentals of Phase I Bio-availability/ Bio-equivalence Investigations." BIA d.o.o., Ljubljana, Slovenia (1997)

Banakar UV. "Challenging Opportunities in the Delivery of Therapeutic Proteins and Peptides"," Reed Publications, Norwalk, CT (1997)

Banakar UV and Ghignone AA. "Generic Pharmaceutical Product Development; Regulatory considerations", PLIVA d.d., Zagreb, Republic of Croatia (1996).

Banakar UV and Makoid MC. "Clinical Pharmacokinetics and The Practice of Pharmacy ". Faculty of Farmacia, Univ, of Ljubljana, Ljubljana, Slovenia (1996).

Banakar UV Dasgupta AK and Makoid MC. In Vitro - In Vivo Correlations. some recent thoughts. Ch. 6, Bio-availability anf Bio-equivalence: An Uptade, Tipnis HP, ed,, New Age, Publishers, New Delhi, India (1996) pp 51-61.

Banakar UV and Murty R. "Generic Pharmaceutical Markets. Opportunities and Pitfalls", PLIVA d.d., Zagreb, Republic of Croatia (1996).

Banakar UV. "Generic Drug Product Development and Bio-equivalence Assessment". Technomic Publishing AG, Basel, Switzerland (1996).

Banakar UV. "Contemporary Issues in Bio-equivalence Assessment", Interphex-USA'96, New York, NY (1996).

Banakar UV. "Advances in Oral Rate Controlled Drug Delivery System: Meeting the Challenges", Interphex-USA '96, New York, NY (1996)

Banakar UV. "Pharmaceutical Issues", Ch. in Drug Development Process: Increasing Efficiency, and Cost Effectiveness, Welling PG, Lasagna L and Banakar UV, eds , Marcel Dekker, Inc., NY (1996).

Banakar UV. "Development and Evaluation of Import-Substituted Products (Generics)"- University of Alexandria, Alexandria, Egypt and Pharco Pharmaceuticals, Alexandria, Egypt (1995).

Bmakar UV, "Principles of Pharmaceutical Dosage Forms Development and Bio-pharmaceutical Evaluation". PLIVA Research Institute, Zagreb, Republic of Croatia (1995).

Banakar UV and Tharp PC. "Advances in New Drug Delivery Systems: Technological and Marketing Considerations". Technomic Publishing AG, Basel, Switzerland (1995).

Banakar UV and Makoid MC. "Principles of Pharmaceutical Product Development and Evaluation'. Technomic Publishing Co., Inc., Ardsley, NY (1995),

Banakar UV. Rate-Controlled Drug Delivery Technology and Novel Oral Rate-Controlled Drug Delivery System. PLIVA Research Institute, Zagrab Republic of Croatia (1995).

Banakar UV and Makoid MC. Generic Drug Product Development and Current Issues in Bio-equivalence Evaluation. Association Argentina de Farmacia y Bioquimica Industrial, Buenos Aires, Argentina (1995).

Banakar UV. "Bioavailability. Bio-equivalence and Therapeutic Substitution"- Technomic Publishing Co.. Inc., Ardsley, NY (1995).

Banakar UV and Osborne DW. "Transderrnal Drag Product Development". Technomic Publishing Co., Inc., Ardsley, NY (1994).

Banakar UV. "Materials Used in Controlled Release Technology - A Primer". Ch. 8 in Advances in Controlled Delivery of Drugs, Kohudic, MA, Fd., Technomic Publishing Co., Inc., Lancaster, PA (1994); pp 132-154.

Banakar UV. "Sodium Starch Glycolate", invited monograph in 'Handbook of Pharmaceutical Excipients', Amer. Pharm. Assoc., Washington, DC (1994); 462-466.

Banakar UV. "Excipients in New Drug Delivery System". PhLA Intl. Conf., Expo consult, The Netherlands (1994).

Banakar UV, Szycher M and Tharp PC. "New Drug Delivery Systems: Developmental and Marketing Considerations", Technomic Publishing Co., Inc., Ardsley, NY (1994).

Banakar UV. "Role of Pharmaceutical Ingredients and Excipients in Development of Pharmaceuticals", CPhI'93, Intl. Conf., Turin, Italy (1993).

Banakar UV and Makoid MC. "Drug Dissolution and Bio-availability: Critical Considerations Including Simulations & Predictions", Technomic Publishing Co., Inc., Ardsley, NY (1993)

Banakar UV and Makoid MC, "Modelling of Modified Release Systems". Technomic Publishing Co., Inc., Ardsley, NY (1993).

Banakar UV and Osborne D. "Dermatological Product Development and Drug Delivery". Technomic Publishing Co. Inc., Ardsley, NY (1993).

Banakar UV and Suryanarayanan. "Controlled Release Using Polymers: Characterization of Solid Drugs and Excipients'. Technomic Publishing Co., Inc., Ardsley, NY (1992).

Banakar UV and Mueller LG. 'Transdernal Drug Delivery; Contemporary Issues and New Directions'. Technomic Publishing Co., Inc., Ardsley, NY (1992).

Banakar UV and Makoid MC. "Drug Dissolution and Bioavailability". Technomic Publishing Co., Inc., Ardsley, NY (1991).

Banakar UV and Makoid MC. 'Controlled Release: Theory and Practice'. American Chemical Society, Washington DC (1990).

Banakar UV, et al. "Introduction to Specialized Drug Delivery Systems: Laboratory Research to Production", Ch. 1 in 'Specialized Drug Delivery Systems: Manufacturing & Production', P. Tyle, ed., Marcel Dekker, Inc., NY (1989) pp 3-36.

### Editor-in-Chief

Founding Editor-in-Chief of International Journal of Pharmaceutical Advances by Technomic Publishing Co., Inc, Ardsley, NY (1994-1996).

### Editor-at-Large

Editor-at-Large in the area of Pharmaceutical Technology by Marcel Dekker, Inc., New York, NY 10016.

### International Editorial Advisory Board

Brazilian Journal of Biological & Medical Sciences, Pharmacokinetic/Pharmacodynamic & Biopharmaceutics Section,  Brazil

Journal of Biomaterials Applications, Lancaster, PA

Acta Pharmaceutica, Ljubljana.  Republic of Slovenia

International Journal of Pharmaceutical Excipients, Mumbai, India

### Book Review Editor

BioPharm Manufacturing, Aster Publications, 859 Willamette Street, Eugene, OR 97440.

### Guest Editorial

Invited to contribute an Expert Guest Editorial. "Intrinsic Dissolution" Practical Solutions, vol. 2 (Sept. 1999)

Invited to contribute an editorial commentary: " Oral Rate-Controlled drug administration". Chemica-oggi, (1996)

Invited to write a conference report/guest editorial by Pharmaceutical Technology Magazine. "Interphex USA'92: Business-Technology Interface", Pharm. Tech. 16 (June 1992

Invited to write a conference report/guest editorial by Pharmaceutical Technology Magazine. "Interphex USA'91: Blending Academics and Technology", Pharm. Tech., 15, (June 1991).

Invited to write a guest editorial by Pharmaceutical Technology Magazine. "JUC-Pharm. Sci. '87: A step in the Right Direction',

**Reviewer for:**

Brazilian Journal of Biological & Medical Sciences, Brazil

S.T. P. Pharma Sciences, Chateney-Malabry, Cedex, France.

Annals of Pharmacotherapy, Cincinnati, OH 45242.

Intl. J. of Pharm. Technol. Prod. Mfr., Childwall University Press, London, England.

Trends in Biotechnology, Elsevier Trends Journals, Cambridge, England.

Journal of Pharmaceutical Sciences, Amer. Pharm. Assoc., Amer. Chem. Soc., Washington, D.C.

Pergamon Press Scientific & Medical Health Publications, Elmsford, New York.

American Pharmacy, APhA, 2215 Constitution Ave. NW, Washington, DC

Pharmaceutical Research, Alexandria, VA.

VCH Publishers, 2 Sidney Place, Brooklyn, NY.

**Publications**

Banakar UV. Stem Cell Research in Clinical Therapeutics: *Potential Regulatory Implications*. PubMed, Feb. 2006.

Khopade AJ, Shelly C, Pandit NK and Banakar UV. Lipospheres Based Lipoprotein-Mimetic Delivery System for 6-Mercaptopurine. J. Biomater. Appln., 14(2), 389-399 (2000)

Dewoolkar AV, Soni R and Banakar UV. Sodium Starch Glycolate. A Contemporary Review. Intl. J. Pharm Excip., 1(1), 4-9 (1999)

Banakar UV. Fractional System Response as Basis for Establishing IVIVC, Proc. Cphl '98, Manuf. Chemist, 69, 88106 (1998)

Banakar UV. Frontiers in Delivery of Therapeutic Proteins. East. Pharm, 40, 21-28 (1997)

Banakar UV. Advances and Opportunities in Delivery of Proteins and Peptides. J. Biomater. Appln., 11(4), 377429 (1997).

Deo MR, Sant VP, Parekh SR, Khopade and Banakar UV. Proliposome-based Transdermal Delivery of Leyonorgestel, J. Biomater. Appln., 12(1), 77-88 (1997)

Makoid MC and Banakar UV, Modeling of Pharmacological Response for Simulation and Data Analysis. II. Single Receptor Interaction. Int. J. Pharm. Adv., (3), 285-297 (1996)

Makoid MC and Banakar UV. Modelling of Pharmacological Response for Simulation and Data Analysis. III. Multiple Receptor Site Interactions. Acta Pharm,, 46(4) , 265-278 (1996).

Banakar UV. Specialized Drug Delivery Responding to Physiological Demands Proc. CPhI'95, Manuf. Chemist 67, 49 61 (1996).

Kulshreshtha R, Panpalia H and Banakar UV. Effect of Phase Inversion on Physical Stability of o/w Emulsions, Int. J. Pharm. Adv., 1(1), 73-83 (1995).

Duman G, Baykara T and Banakar UV. Dissolution and Bioavailability of Bioadhesive Dosage Form of Lidocaine, Int. J. Pharm. Ady., 1(2), 101-111 (1995).

Makoid MC and Banakar UV. Modelling of Pharmacological Response for Simulation and Data Analysis. I: Basic Concepts, Int. J. Pharm. Adv,, 1(2), 170-187 (1995).

Banakar UV.  Percutaneous Transportation of Drugs, Acta Ther., 1, 11-22 (1994)

Walgren RA and Banakar UV. in Vitro Release of Selected Cardiac Drugs from Reservoir-Type Transdermal Formulations. Acta Pharm., 45(1), 1-7 (1995).

Banakar UV.  Excipients in New Drug Delivery Systems, Proc. PhlA, Manuf. Chmst., Expoconsult, T'he Netherlands (1994).

Banakar, UV, Role of Pharmaceutical Ingredients and Excipients in the Development of Pharmaceuticals. Manuf. Chemist, CPhI'93, Conf. Issue, 88-107 (1994).

Banakar UV.  Oral Rate-Controlled Drug Administration.  Part I. Manuf. Chmst. 65(1), 14-17 (1994).

Banakar UV. Oral Rate-Controlled Drug Administration, Part II., Manuf. Chmst, 65(2), 30-34 (1994).

