# RAWLE & HENDERSON LLP



The Nation's Oldest Law Office • *Established in 1783*

WILLIAM J. CATTIE, III
302-778-1200
wcattie@rawle.com

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

November 22, 2006

The Honorable Joseph J. Farnan
United States District Court
844 King Street
Wilmington Delaware 19801

    Re:    Alza Corporation and McNeil-PPC, Inc. v. Impax Laboratories, Inc.,
            Andrx Pharmaceuticals, LLC and Andrx Corporation,
            C.A. No. 05-642-JJF

Dear Judge Farnan:

    I note that there was a mistake in both the sealed and redacted versions of DEFENDANTS' OPENING MARKMAN BRIEF ON CLAIM CONSTRUCTION. In paragraph "(d) the relative skill of those in the art" we reference "footnote xx" (pg. 33 of the sealed version; pg. 31 of the redacted version). This should be a reference to footnote 7. Attached are copies of the corrected pages for both documents.

                                    Respectfully submitted,

                                    RAWLE & HENDERSON LLP

                                  By:                      
                                                William J. Cattie, III

WJC/lmm
cc:    Prothonotary
        Steven J. Balick, Esq.
        Michael D. Hatcher, Esq.
        Jeffrey P. Kushan, Esq.
        David T. Pritikin, Esq.
        Alan B. Clement, Esq.
        Eric D. Isicoff, Esq.