UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                                )
ALZA CORPORATION, and                                           )
McNEIL-PPC., INC.,                                              )
                                                                )
            Plaintiffs                                 )    CIVIL ACTION NO.
                                                                )
            v.                                         )    05-CV-0642
IMPAX LABORATORIES, INC.,                                       )
ANDRX PHARMACEUTICALS, LLC. and                                 )
ANDRX CORPORATION                                               )
                                                                )
            Defendants.                                )
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of November 2006, a copy of Defendants' Opposition to Plaintiffs' Markman Brief on Claim Construction submitted by Andrx Pharmaceuticals, LLC and Andrx Corporation was served via Federal Express notification upon the following person(s):

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
SIDLEY AUSTIN BROWN & WOOD, LLP
1501 K Street, N.W.
Washington, D.C. 20005

Michael D. Hatcher
Catherine I. Rajwani
SIDLEY AUSTIN BROWN & WOOD, LLP
717 North Harwood, Suite 3400
Dallas, TX 75201

David T. Pritikin, Esq.
SIDLEY AUSTIN BROWN & WOOD, LLP
BankOne Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

[SIGNATURE ON NEXT PAGE]

1380850 v.1

_[signature]_
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:
Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036

Eric D. Isicoff, Esq.
Teresea Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131