# EXHIBIT D

08/910593

117/31/97  Class 11 Subclass  ISSUE CLASSIFICATION

SCANNED?

8/5/2

| UTILITY SERIAL NUMBER | PATENT DATE | PATENT NUMBER |
| --- | --- | --- |

| SERIAL NUMBER 08/910,593 | FILING DATE 07/31/97 | CLASS 514 | SUBCLASS 317 | GROUP ART/UNIT 1205 | EXAMINER |
| --- | --- | --- | --- | --- | --- |

APPLICANTS

SUNEEL K. GUPTA, SUNNYVALE, CA; DIANE R. GUINTA, PALO ALTO, CA; CAROL A. CHRISTOPHER, BELMONT, CA; SAMUEL R. SAKS, HILLSBOROUGH, CA.

**CONTINUING DATA*********************
VERIFIED

PROVISIONAL APPLICATION NOS. 60/028,726 09/30/96
60/039,540 11/12/96
60/044,121 04/22/97

**FOREIGN/PCT APPLICATIONS***********
VERIFIED

CPA

FOREIGN FILING LICENSE GRANTED 12/15/97

| Foreign priority claimed 35 USC 119 conditions met | ☐ yes ☑ no ☐ yes ☐ no | AS FILED | STATE OR COUNTRY | SHEETS DRWG. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Verified and Acknowledged | Examiner's Initials | → | CA | 16 | 29 | 12 | $1,688.00 | ARC-2410-R1 |

ADDRESS

PAUL L SABATINE
ALZA CORPORATION
950 PAGE MILL ROAD
P O BOX 10950
PALO ALTO CA 94303-0802

8-20-99 Formal Drawings (16 shts) set 1  7-31-97

TITLE

DOSAGE FORM AND METHOD FOR ADMINISTERING DRUG

U.S. DEPT. OF COMM./PAT. & TM—PTO-436L (Rev.12-94)

PARTS OF FILED SEPAR.
NOTICE OF A

| DRAWINGS | | | CLAIMS ALLOWED | |
| --- | --- | --- | --- | --- |
| Sheets Drw. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| 16 | 16 | NONE | 11 | 1 |

NOTICE OF ALLOWANCE MAILED

5/20/99

| ZOHREH FAY PRIMARY EXAMINER GROUP 1200 | ISSUE FEE | |
| --- | --- | --- |
| | Amount Due | Date Paid |
| zohreh fay 5 | 1210 | 7-29-99 |

ISSUE BATCH NUMBER
T73

Amount D
13

Formal Drawings ___ shts) set

ISSUE FEE IN FILE

(FACE)

7014 U.S. PTO
08/910593
07/11/97

**PATENT APPLICATION**

08910593

APPROVED FOR LICENSE ☒

INITIALS

Date
Entered
or
Counted

# CONTENTS

Date
Received
-or-
Mailed

| | | |
|---|---|---|
| 1. | Application _____ papers. | |
| 2. | IDS | July 31, 1997 |
| 3. | Rej (3) | 12/30/97 |
| 4. | Supplemental Disclosure Statement | 12/17/98 |
| 5. | AMDT A Tallach | 4-6-98 |
| 6. | CTO & Herre () | 4-6-98 |
| 7. | Exis Interview Summary | June 16, 1998 |
| 8. | Exis Amdt /B | 6-18-98 |
| 9. | IDS | Aug 20, 1998 |
| 10. | Notice of Entry | Sept. 16, 1998 |
| 11. | | 7/29 FF8 |
| 12. | Amdt C (see) R 312 | July 29, 1998 |
| 13. | Notice of Entry | Nov. 19, 1999 |
| 14. | CPA | 8-14-98 |
| 15. | Petition R312(b)(5) | 8-14-98 |
| 16. | Petition Granted - 505 | 4/14/99 |
| 17. | 2th Allow | 5.28.99 |
| 18. | Petition R181 ? | 8-9-00 |
| 19. | Notice Vacating Patent Grant | 3-15-00 |
| 20. | Request for Access | 3-5-01 |
| 21. | Request for Access | 3/14/03 |
| 22. | Request for Access | 12/20/04 |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |
| 30. | | |
| 31. | | |
| 32. | | |

12-29-97

6/18/98

3/24/99

(FRONT)

Staple Issue Slip Here

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | 10/22/97 |
| EXAMINER | | |
| TYPIST | | |
| VERIFIER | | 10/15/97 |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

| Final | Original | Date | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | | | |
| 2 | 2 | | | | | | |
| 3 | 3 | | | | | | |
| 4 | 4 | | | | | | |
| 3 | 5 | | | | | | |
| 4 | 6 | | | | | | |
| | 7 | | | | | | |
| | 8 | | | | | | |
| 5 | 9 | | | | | | |
| 6 | 10 | | | | | | |
| 11 | 11 | | | | | | |
| 7 | 12 | | | | | | |
| | 13 | | | | | | |
| 8 | 14 | | | | | | |
| | 15 | | | | | | |
| | 16 | | | | | | |
| | 17 | | | | | | |
| | 18 | | | | | | |
| | 19 | | | | | | |
| | 20 | | | | | | |
| | 21 | | | | | | |
| | 22 | | | | | | |
| | 23 | | | | | | |
| | 24 | | | | | | |
| | 25 | | | | | | |
| 10 | 26 | | | | | | |
| | 27 | | | | | | |
| | 28 | | | | | | |
| | 29 | | | | | | |
| 11 | 30 | | | | | | |
| | 31 | | | | | | |
| | 32 | | | | | | |
| | 33 | | | | | | |
| | 34 | | | | | | |
| | 35 | | | | | | |
| | 36 | | | | | | |
| | 37 | | | | | | |
| | 38 | | | | | | |
| | 39 | | | | | | |
| | 40 | | | | | | |
| | 41 | | | | | | |
| | 42 | | | | | | |
| | 43 | | | | | | |
| | 44 | | | | | | |
| | 45 | | | | | | |
| | 46 | | | | | | |
| | 47 | | | | | | |
| | 48 | | | | | | |
| | 49 | | | | | | |
| | 50 | | | | | | |

**SYMBOLS**

| | |
|---|---|
| ✓ | Rejected |
| — | Allowed |
| = (Through numbers) | Canceled |
| ÷ | Restricted |
| N | Non-elected |
| I | Interference |
| A | Appeal |
| O | Objected |

| Final | Original | Date | | | | | |
|---|---|---|---|---|---|---|---|
| | 51 | | | | | | |
| | 52 | | | | | | |
| | 53 | | | | | | |
| | 54 | | | | | | |
| | 55 | | | | | | |
| | 56 | | | | | | |
| | 57 | | | | | | |
| | 58 | | | | | | |
| | 59 | | | | | | |
| | 60 | | | | | | |
| | 61 | | | | | | |
| | 62 | | | | | | |
| | 63 | | | | | | |
| | 64 | | | | | | |
| | 65 | | | | | | |
| | 66 | | | | | | |
| | 67 | | | | | | |
| | 68 | | | | | | |
| | 69 | | | | | | |
| | 70 | | | | | | |
| | 71 | | | | | | |
| | 72 | | | | | | |
| | 73 | | | | | | |
| | 74 | | | | | | |
| | 75 | | | | | | |
| | 76 | | | | | | |
| | 77 | | | | | | |
| | 78 | | | | | | |
| | 79 | | | | | | |
| | 80 | | | | | | |
| | 81 | | | | | | |
| | 82 | | | | | | |
| | 83 | | | | | | |
| | 84 | | | | | | |
| | 85 | | | | | | |
| | 86 | | | | | | |
| | 87 | | | | | | |
| | 88 | | | | | | |
| | 89 | | | | | | |
| | 90 | | | | | | |
| | 91 | | | | | | |
| | 92 | | | | | | |
| | 93 | | | | | | |
| | 94 | | | | | | |
| | 95 | | | | | | |
| | 96 | | | | | | |
| | 97 | | | | | | |
| | 98 | | | | | | |
| | 99 | | | | | | |
| | 100 | | | | | | |

(LEFT INSIDE)

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 514 | 317 | 14/47 | A |
| | 376 | | |
| | 654 | | |
| | 964 | | |
| Claim to date | | 6/0 | A |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| 514 search for drug Clearance & sustained release | 10/9/7 | A |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 514 | 317 | 6/18 | A |

(RIGHT OUTSIDE)

67814 U.S. PTO

08/910593

PATENT APPLICATION SERIAL NO. _____

07/31/97

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

10/20/1997 SCARMICH 00000162 DAN:011173    08910593
01 FC:101        770.00 CH
02 FC:102        780.00 CH
03 FC:103        198.00 CH

EXPRESS MAIL Mailing Label No. TB0___ .20US

AUG 0 1 1997

RECE____ :CTING. DIV.

