# EXHIBIT F

2 of 71

# Controlled Drug Delivery
## Fundamentals and Applications

SECOND EDITION,
REVISED AND EXPANDED

*Edited by*

**Joseph R. Robinson**

SCHOOL OF PHARMACY
UNIVERSITY OF WISCONSIN
MADISON, WISCONSIN

**Vincent H. L. Lee**

SCHOOL OF PHARMACY
UNIVERSITY OF SOUTHERN CALIFORNIA
LOS ANGELES, CALIFORNIA

MARCEL DEKKER, INC.

New York and Basel

... ......... AND RELATED PROPERTIES, Kenneth L. James

29. CONTROLLED DRUG DELIVERY: FUNDAMENTALS AND
APPLICATIONS, Second Edition, Revised and Expanded,
Joseph R. Robinson and Vincent H. L. Lee

Other Volumes in Preparation

## Preface to the First Edition

Great strides have been made in the management of diseases through the intervention of drugs over the past 50 years, as judged by the introduction and success of immunizing agents, antibiotics, steroids, tranquilizers, and many other drugs. These accomplishments in drug development have not been matched by a similar growth in the area of drug delivery. Clearly, unless a drug can be delivered to its target area at a rate and concentration that both minimize side effects and maximize therapeutic effects, the drug will not be maximally beneficial to the patient and, in the extreme, an otherwise useful drug may be discarded.

For accessible target tissues it is possible to directly titrate the patient on the basis of biological response, and temporal administration of drug in these situations is straightforward. However, the reality of the situation is that the desired target tissue, when identified, is usually well removed from the site of administration so that drug placement becomes difficult, especially when control over the time course of therapy is desired. Adding to the complexity of drug localization at the target tissue is the problem of drug behavior in the dosage form and body proper, as well as reliance on the patient to administer drug in the correct amount at the right time.

Over the years there has been available a variety of drug modifications and dosage forms with which we have attempted to control

vii

In memory of our fathers,
and to our mothers

...lled drug delivery.

...rugs and the pharmaceutical sciences ; v. 29)
...v. ed. of: Sustained and controlled release
...elivery systems / edited by Joseph R. Robinson.
...cludes bibliographies and indexes.
Drugs--Controlled release. 2. Drugs--Dosage
I. Robinson, Joseph R. II. Lee, Vincent H. L.
...stained and controlled release drug delivery sys-
IV. Series. [DNLM: 1. Delayed--Action Prepar-
2. Dosage Forms. W1 DR893B v.29 / QV 785

C64C65 1987     615'.191     86-29108

0-8247-7588-0 ...

ght © 1987 by MARCEL DEKKER, INC.   All Rights Reserved

...r this book nor any part may be reproduced or transmitted in
...rm or by any means, electronic or mechanical, including photo-
...g, microfilming, and recording, or by any information storage
...trieval system, without permission in writing from the publisher.

...L DEKKER, INC.
...dison Avenue, New York, New York   10016

...t printing (last digit):
8  7  6  5  4  3  2  1

...ED IN THE UNITED STATES OF AMERICA

# 9

# Design and Fabrication of Oral Controlled Release Drug Delivery Systems

HO-WAH HUI* and JOSEPH R. ROBINSON / University of Wisconsin, Madison, Wisconsin

VINCENT H. L. LEE / University of Southern California, Los Angeles, California

|       |                                                |     |
|-------|------------------------------------------------|-----|
| I.    | Introduction                                   | 373 |
| II.   | Design and Fabrication of Oral Systems         | 375 |
|       | A.  Dissolution Controlled Release             | 376 |
|       | B.  Diffusion Controlled Release               | 391 |
|       | C.  Diffusion and Dissolution Controlled Release | 405 |
|       | D.  Ion-Exchange Resins                        | 412 |
|       | E.  pH-Independent Formulations                | 413 |
|       | F.  Osmotically Controlled Release             | 414 |
|       | G.  Altered Density Formulations               | 418 |
| III.  | Summary                                        | 420 |
|       | References                                     | 421 |

## I. INTRODUCTION

Oral ingestion has long been the most convenient and commonly employed route of drug delivery. Indeed, for sustained-release systems, the oral route of administration has by far received the most attention with respect to research on physiological and drug constraints

*Current affiliation:  Abbott Laboratories, North Chicago, Illinois

Case 1:02-cv-02103-... Document 07-6 Filed 11/30/2006 Page 5 of 71

as well as design and testing of products. This is because there is more flexibility in dosage form design for the oral route than there is for the parenteral route.

As is the case for systems for nonoral routes, the design of oral sustained release delivery systems is subject to several interrelated variables of considerable importance. Among these are the type of delivery system, the disease being treated, the patient, the length of therapy, and the properties of the drug.

This chapter will review oral controlled release systems, with particular emphasis on the practical aspects of design and fabrication. The majority of these systems are either tablets or capsules although a few liquid products are also available. The paucity of liquid sustained release products is related to the nature of the sustained release mechanisms employed. These usually rely on diffusion or dissolution so that when in contact with water the drug will leach out by the controlling mechanism. While attempts have been made to minimize the water content of liquid products by using combinations of honey, glycerin, and viscosity-inducing agents, thereby retarding drug release while in storage, the drug still leaches out in time and thus presents a potentially toxic dose in a product.

Sustained release tablet and capsule dosage forms usually consist of two parts: an immediately available dose to establish the blood level quickly and a sustaining part that contains several times the therapeutic dose for protracted drug levels. Several approaches are available to add the immediately available portion to the sustaining part. Simple addition of a nonsustained dose of drug to a capsule or tablet is the most direct method; placement of the initial dose in the tablet coat with the sustaining portion in the core represents an alternate approach. The heart of the system, nevertheless, resides with the sustaining portion of the dosage form [1]. Potential physical methods that can be used to retard drug release are summarized below and all but the last two will be discussed in this chapter.

1. Capsules of polymeric material filled with a solid or liquid drug or with a suspension of drug in a fluid, in which drug release is controlled by diffusion through the capsule wall

2. A heterogeneous dispersion of drug particles in a solid matrix which can be either biodegradable or nonbiodegradable and which controls drug release by diffusion through the matrix, by erosion of the matrix, or by a combination of both diffusion and erosion

3. A laminate of agent and polymeric material made by coating a film of biodegradable or nonbiodegradable material with solid drug and then by forming the film into a sealed "sandwich" or "jellyroll", in which drug release is by diffusion, erosion, or both

4. A heterogeneous dispersion or solution of drug in a water-swellable hydrogel matrix, which controls drug release by slow surface-to-center swelling of the matrix by water and subsequent diffusion of the drug from the water-swollen part of the matrix

5. Liquid-liquid encapsulation of the drug in a viscous solution of polymer, which controls drug release by slow diffusion through dilution of the media

6. Pumps that either mechanically or chemically (osmotic pressure) provide drug in a controlled manner.

7. Drug coated micropellets which have an apparent density lower than that of gastric juice. Thus, the final product floats on gastric juice for an extended period, while slowly releasing drug

8. Drug-containing bioadhesive polymer that adheres to the mucin coating of the GI tract and which is retained on the surface epithelium to extend GI transit time of the drug. Drug is released at a constant rate from the bioadhesive polymer for subsequent absorption

9. Chemical bonding of a drug to a polymer backbone by pendant amide or ester linkages, which controls drug release by hydrolysis

10. Formation of macromolecular structures of the drug via ionic or covalent linkages, which controls drug release by hydrolysis, thermodynamic dissociation, or microbial degradation

II. DESIGN AND FABRICATION OF ORAL SYSTEMS

The majority of oral controlled release systems rely on dissolution, diffusion, or a combination of both mechanisms, to generate slow release of drug to the gastrointestinal milieu. Starting with limited data on a drug candidate for sustained release, such as dose, rate constants for absorption and elimination, some elements of metabolism and some physical-chemical properties of the drug, one can estimate a desired release rate for the dosage form, the quantity of drug needed, and a preliminary strategy for the dosage form to be utilized.

Some consideration of the in vitro systems that can be used to assess drug release kinetics is necessary. Several systems have been designed and used [2-6]. In the absence of in vitro/in vivo correlations for any one system it does not seem to matter which system is employed. Consequently, the rotating flask [7] and the USP basket arrangement [8,9] would be equally useful in this regard. The formulator will merely design a dosage form based on in vitro studies, test it in a human or animal model, and then

modify the system according to these results. This iteration to the final dosage form is inefficient but in the absence of a predictable in vitro system is the only approach possible.

## A. Dissolution Controlled Release

Sustained release oral products employing dissolution as the rate-limiting step are in principle the simplest to prepare. A drug with a slow dissolution rate is inherently sustained. Some examples of these drugs include digoxin, griseofulvin, and salicylamide. Others, such as aluminum aspirin, ferrous sulfate, and benzphetamine pamo-ate, produce such forms when in contact with the absorption pool contents [10]. Steroids have been reported to undergo transforma-tion into less soluble polymorphs during dissolution in the absorption pool [11].

For those drugs with high water-solubility and therefore high dissolution rate, one can decrease solubility through appropriate salt or derivative formation. Unfortunately, forms such as these do not meet the criterion of constant availability rate because their surface area decreases with time. Nevertheless, sustained drug release can be achieved by coating drug particles or granules with materials of varying thickness or by dispersing them in a polymeric matrix.

The basic principle of dissolution control is as follows [12]. If the dissolution process is diffusion layer controlled, where the rate of diffusion from the solid surface through an unstirred liquid film to the bulk solution is rate limiting, the flux J is given by:

$$J = -D(dc/dx) \tag{1}$$

where D is the diffusion coefficient and $dc/dx$ is the concentration gradient from the solid surface to the bulk solution. The flux can also be defined us the flow rate of material $(dm/dt)$ through a unit area (A), thus one has the equation:

$$J = (1/A)dm/dt \tag{2}$$

If the concentration gradient is linear and the thickness of the dif-fusion layer is h,

$$dc/dx = (Cb - Cs)/h \tag{3}$$

where Cs is the concentration at the solid surface and Cb is the con-centration in the bulk solution. By combining the above equations, the flow rate of material is given by

---

$$dm/dt = -(DA/h)(Cb - Cs) = kA(Cs - Cb) \tag{4}$$

where k is the intrinsic dissolution rate constant.

The above equation predicts constant dissolution rate if the sur-face area, diffusion coefficient, diffusion layer thickness, and con-centration difference are kept constant. However, as dissolution proceeds, all of the parameters, the surface area especially, may change.

A useful expression to describe the dissolution of dosage forms of various geometry is available [11]. Thus,

$$Mt/M_\infty = 1 - [1 - K_o t/c_o a]^n \tag{5}$$

where Mt is the amount of drug released in time t, $M_\infty$ is the amount of drug released at infinite time, a is the half-thickness of a slab or the radius of a sphere or of a cylinder, and n is equal to 3 for a sphere, 2 for a cylinder, and 1 for a slab.

The common forms of dissolution control formulations are shown in Figure 1. Most of the products fall into two categories: (a) en-capsulation dissolution control and (b) matrix dissolution control. There is considerable overlap between the two areas and the sub-division is made primarily for organizational purposes.

### 1. Encapsulation Dissolution Control

These methods generally involve coating individual particles or gran-ules of drug with a slowly dissolving material. The coated particles can be compressed directly into tablets as in Spacetabs or placed in capsules as in the Spansule products. Since the time required for dissolution of the coat is a function of its thickness and aqueous solubility, one can obtain repeat or sustained action by employing a narrow or a wide spectrum of coated particles of varying thicknesses, respectively. Ever since the Spansule sustained release dosage form was introduced in the early 1950s, there have been numerous studies on the in vivo performance [13-35] as well as clinical effectiveness of these types of products [36-46].

### Seed or Granule Coated Products

A wide range of drugs have been formulated as sustained release coated granules and compressed into tablets. These include anti-spasmodic-sedative combinations [61], phenothiazines [62-65], anti-cholinesterase agents [66], and aspirin [67,68].

There are several ways to prepare drug-coated beads or granules. A common procedure is to coat nonpareil seeds with the drug followed



Fig. 1   Schematic representation of dissolution controlled drug release. (a) Dissolution control of drug release via thickness and dissolution rate of the membrane barrier coat. (b) Dissolution control of drug release via polymer-core erosion.

a coat of slowly dissolving material such as carbohydrate sugars and cellulose, polyethylene glycol, polymeric materials, and wax. Chert [47] and Johnson [48] have compiled a rather complete listing of patents issued between 1960 and 1974 based on these digestible uses. Table 1 is a brief listing of some coating materials and their properties.

It is common practice to employ one-quarter to one-third of the beads in nonsustained form to provide for immediate drug release, with the remaining three-quarters or two-thirds of the seeds being divided into groups of varying coating thickness to provide for sustained effect over the desired time period.

An illustration of this approach is given in the series of papers by Rosen et al. [26,27], in which they described the release of phenobarbital and dextroamphetamine sulfate from both nonsustained and sustained release dosage forms of drug released in each time period is progressively less as the percentage of wax in the coating increases, indicating that drug release rate can be varied quite readily by changing the makeup of the coating material for the drug granules [22,28]. The dashed line in this figure indicates the release pattern when certain granule sizes are combined.

Table 1   Coating Materials and Their Properties

| Type of coating | Most suitable dosage form(s) | Examples | Probable release mechanisms | Properties |
|---|---|---|---|---|
| Barrier coating (including micro-encapsulation) [49–55] | 1. Film-coated tablets<br>2. Film-coated pellets of granules placed in gelatin capsules<br>3. Compressed tablets containing mixtures of barrier coated particles with filler particles<br>4. Compressed tablets containing only barrier coated particles forming a matrix | Various shellacs [49]<br>Beeswax [49]<br>Glyceryl monostearte [49]<br>Ethylcellulose [49]<br>Nylon [49]<br>Acrylic resins [49]<br>Cellulose acetate butyrate [50]<br>dl-Polylactic acid [50]<br>1,6-Hexanediamine [50]<br>Diethylenetriamine [50]<br>Polyvinyl chloride [50]<br>Sodium carboxymethyl-cellulose [51] | 1. Diffusion and dialysis<br>2. Some disintegration possible<br>3. Also have had pH-dependent dissolution and some enzymatic breakdown incorporated into some films, but these are poor "barriers" | 1. Slow or incomplete release<br>2. Coating is subject to fract during compression<br>3. Release depends on drug solubility and pore structure membrane<br>4. Constant release resulted when GI fluid passes through barrier to dissolve drug |

| Type of coating | Most suitable dosage form(s) | Examples | Probable release Mechanisms | Properties |
|---|---|---|---|---|
| Embedment into a fatty coating (similar to embedding in a matrix of fatty materials) | 1. Compressed granules into a tablet<br>2. Compressed granules placed in a gelatin capsule<br>3. Multi layered tablets<br>4. Compression coated tablets | Glycerol palmito-stearate [49]<br>Beeswax [49]<br>Glycowax [49]<br>Castor wax [49]<br>Carnauba wax [49]<br>Glyceryl monostearate [49]<br>Stearyl alcohol [49] | 1. Gradual erosion of the coat, aided by pH and enzymatic hydrolysis of the fatty acid esters<br>2. Coating may contain portion of the dose for quick release upon hydrolysis with subsequent slow release from erosion of a core | 1. Slow or incomplete release<br>2. Difficult to control release pattern due to variations in pH and enzyme content of the GI tract |
| Repeat action coatings | 1. Sugar coating of an enteric coated core tablet<br>2. Compression coating of an enteric coated core tablet | Cellulose acetate phthalate [49] (Many of the examples listed for "Barrier Coating" apply here also) | 1. pH dependent dissolution and enzymatic break-down<br>2. Outer coating releases first dose rapidly in stomach fluids, inner enteric-coated core releases a second dose at some later time in intestinal fluids | 1. Variations due to changing stomach emptying times<br>2. Not a "true" sustained form |
| Coated plastic matrix | 1. Multilayer tablets<br>2. Compression coated tablets | Polyethylene [49]<br>Polyvinyl acetate [49]<br>Polymethacrylate [49]<br>Polyvinyl chloride [49]<br>Ethylcellulose [49]<br>Silicone devices [50]<br>Methylmethacrylate [50]<br>2-Hydroxyethyl methacrylate [50]<br>1,3-Butylene glycol dimethacrylate [50]<br>Ethylene glycol dimethacrylate [50]<br>Vinyl pyrrolidone [50] | 1. Outer coating containing active drug dissolves rapidly to provide drug for immediate absorption<br>2. Above process is followed by leaching of drug from inert matrix via penetration of GI fluids into pores of the matrix | 1. Slow or incomplete release<br>2. Only water soluble or fairly water soluble drugs can be used<br>3. Plastic matrix skeleton is excreted in its original shape<br>4. Drug liberation depends only on solubility in GI completely independent of pH, enzyme activity, concentration or GI motility |

Table 1   (Continued)

| Type of coating | Most suitable dosage form(s) | Examples | Probable release mechanisms | Properties |
|---|---|---|---|---|
| Coated hydro-philic matrix | 1. Multilayer tablets<br>2. Compression coated tablets | Carboxymethyl cellulose [49]<br><br>Hydroxypropylmethyl-cellulose [49]<br><br>Methacrylate hydrogels [56]<br><br>Polyethylene glycols [49]<br><br>Sodium carboxymethyl cellulose [49] | 1. Outer coating containing active drug dissolves rapidly along with rapid dissolution from the surface of the matrix to provide drug for immediate absorption<br><br>2. Above process continues until a viscous gelatinous barrier is formed around the matrix surface | 1. Drug liberation rate is dependent on type and amount of gum used<br><br>2. High water solubility of the drug is absolutely necessary |
| | | | 3. Once the gelatinous barrier has formed, diffusion and dissolution, via erosion, occur at slow controlled rate | 3. Release is controlled by drug diffusivity more than by gum dissolution or water penetrability as long as hydrated gelatinous layer remains intact |

*Source:*  J. M. Conrad and J. R. Robinson, Sustained drug release from tablets and particles through coating.  In, *Coating* (L. Lachman and H. Lieberman, Eds.), Marcel Dekker, New York, 1982, Chap. 4, with permission.

Table 2   Classification of Microencapsulation Processes

| Process | Types of material for coating |
|---|---|
| 1. Coacervation/phase separation technique | Water-soluble polymer |
| 2. Interfacial polymerization | Water-insoluble and water soluble monomers |
| 3. Electrostatic method | Oppositely charged aerosols |
| 4. Precipitation | Water or solvent-soluble polymers |
| 5. Hot melt | Low molecular weight lipids |
| 6. Salting out | Water-soluble polymers |
| 7. Solvent evaporation | Solvent-soluble polymers |

or for providing drug through a diffusion process, but to organize this material concisely we elect to discuss the process here. Microencapsulation can be used to encase liquids, solids or gases [69-75], using any of the processes listed in Table 2.

Coacervation heads the list because this appears to be the earliest process used to make an encapsulated product. This process utilizes the interaction of two oppositely charged polyelectrolytes in water to form a polymer-rich coating solution called a coacervate [76]. This coacervate encapsulates the liquid or solid to form an embryo capsule. When the system is cooled, the coating solution gels due to network formation of the gelatin. The gelled coacervate is then crosslinked to form the capsule wall. Both water soluble and insoluble drugs can be microencapsulated using a gelatin-gum arabic coacervate system provided that, prior to microencapsulation, the drug is protected from the aqueous environment by coating with carnauba wax or polymers such as ethylcellulose and cellulose acetate phthalate [77]. A pictorial representation of this microencapsulation method is shown in Figure 3.

Interfacial polymerization technique involves dispersing the organic phase containing drug particles into the aqueous phase containing monomers, whereby the monomers react at a liquid/liquid interface to form a capsule wall [78,79]. A cross-linking agent may be added to the continuous phase to effect polymerization at the interface. Drugs best encapsulated with this method are low-melting solids or poorly soluble organic liquids.



Fig. 2   In vitro release patterns of [14c]dextroamphetamine sulfate pellets pan-coated with various amounts of a fat-wax coating. A, 2% coating; B, 15% coating; C, 13% coating; D, 11% coating; E, 9% coating; F, 7% coating; G, selected blend of uncoated and coated pellets. (Reproduced with permission from Ref. 57.)

Coated granules or seeds can be placed in a capsule for administration to patients. Feinblatt and Ferguson [58,59] photographed the disintegration and dispersal of coated granules in vivo. They demonstrated that after 10-12 hr the coated granules were well dispersed in the GI tract and the active ingredient dissolved.

With tablet dosage forms, there are the added concerns of the influence of excipients and compression on the release rate. However, the role of excipients in the dissolution pattern of compressed coated granules has not been fully elucidated. In contrast, the problem of granular fracture or fusion has been studied by Green [60]. This investigator found that, in microencapsulated sustained release aspirin, a small amount of the microcapsules was fractured thereby producing greater amounts of immediately available aspirin than anticipated. However, the amount of drug from fracture is usually so small that it can be incorporated into the immediately available dose.

## Microencapsulation

We have placed microencapsulation in this section because from most of the microencapsulation reports it appears that a portion of drug becomes embedded in the coating material and thus drug is provided in a sustained fashion as the coat dissolves. It is clear that other forms of microencapsulation can be used for pulsed dosing



6 / Hui et al.

Oral Controlled Release Drug Delivery System / 387

The last process in Table 2 is solvent evaporation. In this approach, the drug and capsule wall material are dissolved in a water-immiscible volatile organic solvent and then dispersed into an aqueous solution to form an emulsion. Next the solvent is evaporated, thus forming solid microcapsules.

The thickness of a microcapsule coat can be adjusted from less than 1 μm to 200 μm by changing the amount of coating material from 3 to 30% of the total weight. Wall thicknesses can be calculated theoretically from known capsule size [81]. Figure 4 represents theoretical thickness versus capsule size at various core material contents.

The coating material can be selected form a wide variety of natural and synthetic polymers, depending on the material to be coated and the release characteristics desired. For example, Sears [82] applied synthetic phospholipids, which are resistant to phosphorylase C hydrolysis, as a coating material to achieve sustained release of insulin from microcapsules.

Microorganism cells were also used as microcapsules. Yeast, molds or other fungi which synthesize fat within themselves can



Fig. 4   Coating thickness versus particle size at various core material contents. A, 80% coating; B, 30% coating; C, 15% coating; and D, 3% coating. (Reproduced with permission from Ref. 81.)



Establishing three-phase system



Deposition of coating material



Solidification of coating material

Fig. 3   Schematic representation of microencapsulation process. o, ●; coating material; --, liquid material.

The electrostatic method is useful when the coating material and [drug] to be encapsulated are both aerosols and oppositely charged [ ]. The drug and coating material are atomized resulting in the [for]mation of microcapsules, which are then cooled and collected by appropriate aerosol collection system.

The precipitation process covers many techniques. Examples [inc]lude the precipitation of ethylcellulose from cyclohexane by cooling, [gel]ation of sodium alginate with aqueous calcium salt solutions, and [th]e desolvation of water-soluble polymers with water-miscible solvents. [Th]e objective of this method is to precipitate or congeal a preformed [pol]ymer around the drug being encapsulated.

Hot melt techniques involve mechanical drop formation at an ele-[vat]ed temperature followed by a cooling step. The hot melt coatings [are] composed of relatively low molecular weight lipids. These coatings [ha]ve low melt viscosities at reasonable operating temperatures and [can] be readily sprayed. Drugs to be encapsulated by this method [mu]st be thermally stable.

The salting-out method involves the addition of salt to an aqueous [pol]ymer solution thereby separating the polymer from solution. One [con]cern with this approach is the possibility of incorporating a rela-[tiv]ely high concentration of salt into the capsule wall.

Case 1:05-cv-00642-JJF     Document 97-6     Filed 11/30/2006     Page 12 of 71

absorb fat-soluble drugs and prolong the potency of the drugs. This technology has been applied to sustain the release of aspirin [83].

Microencapsulation has the additional advantage that sustained drug release can be achieved with taste abatement and better GI tolerability. Good examples are microencapsulated aspirin [84] and potassium chloride [85]. In both cases drug effects from the microencapsulated dosage forms were more prolonged with less gastric irritation than the same amount taken as ordinary tablets.

### Matrix Dissolution Control

[It] was noted earlier that reduced drug solubility plus larger particle size can be used to modify availability rates. However, these approaches, alone or in combination, are limited in their usefulness. There is an upper restriction on the size of particles one can employ or the oral route while the low solubility approach will produce a changing dissolution rate as the area for dissolution decreases.

An alternate approach is to compress the drug with a slowly dissolving carrier of some sort into a tablet form. Here, the rate of drug availability is controlled by the rate of penetration of the dissolution fluid into the matrix. This, in turn, can be controlled by porosity of the tablet matrix, the presence of hydrophobic additives, and the wettability of the tablet and particle surface.

The porosity of the tablet, i.e., surface area available, can be altered in a compressed tablet by compression force, adhesion between adjacent particles as well as size and shape of the particles [102]. In addition, hydrophobic fillers can be added to decrease the effective porosity by limiting the number of pores that can be penetrated by the eluting fluid.

