# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

**222 DELAWARE AVENUE**

**P. O. BOX 1150**

**WILMINGTON, DELAWARE 19899**

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 5, 2006

Ms. Deborah Krett                                          VIA E-FILING
Case Manager
United States District Court
844 King Street, Lockbox 27
Wilmington, Delaware 19801

      Re:   Request for Permission to Have Laptop Computer in Courtroom 4B
           During Markman Hearing in Alza Corp., et al. v. Andrx Pharmaceuticals, L.L.C.,
           et al., C.A. No. 05-642-JJF

Dear Ms. Krett:

      We are local counsel for plaintiffs Alza Corporation and McNeil-PPC, Inc. in the above action, and are scheduled to appear for a *Markman* hearing in Courtroom 4B on Friday, December 15, 2006. We request permission to bring laptop computers to Courtroom 4B to assist in the preparation and/or presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

                             Very truly yours,

                             */s/ Tiffany Geyer Lydon*

                             Tiffany Geyer Lydon

Enclosure
175715.1

cc:   David Thomas, United States Marshal (by hand)
       Keith Ash, Chief Court Security Officer (by hand)