IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | C.A. No. 05-642-JJF |

## ORDER

The attorneys listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for proceedings on Friday, December 15, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

       Jeffrey P. Kushan, Esquire
       Rachel K. Hunnicutt, Esquire
       John L. Newby, II, Esquire

Dated: _____, 2006     _____
                                          United States District Judge

175716.1