Banakar UV.  Synthetic Polymers as Excipients, Part I., Manuf. Chmst., 68(9), (1994).

Banakar UV.  Synthetic Polymers as Excipients, Part II,, Manuf. Chmst., 68(10), 27-29 (1994).

Nitsch MJ and Banakar UV. Implant able Drug Delivery, J. Biomat. Appln., 8. 247-284 (1994).

Doubek D, Makoid MC and Banakar UV.  In Vitro Transcutaneous Uptake of Theophylline from Topical Reservoir Formulations, Eastern Pharmacist XXXVI(428), 161-165 (1993).

Makoid, MC, Dufoure, A and Banakar, UV.  Modelling Dissolution Behavior of Controlled Release Dosage Forms. STP Pharma. 3,49-58(1993).

Saxena, J, Sharma, N. and Banakar, UV. Ultrasonically Mediated Drug Delivery.  J. Biomat.  Appln. 7(3),277-296 (1993).

Banakar, UV, Dissolution and Bio-availability of Drug Delivery Systems: Are Predictable Correlations Dependable? CPhI'92 Manuf. Chem., 64,145-155 (1993).

Chotidiloke, C, Elking, P and Banakar, UV.  Issues in Contemporary Drug Delivery.  VIII: Treatment of Rheumatoid Arthritis. J. Pharm.  Tech., 9, 52-62 (1993).

DeSimone, E. and Banakar, UV. Issues in Contemporary Drug Delivery.  VII: Sunscreens as Therapeutic Agents, J. Pharm. Tech., (1993).

Singh, G, Sharma, SN and Banakar, UV.  Release Kinetics of Propranolol from Polymeric Matrices  Acta Pharmaceutica, 42, 225-230 (1993).

Hilleman, DE, and Banakar, UV. Issues in Contemporary Drug Delivery.  VI.  Advanced Cardiac Drug Formulations. J. Pharm. Tech., 8, 203-211 (1992).

Banakar, UV and Makoid, MC.  Dissolution and Bio-availability:  Are In Vitro-in Vivo Correlations Possible? Eastern Pbarm., XXXV(416),17-28 (1992).

Berba. J. Makoid, MC, and Banakar, UV.  Treatment of Diabetes: Insulin Delivery Systems. Pharma Times, 10(8); 72-86 (1992).

Banakar, UV and Makoid, MC.  Bio-availability and Dissolution.  Pharm. Tech., vol l, 149-181 (1992).

Makoid, MC, Sylvestri, MF and Banakar, UV.  Oral Sustained Release Theophylline Products; Should Manufacture Recommend Dosage Modification Upon Conversion from IV Therapy?  Proc.  Interphex-USA'92, vol 1, 318(1992).

Sylvestri, MF, Banakar, UV and Makoid, MC.  In Vitro - In Vivo Correlations with 7 Commercial Phenobarbital Formulations. Interphex-USA'92, vol 1, 19-24 (1992).

Banakar, UV.  Global Pharmaceutical Industry Tradewinds and Drug Delivery System Research.  Proc.  CPhI'91 Manuf. Chem,, 63, 84-91 (1992)

Mohler, P and Banakar, UV. Issues in Contemporary Drug Delivery.  V.' Total Parenteral Nutrition (TPN). J. Pharm.  Tech., 8 (1992).

Chau, D-M, Sylvestn, MF, Snyder, S, Banakar, UV and Makoid, MC.  Release Kinetics of Polymeric Prodrugs of Pindolol, Drug Dev. Indus. Pharm. 17, 1279-1294 (1991),

Sanghvi, P and Banakar, UV.  Ultrasonic:  Principles and Biomedical  Application.  BioPharm Manuf., 4(5) 32-38 (1991).

Makoid MC.  Whitmore CK, MacDonald.  NC and Banakar, UV, Influence of pH and Ionic Strength on the Stability of Methacholine Chloride Solutions.  Proc.  Interphex-USA, vol.1, 205-218 (1991).

Makoid, MC, Vogel, J, Sylvestri, MF and Banakar UV., Dissolution Characteristics of Two Formulations  of Sustained Release Theophylline.  Proc, Interphex-USA, vol, 1, 219-234 (1991).

Nitsch, MJ and Banakar, UV, In Vitro Transcutaneous Uptake of Diltiazem from Reservoir-Type Topical Formulations, S.T.P. Pharma, 1, 64-69 (1991).

Berba. J. Huff, S, Langle, J and Banakar, UV. In Vitro Release of Selected Nonsteroidal Antiinflammatory Analgesics (NSAIA) from Reservoir-Type Transdermal Formulations, Drug Dev.  Indus. Pharm. 17, 55-66 (1991).

Kirchain, W and Banakar, UV.  Issues in Contemporary Drug Delivery.  IV.  Insulin Therapy, J. Pharm Tech., 7 19-28 (1991),

Berba, J and Banakar, UV.  Clinical Assessment of Current Transdermal Drug Delivery Systems (TDDS): A Retrospective evaluation, Amer.  Pharm., NS30, 33-41 (1990).

Speake, W and Banakar, UV.  Fats and Waxes in Pharmaceuticals. I:  As Excipients and Therapeutic Agents, Manuf. Chem., 61(8), 33-38 (1990).

Speake, W and Banakar, UV. Fats and Waxes in Pharmaceuticals. II: Manufacturing Process Considerations, Manuf. Chem., 61(9), 43. (1990).

Patel, UN and Banakar, UV.  Comparative In Vitro Dermatokinetics of Ibuprofen (IBP), II Farmaco, Sci. Ed., 45, 559-568 (1990).

Banakar UV, Block, LH and Galinsky, AM.  Bio-availability Evaluation and In Vitro - In Vivo Correlation of Polyethylenes as Potential Prolonged Release Tablet Excipients, Proc. 9th Pharm Tech.  Conf., Vol. 1, 135-151 (1990).

Ermer, K and Banakar, UV.  In Vitro Transcutaneous Uptake of Metronidazole from Topical Reservoir Formulations, Proc. 9th Pharm. Tech.  Conf., Vol. 2, 197-214 (1990).

Banakar, UV. In Vitro Release of Metoprolol (MTP) from Various Transdermal Formulations, Pharmazie, 45/2, 121-123 (1990).

Banakar, UV, Issues in Contemporary Drug Delivery. I : Fundamental Considerations, J. Pharm. Tech, 6, 75-81 (1990).

Banakar, UV Issues in Contemporary Drug Delivery. II ; In Vitro Release and Biopharmaceutical Considerations, J. Pharm. Tech., 6,122-131 (1990).

Athani, A, Makoid, MC and Banakar, UV, Issues in Contemporary Drug Delivery.  III : Pharmacokinetics/Phamacodynamic Modelling, J. Pharm. Tech., 6,200-211 (1990).

Athani, A and Banakar, UV, The Development and Potential Uses of Biosensors, BioPharm Manuf., 3(1), 23 (1990).

Banakar, SU and Banakar UV, Japan's Pharmaceutical Industry: A Threat to the United States?, Drug Dev.  Indus. Pharm., 15, 1555 (1989),

Benedict, MK, Roche, VF, Banakar., UV md Hilleman, DE. visual Compatibility of Amiodarone Hydrochloride with Various Antimicrobial Agents during Simulated Y-Site Injection, Amxr, J. Hosp., 45, 1117 (1988).

Block, LH and Banakar, UV.  Further Considerations in Correlating In Vitro-In Vivo Data Employing Mean-Time Concept

Based on Statistical Moments, Drug Dev. Indus. Pharm., 14, 2143 (1988).

Patel, UN and Banakar, UV. Pralidoxime Chloride, Anal. Prof. Drug Subst., vol. 17, 533 (1988).

Kaura, S, Banakar, UV and Galinsky, AM. A Study of the Effects of Sucrose Concentration, Lacquer Concentration and Coating Time on the Formulation of Stable and Effective Carbenicillin Indanyl Sodium Microcapsules, Drug Dev. Indus. Pharm., 14, 925 (1988).

Young, WW and Banakar, UV, Pharmaceutical Technology Information on the National Pharmacy Bulletin Board Service (NPBBS), J. Pharm. Technol., 3(4),159 (1987)

Banakar, UV, Block, LH and Galinsky, AM. Evaluation of a Low Density and a High Density Polyethylene as Potential Prolonged Release Tablet Excipients, Pharm. Technol., Controlled Drug Release, Vol. 1, Ellis Horwood Ltd., London, England (1987) pp 17-33.

Banakar, UV. Drug Delivery Systems of the 90s; Innovations in Controlled Release, Amer. Pharm., 27(2), 39 (1987).

Banakar, UV. Microcomputers in Basic Pharmaceutical Sciences, Issues in Higher Edn., Vol. XXI, 19 (1986).

Banakar, UV. A Closer Look at the Mean Residence Time (MRT) Concept Based on Statistical Moments, Drug Dev. Indus. Pharm., 12, 1675 (1986).

Banakar, UV. Pharmaceutics I & II: Theory and Practice, Creighton University, Omaha, NE (1986). Adopted as a required text for Pharmaceutics Lab. Course.

Lathia, CD and Banakar, UV. Advances in Dissolution Technology. Design, Pros and Cons, Drug Dev. Indus. Pharm., 12 (1-2),71 (1986)

Banakar, UV. Drug Delivery Systems of the Future. Med. Device & Diagnos. Indus., Conf./Expo Proc., (June 1985).

Banakar, UV. Drug Release Mechanisms of Membrane-Moderated Drug Delivery System, Pharm. Manuf., 1 36 (1984).

Banakar, UV and Block, LH. Beyond Bioavailability Testing, Pharm. Technol., 9, 107 (1983).

Banakar, UV. Microencapsulation - A Recent Tool in Pharmacy Practice, Sanjeevani, 1 (1980).

Banakar, UV, Sterility Testing, Goa Pharmacist, Vol. -, (1977).

**Abstracts/[invited]Presentations**

"Dissolution Testing of Pharmaceutical Dosage Forms: *Comprehensive Understanding of Principles and Applications*", 3-day intensive program, Merck & Co. Inc., West Point, PA (Oct. 2006).

"Advanced Dissolution Testing: Theory and Applications", 2-day intensive program, Wyeth Inc. Burlington, VT (Sept. 2006).

"Advanced Dissolution Testing: Principles and Applications", 2-day intensive program, Chromline Equipment Pvt. Ltd., Mumbai, INDIA (July 2006).

"Clinical Drug Development in Humans", Intl. Sym. Drug Discovery, UNESP, Araraquara, SP-Brazil (July 2006).

"Correlating Dissolution and Bioavailability: *Mechanics of IVIVC* – Part II", 1-day intensive program, Torrent Research Center, Bhat, Gujarat INDIA (July 2006).

"Correlating Dissolution and Bioavailability: *Understanding IVIVC*", 2-day intensive program, Varian Inc., Cary, NC (Varian Canada, Inc., Vancouver, Canada; March 2006).

"Correlating Dissolution and Bioavailability: *Mechanics of IVIVC* – Part I", 1-day intensive program, Torrent Research Center, Bhat, Gujarat INDIA (Feb. 2006).

"Generic Drug development and Approval: *Role of Manufacturing Site*", 1 day program, Torrent Pharmaceuticals Ltd., Chatral,

Gujarat, INDIA (Feb. 2006).