PTO/SB/05 (8-95)
Approved for use through 11/30/98 OMB 0651-0032
Patent and Trademark Office: US Department of Commerce

51889 U.S. PTO  08/01/97

| US Department of Commerce | Attorney Docket Number | ARC 2410 R1 |
|---|---|---|
| -0002/PTO        Patent and Trademark Office Rev. 6/95 | | |
| **NEW UTILITY PATENT** | **First Named Inventor** | GUPTA, Suneel K., et al. |
| **APPLICATION TRANSMITTAL** | **Total Pages in this Submission** | |

Type a plus sign (+) here -> +

## APPLICATION ELEMENTS

*Note: Checklist items mentioned under Application Elements section constitute a new utility patent application. Please refer to MPEP Sections 506.001, (37 CFR 1.77, 1.53, 33 USC 111, 112, 113) for detailed explanation regarding completeness of an original patent application.*

1. ☒ Fee Transmittal Form (prescribed filing fee(s))

2. ☒ Specification

   ☒ Title of the Invention

   ☐ Cross References to Related Applications (if applicable)

   ☐ Statement Regarding Federally-sponsored Research/Development (if applicable)

   ☐ Reference to Microfiche Appendix (if applicable)

   ☒ Background of the Invention

   ☒ Brief Summary of the Invention

   ☒ Brief Description of the Drawings (if drawings filed)

   ☒ Detailed Description

   ☒ Claim or Claims

   ☒ Abstract of the Disclosure

3. ☒ Drawing(s) (when necessary as prescribed by 35 USC 113)

4. ☒ Executed Declaration

5. ☐ Genetic Sequence Submission (if applicable, all must be included)

   ☐ Paper Copy

   ☐ Computer Readable Copy

   ☐ Statement Verifying Identical Paper and Computer Readable Copy

## ACCOMPANYING APPLICATION PARTS

6. ☒ Assignment Papers

7. ☐ Certified Copy of Priority Document(s) (if foreign priority is claimed)

8. ☐ Computer Program in Microfiche

9. ☐ English Translation Document (if applicable)

10. ☒ Information Disclosure Statement/PTO-1449    ☒ Copies of IDS Citations

11. ☐ Petition Checklist and Accompanying Petition

12. ☐ Preliminary Amendment

13. ☐ Proprietary Information

14. ☒ Return Receipt Postcard

15. ☐ Small Entity Statement

16. ☐ Additional Enclosures (please identify below)

| ADDRESS OF APPLICANT, ATTORNEY, OR AGENT | SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT | |
|---|---|---|
| ALZA Corporation 950 Page Mill Road P.O. Box 10950 Palo Alto, CA 94303-0802 | Firm or individual name | ALZA Corporation by: Paul L. Sabatine |
| | Signature | *Paul L. Sabatine (signature)* |
| | Date | 7-31-97 |

### FOR OFFICIAL USE ONLY

| Application Number | | Class: | Independent Claims: |
|---|---|---|---|
| Date of Receipt | Application Type: | GAU: | Total Claims: |
| | Filing Date: | Foreign Filing License?: | Drawing Sheets: |
| | Small Entity: | Foreign Address?: | Special Handling?: |

SEND TO: Box PATENT APPLICATION, Assistant Commissioner for Patents, Washington, DC 20231.

### CERTIFICATE OF MAILING OR TRANSMISSION

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. § 1.10, Express Mail mailing label no. TB0572574208 , addressed to Box PATENT APPLICATION, Assistant Commissioner for Patents, Washington, D.C. 20231 on  July 31, 1997  (date)

By: *Yolanda F. Kepner (signature)*

    Yolanda F. Kepner

H:\PATENT\3090.DOC 01/29/97  RAR

US PATENT AND TRADEMARK OFFICE

PTO/SB/17 (8-95)
Approved for use through 11/30/98 OMB 0651-0032
Patent and Trademark Office: US Department of Commerce

| 0002/PTO Rev. 10/95 | US Department of Commerce Patent and Trademark Office | Complete if Known | |
|---|---|---|---|
| | | Application Number | |
| | **FEE TRANSMITTAL** | Filing Date | |
| | | First Named Inventor | GUPTA, Suneel K., et al. |
| | | Group Art Unit | |
| **Total Amount of Payment** | **($) 1728.00** | Examiner Name | |
| | | Attorney Docket Number | ARC 2410R1 |

6189 U.S. 039570470 4806501039

## METHOD OF PAYMENT (check one)

1 ☒ The Commissioner is hereby authorized to charge indicated fees and credit any over payments to:

Deposit Account Number: 01-1173

Deposit Account Name: ALZA Corporation

☒ Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17    ☐ Charge the issue Fee Set in 37 CFR 1.18 at the Mailing of the Notice of Allowance, 37 CFR 1.311(b)

2 ☐ Payment Enclosed:

☐ Check    ☐ Money Order    ☐ Other

## FEE CALCULATION (fees effective 10/1/96)

### 1  FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 770 | 201 | 385 | Utility filing | 770.00 |
| 106 | 320 | 206 | 160 | Design filing fee | |
| 107 | 530 | 207 | 265 | Plant filing fee | |
| 108 | 770 | 208 | 385 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

SUBTOTAL (1)    ($) 770.00

### 2  CLAIMS

| | | Extra | Fee from below | | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | 29 | -20 = 9 | x 22.00 | = | 198.00 |
| Independent Claims | 12 | -3 = 9 | x 80.00 | = | 720.00 |
| Multiple Dependent Claims | | | x 0 | = | 0 |

| Large Entity | | Small Entity | | |
|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description |
| 103 | 22 | 203 | 11 | Claims in excess of 20 |
| 102 | 80 | 202 | 40 | Independent claims in excess of 3 |
| 104 | 260 | 204 | 130 | Multiple dependent claim |
| 109 | 80 | 209 | 40 | Reissue independent claims over original patent |
| 110 | 22 | 210 | 11 | Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2)    ($) 918.00

## FEE CALCULATION (continued)

### 3  ADDITIONAL FEES

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge-late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge-late provisional filing fee or cover sheet. | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,460 | 147 | 2,460 | For filing a request for reexamination | |
| 112 | 900* | 112 | 900* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,790* | 113 | 1,790* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for response within first month | |
| 116 | 390 | 216 | 195 | Extension for response within second month | |
| 117 | 930 | 217 | 465 | Extension for response within third month | |
| 118 | 1,470 | 218 | 735 | Extension for response within fourth month | |
| 119 | 300 | 219 | 150 | Notice of Appeal | |
| 120 | 300 | 220 | 150 | Filing a brief in support of an appeal | |
| 121 | 280 | 221 | 130 | Request for oral hearing | |
| 138 | 1,470 | 138 | 1,470 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive unavoidably abandoned application | |
| 141 | 1,290 | 241 | 645 | Petition to revive unintentionally abandoned application | |
| 142 | 1,290 | 242 | 645 | Utility issue fee (or reissue) | |
| 143 | 440 | 243 | 220 | Design issue fee | |
| 144 | 650 | 244 | 325 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 230 | 126 | 230 | Submission of Information Disclosure Statement | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (X no. properties) | 40.00 |
| 146 | 770 | 246 | 385 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 149 | 770 | 249 | 385 | For each additional invention to be examined (37 CFR 1.129(b)) | |

Other fee (specify)

Other fee (specify)

SUBTOTAL (3)    ($) 40.00

* Reduced by Basic Filing Fee Paid

| SUBMITTED BY | | | Complete (if applicable) | |
|---|---|---|---|---|
| Typed or Printed Name | Paul L. Sabatine | | Reg. Number: | 22,639 |
| Signature | *[signature]* | Date: 7-31-97 | Deposit Account User ID | 01-1173 |

SEND TO: Box Patent Application, Assistant Commissioner for Patents, Washington, DC 20231.

08/970 593

2410R1

28

## ABSTRACT OF THE INVENTION

A dosage form and a method are disclosed and claimed for administering a drug in a sustained and constantly ascending rate per unit time to provide an intended therapeutic effect while concomitantly lessening the development of unwanted effects.

s

10

GAPLS\2410\2410r1.sp yfk 7/22/97

08/970593 - 073197



2410R1

1.