Numerous illustrations exist in the literature for this approach. Becker and his associates throughly investigated the formulation and release characteristics of sulfaethylthiadiazole impregnated in wax [86-91]. Two general methods of preparing wax-drug particles exist: aqueous dispersion and congealing. The aqueous dispersion method simply involves spraying or placing the wax-drug mixture in water and collecting the resulting particles. In the congealing method, drug is mixed with the wax material and either spray congealed or congealed and screened. Kawashima et al. [92] used a modified spherical agglomeration technique as an alternative to the spray-congealing method. In this technique, drug particles are dispersed in distilled water and the system is heated gradually to 90°C while stirring. The wax for a particular formulation is added to the system and agitation is continued for 10 min at this temperature. The molten wax collects about the dispersed drug and yields spherical agglomerates. The system is cooled to room temperature under stirring to allow the agglomerates to harden. The resultant agglomerates

are then filtered and dried for 24 hr at 40°C. The average size of the agglomerates decreases as the agitation speed increases.

Not surprisingly the method of preparation influences the release characteristics obtained. In particular, the aqueous dispersion method provides higher release rates of all waxes, perhaps due to increased area and physical entrapment of water. Becker and coworkers [86-91] also found that the size of the microcapsule, physical properties of the various wax coating materials, and addition of surfactant all had a profound effect on release rates. Compression of the spray-congealed particles gave a release pattern that appeared to be due to erosion, solubilization, and leaching of drug from the tablet. No one model is adequate to describe the release characteristics, however.

A slow release procainamide tablet, releasing drug through matrix dissolution, has been compared to intravenous dosing by Graffner et al.[95]. The rates of absorption from the tablet were well correlated to the in vitro dissolution properties. As can be seen from Figure 5, administration of slow release tablets every 8 hr provides about the same mean plasma level at steady state as ordinary tablets given every 4 hours, and the availability was the same from both preparations.



Fig. 5  Plasma concentrations of procainamide after repeated doses of slow release tablets every 8 hr (O) and conventional tablets every 4 hr (•) (mean and SEM). (Reproduced with permission from Ref. 95.)

DeRitter [96] evaluated Roche's Roniacol Timespan matrix tablets. The immediate release portion of the dose is provided by a drug-containing coating while the sustaining portion is provided by erosion of the matrix in the GI tract. The results indicate good correlation of in vitro and in vivo release rates and the drug is as available in this form as in conventional tablets.

A major disadvantage of matrix devices is that drug release rate continuously decreases with time. This is a consequence of increased diffusional distance and decreased surface area at the penetrating solvent front. Consequently, to achieve zero order release from matrix devices, it will be necessary to select a geometry that compensates the increase in diffusional distance with a corresponding increase in surface area for dissolution. In a pioneering study, Lipple and Johnson [97] investigated various geometries of the dissolving solid including triangular, cross, and star shaped to seek a suitable shape whose change in effective surface area was minimized. They found that thin wafers and thin-walled cylinders provided a more constant dissolution rate. However, the high surface-to-volume ratio was judged to yield unacceptably large dissolution rates.

In a subsequent study, Brook and Washkuhn [98] developed a cylindrical device which had a single aperture leading to a matrix that was pie-wedged. Through this aperture the dissolution medium diffused towards the matrix and released the drug. Shortly thereafter, Hsieh et al. [99] reported a more elegant version of this device which utilized an inward releasing hemisphere. This hemisphere was coated with an impermeable barrier everywhere except in a small aperture in the center of the circular face. Such a device has been applied to the polypeptide hormone insulin and, when implanted in diabetic rats, has been found to achieve sustained lowering of blood glucose over 100 days [100].

Recently, Lee reported a novel approach to achieve zero order drug release that was based on nonuniform drug distribution in a matrix instead of constant drug activity in a reservoir [101]. Here, nonuniform drug distribution was achieved by controlled extraction of drug from an initially dry, drug-loaded hydrogel with a solvent, followed by rapid removal of the solvent by lyophilization. The hydrogel used, 2-hydroxyethyl methacrylate, possessed the characteristic of being glassy in the dry state with the capability of being transformed to an elastic gel upon imbibing water.

Although zero-order release is a desirable feature of most systems, there are systems that would benefit more from release that is controlled by the composition of the releasing medium, such as pH. Heller and Trescony [93] synthesized methyl vinyl ether/maleic anhydride copolymer whose erosion rate, hence drug release rate, is extraordinarily sensitive to the pH of the aqueous environment.

These polymer systems show a characteristic pH above which they are completely soluble and below which they are completely insoluble. The pH depends on the size of the alkyl group in the copolymer ester. Thus, polymer dissolution and drug release can be strictly controlled to fit any desired pH environment.

A similar study by Alhaique et al. [94] demonstrated that a derivative of the polysaccharide scleroglucan, obtained by oxidizing 75% of its glucopyranose side chains to free carboxylic acid, underwent reversible sol-gel transformation depending on the pH of the medium. A 2% solution of this derivative behaved as a viscous liquid at pH above 6 but as a compact gel at pH below 3.5. This sol-gel transformation was found to affect the in vitro release characteristics of the model compounds, salicylic acid and Orange II. However, its applicability in vivo has yet to be investigated. In principle, these systems can be used in oral controlled delivery where absorption at the specific site in the intestine is desired.

B. Diffusion Controlled Release

The principles of diffusion controlled drug release have been extensively discussed in the literature. A particularly comprehensive article in this regard is the review by Flynn et al. [103], in which the various conditions for diffusion release of drug are presented, together with the appropriate equations for data treatment.

There are basically two types of diffusion controlled systems which have been developed over the past two decades: reservoir devices and matrix devices.

1. Reservoir Devices

In this system, a water-insoluble polymeric material encases a core of drug. Drug will partition into the membrane and exchange with the fluid surrounding the particle or tablet. Additional drug will enter the membrane, diffuse to the periphery, and exchange with the surrounding media. A schematic description of the process is shown in Figure 6.

The flux of drug, J (in amount/area-time), across a membrane in the direction of decreasing concentration is given by Fick's first law:

$$J = -D \, dC/dx \qquad (6)$$

where D is the diffusion coefficient in area/time and $dC/dx$ is the change of concentration C with distance x. Assuming steady state, Eq. (6) can be integrated to give

$$J = -D\Delta C/\ell \qquad (7)$$

392 / Hui et al.



Fig. 6  Diffusion control of drug release by a water-insoluble polymer.

In terms of the amount of drug released, the release rate dM/dt is given by

$$dM/dt = ADK \, \Delta C/\ell \qquad (8)$$

where A is the area, D is the diffusion coefficient, K is the partition coefficient of drug between the membrane and drug core, $\ell$ is the diffusional pathlength (thickness of coat in the ideal case), and $\Delta C$ is the concentration difference across the membrane.

An important parameter in Eq. (8) is the partition coefficient which is defined as the concentration of drug in the membrane over the concentration of drug in the core. If the partition coefficient is high, the core will be depleted of drug in a short time so that zero order release will be observed only over a short segment of the time course of drug release.

Indeed, to obtain a constant drug release rate from a reservoir device it is necessary to maintain constant area, diffusional pathlength, concentration, and diffusion coefficient. In other words, all of the terms on the right hand side of Eq. (8) must be held constant. It is common in many oral sustained release products that one or more of the above terms will change in the product, thus giving rise to non-zero-order release. Examples of this will be shown subsequently.

Methods that have been used to develop reservoir type devices are as follows. Both the press-coating [116-118] and air suspension techniques [119-122] have been used to apply insoluble polymeric materials to enclose drug containing cores in tablets, while the microencapsulation process is a commonly used procedure to coat drug particles to be incorporated into tablets or capsules [57,67,104-114]. In most cases, drug is incorporated in the coating film as well as in the core of the microcapsule so as to provide the initial and sustaining doses, respectively. Generally, slowly soluble films and coating are applied via pan coating techniques or by some form

Oral Controlled Release Drug Delivery System / 393

of polymerization resulting in coated pellets, granules or microcapsules that could then be compressed into tablets or placed in a capsule. Care must be taken during placement into tablet or capsule dosage forms to minimize fragmentation or fusion of the particles since both effects will alter release characteristics [115].

There have been several studies which evaluated polymers and/or copolymers for their potential use as coating materials for encapsulated diffusion controlled dosage forms [119-122]. For example, Borodkin and Tucker [123] examined the release of methapyrilene, pentobarbital, and salicylic acid from cast films of hydroxypropylcellulose by a diffusion-controlled process. By laminating a blank film to the releasing side of the film, good in vitro zero order release characteristics have been obtained. This is shown in Figure 7, in which the release profile of salicylic acid from hydroxypropylcellulose with and without a membrane layer is compared. In this system, the nondrug layer functioned as a rate-controlling membrane and the drug-containing film served as the reservoir.

Several of the parameters that are crucial in maintaining a constant rate of drug release are as follows.



Fig. 7  Drug release from films containing 20% salicylic acid in hydroxypropyl cellulose as the reservoir layer. ○, no membrane layer; ●, 0.164-mm hydroxypropyl cellulose-polyvinyl acetate (8:2) membrane; □, 0.204-mm hydroxypropyl cellulose-polyvinyl acetate (8:4) membrane; △, 0.164-mm hydroxypropyl cellulose-polyvinyl acetate (4:6) membrane. (Reproduced with permission from Ref. 121.)

394 / Hui et al.

**Table 3** Effect of Polyethylene Glycol-Ethylcellulose Ratio on the Drug Release Rate Constant (k') for 20% (w/w) Salicylic Acid and 30% (w/w) Caffeine Films

| Drug | Proportion of polyethylene glycol | Film thickness (mm) | k' (mg/36 cm²/min $^{0.5}$) |
|---|---|---|---|
| salicylic acid | 0 | 0.057 | 0.518 |
| | 10 | 0.057 | 0.793 |
| | 20 | 0.073 | 1.24 |
| | 30 | 0.087 | 1.80 |
| | 40 | 0.082 | 2.69 |
| caffeine | 0 | 0.085 | 0.301 |
| | 10 | 0.069 | 0.491 |
| | 20 | 0.108 | 0.851 |
| | 30 | 0.102 | 1.44 |
| | 40 | 0.130 | 2.51 |

Source: Ref. 119.

### Polymer Ratio in the Coating

Samuelov et al. examined the release of various drugs from polyhydralene glycol-ethylcellulose films [119]. Increasing the proportion polyethylene glycol in the film at constant drug concentration was found to markedly increase the release rate for all drugs studied (Table 3), in part because this polymer leached out of the system very rapidly, resulting in the formation of large pores. With an increase in porosity, the external solvent would diffuse into the film more readily thereby facilitating drug release. Thus, by selecting the proper mix of polymer and leachable material in the membrane, it is possible to achieve constant drug release [120].

### Film Thickness

The drug release rate from an insoluble membrane is expected to decrease as the membrane thickness decreases. Madan [124] shows that this is true for microcapsules of clofibrate, prepared by simple coacervation using gelatin-sodium sulfate. Figure 8 shows that increasing the wall thickness retarded drug release for longer than 12 hr.



Fig. 8  Wall thickness of microcapsules as a function of in vitro t$_{50\%}$ release time.  (Reproduced with permission from Ref. 124.)

### Hardness of Microcapsule

Luzzi et al. [125] investigated the effect of tablet hardness of tabletted nylon microcapsules on the release of sodium pentobarbital. The results are shown in Figure 9.  As expected, increasing the microcapsule hardness prolongs the time of drug release.  The mechanism of release in this system probably involves leaching of sodium pentobarbital through a network of nylon fibers constituting the microcapsule.

A combination of dissolution and diffusion may be involved in drug release from microencapsulated material.  However, if the material used for encapsulation is chosen properly, diffusion control will predominate.  Table 4 summarizes the work that has been done in developing and evaluating reservoir type devices.

### 2.  Matrix Devices

In this system, a solid drug is dispersed in an insoluble matrix (Fig. 10).  The rate of drug release is dependent on the rate of

96 / Hui et al.



Fig. 9  A comparison of the release relationship of microcapsular tablets of three different hardnesses in 0.1 M phosphate media. △, 8 hardness; ◇, 5 hardness; □, 2 hardness. (Reproduced with permission from Ref. 125.)

Fig. 10  Diffusion control of drug release by solid drug dispersed in an insoluble matrix.

drug diffusion but not on the rate of solid dissolution. The appropriate equation describing drug release from this system has been derived by T. Higuchi [131].

$$Q = [D_s/\tau (2A - \varepsilon C_s) C_s t]^{1/2} \qquad (9)$$

where $Q$ = weight in grams of drug released per unit surface area; $D_s$ = diffusion coefficient of drug in the release medium; $\varepsilon$ = porosity

Table 4   Preparation and Evaluation of Reservoir Type Devices

| Coating material and drug investigated | Method of preparation | Method of evaluation | Results and comments |
|---|---|---|---|
| Polyethylene glycol/ethyl-cellulose [119]<br><br>Drugs investigated<br><br>Salicylic acid<br>Caffeine<br>Tripelennamine | A chloroform solution containing drug and polymers was placed on Teflon coated plates. The solvent was allowed to evaporate and the film was removed from the plate and air-dried. | The films were adhered to glass plates with a silicone pressure sensitive adhesive and immersed in 500 ml of buffer solution pre-equilibriated at 37°C. The solution was mixed with a peristaltic pump. | The release profile showed a square root of time dependence. The release rates were independent of film thickness and proportional to drug concentrated in pure ethylcellulose films. The logarithm of the rate constant was proportional to the fraction of polyethylene glycol in the film. In mixed films, the release rate was altered by a change in the external fluid pH. |
| Hydroxypropyl cellulose/polyvinyl acetate [121]<br><br>Drugs investigated<br><br>Methapyrilene<br>Pentobarbital<br>Salicylic acid | The films were cast from a solution containing 10% solids (drugs plus polymer), using a methylene chloride-methanol mixture (9:1) as the solvent. Films were cast as various wet thicknesses using a knife on Teflon-coated plate glass. | Exposed surface of the film was placed at an angle into a 250-ml beaker in a 37°C water bath containing 200 ml of pH 7 buffer. A non-agitated system was selected to eliminate | Drug release followed a diffusion controlled model. The release rate was found to increase with increasing hydroxypropyl cellulose-polyvinyl acetate ratios. The release rates were |

| Coating material and drug investigated | Method of preparation | Method of evaluation | Results and comments |
|---|---|---|---|
| | | any effect of turbulence on the release rate. Periodic assays were performed. | also shown to be proportional to drug concentrations but independent of film thickness. |
| Hydroxypropyl cellulose/ polyvinyl acetate methylene chloride [123]<br><br>Drug investigated<br><br>  Methapyrilene<br>  Pentobarbital<br>  Salicylic acid | The films were cast as in the preceding system except films were laminated by cutting a section of the drug reservoir film and placing it on Teflon-coated plate glass. One side was sprayed with methylene chloride, then another section of membrane layer was pressed on tacky side of the drug film. The system was allowed to dry for 24 hr. | Exposed surface of the film was placed into a 250-ml beaker in a 37°C water bath containing 200 ml of pH 7 buffer. A nonagitated system was used to eliminate any effect of turbulence on the release rate. | Zero order drug release was observed in the laminated films using 18–45% pentobarbital, methapyrilene, or salicylic acid contained in hydroxypropyl cellulose as the reservoir layer and mixtures of hydroxypropylcellulose and polyvinylacetate as the membrane layer. Inverse relationships were observed between the release rate and membrane thickness as well as between the logarithm of the rate and the percentage of polyvinyl acetate in the membrane layer. |
| Gelatin-sodium sulfate [124]<br><br>Drug investigated<br><br>  Clofibrate | Microcapsules were prepared by simple coacervation in gelatin-sodium sulfate and then recovered as discrete free-flowing particles. | Modified flask method was used to evaluate the drug release. | Thinner waller microcapsules gave faster release and showed greater deviation from zero-order kinetics. However, release followed the square root of time plots In contrast, thicker walled microcapsules approximated zero order release but deviate from the square root of time plots. |
| Ethylcellulose [128]<br><br>Drug investigated<br><br>  Caffeine<br>  Salicylic acid | Ethylcellulose films were made using a Gardner Ultra Applicator. The wet films were then dried at 94°C for 8 min. | Membranes were adhered to the rim of a cylindrical sintered-glass funnel of constant surface area. The inverted funnel was immersed in water at 37°C. Water was circulated through a 1-cm flow cell in a spectrophotometer using a peristaltic pump. | The ethylcellulose films demonstrated timed release of drugs. Mathematical analysis indicated diffusion controlled. |
| Poly(hydroxy methacrylate)<br><br>Drug investigated<br><br>  Progesterone [129] | Polymer films were prepared by free radical polymerization using azobis(methyl isobutyrate) as the initiator. | The diffusion coefficients of progesterone in the polymer films were determined in a glass | Progesterone diffusivity, permeability, and partitioning in poly (hydroxy methacrylate) films did |

| Coating material and drug investigated | Method of preparation | Method of Evaluation | Results and comments |
|---|---|---|---|
| | | two compartments of equal volume [130]. | not change under the following conditions: (a) when the water content in the initial polymerization mixture was varied from 0 to 40% (v/v), (b) when the polymerization solvent was changed from water to ethanol or t-butyl alcohol, and (c) when the alcohol concentration was changed from 20 to 40%. |
| 2-Hydroxy methacrylate, diethylene glycol dimethacrylate, trimethylolpropane trimethacrylate, glycidyl methacrylate, and hydroxyethyl acrylate were the glass forming monomers. Methyl methacrylate was the nonglass forming monomer. Polymethyl methacrylate, polyethylene glycol 600, and polystyrene were the polymers used [131].<br><br>Drug investigated<br><br>   Potassium chloride | Drops of polymer, monomer, and drug mixtures were allowed to fall into a cold precipitation medium (−78°C). The solid globules were irradiated for specified time intervals with $^{60}$CO-rays. After irradiation, the polymerized spheres were removed and dried. The original n-hexane precipitation medium was then replaced by cooled 1,4-butanediol, and polymerization was continued at room temperature. | The dissolution test was carried out with the dissolution apparatus based on USP XIX. The basket was immersed in the vessel containing 1000 ml of dissolution medium at 37°C. | The drug release profiles from polymerized particles were changed by varying the glass-forming monomer and the precipitation medium. |
| Dimethylpolysiloxane [132]<br><br>Drug investigated<br><br>   Butamben | Dimethyl polysiloxane sheeting of medical grade, with a thickness of 0.127 mm was used. | A quasi steady-state diffusion cell was utilized which was shaken mechanically. | The effects of caffeine, β-cyclodextran and povidone on the permeation of butamben from saturated solutions of these complexing agents through a dimethylpolysiloxane membrane were investigated. It was concluded that for a fixed total amount of drug available for release sustained release is associated with systems containing more stable complexes. |
| Various polymers and waxes were investigated for microencapsulation of potassium chloride [77] | Polymer coating was done by spray-coating. Wax coating was done by dispersing drug into molten wax, then cooled. For | The in vitro dissolution was studied at pH 2 using 2 liters of dissolution medium at 37°C. The stirring speed was 100 rpm. | The gelatin-gum arabic coacervate system offers an effective controlled release system for potassium chloride. |

of the matrix; T = tortuosity of the matrix; $C_s$ = solubility of drug in the release medium; and A = concentration of drug in the tablet, expressed as g/ml.

The assumptions made in deriving Eq. (9) are as follows.

1. A pseudo-steady state is maintained during release.
2. $A \gg C_s$, i.e., excess solute is present.
3. C = 0 in solution at all times (perfect sink).
4. Drug particles are much smaller than those in the matrix.
5. The diffusion coefficient remains constant.
6. No interaction between the drug and the matrix occurs.

For purposes of data treatment, Eq. (9) is usually reduced to:

$$Q = kt^{1/2} \qquad (10)$$

Therefore, a plot of amount of drug released versus the square root of time should be linear if drug release from the matrix is diffusion controlled. In this instance, one may control drug release from a homogeneous matrix by varying the following parameters:

1. Initial concentration of drug in the matrix
2. Drug solubility
3. Porosity
4. Tortuosity
5. Leaching solvent composition
6. Polymer system making up matrix

Zero-order release is not commonly achieved in vivo using these systems. The most common explanation in this problem is changing diffusional pathlengths.

As in the reservoir device, it is often necessary that a portion of the drug be released quickly for immediate absorption. This is usually accomplished by placing the initial dose in the coat of the tablet. The coat and matrix can be tabletted together by press-coating. In noncoated systems, the initial dose is simply tabletted with the sustaining dose.

The three major types of matrix diffusion control devices are insoluble plastic, fatty, and hydrophilic matrices. Although there has been considerable basic research devoted to developing insoluble matrix devices and although experimentation under idealized conditions suggests that they will work, certain complications do arise when these devices are ingested orally. For example, Ritschel [134] has reported on problems that could arise from chewing an insoluble matrix. If the drug was contained within pores and channels of a polymeric matrix following compression, then upon mastication the

| Coating material and drug investigated | Drug investigated | Method of preparation | Method of evaluation | Results and comments |
| --- | --- | --- | --- | --- |
| Gelatin [127] | Clofibrate | Spherical droplets of clofibrate prepared by a capillary jet method were encapsulated in gelatin by simple coacervation. Sodium sulfate was used as the coacervating agent. The microcapsules were hardened by immersing in a 10% solution of formaldehyde in 2-propanol. | Drug release was evaluated by the modified flask method. A solution of 30% 2-propanol was used as the dissolution medium | Following an initial burst effect, release of drug followed apparent zero order kinetics until nearly 90% of the drug was released. |
| Potassium chloride | Drug investigated | the microencapsulation of coated crystals, equal volumes of acacia and gelatin were prepared. The drug was added to a warmed acacia solution followed by the addition of warmed gelatin solution. After satisfactory coating, formaldehyde was added, and the system was cooled. The microcapsules were then filtered and dried. | | |

rug would be released very quickly. This could be dangerous in the case of drugs with a narrow therapeutic index. Ritschel has described a sandwich tablet that would alleviate this problem somewhat because the drug is dissolved directly in the plastic matrix material and upon mastication will not be released as promptly. A pictorial presentation of Ritschel's tablet is shown in Figure 11.

Essentially fatty matrices consist of waxes and are generally prepared by dispersing the drug and excipients in molten wax. This mixture is then congealed, granulated and compressed into cores. These cores may then be coated as mentioned previously.

Hydrophilic gums were first used to provide sustained drug release in 1962 [135]. The method described involved mixing a drug with nondigestible hydrophilic gums such as hydroxypropylmethylcellulose or sodium carboxymethylcellulose followed by compressing the mixtures into tablets. When such a tablet is exposed to water or digestive fluids, rapid initial drug release occurs. At the same time,

hydration and gelation of gum at the tablet-liquid interface occurs resulting in a viscous gel barrier which serves to retard further drug release. Studies have shown that release of drugs from some hydrophilic matrices follow Higuchi's diffusion controlled model [136].

Table 5 summarizes the work that has been done in developing the matrix utilizing diffusion as the controlling mechanism.



Fig. 12 Diffusion control of drug release by a partially water-soluble polymer. Example: Polymer coating consisting of ethylcellulose and methylcellulose. The latter dissolves leaving the ethylcellulose coat behind.

### C. Diffusion and Dissolution Controlled Systems

An example of these systems is shown in Figure 12. The main feature is that the drug core is enclosed with a partially soluble membrane. Dissolution of part of the membrane allows for diffusion of the contained drug through pores in the polymer coat. The release profile of drug from this type of product can be described by the following equation:

$$\text{Release rate} = AD(C_1 - C_2)/\ell \qquad (11)$$

where $A$, $D$ and $\ell$ are the surface area, diffusion coefficient of drug through pore, and diffusion pathlength, respectively; $C_1$ is the concentration of drug in the core and $C_2$ is that in the dissolution medium. The fraction of soluble polymer in the coat will be the dominant factor controlling drug release. Such a system has been demonstrated to provide zero order release of KCl from a tablet and in so doing minimize the gastrointestinal irritating effects of this compound [120]. An interesting modification of the matrix tablet approach, using diffusion and dissolution, has been discussed by Javaid et al. [144,



Complete depot dosage form

Initial phase
Drug liberation <5 min
Depot phase
Propyphylline $k_r = 0.40\ \text{hr}^{-1}$
Nitroglycerin $k_r = 0.092\ \text{hr}^{-1}$

Structure of depot phase

Plastic particles
Nitroglycerin dissolved in plastic
Propyphylline

Drug release from depot phase

Nitroglycerin diffuses from plastic matrix
Propyphylline dissolves and diffuses through pores

Fig. 11 Diagrammatic structure of the peroral sandwich tablet with ...imed release and its release characteristics. (Reproduced with permission from Ref. 134.)