"Stem Cell Research in Clinical Therapeutics: *Potential Regulatory Implications*", 1st Intl. Sym., Lifecell (India) Ltd., INDIA (Chennai, Jan. 06, 2006), (Mumbai, Jan. 07, 2006) and (New Delhi, Jan. 08, 2006).

"Advanced Dissolution Testing: Theory and Applications", 2-day intensive program, Varian Inc., Cary, NC (Oct. 2005).

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 2-day, Varian Inc. Cary, NC (Sept. 2005)

"Advanced Dissolution Testing: Theory and Applications", 2-day intensive program, Varian Inc., Cary, NC (Varian Ltd., Mexico City, June 2005).

"GENERIC PHARMACEUTICAL DOSAGE FORMS: Dissolution and Bioequivalence Considerations", 2-day intensive program, Victory Enterprises S.A. de C.V., Tijauana, MEXICO (April 2005)

"Dissolution and Bioequivalence of Generic Pharmaceuticals", 2-Day intensive program INFARMED and E.A. Campos S.A., Lisbon, Portugal (April 2005)

"Dissolution and Bioequivalence of Generic Pharmaceuticals", 2-Day intensive program, Varian, S. de R.L. de C.V. Mexico City, MEXICO (April 2005).

"GENERIC PHARMACEUTICAL DOSAGE FORMS: Dissolution and Bioequivalence Considerations", 2-day intensive program, Chulalongkorn University, Pharmaceutical Technology Research Center, and Meditop Ltd., Bangkok THAILAND (Feb. 2005).

"Biologically Relevant Dissolution Testing in Drug Development", Government Pharmaceutical Organization, Bangkok, THAILAND (Feb. 2005).

"Discriminatory Dissolution Testing Drug Development", Ministry of Public Health (MOPH), Bangkok, THAILAND (Feb. 2005).

"Fundamentals of Dissolution Testing", 1-day intensive Program, Khon Khai University, Department of Pharmaceutical Sciences, Khon Khei, THAILAND (Feb. 2005).

"Dissolution and Bioequivalence of Generic Pharmaceuticals", 2-Day intensive program, Sandoz Inc., Dayton, NJ (Feb. 2005).

"CLINICAL PHARMACY PRACTICE: Pharmacokinetics for the Practicing Healthcare Professional", Part II, 5-Day intensive program, University of Campinas, Campinas, Brasil (Jan. 2005).

"Dissolution and Bioequivalence of Generic Pharmaceuticals", 2-Day intensive program, Mutual Pharmaceuticals Inc., Philadelphia, PA (Dec. 2004).

"Biologically Relevant Dissolution Method Development and Essentials of In Vitro – In Vivo Correlation", 1-day intensive program, Medtronic Vascular, Santa Rosa, CA (Nov.. 2004).

"Advanced Dissolution Testing: Theory and Applications", 2-day intensive program, Varian Inc., Cary, NC (Oct. 2004).

"Dissolution and Bioequivalence of Generic Pharmaceuticals", 2-Day intensive program, Novolab Ltda., Budapest, HUNGARY (Sept. 2004).

"Dissolution and Bioequivalence of Generic Pharmaceuticals", 2-Day intensive program, Sandoz Inc., Dayton, NJ (Aug. 2004).

"CLINICAL PHARMACY PRACTICE: Pharmacokinetics for the Practicing Healthcare Professional", Part I, 5-Day intensive program, University of Campinas, Campinas, Brasil (July 2004)

"Essentials of Biorelevant Dissolution Testing in Predicting IVIVC", 1-day intensive program, Wockhardt Ltd., Aurangabad INDIA (July 2004).

"Dissolution and Bioequivalence of Generic Pharmaceuticals", 2-Day intensive program, Varian Inc., Cary, NC (June 2004).

"Fundamentals of Dissolution Method Development", 2-day intensive program, Medtronic Vascular, Santa Rosa, CA (March 2004).

"Techno-legal considerations in defending an Abbreviated New Drug Application (ANDA): *A brief insight*", keynote address, International Symposium on Pharmaceutical Issues in NDA and ANDA; 55th Indian Pharmaceutical Congress, Chennai, INDIA (Dec. 2003)

"Pharmaceutical Small Scale industries – The US Perspective", keynote address at the Focus Symposium on Small Scale Industries (SSI) in Indian Pharmaceutical Industry organized by Confederation of Pharmaceutical Industries at the 55th Indian Pharmaceutical Congress, Chennai, INDIA (Dec. 2003)

"Correlating Dissolution and Bioavailability: Understanding the mechanics of IVIVC", 2-day intensive program, Torrent Research Center, Torrent Pharmaceuticals Limited, Ahmedabad, INDIA (Nov. 2003)

"Advanced Dissolution Testing: Principles and Applications", 2-day, Varian Inc., Cary, NC (Oct. 2003)

"Advanced Dissolution Testing: Principles and Applications", 2-day, Pharmaceutical Technology Center, Univ. of Choololongkorn, and Meditop Ltd., Bangkok, Thailand (Oct. 2003)

"Dissolution in Drug Development and Evaluation", 1-day, Songkhla University, and Meditop Limited, Songkhla/Bangkok, Thailand (Oct. 2003)

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 2-day, Varian Inc., Cary, NC (Chromeline Pvt. Ltd., Hyderabad, INDIA (Oct. 2003)

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 2-day, Varian Inc. Cary, NC (Sept. 2003)

"In vitro- In vivo Correlation in Drug Development", keynote address at the International Scientific Conference 2003 organised by the Ministry of Health, Peru; Ministry of Health and Drug Regulation, Lima, Peru (July 2003)

"Bioavailability/Bioequivalence Evaluation of Generic Pharmaceuticals", 2-day special focus intensive continuing education program; Ministry of Health and Drug Regulation, Lima, Peru; (July 2003)

"Auditing and Qualifying Suppliers and Vendors", 2-day, Pharmaceutical Training Institute, Institute for International Research, New York, NY (San Diego, CA, June 2003).

"Dissolution Testing in Drug Product Development and Evaluation", 2.5 day intensive program, Pfizer Inc., Ann Arbor, MI (June 2003)

"Auditing and Qualifying Suppliers and Vendors", 2-day, Pharmaceutical Training Institute, Institute for International Research, New York, NY (Research Triangle Park, NC; May 2003).

"Auditing and Qualifying Suppliers and Vendors", 2-day, Pharmaceutical Training Institute, Institute for International Research, New York, NY (Wyeth-Ayerhst, St. Louis, MO, May 2003).

"Auditing and Qualifying Suppliers and Vendors", 2-day, Pharmaceutical Training Institute, Institute for International Research, New York, NY (Moristown, NJ; May 2003).

"Auditing and Qualifying Suppliers and Vendors", 2-day, Pharmaceutical Training Institute, Institute for International Research, New York, NY (San Francisco, CA; April 2003).

"Auditing and Qualifying Suppliers and Vendors", 2-day, Pharmaceutical Training Institute, Institute for International Research, New York, NY (Philadelphia, PA; March 2003).

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 2-day, Varian Inc., Cary, NC (Mexico City, Mexico, Feb. 2003)

"Advanced Dissolution Testing: Principles and Applications", 2-day, Shire Labs., Rockville, MD (Jan. 2003)

"Advanced Dissolution Testing: Principles and Applications", 2-day, Varian Inc., Toronto, Canada (Oct. 2002

"Advanced Dissolution Testing: Principles and Applications", 2-day, Varian Inc., Cary, NC (Oct. 2002)

"Advanced Dissolution Testing: Principles and Applications", 2-day, Merck Peruana, Lima, Peru (Oct. 2002)

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 3-day, Varian Inc., Princeton, NJ (Oct. 2002)

"Advanced Dissolution Testing: Principles and Applications", 2-day, Varian Inc., San Jose, Costa Rica (Sept. 2002)

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 2-day, Novo-Lab, Budapest, Hungary (June 2002)

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 3-day, Varian Inc., Cary, NC (June 2002)

"Dissolution Method Development for Pharmaceutical Dosage Forms", 3-day, VanKel Technology Group, Cary, NC (Apr. 2002)

"Fundamental Considerations in Drug Product Development and Evaluation I: Biorelevant Dissolution and BA/BE Issues", 2-day, EMS, Hortolandia, Sao Paulo, Brasil (April 2002).

"Modern Dissolution testing: Principles and Applications", 2-day, Celtech Inc., Rochester, NY (Feb. 2002)

"Advanced Dissolution Testing and Characterization of Dissolution Data", 2-day, Assoc. Espanola de Farm. de la Indust. (A.E.F.I.), ICAR/VanKel, Barcelona, Spain (Feb. 2002)

"Dissolution Method Development for Pharmaceutical Dosage forms", 3-day, VanKel Technology Group, Morristown, NJ (Dec. 2001)

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 3-day, VanKel Technology Group, Morristown, NJ (Nov. 2001)

"Modern Dissolution testing: Principles and Applications", 2-day, Cairo University, Cairo Egypt (Oct. 2001)

"Selected Topics in Dissolution Testing", 2-day, Hoffman la Roche, Nutley, NJ (Oct. 2001)

"An Intelligent Automated Dissolution Testing System: A Dream Striving For !", Keynote Address, Intl. Sym. Lab. Autom. Res. (ISLAR), Philadelphia, PA (Oct. 2001)

"Correlating Dissolution and Bioavailability: Does Automation have a Place ?", 1-day, ISLAR-Zymark Corp., Boston, MA (Oct. 2001)

"Advanced Dissolution Testing: Theory and Practice", 2-day, VanKel Technology Group, Morristown, NJ (Oct. 2001)

"Fundamentals of Biologically Relevant Dissolution Testing", Focus workshop, Inst. Intl. Res. (IIR), Philadelphia, PA (Sept. 2001)

"Principles in the Design, Development and Evaluation of Generic Pharmaceuticals", 4-day, EMS Sigma Pharma, Hortolandia, SP-Brasil (Sept. 2001)

"Advanced Dissolution Testing: Theory and Practice", 2-day, Uniflex Corp., Tokyo, Japan (July 2001)

"Advanced Dissolution Testing: Theory and Practice", 2-day, Uniflex Corp., Osaka, Japan (July 2001)

"How to Predict and Optimize Bioavailability of Drug Formulations", 2-day, Institute for International Research – Pharmaceutical Training Institute (IIR-PTI), Washington, DC (June 2001)

"Dissolution Method Development for Pharmaceutical Dosage forms", 3-day, VanKel Technology Group, Cary, NC (June 2001)

"How to Predict and Optimize Bioavailability of Drug Formulations", 2-day, Institute for International Research – Pharmaceutical Training Institute (IIR-PTI), Philadelphia, PA (June 2001)

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 3-day, VanKel Technology Group, Cary NC (May 2001)

"Dissolution Method Development for Pharmaceutical Dosage Forms", Chulalongkorn Univ., The Pharmaceutical Technology Service Center and Meditop Intl., Bangkok, Thailand (March 2001)

"Biorelevant Dissolution Testing", Int. Conf. on Dissolution Testing, Inst. Int. Res., Philadelphia, PA (Feb. 2001)

"Dissolution Method Development for Pharmaceutical Dosage forms", 2-day, Uniflex Corp., Tokyo, Japan (Feb. 2001)

"Essentials of Dissolution Testing of Pharmaceutical Dosage Forms", Takeda Pharmaceuticals, Kyoto, Japan (Feb. 2001)

"Dissolution Method Development for Pharmaceutical Dosage forms", 2-day, Uniflex Corp., Kyoto, Japan (Feb. 2001)

"Advanced Dissolution Testing: Theory and Practice", 2-day, VanKel Technology Group, Cary, NC (Feb. 2001)

"Dissolution and Bioavailability: Mechanics of IVIVC", 3-day, Pfizer, Inc., Groton, CT (Jan. 2001)

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 3-day, VanKel Int. London, England (Nov. 2000)

"Generic Drug Development Program: Techno-Legal Considerations", 2-day invited program, Torrent Research Center, Ahmedabad, India (Nov. 2000)

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 3-day, VanKel Technology Group, Cary, NC (Oct. 2000)

"Advanced Dissolution Testing: Theory & Practice", 2-day, VanKel Technology Group, Cary, NC (Oct. 2000).