## DOSAGE FORM AND METHOD FOR ADMINISTERING DRUG

### FIELD OF THE INVENTION

This invention pertains to both a novel dosage form and to a novel

5    method for administering a drug for producing a therapeutic effect. The
invention concerns more specifically a dosage form that administers at a
sustained and continuously ascending rate a drug to produce a given
therapy, and more specifically a method for producing a therapeutic effect by
administering over a predetermined period at a sustained and continuously

10   ascending rate a drug to produce a given therapy. The invention relates also
to a dosage form and to a method for achieving a therapeutic effect by
administering an initial dose of drug followed by a sustained and increasing
dose of drug over an extended time.

### BACKGROUND OF THE INVENTION

15        For a long time, pharmacy and medicine in every society used drugs
that produce effects on pain, mood, thought, feeling, behavior, and
psychological personality. These drugs are represented by opioids,
barbiturates, hypnotics, central nervous system stimulants, central nervous

20   system depressants, psychostimulants, alcohols, cannabinoids, and
catecholamines. In present medicine, one class of these drugs has become
the standard invention for the management of Attention-Deficit Disorder, that
is, the central nervous system stimulants. While this invention presents
central nervous system drugs in greater detail, it is understood the invention

25   is generic and embraces drugs broadly administered using the dosage forms
and the method of the invention.

The benefits perceived by parents, teachers, physicians,
psychologists, social workers, and clinicians are dramatic for central nervous
system drugs, and this has resulted in the widespread and acceptable use of

30   central nervous system medication to treat Attention-Deficit Disorder. In
1994, the latest period for collecting data, it was observed that about two



2410R1

2

percent of the school-aged female population and about six percent of the
school-aged male population, for a total of about two million patients, were
administered the medication for Attention-Deficit Disorder.

    Prior to the advent of this invention, the dosage form and the method
5  for administering a drug, for example, a central nervous system acting drug,
consisted in using a standard pharmaceutical dosage form. For example,
one prior art dosage form and method for administering a drug, such as the
central nervous system drug methylphenidate, consists in using an immediate
release tablet containing the drug. This immediate release form delivers the
10  drug by instant dumping of the drug and this produces uneven blood levels
characterized by peaks and valleys. For an immediate release form
containing methylphenidate which is characterized by a rapid onset and a
short half-life to produce the intended therapy, multiple doses are needed
each day that can result in swings in behavior and in attention as the
15  medication loses its therapeutic effect. This dosage form does not provide
the needed therapy over an extended time.

    Another prior art dosage form for dispensing a drug is the sustained-
release dosage form. A drug dispensed from a prior art sustained-release
dosage form may ascend initially but not over the entire dosing interval, and it
20  actually may decline over time. That is, these sustained-release dosage forms
dispense a drug in a nonascending profile over time, as they do not provide a
continuously increasing release rate per hour throughout the extended dosing
period. This dosage form, additionally, may not provide the required duration of
therapy and the appropriate blood pattern. For drugs that act on the central
25  nervous system, like methylphenidate, dispensed from a sustained-release
nonascending dosage form, the patient often develops an acute tolerance to the
drug manifested by a shortened duration and a decrease in the intensity of the
therapeutic effect needed for acceptable therapy. The prior sustained-release
delivery is also devoid of means that compensate for its shortcomings inherent
30  therein.

2410R1

3

The above presentation teaches that a critical need exists for a novel dosage form and for a novel method for administering a drug that overcomes the shortcomings known to the prior art. This long-felt need exists for a dosage form and for a method for (1) administering the drug at a sustained-increasing rate

5   that simultaneously reduces or eliminates the frequency of daily dosing; for (2) a dosage form and a method for administering the drug in a sustained-compensating dose to substantially compensate for acute tolerance to the drug thereby maintaining a preselected clinical response; for (3) a dosage form that administers the drug in a sustained-ascending profile clinically indicated for the

10  management of Attention-Deficit Disorders; and, for (4) a dosage form and a method for administering the drug initially and in a sustained-ascending profile throughout the entire school day.

## OBJECTS OF THE INVENTION

15   Accordingly, in view of the above presentation, it is an immediate object of this invention to make available a dosage form that overcomes the shortcomings known in the prior art.

Another object of the invention is to provide a novel and unique dosage form that delivers a drug in a controlled increasing dose to a patient over time.

20   Another object of the invention is to provide a dosage form that administers a dose of drug to maintain the therapeutic effect of the drug in a patient that acquires tolerance to the drug by delivering the drug in a controlled-increasing dose over time to maintain the therapeutic effect, while concomitantly substantially avoiding the development of acute tolerance.

25   Another object of the invention is to make available a dosage form that delivers a dose of drug that essentially avoids or lessens the development of acquired tolerance in a patient administered a drug that leads to acute tolerance by the dosage form administering the drug in a sustained and increasing dose over time.

2410R1

4

Another object of the invention is to provide a dosage form for administering a central nervous system drug that overcomes the shortcomings known to the prior art.

Another object of the invention is to provide an improvement in a dosage
5 form, wherein the improvement comprises the dosage form administering the drug in a sustained and constantly ascending profile over time for treating Attention-Deficit Disorder.

Another object of the invention is to provide a pharmacological composition as a solid dosage form comprising 1 mg to 500 mg of drug in
10 admixture with a pharmaceutically acceptable carrier that is released in a sustained release and increasing dose for use in the treatment of psychological personalities.

Another object of the invention is to provide a dosage form for increasing the administration of a central nervous system acting drug per hour throughout a
15 school day of 4 to 8-1/2 hours.

Another object of the invention is to provide a dosage form for administering a drug possessing central nervous system therapy in a sustained-increasing rate and at a minimum dose per day.

Another object of the invention is to provide a dosage form for
20 administering a central nervous system acting drug in a drug delivery pattern that compensates for acquired tolerance associated with the drug.

Another object of the invention is to provide a dosage form that administers a drug for treating Attention-Deficit Disorder that comprises administering orally to a human diagnosed as having the disorder the drug in a
25 sustained and increasing dose of 100 ng to 375 mg over 16 hours for treating the disorder in a human.

Another object of this invention is to provide a novel and unique method for maintaining the therapeutic effect of a drug in a patient that acquires tolerance to the drug, wherein the method comprises administering a dosage form to the
30 patient that delivers the drug in a controlled increasing dose over an extended

2410R1

5

time to maintain the therapeutic effect, while concomitantly substantially avoiding the development of acute tolerance in the patient.

    Another object of the invention is to make available a method for essentially avoiding or lessening the development of the acquired tolerance in a patient administered a drug that develops acute tolerance in the patient, wherein the method comprises administering the drug in a sustained and increasing dose over time to produce the intended effect.

    Another object of the invention is to provide an improvement in a method for administering a drug, wherein the improvement comprises administering the drug in a sustained and constantly ascending profile over an extended time for treating Attention-Deficit Disorder.

    Another object of the invention is to provide a method for administering a central nervous system acting drug in a continuously increasing release rate per hour throughout a school day of 4 to 8-1/2 hours.

    Another object of the invention is to provide a novel method to compensate for acute tolerance development associated with a drug possessing the ability to produce tolerance in a patient, by administering the drug orally in a sustained-ascending dose to substantially lessen the unwanted effects of acute tolerance.

    Another object of the invention is to provide an improvement in a method for administering a drug possessing central nervous system stimulant therapy, wherein the improvement comprises administering the drug in a sustained and ascending pattern over an extended time for treating Attention-Deficit Disorders and additionally provides therapeutic compensation for acquired tolerance associated with the drug.

    Another object of the invention is to provide a method for treating Attention-Deficit Disorder comprising administering orally to a human diagnosed as having the disorder at a sustained and increasing dose of 100 ng to 500 mg over 16 hours a central nervous system drug for treating the disorder in a human patient and at a minimum number of doses per day.

2410R1

6

Another object of the invention is to administer a central nervous system acting drug by a method wherein the drug ascends initially and continuously over the entire dosing interval for treating Attention-Deficit Disorder, ADD, and Attention-Deficit Hyperactivity Disorder, ADHD.

5      These objects, as well as other objects, features, and advantages of the invention will become more apparent from the following detailed disclosure of the invention and the accompanying claims.

## DRAWING FIGURES PROVIDED BY THE INVENTION

10     In Figure 1, the solid line depicts the plasma concentration for a central nervous system stimulant administered from an immediate release form, and the dotted line denotes the plasma concentration for a central nervous system stimulant released from a sustained nonascending form.

      In Figure 2, an immediate release dosage form is depicted by the solid
15 line comprising a peak and a valley depicted against a sustained release ascending dose shown by the dotted line.

      In Figures 3, 4, and 5, the release results are depicted for a central nervous system drug wherein the clear circles denote a placebo, the dark circles denote an immediate release form, the dark squares denote a sustained-
20 nonascending release profile, and clear squares denote a sustained ascending release rate profile.