Table 5   Fabrication and Evaluation of Matrix Devices

| Matrix material and drug investigated | Fabrication procedure | Method of evaluation | Results and comments |
|---|---|---|---|
| **Matrix material**<br><br>Hydrated methylcellulose [136]<br><br>**Drug investigated**<br><br>Chlorpheniramine maleate | The tablets were prepared by mixing hydroxypropyl methylcellulose, ether and drug, followed by granulating with ethanol. The granulation was then dried, screened, and compressed. | The tablet was inserted into a cylindrical tube so that drug release could be measured from only one face of the tablet. The tablet in its holder was placed in a flow cell in which a constant flow of solvent was maintained past the the tablet with no turbulence. The total volume of circulating fluid was 155 ml and the temperature was 37°C. | Drug release appeared to follow Higuchi's model and therefore was diffusion rather than dissolution controlled. |
| **Matrix material**<br><br>Carnauba wax and stearyl alcohol [137]<br><br>**Drug investigated**<br><br>Tripelennamine hydrochloride | Various surface-active ingredients and the drug were mixed in a molten mixture of carnauba wax and stearyl alcohol. The mixture was then congealed, granulated, and compressed into cores. | The USP rotating basket method was used to measure dissolution rate in simulated intestinal fluid while particle-size distribution, tablet hardness, and tablet weight were controlled. | Water-soluble surface active agents increased dissolution rate, probably by creating more channels for contact with the dissolution fluid. |
| **Matrix material**<br><br>Carnauba wax and stearyl alcohol [137]<br><br>**Drug investigated**<br><br>Tripelennamine hydrochloride | Two fabrication methods were used. The first method was that described in the preceding system. In the second method, the materials were blended in a rotary mixer. The mixture was compressed into slugs and passed through air oscillating granulator. The tablets were then compressed. | The rate of drug release in simulated intestinal fluid at 37°C was measured with the USP rotating basket method. | The addition of povidone as a channeling agent increased the rate of drug release significantly. |
| **Matrix material**<br><br>Carbopol 934 [139]<br><br>**Drug investigated**<br><br>Mepyramine maleate | Aqueous solution of mepyramine was added to a constantly stirred equal volume of aqueous dispersion of Carbopol 934 using a mechanically stirrer. Stirring was continued for a few minutes to allow complete entrapment. The gummy product was separated and washed with water, then spread on a glass slab and dried. The dried mass was ground and a 200–500 μm fraction was used. | Each sample was placed in a capped bottle containing 50 ml of 0.1 N HCl. The bottle was rotated at 40 rpm in a thermostatically controlled water bath at 37°C. Every 30 min, half of the dissolution fluid was withdrawn for analysis, and replaced with an equal volume of dissolution fluid. | A linear relationship was obtained in the first 2.5 hr, after which time, there was a negative deviation. This linearity established that an intact hydrated layer was maintained over the first 2.5 hr of the test, therefore, diffusion was the most important factor contributing to drug release during this time interval. Negative deviation might be due to the maximum gelation occuring in the time interval between 2.5 and 3.5 hr. |

| Matrix material and drug investigated | Fabrication procedure | Method of evaluation | Results and comments |
|---|---|---|---|
| **Matrix material**<br><br>Silicone [138]<br><br>**Drug investigated**<br><br>Morphine sulfate | Simethicone fluid was added to polydimethylsiloxane elastomer followed by mixing with various powders to be added.  Cylindrical pellets were then prepared from the mixture.  To polymerize the mixture, stannous octanoate was added followed by placing the mixture rapidly in a plastic tablet mold. | Release rate of drug from the pellets was studied in screw-capped vials containg 15 ml of phosphate beffer.  These vials were maintained at 37°C and rotated end over end at 15 rpm. | The release rate of morphine sulfate from silicone polymer was very slow.  However, addition of water-soluble carriers to the formulation caused the pellets to swell in aqueous media and the release rate was increased. The release mechanism appears to involve the creation of pores or pathways through the matrix secondary to the swelling. |
| **Matrix material**<br><br>Glyceryl tristearate [87]<br><br>**Drug investigated**<br><br>Sulfaethylthiadiazole | The drug was dispersed in melted glyceryl tristearate. Distilled water containing a dispersant was heated and added to drug-wax dispersion with stirring. The drug-wax particles were separated from the aqueous phase and product was air-dried. | A rotating bottle dissolution apparatus was used.  Both simulated intestinal fluid and simulated gastric fluid were used as the media. | Over 50% of total drug was released in the simulated gastric fluid at equilibrium, and this amount was released quite rapidly during the first 15 minutes.  However, in the alkaline pancreatic solution, drug continued to be released |
|  |  |  | not only due to diffusion but also due to a gradual disintegration of the wax matrix.  Sodium monooleate, a dispersing agent, increased the release rate whereas polysorbate, a surfactant, decreased it. |
| **Matrix material**<br><br>Methyl acrylate-methyl methacrylate [140]<br><br>**Drug investigated**<br><br>Sodium pentobarbital<br>Methrapyrilene HCl<br>Ephedrine HCl<br>Dextromethorphan HBr | Uniform mixtures of drug and plastic were prepared, and tablets were compressed to various hardnesses. | Drug release was studied using a resin-kettle flask with four ground glass openings in the cover.  Tubes containing one tablet were inserted into three openings.  A stirrer was placed into the fourth opening.  The flask contained 600 ml of solvent maintained at 37°C. | Drug release followed square root of time dependence.  Table hardness appears to have little effect on the release rate. |
| **Matrix material**<br>Polyvinyl chloride<br>Polyethylene<br>Halogenated fluorocarbon<br><br>**Drug investigated**<br><br>Sodium salicylate | Tablets were prepared by compressing a uniform drug-plastic mixture.  The tablets were then embedded in wax by coating lateral surface and one of the flat sides with molten beeswax. Thus, only one flat surface | Tablet was immersed in 500 ml of solvent contained in a jacketed glass beaker maintained at 30°C. The solution was stirred continuously and samples were withdrawn at specified time intervals. | In all cases, the release profile followed Higuchi's model.  The release rates were significantly altered when: (a) the amount of drug in the matrix was varied, (b) drug solubility was changed, |

Table 5     (Continued)

| Matrix material and drug investigated | Fabrication procedure | Method of evaluation | Results and comments |
|---|---|---|---|
| | of the tablet was exposed for drug release. | | (c) different plastics were used as matrix material, and (d) different solvents were used. Drug release rate was increased when surfactants were added to the medium. |
| Matrix material<br><br>Polyethylene [142] | Tablets were prepared by compressing a uniform drug-plastic mixture.  The | Tablets were placed in a jacketed glass beaker containing 500 ml of sol- | Release rate follows Higuchi model for all drugs studied.  More- |
| Drug investigated<br><br>Sulfanilamide<br>Caffeine<br>Potassium acid phthalate | tablets were then embedded in wax by coating the lateral surface and one of the flat sides with molten beeswax.  Thus, only one flat surface of the tablet was exposed for drug release. | vent maintained at 30°C. The solution was stirred continuously.  Samples were obtained at specified time intervals. | over, for all drugs examined, addition of surfactants caused a general increase in release rate. |
| Matrix material<br><br>Polyvinyl chloride [143] | Tablets were prepared in the same fashion as in preceding system except that | Release rate was determined as in the preceding system. | The amount of drug released versus square root of time plot was S |
| Drug investigated<br><br>Sodium salicylate | polyvinyl chloride was used as the matrix material | | shaped.  Such a result may be ascribed to a slow release of air from the tablets |

Case 1:05-cv-00642-JJF   Document 97-6   Filed 11/30/2006   Page 24 of 71

145]. They employed a lipase-lipid-drug system to provide sustained release where matrix erosion was due to the lipolytic action of lipase on the substrate. Incorporation of lipase activity accelerators, such as calcium carbonate or glyceryl monostearate, provides flexibility in drug release rates. In vivo studies of this system in dogs [146] showed that tablets containing lipase consistently gave higher, more uniform blood levels of drug than those without.

## D. Ion-Exchange Resins

The principle of ion exchange has been used for a long time in analytical and protein chemistry. It is an attractive method for sustained drug delivery because, in theory, drug release characteristics rely only on the ionic environment of the resin containing drug and should therefore be less susceptible to environmental conditions, such us enzyme content and pH, at the site of absorption. Because this approach of sustained release requires the presence of ions in solution, it would not be applicable to the skin, the external ear canal, or other areas with limited quantities of eluting ions. In contrast, the subcutaneous and intramuscular routes, where the pool of available ions is more controlled, would appear better suited for this approach. However, the resin may undergo biodegradation with an attendant alteration in the "preprogrammed" release rate. While the GI tract appears to possess a rather constant ionic content, the variability in diet, water intake, and GI content composition make this constant ionic content unlikely. Nevertheless, oral product employing this principle which provide prolonged drug release are available.

Resins are water-insoluble materials containing anionic or cationic groups in repeating positions on the resin chain. The drug-charged resin is prepared by mixing the resin with drug solution either by repeated exposure of the resin to the drug in a chromatographic column or by keeping the resin in contact with the drug solution for extended periods of time. The drug-resin is then washed to remove contaminant ions and dried to form particles or beads.

When a high concentration of an appropriately charged ion is in contact with the ion-exchange group, the drug molecule is exchanged and diffuses out of the resin to the bulk solution according to the following scheme:

$$\text{Resin } [N(CH_3)]^+ X^- + Z^- ----> \text{Resin } [N(CH_3)]^+ Z + X^-$$

or

$$\text{Resin } (SO_3^-)A^+ + B^+ ----> \text{Resin } (SO_3^-)B^+ + A^+$$

where $X^-$ and $A^+$ are drug ions.

Before the eluted ion can diffuse out, the eluting ions must diffuse into the resin matrix and establish equilibrium with the ionic resin group. As with all diffusion processes, the area of diffusion and diffusional pathlength are important to the rate of diffusion. In addition, the amount of solvent in the matrix of the resin, as well as the structural rigidity of the resin, i.e., cross-linking, also influences the drug diffusion rate. For this reason, the porosity of the resin and the size of the bead or particle must be carefully controlled during the formulation process.

The release rate can be further controlled by coating the drug-resin complex using one of the microencapsulation processes described earlier [147,148] (Fig. 13). Coated and uncoated drug-resin complexes can be mixed in certain ratios and filed into capsules with excipients or suspended in a palatable flavored vehicle containing suitable suspending agents. This has been shown to be a reliable technique to obtain desired release profiles. The release of drug from uncoated resin beads is expected to begin immediately while release from the coated form would be delayed depending on the type and thickness of coat. Thus, drug-resin complex of phenyl-propanolamine administered once every 12 hr for 2 weeks provided the same plasma concentrations as a solution of the drug administered once every 5 hr [149].

Further improvement of this ion-exchange type drug delivery system is illustrated by the development of the Pennkinetic system (Fig. 14). In this system, the drug-containing resin granules are first treated with an impregnating polymer such as PEG 4000 to retard the rate of swelling in water and further coated with a water-permeable polymer such as ethyl cellulose to act as a rate-limiting barrier to control drug release.

## E. pH-Independent Formulations

As discussed in Chapter 1, the GI tract presents some unusual features that are not found in other routes of drug administration.



Polymer coating

Drug-containing resin granules

Fig. 13   Polymer-coated drug-resin design (U.S. patent #2,246,037).

Case 1:05-cv-00642-JJF    Document 97-6    Filed 11/30/2006    Page 25 of 71



— Ethyl cellulose coating
— Drug-containing resin granules
— Polyethylene glycol coating

Fig. 14   Polymer-coated drug-resin dispersion (U.S. patent #4,221,778).

The relatively brief transit time through the GI tract constrains the length of prolongation. The variable nature of the chemical environment throughout the length of the GI tract is a further constraint in dosage form design. Indeed, drugs administered orally would encounter a spectrum of pH ranging from 7 in the mouth, 1 to 4 in the stomach, and 5 to 7 in the small intestine. Conceivably, since most drugs are either weak acids or weak bases, their release from sustained release formulations is pH dependent.

The pH dependency of drug release from sustained release formulations has been demonstrated [119,160]. For instance, papaverine hydrochloride was preferentially released in the gastric region than in the intestine because its higher solubility in the upper part of the GI tract. However, buffers can be added to the formulation to help maintain a constant pH thereby rendering pH-independent drug release [115]. To this end, salts of amino acids, citric acid, phthalic acid, phosphoric acid or tartaric acid are commonly used because of their physiological acceptability. Indeed, the rate of availability of propoxyphene from a buffered controlled release formulation showed significantly increased reproducibility [152].

Further refinements of this approach are exemplified by the so-called pH-independent controlled release granules [153]. The granules are designed for the oral controlled release of basic or acidic drugs at a rate that is independent of the pH in the GI tract [153], they are prepared by mixing a basic or acidic drug with one or more buffering agents, granulating with appropriate pharmaceutical excipients, and finally, coating with a gastrointestinal fluid permeable film-forming polymer. When the GI fluid permeates through the membrane, the buffering agents adjust the fluid inside to a suitable constant pH, thereby rendering a constant rate of drug release.

#, Osmotically Controlled Release

In this type of drug delivery systems, osmotic pressure is the driving force that genereutes constant drug release. As shown in Figure 15,

this system is fabricated by applying a semipermeable membrane around a core of an osmotically active drug or a core of an osmotically inactive drug in combination with an osmotically active salt. A delivery orifice is drilled in each system by laser or by a high-speed mechanical drill [154–157]. The optimum size of the orifice can be calculated by the following equation.

$$A_s = (LV/t)(8\eta/\pi P)^{1/2} \qquad (12)$$

where $A_s$ is the cross sectional area of the orifice, $V/t$ is the volume released per unit time, L is the diameter of the orifice, $\pi$ is 3.14, $\eta$ is the viscosity of the solution moving from the inside to the outside of the device, and P is the hydrostatic pressure difference. When the osmotic device has more than one orifice, $A_s$ is the total cross sectional area of the orifices [154].

When an osmotic system is exposed to water or any body fluid, water will flow into the core due to an osmotic pressure difference across the coating membrane. Under this osmotic pressure gradient, the volume flow of water into the core reservoir, $dV/dt$, is expressed as:

$$dV/dt = (Ak/h)(\Delta\pi - \Delta P) \qquad (13)$$

where A, k and h are the area, membrane permeability, and thickness, respectively, $\Delta\pi$ is the osmotic pressure difference, and $\Delta P$ is the hydrostatic pressure difference. If the orifice is sufficiently large, the hydrostatic pressure difference will be small compared to the osmotic pressure difference, and Eq. 13 becomes:

$$dV/dt = (Ak/h)\Delta\pi \qquad (14)$$



— Osmotic delivery orifice
— Osmotic core reservoir containing drug

Semi-permeable membrane

Fig. 15   The elementary osmotic pump.

Table 6 Water-Vapor Transmission Rate Values of Some Polymer Membranes

| Polymer | Water vapor transmission rates (g/100 in²/24 hr/1 mm thick film) |
|---|---|
| Cellophane, polyethylene coated | 1.2 |
| Cellulose acetate | 40-7? |
| Cellulose acetate butyrate | 50 |
| Ethylcellulose | 75 |
| Ethylene propylene copolymer | 0.8 |
| Ethylene vinyl acetate | 1-3 |
| Methylcellulose | 70 |
| Polycarbonate | 8 |
| Polyesters | 2 |
| Polyethylene | 0.5-1.2 |
| Polypropylene | 0.7 |
| Polyurethane | 30-150 |
| Polyvinyl alcohol | 100 |
| Polyvinyl chloride, cast | 10-20 |
| Polyvinyl chloride, excluded | 6-15 |
| Polyvinyl chloride, rigid | 0.7 |
| Polyvinyl fluoride | 3 |
| Polyvinylidene fluoride | 1.0 |

Source: Ref. 158, reproduced with permission.

he drug will be pumped out of the system through the orifice at a ontrolled rate, dM/dt, which is equal to the volume flow rate of ater into the core multiplied by the drug concentration, Cs. Thus,

$$dM/dt = (dV/dt)Cs \qquad (15)$$

In principle, this delivery system dispenses drug continuously t a zero-order rate until the concentration of the osmotically active alt in the system is below saturation solubility, whereupon a non-ero-order release pattern results. In the case of indomethacin, all hree systems investigated were found to release 70% of their contents n a zero order fashion [156].

By design, the coating membrane is rigid and non-swelling so hat it is able to maintain the structural integrity of the system during the course of drug release. It is impermeable to drug solutes, but is permeable to gastrointestinal fluid. Examples of polymers used as semipermeable membranes are listed in Table 6. The permeability of the rate controlling membrane is a composite quantity being a func-ion of the diffusion coefficient and solubility of water in the poly-neric membrane, structure of the polymer, relative pressure dif-ference across the membrane, thickness of the membrane, as well as temperature. The flux of water through a semipermeable membrane can be determined and be expressed as water vapor transmission rate (WVTR) [158]. Representative WVTR values of several polymeric membranes are listed in Table 6,

To further regulate the availability of GI fluid for permeation through the semipermeable membrane, a layer of bioerodible polymer can be applied to the external surface of the semi-permeable mem-brane [159]. Several other modifications of the osmotic pressure-controlled drug delivery system have been developed [160]. One such system consists of two compartments separated by a movable partition (Fig. 16). The osmotically active compartment imbibes the GI fluid to create an osmotic pressure on the partition, which then moves to reduce the volume of the drug reservoir compartment there-by releasing drug through the delivery orifice.

Another modified system is one in which a delivery orifice is absent. In this system, as the GI fluid is imbibed, hydraulic pres-sure is built up inside until the wall ruptures and the contents are released to the environment [161]. This osmotic bursting device can be employed to control drug release by varying the thickness as well as the area of the semipermeable membrane [162].

In summary, osmotically controlled release systems require only osmotic pressure to be effective and is essentially independent of its environment. In light of the rather harsh and inconsistent condi-tions of pH and mixing in the digestive tract, this appears to be a good sustained release system for oral dosage forms [163-165].

418 / Hui et al.



— Drug delivery orifice
— Drug reservoir
— Movable portion
— Osmotically-active compartment
— Shape-retaining coating (semi-permeable)

Fig. 16 Osmotic pressure-controlled drug delivery system with two compartments separated by a movable partition.

## 2. Altered Density Formulations

The GI transit time varies from one individual to another. In most human subjects, it is less than 24 hr, although a range of 8 to 62 hr has been found [169]. Among the factors that influence the GI transit time are the physical properties of the delivery system and the presence of food. A recent publication reported that multiple-unit formulations are less affected by the presence of food than single-unit formulations since their subunits are distributed throughout the GI tract [171]. Moreover, the specific density of these subunits is found to be a more significant factor than their diameter in influencing their GI transit time. Specifically, increasing the density from 1.0 to 1.6 increases the average transit time from 7 to 25 hours [172]. However, subsequent work in non-colostomy patients established that the density of the delivery system in the range of 1 to 3 has minimal influence on G.I. transit time.

It is reasonable to expect that unless a delivery system remains in the vicinity of the absorption site until most, if not all of the drug contents is released, it would have limited utility. To this end, several approaches have been developed to prolong the residence time of drug delivery systems in the GI tract. One such approach is the bioadhesion approach [169-172], which is based on the adherence of bioadhesive polymers to the mucin/epithelial surface of the GI tract.

The other approach is to alter the formulation's density by using either high or low density pellets.

1. High-density approach: In this approach, the density of the pellets must exceed that of normal stomach content and should therefore be at least 1.4 [152]. In preparing such formulations, drug can be coated on a heavy core or mixed with heavy inert materials such as barium sulfate, titanium dioxide, iron powder, and zinc oxide. The weighted pellet

Oral Controlled Release Drug Delivery System / 419

2. Low-density approach: Globular shells which have an apparent density lower than that of gastric fluid can be used as a carrier of drug for sustained release purposes [174]. Polystyrol, popcize, and even popcorn are all candidates as carriers. The surface of these empty shells is undercoated with sugar or with a polymeric material such as methacrylic polymer and cellulose acetate phthalate. The undercoated shell is then coated by a mixture of drug with polymers such as ethylcellulose and hydroxypropylcellulose. The final product floats on the gastric fluid for a prolonged period, while slowly releasing drug.

The above principle can be applied to formulate buoyant tablets or capsules [175,176]. The tablet formulation is prepared by simply granulating a mixture of drug, excipients, and 20-75% w/w of hydrocolloids, such as hydroxyethylcellulose, hydroxypropylcellulose and hydroxypropylmethylcellulose. These granules are then compressed to a hardness of 5-6 SCU [177]. On contact with gastric fluid, the tablet forms a water-impermeable colloid gel barrier around its surface and maintains a bulk density of less than one, thereby allowing it to remain buoyant in the gastric fluid (Fig. 17). However, subsequent work established that low density dosage forms are unable to retain these systems in the stomach unless water is present. This requires that subjects inject a glass of water every hour, an unacceptable procedure under most circumstances.

Alternatively, the buoyant tablet can be modified into a bilayer tablet consisting of one immediate release layer and one sustained release layer. After the initial dose is released, the sustained release layer absorbs the gastric juice and forms a water-impermeable colloid



— Hydrocolloids

— Colloid gel barriers

On contact with gastric fluid

Density <1

Case 1:05-cv-00642-JJF    Document 97-6    Filed 11/30/2006    Page 28 of 71

the bioadhesion principle whose goal is to promote the retention of a delivery system, hence drug release, at a specific region in the GI tract. Finally, with an increasing understanding of the role of peptides in therapy, hence a need to deliver these labile substances to the systemic circulation intact, it is suggested that future research in oral sustained and controlled drug delivery should aim at discovering means to input drug into the body via the oral route without subjecting it to extensive presystemic clearance.

## REFERENCES

1. R. D. Cowsar, Introduction to controlled release. In, *Controlled Release of Biologically Active Agents* (A. C. Tanquary and R. E. Lacey, Eds.), Plenum, New York, 1974.

2. *The United States Pharmacopeia*, 20th rev., Mack Publishing Co., Easton, PA, 1980, p. 959.

3. A. C. Shah, C. B. Peot, and J. F. Ochs, Design and evaluation of a rotating filter-stationary basket in vitro dissolution test apparatus I: Fixed fluid volume system, *J. Pharm. Sci.*, 62, 671 (1973).

4. H. Weintraub and M. Gibaldi, Rotating-flask method for dissolution rate determinations of aspirin from various dosage forms, *J. Pharm. Sci.*, 59, 1792 (1970).

5. J. E. Tingstad, E. Gropper, L. Lachman, and E. Shami, Dissolution rate studies III: Effect of type and intesity of agitation on dissolution rate, *J. Pharm. Sci.*, 62, 293 (1973).

6. E. O. Kruger and E. B. Vliet, In vitro testing of timed release tablets and capsules, *J. Pharm. Sci.*, 51, 181 (1962).

7. P. B. Chemburkar, R. D. Smyth, D. B. Shah, R. S. Joslin, A. Polk, and N. H. Reavey-Cantwell, Correlations between dissolution characteristics and absorption of methaqualone from solid dosage forms, *J. Pharm. Sci.*, 65, 529 (1976).

8. S. Stavchansky, J. T., Dolusio, A. Martin, B. Cabana, S. Dighe, and A. Loper, Correlation of in vivo bioavailability of erythromycin stearate tablets with in vitro tests, *J. Pharm. Sci.*, 69, 1300 (1980).

9. H. Schneider, C. H. Nightingale, R. Quintiliani, and D. R. Flanagan, Evaluation of an oral prolonged-release antibiotic formulation, *J. Pharm. Sci.*, 67, 1620 (1978).

10. S. Eriksen, Sustained action dosage forms. In, *The Theory and Practice of Industrial Pharmacy*, 1st ed. (L. Lachman, H. A. Lieberman, and J. L. Kanig, Eds.), Lea & Febiger, Philadelphia, 1970.

11. H. B. Hopfenberg, Controlled release from erodible slabs, cylinders, and spheres. In, *Controlled Release Polymeric*

---

420 / Hui et al.



Fig. 18   Drug delivery system with flotation chamber.

gel barrier around its surface. Once again, it maintains a bulk density of less than one and remains buoyant in the stomach [178]. Another application of the buoyancy principle is the incorporation of a gas-filled flotation chamber into a microporous compartment which houses a drug reservoir, as shown in Figure 18 [179]. A feature of this compartment is the presence of apertures along its top and bottom walls through which gastric fluids pass to dissolve the drug. Its peripheral walls are sealed, however, to prevent the undissolved drug from making contact with the stomach.