"Correlating Dissolution with Bioavailability," invited 3-day special intensive course, International Conference on Pharmaceutical Product Development, Bangkok, Thailand (Aug. 2000)

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 3-day, Cromatec Ltd, Sao Paulo, Brazil (Sept. 2000)

"Fundamentals & Advanced Dissolution Testing: Theory & Practice", 2-day, J & J, Morristown, NJ (Aug. 2000)

"Dissolution Method Development for Pharmaceutical Dosage Forms", 3-day VanKel Technology Group, Cary, NC (July 2000)

"Advanced Dissolution Testing: Theory & Practice", 2-day, Suffern, NY (July 2000)

"Advanced Dissolution Testing: Theory & Practice", 2-day, Advanced Instruments de Mexico, San Juan, PR (June 2000).

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 3-day, Uniflex Company, Ltd., Tokyo, Japan (May 2000)

"Correlating Dissolution and Bioavailability: Understanding IVIVC", 3-day, Uniflex Company, Ltd., Kyoto, Japan (May 2000)

"In Vitro Dissolution Testing of Selected Modified Release Theophylline Solid Dosage Forms", AAPS Midwest reg. Mtg., Chicago, IL (April 2000)

"Principles of Generic Pharmaceutical Product Development and Biopharmaceutical Evaluation", 4-day, Ministry of Health, Drug Regulatory Agency, Colombo, Sri Lanka (March 2000)

"Advanced Dissolution Testing: Theory & Practice", 2-day, Pfizer Inc., Groton, CT (Feb. 2000)

"Dissolution Rediscovered", AAPS Ann. Mtg., New Orleans, LA (Nov. 1999).

"Correlating Dissolution and Bioavailability. Understanding IVIVC, "invited 2-day session, Advanced Instruments de Mexico, International Expo, Mexico City, Mexico (Nov, 1999).

"Modern Dissolution Testing: Theory and Practice,' 2-day technical session, Merck, Inc., West Point, PA (Oct. 1999).

"Advanced Dissolution Testing, " Cromatec Com. Instr. Analytics Ltda., San Paulo, Brasil. two 2-day sessions (Sept. 1999).

"Correlaciones In Vivo-In Vitro," Seminario Internacional FIFARMA, Assoc. Mexicana Indust.  Invest. Farm.  A.C. Mexico D.F, Mexico (Sept. 1999).

"Dissolution Testing in Pharmaceutical Product Development, "VanKel Technology Group, Cary, NC. 2-day seminar, IRI Training Center, Newark, NJ (Sept. 1999).

"Correlating Dissolution and Bio-availability. Understanding IVIVC," VanKel Technology Group, Cary, NC. 2-day intensive course, Morristown, NJ (Aug. 1999).

'Fundamentals of Pharmaceutical Product Development with Special Emphasis on the Development and Evaluation of Generic Pharmaceuticals," invited 4-day intensive training program, Novartis Enterprises Pvt. Ltd., Mumbai, India (Aug. 1999),

"Advanced Dissolution Testing, "VanKel Technology Group, Cary, NC. 2-day seminar, Philadelphia, PA (June 1999).

'Modern Dissolution Testing.  Theory and Practice, "VanKel Technology Group/Aims Corp. Ltd., Sydney, Australia, 2-day seminar (May 1999).

"ABCs of Generic Drug Product Development: A Case Study Approach," Interphex-USA'99, New York, NY (April 1999),

"Advanced Dissolution Testing:  Theory and Practice, "VanKel Technology Group, Cary, NC. 2-day intensive course, Miami Lakes, FL (April 1999).

'Modern Dissolution Testing: Theory and Practice," VanKel Technology Group, Cary, NC. 2-day course, Cary, NC (April 1999).

"Dissolution Testing and Pharmaceutical Product Development," invited 2-day session, Pfizer, Inc., Groton, CT (April 1999).

"Advanced Dissolution Testing, "VanKel Technology Group/VanKel UK Limited, London, England. 2-day seminar, PLIVA Research Institute.  Zagreb, Croatia (March 1999).

"The Modern Dissolution Laboratory.. Theory and Practice, "Invited 2-day session Indian Pharmaceutical Congress, Golden Jubilee Meeting, VanKel Technology Group/Chrome Line Limited, Mumbai, India (Dec, 1998).

"Clinical Conduct in BA/BE Investigations," Specialized 1 -day session, Wockhardt Limited, Mumbai, India (Dec. 1998).

"Generic Drug Product Development: Bio-availability, Bio-equivalence and In Vitro Equivalence," Intl.  Advanced Instruments Expo, Mexico City, Mexico (Nov. 1998).

"Exploring IVIVC for Generic Drug Products: Fractional System Response Correlation, "1-h special seminar, Universidad Nacional Autonoma de Mexico, Facultad de Quimica, Departmento de Farmacia, Mexico City, Mexico (Nov. 1998).

"Modern Dissolution Laboratory: Theory and Practice, "VanKel UK Limited, Loudon, England. 2-day seminar, Ljubljana, Slovenia (Nov. 1998).

'Dissolution and Bio-availability in Generic Drug Development - Case Study Approach, "specialized 3-h technical session, PLIVA Research Institute.  Zagreb, Croatia (Nov. 1998).

'The Modern Dissolution Laboratory: Theory and Practice, "VanKel Technology Group, Cary, NC. 2-day technical session, Cary, NC (Oct. 1998).

"Advanced Dissolution Testing,  "2-day invited session, Geneva Pharmaceuticals, Inc., Broomfield, CO (Sept.1998).

 "Advanced Dissolution Testing," 2-day technical session, Proctor & Gamble, Inc., Cincinnati, OH (Aug. 1998).

"The Modern Dissolution Laboratory: Theory and Practice," 2-day technical session, VanKel Technology Group/Uniflex Company Ltd., Tokyo, Japan (Aug. 1998).

"Advanced Dissolution Testing," 2-day technical session Boots Healthcare International Nottingham England (July 1998).

"The Modern Dissolution Laboratory: Theory and Practice," VanKel UK Limited, London, England. 2-day seminar, Goteberg,

"The Modern Dissolution Laboratory: Theory and Practice." VanKel UK Limited, London, England. 2-day seminar, Copenhagen, Denmark (June 1998).

"Basic Pharmacokinetics for the Pharmaceutical Scientist," 2-day technical, short course, Institute for Scientific Exchange, Baltimore, MD (June 1998).

"Advanced Pharmacokinetics: Simulations and Clinical Implications," 2-day intensive short course, Institute for Scientific Exchange, Baltimore, MD (June 1998).

"Simulation of Dissolution Performance in Drug Product Development," 2-h keynote seminar, Pfizer Inc., Groton, CT (May 1998).

"The Modern Dissolution Laboratory: Theory and Practice," VanKel Technology Group, Cary, NC. 2-day technical session, San Juan, PR (May 1998).

"Advanced Dissolution Testing," 2-day special invited session, Eli Lilly, Inc., Indianapolis, IN (April 1998).

"The Modern Dissolution Laboratory: Theory and Practice, "2-day technical session, VanKel Technology Group/Analytical Instruments Ltd., Toronto, Canada (April 1998).

"Advanced Dissolution Testing," 2-day technical session, Whitehall-Robins Laboratories, Inc., Richmond, VA (March 1998).

"Advanced Dissolution Testing," 2-day technical session, Eli Lilly Canada Ltd., Toronto, Canada (March 1998).

"The Modern Dissolution Laboratory: Theory and Practice." 2-day technical session, VanKel Technology Group/Advanced Instruments de Mexico, Mexico DF, Mexico (Feb.1998).

"Fundamentals of Generic Drug Product Development: In Vitro Perspective," 2-day focus session, Synthon BV. Nijrngen, The Netherlands (Feb. 1998)

"The Modern Dissolution Laboratory: Theory and Practice," VanKel Technology Group, Cary, NC. 2-day technical seminar, Baltimore, MD (Feb.1998).

"The Modern Dissolution Laboratory: Theory and Practice," 2-day special invited session, Eli Lilly, Inc., Indianapolis, IN (Dec. 1997).

"Theory and Practice of Pharmaceutical Dissolution Testing, "1-day short intensive training session Andrx Pharmaceuticals, Inc., Ft. Lauderdale, FL (Nov. 1997)

"The Modern Dissolution Laboratory: Theory & Practice," VanKel Technology Group, Cary, NC. San Francisco, CA (Feb 1997).

"Simulation of Dissolution Performance in Drug Product Development," Lederle Laboratories, Pearl River, NY (Feb. 1997)

"Challenging Opportunities in the Delivery of Therapeutic Proteins and Peptides," Interphex-USA'97, Philadelphia, PA (April 1997).

"Transdermal Clonidine in Smoking Cessation: A Meta-Analysis," St. Louis College of Pharmacy Poster Day, St. Louis, MO (April 1997).

"Emerging Concepts in the Education and Competencies Required of a Clinical Pharmacist," Ist Intl. Conf. on The Practice of Clinical Pharmacy, Faculty of Pharmacy, Univ. of Zagreb, Zagreb, Croatia (April 1997).

"Key Success Factors in Generic Drug Development," Management Board, PLIVA, d.d., Zagreb, Croatia (April 1997).

"Advanced Drug Delivery System: Technology and Marketing,

& Practice," VanKel Technology Group, Cary, NC. London, England (July 1997).

"Clinical Pharmacokinetics and The Practice of clinical Pharmacy", Faculty of Farmacija, University of Ljubljana, Slovenia (Nov. 1996).

"Delivery of Therapeutic Proteins and Peptides", Int. Conf. Pharm. Ingred. Excip., CPHI '96, Turin, Italy (Oct. 1996).

"Generic Pharmaceutical Product Development:  Regulatory Considerations". PLIVA d.d., Zagreb, Croatioa (Oct.1996).

"Dissolution Testing and Pharmaceutical Product Development" Murty Pharmaceuticals Inc., Lexington, KY (Dec.1996).

"Simulation of Dissolution Performance in Drug Product Development", St. Louis College of Pharmacy, St. Louis, MO. (Oct.1996).

"Generic Pharmaceutical Markets:  Pitfalls and Opportunities", PLIVA d.d., Board of Directors, Zagreb, Croatia (April 1996).