      In Figure 6, a sustained-ascending release plasma concentration is depicted by the solid line and compared with an immediate-release plasma concentration depicted by the dash line comprising the peaks and valleys.

25     In Figure 7, the solid circles denote a placebo, the clear circles a sustained-ascending profile, and the solid squares a three-times-a-day program for the same central nervous system drug.

      Figure 8 depicts a placebo given three times a day comprising dark circles, an immediate-release depicted by solid squares, and a sustained-
30 ascending release essentially free of tolerance by clear circles for the same drug.

2410R1

7

Figures 9-11 depict the plasma methylphenidate concentration obtained by administering the drug three times a day, in an ascending dose, and by a dosage form that controls the delivery profile.

Figures 12-16 depict the plasma methylphenidate concentration obtained
5   by administering the drug from a dosage form comprising an external overcoat initial dose of drug followed by an internal ascending dose of drug over time.

## DETAILED DISCLOSURE OF SPECIFICATION

In accordance with the practice of this invention, it has now been found
10   that a dosage form and a method can be provided that administers a drug in a novel program that substantially lessens or completely compensates for tolerance in a patient. Tolerance, as defined in Pharmacology in Medicine, by Brill, p. 227 (1965) McGraw-Hill, is characterized as a decrease in effect followed by administering a drug. When tolerance develops following a single dose or a
15   few doses over a very short time, it is referred to as acute tolerance. When the drug is administered over a more protracted period of time to show a demonstrable degree of tolerance, it is referred to as chronic tolerance. The medical literature, as exemplified in, The Pharmacological Bases of Therapeutics, by Goodman and Gilman, 8th Ed., p. 72 (1990) Pergamon Press,
20   reported tolerance may be acquired to the effects of many drugs and this literature classifies tolerance as acute or chronic based on when it is acquired. That is, acute tolerance develops during a dosing phase of one dose or on one day, and chronic tolerance is acquired due to chronic administration typically weeks, months, and years. Tolerance as presented in medical literature most
25   frequently denotes chronic tolerance as seen by administering larger doses over a long time, often necessitated by an increase in body dimensions, hepatic enzyme involved in biotransformation, and the like.

The invention comprises dosage forms for providing an ascending dose of drug. Representative of a dosage form comprises a hydrogel matrix containing a
30   plurality of tiny pills. The hydrogel matrix comprises a hydrophilic polymer selected from the group consisting of a polysaccharide, agar, agarose, natural

2410R1

8

gum, alkali alginate including sodium alginate, carrageenan, fucoidan,
furcellaran, laminaran, hypnea, gum arabic, gum ghatti, gum karaya, gum
tragacanth, locust bean gum, pectin, amylopectin, gelatin and a hydrophilic
colloid. The hydrogel matrix comprises a plurality of 4 to 50 tiny pills, each tiny
5   pill comprising an increasing dose population of from 100 ng ascending in dose
such as 0.5 mg, 1 mg, 1.2 mg, 1.4 mg, 1.6 mg, 1.8 mg, etc. The tiny pills
comprise a release rate controlling wall of 0.0 mm to 10 mm thickness to provide
for the timed ascending release of drug. Representative of wall-forming
materials include a triglyceryl ester selected from the group consisting of glyceryl
10  tristearate, glyceryl monostearate, glyceryl dipalmitate, glyceryl laureate, glyceryl
didecenoate and glyceryl tridecenoate. Other wall forming materials comprise
polyvinyl acetate phthalate, methylcellulose phthalate, and microporous vinyl
olefins. Procedures for manufacturing tiny pills are disclosed in U.S. Patent Nos.
4,434,153; 4,721,613; 4,853,229; 2,996,431; 3,139,383 and 4,752,470.

15      The dosage form of the invention for delivering an ascending dose of drug
comprises drug releasing beads. The drug releasing beads are characterized by
a dissolution profile wherein 0 to 20% of the beads undergo dissolution and
release the drug in 0 to 2 hours, 20 to 40% undergo dissolution and release the
drug in 2 to 4 hours, 40 to 60% exhibit dissolution and release in 4 to 6 hours, 60
20  to 80% in 6 to 8 hours, and 80 to 100% in 8 to 10 hours. The drug releasing
beads comprise a central composition or core comprising a drug and
pharmaceutically acceptable composition forming ingredients including a
lubricant, antioxidant, and buffer. The beads comprise increasing doses of drug,
for example, 1 mg, 2 mg, 5 mg, and 10 mg, increasing to 40 mg. The beads are
25  coated with a release rate controlling polymer that can be selected utilizing the
dissolution profile disclosed above. The manufacture of beads is disclosed in
Inter. J. of Pharm., by Liu, Vol. 112, pp. 105-116 (1994); Inter. J. of Pharm., by
Liu and Yu, Vol. 112, pp. 117-124 (1994); Pharm. Sci., by Remington, 14th Ed.
pp. 1626-1628 (1970); J. Pharm. Sci., by Fincher, Vol. 57, pp. 1825-1835 (1968);
30  and U.S. Patent No. 4,083,949.

2410R1

9

A dosage form provided by the invention comprises a concentration gradient of drug from 1 mg to 100 mg coated from the former low dose to the latter high dose on a polymer substrate. The polymer can be erodible or a nonerodible polymer. The coated substrate is rolled about itself from the latter
5    high dose at the center of the dosage form, to the former low dose at the exposed outer end of the substrate. The coated substrate is rolled from the high dose to the low dose to provide for the release of from low to high dose as the substrate unrolls or erodes. For example, 1 mg to 25 mg of methylphenidate is coated onto an erodible polymer such as an polypeptide, collagen, gelatin, or polyvinyl
10   alcohol, and the substrate rolled concentrically from the high dose rolled over and inward to adapt a center position, and then outward towards the low dose to form an outer position. In operation, the dosage form erodes dispensing an ascending dose of methylphenidate that is released over time.

Another dosage form provided by the invention comprises a multiplicity of
15   layers, wherein each layer is characterized by an increasing dose of drug. The phrase "multiplicity of layers" denotes 2 to 6 layers in contacting lamination. The multiplicity of layers are positioned consecutively, that is, one layer after another in order, with a first exposed layer, the sixth layer in contact with the fifth layer and its exposed surface coated with a drug impermeable polymer. The sixth
20   layer is coated with a drug impermeable polymer to insure release of drug from the first layer to the sixth layer. The first layer comprises 1 to 5 mg of drug and each successive layer comprises an additional 1 to 5 mg of drug. The biodegradable polymers undergo chemical decomposition to form soluble monomers or soluble polymer units. The biodegradation of polymers usually
25   involves chemically or enzymatically catalyzed hydrolysis. Representative of biodegradable polymers acceptable for an increase drug loading in each layer of from 5 to 50 wt% over the first and successive layers wherein the first layer comprises 100 ng. Representative biodegradable polymers comprise a member selected from the group consisting of biodegradable poly(amides), poly(amino
30   acids), poly(esters), poly(lactic acid), poly(glycolic acid), poly(orthoesters), poly(anhydrides), biodegradable poly(dehydropyrans), and poly(dioxinones).

2410R1

10

The polymers are known to the art in Controlled Release of Drugs, by Rosoff, Ch. 2, pp. 53-95 (1989); and in U.S. Patent Nos. 3,811,444; 3,962,414; 4,066,747; 4,070,347; 4,079,038; and 4,093,709.

The invention further employs a dosage form comprising a polymer that releases a drug by diffusion, flux through pores, or by rupture of a polymer matrix. The drug delivery polymeric system comprises a concentration gradient, wherein the gradient is an ascent in concentration from a beginning or initial concentration to a final, or higher concentration of 100 ng to 250 mg. The dosage form comprises an exposed surface at the beginning dose and a distant nonexposed surface at the final dose. The nonexposed surface is coated with a pharmaceutically acceptable material impermeable to the passage of drug. The dosage form structure provides for a flux increase delivery of drug ascending from the beginning to the final delivered dose.