## III.   SUMMARY

Over the past 50 years a number of techniques have been developed and employed to sustain the delivery of oral medications to the systemic circulation. By and large, these are based on the principles of diffusion, dissolution, or ion exchange and, only recently, on the principle of osmosis. Regardless of the mechanism of sustained release, however, more and more of these systems are becoming polymer-based. In this light, a thorough understanding of the properties of polymers will be crucial to the design of future oral sustained and controlled release systems for a drug candidate. Unfortunately, few, if any, of these systems are deliberately designed to outlive the GI transit time so that obtaining a period of drug release beyond 12 hr in the general population is an exception rather than the rule. It is imperative that the next level of sophistication in the design of oral sustained delivery systems aim at prolonging the GI transit time of a given system. This would require the incorporation of concepts in engineering and cell biology into the design of oral controlled drug release systems. Presently, there are systems based on the buoyancy principle which prolong the retention of a delivery system in the stomach. There are also those which are based on

Formulations (D. R. Paul and F. W. Harris, Eds.), American Chemical Society, Washington, DC, 1976, p. 26.

12. J. T. Carstensen, Dissolution of solids. In, Pharmaceutics of Solids and Solid Dosage Forms, Wiley-Interscience, New York, 1977, p. 63.

13. K. R. Heimlich, D. R. MacDonnell, T. L. Flanagan, and P. D. O'Brien, Evaluation of a sustained release form of phenylpropanolamine hydrochloride by urinary excretion studies, J. Pharm. Sci. 50, 232 (1961).

14. S. Benita and M. Donbrow, Conservation of ethyl cellulose, the role of polyisobutylene and the effect of its concentration, J. Colloid Interface Sci. 77, 102 (1980).

15. Y. Takeda, N. Nambu, and T. Nagai, Microencapsulation and bioavailability in beagle dogs of indomethacin, Chem. Pharm. Bull. 29, 264 (1981).

16. S. Benita and M. Donbrow, Dissolution rate control of the release kinetics of water-soluble compounds from ethyl cellulose film-type microcapsules, Int. J. Pharm. 12, 251 (1982).

17. J. P. Benoit, J. Y. Dumon, F. Puisieux, F. Brunelle, M. Dubois, and M. Beaufils, Selective embolization of the renal artery of the rat by cross-linked serum/albumin microcapsules. In, Microspheres and Drug Therapy, Elsevier, Amsterdam, 1983.

18. S. Benita, Microcapsules: New applications and characterization, Labo-Pharma-Probl. Tech. 32, 694 (1984).

19. K. R. Heimlich, D. R. MacDonnell, A. Polk, and T. L. Flanagan, Evaluation of an oral sustained release dosage of trimeprazine as measured by urinary excretion, J. Pharm. Sci. 50, 213 (1961).

20. J. G. Wagner, O. S. Carpenter, and E. J. Collins, Sustained action oral medication. I. A quantitative study of prednisolone in man, in the dog and in vitro, J. Pharmacol. Exp. Ther. 129, 101 (1960).

21. J. F. Nash and R. E. Cabtree, Absorption of tritiated d-desoxyephedrine in sustained-release dosage forms, J. Pharm. Sci. 50, 134 (1961).

22. E. Rosen and J. V. Swintosky, Preparation of a (35)S-labelled trimeprazine tartrate sustained action product for its evaluation in man, J. Pharm. Pharmacol. 12, 237 (1960).

23. L. E. Hollister, Studies of delayed-action medication. I. Meprobanate administered as compressed tablets and as two delayed-action capsules, N. Engl. J. Med. 266, 281 (1962).

24. E. Rosen, P. Tannenbaum, T. Ellison, S. M. Free, and A. P. Crosley, Absorption and excretion of radioactively tagged dextroamphetamine sulfate from a sustained-release preparation, JAMA 194, 145 (1965).

25. A. A. Sugerman and E. Rosen, Absorption efficiency and excretion profile of a prolonged-action form of chlorpromazine, Clin. Pharmacol. Ther. 5, 561 (1964).

26. E. Rosen, T. Ellison, P. Tannenbaum, S. M. Free, and A. P. Crosley, Comparative study in man and dog of the absorption and excretion of dextroamphetamine-C14 sulfate in sustained-release and nonsustained-release dosage forms, J. Pharm. Sci. 56, 365 (1967).

27. E. Rosen, A. Polk, S. M. Free, P. J. Tannenbaum, and A. P. Crosley, Comparative study in man of the absorption and excretion of amobarbital-C14 from sustained-release and nonsustained-release dosage forms, J. Pharm. Sci. 56, 1285 (1967).

28. S. Khalil and S. Elgamal, In vitro release of aspirin from various wax-coated formulations, J. Pharm. Pharmacol. 23, 72 (1971).

29. J. Royal, In vitro method for the determination of the rate of release of amphetamine sulfate from sustained release medication, Drug Standards 26, 41 (1958).

30. J. Royal, A comparison of in vitro rates of release of several brands of dextroamphetamine sulfate sustained release capsules, Drug Standards 27, (1959).

31. J. Campbell, E. Nelson, and D. G. Chapman, Criteria for oral sustained release medication with particular reference to amphetamine, Can. Med. Assoc. J. 81, 15 (1959).

32. R. A Nash and A. D. Marcus, An in vitro method for the evaluation of sustained release products, Drug Standards 28, 1 (1960).

33. E. Vliet, A suggested in vitro procedure for measuring the rate of drug release from timed release tablets and capsules, Drug Standards 27, 92 (1959).

34. A. Beckett and G. Tucker, A method for the evaluation of some oral prolonged-release forms of dextroamphetamine in man using urinary excretion data, J. Pharm. Pharmacol. 18, 725 (1966).

35. J. A. Campbell, Evaluation of sustained-action release rates, Drug Cosmetic Ind. 87, 620 (1960).

36. S. Benita and M. Donbrow, Release kinetics of sparingly soluble drugs from ethyl cellulose walled microcapsules. Theophylline microcapsules, J. Pharm. Pharmacol. 34, 77 (1982).

37. M. Donbrow and S. Benita, Release kinetics of sparingly soluble drugs from ethyl cellulose walled microcapsules. Salicylamide microcapsules, J. Pharm. Pharmacol. 34, 547 (1982).

38. M. Oysalpar and V. Walters, The prolongation of the in vitro dissolution of a soluble drug, (phenethidilin potassium) by microencapsulation with ethyl cellulose, J. Pharm. Pharmacol. 33, 419 (1981).

39. I. Jalsenjak, J. R. Nixon, R. Senjkovic, and I. Stivic, Sustained-release dosage forms of microencapsulated isoniazid, J. Pharm. Pharmacol. 32, 678 (1980).

40. M. A. Green, One years' experience with sustained release antihistamine medication, Ann. Allergy 12, 273 (1954).

41. H. L. Rogers, Treatment of allergic conditions with sustained release chlorprophenpyridamine maleate, Ann. Allergy 12, 266 (1954).

42. D. Berkowitz, The effect of a long-acting preparation (Spansule) of belladonna alkaloids on gastric secretion of patients with peptic ulcer, Gastroenterology 30, 608 (1956).

43. S. Morrison, The use of a sustained release tranquilizer-anticholinergic combination in patients with disturbed digestive function, Am. J. Gastroenterol. 29, 518 (1958).

44. H. V. Graham, Antihypertensive effects of reserpine in sustained-release form: a comparative study, J. Am. Geriatr. Soc. 6, 671 (1958).

45. S. H. Burness, Clinical evaluation of a sustained release belladonna preparation, Am. J. Dig. Dis. 22, 111 (1955).

46. J. Vasconcellos and A. A. Kurland, Use of sustained-release chlorpromazine in the management of hospitalized chronic psychotic patients, Dis. Nerv. Sys. 19, 173 (1958).

47. J. C. Colbert, Controlled Action Drug Forms, Chemical Technology Review No. 24, Noyes Data Corp., Park Ridge, NJ, 1974.

48. J. C. Johnson, Tablet Manufacture, Chemical Technology Review No. 30, Noyes Data Corp., Park Ridge, NJ, 1974.

49. W. A. Ritschel, Peroral solid dosage forms with prolonged action. In, Drug Design, Vol. 4 (E. J. Arien, Ed.), Academic, New York, 1973, Chap. 2, p. 37.

50. D. R. Paul and F. W. Harris, Controlled Release Polymeric Formulations, ACS Symposium Series 33, American Chemical Society, Washington DC, 1976, p. 27.

51. D. W. Doerr, E. R. Series, and D. L. Deardorff, Tablet coatings: Cellulosic high polymers, J. Am. Pharm. Assoc. (Sci. Ed.) 43, 433 (1954).

52. L. P. Gagnon, H. G. DeKay, and C. O. Lee, Coating of granules, Drug Standards 23, 47 (1955).

53. S. S. Ahsan and S. M. Blaug, A study of tablet coating using polyvinylpyrrolidone and acetylated monoglyceride, Drug Standards 26, 29 (1958).

54. J. R. Nixon and S. E. Walker, The in vitro evaluation of gelatin concervate microcapsules, J. Pharm. Pharmacol. 23, 147S (1971).

55. J. C. Wagner, W. Veldkamp, and S. Long, Enteric coatings. IV. In vitro testing of granules and tablets coated with

styrene-maleic acid copolymer, J. Am. Pharm. Assoc. (Sci. Ed.) 49, 128 (1960).

56. J. D. Andrade, Hydrogels for Medical and Related Applications, ACS Symposium Series 31, American Chemical Society, Washington, DC, 1976, p. 88.

57. J. A. Bakan and J. L. Anderson, Microencapsulation. In, The Theory and Practice of Industrial Pharmacy, 2nd ed. (L. Lachman, H. A. Lieberman, and J. L. Kaing, Eds.), Lea & Febiger, Philadelphia, 1987, Chap. 13, Part III.

58. T. M. Feinblatt and E. A. Ferguson, Timed-disintegration capsules: an in vivo roentgenographic study, N. Engl. J. Med. 254, 940 (1956).

59. T. M. Feinblatt and E. A. Ferguson, Timed-disintegration capsules (Tympceps): A further study. An in vivo roentgeno-graphic study, blood level study and relief of anginal pain with pentaerythritol tetranitrate, N. Engl. J. Med. 256, 331 (1957).

60. D. M. Green, Tablets of coated aspirin microspherules: A new dosage form, J. New Drugs 6, 294 (1966).

61. F. Steigmann, L. Kaminski, and S. Nasatir, Clinical-experimental evaluation of a prolonged acting antispasmodic-sedative, Am. J. Dig. Dis. 4, 534 (1959).

62. T. J. Mellinger, Serum concentration of thioridazine after different oral medication forms, Am. J. Psychiatry 121, 1119 (1965).

63. L. E. Hollister, Studies of prolonged-action medication. II. Two phenothiazine tranquilizers (thoridazine and chlorpromazine) administered as coated tablets and prolonged action preparations, Curr. Ther. Res., 4, 471 (1962).

64. T. J. Mellinger, E. M. Mellinger, and W. T. Smith, Thioridazine blood levels in patients receiving different oral forms, Clin. Pharmacol. Ther. 6, 486 (1965).

65. N. D. Vestre and B. C. Schiele, An evaluation of slow-release and regular thioridazine and two medication schedules, Curr. Ther. Res. 8, 585 (1966).

66. K. R. Magee and M. R. Westerberg, Treatment of myasthenia gravis with prolonged-action Mestinon, Neurology 9, 348 (1959).

67. L. J. Cass and W. S. Frederik, Clinical comparison of a sustained- and a regular-release aspirin, Curr. Ther. Res. 7, 673 (1965).

68. L. J. Cass and W. S. Frederik, A clinical evaluation of a sustained-release aspirin, Curr. Ther. Res. 7, 683 (1965).

69. A. F. Kydonieus, Ed., Controlled Release Technologies: Methods, Theory, and Applications, Vol. II, CRC Press, Inc., Boca Raton, FL, 1980.

70. C. Banse, J. J. Bentz, C. Brossard, G. Cognyl, J. C. Cruzbezy, F. Herbemont, L. Thankh Thuy, and R. Sarfati, Micro-encapsulation, Sci. Technol. Pharm. 7, 73 (1978).

71. J. A. Bakan and J. A. Anderson, Microencapsulation. In, Theory and Practice of Industrial Pharmacy, 2nd ed. (L. Lachman, H. A. Lieberman, and J. L. Kanig, Eds.), Lea & Febiger, Philadelphia, 1967, p. 420.

72. A. Kondo, Microcapsule Processing and Technology (J. W. Van Valkenburg, Ed.), Marcel Dekker, New York, 1979, p. 35.

73. C. Thies, Microencapsulation. In, McGraw-Hill Yearbook of Science and Technology, McGraw-Hill, New York, 1979, p. 12.

74. C. Thies, Physicochemical aspects of microencapsulation, Polymer Plast. Technol. Eng. 5, 1 (1975).

75. A. Watanabe and T. Hayashi, Microencapsulation techniques of Fuji Photo Film Co. Ltd., and their applications. In, Microencapsulation (J. R. Nixon, Ed.), Marcel Dekker, New York, 1976, Chap. 2.

76. H. G. Bungenberg de Jong, Complex colloid systems. In, Colloid Science, Vol. II (H. R. Kruyt, Ed.), Elsevier, New York, 1949, Chap. 10.

77. M. S. Harris, Preparation and release characteristics of potassium chloride microcapsules, J. Pharm. Sci. 70, 391 (1981).

78. T. Kondo, Microcapsules: Their preparation and properties. In, Surface and Colloid Science, Vol. 10 (E. Matijevic, Ed.), Plenum Press, New York, 1978, Chap. 1.

79. T. M. S. Chang, Artificial Cells (T. Charles, Ed.), Charles C. Thomas, Springfield, IL, 1972.

80. G. Langer and C. Yamote, U.S. Patent # 3,159,874, 1964.

81. J. A. Bakan, Microcapsule drug delivery systems. In, Polymers in Medicine and Surgery (R. L. Kronenthal, Z. Oser, and E. Martin, Eds.), Plenum, New York, 1975, p. 213.

82. B. D. Sears, U.S. Patent # 4,145,410, 1979.

83. J. L. Shank, U.S. Patent # 4,001,480, 1977.

84. V. H. Saggers, J. F. Chasseaud, and A. J. Copper, Plasma concentrations, duration of analgesia, and bioavailability of microencapsulated aspirin (Levius), Clin. Trials J. 9, 36 (1972).

85. L. Kuhns and K. Hospes, Klinische bedeutung und Anwendung eines Kalkundefizit-Testes unter Berucksrchtigung der Therapie mit Fredniron, Schweiz. Med. Wochenschr. 86, 783 (1956).

86. E. B. Draper and C. H. Becker, Some wax formulations of a sulfaethylthiadazole produced by aqueous dispersion for prolonged-release medication, J. Pharm. Sci. 55, 376 (1966).

87. I. C. Robinson and C. H. Becker, Sulfaethylthiadiazole release from synthetic wax prolonged-release particles. I. Effect of dispersant concentration, J. Pharm. Sci. 57, 49 (1968).

88. P. M. John and C. H. Becker, Surfactant effects of spray-congealed formulations of sulfaethylthiadazole-wax, J. Pharm. Sci. 57, 584 (1968).

89. A. G. Cusimano and C. H. Becker, Spray-congealed formulations of sulfaethylthiadazole and waxes for prolonged-release medication: effect of wax, J. Pharm. Sci. 57, 1104 (1968).

90. Y. Raghunathan and C. H. Becker, Spray-congealed formulations of sulfaethylthiadazole and waxes for prolonged-release medication: effect of modifiers, J. Pharm. Sci. 57, 1748 (1968).

91. I. S. Hamid and C. H. Becker, Release study of sulfaethylthiadazole from a tablet dosage form prepared from spray-congealed formulations of SETD and wax, J. Pharm. Sci. 59, 511 (1970).

92. Y. Kawashima, H. Ohno, and H. Takenaka, Preparation of spherical matrices of prolonged-release drugs from liquid suspension, J. Pharm. Sci. 70, 913 (1981).

93. J. Heller and P. V. Trescony, Controlled drug release by polymer dissolution II: Enzyme-mediated delivery device, J. Pharm. Sci. 68, 919 (1979).

94. F. Alhaique, F. M. Riccierle, E. Santucci, V. Crescenzi, and A. Gamini, A possible pH-controlled drug delivery system based on a derivative of the polysaccharide sceleroglucan, J. Pharm. Pharmacol. 37, 310 (1985).

95. C. Graffner, G. Johnson, and J. Sjogren, Pharmacokinetics of procainamide intravenously and orally as conventional and slow release tablets, Clin. Pharmacol. Ther. 17, 414 (1975).

96. B. DeRitter, Evaluation of nicotinic alcohol Timespan tablets in humans by urinary excretion tests, Drug Standards 28, 33 (1960).

97. E. G. Ripple and J. R. Johnson, Regulation of dissolution rate by pellet geometry, J. Pharm. Sci. 58, 428 (1969).

98. D. Brooke and R. J. Washkuhn, Zero-order drug delivery systems: theory and preliminary testing, J. Pharm. Sci. 66, 159 (1977).

99. D. S. T. Hsieh, W. D. Rhine, and R. Langer, Zero-order controlled-release polymer matrices for micro- and macromolecules, J. Pharm. Sci. 72, 17 (1983).

100. R. A. Siegel and R. Langer, Controlled release of polypeptides and other macromolecules, Pharm. Res. 1, 2 (1984).

101. P. I. Lee, Novel approach to zero-order drug delivery via immobilized nonuniform drug distribution in glassy hydrogels, J. Pharm. Sci. 73, 1344 (1984).

102. C. Brossard, D. Lefort Des Ylousses, D. Duchene, F. Puisieux, and J. T. Carstensen, Dissolution of a soluble drug substance from vinyl polymer matrices, J. Pharm. Sci. 72, 162 (1983).

103. G. L. Flynn, S. H. Yalkowsky, and T. J. Roseman, Mass transport phenomena and models: Theoretical concepts, J. Pharm. Sci. 63, 479 (1974).

104. S. Benita and M. Danbrow, Effect of polyisobutylene on ethyl-cellulose-walled microcapsules: Wall structure and thickness of salicylamide and theophylline microcapsules, J. Pharm. Sci. 71, 205 (1982).

105. H. Takenaka, Y. Kawashima, and S. Y. Lin, Polymorphs of spray-dried microencapsulated sulfamethoxazole with cellulose acetate phthalate and colloidal silica, montmorillonite, or talc, J. Pharm. Sci. 70, 1256 (1981).

106. F. Lin and R. D. Moss, Microencapsulation of living cells and tissues, J. Pharm. Sci. 70, 351 (1981).

107. M. Arakawa and T. Kondo, Preparation of hemolysate-loaded poly(N,N-L-lysinediylterephthaloyl) nanocapsules, J. Pharm. Sci. 70, 354 (1981).

108. T. Ishizaka, K. Endo, and M. Koishi, Preparation of egg albumin microcapsules and microspheres, J. Pharm. Sci. 70, 358 (1981).

109. J. Krueter and E. Liehl, Long-term studies of microencapsulated and adsorbed influenza vaccine nanoparticles, J. Pharm. Sci. 70, 367 (1981).

110. J. W. McGinity, A. Martin, G. W. Cuff, and A. S. Combs, Influences of matrices on nylon-encapsulated pharmaceuticals, J. Pharm. Sci. 70, 372 (1981).

111. J. R. Nixon, In vitro and in vivo release of microencapsulated chlorothiazide, J. Pharm. Sci. 70, 376 (1981).

112. Y. Nozawa and S. W. Fox, Microencapsulation of methylylmal and two derivatives, J. Pharm. Sci. 70, 385 (1981).

113. H. Takenaka, Y. Kawashima, and S. Y. Lin, Preparation of enteric-coated microcapsules for tableting by spray-drying technique and in vitro simulation of drug release from the tablet in GI tract, J. Pharm. Sci. 69, 1388 (1980).

114. H. Takenaka, Y. Kawashima, and S. Y. Lin, Micromeritic properties of sulfamethoxazole microcapsules prepared by gelatin-acacia coacervation, J. Pharm. Sci. 69, 513 (1980).

115. D. M. Green, Tablets of coated aspirin microspherules—A new dosage form, J. New Drugs 6, 294 (1966).

116. A. Williams, Sustained Release Pharmaceuticals, Nayes Development Corp, Park Ridge, NJ, 1969.

117. J. C. Colbert, Controlled Action Drug Forms, Chemical Technology Review No. 24, Nayes Data Corporation, Park Ridge, NJ, 1974.

118. J. C. Johnson, Tablet Manufacturer, Chemical Technology Review No. 30, Nayes Data Corporation, Park Ridge, NJ, 1974.

119. Y. Samuelov, M. Donbrow, and M. Friedman, Sustained release of drugs from ethylcellulose-polyethylene glycol films and kinetics of drug release, J. Pharm. Sci. 68, 325 (1979).

120. G. Kallstrand and B. Ekman, Membrane-coated tablets: A system for the controlled release of drugs, J. Pharm. Sci. 68, 325 (1979).

121. S. Borodkin and F. E. Tucker, Drug release from hydroxy-propyl cellulose-polyvinyl acetate films, J. Pharm. Sci. 63, 1359 (1974).

122. M. Yoshida, M. Kumakura, and I. Kaetsu, Controlled Drug dissolution by radiation induced polymerization in the presence of dimethylaminoethyl methacrylate-methyl methacrylate copolymer or methacrylic acid-methyl acrylate copolymer, J. Pharm. Sci. 68, 860 (1979).

123. S. Borodkin and F. E. Tucker, Linear drug release from laminated hydroxypropyl cellulose-polyvinyl acetate films, J. Pharm. Sci. 64, 1289 (1975).

124. P. L. Madan, Clofibrate microcapsules II: Effect of wall thickness on release characteristics, J. Pharm. Sci. 70, 430 (1981).

125. L. A. Luzzi, M. A. Zoglio, and M. V. Maulding, Preparation and evaluation of the prolonged release properties of nylon microcapsules, J. Pharm. Sci. 59, 338 (1970).

126. N. Mason, C. Thies, and T. J. Ciero, In vivo and in vitro evaluation of a microencapsulated narcotic antagonist, J. Pharm. Sci. 65, 847 (1976).

127. P. L. Madan, D. K. Madan, and J. C. Price, Clofibrate micro-capsules: Preparation and release rate studies, J. Pharm. Sci. 65, 1476 (1976).

128. M. Donbrow and M. Friedman, Timed release from polymeric films containing drugs and kinetics of drug release, J. Pharm. Sci. 64, 76 (1975).

129. G. M. Zentner, J. R. Cardinal, and D. E. Gregonis, Progestin permeation through polymer membranes III: Polymerization solvent effect on progesterone permeation through hydrogel membranes, J. Pharm. Sci. 68, 794 (1979).

130. G. M. Zentner, J. R. Cardinal, and S. W. Kim, Progestin permeation through polymer membranes I: Diffusion studies on plasma-soaked membranes, J. Pharm. Sci. 10, 1347 (1978).

131. M. Yoshida, M. Kumakura, and I. Kaetsu, Drug entrapment for controlled release in radiation-polymerized beads, J. Pharm. Sci. 68, 628 (1979).

132. M. Nakamo, K. Junl, and T. Arita, Controlled drug permeation I: Controlled release of butamben through silicon membrane by complexation, J. Pharm. Sci. 65, 709 (1976).

133. T. Higuchi, Rate of release of medicaments from ointment bases containing drugs in suspension, J. Pharm. Sci. 50, 847 (1961).

134. W. A. Ritschel, Influence of formulating factors on drug safety of timed-release nitroglycerin tablets, J. Pharm. Sci. 60, 1683 (1971).

148. S. Motycka, C. J. L. Newth, and J. G. Nairn, Preparation and evaluation of microencapsulated and coated ion-exchange resin beads containing theophylline, J. Pharm. Sci. 74, 643 (1985).

149. Y. Raghunathan, L. Amsel, O. Hinsvack, and W. Bryant, Sustained-release drug delivery systems I: Coated ion-exchange resin system for phenylpropanolamine and other drugs, J. Pharm. Sci. 70, 379 (1981).

150. R. J. Timko and N. G. Lordi, In vitro evaluation of three commercial sustained-release papaverine hydrochloride products, J. Pharm. Sci. 67, 496 (1978).

151. A. M. Pederson, U.S. Patent #3,917,813.

152. H. Bechgaard and S. Baggesen, Propoxyphene and norpropoxyphene: Influence of type of controlled release formulation on intra- and intersubject variations, J. Pharm. Sci. 69, 1327 (1980).

153. A. M. Pederson, German Patent #2,414,868.

154. F. Theeuwes and T. Higuchi, U.S. Patent #3,916,899.

155. F. Theeuwes, Evolution and design of rate-controlled osmotic forms, Curr. Med. Res. Opin., 8 (Suppl.), 220 (1983).

156. F. Theeuwes, D. Swanson, P. Wong, P. Bonsen, V. Place, K. Helmlich, and K. C. Kwan, Elementary osmotic pump for indomethacin, J. Pharm. Sci. 72, 253 (1983).

157. F. Theeuwes, Oral dosage form design: Status and goals of oral osmotic systems technology, Pharm. Int. 5, 293 (1984).