"Advances and Opportunities in Delivery of Proteins and Peptides", Indo-Swiss Collaborative Program, Intl.  Conf. Biotechnology, Madras, India (March 1996)

"Advances in Oral Rate Controlled Drug Delivery", Institute for Drug Research, Budapest, Hungary (May 1996).

"Dermal and Trans dermal Drug Uptake", Semmelweis Medical Univ., Budapest, Hungary (May 1996).

"Beyond Traditional Non-conventional Drug Delivery Systems", Keynote address, Pharmaceutical Technology Section, VIIth Argentine Assoc.  Indus. Pharm. and Biochem. (SAFYBI), Buenos Aires, Argentina (June 1996).

"Percutaneous absorption and Transdermal Drug Delivery Systems", Plenary Lecture, VIIth Argentine Assoc.  Indus.  Pharm. and Biochem. (SAFYBI), Buenos Aires, Argentina (June 1996).

"In Vitro-In Vivo Correlations for Modified Release Dosage Forms", Keynote presentation, AAPS Midwest Regional Meeting, Chicago, IL (May 1996).

"Advances in Oral Rate Controlled Drug Delivery Systems: Meeting the Challenges", Interphex '96, NY (April 1996).

"Contemporary Issues in Bio-equivalence Assessment", 1-day session, Interphex '96, NY (April 1996).

"Development and Evaluation of Import-Substituted (Generic) Products". 2-day session, Alexandria University, School of Pharmacy, Alexandria, Egypt (Dec.1995).

"Understanding the Current Requirements of In Vitro-In Vivo Correlations".  Bio-availability/Bio-equivalence: Past, Present and Future, Symposium Al-Azhar 1st Intl.  Conference on Pharm.  Technol. & Bio. Sci., Cairo, Egypt (Dec. 1995).

"Principles of Dosage Form Development and Evaluation", 3-day intensive course, Technomic Publishing Co., Inc., NY (St. Louis, Dec.1995).

"Specialized Drug Delivery Responding to Physiological Demands". Intl. Conf.  Pharml.  Ingred. Excip., Frankfurt, Germany (Nov. 1995).

"Current Advances in Drug Delivery Systems Research", Keynote opening address, 1st Int.  Conf. on New Horizons in Drug Delivery and Targeting, Basel, Switzerland (Nov. 1995).

"Principles of Pharmaceutical Dosage Form Development and Biopharmaceutical Evaluation", 4-day session, PLIVA Research Institute, Zagreb, Croatia (Nov. 1995).

"Bio-availability, Bio-equivalence and Therapeutic Substitution". 2-day intensive course, Technomic Publishing Co., Inc., NY (Chicago, Nov. 1995).

"Principles of Dosage Form Development and Evaluation", 3-day intensive course, Technomic Publishing AG, Basel, Switzerland (Oct. 1995).

"Transdernal Drug Product Development", 2-day intensive course, Technomic Publishing AG, Basel, Switzerland (Oct. 1995).

"Generic Drug Product Development & Current Issues in Bio-equivalence Evaluation". Association Argentina de Farmacia y Bioquimica Industrial, Buenos Aires, Argentina (Sept. 1995).

"Similarities and Differences in US and Indian Pharmacy Curricula". College of Pharmacy, Solapur, India (Aug. 1995).

"Insights into GATT and its impact an Indian Pharmaceutical Industry". Rotary Club of Solapur, Rotary Dist. 3031, Solapur, India (Aug. 1995).

"Meeting Physiological Demands through Specialized Drug Delivery". Keynote address - Magyoir Biokemiai Egyesulet. Gyogyszerbiokemiai Szakosztalya, Transzmitter Rendszerek, Korszeru Technikak, Balatonoszod, Hungary (May 1995).

"Current concepts in Pharmaceutical In Vitro-In Vivo Correlations". 1st Intl. Mtg. on Pharmacy & Pharm. Sci., Istanbul. Turkey (Sept.1994).

"Dissolution and Bio-availability:  Principles and Practices". 2-day course, Marmara University, Faculty of Pharmacy, Istanbul, Turkey (Sept.1994).

"Pharmaceutical Bio-equivalence Testing: Critical and Contemporary Considerations". CPhI'94 Convention and Exposition, Paris, France (Sept.1994).

"Principles in Biopharmaceutical Drug Product Development". Center for Biotechnology, Madras, India (Aug. 1994).

"Drug Product Development in Post-GATT Era: Lessons for Indian Small-Scale Industry".  DST-CSIR-SSIB Workshop, Bombay, India (Aug. 1994).

"Rational Basis of Import-Substituted Drug Product Development". 2-day session, U.S, Vitamins, Ltd., Bombay, India (Aug. 1994).

"In Vitro Release of Selected Cardiac Drugs from Reservoir-Type Transdermal Formulations". APhA Ann, Mtg., Seattle, WA (March 1994).

"Percutaneous Transportation of Drugs", IBSA Symposium - Transdermal Congress, Lugano, Switzerland (June 1994)

"New Drug Delivery Systems - Developmental and Effective Marketing Considerations", 3-day seminar, Technomic Publishing Co., Inc., Ardsley, NY (April 1994).

"Drug Product Development through Modelling of Dissolution", Ankara University, Faculty of Pharmaceutical Technology, Ankara, Turkey (April 1994).

"Principles of Bioequivalence and Strategies for Development of Generic Products". Hacettepe University, Faculty of Pharmacy, Ankara, Turkey (April 1994).

"Determination of In Vitro-In Vivo Correlations: Current Thoughts". Ankara University, Faculty of Pharmaceutical Technology, Ankara, Turkey (April 1994).

"Drug Dissolution and Bioavailability: A Preview". FAKO Pharmaceuticals, Istanbul, Turkey (April 1994).

"Principles of Bioequivalence and Strategies for Development of Generic Products".  FAKO Pharmaceuticals, Istanbul, Turkey (April 1994).

"Bio-availability, Bioequivalence and Therapeutic Substitution". 2-day course, University of Ljubljana, Ljubljana, Republic of Slovenia (May 1994).

"Excipients in New Drug Delivery Systems".  Pharmaceutical Ingredients Asia, International Conference and Exposition, Hong Kong (June 1994).

"Dissolution & Bioavailability Considerations in Drug Product Development", 3-day intensive course, Turkish Pharmaceutical Congress, Istanbul, Turkey (Sept.1994).

"Drug Product R&D: Characterization of Solid Drugs and Excipients", 2-day intensive course, Technomic Publishing Co., Inc., NY (St. Louis, Dec. 1993).

"Drug Dissolution & Bioavailability: Critical considerations including simulations and Predictions", 3-day intensive course, Technomic Publishing AG, Basel. Switzerland (Oct. 1993).

"Drug Product R&D: Characterization of Solid Drugs and Excipients", Technomic Publishing AG, Basel, Switzerland (Oct. 1993).

"Drug Product Development through Modelling of Dissolution Behavior", University of Pavia, Pavia, Italy (Sept.1993).

"Critical Consideration in Drug Product Development", 1-day special session, Cipla Labs., Ltd., Bombay, INDIA (April 1993).

"Role of Pharmaceutical Ingredients and Excipients in Development of Pharmaceuticals", CPhI'93 Conference and Exposition, Turin, Italy (Sept.1993).

"Dermatological Product Development and Drug Delivery", 2-day Short Intensive Course, Technomic Publishing AG, Basel, Switzerland (June 1993).

"Pharmaceutical Materials in Controlled Release Technology", 1-day intensive course, Pharmaceutical faculty, Univ. of Ljubljana, Republic of Slovenia (June 1993).

"Drug Product Development: Dissolution and Bio-availability Considerations", 2-day intensive course, Pharmaceutical Faculty, Univ. of Ljubljana. Republic of Slovenia (May 1993).

"Correlations Between In Vitro and In Vivo Results". Mallinckrodt Specialty Chemicals Co., St. Louis, MO 63147 (May 1993).

"Dermatological Product Development and Drug Delivery", 2-day Short Intensive Course, Technomic Publishing Co., Inc., Ardsley, NY (May 1993).

"Individual Bio-equivalence ($R_1$) Versus Average Bio-equivalence ($R_A$)".  Intl. Sym. Bio-availability and Bio-equivalence, Bombay, India (April 1993).

"In Vitro-In Vivo Correlations: Some Recent Thoughts". Intl. Sym. Bio-availability and Bio-equivalence, Bombay, India (April 1993).

"Significance of Dissolution and Bio-availability Assessment in Drug Product Development", National Chemical Labs. (NCL), Pune, India (Jan.1993).

"Dissolution and Bio-availability of Drug Delivery Systems: Are predictable Correlations Dependable?", 3rd Intl. Conf. Pharm. Ingred. Excip., Weisbaden, Germany (Nov. 1992).

"Evaluation of a Membrane Permeation Controlled Transdermal (MPCT) Drug Delivery System for Glibenclamide (GB)", 7th Amer. Assoc. Pham. Sci., Ann. Mtg., San Antonio, TX (Nov. 1992).

"Release Kinetics of Propranolol from Polymeric Matrices", 7th Amer. Assoc. Pharm. Sci., Ann. Mtg., San Antonio, TX (Nov - 1992).

"Transdermal Drug Delivery: Contemporary Issues and New Directions", 2-day short intensive course. Technomic Publishing Co., Inc., Ardsley, NY (Basel, Switzerland, Nov. 1992).

"Drug Dissolution and Bio-availability", 2-day International Seminar, Technomic Publishing Co., Inc., Ardsley, NY (Basel, Switzerland, Nov. 1992).

"Dissolution and Bio-availability Assessment in Drug Product Development", Mallinkrodt, Specialty Chemicals Co., St. Louis, MO (Oct.1992).

"Pharmaceutical Systems: Development and Evaluation", 2-day intensive course, KV Pharmaceutical Co., St. Louis, MO (Oct. 1992).

<u>"In Vitro - In Vivo</u> Correlations in Drug Development Process", Improving the Drug Development Process Conference, Institute for International Research, Princeton, NJ (Sept.1992).

"Bio availability and Dissolution", Pharm. Tech. Conf. and Expo. East Brunswick, New Jersey  (Sept. 1992)

"Controlled Release Using Polymers: Characterization of Solid Drugs and Excipients", 2-day symposium, Technomic Publishing Co., Inc., New York, (Atlanta, March 1992).

"Oral Sustained Release Theophylline Products: Should Manufacturers recommend Dosage Modification upon Conversion from Intravenous Therapy", Interphex-USA'92, New York, (March-April 1992).

In Vitro-In Vivo Correlations with 7 Commercial Phenobarbital Formulations", Interphex-USA'92, New York (March-April 1992).

"Characterization and Enhancement of Tran dermal Drug Uptake", Workshop, Interphex –USA '92, New York (March-April 1992).

"Computer-Assisted Data Analysis of Sustained Release Formulations", Workshop, Interphex-USA'92, New York (March-April 1992).

"Dissolution and Bio-availability: Importance of <u>in Vitro-In Vivo</u> Correlations", 43rd Indian Pharmaceutical Congress, Panaji, Goa, INDIA (Dec. 1991).