The dosage form matrix can be made by procedures known to the polymer art. In one manufacture, 3 to 5 or more casting compositions are independently prepared wherein each casting composition comprises an increasing dose of drug with each composition overlayered from a low to the high dose. This provides a series of layers that come together to provide a unit polymer matrix with a concentration gradient. In another manufacture, the higher does is cast first followed by laminating with layers of decreasing dose to provide a polymer matrix with a drug concentration gradient. An example of providing a dosage form comprises blending a pharmaceutically acceptable carrier, like polyethylene glycol, with a known dose of drug, like a central nervous system stimulant, at an elevated temperature, like 37°C, and adding it to a silastic medical grade elastomer with a cross-linking agent, like stannous octanoate, followed by casting in a mold. The step is repeated for each successive layer. The system is allowed to set, for 1 hour, to provide the dosage form. Representative polymers for manufacturing the dosage form comprise a member selected from the group consisting of olefin and vinyl polymers, condensation polymers, carbohydrate polymers, and silicon polymers as represented by poly(ethylene), poly(propylene), poly(vinyl acetate), poly(methyl acrylate),

2410R1

11

poly(isobutyl methacrylate), poly(alginate), poly(amide), and poly(silicone). The
polymers and manufacturing procedures are known in Polymers, by Coleman et
al., Vol. 31, pp. 1187-1230 (1990); Drug Carrier Systems, by Roerdink et al., Vol.
9, pp. 57-109 (1989); Adv. Drug Delivery Rev., by Leong et al., Vol. 1, pp. 199-
5   233 (1987); Handbook of Common Polymers, Compiled by Roff et al., (1971)
published by CRC Press; and U.S. Patent No. 3,992,518.

   Further in accord with the practice of the present invention, the method of
this invention uses the disclosed dosage forms for administering a drug to a
patient that may acquire acute or chronic tolerance for decreasing and/or
10   avoiding said tolerance, and presently the method is indicated for treating
patients that may acquire acute tolerance. Further, in accordance with the
practice of this invention, in one embodiment, it has also been found a method
can be provided that administers a drug for treating Attention-Deficit Disorder, to
a human orally as a function of time to achieve the desired drug concentration
15   over time. The concentration of drug relates to the dose of drug in mg per hour
delivered per unit time in hours for absorption into the systemic circulation. The
method of the invention uniquely provides a method for maintaining a desired
drug effect by adjusting continually the drug delivery rate when the therapeutic
effect declines during acquired acute tolerance.

20   It is standard medical practice, that a drug should provide a therapeutic
effect throughout the dosing interval. However, when tolerance develops or is
acquired to a drug, the prior art approach to ensure a therapeutic response is to
increase the dose administered in an immediate dose dumping manner, and for
this type of dosing, where associated side effects are likely to occur, tolerance
25   may develop unequally to all the effects, and the therapeutic index may
decrease. Another approach used by the prior art to lessen the occurrence of
tolerance is to administer drug doses less frequently so that acquired tolerance is
avoided, but with this approach there is an absence of therapy for a given time.

   In medicine, it is generally accepted that central nervous system acting
30   drugs are useful for the management of Attention-Deficit Disorders. The drugs
useful for this therapy are the mild central nervous system stimulants, and they

2410R1

12

include catecholamines and drugs that can mimic their action. The drugs useful for this therapy comprise a member selected from the group consisting of amphetamine, dextro-amphetamine, methamphetamine, methylphenidate, racemic methylphenidate, threo-methylphenidate, phenylisopropylamine, risperidone, and pemoline. The drugs include also their pharmaceutically acceptable salts such as a member selected from the group consisting of hydrochloride, sulfate, phosphate, acetate, hydrobromide, pamoate, and maleate. A patient receiving these drugs typically acquires tolerance to the effects of the drugs. For example, a patient on methylphenidate and receiving a 5 mg dose twice a day acquires tolerance, and a larger dose must be administered due to the single large dose needed to overcome the tolerance development which would give rise to unwanted side effects. In some patients, the therapeutic response to methylphenidate declines in 4 to 5 hours despite the maintenance of methylphenidate in a nonascending constant concentration. That is, tolerance is acquired to the behavioral and psychological effects of methylphenidate and generally to psychostimulants. This invention has found also that a sustained release product that dispenses a noncompensating but constant concentration of a drug will not be clinically effective, as a sustained-release dosage form designed to produce a constant plasma of, for example, methylphenidate concentration, lacks efficacy particularly against acquired tolerance.

This invention among its objects provides a dosage form and method for treating Attention-Deficit Disorders, which include Attention-Deficit/Hyperactivity Disorder, combined type, predominantly inattentive type, predominantly hyperactive-impulsive type and which are known also as minimal brain dysfunction, hyperkinetic child syndrome, behavioral syndrome, minimal cerebral dysfunction and minor cerebral dysfunction, as disclosed in the <u>Diagnostic and Statistical Manual of Mental Disorders</u>, 3rd Edition, pp. 49-56 (1987) published by the American Psychiatric Association, Washington, D.C., by making available both a dosage form and a method of treatment that substantially negates the unwanted results of the prior art by providing continuous compensation of drug to

2410R1

13

essentially eliminate acute tolerance, thereby producing a stabilization of the therapeutic effect.

The pharmacological effect of a drug is related to its receptor site concentration. Thus, when the effect of a drug is considered as a function (f) of delivery time (t), the kinetics of stabilization for some drugs can be rapid, and for other drugs the effect does not stabilize as a diminution in response expressed as tolerance develops to the drug. This latter condition applies to central nervous system acting drugs such as methylphenidate. This invention compensates for acquired acute tolerance by providing an optimal drug delivery profile for its management. For some drugs the onset of tolerance is quick, for instance, tolerance develops for methylphenidate within hours after its administration. A management program for this is provided by this invention by making available a drug delivery pattern that initially delivers a dose of drug to achieve instant therapy and accompanied by a sustained-ascending release dose over time to maintain the effect.

The drug methylphenidate is commercially available in a sustained release dosage form Ritalin®-SR, and the methylphenidate dispensed by this commercial form can lead to acute tolerance. When acute tolerance is acquired a drug-free washout period of several hours is needed before a repeat administration is likely with the dosage form. The present invention however, compensates for the loss of a therapeutic effect of a drug, such as methylphenidate, by providing a method of delivery rate in mg per hour that continually compensates for the development of acute tolerance, by considering the clinical effect (E) of a drug at time (t) as a function of the drug concentration (C) according to Equation 1:

$$\text{Effect } = f(t, C) \qquad\qquad \text{Eq. 1}$$

In addition, the rate of drug delivered (A), in mg per hour is directly proportional to the concentration times the clearance of the drug. As the effect varies with time and the functionality is expressed, then according to

2410R1

14

this invention (A) can be governed to ensure the therapeutic effect is maintained at a clinical value. If the effect from a drug is found clinically to decrease with time, this decline could be linear as expressed by Equation 2:

$$\text{Effect}_{(t)} = \text{Effect}_{(Ini)} - k_{Effect}*t \qquad \text{Eq. 2}$$

wherein, Effect$_{(Ini)}$ is the clinical effect observed initially at the start of drug administration and Effect$_{(t)}$ is the effect observed at time (t) hours, $k_{effect}$ is a proportionality constant ascertained by measuring the clinical effect (E1) at time (t1) hours and (E2) at time (t2) hours while maintaining a constant plasma concentration followed by dividing (E1) minus (E2) by (t1) minus (t2). In order to maintain a constant effect, (A) must be adjusted with the same functionality according to Equation 3:

$$A_{(t)} = A_{(Ini)} + k_{Effect}*t \qquad \text{Eq. 3}$$

wherein A$_{(Ini)}$ is the initial drug input in mg per hour at the start of the therapy and A$_{(t)}$ is the drug input at time (t) hours, and $k_{Effect}$ is the proportionality constant presented above. If the therapeutic effect is found to decline exponentially with time, this relationship is expressed by Equation 4:

$$\text{Effect}_{(t)} = \text{Effect}_{(Ini)}*\exp^{(-kEffect*t)} \qquad \text{Eq. 4}$$

wherein Effect$_{(Ini)}$ and Effect$_{(t)}$ are as defined before, $k_{Effect}$ is a rate constant (h$^{-1}$), a unit of reciprocal hours, ascertained by measuring the clinical effect (E1) at time (t1) hours and (E2) at time (t2) hours while maintaining a constant plasma concentration followed by dividing natural log of (E1) minus natural log of (E2) by (t1) minus (t2). To maintain a constant effect, (A) must be adjusted according to Equation 5:

$$A_{(t)} = A_{(Ini)}*\exp^{(kEffect*t)} \qquad \text{Eq. 5}$$

2410R1

15

wherein $A_{(in)}$ and $A_{(t)}$ is as defined before. $k_{Effect}$ is the rate constant ($h^{-1}$) presented above. The equations are presented in <u>Pharmac. Ther.</u>, Vol. 16, pp. 143-166 (1982) by Holford N.H.G. and Sheiner, L.E.

5    The effects defined herein refer to the pharmacological effects exhibited by the drug as ascertained by clinical subjective observation such as SKAMP and CLAM, or as ascertained by objective activity monitoring such as mathematic tests and school accomplishments. The CLAM Test is a behavior rating that indicates social conformity or rebellion as developed by

10   Conners, Lonez, and Milch and SKAMP is a rating that also measures behavior as developed by Swanson and reported in <u>Psychopharmacological Bulletin</u>, Vol. 21, pp. 887-890 (1985).