158. J. C. Johnson, Sustained Release Medication, Noyes Data Corporation, Park Ridge NJ, 1980, p. 116.

159. A. Zaffaroni, A. S. Michaels, and F. Theeuwes, U.S. Patent #4,096,238.

160. F. Theeuwes, U.S. Patent #4,111,202.

161. W. Baker, U.S. Patent #3,952,741.

162. R. Gale, S. K. Chandrasekaran, D. Swanson, and J. Wright, Use of osmotically active therapeutic agents in monolithic systems, J. Memb. Sci. 7, 319 (1980).

163. K. Heilmann, Innovations in drug delivery systems, Curr. Med. Res. Opin., 8 (Suppl. 2), 3 (1984).

164. J. D. Rogers, Osmosin tablets, Curr. Med. Res. Opin., 8 (Suppl. 2), 38–46 (1983).

165. A. R. Phymer, J. A. Sromovsky, C. Dicenta, and C. B. Hart, Osmosin tablets, Curr. Med. Res. Opin., 8, (Suppl. 2), 62–71 (1983).

166. W. Bayne, V. Place, F. Theeuwes, J. D. Rogers, R. B. Lee, R. O. Davies, and K. C. Kwan, Kinetics of osmotically controlled indomethacin delivery systems after repeated dosing, Clin. Pharmacol. Ther. 32, 270 (1982).

35. H. E. Huber, L. B. Dale, and G. L. Christensen, Utilization of hydrophilic gums for the control of drug release from tablet formulations I: Disintegration and dissolution behavior, J. Pharm. Sci. 55, 974 (1966).

36. H. Lapidus and N. G. Lordi, Some factors affecting the release of a water-soluble drug from a compressed hydrophilic matrix, J. Pharm. Sci. 55, 840 (1966).

37. A. Dakkuri, L. D. Butler, and P. P. DeLuca, Sustained release from inert wax matrices III: Effect of povidone on tripelennamine hydrochloride release, J. Pharm. Sci. 67, 357 (1978).

38. J. W. McCurdity, L. A. Hunke, and A. B. Combs, Effect of water soluble carriers on morphine sulfate release from a silicone polymer, J. Pharm. Sci. 68, 662 (1979).

39. N. Sallb, S. Abd El-Fattah, and M. El-Mastik, Preparation and in vitro evaluation of controlled release mepyramine maleate-carbopol 934 entrapped systems, Pharm. Ind. 45, 902 (1983).

40. F. W. Goodhart, R. H. McCoy, and F. C. Ninger, Release of a water soluble drug from a wax matrix timed-release target, J. Pharm. Sci. 63, 1748 (1974).

41. S. J. Desai, A. P. Simonelli, and W. I. Higuchi, Investigation of factors influencing release of solid drug dispersed in inert matrices, J. Pharm. Sci. 54, 1459 (1965).

42. S. J. Desai, P. Singh, A. P. Simonelli, and W. I. Higuchi, Investigation of factors influencing release of solid drug dispersed in inert matrices III: Quantitative studies involving the polyethylene plastic matrix, J. Pharm. Sci. 55, 1230 (1966).

43. S. J. Desai, P. Singh, A. P. Simonelli, and W. I. Higuchi, Investigation of factors influencing release of solid drug dispersed in inert matrices. IV: Some studies involving the polyvinyl chloride matrix, J. Pharm. Sci. 55, 1235 (1966).

44. K. A. Javaid, J. H. Fincher, and C. W. Hartman, Timed-release tablets employing lipase-lipid-sulfamethizole systems prepared by spray-congealing, J. Pharm. Sci. 60, 1709 (1971).

45. K. A. Javaid and C. W. Hartman, Blood levels of sulfamethizole in dogs following administration of timed-release tablets employing lipase-lipid-drug systems, J. Pharm. Sci. 61, 900 (1972).

46. S. Eriksen, Sustained action dosage forms. In, The Theory and Practice of Industrial Pharmacy 1st ed. (L. Lachman, H. A. Lieberman, and J. L. Kanig, Eds.), Lea & Febiger, Philadelphia, 1970.

47. S. Motycka and J. G. Nairn, Influence of wax coatings on release rate of anions from ion-exchange resin beads, J. Pharm. Sci. 67, 500 (1978).

32  /  Hui et al.

67.  J. D. Rogers, R. B. Lee, P. R. Souder, R. K. Ferguson,
R. O. Davies, F. Theeuwes, and K. C. Kwan, Pharmacokinetic
evaluation of osmotically controlled indomethacin delivery sys-
tems in man, Int. J. Pharm. 16, 191 (1983).

68.  J. M. Hinton, J. E. Lennard-Jones, and A. C. Young, A New
Method for Studying Gut Transit Times Using Radioopaque
Markers, Gut, 10, 842 (1969).

69.  K. Park and J. R. Robinson, Bioadhesive polymers as plat-
forms for oral-controlled drug delivery:  Method to study bio-
adhesion, Int. J. Pharm. 19, 107 (1984).

70.  K. Park, H. S. Ch'ng, and J. R. Robinson, Alternative ap-
proaches to oral controlled drug delivery:  Bioadhesive and
in-situ systems.  In, Recent Advances in Drug Delivery Sys-
tems (J. M. Anderson and S. W. Kim, Ed.), Plenum, New
York, 1984, pp. 163.

71.  H. S. Ch'ng, H. Park, Kelly, and J. R. Robinson, Bioadhesive
polymers as platforms for oral controlled, drug delivery II:
Synthesis and evaluation of some swelling, water-insoluble
bioadhesive polymers, J. Pharm. Sci. 74, 399 (1985).

72.  M. A. Longer, H. S. Ch'ng, and J. R. Robinson, Bioadhesive
polymers as platforms for oral controlled drug delivery III:
Oral delivery of chlorothiazide using a bioadhesive polymer,
J. Pharm. Sci. 74, 406, (1985).

73.  H. Bechgaard and K. Ladefoged, Distribution of pellets in the
gastrointestinal tract.  The influence on transit time exerted
by the density or diameter of pellets, J. Pharm. Sci. 30, 690
(1978).

74.  S. Watanabe, M. Kayano, Y. Ishino, and K. Miyao, U.S.
Patent #3,976,197.

75.  P. R. Sheth and J. L. Tossounian, U.S. Patent #4,126,672.

76.  P. R. Sheth and J. Tossounian, The hydrodynamically balanced
system (HBS):  A novel drug delivery system for oral use,
Drug Dev. Ind. Pharm. 10, 313 (1984).

77.  P. R. Sheth and J. L. Tossounian, U.S. Patent #4,187,558.

78.  P. R. Sheth and J. L. Tossounian, U.S. Patent #4,140,755.

79.  R. M. Harrigan, U.S. Patent #4,055,178.

# 10

# Parenteral Products

SAU-HUNG SPENCE LEUNG and JOSEPH R. ROBINSON  /  Univer-
sity of Wisconsin, Madison, Wisconsin

VINCENT H. L. LEE  /  University of Southern California, Los
Angeles, California

I.    Introduction                                                      434

II.   Major Routes of Parenteral Administration                         435

      A.  Subcutaneous                                                  435
      B.  Intramuscular                                                 436
      C.  Intravenous                                                   436
      D.  Intraperitoneal                                              436

III.  Biopharmaceutics of Sustained/Controlled Release
      Parenteral Drug Products                                          437

IV.   Biocompatibility of Polymeric Materials                           440

V.    Sustained/Controlled Release Parenteral Dosage Forms              442

      A.  Aqueous Solutions                                             443
      B.  Aqueous Suspensions                                           445
      C.  Oil Solutions                                                 452
      D.  Oil Suspensions                                               455
      E.  Emulsions                                                     455
      F.  Biocompatible Carriers                                        459
      G.  Liposomes                                                     460
      H.  Nanoparticles                                                 462
      I.  Implants                                                      462

                                                                        433

# EXHIBIT G

98

advanced
**drug delivery**
reviews

ELSEVIER

Volume 1, Issue 3, September 1988

ISSN 0169-409X
ADDREP1(3) 199–276 (1987)

*Advanced Drug Delivery Reviews*, 1(1987)199–233
Elsevier

199

ADR 00004

Payment has been made to the
Copyright Clearance Center for this article.

# Polymeric controlled drug delivery

## K.W. Leong[a] and R. Langer[b]

[a]Department of Biomedical Engineering, Johns Hopkins University, Baltimore, MD 21218 and
[b]Department of Applied Biological Sciences, Massachusetts Institute of Technology, Cambridge,
MA 02139, U.S.A.

(Received December 15, 1986)
(Accepted March 1, 1987)

Key words: Cancer chemotherapy; Contraception; Controlled drug delivery; Controlled release; Drug
delivery; Insulin therapy; Polymer

## Contents

Summary .................................................................................................... 200

I. Introduction ......................................................................................... 200

II. Fundamentals of polymeric controlled release ................................................. 201
   A. Physically controlled release mechanism ................................................... 202
   B. Chemically controlled release mechanism .................................................. 203

III. Contraception ...................................................................................... 204
   A. Vaginal devices ............................................................................... 204
   B. Medicated intrauterine devices .............................................................. 204
   C. Subdermal implants .......................................................................... 205
   D. Biodegradables ............................................................................... 206
   E. Summary ...................................................................................... 209

IV. Cancer chemotherapy .............................................................................. 210
   A. Matrix systems ............................................................................... 210
   B. Pendant systems .............................................................................. 211
   C. Hormonal therapy and angiogenesis inhibition ............................................ 214
   D. Embolization ................................................................................. 217
   E. Summary ...................................................................................... 217

Abbreviations: EVAc, poly(ethylenevinylacetate); IUD, intrauterine device; PLGA, copolymers of lactic
and glycolic acids; BCNU, 1,3-bischloroethyl-1-nitrosourea; CCNU, 1-chloroethyl-3-cyclohexyl-l-nitro-
sourea; ara-C, 1-β-D-arabinofuranosylcytosine; AFP, anti-α-fetoprotein; FITC, fluorescein isothio-
cyanate; LHRH, luteinizing hormone-releasing hormone; PLA, poly(lactic acid); MPL, melphalan.

Correspondence: K.W. Leong, Department of Biomedical Engineering, Johns Hopkins University,
Baltimore, MD 21218, U.S.A.

0169–409X/88/$03.50 © 1988 Elsevier Science Publishers B.V. (Biomedical Division)

|     |     |     |     |
| --- | --- | --- | --- |
| V.  | Insulin therapy | | 218 |
|     | A. | Basal delivery systems | 219 |
|     | B. | Externally controllable system | 222 |
|     | C. | Glucose-responsive systems | 223 |
|     | D. | Summary | 224 |
| VI. | Other areas | | 226 |
| VII. | Concluding remarks | | 226 |
| References | | | 227 |

**Summary**

This contribution examines the current role that polymeric systems have in controlling the administration and site-specific delivery of drugs. The fundamentals of polymeric controlled release are examined in a phenomenological manner. Consideration is given to system design, and in particular the release mechanisms controlling drug availability. Examination is made of physically controlled release and chemically controlled release devices. The review points to the role of such devices and systems in a clinical setting, and exemplifies the advantages and disadvantages of these systems by studying the use of polymeric-controlled drug release in contraception, cancer chemotherapy and diabetes. It is concluded that with the emergency of peptidergic mediators having unique properties, the use of controlled release polymeric systems will increase.

## I. Introduction

It has long been recognized that simple pills and injections may not be the best mode of drug administration. To improve methods of drug administration, increasing efforts have been devoted to designing effective delivery systems. With a collaborative effort between polymer scientists, pharmacologists, engineers, chemists and medical researchers, significant accomplishments on controlled delivery have been obtained since research started several decades ago, and it remains an exciting research area [14,16,66,67,70].

Controlled release technology can be broadly categorized as liposomal, electromechanical, and polymeric. The use of liposomes for site-specific targeting of cytotoxic drugs in cancer chemotherapy has attracted immense attention. Success of this approach has been demonstrated in vitro, but remains elusive in vivo. Long-term stability of the liposomal preparation and entrapment by the reticuloendothelial system are two major obstacles to be overcome. The use of pumping devices for controlling the amount of drug released is in principle the most direct and sophisticated approach. As totally implantable infusion pumps are invented the pumping device becomes an attractive alternative in general drug therapy. The liposomal and pumping approaches are exciting and promising research areas, and

they have been discussed in able reviews [10,39,40,99,113]. The focus of this paper is on polymeric carriers.

The types of polymer used for controlled release can be biodegradable, non-biodegradable, non-biodegradable and soluble. As drug-carriers, these polymers exist in the form of microspheres, matrices and membranes. They can be administered via the parenteral, implantation, oral, insert and transdermal routes. Several of these devices have been successfully commercialized, some are in clinical trials, and many promising ones are in the experimental stage. Controlled release technology has been a success from the scientific, clinical and economic standpoints.

Scientifically, the design of controlled delivery systems has called on many ingenious strategies, involving elaborate synthesis and intricate fabrication techniques. Mechanistic studies and mathematical modeling have elucidated different release mechanisms for accurate predictions. Clinically, it is indisputable that the therapeutic index of many drugs can be improved by localized and controlled delivery. Much of this review will be devoted to the discussion of the clinical implications. Economically, the controlled release concept has continued to provide profit incentives for the pharmaceutical industry. These products often improve drug performance, provide patient convenience, and prolong drug stability. Development of such a product many also be less expensive than searching for a new drug. In addition, the re-formulation is an effective means of extending the patent protection of an existing drug.

With the fervent research activities going on in this field, achievements for different applications are constantly reported. The intent of this paper is to review recent innovations and results. Since the clinical objective can often be accomplished by different delivery systems, attempts will be made to compare the strengths and weaknesses of different approaches. We will first discuss briefly the technical aspects of controlled release and then review selected major applications.

## II. Fundamentals of polymeric controlled release

The drug-release mechanism can be physical or chemical in nature. Diffusion is always involved. For non-biodegradable matrix and membrane devices, release is by diffusion and is driven by the concentration gradient. It can also be driven by osmotic pressure or matrix swelling. For matrices which are biodegradable or contain drug conjugates, release is controlled by the hydrolytic or enzymatic cleavage of the relevant chemical bonds, although diffusion of the reactants and the liberated drug molecules may still be rate-limiting. Only a qualitative discussion is pursued here for understanding the release patterns ensuing from the more common delivery systems.

*IIA. Physically controlled release mechanism*

Under this category, the release may be controlled by drug diffusion or solvent penetration. The diffusion-controlled systems can be distinguished into reservoir and matrix devices [36]. In the former case, the drug reservoir is encapsulated by a polymeric membrane. The drug core can be in the solid or the liquid state, and the membrane can be microporous or non-porous. If the drug core is maintained in a saturated state, the transport of drug molecules across the membrane will be kept constant, as the driving force is unchanged. Such a constant or zero-order release would require the drug core to remain in a solid or suspension state. The saturated state would be difficult to maintain if the drug has high water solubility. Even if all the requirements for constant release are met, the release is generally not constant in the initial and end periods. When the device is placed in a releasing medium, it takes a certain time for the system to reach a steady state. Depending on the history of the device, a lag time or a burst effect may be observed. If the membrane is devoid of drug molecules at the time of release, an induction period is needed to saturate the membrane. If, on the other hand, the drug molecules have been accumulating in the membrane as a result of fabrication or storage, the initial release rate will be higher than the steady-state value. Toward the end of the release period, the drug concentration in the core will drop below the saturation value and the release rate will decrease. If a non-perfect sink situation exists, which may occur in many in vivo situations, the increased mass-transfer resistance across the membrane will slow down the release.

The simplest and most widely used devices are the matrix systems in which the drug is dissolved or dispersed in the polymer. One characteristic of these systems is a release rate decreasing with time as a result of increasing diffusion distance for the drug solutes to travel from the core to the surface. The amount of drug released is often proportional to the square root of elapsed time. In addition to permeation through the polymer phase, the drug molecules can also diffuse through channels created by dissolution of the drug phase. Release of macromolecules which have low permeability generally occurs via these pores [120]. Since the extent and size of the pores and channels created are determined by the drug incorporated, the loading level and particle size of the drug solutes have a profound influence on release kinetics. Below a critical loading level, some of the isolated drug particles may be trapped inside the matrix.

The release behavior of these diffusion-controlled systems is highly dependent on the physical properties of the drug. In addition to loading level and particle size of the solutes, the drug solubility in the polymer and drug diffusivity in the polymer phase are both important parameters. The shape of the device, which determines the surface area available and the path length for diffusion, is also critical.

In solvent-controlled systems, the release of drug is regulated by the permeation of water through the polymer. An osmotic pump is constructed by enclosing a drug core with a semi-permeable membrane equipped with an orifice [125]. When placed in water, the device will deliver a volume of drug solution or suspension equal to the water influx. The release rate is then determined by the nature of the mem-

brane and the osmotic activity of the drug core. A constant release rate is obtained if the osmotic pressure across the membrane is kept constant by maintaining a saturated drug core.

Another solvent-activated system depends on the relaxation of the polymer as a result of water absorption [72,59]. The drug is incorporated into a hydrogel, which in the dry state is glassy. In the presence of water, the hydrogel relaxes into an elastic state which presents little resistance to the diffusion of the drug solutes. The release rate is therefore mainly related to the swelling phenomenon. The important parameters are the hydrophilicity and cross-linking densities of the hydrogel.

## IIB. Chemically controlled release mechanism

The two common chemically controlled systems are a biodegradable matrix in which the drug is dispersed, and a polymer-drug conjugate in which the drug molecules are linked to the side chains of the polymer [43,44]. The dissolution of the matrix is effected by hydrolytic or enzymatic cleavage of the backbone of the polymer. The cleavage can also occur in the cross-linking bonds, rendering soluble an initially cross-linked polymer. Alternatively, the dissolution orginates from hydrolysis, ionization or protonation of the side chains of the polymer. If drug release for these systems is controlled solely by the biodegradation of the matrix, a constant release rate will be obtained, provided the surface area of the device is maintained constant. However, that represents an idealized case. In practice the drug molecules can also diffuse through the matrix. The release is commonly intermediate between zero-order and first-order kinetics. This system enjoys the advantage of having release kinetics that are less dependent on the properties of the drugs than are the non-biodegradable systems.

The release rate of the polymer-drug conjugate, which has been called a pendant system, is dependent on the cleavage of the polymer-bond. If the drug is attached to the polymer via a spacer, the hydrolysis of the polymer spacer and the spacer-drug bonds are both relevant. The spacer approach provides an effective means of controlling the release rate. Although penetration of water into the matrix and outward diffusion of the cleaved drug molecules constitute part of the rate barrier, the cleavage of the polymer-drug bond as the rate-determining step is preferred for better control. Generally, the release rate drops with time as the drug concentration decreases.

Each of the systems described above has its own advantages. It is unlikely that one system will be applicable to all drugs. In theory it is possible to obtain any desirable release pattern by sophisticated designs such as non-uniform drug distribution or lamination [72]. Moreover, the overall kinetic analysis is meaningful only if the pharmaco-kinetic properties of the drug and the in vivo environment are taken into consideration [88]. With that in mind we will examine the application of the controlled-release concept to different medical areas, principally contraception, cancer and diabetes.

### III. Contraception

The commitment of controlled-release technology to contraception has spanned the last two decades and engaged many population-control centers internationally. Several intrauterine devices are on the market and other new systems are being introduced. The focus has been on diffusion-controlled systems involving the polymers poly(dimethyl siloxane) (Silastic) and poly(ethylenevinylacetate) (EVAc), although increasing attention is being paid to biodegradable carriers.

### IIIA. Vaginal devices

The vaginal route is valuable to steroids which have poor bioavailability orally due to liver metabolism. The possibility of self-administration and removal of the vaginal devices with minimum inconvenience are additional advantages. The popular rings are made of Silastic and are toroid in shape, with cross-sectional diameters ranging from 7 to 9.5 mm and overall diameters from 50 to 60 mm. The steroids are either uniformly dispersed in the rings or concentrated in the core in a three-layer configuration, which is often termed the 'shell' design. With the shell design, the steroid serum levels have been found to remain nearly constant for more than 150 days after an initial burst in the first cycle [71]. The ring is designed to be in use for three weeks, followed by one week of withdrawal during menstruation, and good for at least six cycles [126].

Among the progestins released, which include R2323, norethisterone, medroxy progesterone acetate, megestrol acetate, progesterone, and levonorgestrel [85], a combination of levonorgestrel and estradiol appears to have the optimal effects in terms of pregnancy protection and bleeding control. Most clinical data have been collected on vaginal rings which release a combination of 230–290 $\mu$g of levonorgestrel and 150–180 $\mu$g of estradiol daily [86]. These rings block ovulation in nearly all cycles. The overall performance is comparable to that of oral pills. The gross cumulative pregnancy rate per 100 women was 2.8 for 600 subjects through 2 years of use, with a continuation rate of 40%. There are reassuring data that the use of these contraceptive rings have no measurable adverse effects on subsequent fertility, and they do not affect the bacterial ecology of the vagina [112].

Recent endeavors have concentrated on optimizing the dose required to improve bleeding control; a dose of levonorgestrel less than 200 $\mu$g/day is favored. However, it is cautioned that a possible increased risk of ischemic heart disease should be examined, as findings have associated a decrease in high-density lipoproteins with the prolonged low dosage of levonorgestrel [8,29].

### IIIB. Medicated intrauterine devices

Oral contraceptives and intrauterine devices (IUD's) which appear in plain and medicated forms, have been the most effective methods of fertility control. The inert devices achieve contraceptive action presumably by mechanical effects on the endometrial surface. However, for the plain IUD's a large surface is required for

effectiveness, which is often the cause of discomfort such as bleeding, cramping and expulsion. Smaller medicated devices, which release either copper or progestins, were hence developed. Among the shapes used, a T-shaped or 7-shaped device is found to least likely invoke bleeding and expulsion and has become the popular choice.

The copper-bearing IUD consists of winding the copper wire around the vertical arm of the T-shaped plastic frame. The release of copper ions is constant from these devices. The release mechanism is actually a chemical one with a combination of ionization and chelation. The copper is oxidized to cupric and cuprous ions and represents a truly surface erosion process. The copper supply is extrapolated to last for more than 15 years, although the release may be impeded by calcium carbonate deposit on the device [82]. The problems of discomfort and bleeding still persist. A recent five year study on these copper-bearing IUD's (Nova T) showed seven pregnancies and four removals due to infections during 5176 woman-months of use; the continuation rate was 50% [77]. While this is adequate, the efficacy of the levonorgestrel-releasing IUD's is even more impressive.

The first successful steroid-releasing IUD on the market is the Progestasert®, which releases progesterone at a rate of 65 μg/day [96]. In this device the steroid is dispersed in a silicone film, which in turn is coated by an EVAc film. The laminate then fits into a T-shaped polyethylene support in the form of a sleeve. With this configuration, diffusion across the EVAc membrane is the rate-determining step and a constant concentration gradient can be maintained. An annual replacement of the device is necessary and the release rate drops by 25% in this period [78]. A study showed that the number of pregnancies was 1.7 and 2.6 per 100 women per year for parous and nulliparous women, respectively [96].

Another steroid-releasing IUD utilizes the more potent levonorgestrel, and because of the high potency the device can last for several years. In a 5-year study, with devices which released 20 or 30 μg of levonorgestrel per day, there was only one pregnancy and one removal for suspected infection during 10 605 woman-months of use [77]. The continuation rate was 53%. Return of fertility after discontinuation of these levonorgestrel IUD's was shown be rapid and normal. The device was effective for five years, with a safety period of an additional two years.

## IIIC. Subdermal implants

Most clinical data have been accumulated on the levonorgestrel releasing Silastic [87,106,121]. One configuration, under the tradename NORPLANT®, was to incorporate the steroid in capsular form. In their initial designs, the capsules had dimensions of 34 mm in length, 2.4 mm outer and 1.57 mm inner diameter. Each capsule contained 36 mg levonorgestrel and six of them were placed in the inside of the upper arm or the forearm. The initial dose was 90 μg/day, dropping to 30 μg/day at the end of 800 days. The levonorgestrel concentration in plasma varied by less than 20% through five years of use [85]. In a multi-center study, the cumulative 5-year net pregnancy rate was 2.6 per 100 women-years, involving 992 women [132]. In a similar 5-year study in Finland, the cumulative pregnancy rate

was zero [51]. As with medicated IUD's, menstrual irregularities were major causes for termination.

It is speculated that a higher dose of levonorgestrel may improve the bleeding patterns. An alternative implant was therefore designed to homogeneously disperse the steroid in silastic rods. As expected the release rate from this simple matrix device dropped with time. In a clinical trial the rate decreased from 320 $\mu$g/day to 120 at the end of one year [24]. A further disadvantage is the ease of breakage in removing these rods. This led to the covered rod design, in which the homogeneous rod was coated by a Silastic membrane [107]. A 5-year clinical trial using either four or six covered rods showed that the dose could be increased to 70 and 105 $\mu$g/day, respectively, as compared to 30 $\mu$g/day for NORPLANT [105]. 66% of the initial steroid was released in a 6-year period, and the release rate was practically constant (Fig. 1). No pregnancy was observed during 470 women-years of use. The termination rate was comparable to that of the NORPLANT study.