"Dissolution Assessment of Novel Dosage Forms", European Symposium on Buccal and Nasal Administration as an Alternative to Parenteral Administration; Paris, France (December 1991).

"Trans dermal Drug Delivery", 2-day Symposium Technomic Publishing Co., NY (San Diego, Dec, 1991).

"Drug Dissolution and Bio-availability", 2-day International Symposium, Technomic Publishing Co., NY (Basel, Switzerland, Oct. 1991).

"Drug Dissolution and Bio-availability", 2-day Symposium, Technomic Publishing Co., NY (San Diego, Oct 1991).

"Specialized Drug Delivery Systems: Laboratory Research to Production", CPhI'91, International Exhibition and Conference on Pharmaceutical Excipients & Ingredients, Milano, Italy (Sept. 1991).

"Potential of Reservoir and Matrix Systems in <u>In Vitro</u> Transcutaneous Delivery of Diltiazem (DTZ)", Pharm.  World Cong., Washington, DC (Sept 1991).

"Theory and Practice of Controlled Release Technology. II: Micro encapsulation Techniques and Dissolution Assessment", Tennessee Valley Authority, NFERC, Muscle Shoals, AL (June 1991).

"In Search of an Ideal Oral Sustained Release Dosage Form:, Workshop", Interphex-USA'91, New York (April 1991).

"Computer Assisted Mathematical Modelling of Modified Drug Release", Workshop, Interphex-USA'91, New York (April 1991).

"Dissolution Characteristics of Two Formulations of Sustained Release Theophylline", Interphex-USA'91, NY (April 1991).

 "Influence of pH and Ionic Strength on the Stability of Methacholine Chloride Solution", Interphex-USA '91, New York (April 1991).

"<u>In Vitro</u> Release of Piroxicam (I) from Reservoir-Type Topical Formulations", 138th Amer.  Pharm. Assoc., Ann. Mtg., New Orleans, LA (March 1991).

"<u>In Vitro</u> Transcutaneous Uptake of Diltiazem (I) from Matrix-Type Topical Formulations", 138th Amer. Pharm. Assoc., Ann. Mtg., New Orleans, LA (March 1991).

"Comprehensive Evaluation of Parameters Influencing Transcutaneous Uptake of a Drug I: Drug Load, Agitation Intensity and

Receptor Fluid", Amer. Soc. Hosp. Pharm., Midyear Mtg., Las Vegas, NV (Dec. 1990).

"In Vitro Release of Clonidine (I) from Reservoir-Type Topical Formulations", AAPS 5th Ann. Mtg., Las Vegas, NV (Nov. 1990).

"Evaluation of Bio-availability and In Vitro-In Vivo Correlation of Polyethylenes as Potential Prolonged Release Tablet Excipients, 9th Pharm. Technol. Conf., Veldhoven, Holland (April 1990).

"In Vitro Transcutaneous Uptake of Metronidazole from Topical Reservoir Formulations", 9th Pharm. Technol. Conf., Veldhoven, Holland (April 1990).

"Release Kinetics of Polymeric Prodrugs of Pindolol", 9th Pharm. Technol. Conf., Veldhoven, Holland (April 1990).

"In Vitro Transcutaneous Uptake of Theophylline (I) from Topical Reservoir Formulations", 137th Amer. Pharm. Assoc., Ann. Mtg., Washington, DC (March 1990).

"In Vitro Release of Naproxen (I) from Reservoir-Type Transdermal Formulations", 137th Amer. Pharm. Assoc,, Ann. Mtg,, Washington, DC (March 1990).

"Design Considerations and Mechanistic Evaluation of Oral Controlled Release Systems" AAPS Western Regional Meeting, Reno, NV (Feb. 1990).

"Clinical Efficacy of Current Transdermal Drug Delivery Systems (TDDS).  A Retrospective Evaluation", Amer. Soc. Hosp. Pharm, Midyear Mtg., Atlanta, GA (Dec.1989).

"Potential of Reservoir Systems in the Transcutaneous Delivery of Diltiazem", Amer. Assoc. Pharm. Scientists, Ann. Mtg., Atlanta, GA. (Oct. 1989).

"Drug Release from Granules containing Acrylic Resin - Eudragit RL", Amer. Pharm. Assoc., Ann. Mtg., Anaheim, CA (April 1989).

Potential of ($F_{in-vitro}$):: Dermal : Oral (F::D:O) in the Development of Dermal Products for Selected Non steroidal Anti-inflammatory Agents (NSAIAs)", Amer. Pharm. Assoc., Ann. Mtg., Anaheim, CA (April 1989).

"Transdermal Controlled Systemic Medications:  In Vitro Release of Metoprolol from Transdermal Formulations", Ranbaxy Laboratories. New Delhi, India (Dec. 1988).

"Long-Acting Sub dermal Contraceptive Drug Delivery Devices", Central Drug Research Institute, Lucknow, India (Dec.1988).

"In Vitro and In Vivo Considerations in the Design of Oral Sustained Release Dosage Forms", Institute of Medical Sciences, Banaras Hindu University, Varanasi, India (Dec. 1988).

"In Vitro-In Vivo Correlations: A Simplistic Approach", Institute of Medical Sciences, Banaras Hindu University, Varanasi, India (Dec. 1988).

"Fundamental Considerations in Transdermal Drug Delivery: In Vitro Release of Metoprolol from Transdermal Formulations", Institute of Medical Sciences, Banaras Hindu University, Varanasi, India (Dec. 1988).

"In Vitro Dermatokinetics of Selected Non steroidal Anti-inflammatory Analgesics (NSAIAs)", Amer. Assoc.  Pharm. Scientists, Ann.  Mtg ., Orlando, FL (Nov. 1988).

"Career Opportunities in Academia", Invited panel speaker for ASP Mid-Year Regional Meeting, APhA, (Oct.1988).

"Further Considerations in Correlating In Vitro/ In Vivo Data Employing Mean-Time Concept Based on Statistical Moments", 7th Pharm. Technol. Conf , London, England (April, 1988).

"Comparative In Vitro Dermatokinetics of Ibuprofen (IBP)", 7th Pharm.  Technol.  Conf., London, England (April 1988).

"In Vitro Release of Metoprolol (MTP) from Various Transdermal Formulations", 7th Pharm.  Tech. Conf, London, England

"Evaluation of Imwito[R] as a Prolonged Release Formulation Excipient", Japan-United States Congress of Pharmaceutical Sciences Intl. Conf, Honolulu, Hawaii (Dec.1987).

"In Vitro Release of Salicylic Acid (SA) from Polymethacrylate (Eudragit L 100)-Polyethylene Glycol (PEG 6000) Films", Amer. Pharm. Assoc,, Ann. Mtg., Chicago, IL (March 1987).

"Biomedical Approaches to Controlled Drug Delivery", Med. Device & Diagnos. Indust., National Conference/Expo., Anaheim, CA (Jan. 12-13, 1987).

"Impending Crisis of Personnel in Pharmaceutical Sciences", SAPhA Gen. Mtg., Creighton Univ. School of Pharm., (Sept. 1986).

"Pharmaceutical Technology Information on the National Pharmacy Bulletin Board Service (NPBBS)", 5th Pharm. Technol, Conf,, England, (April 1986).

"A Closer Look at the Mean Residence Time (MRT) Concept Based on Statistical Moments", 5th Pharm. Techol. Conf., England, (April 1986),

"Evaluation of a Low Density and a High Density Polyethylene as Potential Prolonged Release Tablet Excipients", 5th Pharm. Technol. Conf., England, (April 1986).

"Microcomputers in Basic Pharmaceutical Sciences", Issues in Higher Education Conf., Kansas City, (March 1986).

"Prolonged Release Solid Dispersions of Glyceryl Guiaicolate (GG) Employing Methacrylate Polymer (Eudragit L)", Amer. Pharm. Assoc. Ann. Mtg., San Francisco, (March 1986).

"Industrial Pharmacy on the National Pharmacy Bulletin Board Service (NPBBS)", Amer. Pharm. Assoc. Ann, Mtg., San Francisco, (March 1986).

"A Simple Model Independent Method for the Determination of Dosing Interval (t) for Drugs with Short Biological Half-Lives (T1/2) Administered in Sustained Release Formulations", Amer. Pharm. Assoc. Natl. Mtg., Minneapolis, (Oct.1985).

"Bio-pharmaceutics and Pharmacokinetics on the National Pharmacy Bulletin
vice & Diag. Indus. Conf./Expo, Chicago, (June 1985).

"Influence of pH on In Vitro Drug Release Characteristics", Amer. Pharm. Assoc. Ann. Mtg., San Antonio, (Feb. 1985).

"Polyethylene as Potential Prolonged Release Tablet Excipients", Amer. Pharm. Assoc. Ann. Mtg., San Antonio, (Feb.1985).

"Advances in Dissolution Technology: Design, Pros and Cons", Amer. Pharm. Assoc. Natl. Mtg., Philadelphia, (Oct.1984).

"A Study of the Effects of Sucrose Concentration, Lacquer Concentration and Coating Time on the Development of Stable and Effective Carbenicillin Indanyl Sodium Microcapsules", Amer, Pharm. Assoc. Natl. Mtg., Philadelphia, (Oct.1984).

"Beyond Bio-availability Testing". XIV Ann. Grad. Stud. Pharm. Res. Mtg., Morgantown, WV, (June 1982).

## Book Reviews

"Therapeutic Peptides and Proteins", Technomic Publishing Co., Inc., NY (1995). Reviewed for Ann. Clin. Pharmacother. (1996).

"International Pharmacopoeia", 3rd Edn., WHO, Geneva, Switzerland (1994). Reviewed for Ann. Clin. Pharmacothor, (1995).

"Polymeric Biomaterials", S. Dumitriu, Ed,, Marcel Dekker, Inc., NY (1994). Reviewed for Pharmaceutical Technology (1994).

"Drug Permeation Enhancement", D. Hiesch, Ed., Marcel Dekker, Inc., NY (1994). Reviewed for Pharmaceutical Technology (1994).

"The Process of New Drug Discovery and Development", C.G. Smith, CRC Press, Inc., Boca Raton, FL (1993). Reviewed for Pharmaceutical Technology (1994).

"Drug Master Files: Global Harmonization of Quality Standards", H. Moller and W.H. Oeser, Eds., CRC Press, Inc., Boca Raton, FL (1993). Reviewed for Pharmaceutical Technology (1994).

"Liposome Technology", 2nd Ed., Vols. I-III, G. Gregoriadis, Ed., CRC Press, Inc., Boca Raton FL (1993). Reviewed for Pharmaceutical Technology (1993).

"Prodrugs", K.E. Sloan, Ed., Marcel Dekker, Inc., New York (1992). Reviewed for Pharmaceutical Technology (1993).

"Polymer Applications for Biotechnology", D.S. Soane Ed., Prentice Hall, Englewood Cliffs, NJ (1992). Reviewed for BioPharm Manuf. (1992).

"Protein Stability and stabilization through Protein Engineering", Y. Nosoh and T. Sekiguchi, Ellis Harwood, New York, NY (1992). Reviewed for BioPharm Manuf. (1992).

"Liquid Chromatography/Mass Spectrometry", M.A. Brown, Ed., American Chemical Society, Washington, DC (1991). Reviewed for Pharm. Technol. (1992).