The effect measurements in this study were: (1) observer ratings on SKAMP scale (during classroom time) and (2) performance on the

15   computerized mathematics test. Each child was tested on the mathematics test before the study began, and based on this pre-test during the study, a mathematics test appropriate for each child's ability was given. The morning and evening parent CLAM assessments were used to identify unusual behaviors. The evening parent CLAM was used to determine the presence of

20   treatment effects in the evening hours, particularly treatment effects on the time the child fell asleep, and whether the child's sleep was interrupted. All of the children also wore an activity monitor (Actigraph) which records the movements of the child throughout the day. The activity (number of movements per minute) is recorded electronically and modeled as a function

25   of the drug effect.

## DETAILED DISCLOSURE OF EXAMPLES PROVIDED BY THE INVENTION

The following examples are merely illustrative of the present invention

30   and they should not be considered as limiting the scope of this invention in any way, as these examples and other equivalents thereof will become

2410R1

16

apparent to those versed in the art in the light of the present disclosure and the accompanying claims.

EXAMPLE 1

5      A commercially available immediate release tablet consisting of 5 mg of methylphenidate was administered twice a day to 36 school children, and the predicted plasma concentration in ng/ml graphed against time as seen in the solid black line in Figure 1. The tablet exhibits a peak and valley plasma concentration for the methylphenidate. A sustained-release nonascending

10    program that administered 20 mg of methylphenidate consisting of 8.3 mg at zero hour followed by 0.9 mg at 1.5 hours, 0.9 mg at 2 hours, 0.9 mg 2.5 hours, 0.9 mg at 3 hours, 0.9 mg at 3.5 hours, 0.9 mg at 4 hours, 0.9 mg at 4.5 hours, 0.9 mg at 5 hours, 0.9 mg at 5.5 hours, 0.9 mg at 6 hours, 0.9 mg at 6.5 hours, 0.9 mg at 7 hours, and 0.9 mg at 7.5 hours produced the

15    sustained-release dotted line parallel to the x-axis as seen in Figure 1. The immediate release tablet and the sustained-release dosage form were compared to a sustained-release dosage form that administered methylphenidate in an ascending profile. The sustained-release ascending profile corresponds to administering 4.2 mg at zero hour, 1.1 mg at 1.5 hours,

20    1.1 mg at 2 hours, 1.2 mg at 2.5 hours, 1.2 mg at 3.0 hours, 1.3 mg at 3.5 hours, 1.3 mg at 4 hours, 1.5 mg at 4.5 hours, 1.5 mg at 5 hours, 1.8 mg at 5.5 hours, 1.8 mg at 6 hours, and 2.0 mg at 6.5 hours, to produce the sustained-ascending release dotted line profile seen in Figure 2.

      The results of the clinical studies demonstrated patients administered

25    a dosage form free of methylphenidate, a placebo, exhibited high, elevated swings in behavior, such as activity, inappropriate behavior, low attention, lower mathematical scores and a disinterest in school. The patients administered a sustained-nonascending dose of methylphenidate exhibited a decrease in activity, higher mathematical scores and a lessening of

30    inappropriate behavior. However, these effects were accompanied by the development of acute tolerance in the patient. The patient administered

2410R1

17

methylphenidate, according to this invention, in a controlled-sustained ascending profile exhibited the desired therapeutic effect without tolerance. The accompanying figures present the results of the above-described study. In Figures 3, 4, and 5, the line with a clear circle denotes a placebo, the dark

5   circle an immediate release dosage form administered twice a day, the dark squares a sustained release nonascending dosage profile, and the clear squares the sustained ascending release profile provided by this invention. The SKAMP Score and CLAM Score were defined earlier in the specification, and the times are as indicated on the figures.  Figure 3 denotes the observed

10  behavior, Figure 4 denotes the inattention overactivity, and Figure 5 denotes the combined attention results of the study.


## EXAMPLE 2

    The results of a clinical study that comprises administering

15  methylphenidate according to two distinct delivery programs are reported in this example.  In the study, a sustained-ascending profile corresponds to administering methylphenidate as follows: 8 mg at zero hours, 1.4 mg at 1.5 hours, 1.4 mg at 2.0 hours, 1.7 mg at 2.5 hours, 1.7 mg at 3.0 hours, 2.0 mg at 3.5 hours, 2.0 mg at 4.0 hours, 2.2 mg at 4.5 hours, 2.2 mg at 5.0 hours,

20  2.2 mg at 5.5 hours, 2.2 mg at 6.0 hours, 2.4 mg at 6.5 hours, 2.4 mg at 7.0 hours, 2.6 mg at 7.5 hours, and 1.9 mg at 8.0 hours.  The methylphenidate was administered in overcoated capsules comprising a total of 36 mg of methylphenidate with 22% in the exterior overcoat.  The ascending dose was administered with the first dose at 0730 followed by ascending doses every

25  30 minutes until 1530 to produce the intended ascending plasma concentration.  The study included the delivery of methylphenidate in immediate dosage form three times a day with 10 mg of methylphenidate delivered at 0730, 1130, and 1530 hours.  The study was done with 32 children with attention deficient hyperactivity disorder.  Accompanying Figure

30  6 depicts the plasma concentration for methylphenidate wherein the dot-dash line is produced by the sustained-ascending administration program, and the

2410R1

18

dash line is produced by the immediate dosage form.  In accompanying
Figure 7,  the solid circles denote placebos, the clear circles denote the
sustained-ascending program, the solid squares denote the three times a day
program, and the parameter observed was behavior with an absence of
5    acquired tolerance for the sustained ascending program.  Accompanying
Figure 8 depicts the combined attention parameter wherein the solid circle is
a placebo with acquired tolerance, the solid square is the three daily
immediate release delivery with acquired tolerance, and the clear circle is the
sustained-ascending release essentially free of developed tolerance.

10

## EXAMPLE 3

A method for administering the central nervous system stimulant
methylphenidate in a sustained and ascending dose for the management of
attention deficient disorder accompanied by a lessening of acquired tolerance
15    is provided by administering a dosage form shaped as an orally administered
tablet.  The dosage form comprises a film of polyanhydride polymer of
sebacic and azelaic acids coated with a composition comprising 20 mg of
methylphenidate blended with pharmaceutically acceptable gelatin.  The
pharmaceutically acceptable film is coated with the methylphenidate
20    composition in increased thickness spirally wound about itself.  Following oral
administration into the gastrointestinal tract the composition comprising the
methylphenidate is dispensed at constantly increasing rate as the film erodes
over time.  The polymer of the dosage form is described in U.S. Patent Nos.
2,668,162 and 2,676,945, and the dosage form is described in U.S. Patent
25    No. 3,625,214.

## EXAMPLE 4

A method for treating Attention-Deficit Disorder with hyperactivity
supported by psychological and educational guidance by administering
30    pemoline for a stabilizing effect in children accompanied by an apparent
absence of acquired tolerance is provided by administering a bioerodible

19

2410R1

19

dosage form according to the invention, comprising the central nervous stimulant pemoline.  The dosage form comprises 5 contacting layers of bioerodible poly(lactide-co-glycolide) with each layer containing an increased amount of 4, 6, 8, 10 and 12 mg of pemoline.  The layers are compressed into

5   a laminated tablet-shaped arrangement with a single opened surface to expose the layer containing 2 mg of pemoline with the remainder of the tablet surrounded with nonbioerodible copolymeric ethylene-vinyl acetate.  So the layers bioerode in constant succession, a corresponding constantly increasing dose of pemoline is dispensed over time.  The bioerodible

10   polymers are known in U.S. Patent No. 3,773,919; EPO 0-052-510; and Canadian Patent No. 1,169,090.

0891059E·07I97

2410R1

20

## EXAMPLE 5

A method for administering a drug in a sustained-increasing release rate is provided by administering a dosage form manufactured as a pharmaceutically acceptable gelatin two-piece joined capsule comprising a
5  multiplicity of spherical beads.  The capsule comprises a series of beads consisting of a progression of 1, 1.25, 1.5, 1.75, 2 and 2.25 mg of drug in each different bead coated correspondingly with a progression of 0.5, 1, 1.5, 2.5, 3, and 3.25 mm of polymeric poly(2.2-dioxo-trans-1, 4-cyclohexane dimethylene tetrahydrofuran).  As the beads erode in the environment of the
10  gastrointestinal tract they dispense drug in a sustained-ascending release rate over time.  The drugs that can be dispensed by this method comprise a member selected from the group consisting of amphetamine, dextroamphetamine, methamphetamine, methylphenidate, phenylisopropylamine and pemoline.  Procedures for coating are disclosed in
15  J. Am. Phar. Assoc., Sci. Ed., Vol. 48, pp. 451-454 (1959); and U.S. Patent No. 2,799,241.