## IIID. Biodegradables

While the Silastic system described above would provide effective fertility control, they have to be removed after the treatment. A biodegradable system would eliminate that need, which is a significant advantage in developing localities where patient follow-up is difficult. Although the progress of biodegradable contraceptive systems is behind that of the other systems, increasing clinical trials are being conducted using different biodegradable polymers [33].

As a consequence of toxicology considerations, most data have been accumulated on the copolymers of lactic and glycolic acids (PLGA), since their degradation products are natural metabolites. Initial studies on contraceptive release have been conducted on monolithic formulations [34,131]. Due to the low permeability



Fig. 1. Release of levonorgestrel from a single 3 cm covered rod in milligrams vs. time (Ref. 105).

POLYMERIC CONTROLLED DRUG DELIVERY                                                     207

of steroids in PLGA, recent clinical trials have focused on release from microcapsules and microspheres [3,4,6]. Higher release rates are possible for these microcapsules because of the thin membrane and high area-to-volume ratio.

A phase I human study was conducted in 1979 with norethindrone loaded-PLA microcapsules, administered by intramuscular injection [5]. The norethindrone serum level was seen to decrease in a 6-month period (Fig. 2). Consequently, the ovarian function was inhibited only in the first 3 months. Although the release was complete in 6 months, the polymer degradation required 12 months. A build-up of polymer would therefore exist following repeated applications. Subsequently, the copolymer with glycolide was used for a higher degradation rate. Studies in baboons showed that release from these microcapsules was controlled by diffusion initially, followed by a combination of diffusion and erosion [6]. The two-phase release provided a pulse in the latter half-period to flatten the decline of norethindrone concentration. A 6-month delivery system has been identified with 10–15 mol% glycolide in the copolymer for clinical trials [6].

The other polyesters examined are poly($\epsilon$-caprolactone) and its copolymers with $\epsilon$-decalactone, lactide and glycolide [33]. Poly($\epsilon$-caprolactone), under the name Capronor, biodegrades at a lower rate than PLA and is more permeable to the steroids. For instance, progesterone is $10^4$-times more permeable in Capronor than in PLA [98]. This higher permeability allows exploitation of other contraceptive agents. The polymer has been shown to undergo homogeneous degradation, with no mass loss in the first two years. The system is designed to release the contraceptives for 1 year by a diffusion-controlled mechanism, and then biodegrades. The mechanical integrity of the device would be maintained in this period to allow early retrieval. It has been observed that in the first two years the molecular weight of the polymer decreases due to increased crystallinity as a result of re-orientation of the mobile cleaved chains. The change in molecular weight slows down after the initial 2-year period, but the complete biodegradation of the polymer remains to be fully tested. In a small clinical trial involving eight ovulatory women conducted



Fig. 2. Mean serum leels of norethisterone $\pm$ SD in women ($N$=7) treated by intramuscular injection with microcapsules containing 80 mg norethisterone (Ref. 5).

in 1982, the efficacy of the delivery system was demonstrated by the suppression of ovarian function in seven of eight subjects for the 30-day study period (Fig. 3) [89].

Results from other classes of biodegradable delivery systems are more limited. Poly(orthoesters), designed to undergo surface erosion, are one of the systems tested. Since hydrolysis of orthoester is pH sensitive, one approach to achieve surface erosion is to incorporate basic substances to suppress hydrolysis in the interior of the matrix. Initial studies conducted on Alzamer, a polyorthoester manufactured by Alza, showed maintenance of desired levels of norethindrone in rabbits for several months [48]. However, the device elicited a local irritation response [33]. Approaches to resolving this biocompatibility problem and on releasing levonorgestrel may be underway. A different polyorthoester has also been used for delivering contraceptive steroids. The approach adopted to promote surface erosion is to include acid catalysts in the matrix to lower the pH at the polymer-water interface. With 2% calcium lactate as the acidic excipient, the release of levonorgestrel from the poly(orthoester) cylinders in rabbits was relatively constant for over 1 year [45–47]. However, the polymer erosion preceded drug release, indicating that solubilization of levonorgestrel was the rate-determining step.

Besides polyesters and polyorthoesters, polypeptides have been explored as carriers for the steroids [119]. The appeal of this class of polymers is the potentially non-toxic degradation products. Copolymers of glutamic acid and ethylglutamate have been used to release levonorgestrel. Studies in mice had seen a relatively constant rate for up to 8 months. Again, the low water solubility of levonorgestrel is believed to be the cause of this constant release. An alternative use of the poly(glutamic acid) is to create a pendant delivery system using the carboxylic acid side groups [25]. Norethindrone is covalently linked to the polymer via an ester or a 3-oxime ester bond and is also linked to the polymer via the spacer hydroxyalkylamine. A steady release of norethindrone in rats lasting four months is seen



Fig. 3. Mean levonorgestrel serum levels of eight subjects. Error bars indicate standard deviations of mean concentrations observed in all subjects on a given cycle day (Ref. 89).

from a 3-oxime ester conjugate [94]. Clinical studies have yet to be undertaken on this system.

### IIIE.  Summary

The emergence of an effective long term fertility control is increasingly important to the problem of over-population. Although complications such as risks of ectopic pregnancies and irregular bleeding patterns need to be clarified, the steroid delivery systems described above are undoubtedly promising solutions. The NORPLANT subdermal implants and medicated IUD's clearly demonstrated the superiority over oral pills. Aspects of efficacy, safety, reversibility and patient acceptance appear to be satisfactory. The remaining issues are identification of optimal dose, evaluation of the risk of ectopic pregnancy, and improvement of irregular bleeding patterns.

The design of a suitable contraceptive delivery system must have been a challenging experience. On one hand, it is not difficult to obtain a sustained release for these sparingly water-soluble steroids. The dissolution of the steroid is often one of the rate-determining steps, particularly for the case of levonorgestrel. In fact administration of the steroids as free crystals can often be used for the purpose of sustained release. For instance, an implant comprised of 85% norethindrone and 15% cholesterol has been shown to provide constant circulatory levels for 6 months [104], achieving a prolonged release at a relatively constant rate. On the other hand, it becomes difficult to justify new designs. While all the biodegradable systems involving synthetic polymers require extensive developmental work such as synthesis, characterization and microencapsulation, a simple pellet using cholesterol as filler would produce similar, if not superior, results. In addition, some of the biodegradable polymers have yet to prove the inertness of their degradation products.

In using the current contraceptives, the laminated Silastic delivery systems are superior to the biodegradable systems in providing long-term protection, maintaining constant drug level, and allowing early termination. The biodegradable system on the other hand offers the advantage of not requiring surgical removal. The corollary is that biodegradables also render early termination with difficulty. Furthermore, the necessity of applying the devices every 6–12 months compared to the surgical removal every 5 years diminishes this advantage. Nevertheless, the potential of the biodegradable systems should not be underestimated. As more potent contraceptives are discovered, the biodegradable system may be the more suitable one to handle the new agents. An example may be a contraceptive with unsuitably low permeability in Silastic. An erosion-controlled release mechanism will then be preferred.

The direction taken for long term delivery of contraception will be dictated by the discovery of new fertility-control agents. In addition to the possibility of being more suitable to biodegradable systems, agents with acceptable skin permeability and potency may also justify transdermal designs. A transdermal patch which is applied only during the ovulation period or even before coitus would be appeal-

K.W. LEONG AND R. LANGER

ing. The development of male contraceptives should also stimulate further system designs.

## IV. Cancer chemotherapy

### IVA. Matrix systems

Given the nature of many antitumor drugs, which have a short in vivo half-life time and a narrow therapeutic index, it is natural to apply controlled-release technology to cancer chemotherapy. Various polymeric delivery systems have been proposed to improve the therapeutic index of these drugs.

The use of silicone capsules represents one of the earliest efforts to improve the efficacy of antitumor drugs. With Syrian hamsters infected with lymphosarcoma as a model, however, subcutaneous implantation of the silicone rods loaded with antineoplastic agents, such as triethylene melamine, 5-fluorodeoxyuridine, cyclophosphamide, and merchloroethamine, had little effect in limiting tumor growth [76]. The efficacy was inferior to conventional intraperitoneal injections, and was speculated to be a result of insufficient dose. Nevertheless, an improved efficacy was observed in cases where the drug-loaded capsules were implanted directly into the center of the tumor mass. The localized release reduced the number of neoplastic cells and increased the vascular and fibrous tissues. It also significantly reduced the frequency of metastases in various tissues of the hamsters.

Against mouse L1210 leukemia, 1,3-bischloroethyl-1-nitrosourea (BCNU) dissolved in sesame oil or ethanol has been placed in Silastic [111]. In vitro release studies showed that a higher area-under-curve and enhanced efficacy were obtained for the capsule over the free drug. The capsule with a wall thickness of 0.81 mm yielded a higher increase in life span (ILS) than that with a wall thickness of 0.42 mm. The results suggest that a more sustained release of the drug may be beneficial. As compared with free BCNU, the silastic capsule also enhances the rate of cell kill. The role of organic solvent is essential in protecting the drug from decomposition, as the half-life of BCNU in buffer is less than 1 h.

A nucleoside, $N^6$-($\Delta^2$-isopentenyl) adenosine, has been impregnated in Silastic discs for controlled release [15,42]. The growth-inhibition studies against L1210 leukemic cells show that the polymeric system is more capable than the free drug in inhibiting the leukemic cell replication.

Another nitrosourea, the 1-chloroethyl-3-cyclohexyl-1-nitrosourea (CCNU), has been incorporated into microspheres made of PLA and poly(β-hydroxybutyrate) for treating mouse L1210 leukemia [9]. The microencapsulation formulation reduces systemic toxicity, but has only limited potency in restricting leukemia cell survival in the spleen and the liver. Since the release is diffusion controlled, a major portion of the drug might have decomposed inside the capsules.

Against Ehrlich ascites carcinoma in rats, a sustained release of 5-fluorouracil from poly(ethylenevinylalcohol) is more efficacious than free drug administration [81]. The increase in life span is 240% as compared to 122% for the free drug. For the actinomycin D loaded poly(methylcyanoacrylate) nanoparticles, a greater in-

POLYMERIC CONTROLLED DRUG DELIVERY                                        211

hibitory action than the free drug is also observed on the growth of S250 sarcoma in rats [62].

### IVB.  Pendant systems

In an attempt to improve the effectiveness of 1-β-D-arabinofuranosylcytosine (ara-C), an antimetabolite used frequently for treatment of acute myelogenous leukemia, the drug was conjugated to poly(glutamic acid) and its derivatives [54]. In vitro studies show that the conjugates reduced cytotoxicity against L1210 cells as compared with free ara-C. The in vivo studies, however, show a higher efficacy against L1210 tumor bearing mice, as shown in Fig. 4. It is speculated that the polymer-drug bond was cleaved under physiological conditions, thereby freeing the drug. In addition to release outside the cell, it is conjectured that uptake of the conjugates by endocytosis would lead to intracellular release of free drug by the action of lysosomes.

Other studies against leukemic cells link daunorubicin to albumin, but use mouse leukemia P338D as the model [64]. In vitro cell-culture studies demonstrate that the drug albumin complex promotes phagocytosis, resulting in a 40-fold increase in pharmacological activity.

In treating the same P338 leukemia model, daunorubicin is linked to poly(L-aspartic acid) and poly(lysine) via the methylketone side chain of the drug forming an ester and amide bond, respectively [135,136]. There is an appreciable reduction of cytotoxicity in both conjugates. The poly(lysine) conjugate has only minimal in vivo potency, which is surprising, since poly(lysine) by itself is known to possess antitumor activity. The maximum increase in life span of 312% for the poly(L-aspartic acid) conjugate is an improvement over the albumin conjugate. The cleavable ester linkage of this conjugate which allows drug release is again attributed



Fig. 4. Antitumor effect of multiple doses of ara-C:PHEG (Conjugate III). Groups of 5 CD2F mice were inoculated i.p. with $1 \times 10^5$ L1210 cells. Starting 24 h later, different groups received daily for 5 days an i.p. injection of one of the following: Conjugate III, 3.2 (■), 12.5 (○), 25(●), and 50(△) mg/kg; ara-C (400 mg/kg) (×); and 0.9% NaCl solution (——). The above doses of the test materials are expressed as the doses per injection (Ref. 54).

to the enhancement. Similarly, doxorubicin has been linked to poly(L-aspartic acid) for treating macrophage tumor J774, Lewis lung carcinoma, M5 ascitic sarcoma and mammary adenocarcinoma [100]. The conjugate has reduced cardiac and vesicant toxicity. Its efficacy is equal to or better than unconjugated drug, but at less toxic doses. The improvement is more pronounced in the treatment of sensitive tumors such as M5 ascitic tumor and Gross leukemia.

Other poly(amino acid) conjugates include the attachment of melphalan to poly(L-lysine) or poly(L-glutamic acid) [83]. The in vitro alkylating activity of the conjugates is 40–70% of free melphalan. With Yoshida sarcoma in rat as models, the poly(glutamic acid) conjugates limit the growth of tumor more effectively than the free drug (Fig. 5). The sustained release characteristics of the conjugated drug is demonstrated by using phenylalamine as the model compound. In the presence of carboxypeptidase and aminopeptidase the release rate is accelerated by roughly a factor of two.

Methotrexate has also been covalently bound to poly(L-lysine) [100]. In vitro cell culture studies show that an approx. 100-fold increase in concentration of free methotrexate as compared to conjugated methotrexate is needed to cause comparable inhibition in the transport-deficient Chinese hamster ovary cells. The finding suggests that conjugation enhances the cellular uptake of the drug, and hence can overcome drug resistance due to deficient cell transport. Another group observes pronounced in vitro inhibitory effects on tetrahydrofolate dehydrogenase and murine L5178Y cells when methotrexate is linked to divinyl ether-maleic anhydride copolymer, poly(L-lysine), poly(ethyleneimine), or carboxylmethyl cellulose [31]. The activity of the conjugates is nevertheless lower than the free drug,



Fig. 5. Effect of single-shot and multiple-shot administrations of free or conjugated MPL on the growth of Yoshida sarcoma. Each rat was subcutaneously injected with 0.1 ml of free MPL ($\triangle$), poly(glutamic acid) conjugated [60K ($\square$), 14K ($\blacksquare$)] MPL, mixture of free MPL and poly(glutamic acid) (14K) ($\blacktriangle$), or saline ($\circ$) into the tumor site on day 4 after inoculation. Dose for MPL was 50 µg/rat. Student's t-test: a) $p < 0.05$; b) $p < 0.02$; c) $p < 0.001$. Each point represents the mean ($\pm$S.E.) of ten experiments (Ref. 83).

Case 1:05-cv-00642-JJF    Document 97-6    Filed 11/30/2006    Page 51 of 71

possibly caused by inaccessibility of the active pteridine group as a result of steric hindrance.

A number of attempts have been made to increase the localization and up-take of the antitumor agents by attaching an antibody to the carriers to direct the carriers to the target sites. This homing effect has been indirectly demonstrated by the study using an anti-α-fetoprotein antibody (AFP)-daunorubicin conjugate linked to a poly(L-glutamic acid) derivative [128]. Against the AFP-producing rat ascites hepatoma cell line AH66, the presence of the antibody in the carrier exhibits superior efficacy to other conjugates in prolonging the survival of the tumor-bearing rats (Fig. 6). Other studies have confirmed the beneficial effect of the antibodies [2,21]. A recent study links anti θ antibodies or antibodies against fluorescein is-



Fig. 6. Antitumor effect of anti-α-fetoprotein conjugate on DONRYU rats bearing ascites AH66 hepatoma. DONRYU rats were inoculated i.p. with $1 \cdot 10^4$ AH66 cells (day 0). On days 3, 5 and 7 (expt. A) or 3, 5, 7, 9 and 11 (expt. B) rats received an i.p. injection of one of the following: □, nIg (200 or 500); ○, anti-α-fetoprotein(200 or 350); X, DM(50 or 25); ◊, PLGA-DM (50 or 25); ▲, mixture of anti-α-fetoprotein (200 or 350) and DM (50 or 25); ■ nIg-PLGA-DM (221-56 or 500-25); ●, anti-α-fetoprotein-PLGA-DM (207-56 or 350-25). The two sets of numbers in parentheses indicate the doses (μg) per injection in expts. A (the first) and B (the second). For Ig-PLGA-DM conjugates, two numbers linked by a bar are given for the doses of Ig and of DM in that order. The survival of untreated rats is shown by the unbroken line (Ref. 128).

othiocyanate (anti FITC) to a drug-carrier conjugate composed of the copolymers of $N$-(2-hydroxypropyl)methacrylamide with $p$-nitrophenyl esters of $N$-methacryloylated oligopeptides [103]. The researchers demonstrate that the targeting antibodies were highly active compared to nonspecific gamma globulin. The study also indicates the merits of a cleavable drug-carrier linkage. A degradable (by lysosomal enzymes) oligopeptide sequence bound to daunomycin is hundred times more active against T lymphocytes than one which is nondegradable.

While most conjugates seem to benefit from release of the free drug, a surface-reactive drug like adriamycin does not have to rely on the nature of conjugation, since it acts on the cell surface. Adriamycin coupled to poly(glutaraldehyde) microspheres is indeed observed to be 1000-times more potent than the free drug against the highly resistant rat liver cell line [108]. The efficacy of the conjugate at such a low dose provides a great margin of safety. Greater than 99.5% of adriamycin remains attached to the polymer during the study. The effectiveness is attributed to multiple interactions of the drug-polymer complexes with the cell surface.

### IVC. Hormonal therapy and angiogenesis inhibition

Recently, there has been evidence that a hormonal therapy is effective in treating hormone-responsive carcinomas [102]. Both luteinizing hormone-releasing hormone [LHRH] analogues and agonists have been applied to pancreatic and prostate tumors [101]. These peptides have been administered as once- or twice-daily injections. They can be tolerated at high doses, and have minimal metabolic side effects. However, to improve patient compliance, different groups have developed a one-month delivery system based on the PLGA microcapsules.

In treating Syrian Golden hamsters bearing WD ductal pancreatic tumor, the [D-Trp6]LHRH loaded microsphere formulation (a lactide/glycolide ratio of 53:47) reduces the tumor weight and tumor volume significantly [102]. The extent of tumor growth inhibition is, however, not as great as daily injections of the unencapsulated peptide. The one-month controlled release formulation is nevertheless more efficacious in treating prostate tumors. The decrease in tumor weight in Dunning prostate tumor in rats is 81% for microcapsules vs. 38% for daily injection of equivalent doses, or 54% for daily injection of double doses. The microcapsule formulation also suppresses the serum testosterone level to a greater degree.

Another LHRH analog, termed Zoladex, has been applied to treatment of DMBA-induced rat mammary carcinoma via a PLGA (50:50) microcapsule formulation [32]. The result in general is superior to daily injections. The subcutaneous depot induces inhibition of estrogen secretion and regression of tumor. Fig. 7 shows the control of tumor growth by the microcapsules. The delivery system attains for 1 month a more effective pituitary desensitization equivalent to surgical castration.

In addition to releasing conventional antineoplastic agents, polymeric systems have been used to deliver angiogenesis inhibitors as a novel mode of cancer therapy in animal models. It has been shown that most solid tumors secrete a tumor

POLYMERIC CONTROLLED DRUG DELIVERY                                            215



Fig. 7. Effect of single subcutaneous depots containing 1 mg 'Zoladex' on the growth of Dunning R3327H transplantable rat prostate tumours. The depots were given every 4 weeks as shown by the arrows. The control group (——) had 13 animals and the 'Zoladex'-treated (——) and surgically castrated (·——·) groups 12 animals each, as shown by the figures in parentheses (Ref. 32).

angiogenesis factor which induces growth of new vessels from the host [28]. It is hypothesized that by inhibiting the growth of the new capillaries, and thus depriving the tumor of oxygen and nutrient supply, the tumor will not grow. Purified extracts from calf and shark cartilage which had been shown to inhibit angiogenesis were placed in EVAc for controlling tumor growth [68]. VX2 carcinoma transplanted into the rabbit cornea is used as the tumor model. In untreated controls, the tumors grow as thin plaques and induce vessels to sprout from the edge of the cornea 4–6 days after implantation (Fig. 8a). As the vessels reach the tumor, 100% of the tumors grow rapidly into large protruding masses. In contrast, the vessels grow sparsely and slowly in the treated corneas (Fig. 8b). By the fourth week, many vessels regress, and 15 of 33 tumors never became vascularized during a 9-week period.

Recently, a combination of heparin and cortisone was found to be a potent angiogenesis inhibitor [27]. EVAc as well as biodegradable polyanhydrides have been used as depots for the release of this inhibitor [69]. With the same tumor model, both formulations completely inhibit the vessel growth for the duration of release, which is over 4 weeks for EVAc, and 2–7 weeks for the polyanhydrides. The mechanism of inhibition has not been fully elucidated. In particular, the role of heparin, a known stimulator of angiogenesis, as an adjuvant is uncertain. While heparin potentiated the inhibitory effect in controlling growth of VX2 carcinoma and several transplantable murine tumor lines, it had no effects on the response to the chemical angiogenic factor prostaglandin E1 [124]. The discrepancies are attributed to the dissimilar biological activities of heparin provided by different manufacturers.

216                                     K.W. LEONG AND R. LANGER





Fig. 8(a) Lower third of a rabbit cornea containing tumor and empty polymer pellet, 17 days after implantation. Vessels appear as dense carpet sweeping over pellet. At this time, the tumor has already vascularized and is growing rapidly (Ref. 69). (b) Lower third of rabbit cornea containing tumor and polymer with calf cartilage inhibitor. Vessels are sparse and fail to grow in zone surrounding the polymer. The tumor has not become vascularized. This photograph was taken 17 days after implantation (Ref. 69).

### IVD. Embolization

Besides acting as carriers or depots for antitumor drugs, polymeric microspheres have been used as embolic material. The embolization technique delivers the drug-loaded microspheres to the tumor area by intra-arterial infusion via percutaneous catheterization. The microcapsules, sieved to a certain size range, are designed to be trapped in the arteriolar beds and served as local reservoirs for drugs to be diffused to the surrounding tumor tissues. It is hoped that infarction may increase the drug diffusion into the surrounding parenchyma at an early stage of edematous change. By retaining the drug in the target tissue for a longer period of time systemic toxicity may also be reduced.

The chemoembolization approach has been studied in Japan using mitomycin loaded ethyl-cellulose microspheres [55]. As of 1981, 179 patients with a variety of tumor lesions had been subjected to the treatment [56]. The response includes a greater than 50% reduction in tumor size in 55 of 125 measurable tumors, hemostasis in 54 of 67 lesions with gross bleeding, pain relief in 50 of 67 painful lesions, and adjuvant effects on surgery in 40 of 47 tumors followed by radical surgery. 25% of the patients failed to respond to the treatment, and 25% experienced bone marrow depression, local pain, elevation of temperature, and anorexia.

Another group using VX2 carcinoma in rabbits as a model has also demonstrated the effectiveness of this approach [30]. The albumin microspheres, used as the carrier for mitomycin, are injected into the femoral artery of rabbits with implanted tumors in their hind legs. A marked inhibition of tumor growth and an increase in lifespan are observed. The drug concentration is estimated to be 6–7 times higher in the tumor than in the peripheral plasma. The obstruction of the drainage veins is speculated to enhance and prolong the drug exposure, resulting in the therapeutic gain. Recently, microspheres made of carnauba wax and loaded with 5-fluorouracil were tested for this approach [7].

### IVE. Summary

The apparent success of polymeric delivery systems in cancer chemotherapy is due to improving the therapeutic index of the antitumor drugs. However, the practical advantages in many cases are not obvious. It can be argued that the increase in efficacy is often valid only in reference to bolus administration of free drug. Against optimal dosing, the long-term sustained release is not necessarily superior. The polymeric delivery systems also lack the ability to titrate the dose against the severity of the toxic effects. However, one has to believe that there ought to be a better way than orally administering these drugs, knowing that only a small fraction of the active drugs will ever reach the target sites. The difficulty in evaluating the various designs lies in the complexities of cancer chemotherapy. The exact mechanisms of the cytotoxic action of many antitumor drugs, especially in relation to the phase cycles of the dividing tumor cells, are not known. It is difficult to identify the optimum dose, and especially so for controlled-release formulations, since the in vivo release profiles are complicated. With these un-

knowns, compounded by the multitude of animal models and cell lines used, the relative merits of different delivery systems become blurred.

The role of the polymeric carrier in controlling the release appears to be only secondary, as a constant release is not necessarily better than a pulsed delivery. The exceptions may be the delivery of angiogenesis inhibitors and LHRH analogues, in which cases the prolonged drug exposure has proven beneficial. In dealing with unstable antitumor drugs, biodegradable carriers should be more suitable. In diffusion-controlled matrix systems, the long residence time in the matrix of the drug in solution state may cause extensive decomposition before the drug can be released. Among different types of polymer-drug conjugate, it is clear that a cleavable bond which facilitates extracellular as well as intracellular release is preferred.