"Pharmaceutical Bio-equivalence", P.G. Welling, F.S.L. Tse and S. Dighe, Eds., Marcel Dekker, Inc., New York, NY (1991). Reviewed for Pharm. Technol. (1992).

"Biosensors", E.A.H. Hall, Prentice Hall, Englewood Cliffs, NJ (1991). Reviewed for BioPharm (1991).

"Bioinstrumentation and Biosensors", D.L. Wise, Ed., Marcel Dekker, Inc., New York, NY (1991). Reviewed for BioPharm(1991).

"Nasal Systemic Drug Delivery", Y.W.Chien, K.S.E. Su and S-F. Chang, Marcel Dekker, Inc., NY (1989). Reviewed for Biopharm Manuf. (1990).

"Applied Biosensors", D. Wise, Ed., Butterworths Publications, Stoneham, MA (1989). Reviewed for BioPharm Manufacturing, (1989).

"Bio separations: Downstream Processing for Biotechnology", P.A.Belter, E.L. Cussler and W-S Hu, John Wiley & Sons, NY (1988). Reviewed for BioPharm Manufacturing, (1989).

"Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms", J. McGinity, Ed., Marcel Dekker, Inc., NY (1989). Reviewed for Pharmaceutical Technology, (1989).

"Fundamentals of Biotechnology", P.Prave, U. Faust, W. Sitting and D.A. Sukatsch, Eds., VCH Publishers, NY (1987). Reviewed for BioPharm Manufacturing, (1989).

"Techniques of Biocompatibility Testing", Vol. I.D.F. Williams, Ed., CRC Press, Inc., Boca Raton. FL (1987). Reviewed for BioPharm Manufacturing (1988).

"Techniques of Biocompatibility Testing" Vol. II.D.F. Williams, Ed., CRC Press, Inc., Boca Raton, FL (1987). Reviewed for BioPharm Manufacturing (1989).

"Antibody-Mediated Delivery Systems", J.D. Rodwell, Ed., Marcel Dekker, Inc., NY (1988). Reviewed for BioPharm Manufacturing (Oct.1988).

"Protein Purification: Principles and Applications", 2nd ed., R.K. Scopes, Springer-Verlag, New York (1987). Reviewed for BioPharm Manufacturing (Oct.1988).

"Nuclear Pharmacy", H.M. Chilton and R.L. Witcofski, Lea & Febiger, Philadelphia, PA (1986). Reviewed for Journal of Pharmaceutical Sciences (June 1988).

"Tran dermal Delivery of Drugs", A.F. Kydonieus and B. Berner, Eds., Vol. I, (1987), CRC Press, Inc., Boca Raton, FL. Reviewed for Pharmaceutical Technology (June 1988).

"Rate-Controlled Drug Administration and Action", H.A.J. Struyker-Boudier, Ed., (1987) CRC Press, Inc., Boca Raton, FL, Reviewed for Journal of Pharmaceutical Sciences (Mar.1988).

"Polymeric Nanoparticles and Micro spheres", P. Guiot and P. Couvreur, Eds., (1987) CRC Press, Inc., Boca Raton, FL. Reviewed for Journal of Pharmaceutical Sciences (Jan.1988).

"Bio-reversible Carriers in Drug Design", E.B. Roche, Ed., Pergamon Books; Maxwell House, Elmsford, New York (1987). Reviewed for BioPharm Manufacturing, (Sept. 1987).

"Theory and Practice of Industrial Pharmacy", 3rd. ed,, (1986), Lachman, Lieberman and Kanig, Lea & Febiger, Philadelphia, PA, Reviewed for Journal of Allied Health.

"Extended-Release Dosage Forms", L. Krowczynski, Vols. I-II, CRC Press, Inc,, Boca Raton, FL, Reviewed for Pharmaceutical Technology.

## Grants/contracts

"Development and Evaluation of Lotions as a Topical Formulation," Faculty Fellowship Grant, Butler University, Indianapolis, IN (1999). $3000

"Do Generics Full fill the Promise of Clinical Equivalence Worthy of Therapeutic Substitution," Butler Summer Institute, Butler University, Indianapolis, IN (1999). $2,000

"Advanced Professional Training," Education grant, PLIVA d.d,, Zagreb, Croatia (1998) $56,250

Unrestricted Equipment Grant/Donation of a Cary UV.VIS Spectrophotometer, VanKel Technology Group, Cary, NC (1998). Estimated value $ 25,000

Unrestricted Equipment Grant/Donation of a VK7010: Six Spindle USP Dissolution Testing Apparatus, VanKel Technology Group, Cary, NC (1998). Estimated value $18,000

"Emerging Concepts in the Education and Competencies Required of a Clinical Pharmacist," Ist Intl. Conf. on the Practice of Clinical Pharmacy. Faculty of Pharmacy, Univ. of Zagreb, Zagreb, Croatia (April 1997). Travel grant from PLIVA d.d., Zagreb, Croatia $5500.

"Feasibility of Transdermal Anticonvulsants", NIH-SBIR, Bethesda, MO. (1995) $78,000. [Approved for funding, but not funded]

"Preliminary Characterization of PLIO", PLIVA Research Institute, Zagreb, Republic of Croatia (1996). $15000

"Evaluation of a HDPE for its Potential as a Prolonged Release Tablet Excipient", Egyptian Ministry of Higher Education, Cairo, Egypt (1996). $12000

"Cost Analysis of Thin-Layer Chromatography of Selected USP Drugs". The USP, Rockville, MD 20852. (1995) $8000.00.

"Understanding the Current Requirements of In Vitro-In Vivo Correlations", Bio-availability/Bio-equivalence: Past, Present and Future, Symposium, Al-Azhar Univ., 1st Int. Conf. Pharm. Technol. & Bio. Sci., Cairo, Egypt (1995). Travel grant from Torrent Pharmaceuticals Ltd., India. $ 6000.

Unrestricted equipment Grant-Cum-Donation-Undergraduate Research Institute, Hanson Research Corp., Chatsworth, CA (1995). Estimated value $28,900.00,

Recipient of Research Equipment gift from Mallinckrodt Specialty Chemical Co., St. Louis, MO (1995). $20,000 value.

Unrestricted Grant towards StLCOP - Undergraduate Research Institute. Mallinckrodt Specialty Chemicals Co., St. Louis. MO (1994) $5000.00

"In Vitro Transcutaneous Uptake of Glibenclamide", NIH-AREA, Approved for funding (1994). $80,840.70.

"Critical Consideration in Pharmaceutical Bio-equivalence Testing:, Technical Course Presentation at SMA, Hong Kong (1994): Travel grant from Torrent Pharmaceuticals Ltd., Ahmedabad, India. $2500.

"Modelling of Dissolution Behavior of a Modified Release Dosage Form", VanKel Industries, Inc., Edison, NJ (1993) $ 2000.00

Unrestricted Grant towards StLCOP-Undergraduate Summer Research Institute, Viro Tex Inc., Houston, TX (1993) $5000.00

*"Analyse Pratique du Medicament"*, Translation from French to English. VCH Publishers, Inc., NY (1993) $15880.00

"Pharmaceutical Systems: Development and Evaluation", KV Pharmaceutical Co., St. Louis, MO (1992) $5000.00

"Formulation, Formulae and Formularies: Cost Containment and Parenteral Nutrition". Education grant in support of a CE program, Abbott Laboratories, Chicago, IL (1992). $1500+,

"Issues in the Treatment of Diabetes", Education grant in support of a CE program, The Upjohn Company, Kalamazoo, MI (1991). $5000.00

"Pro-drugs of Acyclovir and AZT for Trans dermal Delivery", NIH-AREA (1991). Approved for funding. $82,500.

"Contemporary Issues in Geriatric Medicine", Educational Grant to support a continuing education program, Marion-Merrell-Dow, Kansas City, MO (1991), $5200.00

"Design and Evaluation of a Flow-Through Modified Franz Diffusion Cell", Crown Glass Company, Somerville, *NJ* (1991). $8992.00

"A Comprehensive Evaluation of Parameters Affecting Transdermal Uptake of Salicylic Acid (SA) and Ibuprofen (IBP)", ASP Research Grant (1990). $500.00

"Educating Older Americans and Children about Prescription (RX) and Over The Counter (OTC) Drugs: An Instructional Approach", NARD Foundation Smith Kline Beecham Grant (1990). $1200.00

"Percutaneous Absorption of Iodochlorothydroxyquin", NIH-AREA (1989). Approved for funding. $97,956.

"Potential of Reservoir and Matrix-Type Delivery Systems in Transcutaneous Uptake of Diltiazem", Health Futures Foundation, Omaha, NE (1989), $8000.00

"In Vitro Dermatokinetics of Ibuprofen and Determination of Relative In Vitro Availability [$F_{in\ vitro}$ :: Dermal: Oral]", Marion Laboratories, Inc., Kansas City, MO (1989). $11919.00

Recipient of Financial support from pharmaceutical company(ies) towards 'ASP Research Grants' program promoting undergraduate research. $4000.00 (This program was established in 1988/89 by Dr.Banakar.

Recipient of Faculty Development Grant for attendance and participation in a course: Advances in Controlled Release Technology, offered by Mass. Inst Tech., Boston, MA (July 23-29,1989). $2500.00

"Tran dermal Theophylline (TPE)! A Plausible Route of Administration in Paediatric Patients", ASP Research Grant (1989). $ 500.00

Recipient of research equipment gift from Crown Glass Company, Somerville, NJ (1988). $5000.00 value.

Recipient of Travel Grant for attendance and participation at 7th Pharm. Tech. Conf., London, UK (April 12-14, 1988). Sponsored by Marion Laboratories, Kansas City, MO (1988). $1000.00

"Design and Evaluation of a Matrix Type Transdermal Delivery System for Metoprolol" supported by Health Futures Foundation Young Faculty Award (1986-1987). $8500.00

"In Vitro Equivalence Testing of Commercial Ibuprofen Products" supported by NARD Norcliff-Thayer Foundation Grant (1986-1987). $1200.00

"Permeation Kinetics of Propranolol through Polymer Films as Potential Transcutaneous Drug Delivery System" supported by

"Development of an Unique Guaifenesin Dosage Form", supported by a cash grant from Reid-Provident Labs., Inc., Atlanta, GA (1982-1984).$5000.00

"A Study of the Effects of Sucrose Concentration, Lacquer Concentration and Coating Time in the Formulation of Stable and Effective Carbenicillin Indanyl Sodium Microcapsules", supported by grant from Roerig Inc., (1982-1984). $3000.00 value.

**Doctoral Dissertation - Expert Review**

"Phytochemical, Pharmacological and Toxicological Studies on Various Extracts and Principles Derived from Leaves of *Aegle Marmelos Corr.,"* V. Arul, Dissertation submitted to University of Madras, Chennai, India (1999).

Formulation and Evaluation of Oral Sustained Release Drug Delivery Systems Using Tamerind Seed Polyose," D. Kulkarni, Dissertation submitted to Birla Institute of Technology.  Mesra, Ranchi, Bihar, India (1998)

"Studies on the Application and Limitations of Direct Compression Technology to Potent, Medium and High Dosage Drugs," K. Abbulu, Dissertation submitted to Andhra University, Vishaka Patnam, Andhra Pradesh, India (1997).