## EXAMPLE 6

A delivery system is provided by the invention which releases the drug
20  resulting in an ascending plasma methylphenidate concentration time profile that substantially overcomes tolerance and maintains the desired pharmacological effect of the stimulant methylphenidate for the desired duration.  For example, to achieve an effect-time profile similar to the three doses of immediate release given every 4 hours for 12 hours every day, TID
25  (three times a day), a delivery system which results in the plasma methylphenidate concentrations between the ranges as listed below will overcome tolerance and maintain pharmacological effects.  To make a delivery system which is equal to two doses of immediate release given every 4 hours the release rate can be truncated, and similarly, for the longer
30  duration the concentration can be increased.  The delivery profile exemplifies

21

2410R1

21

the drug and pharmacological effect. However, the concept of increasing concentration still remains the same.

Table 1 provides this range as a fraction of the simulated TID concentrations. The attached figures show the ascending profile variations superimposed on the TID and the reference ascending (ASCEND) treatment profiles.

| Time (h) | TID Concentration (ng/Ml) | Ascending Profile Range (Fraction of TID Concentration) | |
|---|---|---|---|
| | | Low | High |
| 1.5 | 4.8 (peak) | 0.75 | 0.90 |
| 3.0 | 3.8 | 1.07 | 1.37 |
| 4.0 | 2.8 (trough) | 1.32 | 2.29 |
| 5.5 | 6.5 (peak) | 0.80 | 1.20 |
| 7.0 | 4.8 | 1.42 | 1.81 |
| 8.0 | 3.6 (trough) | 2.17 | 2.50 |
| 9.5 | 7.0 (peak) | 1.10 | 1.23 |
| 11.0 | 5.2 | 1.00 | 1.38 |
| 12.0 | 3.9 | 0.97 | 1.54 |
| 15.0 | 1.7 | 1.00 | 1.94 |

The accompanying drawing figures depict the therapeutic benefits obtained by the invention. Figure 9 illustrates a simulated plasma methylphenidate concentration profile for three-times-a-day 30 mg dose (solid line), an ascend treatment of 36 mg (dash line), and an osmotic controlled 36 mg dose (dot-dash line). Figure 10 depicts the plasma methylphenidate concentration as in Figure 9, except in Figure 10 the osmotic controlled dose is 38 mg. Figure 11 depicts the plasma methylphenidate concentration as in Figure 9, except in Figure 11, the osmotic controlled dose is 40 mg. Figure 12 illustrates 30 mg delivered three times a day by the solid line, an ascend

2410R1

22

dose from a dosage form comprising 36 mg of drug once a day by the dash line, and a dosage form comprising an immediate 8 mg dose and a sustained 26 mg ascending dose illustrated by the dot-dash line. Figure 13 depicts a plasma methylphenidate concentration like Figure 12, except the dosage form

5   represented by the dot-dash line comprises an instant-release dose of 9 mg of methylphenidate and an ascending dose of 24 mg of methylphenidate. Figure 14 is similar to the previous Figures except the dot-dash line depicts an instant release dose of 8 mg and an ascending dose of 25 mg of methylphenidate. Figure 15 is similar to the above Figures, except the dot

10  dash line illustrates an immediate dose of methylphenidate of 8 mg followed by a sustained ascending dose of 25 mg of methylphenidate. Figure 16 is similar to the above Figures with the clinical conditions as set forth, except in this study the dot-dash lines illustrate an immediate dose of 8 mg of methylphenidate, followed by a controlled-ascending dose of 24 mg of

15  methylphenidate.

The method of the invention provides further for administering a drug according to the above examples, wherein the drug is administered by the dosage form of this invention in a controlled-rate and in a sustained release pattern throughout a school day of up to 8 hours, or up to 12 hours.

20  While there has been described and pointed out features and advantages of the invention, as applied to present embodiments, those skilled in the medical art will appreciate that various modifications, changes, additions, and omissions in the method described in the specification can be made without departing from the spirit of the invention.

2410R1

23

We claim:

1.    A method for lessening the incidence of tolerance in a patient administered a drug that develops tolerance in the patient, wherein the method comprises administering the drug in a sustained and increasing dose to produce the intended effect.

2.    The method for lessening the incidence of tolerance in a patient according to claim 1, wherein the drug is administered in the sustained and increasing dose for treating Attention-Deficit Disorder and for lessening the incidence in tolerance in this patient.

3.    The method for lessening the incidence of tolerance in the patient according to claim 1, wherein the drug is a central nervous system stimulant.

4.    The method for lessening the incidence of tolerance in the patient according to claim 1, wherein the drug is methylphenidate.

5.    The method for lessening the incidence of tolerance in the patient according to claim 1, wherein the drug is a member selected from the group consisting of amphetamine, dextroamphetamine, methamphetamine, phenylisopropylamine, and pemoline.

6.    A method for maintaining the therapeutic effect of a drug in a patient that acquires acute tolerance to the drug, wherein the method comprises administering a dosage form orally to the patient that delivers the drug in a controlled increasing dose over an extended time to maintain the therapeutic effect in the patient.

2410R1

24

7.    The method for maintaining the therapeutic effect of a drug according to claim 6, wherein the drug is a member selected from the group consisting of methylphenidate and its pharmaceutically acceptable salts.

8.    The method for maintaining the therapeutic effect of the drug according to claim 6, wherein the drug is methylphenidate hydrochloride.

9.    A method for compensating for a decrease in therapeutic activity developed as acute tolerance to a drug in a patient, wherein the method comprises administering to the patient the drug in a continually ascending rate over time to compensate for the decrease in therapeutic activity.

10.    The method for compensating for a decrease in therapeutic activity according to claim 9, wherein the drug is methylphenidate.

11.    A method for treating Attention-Deficit Disorder wherein the method comprises administering orally to a human having the disorder a sustained and continuously ascending dose of 5 mg to 75 mg over 12 hours of a central nervous system drug for treating the disorder in the human.

12.    The method for treating Attention-Deficit Disorder according to claim 11, wherein the central nervous system drug is the therapeutic methylphenidate.

13.    The method for treating Attention-Deficit Disorder according to claim 11, wherein the central nervous system drug is administered in the sustained and continuously dose to compensate for the development of acute tolerance by the human.

2410R1

25

14.   The method for treating Attention-Deficit Disorder according to claim 11, wherein central nervous system drug is a member selected from the group consisting of amphetamine, dextroamphetamine, methamphetamine, threomethylphenidate, phenylisopropylamine and pemoline.

15.   The method for treating Attention-Deficit Disorder according to claim 11, wherein the central nervous system drug is a stimulant.

16.   The method for treating Attention-Deficit Disorder according to claim 11, wherein the dose of drug is administered continuously over 8 hours.

17.   The method for treating Attention-Deficit Disorder according to claim 11, wherein the dose of drug is administered continuously in an ascending dose over 10 hours.

18.   The method for treating Attention-Deficit Disorder according to claim 11, wherein the dose of drug is administered continuously in an ascending dose throughout the school day for the management of Attention-Deficit Disorder and Attention-Deficit Hyperactivity Disorder.

19.   A dosage form for delivering a drug, wherein the dosage form comprises: a composition comprising a polymer, a dose of drug in the composition present in a concentration gradient from a low to a higher dose, and wherein the dosage form when in operation releases a low followed by a higher dose of drug.

20.   A dosage form for delivering a drug, wherein the dosage form comprises: a multiplicity of layers of a composition comprising a polymer, a dose of drug in an increasing dose in the multiplicity of layers, and wherein when the dosage form is in operation, the dosage form delivers an increasing dose of drug over time.

2410R1

26

21.    A dosage form for delivering a drug, wherein the dosage form comprises: a plurality of layers comprising a composition comprising a different polymer, a dose of drug in an increasing dose in the plurality of layers, and wherein when the dosage form is in operation, the dosage form delivers an increasing dose of drug over time.

22.    A dosage form for delivering a drug, wherein the dosage form comprises: a composition comprising a bioerodible polymer, a dose of drug in the composition present in an initial dose and a final dose, whereby the dosage form delivers an initial dose and a final dose over time.

23.    A dosage form for delivering an ascending dose of drug, wherein the dosage form comprises: a multiplicity of layers comprising a bioerodible polymer, a drug in an ascending dose in the layers, whereby the dosage form delivers an ascending dose of drug over time.