It appears that best results are obtained by implanting the devices in the vicinity of the tumor lesions. Intra-arterial catheterization using microspheres offers a solution to site-specific delivery in limited cases. However, chemoembolization is applicable only to tumors accessible to catheterization and it is ineffective against metastasized tumors. The histological damages imposed on the target tissues must also be carefully examined. For tumors against which catheterization cannot be used, the use of magnetism may help direct the magnetic responsive microspheres to the target site [57,130]. To reach the ultimate goal of cell-specific delivery, researchers have been using monoclonal antibodies and other ligands to guide the drug to the tumor cells [2,21]. Polymers can play an imporant role in both of these approaches in bearing the targeting moieties.

## V. Insulin therapy

Ever since the discovery and clinical use of insulin in the early 1920's, attempts have been made to prolong the hypoglycemic action of this pancreatic beta-cell hormone for the treatment of diabetes mellitus. As insulin is inactivated in the gastrointestinal tract, and its half-life in the plasma compartment is only 10–12 min, multiple injections are often needed to mimic normoglycemia. Besides requiring conscientious discipline on the part of the patient, this dose regimen may produce wide fluctuations of glucose levels which lead to many of the long term vascular and neurologic complications of diabetes. In addition, there is strong evidence that a continuous delivery of insulin at a basal rate would increase the effectiveness of controlling glucose levels in response to bolus insulin doses [95]. There is therefore a compelling incentive to develop a controlled delivery system for insulin therapy.

Although islet cell transplants from closely related donors are able to restore normoglycemia and reverse glomerular lesions, the obstacle of avoiding graft rejection and the use of immunosuppressive agents must be overcome. The availability of qualified donors may also prevent the widespread use of this technique. For portable or implantable infusion pumps, the primary potential problems are infection on implant sites and aggregation of insulin which leads to loss of bioactivity and occlusion of the delivery port. Malfunction of the glucose sensor in a closed-loop system or negligence of the patient to reset the dose selector to basal

levels after a pulse delivery in an open-looped system are other potential problems. While solutions to these problems remain incomplete, the alternative approach of using polymeric carriers for sustained insulin delivery has its own appeals.

## VA.  Basal delivery systems

The first attempt to provide a sustained release of insulin from polymer was the use of polyacrylamide [18]. It is, however, difficult to assess the efficacy of this system as the blood glucose level was not determined. The clear demonstration of the feasibility was later provided by a study using poly(ethylenevinylacetate) (EVAc) [17]. A single subcutaneous implant of such an insulin matrix was shown to maintain streptozotocin-induced diabetic rats normoglycemic for a 4-week period. Mean glucose level for treated animals was 113 mg/dl as compared with 398 mg/dl for untreated diabetic controls. Treated animals experienced a normal growth by reaching a mean weight of 350 g, whereas the controls lost weight to a mean of 150 g. Although the supply of insulin in this case was designed to last for months, it was found that release was halted at the end of the 4-week period. Much of the insulin was trapped because the release mechanism was diffusion through pores, and the relatively low loading level and the small particle size of insulin (less than 50 μm) yielded discontinuous diffusion paths.

As an extension to this study, the EVAc system was optimized with respect to solubility, particle size, and loading level of insulin, as well as to porosity and geometry of the matrix [12]. Faster release kinetics was obtained by using a more porous matrix (the result of compression-molding instead of solvent casting), substituting the more soluble sodium for zinc insulin, and by using a larger particle



Fig. 9. Average plasma glucose concentration for each of three groups of rats are graphed over 105 days. There were three non-insulin-treated normal control rats, four untreated diabetic control rats, and at least eight insulin-polymer-treated rats at each point. Insulin matrices were implanted on day 0 (Ref. 13).

size, and a higher loading level. By adjusting these parameters, the researchers were able to obtain more desirable release rates. Another manipulation was the coating of the sample for a more linear release profile. Uncoated, the matrix yielded a first-order release, since the diffusion distance from the matrix interior to the external environment increases with time. When the disc was coated on all sides except for an aperture on one face, by an impermeable layer of EVAc, near constant release rates were observed as the available area of drug surrounding the aperture increased with time, compensating for the increasing diffusion distance. With this optimized system, an insulin delivery of 100 days in vivo was demonstrated [13]. The plasma glucose levels of the streptozotocin-induced diabetic rats fell from $386 \pm 18$ to $119 \pm 35$ mg/dl (Fig. 9), and urinary glucose was eliminated for the first 50 days (Fig. 10). The weight gain and glycosylated hemoglobin concentrations of the treated rats were also close to normal. In addition, while cataracts were visible 45 days after diabetes induction in all the controls, none of the treated rats developed cataracts for the duration of the experiment. The study suggests that, given the problems of insulin stability and aggregation, a long-term delivery system is still possible by careful design.

Inherently, insulin instability problem may be less crucial in a biodegradable system, since the mean residence time of the dissolved solute in the matrix would be shorter. The first biodegradable system was fabricated from albumin cross-linked with glutaraldehyde [38]. The microencapsulation produced microbeads of 200 μm or larger which were loaded with 20% of the weight % of insulin. Implantation of these insulin-albumin microbeads reduced the mean fasting blood glucose level of diabetic rats from 392 to 88 mg/ml for 2 weeks. The matrix was estimated to degrade in 4–8 weeks. The release in this case is likely a combination of diffusion and erosion. The controlling factors are size and crosslinking density



Fig. 10. Average urinary excretion is graphed for four untreated diabetic control rats and at least eight insulin-polymer-treated diabetic rats (Ref. 13).

of the microbeads. However, since a layer of fibrous capsule, produced by the rats, was observed surrounding the implant, the rate-limiting step may be diffusion through this layer. It appears there was a significant loss of the bioactivity of insulin, most likely effected by the crosslinking reactions of glutaraldehyde.

Predictably, poly(lactic acid) A (PLA) is a convenient choice in the design of biodegradable insulin delivery system. Injectable insulin-PLA microbeads and implantable pellets were prepared using an emulsion/solvent evaporation technique and a solvent casting technique, respectively [63]. With some microbead preparations, Sephadex (G-25) was added to increase the porosity of the matrix. The burst effect was significant for the microbeads, with more than half of the bovine-porcine insulin released in the first hour, but was much more subdued for the pellets. The in vitro action of duration in both cases was estimated to be 2–3 days. The in vivo results nevertheless indicated that the insulin supply lasts for more than 2 weeks, again suggesting the influence of tissue encapsulation on the kinetics. Between the two formulations the pellet provides better release characteristics and greater ease of fabrication. Since PLA will not decompose in such a short period, the release mechanism is solely diffusion controlled and the potential advantage of alleviating insulin aggregation then disappears. The issue of obviating device removal is also moot, since the substantial lag between drug release and matrix degradation would lead to unacceptable accumulation of polymer in the body as a result of repeated administration. These advantages would be better realized by a matrix whose degradation more closely matches the drug release.

One example under study involves biodegradable polyanhydrides [79]. Insulin incorporated microspheres made from the copolymers of bis-$p$-carboxy-phenoxy propoane and sebacic acid demonstrated activity against diabetic rats for 3–4 days.



Fig. 11. Mean percentage glucose decrease for diabetic rats containing experimental devices and four groups of controls. Percentage decrease = (glucose level before triggering−glucose level after triggering)/glucose level before triggering. The mean percentage glucose decrease for each group of animals was calculated by averaging the mean percentage glucose decrease of the different rats in the same group. These are shown with the standard error of the mean. There are 17 rats in total: at least three in each of five groups. The period of the experiment was 51 days. The number of data points ($N$) for each bar is the number of triggers multiplied by the number of rats; (a) experimentals ($N$=26); (b) diabetic rats with insulin implants without magnets ($N$=35); (c) diabetic rats with implants containing magnets but no insulin ($N$=17); (d) diabetic rats without implants ($N$=18); (e) healthy rats without implants ($N$=27) (Ref. 60).

The microencapsulation methods used, however, do not permit the use of longer acting polyanhydrides. This system will have to be further explored.

Other insulin-loaded microspheres were formulated by extruding a mixture of insulin crystals and sodium alginate into a calcium chloride solution, and then coating it with poly-L-lysine [74]. Similar to insulin-PLA microbeads, the release was rapid under in vitro conditions, with completion in 3 days.

In an attempt to bypass digestion in the stomach and small intestine, researchers have tried to develop an oral delivery system by coating the insulin with polymers crosslinked with azoaromatic groups [110]. The film was composed of the copolymers of styrene and HEMA crosslinked with divinylazobenzene. The impervious film remains intact while passing through the small intestines, but decomposes in the large intestines due to the reduction of the azo crosslinking bonds by the indigenous microflora. Insulin is thereby released to the lumen of the colon for absorption. Preliminary experiments showed that the coated formulation gradually reduced the glucose blood level to 40–60% of the initial value in nine hours. The time of response was found to vary from 1 to 9 h after administration. The variation was attributed to delays in the stomach. The specific microflora reduction of the crosslinks in this case yielded water-insoluble products containing primary aromatic amines. Although the original film was reportedly non-mutagenic and nontoxic, the breakdown products remain to be tested. This study offers a new approach to oral delivery of peptide drugs, provided the issues of toxicity and reproducibility are addressed.

## VB. Externally controllable system

The polymeric insulin delivery systems discussed above are insensitive to the changing metabolic state of the diabetic patient. In order to control more closely the blood glucose level, a responsive mechanism must be provided to augment the basal delivery. To achieve this goal, researchers have relied on both external or auto-regulatory mechanisms. The first attempt was to embed magnetic beads into



Fig. 12. Schematic representation of self-regulating insulin delivery system. As the glucose level (Δ) increases, influx of glucose to pouch increases, displacing glucosylated insulin (G-insulin, ○), from the Con A (□) substrate. Increasingly displaced G-insulin in the pouch results in efflux of G-insulin to the body (Ref. 53).

the EVAc-insulin matrix. When the sample is exposed to an oscillating magnetic field, the movement of the magnet squeezes additional insulin out of the matrix. The extent of modulation has been thoroughly studied with respect to frequency, strength and triggering period of the external magnetic field, the strength and orientation of the embedded magnet, and the elasticity of the matrix. Typically a (5–10)-fold increase can be obtained under in vitro conditions [23]. In application to diabetic rats, it was established that reversible and repeatable enhanced delivery rates could be effected by the magnetic field [60]. The average percent decrease of the glucose level was $29.4 \pm 2.1\%$ in 26 triggers, while the change was comparatively insignificant in four other control groups (Fig. 11). The speculative advantages of this system over open-looped programmable infusion pumps are that problems associated with infection and occlusion of the delivery ports may be bypassed. This system, however, contains no feedback control and requires the attention of the patient.

### VC. Glucose-responsive systems

The other two approaches which incorporate a feedback control are both chemical in nature. The first one relies on the complementary and competitive binding behavior of a lectin protein, concanavalin A, with glucose and glycosylated insulin [53]. The binding affinity of the glycosylated insulin can be adjusted by varying the sugar moiety and the spacer which link the sugar to the insulin molecule. The insulin-concanavalin A conjugate is enclosed in a porous membrane such as cellulose or poly-HEMA (Fig. 12). Using pancreatectomized dogs as models, the re-



Fig. 13. Peripheral blood glucose profiles of dogs administered bolus dextrose (500 mg/kg) during an intravenous glucose tolerance test (IVGTT). Normal (o) dogs had an intact pancreas, diabetic (□) dogs had undergone a total pancreatectomy, and implant (△) dogs had been intraperitoneally implanted with a cellulose pouch containing a Con A-G-insulin complex. Blood glucose levels at $t = -30$ min show the overnight fasting level 30 min prior to bolus injection of dextrose (Ref. 53).

searchers demonstrated that the implant produced a blood glucose profile matching that of normal dogs during an intravenous glucose tolerance test (Fig. 13). The insulinization of peripheral blood was nevertheless different. The effect of the implant yielded a baseline level of insulin twice as great as the controls, and lacked the peak characteristic of normal response. For this system, the enclosing membrane plays a critical role in not only regulating the diffusion processes, but also in preserving the conjugates. Rupture of the pouch was observed in one case which led to severe hypoglycemia. It is not certain how surface reaction of tissues with the membrane would affect the fluxes. The long-term utility of this system remains to be tested.

The second auto-regulating approach relies on the change of membrane permeability in response to external glucose concentration [1]. The system consists of a macroporous membrane such as poly-HEMA, enclosing a saturated insulin solution. The membrane contains pendant amine groups and immobilized glucose oxidase. As glucose diffuses into the gel, glucose oxidase catalyzes its conversion to gluconic acid, thereby lowering the pH within the gel microenvironment. The low pH leads to ionization of the pendant amine groups, which in turn increases the swelling of the hydrogel and its permeability to insulin. In vitro studies estimated that the insulin permeability increases (2.4–5.5)-times in response to a step change of glucose concentration from 0 to 400 mg%. Several areas must be examined for this approach, including the aggregation of the saturated insulin solution, the maintenance of the low pH microenvironment in the well-buffered physiological fluid, and the reversible and reproducible dimensional change of the membrane.

A fundamentally different insulin delivery system is the transplantation of encapsulated islet cells [124]. By enclosing the cells in an alginate-polylysine-alginate membrane, the researchers avoided the immuno rejection of the transplant. Histological studies showed that the islets remained viable in culture for over three months. Of eight streptozotocin-induced diabetic rats who received the transplant intraperitoneally, one had a normoglycemic period of only several days, five had a period ranging from 40 to 120 days, while two still normoglycemic when sacrificed at 365 and 648 days post-transplantation (Fig. 14). This study indicated that the encapsulated cells could continuously secrete insulin and respond to the glucose challenge. The transplant recipients showed normal weight gain and no evidence of cataract development. With subsequent refinements such as prolonging the viability of the islets, this approach offers the brightest promise of long-term insulin therapy.

## VD. Summary

In comparison to delivery of contraceptives and neoplastic agents, insulin delivery is more challenging in many aspects. That is so because of the high water solubility of insulin and the narrow margin of error. Unlike cancer chemotherapy, where the optimal release characteristics are rarely identified, insulin therapy must satisfy exact dose requirements. The potentially life-threatening situations of diabetes necessitate scrupulous system designs.

As a macromolecule, insulin had limited permeabilities in micro-porous mem-

POLYMERIC CONTROLLED DRUG DELIVERY                                    225





Fig. 14. Fasting plasma glucose profiles of streptozotocin-induced diabetic rats after transplantation of $(4.5-5.0) \cdot 10^3$ encapsulated rat islets. Note different scales in (a) and (b). Vertical bars denote time of second transplantation where applicable (B,D,E,F,G) (Ref. 124).

branes. The release must occur by channel diffusion. In such a release mechanism, it is difficult to maintain the same driving force for diffusion of a hydrophilic solute. Being orders of magnitude more water soluble than the contraceptive steroids, insulin displays a significant burst effect. Yet the loading level and particle size of the solutes must exceed critical values to avoid permanent retention in the matrix. The in vitro action of duration has thus been rather short for a simple matrix. The exception is a special geometry which restricts release to a single aperture.

Design of biodegradable systems faces similar hurdles unless the release is solely controlled by matrix degradation. That is not readily achievable in view of the fact that channel diffusion will be present to a certain degree due to the high water solubility of insulin. A low loading level and molecular dispersion, which is permissible for a degradation-controlled system, may help maintain a constant release rate. Theoretically, a biodegradable system has the least problem of insulin ag-

gregation. The coordination of drug release and matrix degradation, which is important in other cases, however, is crucial in this case.

To optimize diabetic treatment, the eventual approach must aim beyond only providing only a constant basal delivery. To be an attractive alternative to infusion pumps, the polymeric carriers ought to allow for modifiable delivery rates, ideally in an auto-regulatory manner. A reliable glucose-responsive release mechanism holds the future to the polymeric delivery systems.

## VI. Other areas

Besides the applications discussed above, controlled-release systems have been used in many other clinical areas. For glaucoma therapy, a corneal insert composed of EVAc under the tradename of Ocusert has been designed to release pilocarpine at a steady rate for 1 week [117,123,129]. A nanoparticulate system which relies on in situ gel formation in the cul de sac of the cornea has also been proposed for prolonging the activity of pilocarpine [41]. Dental applications include using monolithic devices to release fluoride to combat dental caries [20,37,80]. Monolithic fibers placed in periodontal pockets deliver tetracycline [22], and autopolymerizing dental acrylic fibers used to deliver anticandidal agents such as chlorhexidine, miconazole, and ketoconazole [65]. A biodegradable system to deliver naltrexone has been developed to treat narcotic addiction [132].

As a therapy for chronic asthma more than 20 sustained release oral products have been developed to deliver theophylline and other beta-adrenergic agonists [26,49]. The drugs have also been released from osmotic pumps placed in the rectum [11]. To control cardiovascular disorders, many anti-arrhythmia drugs such as quinidine, procainamide and diisopyramide have been administered in oral-controlled released formulations [58]. Other beta-blocking agents such as propranolol, oxprenolol and metoprolol also require only a single daily dose with these formulations [114]. Clonidine, another anti-hypertensive drug, on the other hand, has been presented as a weekly medication through a transdermal system [116]. For anti-anginal therapy, nitroglycerin has been administered from daily transdermal patches [52]. Other applications of the transdermal patches include release of scopolamine for motion sickness [115] and a long term delivery of β-estradiol as a hormone substitution for menopause women [35].

## VII. Concluding remarks

Despite the number of advances made in the area of controlled-release technology over the past decade, the field is growing more rapidly now than ever before. One of the major stimuli for this growth has been the advent of genetic engineering which renders large scale production of complex biomolecules possible. This rekindles the interest for the therapeutic value of many of the delicate polypeptides such as interferon and interleukin 2. Due to the extremely short half-lives, the potential of these polypeptide drugs will be realized only with suitable delivery systems. The progress of polymeric controlled delivery should go hand in hand with

new drug discovery and evaluation. Drugs which are deemed unsuitable by conventional routes of administration due to problems of stability or narrow therapeutic index may become acceptable by controlled-release formulations.

There is much room for growth and improvement for polymeric controlled delivery. The search for ideal carriers, especially for biodegradable carriers, should go on. This should be aided by an understanding of the transport characteristics in polymer and the relationship between structure and biocompatibility. To achieve the desirable release patterns, more attention should be paid to the design of dosage forms. For instance, laminated, macroporous, or fibrous carriers can theoretically provide distinct release profiles and techniques for their manufacture should be perfected. One area warranting extensive study is the theoretical development of microencapsulation. Microencapsulation promises ease of administration as well as potential advantages derived from passive targeting by intravenous or intra-arterial injection [127]. However, the process in general is too empirical; a more unifying framework to account for the process parameters is needed. To complement these advances, further development of mathematical models are needed to understand the release mechanisms of different formulations and would aid in the design of better and more predictable systems [92,93].

In terms of patient convenience and acceptability, oral and transdermal systems are the most promising. Some of the goals in the development of oral delivery are the production of coating materials and bioadhesives to gain better control over the passage of the device through the stomach or gastrointestinal tract [19, 84,90,91,122]. With appropriate coating or adhesive a delivery device can simply be retained for a longer period of time or targeted to specific areas for greater drug absorption. In order to broaden the applicability of the transdermal system, means must be found to enhance the permeability of drugs through the skin. Approaches such as using chemical enhancers [50] and external sources such as electricity [118] or ultrasound (Levy, D., Kost, J. and Langer, R., unpublished results) are being developed and may be useful.

It is expected that more emphasis will be placed on release in response to physiological demands. Many hormones and growth factors are not produced at a constant rate by the body. Approaches which use immobilized enzymes [97] for autoregulatory release and rely on external forces such as magnetism [23] and ultrasound [61] for adjustable release should be further explored.

Overall, the field of controlled release promises to improve, and in some cases fulfill, the potential of many therapeutic agents. This field already has a significant impact in many clinical applications, and the impact is expected to increase in the years ahead.

## References

1  Albin, G., Horbett, T.A. and Ratner, B.D. (1986) in: Advances in drug delivery systems (Anderson, M.J. and Kim, S.W., eds.), Elsevier, Amsterdam, p. 153

2  Arnon, R. and Sela, M. (1982) Targeted chemotherapy: drugs conjugated to antitumor antibodies, Cancer Surv. 1, 429

228

3 Beck, L.R., Pope, V.Z., Cowsar, D.R., Lewis, D.H. and Tice, T.R. (1980) Evaluation of a new three-month injectable contraceptive microsphere system in primates. J. Contracep. Del. Syst. 1, 79

4 Beck, L.R., Pope, V.Z., Flowers, C.E., Cowsar, D.R., Tice, T.R., Lewis, D.H., Dunn, R.L., Moore, A.B. and Gilley, R.M. (1983) Poly(DL-Lactide-co-glycolide)/norethisterone microcapsules: an injectable biodegradable contraceptive, Biol. Reprod. 28, 186

5 Beck, R.L., Ramos, R.A., Flowers, C.E., López, G.Z., Lewis, D.H. and Cowsar, D.R. (1981) Clinical evaluation of injectable biodegradable contraceptive system, Am. J. Obstet. Gynecol. 140, 799

6 Beck, L.R. and Tice, T.R. (1983) Poly(lactic acid) and poly(lactic acid-co-glycolic acid) contraceptive delivery systems, in: Advances in Human Fertility and Reproductive Endocrinology (Mishell, D.R., ed.), Raven Press, NY, p. 175

7 Benita, S. and Zouai, O. (1985) Evaluation of empty and 5-fluorouracil carnauba wax microspheres and their use in embolization, Proceedings of the 12th International Symposium on Controlled Release of Bioactive Materials (Peppas, N. and Haluska, R., eds.), p. 356

8 Bergink, E.W., Kloosterboer, H.J., Lund, L. and Numi, S. (1984) Effects of levonorgestrel and desogestrel in low-dose oral contraceptive combinations in serum lipids, apolipoproteins A1 and B and glycosylated proteins, Contraception 30, 61

9 Bissery, M.C., Valeriote, F. and Thies, C. (1985) Fate and effect of CCNU-loaded microspheres made op poly(D,L-lactide) or poly(β-hydroxybutyrate) in mice, in Proceedings of the 12th International Symposium on Controlled Release of Bioactive Materials (Peppas, N. and Haluska, R., eds.), p. 181

10 Blackshear, P. (1985) Implantable infusion pumps: clinical applications, Methods Enzymol. 112, 520

11 Breimer, D.D., De Leede, L.G. and De Boer, A.G. (1985) Rate-controlled rectal drug delivery, in: Rate control in drug therapy (Prescott, L.F. and Nimmo, W.S., eds.), Churchill Livingstone, p. 54

12 Brown, L., Siemer, L., Muñoz, C. and Langer, R. (1986) Controlled release of insulin from polymer matrices: in vitro kinetics, Diabetes 35, 684

13 Brown, L., Siemer, L. Edelman, E. and Langer, R. (1986) Controlled release of insulin from polymer matrices: control of diabetes in rats, Diabetes 35, 692

14 Bruck, S.D. (ed.) (1983) Controlled Drug Delivery, Vols. I and II, CRC Press, Boca Raton, FL

15 Chang, Y. and Hacker, B. (1982) Antineoplastic effects of $N^6$-(Δ²-isopentenyl)adenosine against L-1210 mouse lymphocytic leukemic cells using a polymeric delivery system, J. Pharm. Sci. 71, 328

16 Chien, Y.W. (1982) Novel Drug Delivery Systems, Fundamentals – Developmental Concepts – Biomedical Assessments, Marcel Dekker, New York

17 Creque, H.M., Langer, R. and Folkman, J. (1980) One month sustained release of insulin from a polymer implant, Diabetes 29, 37

18 Davis, B.K. (1972) Control of diabetes with polyacrylamide implants containing insulin, Experimentia 28, 348

19 Davis, S.S. (1986) The design and evaluation of controlled release systems for the gastrointestinal tracts, in: Advances in Drug Delivery Systems (Anderson, M.J. and Kim, S.W., eds.), Elsevier, Amsterdam, p. 27

20 Douglas, W.H. (1977) Dental materials as carriers for therapy, Dent Update, Oct., 395

21 Duncan, R. and Kopecek, J. (1984) Soluble synthetic polymers as potential drug carriers, Adv. Polym. Sci. 57, 51

22 Dunn, R.L., Lewis, D.H. and Goodson, J.M. (1982) Monolithic systems for controlled delivery of tetracycline to periodontal pockets, J. Dent. Res. 61, 274

23 Edelman, E.R., Kost, J., Bobeck, H., Langer, R. (1985) Regulation of drug release from polymer matrices by oscillating magnetic fields, J. Biomed. Mat. Res. 19, 67