"Phytochemical, Pharmacological and Toxicological Studies of Coleus Aromaticos, Benth," K.Kumaravel, dissertation submitted to Madras University, Chennai, Tamilnadus.  India (1997)

**Directing Thesis Projects.**

"Prospective Design of Solid Non-conventional Dosage Form: A Non-classical Approach", by Sudhir Vadvalkar, doctoral dissertation (in progress) Babasaheb Ambedkar University, Nanded, India. Primary project advisor.

"Exploring the Untility of the Mechanics of *In  Vitro-In Vivo* Correlation (IVIVC) in Drug Product Development", by Sanjay Patel, thesis towards fulfillment of the requirements of the degree of Master of Science, Creighton Univ., Omaha, NE (2003). Project co-advisor

"Evaluation of Hydroxypropyl methylcellulose [HPMC] as Dry Blend in Capsule formulations as A Potential Prolonged Release Excipient" by Rina Soni, thesis towards fulfillment of the requirements of the degree of Master of Science, Butler Univ., Indianapolis, IN (2001). Project advisor

"In Vitro Release of Metoprolol from reservoir-type Compositions as Potential Transdermal Drug Dermal Delivery Systems" by Anuya Dewoolkar, thesis towards fulfillment of the requirements of the degree of Master of Science, Butler Univ., Indianapolis, IN (2000). Project advisor.

"In Vitro Dissolution Testing of Selected Modified Release Theophylline Solid Dosage Forms" by Nutinee Dheeraradha , thesis towards fulfillment of the requirements of the degree of Master of Science, Butler Univ., Indianapolis, IN (2000). Project advisor.

"In Vitro Permeation Across Caco-2 Mono Layer: Effect of Surfactants, Ethanol, Structurally Diverse Test Compounds and the FDA Proposed Bio-pharmaceutics Classification System" by Syed Hasan, thesis towards fulfillment of the requirements of the degree of Master of Science, Butler Univ., Indianapolis, IN (1998). Project advisor.

"Mucus: Characterization, Rheology and Role in Oral Drug Delivery", by Nilesh P.Ron, dissertation, in progress, towards the fulfillment of the requirements of the degree of Doctor of Science (D.Sc.), Washington Univ., Dept Of Chem. Engg., St. Louis, MO. (1998) Member of Dissertation /Research Project Committee.

"Transdermal Clonidine for Smoking Cessation: A Meta-Analysis", by P.Thakker, Research project for completing the requirements for the degree of Doctor of Pharmacy (1996-1997). Project advisor.

"Pharmaceutical Development and Evaluation of a Bio-adhesive Drug Delivery System for Lidocaine", (1994) by G. Duman, a dissertation completed towards the fulfilment of the requirements of the degree of Doctor of Philosophy (Ph.D.), University of Ankara, Faculty of Pharmaceutical Technology, Ankara, Turkey.  Member of dissertation committee.

"Effect of Phase Inversion on Physical Stability of o/w Emulsions", (1992) by R. Kulshreshtra, MS thesis, Birla Institute of

Technology, Mesra, Ranchi, INDIA. Member of thesis project committee.

"Evaluation of Possible Incompatibilities following Mixing of I.V. Amiodorone HCl with Injectable Antibiotics", (1987) by M. Benedict, a thesis project completed towards the fulfilment of the requirements for the degree of Doctor of Pharmacy, Creighton University, School of Pharmacy, Omaha, NE 68178. Member of thesis committee.

"Synthesis of 3 11c-ethano-10-methoxy-1,2,3,3a,11b,11c-hexa-hydroaporphine", thesis submitted by N.D. Tran in partial fulfilment of the requirement for the degree of Doctor of Pharmacy, Creighton University, School of Pharmacy, Omaha, NE 68178 (April 1986). Member of thesis committee.

## TEACHING

| RX321: | Pharmaceutics I | (1998 - 1999) |
| RX421: | Pharmaceutics II | (1999 - 1999) |
| PR357: | Bio-pharmaceutics/Pharmacokinetics | (1997 - 1999) |
| PR557: | Clinical Pharmacokinetics | (1997 - 1999) |
| RX753: | Adv. Biopharm & Pharmacokinetics | (1997 – 1999) |

| PH4101: | Bio-pharmaceutics | (1990 - 1997) |
| PH2102: | Pharmaceutics | (1991 - 1997) |
| PH3001: | Pharmaceutics II | (1994 - 1997) |
| PH4102: | Pharmacokinetics | (1991 - 1997) |
| PH4720 | Transdermal Drug Delivery | (1992 - 1997) |
| PH4740 | Manufacturing Pharmacy | (1996 - 1997) |
| PH4732: | Drug Delivery Systems | (1991 - 1997) |
| CP4732: | Research Methodology | (1991 - 1997) |
| PSC 111: | Pharmaceutics I | (1985 - 1990) |
| PSC112: | Pharmaceutics II | (1985 - 1990) |
| PSC475: | Theory of Solid Systems | (1986 - 1987) |
| PSC478: | Principles of Modified Drug Delivery (1988,1989) | |
| PSC231: | Basic Pharmacokinetics | (1985 - 1990) |
| PSC495: | Directed independent Study | (1985 - 1990) |
| PSC497: | Directed Independent Research | (1985 -1990) |

| Physical Pharmacy I | (1981 - 1984) - Instructor-in-Charge |
| Physical Pharmacy II | (1981 - 1984) - Instructor-in-Charge |
| Manufacturing Pharmacy | (1983) - Instructor |

## Courses Fabricated and Instructed

**As of date, over 40 courses have been developed. Partial listing is provided**

| PH 4101: | Bio-pharmaceutics |
| PH 4720: | Transdermal Drug Delivery |
| PH 3001: | Pharmaceutics II |
| PSC 111: | Pharmaceutics I |
| PSC 112: | Pharmaceutics II |
| PSC 475: | Theory of Solid Systems |
| PSC 476: | Theory of Disperse Systems |
| PSC 478: | Principles of Modified Drug Delivery |

Principles of Pharmaceutical Dosage Forms Development and Evaluation
Development and Evaluation of Import-Substituted Products (Generics)
Transdermal Drug Product Development
Bio-availability, Bio-equivalence and Therapeutic Substitution.
Bio-availability and Bio-equivalence: Evaluation of a Submitted Protocol and/or Report
New Drug Delivery Systems: Developmental and Effective Marketing Considerations
Drug Dissolution & Bio-availability: Critical considerations including simulations and data analysis
Topical Drug Delivery: Dermatology and Product Development

Computer Applications to Controlled Release Delivery Systems: Simulation and Data Analysis
Controlled Release Technology & its Applications. Part II: Microencapsulation Techniques & Dissolution Assessment
Drug Dissolution and Bio-availability
Transdermal Drug Delivery: Contemporary Issues and New Directions
Controlled Release Using Polymers: Characterization of Solid Drugs and Excipients
Modelling Modified Drug Release: Practical and Time-saving Techniques
Controlled Release Technology: Theory and Practice
Advanced Dissolution Testing: Theory and Applications
Correlating Dissolution and Bioavailability: Understanding IVIVC
Dissolution Method Development for Pharmaceutical Dosage Forms
Principles of Generic Pharmaceutical Product Development and Biopharmaceutical Evaluation
Generic Drug Development Program: Techno-Legal Considerations
Biorelevant Dissolution Testing: Reality or Fallacy !!

# SERVICE

## Academic Service

**College of Pharmacy, Butler Univ., Indianapolis, IN**                                   1997 - 1999
  Chairman – Pharmaceutical Sciences Division
  Chairman – Graduate Program
  Administrative Council
  Promotion & Tenure Committee
  Curriculum Committee – Pharmaceutics Section
  Strategic Planning Committee
  AACP Evaluation – Subcommittee
  Others

**St. Louis College of Pharmacy**
  Strategic Planning: External Environment                                          1996
  Peer Reviews Committee (CPT)                                                      1996 - 1997
  Promotion &Tenure Committee (Chairman '95-'96)                                    1994 - 1996
  Curriculum Committee   1993 - 1996
  Admissions Committee                                                             1993 - 1996
  STLCOP-UMKC Joint UG Research Program (founder)                                   1996 - 1997
  Strategic Planning: Internal Environment                                         1992 - 1993
    (Research Subcommittee)
  Innovative Teaching Awards Committee                                             1993 - 1996
  Undergraduate Summer Research Institute (Founder)                                1992
  Animal Use Committee (Chairman)                                                  1991 - 1995
  Institutional Review Board (Chairman '92-'96)                                    1990 - 1995
  Scholarship Research committee  (Chairman '90-'92)                               1990 - 1996
  Rho Chi (Faculty Advisor)                                                        1993 - 1996

**Creighton University, Omaha, NE 68178**
  Partners in Excellence Program                                                   1987 - 1990
  Committee on Committees                                                          1987 - 1989
  University Statutes and Faculty Handbook                                         1988 - 1989
  Advising Committee - Financial Aid                                               1986 - 1987

**School of Pharmacy Creighton University**
  Admissions Committee (Chairman)                                                  1988–1990
  Academy of Students of Pharmacy (ASP) (Advisor)                                  1988 –1990
  ASP Research Grants Committee (Chairman)                                         1988 -1990
  Executive Committee (Elected)                                                    1989
  Curriculum Committee                                                             1989
  Continuing Education Committee                                                   1989 - 1990
  AACP Delegate (Elected)                                                         1987 - 1988
  Rho Chi Delegate to Natl. Convn.                                                 1987, 1989

| | |
|---|---|
| Biotechnology Subcommittee | 1987 - 1988 |
| Faculty Teaching Evaluation Subcommittee | 1986 - 1987 |
| Scholarship & Awards Committee | 1985 - 1986 |
| Student Advising Committee | 1985 - 1990 |

**Bombay University, Bombay, India**

| | |
|---|---|
| Ad-hoc Committee on Revision of Syllabus | 1976 |

## National

National Institutes of Health – NIAID, NINDS, SBIR/STTR
Center for Disease Control & Prevention
Institute for International Research
American Pharmaceutical Association  - Acad. Pharm. Res. Sci.
Reed Exhibition /Conference Cos., Inc - Member-Organizing committee (Scientific Section)

## International

United Nations – IESC
International Journal of Pharmaceutical Advances
International Journal of Pharmaceutical Excipients
International Executive Service Corps, Connecticut, USA
United Nations, TOKTEN Program, New York
World Health Organization, Geneva, Switzerland
Miller Freeman Publishers, London, England
Marcel Dekker Inc., New York, New York
Centre for Biotechnology (CBT)  Anna University, Madras, INDIA
DGHHS  Adhoc Advisor to Drug Controller of India, New Delhi, INDIA
Pragati Charitable Trust Founder and Member Board of Trustees  INDIA
Torrent Pharmaceuticals Ltd., Ahmedabad – INDIA
ENAR Research Foundation, Scientific Advisory Board Bombay, INDIA
Lotus Labs Private Limited, Bangalore, INDIA
Several pharmaceutical corporations worldwide

## Personal Data for Umesh Banakar, Ph.D.

Date of Birth: Dec. 04, 1956
Health: Excellent
Married to Suneeta Banakar