24.    A dosage form for delivering an ascending dose of drug, wherein the dosage form comprises a plurality of layers comprising a different bioerodible polymer, a drug in an ascending dose in the different layers, whereby the dosage form delivers an ascending dose of drug over time.

25.    A dosage form for delivering an ascending dose of drug over time, wherein the dosage form comprises tiny pills comprising a drug, which tiny pills release an initial dose of drug and successive ascending doses of drug over time.

26.    A pharmaceutical composition as a dosage form; wherein the pharmaceutical composition comprises a dose of drug in admixture with a pharmaceutically acceptable carrier that is released in a sustained release and increasing dose.

2410R1

27

27.    The pharmaceutical composition according to claim 26,
wherein the pharmaceutical composition comprises 1 mg to 500 mg of drug.

28.    The pharmaceutical composition according to claim 27,
wherein the drug is released in a sustained and increasing dose of 100 mg to
375 mg over 16 hours.

29.    The use of the pharmaceutical composition of claim 26,
for the treatment of psychological disorders.

Express Mail Label No. TB0572574

Type a plus sign (+) here → +

PTO/SB/01 (6-95)
for use through 10/31/98 OMB 0651-0032
Patent and Trademark Office: US Department of Commerce

| OO10/PTO Rev. 12/95 | US Department of Commerce Patent and Trademark Office | Attorney Docket Number | ARC 2410R1 |
|---|---|---|---|
| | | First Named Inventor | GUPTA, Suneel K. et al. |
| **DECLARATION** | | *COMPLETE IF KNOWN:* | |
| | | Application Number | |
| | | Filing Date | |
| ☒ Declaration Submitted with Initial Filing   OR   ☐ Declaration Submitted after Initial Filing | | Group Art Unit | |
| | | Examiner Name | |

As a below named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

DOSAGE FORM AND METHOD FOR ADMINISTERING DRUG

*(Title of the Invention)*

the specification of which

☒ is attached hereto

OR

☐ was filed on (MM/DD/YYYY)      as United States Application Number or PCT International

Application Number      and was amended on (MM/DD/YYYY)      (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in Title 37 Code of Federal Regulations, § 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code § 119 (a)-(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate, or § 365(a) of any PCT International application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT International application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Copy Attached? Yes | Copy Attached? No |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority sheet attached hereto:

I hereby claim the benefit under Title 35, United States Code § 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| 60/028,728 | 09/30/96 | ☐ Additional provisional application numbers are listed on a supplemental priority sheet attached hereto. |
| 60/030,514 | 11/12/96 | |
| 60/044,121 | 04/22/97 | |

SEND TO: Box Patent Application, Assistant Commissioner for Patents, Washington, DC 20231.

H:\PATENTS\001.DOC 01/28/97 RAR

Type a plus sign (+) here → +

ARC2410R1

| DECLARATION | Page 2 |
|---|---|

I hereby claim the benefit under Title 35, United States Code § 120 of any United States application(s), or § 365(c) of any PCT International application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of Title 35, United States Code § 112, I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations § 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.

| US Parent Application Number | PCT Parent Number | Parent Filing Date (MM/DD/YYYY) | Parent Patent Number (if applicable) |
|---|---|---|---|
| | | | |

☐ Additional US or PCT international application numbers are listed on a supplemental priority sheet attached hereto.

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

Firm Name: ALZA Corporation

Payor Number: 01-1173
(if applicable)

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| Steven F. Stone | 20,246 | D. Byron Miller | 30,661 |
| Paul L. Sabatine | 22,539 | John A. Dhuey | 26,265 |
| Michael J. Rafa | 38,740 | Mary Ann Dillahunty | 34,576 |

☐ Additional attorney(s) and/or agent(s) named on a supplemental sheet attached hereto.

☒ Please direct all correspondence to:

Name: PAUL L. SABATINE

Address: ALZA Corporation

Address: 950 Page Mill Road (PO Box 10950)

City: Palo Alto  State: CA  Zip: 94303-0802

Country: USA  Telephone: (415) 494-5224  Fax: (415) 496-8048

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Name of Sole or First Inventor:   ☐ A petition has been filed for this unsigned inventor.

SUNEEL K. GUPTA

| Given Name: SUNEEL | Middle Initial: K. | Family Name: GUPTA | Suffix: |
|---|---|---|---|

Inventor's Signature: _Suneel K Gupta_  Date: 7/24/97

RESIDENCE

City: SUNNYVALE  State: CA  Country: USA  Citizenship: USA

POST OFFICE ADDRESS   1331 Elsona Drive

City: ~~PALO ALTO~~ Sunnyvale  State: CA  Zip: ~~94306~~ 94087  Country: USA  Applicant Authority: US

☒ Additional inventors are being named on supplemental sheet(s) attached hereto.

Type a plus sign (+) here → +

ARC2410R1

| DECLARATION | ADDITIONAL INVENTOR(S)<br>Supplemental Sheet |
|---|---|

| Name of Additional Joint Inventor, if any:<br><br>DIANE R. GUINTA | ☐ A petition has been filed for this unsigned inventor. | | |
|---|---|---|---|
| Given<br>Name:  DIANE | Middle<br>Initial:  R. | Family<br>Name:  GUINTA | Suffix: |
| Inventor's<br>Signature:  *Diane R Guinta* | | Date:  *July 25, 1997* | |

**RESIDENCE**

| City:  PALO ALTO | State:  CA | Country:  USA | Citizenship:  USA |
|---|---|---|---|

| POST OFFICE ADDRESS | 3164 MANCHESTER COURT | | | |
|---|---|---|---|---|
| City:  PALO ALTO | State:  CA | Zip:  94303-4123 | Country:  USA | Applicant<br>Authority:  US |

| Name of Additional Joint Inventor, if any:<br><br>CAROL A. CHRISTOPHER | ☐ A petition has been filed for this unsigned inventor. | | |
|---|---|---|---|
| Given<br>Name:  CAROL | Middle<br>Initial:  A. | Family<br>Name:  CHRISTOPHER | Suffix: |
| Inventor's<br>Signature:  *Carol A. Christopher* | | Date:  *July 28, 1997* | |

**RESIDENCE**

| City:  BELMONT | State:  CA | Country:  USA | Citizenship:  USA |
|---|---|---|---|

| POST OFFICE ADDRESS | 2638 BELMONT CANYON ROAD | | | |
|---|---|---|---|---|
| City:  BELMONT | State:  CA | Zip:  94002 | Country:  USA | Applicant<br>Authority:  US |

| Name of Additional Joint Inventor, if any:<br><br>SAMUEL R. SAKS | ☐ A petition has been filed for this unsigned inventor. | | |
|---|---|---|---|
| Given<br>Name:  SAMUEL | Middle<br>Initial:  R. | Family<br>Name:  SAKS | Suffix: |
| Inventor's<br>Signature:  *[signature]* | | Date:  *7-29-97* | |

**RESIDENCE**

| City:  HILLSBOROUGH | State:  CA | Country:  USA | Citizenship:  USA |
|---|---|---|---|

| POST OFFICE ADDRESS | ~~4546 LAKEVIEW DRIVE~~  2404 Hillside Drive | | | |
|---|---|---|---|---|
| City:  Burlingame  ~~HILLSBOROUGH~~ | State:  CA | Zip:  94010 | Country:  USA | Applicant<br>Authority:  US |

| Name of Additional Joint Inventor, if any:<br><br> | ☐ A petition has been filed for this unsigned inventor. | | |
|---|---|---|---|
| Given<br>Name: | Middle<br>Initial: | Family<br>Name: | Suffix: |
| Inventor's<br>Signature: | | Date: | |

**RESIDENCE**

| City: | State: | Country: | Citizenship: |
|---|---|---|---|

| POST OFFICE ADDRESS | | | | |
|---|---|---|---|---|
| City: | State: | Zip: | Country: | Applicant<br>Authority: |

☐ Additional inventors are being named on supplemental sheet(s) attached hereto.

08910593.0731.197

H:\PATENT9\001.DOC 01/28/97 RAR

08910593.073197



FIG. 1



FIG. 2

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG. 3

AS ORIGINALLY FILED



FIG. 4



FIG. 5



FIG. 6

Plasma Concentration (ng/mL)

Time (h)

0891059E·073167



**FIG. 7**



**FIG. 8**

AS ORIGINALLY FILED



FIG. 9



FIG. 10



FIG. II



FIG. 12

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG. 13

PRINT OF DRAWINGS
AS ORIGINALLY FILED





FIG. 14



08910593.073197



FIG. 15





FIG. 16