24 Faundes, A., De Majias, V.B., Leon, P., Robertson, D.N. and Alvárez, F. (1979) First year clinical experience with six levonorgestrel rods as subdermal contraception, Contraception 20, 167

25 Feijen, J., Gregonis, D., Anderson, C., Petersen, R.V. and Anderson, J. (1980) Coupling of steroid hormones to biodegradable poly(α-amino acids), J. Pharm. Sci. 69, 871

26 Fogerstrom, P.O. and Heintz, L. (1983) Absorption of sustained-release theothylline tablets, Int. J. Clin. Pharm, Ther. Toxicol. 21, 359

27 Folkman, J., Langer, R., Linhardt, R.J., Haudenschild, C. and Taylor, S. (1983) Angiogenesis inhibition and tumour regression caused by heparin or a heparin fragment in the presence of cortisone, Science 221, 719

28 Folkman, J., Merler, E., Abernathy, C. and Williams, G. (1971) Isolation of a tumour factor responsive for angiogenesis, J. Exp. Med. 33, 275

29 Fotherby, K. (1985) Oral contraceptives, lipids and cardiovascular disease, Contraception 31, 367

30 Fugimoto, S., Miyazaki, M., Endoh, F., Takahashi, O., Shrestha, R.D., Okui, K., Morimoto, Y. and Terao, K. (1985) Effects of intra-arterially infused biodegradable microspheres containing mitomycin C, Cancer 55, 522

31 Fung, W.-P., Przybylski, M., Ringsdorf, H. and Zaharko, D.S. (1979) In vitro inhibitory effects of polymer-linked methotrexate derivatives on tetrahydrofolate dehydrogenase and murine L5178Y cells, JNCI 62, 1261

32 Furr, B.J.A. and Hutchinson, F.G. (1984) Biodegradable sustained release formulation of the LHRH analogue 'Zoladex' for the treatment of hormone-responsive tumors, Prog. Clin. Biol. Res. 185, 143

33 Gabelnick, H.L. (1983) Biodegradable implants: alternative approaches, in: Advances in Human Fertility and Reproductive Endocrinology (Mishell, D.R., ed.), Raven Press, NY, p. 149

34 Gresser, J.D., Wise, D.L., Beck, L.R. and Howes, J.F. (1980) Biodegradable cylindrical implants for fertility regulation, in: Biodegradables and Delivery Systems for Contraception (Hafez, E.S.E. and Van Os, W.A.A., eds.), MTP Press, Lancaster, p. 83

35 Good, W.R., Powers, M.S., Campbell, P. and Schenkel, L. (1986) A new transdermal delivery system for estradiol, in: Advances in Drug Delivery Systems (Anderson, M.J. and Kim, S.W., eds.), Elsevier, Amsterdam, p. 89

36 Good, W. and Lee, P. (1986) Membrane controlled reservoir drug delivery systems, in: Medical Applications of Controlled Release, Vol. I (Langer, R. and Wise, D., eds.), CRC Press, boca Raton, FL., p. 1

37 Goodson, J.M. (1986) Dental Applications, in: Medical Applications of Controlled Release, Vol. I (Langer, R. and Wise, D., eds.), CRC Press, Boca Raton, FL., p. 115

38 Goosen, M.F.A., Leung, Y.F., O'Shea, G.M., Chou, S. and Sun, A. (1983) Long-acting insulin: slow release of insulin from a biodegradable matrix implanted in diabetic rats, Diabetes 32, 478

39 Gregoriadis, G. (1980) The Liposome drug-carrier concept: its development and future, in: Liposome in biological systems (Gregoriadis, G. and Allism, A.C., eds.), John Wiley & Sons, NY, p. 25

40 Gregoriadis, G. (1983) Liposomes as drug carriers, Pharm. Int. 4, 33

41 Gurney, R., Boye, T. and Ibrahim, H. (1986) Ocular therapy with nanoparticulate systems for controlled drug delivery, in: Advances in Drug Delivery Systems (Anderson, M.J. and Kim, S.W., eds.), Elsevier, Amsterdam, p. 353

42 Hacker, B. and Chang, Y. (1983) Enhancement of the antitumor activity of $N^6$-($\Delta^2$-isopentenyl)adenosine target cultured L-1210 leukemia cells by Pentostatin using a polymeric delivery system, J. Pharm. Sci. 72, 902

43 Harris, F. (1986) Controlled release from polymer containing pendant bioactive substituents, in: Medical Applications of Controlled Release, Vol. I (Langer, R. and Wise, D., eds.), CRC Press, Boca Raton, FL., p. 103

44 Heller, J. (1980) Controlled release of biologically active compounds from bioerodible polymers, Biomaterials 1, 51

45 Heller, J. (1986) Controlled drug release from poly(ortho esters) – a surface eroding polymer, in: Advances in Drug Delivery Systems (Anderson, M.J. and Kim, S.W., eds.), Elsevier, Amsterdam, p. 167

46 Heller, J., Fritzinger, B.K., Ng, S.Y. and Penhale D.W.H. (1985) In vitro and in vivo release of levonorgestrel from poly(ortho esters). II. Linear Polymers, J. Controlled Release 1, 225

47 Heller, J. Fritzinger, B.K., Ng, S.Y. and Penhale, D.W.H. (1985) In vitro and in vivo release of levonorgestrel from poly(ortho esters). II. Crosslinked Polymers, J. Controlled Release 1, 233

48 Heller, J., Penhale, D.W.H., Helwing, R.F. and Fritzinger, B.K. (1981) Release of norethindrone from poly(orthoesters), Poly. Eng. Sci. 21, 727

49 Hendeles, L. and Weinberger, M. (1985) Slow-release and oral bronchodilators for prophylactic therapy of chronic asthma, in Rate Control in Drug Therapy (Prescott, L.F. and Nimmo, W.S., eds.), Churchill Livingstone, p. 254

50 Hoelgard, A. and Mollgaard, B. (1986) Dermal drug delivery – improvement by choice of vehicle of drug derivative, in: Advances in Drug Delivery Systems (Anderson, M.J. and Kim, S.W., eds.) Elsevier, Amsterdam, p. 111

51 Holma, P. (1985) Long-term experience with Norplant contraceptive implants in Finland, Contraception 31, 231

52 Imhof, R.R. (1985) Anti-anginal therapy with transdermal nitroglycerin, in: Rate Control in Drug Therapy (Prescott, L.F. and Nimmo, W.S., eds.), Churchill Livingstone, p. 201

53 Jeong, S.Y., Kim, S.W., Holmenberg, D.L. and McRea, J.C. (1986) Self-regulating insulin delivery systems. III. In vivo studies, in: Advances in Drug Delivery Systems (Anderson, M.J. and Kim, S.W., eds.) Elsevier, Amsterdam, p. 143

54 Kato, Y., Saito, M., Fukushima, H., Takeda, Y. and Hara, T. (1984) Antitumor activity of 1-β-D-Arabinofuranosylcytosine conjugated with polyglutamic acid and its derivative, Cancer Res. 44, 25

55 Kato, T. and Nemoto, R. (1978) Microencapsulation of mitomycin C for intra-arterial infusion chemotherapy, Proc. Jpn. Acad. 54, 413

56 Kato, T. and Memoto, R. (1982) Clinical application of microencapsulated anticancer drugs, Jpn. J. Clin. Med. 40, 220

57 Kato, T., Nemoto, R., Mori, H., Abe, R., Katsuo, U., Goto, A., Murota, H., Harada, M. and Homma, M. (1984) Magnetic microcapsules for targeted delivery of anticancer drugs, Appl. Biochem. Biotech. 10, 199

58 Koch-Weser, J. (1985) Controlled-release oral administration of antiarrhythmic agents, in: Rate Control in Drug Therapy (Prescott, L.F. and Nimmo, W.S., eds.), Churchill Livingstone, p. 180.

59 Korsmeyer, R.W. and Peppas, N.A. (1983) Macromolecular and modeling aspects of swelling-controlled systems, in: Controlled Release Delivery Systems (Roseman, T.J. and Mansdorf, S.Z., eds.), Marcel Dekker, New York, p. 77

60 Reference deleted

61 Kost, J., Leong, K. and Langer, R. (1987) Ultrasonic modulated drug delivery systems, in: Polymers in Medicine: Biomedical and Pharmaceutical Applications, Vol. II (Chiellini, ed.), Plenum Press, in the press

62 Kreuter, J. (1985) Poly(alkyl acrylate) nanoparticles, Methods Enzymol. 112, 129

63 Kwong, A.K., Chou, S., Sun, A.M., Sefton, M.V. and Goosen, M.F.A. (1986) In vitro and in vivo release of insulin from poly(lactic acid) microbeads and pellets, J. Controlled Release 4, 47

64 Lagueux, J., Page, M. and Delorme, F. (1984) Daunorubicin-albumin copolymer targeting to leukemic cells in vitro and in vivo, Seminars in Oncology 11, 59

65 Lamb, D.J. and Martin, M.V. (1983) An in vitro and in vivo study of the effect of incorporation of chlorhexidine in to autopolymerizing acrylic resin plates upon the growth of Candida albicans, Biomaterials 4, 205

66 Langer, R. (1983) Implantable controlled release systems, Pharm. Ther. 21, 35

67 Langer, R. (1980) Polymeric delivery systems for controlled drug release, Chem. Eng. Commun. 6, 1

68 Langer, R., Brem, H., Falterman, K., Klein, M. and Folkman, J. (1976) Isolation of a cartilage factor that inhibits tumor neovascularization, Science 263, 70

69 Langer, R., Lund, D., Leong, K. and Folkman, J. (1986) Controlled release of macromolecules: Biological studies, in: Advances in Drug Delivery Systems (Anderson, M.J. and Kim, S.W., eds.), Elsevier, Amsterdam, p. 331

70 Langer, R. and Wise, D. (eds.) (1986) Medical Applications of Controlled Release, Vols. I & II, CRC Press, Boca Raton, FL

71 Langren, B.M., Johannisson, E., Masironi, B. and Diczfalusy, E. (1982) Pharmacokinetic and pharmacodynamic investigations with vaginal devices releasing levonorgestrel at a constant, near zero-order rate, Contraception 26, 567

72 Lee, P.I. (1986) Kinetics of drug release from hydrogel matrices, in: Advances in Drug Delivery Systems Anderson, M.J. and Kim, S.W., eds.), Elsevier, Amsterdam, p. 277

73 Lee, P.I. (1984) Novel approach to zero-order drug delivery via immobilized nonuniform drug distribution in glassy hydrogels, J. Pharm. Sci. 73, 1344

74 Leung, Y.F., O'Shea, G.M., Goosen, M.F.A. and Sun, A.M. (1983) Microencapsulation of crystalline insulin or Islets of Langerhans: An insulin diffusion study, Artificial Organs 7, 208

75 Reference deleted

76 Long, D.M., Sehgal, L.R., DeRios, M.E., Rios, M.V., Szanto, P.B. and Forrest, R. (1973) Depot cancer chemotherapy through polymer membranes, Rev. Surg. 30, 229

77 Luukkainen, T., Allonon, H., Haukkamaa, M., Lahteenmaki, P., Nilsson, C.G. and Toivonen, J. (1985) Five years' experience with Levonorgestrel-releasing IUDs, Contraception 33, 139

78 Martínez-Manautau, J., Aznar, R., Rosado, A. and Maqueo, M. (1975) Clinical experience with the intrauterine progesterone-releasing system, in: Analysis of Intrauterine Contraception (Hefnawi, F. and Segal, S.J., eds.), Elsevier, NY, p. 173

79 Mathiowitz, E., Leong, K. and Langer, R. (1985) Macromolecular drug release from bioerodible polyanhydride microspheres, in: Proceedings of the 12th International Symposium on Controlled Release of Bioactive Materials (Peppas, N. and Haluska, R., eds.), p. 183

80 Mirth, D.B., Sheen, R.J. and Emilson, C.G. (1982) Clinical evaluation of an intra oral device for the controlled release of flouride, J. Am. Dent. Assoc. 105, 791

81 Miyazaki, S., Takeuchi, S., Sugiyama, M., Takada, M., Hosokawa, M., Koga, Y. and Kobayashi, H. (1986) Effects of implanted ethylene-vinyl alcohol copolymer matrices containing 5-fluorouracil on Ehrlich ascites carcinoma, J. Pharm. Pharmacol. 37, 64

82 Moo-Young, A.J., Tatum, H., Wan, L.S. and Lane, M.E. (1975) Copper levels in certain tissues of rhesus monkeys and of women bearing copper IUD's, in: Analysis of Intrauterine Contraception (Hefnawi, F. and Segal, S.J. eds.), Elsevier, NY, p. 439

83 Morimoto, Y., Sugibayashi, K., Sugihara, S., Hosoya, K-I., Nozaki, S. and Ogawa, Y. (1984) Antitumor agent poly(amino acid) conjugates as a drug carrier in cancer chemotherapy, J. Pharm. Dyn. 7, 688

84 Nagai, T. (1986) Adhesive topical drug delivery system, in: Advances in Drug Delivery Systems (Anderson, M.J. and Kim, S.W., eds.), Elsevier, Amsterdam, p. 121

85 Nash, H. (1986) Controlled release systems for contraception, in: Medical Applications of Controlled Release, Vol. I (Langer, R. and Wise, D., eds.), CRC Press, Boca Raton, FL, p. 35

86 Nash, H.A. and Jackanicz, T. (1981) Contraceptive vaginal ring, in: Advances in Fertility Research (Mishell, D.R., ed.), Raven Press, NY, p. 29

87 Nash, H.A., Robertson, D.N., Moo-Young, A.J. and Atkinson, L.E. (1978) Steroid release from Silastic capsule and rods, Contraception 18, 367

88 Olanoff, L. and Anderson, J. (1986) Pharmacokinetic modeling and bioavailability, in : Medical Applications of Controlled Release, Vol. II (Langer, R. and Wise, D., eds.), CRC Press, Boca Raton, FL, p. 189

89 Ory, S.J., Hammond, C.B., Yancy, S.G., Hendren, R.W. and Pitt, C.G. (1983) The effect of a biodegradable contraceptive capsule (Capronor) containing levonorgestrel on gonadotropin, estrogen and progesterone levels. Am. J. Obstet. Gynecol. 145, 600

90 Park, H. and Robinson, J.R. (1986) Physico-chemical properties of water insoluble polymers important to mucin/epithelial adhesion, in: Advances in Drug Delivery Systems (Anderson, M.J. and Kim, S.W., eds.), Elsevier, Amsterdam, p. 47

91 Peppas, N.A. and Buri, P.A. (1986) Surface, interfacial and molecular aspects of polymer bioadhesion on soft tissues, in: Advances in Drug Delivery Systems (Anderson, M.J. and Kim, S.W., eds.), Elsevier, Amsterdam, p. 257

92 Peppas, N. (1986) Mathematical models for controlled release kinetics, in Medical Applications for Controlled Release, Vol. II (Langer, R. and Wise, D., eds.), CRC Press, Boca Raton, FL, p. 169

93 Peppas, N. (1984) Mathematical modeling of diffusion processes in drug delivery polymeric systems, in Controlled Drug Bioavailability (Smolen, V.F., ed.), John Wiley & Sons, NY, p. 274

94 Petersen, R.V., Andersen, C.G., Fang, S.M., Gregonis, D.E., Kim, S.W., Feijen, J., Anderson, J. and Mitra, S. (1980) Controlled release of progestins from poly($\alpha$-amino acid) carriers, in: Controlled Release of Bioactive Materials (Baker, R., ed.), Academic Press, NY, p. 45

95 Pfeiffer, E.F. and Kerner, W. (1985) Use of artificial pancreas and protable insulin infusion pumps

in diabetes therapy: past, present and future, Artificial Organs 9, 129

96 Pharriss, B.B. (1978) Clinical experience with the intrauterine progesterone contraceptive system, J. Reprod. Med. 20, 155

97 Pitt, C.G., Gu, Z-W., Nendren, R.W., Thompson, J. and Wani, M.C. (1986) Triggered drug delivery systems, in: Advances in Drug Delivery Systems (Anderson, M.J. and Kim, S.W., eds.), Elsevier, Amsterdam, p. 363

98 Pitt, C.G., Jeffcoat, R., Zweidinger, R.A., and Schindler, A. (1979) Sustained delivery systems. I. The permeability of poly(ε-caprolactone) and poly(D,L-lactic acid) and their copolymers, J. Biomed. Mat. Res. 13, 497

99 Poste, G. (1983) Lipsome targeting in vivo: problems and opportunities, Biol. Cell. 47, 19

100 Pratesi, G., Savi, G., Pezzoni, G., Bellini, O., Penco, S., Tinelli, S. and Zunino, F. (1985) Poly-L-Aspartic acid as a carrier for doxorubicin: a comparative in vivo study of free and polymer-bound drug, Br. J. Cancer 52, 841

101 Redding, T.W., Schally, A.V., Tice, T.R. and Meyers, W.E. (1984) Long-acting delivery systems for peptides: Inhibition of rat prostate tumors by controlled release of [D-Trp6]luteinizing hormone – releasing hormone from injectable microcapsules, Proc. Natl. Acad. Sci. USA 81, 5845

102 Redding, T.W. and Schally, A.V. (1984) Inhibition of growth of pancreatic carcinomas in animal models by analogs of hypothalamic hormones, Proc. Natl. Acad. Sci. USA 81, 248

103 Rihova, B. and Kopecek, J. (1986) Biological properties of targetable poly [N-(2-hydroxypropyl)methacrylamide]-antibody conjugates, in: Advances in Drug Delivery Systems (Anderson, M.J. and Kim, S.W., eds.), Elsevier, Amsterdam, p. 289

104 Rivera, R., Gaitan, J.R., Ortega, M., Flores, C. and Hernandes, A. (1984) The use of biodegradable norethisterone implants as a 6-month contraceptive system, Fertil. Steril. 42, 228

105 Robertson, D.N., Díaz, S., Alvárez-Sánchez, F.; Holma, P., Mishell, D.R., Coutinho, E., Branche, V., Croxatto, H.B., Baundes, A., Lacarra, M., Pavez, M., Roy, S., Da Silva, A.R. and Stern, J. (1985) Contraception with long-acting subdermal implants. A five-year clinical trial with silastic covered rod implants containing Levonorgestrel, Contraception 31, 351

106 Robertson, D.N. (193) Norgestrel-releasing Silastic rods: clinical effects, biochemical effects, and in vivo release rates, in: Advances in Human Fertility and Reproductive Endocrinology (Mishell, D.R.; ed.), Raven Press, NY, p. 127

107 Robertson, D.N., Sivin, I., Nash, H.A., Braun, J. and Dinh, J. (1983) Release rates of levonorgestrel from Silastic capsules, homogeneous rods and covered rods in humans, Contraception 27, 488

108 Rogers, K.E., Carr, B.I. and Tokes, Z.A. (1983) Cell surface-mediated cytotoxicity of polymer-bound Adriamycin against drug-resistant Hepatocytes, Cancer Res. 43, 2741

109 Ryser, H.J.-P. and Shen, W-C. (1978) Conjugation of methotrexate to poly(L-lysine) increases drug transport and overcomes drug resistance in cultured cells, Proc. Natl. Acad. Sci. USA 75, 3867

110 Saffran, M., Kumar, G.S., Savariar, C., Burnham, J.C., Williams, F. and Neckers, D.C. (1980) A new approach to the oral administration of insulin and other peptide drugs, Science 1081

111 Schmidt, V., Zapol, W., Prensky, W., Wonders, T., Wodinsky, I. and Kitz, R. (1972) Continuous cancer chemotherapy: nitrosourea diffusion through implanted silicone rubber capsules, Trans. Amer. Soc. Artif. Int. Organs 18, 45

112 Schwan, A., Ahren, T. and Victor, A. (1983) Effects of contraceptive vaginal ring treatment on vaginal bacteriology and cytology, Contraception 28, 341

113 Seftan, M. (1986) Implantable pumps, in: Medical Applications of Controlled Release, Vol. I (Langer, R. and Wise, D., eds.), CRC Press, Boca Raton, FL, p. 129

114 Shanks, R.G. (1985) is there a place for slow release beta blocking agents? in: Rate Control in Drug Therapy (Prescott, L.F. and Nimmo, W.S., eds.) Churchill, Livingstone, p.190

115 Shaw, J.E. and Urquhart, J. (1980) Programmed systemic drug delivery by the transdermal route, Trends. Pharm. Sci, 1, 108

116 Shaw, J. (1984) Pharmacokinetics of nitroglycerin and clonidine delivered by the transdermal route, Am. Heart J. 108, 217

117 Shell, J.W. (1974) Ocular therapy by controlled drug delivery: the Ocusert system, Ophthal. Surg. 5, 73

118 Siddiqui, O., Sun, Y., Liu, J.C. and Chien, Y.W. (1986) Facilitated transdermal transport of insulin, in: Proceedings of the 13th International Symposium on Controlled Release of Bioactive Agents (Chaudry, I.A. and Thies, C., eds.), p. 173

119 Sidman, K.R., Schwope, A.D., Steber, W.D., Rudolph, S.E. and Paulin, S.B. (1980) Biodegradable, implantable sustained release systems based on glutamic acid copolymers, J. Membr. Sci. 7, 277

120 Siegel, R. and Langer, R. (1984) Controlled release of polypeptides and other macromolecules, Pharm. Res. 1, 1

121 Sivin, I. (1983) Clinical effects of NORPLANT subdermal implants for contraception, in: Advances in Human Fertility and Reproductive Endocrinology (Mishell, D.R., ed.), Raven Press, NY, p. 89

122 Smart, J.D., Kellaway, I.W. and Worthington, H.E.C. (1984) An in-vitro investigation of mucosa-adhesive materials for use in controlled drug delivery, J. Pharm. Pharmacol. 36, 295

123 Stewart, R.H. and Novak, S. (1978) Introduction of the Ocusert ocular delivery system to an ophthalmic practice, Ann. Ophthalmol. 10(3), 325

124 Sun, A.M. and O'Shea, G.M. (1986) Microencapsulation of living cells — A long-term delivery system, in: Advances in Drug Delivery Systems (Anderson, M.J. and Kim, S.W., eds.), Elsevier, Amsterdam, p. 137

125 Theeuwes, F. (1974) Elementary osmotic pump, J. Pharm. Sci. 64, 1986

126 Toivonen, J., Lahteenmake, P. and Luukkainen, T. (1979) The use of a contraceptive vaginal ring governed by the pattern of individual uterine bleeding, Contraception 19, 401

127 Tomlinson, E. (1983) Microsphere delivery systems for drug targeting and controlled release, Int. J. Pharm. Tech. & Prod. Mfg. 4, 49

128 Tsukada, Y., Kato, Y., Umemoto, N., Takeda, Y., Hara, T. and Hirai, H. (1984) An anti-$\alpha$-fetoprotein antibody-daunorubicin conjugate with a novel poly-L-glutamic acid derivative as intermediate drug carrier, JNCI 73, 721

129 Ueno, N. and Refojo, M.F. (1983) Ocular pharmacology of drug release devices in controlled drug delivery, Vol. I (Bruck, S., ed.) CRC Press, Boca Raton, FL, p. 89

130 Widder, K.J., Morris, R.M., Poore, G., Howard, D.P. and Senyei, A.R. (1981) Tumor remission in Yoshida sarcoma-bearing rats by selective targeting of magnetic albumin microspheres containing doxorubicin, Proc. Natl. Acid. Sci. U.S.A., 78, 679

131 Wise, D., Rosenkrantz, H., Gregory, J.B. and Esber, H.J. (1980) Long-term controlled delivery of levonorgestrel in rats by means of small biodegradable cylinders, J. Pharmacol. 32, 399

132 Wise, D. (1986) Controlled release for us in treatment of narcotic addiction, in: Medical Applications of Controlled Release, Vol. II (Langer, R. and Wise, D., eds.), CRC Press, Boca Raton, FL, p. 107

133 WHO (1985) Facts about an implantable contraceptive, Bull. WHO 63, 485

134 Ziche, M., Ruggiero, M., Pasquali, F. and Chiarugi, V.P. (1985) Effects of cortisone with and without heparin on angiogenesis induced by prostaglandin E1 and by S180 cells, and on growth of murine transplantable tumours, Int. J. Cancer 35, 549

135 Zunino, F., Savi, G., Giuliani, F., Gambetta, R., Supino, R., Tinelli, S. and Pezzoni, G. (1984) Comparison of antitumor effects of daunorubicin covalently linked to poly-L-amino acid carriers, Eur. J. Cancer Clin. Oncol. 20, 421

136 Zunino, F., Giuliani, F., Savi, G., Dasdia, T. and Gambetta, R. (1982) Anti-tumor activity of daunorubicin linked to poly-L-aspartic acid, Int. J. Cancer 30, 465

137 Kost, J., Wolfrum, J., Langer, R. (1987) Magnetically controlled insulin release in diabetic rats, J. Biomed. Mat. Res., in the press