US 6,930,129 B2

11

a decrease in effectiveness during the latter portion of the prolonged therapy period.

The bi-layer oral osmotic dosage forms of the present invention include a first component layer, comprising a selected drug and excipients for forming a deliverable drug composition when hydrated, and a second push layer, comprising a fluid-expandable osmopolymer and excipients, wherein the two layers are compressed into bi-layer tablet cores before the semipermeable membrane is applied and a suitable orifice for drug release therethrough is formed. The combination of features including the osmotic properties of the component layers, the fluid flux properties of the semipermeable membrane and the configuration of the tablet core ensures that drug is released at an ascending rate over an extended time period.

Importantly, the bi-layer tablet cores of the present invention are configured such that each component layer is substantially round in cross-dimension with a circumferential width and a length between a top and a bottom end. The two layers are compressed together longitudinally such that the resulting bi-layer tablet core has the same circumferential width as the component layers and a length that combines the lengths of the component layers. The overall configuration can be described as "capsule-shaped" wherein the bi-layer tablet core has a circumferential width that is less than its length and has a rounded "narrow" top end and a rounded "narrow" bottom end and wherein each narrow end comprises a different component tablet layer.

For purposes of this disclosure, the above-described tablet cores are referred to as longitudinally compressed tablet ("LCT") cores. This LCT configuration ensures that, as the push layer expands longitudinally within the compartment formed by the semipermeable membrane, the surface area of the push layer in contact with the semipermeable membrane is increased more than when other configurations are used.

In a preferred embodiment, sufficient activity in the push layer is achieved by use of a relatively large concentration (at least about 35%) of osmotically effective solute, or osmagent, such as sodium chloride. Consequently, the size of the push layer is relatively large and may be slightly larger than the first component layer containing the drug and excipients. In addition, for certain embodiments, sorbitol was found to be a useful excipient in the first component layer. It has been surprisingly discovered that the combination of features described above, including the LCT core configuration, the relatively high percent of osmagent and, in some exemplary embodiments, the use of sorbitol as an excipient provides the desired ascending release rate over an extended time period from bi-layer oral osmotic dosage forms. Exemplary embodiments of such bi-layer osmotic dosage forms are detailed below in Examples 1–3.

An embodiment of a bi-layer oral osmotic dosage form 15 is shown in cross-section in FIG. 1. The components are not drawn to scale. The bi-layer LCT core comprises a first component layer 21, containing drug and selected excipients, and a second push layer 29, containing at least one fluid-expandable osmopolymer and optionally containing at least one osmagent along with selected excipients. Suitable excipients are known in the art and include diluents, carriers, binders, fillers and processing aids. A semipermeable membrane 57 surrounds the bi-layer tablet core to form a compartment and a suitably sized orifice 55 is formed through the semipermeable membrane and into the first component layer 21 to permit drug formulation to be released from within the compartment. As illustrated, the orifice 55 is preferably formed in the narrow end of the

12

dosage form comprising the first component layer. In operation, through cooperation of the bi-layer osmotic dosage form components, drug is released from the first drug-containing layer at an ascending release rate for an extended time period. Although not shown in FIG. 1, an immediate-release dose of a drug may be provided by applying a drug-containing overcoat to a bi-layer dosage form, if desired, as described elsewhere herein.

In addition to the above-described bi-layer osmotic dosage forms, it has been surprisingly discovered that oral osmotic dosage forms exhibiting an ascending drug release rate for an extended time period can also be achieved with a novel tri-layer tablet core surrounded by a semipermeable membrane and having suitable exit means for releasing drug formulation through the semipermeable membrane. The novel tri-layer tablet core has a first drug-containing layer, a second drug-containing layer and a third push layer. In operation, through the cooperation of the dosage form components, drug is successively released, in a sustained and controlled manner, from the first drug-containing layer and then from the second drug-containing layer at an ascending release rate over an extended time period is achieved.

It has been discovered that a drug concentration gradient between the first and second drug-containing layers of the tri-layer core facilitates the achievement of an ascending drug release rate for an extended time period from the tri-layer osmotic dosage form. Consequently, the other excipients in the drug-containing layers may be more flexibly varied and adjusted for other purposes such as manufacturing convenience and pharmaceutical elegance. For example, the tri-layer osmotic dosage forms preferably avoid the use of sorbitol as an excipient. This provides manufacturing efficiency and product shelf-life advantages since sorbitol is very hygroscopic and attracts moisture during storage which can pose difficulties in handling and manufacturing as well as longer-term stability concerns. In addition, sufficient activity in the push layer may be achieved with the use of a relatively lower concentration (less than about 25%) of osmotically effective solute such that the size of the push layer can be smaller relative to the size of the two drug-containing layers. Preferably, the push layer is smaller than the combined size of the first and second drug-containing layers. An advantage to a smaller-sized push layer is that larger doses of drug, if desired, can be accommodated without the overall size of the dosage form becoming so large as to engender manufacturing challenges and/or to become unpalatable to patients.

In a presently preferred embodiment, the hydration rate of the tri-layer osmotic dosage form is improved with the inclusion of a flux-enhancing agent in the semipermeable membrane. In addition, it is preferred to use the longitudinally compressed tablet ("LCT") core configuration, as described above, for the tri-layer osmotic dosage forms to also enhance hydration. In a presently preferred embodiment, the combination of features including the LCT tri-layer core configuration, a suitable drug concentration gradient between the first and second component layers, the osmotic properties of the component layers and the fluid flux properties of the semipermeable membrane achieves the desired ascending rate of drug release over an extended time period. Advantageously, such preferred embodiments exhibit consistent and reliable operation and can be efficiently manufactured on a large-scale basis.

A preferred embodiment of a tri-layer oral osmotic dosage form additionally comprising an immediate-release dose of drug applied as an overcoat and an aesthetic overcoat 14 is

US 6,930,129 B2

13

shown in cross-section in FIG. 2. The tri-layer LCT core comprises a first component layer 20, containing a selected drug in a pharmaceutically acceptable form along with selected excipients; a second component layer 18, containing a higher concentration of drug along with selected excipients; and a third push layer 28, containing at least one osmopolymer and optionally containing at least one osmagent along with selected excipients. A semipermeable membrane 56 surrounds the tri-layer tablet core to form a compartment and a suitably sized orifice 54 is formed through the semipermeable membrane and into the first component layer to permit drug formulation to be released from within the compartment. As illustrated, the orifice 54 is preferably formed in the narrow end of the dosage form comprising the first component layer. In operation, through cooperation of the tri-layer osmotic dosage form components, drug is successively released, in a sustained and controlled manner, from the first drug-containing layer and then from the second drug-containing layer at an ascending release rate for an extended time period.

As shown in FIG. 2, the preferred embodiment further comprises an immediate-release dose of drug contained within an overcoat 60 applied onto the surface of the tri-layer osmotic dosage form. The drug is mixed with suitable excipients such as, for example, hydroxypropylmethylcellulose, to prepare a solution for coating onto the surface of the semipermeable membrane of the tri-layer osmotic dosage form that will rapidly dissolve and release drug following administration.

As shown in FIG. 2, it is also preferred to provide an optional aesthetic overcoat 62 applied onto the surface of the drug-containing overcoat 60. As known in the art, such aesthetic overcoats provide advantages including taste-masking, improved appearance and "glidability" for facilitating swallowing and further processing steps such as printing, packaging, etc. Exemplary embodiments of tri-layer osmotic dosage forms that exhibit a substantially ascending release rate over an extended time period are detailed below in Examples 4–6 and Examples 8 and 9.

The continued maintenance of therapeutic effectiveness over a prolonged therapy period by the administration of the oral osmotic dosage forms that exhibit an ascending release rate over an extended time period of the present invention has been demonstrated. An exemplification is described below in Example 7. In particular, it has been discovered that such osmotic dosage forms containing methylphenidate can be used to provide effective once-a-day therapy for ADHD. This discovery represents an important improvement in drug therapy for ADHD by eliminating the need for multiple daily doses of methylphenidate yet providing therapeutic efficacy throughout the day that compares to the therapeutic efficacy provided by multiple doses of immediate release methylphenidate.

The following examples are illustrative of the present invention, and the examples should not be considered as limiting the scope of the invention in any way, as these examples, and other equivalents thereof, will become apparent to those versed in the art in the light of the present disclosure and the accompanying claims.

EXAMPLE 1

Bi-layer oral osmotic dosage forms were made in accord with conventional manufacturing processes known in the art and disclosed in detail in copending U.S. application Ser. No. 967,606, filed Nov. 10, 1997, of which the present application is a continuation-in-part application. Briefly, a

14

first component layer, containing methylphenidate hydrochloride and selected excipients, and a second push layer, containing suitable osmopolymers, 40% by weight of an osmagent and selected excipients, were separately prepared by granulation methods. Next, the first component layer and the second push layer granulation preparations were longitudinally compressed together to form bi-layer LCT cores. A selected semipermeable membrane was then coated around the bi-layer LCT cores and a suitable 30 mil orifice for drug release was formed therethrough and into the first component layer.

Each dosage form as prepared comprised:

| First component layer |
| --- |
| 14.08 mg  methylphenidate hydrochloride |
| 90.26 mg  poly(ethylene)oxide (200,000 number-average molecular weight) |
| 5.5 mg  poly(vinylpyrrolidone) (40,000 number-average molecular weight) |
| 0.11 mg  magnesium stearate |
| 0.555 mg  butylated hydroxy toluene |

| Second push layer |
| --- |
| 71.032 mg  poly(ethylene)oxide (7,000,000 number-average molecular weight) |
| 52.8 mg  sodium chloride |
| 6.6 mg  poly(vinylpyrrolidone) (40,000 number-average molecular weight) |
| 1.32 mg  red ferric oxide |
| 0.132 mg  magnesium stearate |
| 0.555 mg  butylated hydroxy toluene |

| Semipermeable Membrane |
| --- |
| 15.3 mg  cellulose acetate (39.8% acetyl content) |
| 1.7 mg  poly(ethylene glycol) (3350 number-average molecular weight |

The periodic release rates from the dosage form were determined hourly for ten hours using in vitro dissolution testing. A residual quantity of drug of 0.72 mg remained in the dosage form. The results are shown in Table 1 along with an indication of whether an ascending release rate occurred.

TABLE 1

| Time (hours) | Quantity of drug released (mg) | Ascending Release Rate Occurrence |
| --- | --- | --- |
| 1 | 0.22 | YES |
| 2 | 1.45 | YES |
| 3 | 1.72 | YES |
| 4 | 1.84 | YES |
| 5 | 2.05 | YES |
| 6 | 2.21 | YES |
| 7 | 2.13 | NO |
| 8 | 1.26 | NO |
| 9 | 0.39 | NO |
| 10 | 0.09 | NO |

As seen from Table 1, drug was released from the dosage forms at an ascending rate for an extended time period, i.e., more than 90% of the drug was released by t=8 hours and ascending release rates occurred through t=6 hours, an extended period of time well beyond the mid-point of the $T_{90}$.

EXAMPLE 2

Bi-layer oral osmotic dosage forms were made in accord with conventional manufacturing processes known in the art and disclosed in detail in copending U.S. application Ser.

US 6,930,129 B2

15

No. 967,606, filed Nov. 10, 1997, of which the present application is a continuation-in-part application. Briefly, a first component layer, containing methylphenidate hydrochloride, sorbitol and selected excipients, and a second push layer, containing suitable osmopolymers, 40% by weight of an osmagent and selected excipients, were separately prepared by granulation methods. Next, the first component layer and the second push layer granulation preparations were longitudinally compressed together to form bi-layer LCT cores. A selected semipermeable membrane was then coated around the bi-layer LCT cores and a suitable 30 mil orifice for drug release was formed therethrough.

Each dosage form as prepared comprised:

| First component layer (110 mg) | |
|---|---|
| 12.8% | methylphenidate hydrochloride |
| 54.75% | poly(ethylene)oxide (200,000 number-average molecular weight) |
| 25.4% | sorbitol |
| 5% | hydroxypropylmethylcellulose (11,200 number-average molecular weight) |
| 2% | magnesium stearate |
| 0.05% | butylated hydroxy toluene |
| Second push layer (132 mg) | |
| 53.85% | poly(ethylene)oxide (7,000,000 number-average molecular weight) |
| 40% | sodium chloride |
| 5% | hydroxypropylmethylcellulose (11,200 number-average molecular weight) |
| 1% | red ferric oxide |
| 0.1% | magnesium stearate |
| 0.05% | butylated hydroxy toluene |
| Semipermeable Membrane (42 mg) | |
| 47.5% | cellulose acetate (39.8% acetyl content) |
| 47.5% | cellulose acetate (32% acetyl content) |
| 5% | poly(ethylene glycol) (3350 number-average molecular weight |

The periodic release rates from the dosage form were determined hourly for twelve hours. No residual quantity of drug remained in the dosage form. The results are shown in Table 2 along with an indication of the occurrences of an ascending release rate.

TABLE 2

| Time (hours) | Quantity of drug released (mg) | Ascending Release Rate Occurrence |
|---|---|---|
| 1 | 0.13 | YES |
| 2 | 1.16 | YES |
| 3 | 1.53 | YES |
| 4 | 1.61 | YES |
| 5 | 1.75 | YES |
| 6 | 1.79 | YES |
| 7 | 2.13 | YES |
| 8 | 2.18 | YES |
| 9 | 1.07 | NO |
| 10 | 0.43 | NO |
| 11 | 0.17 | NO |
| 12 | 0.13 | NO |

As seen from Table 2, more than 90% of the drug was released by t=9 hours and ascending release rates occurred through t=8 hours, an extended time period well beyond the mid-point of the $T_{90}$.

16

EXAMPLE 3

Bi-layer oral osmotic dosage forms additionally comprising an immediate-release dose of drug applied as an overcoat onto the semipermeable membrane were made in accord with conventional manufacturing processes known in the art and disclosed in detail in copending U.S. application Ser. No. 967,606, filed Nov. 10, 1997, of which the present application is a continuation-in-part application. Briefly, a first component layer, containing methylphenidate hydrochloride, sorbitol and selected excipients, and a second push layer, containing suitable osmopolymers, 39.8% by weight of an osmagent and selected excipients, were separately prepared by granulation methods. Next, the first component layer and the second push layer granulation preparations were longitudinally compressed together to form bi-layer LCT cores. A selected semipermeable membrane was then coated around the bi-layer LCT cores and a suitable 30 mil orifice for drug release was formed therethrough. A drug-containing overcoat mixture was prepared and coated onto the semipermeable membrane of the osmotic dosage form. Optionally, a taste-masking overcoat is also applied.

Each osmotic bi-layer dosage form as prepared comprised:

| First component layer | |
|---|---|
| 14 mg | methylphenidate hydrochloride |
| 61 mg | poly(ethylene)oxide (2,000,000 number-average molecular weight) |
| 27.5 mg | sorbitol |
| 5.5 mg | polyvinylpyrrolidone |
| 2.2 mg | magnesium stearate |
| 0.055 mg | butylated hydroxy toluene |
| Second push layer | |
| 72 mg | poly(ethylene)oxide (7,000,000 number-average molecular weight) |
| 53 mg | sodium chloride |
| 6.6 mg | polyvinylpyrrolidone |
| 1.3 mg | red ferric oxide |
| 0.132 mg | magnesium stearate |
| 0.066 mg | butylated hydroxy toluene |
| Semipermeable Membrane | |
| 20 mg | cellulose acetate (39.8% acetyl content) |
| 20 mg | cellulose acetate (32% acetyl content) |
| 2 mg | poly(ethylene glycol) (4000 number-average molecular weight) |

An immediate-release drug-containing overcoat comprising 60% hydroxypropylmethylcellulose and 40% methylphenidate hydrochloride is prepared and a final solution of 10 mg (i.e., containing 4 mg of methylphenidate salt) is coated onto the semipermeable membrane of the osmotic dosage form.

The periodic release rates from the drug overcoat and the osmotic dosage form were determined at 30 minutes, 1 hour and then hourly for the next nine hours. The 4 mg of methylphenidate contained within the drug overcoat was released within the first 30 minutes and the periodic release rate shown at t=1 hour of 0.41 mg constitutes drug released from the bi-layer osmotic dosage form during the second 30-minute interval. No residual quantity of drug remained in the dosage form. The hourly results are shown in Table 3 along with an indication of the occurrences of an ascending release rate.

US 6,930,129 B2

17

18

TABLE 3

| Time (hours) | Quantity of drug released (mg) | Ascending Release Rate Occurrence |
|---|---|---|
| 1 | 0.41 | YES |
| 2 | 1.05 | YES |
| 3 | 1.49 | YES |
| 4 | 1.57 | YES |
| 5 | 1.71 | YES |
| 6 | 1.75 | YES |
| 7 | 2.09 | YES |
| 8 | 2.14 | YES |
| 9 | 1.32 | NO |
| 10 | 0.48 | NO |

As seen from Table 3, exclusive of the immediate-release drug overcoat, more than 90% of the drug was released by t=9 hours and ascending release rates occurred through t=8 hours, an extended period of time well beyond the mid-point of the $T_{90}$.

EXAMPLE 4

Tri-layer oral osmotic dosage forms were made in accord with conventional manufacturing processes known in the art and disclosed in detail in copending U.S. application Ser. No. 937,336, filed Aug. 19, 1997, of which the present application is a continuation-in-part application. Briefly, a first component layer, containing pseudoephedrine hydro-chloride and selected excipients, a second component layer, containing a higher concentration of pseudoephedrine hydrochloride and selected excipients, and a third push layer, containing suitable osmopolymers, an osmagent and selected excipients, were separately prepared by granulation methods. Next, the first component layer, second component layer and the third push layer granulation preparations were longitudinally compressed together to form tri-layer LCT cores. A selected semipermeable membrane was then coated around the tri-layer LCT cores and a suitable 30 mil orifice for drug release was formed therethrough.

Each dosage form as prepared comprised:

First component layer

- 4.4 mg pseudoephedrine hydrochloride
- 15.3 mg poly(ethylene)oxide (300,000 number-average molecular weight)
- 1.1 mg hydroxypropylmethylcellulose (9,200 number-average molecular weight)
- 1.1 mg polyoxyethylene 40 stearate
- 0.11 mg magnesium stearate

Second component layer

- 13.5 mg pseudoephedrine hydrochloride
- 2.59 mg poly(ethylene)oxide (300,000 number-average molecular weight)
- 0.9 mg hydroxypropylmethylcellulose (9,200 number-average molecular weight)
- 0.9 mg polyoxyethylene 40 stearate
- 0.018 mg red ferric oxide
- 0.09 mg magnesium stearate

Third push layer

- 22.2 mg poly(ethylene)oxide (7,000,000 number-average molecular weight)
- 12 mg sodium chloride
- 2 mg hydroxypropylmethylcellulose (9,200 number-average molecular weight)
- 2 mg polyoxyethylene 40 stearate

-continued

- 1.2 mg cross-linked acrylic acid polymer
- 0.4 mg red ferric oxide
- 0.2 mg magnesium stearate

Semipermeable Membrane

- 11.4 mg cellulose acetate (39.8% acetyl content)
- 0.6 mg polyethylene glycol (3350 average number molecular weight)

The periodic release rates from the osmotic dosage form were determined hourly for 7 hours and results are shown in Table 4 along with an indication of the occurrences of an ascending release rate.

TABLE 4

| Time (hours) | Quantity of drug released (mg) | Ascending Release Rate Occurrence |
|---|---|---|
| 1 | 0.13 | YES |
| 2 | 0.65 | YES |
| 3 | 2.2 | YES |
| 4 | 2.78 | YES |
| 5 | 3.24 | YES |
| 6 | 3.14 | YES |
| 7 | 3.43 | YES |

As seen from Table 4, about 87% of drug was released during the first 7 hours and ascending release rates were achieved throughout this period.

EXAMPLE 5

Tri-layer oral osmotic dosage forms having a drug concentration gradient wherein the drug concentration was greater in the second component layer than the first component layer and also having viscosity gradients wherein the viscosity of the first component layer was less than the viscosity of the second component layer and the viscosity of the second component layer was lower than the viscosity of the third push layer were made in accord with conventional manufacturing processes known in the art and disclosed in detail in copending U.S. application Ser. No. 937,336, filed Aug. 19, 1997, of which the present application is a continuation-in-part application.

Each dosage form as prepared comprised:

First component layer (350 mg)

- 8.6% nicardipine
- 54.8% sorbitol
- 36.8% poly(ethylene)oxide (200,000 number-average molecular weight)

Second component layer (120 mg)

- 45% nicardipine
- 50% poly(ethylene)oxide (300,000 number-average molecular weight)
- 5% hydroxypropylmethylcellulose (9,200 number-average molecular weight)

Third push layer (350 mg)

- 68.75% poly(ethylene)oxide (7,000,000 number-average molecular weight)
- 20% sodium chloride
- 5% hydroxypropylmethylcellulose (9,200 number-average molecular weight)

US 6,930,129 B2

19

20

-continued

| | |
|---|---|
| 5% | cross-linked acrylic acid polymer |
| 1% | ferric oxide |
| 0.25% | magnesium stearate |

Semipermeable Membrane (43.5 mg)

| | |
|---|---|
| 95% | cellulose acetate (39.8% acetyl content) |
| 5% | polyethylene glycol (3350 average number molecular weight) |

The dosage forms had 25 mil exit orifices formed through the semipermeable membrane to permit release of drug formulation from within the compartment. An ascending release rate for an extended time period of about 16 hours was achieved with the dosage forms of Example 5.

EXAMPLE 6

Preferred embodiments of the tri-layer osmotic dosage forms of the present invention additionally comprising an immediate-release dose of drug applied as an overcoat, as shown in FIG. 2, were prepared in accord with conventional osmotic tablet manufacturing processes.

The first component layer contained the following (by weight percent): 9.40% methylphenidate hydrochloride, 83.71% polyethylene oxide (Polyox N-80 brand product of Union Carbide, Danbury, Conn.), 5% polyvinylpyrrolidone (Kolidon 29-32 product of BASF Corp., Mt. Olive, N.J.); 1.34% succinic acid; 0.5% stearic acid; and 0.05% butylated hydroxy toluene.

The second component layer contained the following (by weight percent): 13.65% methylphenidate hydrochloride, 78.80% polyethylene oxide (Polyox N-80 brand product of Union Carbide, Danbury, Conn.), 5% polyvinylpyrrolidone (Kolidon 29-32 product of BASF Corp., Mt. Olive, N.J.); 1.95% succinic acid; 0.5% stearic acid; 0.05% butylated hydroxy toluene; and 0.05% yellow ferric oxide, as coloring agent.

The third push layer contained the following (by weight percent): 73.7% high molecular weight polyethylene oxide (Polyox 303 brand product of Union Carbide, Danbury, Conn.), 20% sodium chloride; 5% polyvinylpyrrolidone (Kolidon 29-32 brand product of BASF Corp., Mt. Olive, N.J.); 0.25% stearic acid; 0.05% butylated hydroxy toluene; and 1% green ferric oxide, as coloring agent.

Each of the first component layer, second component layer and third push layer were separately prepared into granulated compositions in a fluid bed granulator. The granulated compositions were then compressed sequentially and longitudinally on a rotary tablet press to produce the tri-layer LCT cores. For each dosage form, 40 mg of the first component layer granulation and 75 mg of the second component layer granulation were first sequentially filled and tamped at 100 newtons into the die. Then, 90 mg of the third push layer granulation to the die was added to the die and the final compression was performed at 1500 newtons.

The composition of the semipermeable membrane was 83% by weight cellulose acetate (CA 398-10, having an acetyl content of 39.8%, product of Eastman Chemical, Kingsport, Tenn.) and 17% by weight copolymer of ethylene and propylene oxide (Poloxamer 188 brand product of BASF Corp., Mt. Olive, N.J., added as a flux-enhancer. The two ingredients were dissolved in a blend of 99.5% acetone and 0.5% water to form a 5% solids solution. In a pan coater, the solution was then sprayed onto the tri-layer LCT cores to a weight of 25.7 mg and a thickness of 4–5 mil.

After the semipermeable membrane had been applied to form a compartment containing the tri-layer LCT cores, a 0.76 mm (40 mil) orifice was drilled through the semipermeable membrane at the narrow end of the compartment proximate to the first component layer to thereby form the preferred tri-layer osmotic dosage forms, each containing 14 mg of methylphenidate. Each dosage form was approximately 12 mm long with an approximate diameter of 5.3 mm.

The drug overcoat for providing an immediate-release initial dose of drug contains approximately 30% by weight methylphenidate hydrochloride, approximately 70% by weight hydroxypropylmethylcellulose (Methocel E3 brand name product of Dow Chemical Co., Midland, Mich.), and a trace amount of phosphoric acid (i.e., 20 ml of phosphoric acid added to 87 kg of drug in solution). An aqueous coating solution is prepared by dissolving and mixing the ingredients in water to form a solution with a 10% solids composition. In a pan coater, the solution was then sprayed onto the semipermeable membranes of the tri-layer osmotic dosage forms to a weight of about 14.0 mg comprising an immediate-release dose of methylphenidate of about 4 mg.

The final aesthetic overcoat composition weighed 16.9 mg and contained an underlayer of Opadry II, yellow (brand name product of Colorcon, West Point, Pa. and an overlayer of Opadry, clear, with a trace amount of carnauba wax, a glidant, prepared and applied as follows: first, Opadry II (10%) is suspended in water (90%) and sprayed onto the drug-overcoated dosage forms; next, clear Opadry (5%) is suspended in water (95%) and sprayed onto the drug- and Opadry II-overcoated dosage forms; finally, the dosage forms are tumbled in the coater with the carnauba wax for ten minutes to allow about 100 ppm of wax to be uniformly distributed onto the clear Opadry overcoat.

Many pharmaceutical dosage forms utilize drug in salt form such as the hydrochloride salt of methylphenidate utilized herein. Such salt forms of drugs prepared in aqueous solution, however, are prone to degradation and, thus, often have stability and shelf-life problems. It has been discovered that the addition of an appropriate pH-adjusting agent to the aqueous solution decreases undesired degradation and improves the stability of the product. In particular, in preferred embodiments tri-layer osmotic dosage forms comprising methylphenidate hydrochloride, it has been discovered that degradation of the drug ingredient can be minimized by the addition of suitable antidegradation agents, i.e., succinic acid in the first and second component layers and phosphoric acid in the drug overcoat. Other suitable antidegradation agents include compounds that dissolve in an aqueous medium are pharmaceutically acceptable, i.e., nontoxic and suitable for oral administration to humans, and that exhibit sufficient pH-adjusting ability, i.e., have a pH no greater than 4 and preferably of 3 or below. Additional examples include potassium phosphate, sodium phosphate, fumaric acid, citric acid, tartaric acid, malic acid, hydrochloric acid, aspartic acid, glutamic acid, oxalic acid, lactic acid, malonic acid, glyceric acid and ascorbic acid.

Periodic release rates for twenty-four sample dosage forms prepared as described were determined hourly for 12 hours and are presented in graph form in FIG. 3. The mean quantities released each hour are shown in Table 5 along with an indication of the occurrences of an ascending release rate. It is noted that the entire 4 mg immediate-release dose was essentially released within the first hour and this quantity is disregarded with respect to the determination that an ascending release rate occurred at t=2 hours, i.e., the mean quantity at t=2 hours was compared to the mean quantity at t=1 hours less 4 mg representing the immediate-release dose.

US 6,930,129 B2

21

### TABLE 5

| Time (hours) | Quantity of drug released (mg) | Ascending Release Rate Occurrence |
|---|---|---|
| 1 | 4.098 | YES |
| 2 | 1.138 | YES |
| 3 | 1.650 | YES |
| 4 | 1.993 | YES |
| 5 | 2.043 | YES |
| 6 | 2.099 | YES |
| 7 | 1.966 | NO |
| 8 | 1.763 | NO |
| 9 | 0.428 | NO |
| 10 | 0.174 | NO |
| 11 | 0.084 | NO |
| 12 | 0.061 | NO |

As seen from Table 5, exclusive of the immediate-release drug overcoat, more than 90% of the drug was released by t=8 hours and ascending release rates occurred through t=6 hours, an extended period of time well beyond the mid-point of the $T_{90}$.

### EXAMPLE 7

Therapeutic effectiveness of single doses of tri-layer osmotic dosage forms containing 14 mg of methylphenidate and additionally comprising an immediate-release drug overcoat containing 4 mg of methylphenidate was studied and compared to multiple doses of immediate-release methylphenidate. Safety and therapeutic efficacy parameters were evaluated for a 12-hour period in the same subjects treated with the following regimens on different days: the experimental regimen wherein the tri-layer osmotic dosage form was administered once at t=0 hours and the standard regimen wherein immediate-release methylphenidate (Ritalin®) was administered three times, at t=0 hours, t=4 hours, and t=8 hours. Because the subjects were current methylphenidate users, the doses of methylphenidate administered during each regimen varied somewhat to match as closely as possible the "usual dose" each subject was routinely administered. For comparative purposes, the actual doses were normalized to a single 18 mg dose of the tri-layer osmotic dosage and to 15 mg of Ritalin® administered as three 5 mg doses.

Plasma drug concentrations were determined in all subjects at the same times during the study periods for each regimen. The selected times corresponded to the time just prior to, and 1.5 hours and 2.5 hours following, administration of the first two doses of immediate-release methylphenidate (i.e., at t=0 hours, t=1.5 hours, t=2.5 hours, t=4 hours, t=5.5 hours, t=6.5 hours, and just prior to, and 1.5 hours and 3.5 hours following, administration of the third dose (i.e., at t=8 hours, t=9.5 hours and t=11.5 hours).

In FIG. 4, plasma drug concentrations obtained from one group of study participants (n=16) while treated with the experimental regimen (represented by open diamonds) and while treated with the standard regimen (represented by closed circles) are shown in graph form. A comparison of FIGS. 3 and 4 demonstrates a correlation between the in vitro release rates through about t=8 hours and the in vivo plasma drug concentrations through about t=9.5 hours.

As shown in FIG. 4, the plasma drug concentration following each administration of an immediate-release dose rises relatively rapidly and then declines at a generally characteristic rate until the next dose is administered. The plasma drug concentration following administration of the

22

tri-layer osmotic dosage form also exhibits an initial relatively rapid rise due largely to release of drug from the immediate-release drug overcoat. Subsequently, however, the plasma drug concentration does not decline but continues to substantially ascend (save for a slight "dip" between t=5.5 hours and t=6.5 hours) through a time period of 9.5 hours. Particularly striking is the difference during the time periods within about 1 hour before and about 1.5 hours following administration of the second and the third immediate-release dose. With the standard regimen, during these periods, the plasma drug concentration declines to a trough concentration and then rises again to a peak concentration. With the experimental regimen, during these same time periods, the plasma drug concentration is substantially smoothly ascending and exhibits no peaks and troughs.

Safety and therapeutic parameters, including behavioral, attentional and cognitive functions, were assessed hourly during the first three hours and the last three hours of the study period and at two-hour intervals in between. The clinical effectiveness of the experimental regimen was closely comparable to the clinical effectiveness of the standard regimen throughout the twelve-hour study period. An effective once-a-day therapy for ADHD provides many advantages and offers a significant improvement in drug therapy by eliminating the need for multiple daily doses of methylphenidate while providing continued therapeutic efficacy throughout the day.

### EXAMPLE 8

Tri-layer oral osmotic dosage forms were made in accord with the manufacturing processes of Example 6 but comprising twice as much methylphenidate, i.e., a total of 28 mg of methylphenidate contained within the first and second component layers and 8 mg of methylphenidate in the drug overcoat. All of the remaining ingredients are also doubled so that the weight percents are the same as in Example 6. The third push layer is also doubled. The semipermeable membrane had the same composition as in Example 6 but was applied to a weight of about 34 mg.

These dosage forms exhibit release of 36 mg of methylphenidate with about 8 mg released immediately and the remaining 28 mg released at an ascending release rate over an extended time period.

### EXAMPLE 9

Tri-layer oral osmotic dosage forms were made in accord with the manufacturing processes of Example 6 but comprising a total of 42 mg of methylphenidate contained within the first and second component layers and 12 mg of methylphenidate in the drug overcoat. The first component layer contained the following (by weight percent): 11.5% methylphenidate hydrochloride, 81.6% polyethylene oxide (Polyox N-80 brand product of Union Carbide, Danbury, Conn.), 5% polyvinylpyrrolidone (Kolidon 29-32 product of BASF Corp., Mt. Olive, N.J.); 1.3% succinic acid; 0.5% stearic acid; 0.05% butylated hydroxy toluene; and 0.05% yellow ferric oxide, as coloring agent. The second component layer contained the following (by weight percent): 19.8% methylphenidate hydrochloride, 72.7% polyethylene oxide (Polyox N-80 brand product of Union Carbide, Danbury, Conn.), 5% polyvinylpyrrolidone (Kolidon 29-32 product of BASF Corp., Mt. Olive, N.J.); 1.95% succinic acid; 0.5% stearic acid; and 0.05% butylated hydroxy toluene. The third push layer is doubled from Example 6 and the semipermeable membrane had the same composition as in Example 6 but was applied to a weight of about 34 mg.

US 6,930,129 B2

23

24

These dosage forms exhibit release of 54 mg of methylphenidate with about 12 mg released immediately and the remaining 42 mg released at an ascending release rate over an extended time period.

While there has been described and pointed out features and advantages of the invention, as applied to present embodiments, those skilled in the art will appreciate that various modifications, changes, additions, and omissions in the descriptions within the specification can be made without departing from the spirit of the invention.

We claim:

1. A method for treating Attention-Deficit Disorder or Attention-Deficit Hyperactivity Disorder in a patient, wherein the method comprises administering a pharmaceutically acceptable composition comprising methylphenidate and a pharmaceutically acceptable carrier to said patient in a manner that achieves a substantially ascending methylphenidate plasma drug concentration over a time period of about 8 hours following said administration.

2. A method for treating Attention-Deficit Disorder or Attention-Deficit Hyperactivity Disorder in a patient, wherein the method comprises administering a pharmaceutically acceptable composition comprising methylphenidate and a pharmaceutically acceptable carrier to said patient in a manner that achieves a substantially ascending methylphenidate plasma drug concentration over a time period of about 9.5 hours following said administration.

3. A method of claim 1 wherein said composition comprises about 14 mg of methylphenidate.

4. A method of claim 1 wherein said composition comprises about 18 mg of methylphenidate.

5. A method of claim 1 wherein said composition comprises about 36 mg of methylphenidate.

6. A method of claim 1 wherein said composition comprises about 54 mg of methylphenidate.

7. A method of claim 2 wherein said composition comprises about 14 mg of methylphenidate.

8. A method of claim 2 wherein said composition comprises about 18 mg of methylphenidate.

9. A method of claim 2 wherein said composition comprises about 36 mg of methylphenidate.

10. A method of claim 2 wherein said composition comprises about 54 mg of methylphenidate.

* * * * *

# EXHIBIT D

# Guidance for Industry

## Drug Metabolism/Drug Interaction Studies in the Drug Development Process: Studies In Vitro



Department of Health and Human Services
U.S. Food and Drug Administraion
Center for Drug Evaluation and Research
Center For Biologics Evaluation and Research
April 1997

CLIN 3

# Guidance for Industry

## Drug Metabolism/Drug Interaction Studies in the Drug Development Process:  Studies In Vitro

Additional copies are available from:

The Drug Information Branch (HFD-210)
Division of Communications Management
Center for Drug Evaluation and Research (CDER)
5600 Fishers Lane, Rockville, MD  20857
(Tel) 301-827-4573
(Internet)  http://www.fda.gov/cder/guidance.htm

or

Office of Communication, Training, and Manufacturers Assistance (HFM-40)
Center for Biologics Evaluation and Research (CBER)
1401 Rockville Pike, Rockville, MD 20852-1448
(Internet)  http://www.fda.gov/cber/cberftp.html
(Fax)  888-CBERFAX or 301-827-3844
(Bounce-back E-mail)  cber_info@al.cber.fda.gov
(Voice Information)  800-835-4709 or 301-827-1800

Department of Health and Human Services
U.S. Food and Drug Administraion
Center for Drug Evaluation and Research
Center For Biologics Evaluation and Research
April 1997
CLIN 3

## Table of Contents

I.     INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.    OBSERVATIONS AND CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . 2

III.   TECHNIQUES AND APPROACHES FOR STUDIES IN VITRO OF DRUG
       METABOLISM AND DRUG INTERACTIONS . . . . . . . . . . . . . . . . . . . . 4
       A.     Cytochrome P-450, Microsomes, and Related Tools . . . . . . . . . . . . . . 4
       B.     Other Hepatic Enzymes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
       C.     Gastrointestinal Drug Metabolism . . . . . . . . . . . . . . . . . . . . . . . . . 6
       D.     Interspecies Metabolic Comparisons and Other Uses of Animal Data . . . . . 7

IV.    CORRELATION BETWEEN STUDIES IN VITRO AND IN VIVO . . . . . . . . . . 7

V.     TIMING OF METABOLISM STUDIES . . . . . . . . . . . . . . . . . . . . . . . . . 8

VI.    LABELING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

VII.   RELATED APPLICATIONS AND CONSIDERATIONS . . . . . . . . . . . . . . . 10

i

# GUIDANCE FOR INDUSTRY[1]

# DRUG METABOLISM/DRUG INTERACTION STUDIES IN THE DRUG DEVELOPMENT PROCESS: STUDIES IN VITRO

## I.    INTRODUCTION

After entering the body, a drug is eliminated either by excretion or by metabolism to one or more active or inactive metabolites. When elimination occurs primarily by metabolism, the routes of metabolism can significantly affect the drug's safety and efficacy and the directions for use. When elimination occurs via a single metabolic pathway, individual differences in metabolic rates can lead to large differences in drug and metabolite concentrations in the blood and tissue. In some instances, differences exhibit a bimodal distribution indicative of a genetic polymorphism (e.g., CYP450 2D6, CYP450 2C19, N-acetyl transferase). When a genetic polymorphism affects an important metabolic route of elimination, large dosing adjustments may be necessary to achieve the safe and effective use of the drug. Pharmacogenetics already has influenced therapeutics. For a drug that is primarily metabolized by CYP450 2D6, approximately 7 percent of Caucasians will not be able to metabolize the drug, but the percentage for other racial populations is generally far lower. Similar information is known for other pathways, prominently, CYP450 2C19 and N-acetyl-transferase. Equally important, if not more so, many enzymatic metabolic routes of elimination, including most of those occurring via the CYP450 enzymes, can be inhibited or induced by concomitant drug treatment. As a result, abrupt changes can occur with a co-administered agent in a single individual. Such interactions can lead to a substantial decrease or increase in the blood and tissue concentrations of a drug or metabolite or cause the accumulation of a toxic substance (e.g., certain antihistamine-antifungal interactions). These types of changes can alter a new drug's safety and efficacy profile in important ways, particularly a drug with a narrow therapeutic range.

An understanding of metabolic pathways and potential interactions sometimes allows the use of a drug that would produce an unacceptable level of toxicity if blood levels were not predictable. For these reasons, it is important to learn at an early stage of development whether a drug is eliminated primarily by excretion of unchanged drug or by one or more routes of metabolism. If elimination is primarily by metabolism, the principal metabolizing route(s) should be understood. This information will help identify the implications of

---

[1] This guidance has been prepared by the Drug Metabolism/Drug Interactions--In Vitro Studies Working Group of the Clinical Pharmacology Section of the Medical Policy Coordinating Committee in the Center for Drug Evaluation and Research (CDER), with input from the Center for Biologics Evaluation and Research (CBER) at the Food and Drug Administration. This guidance represents the Agency's current thinking on drug metabolism and drug interaction studies in vitro. It does not create or confer any rights for or on any person and does not operate to bind FDA or the public. An alternative approach may be used if such approach satisfies the requirement of the applicable statute, regulations, or both.

metabolic differences between and within individuals and the importance of certain drug-drug and other interactions. Having such information also will aid in determining whether the pharmacologic properties of certain metabolites should be explored further.

This FDA guidance to industry provides suggestions on current approaches to studies in vitro of drug metabolism and interactions. The guidance is intended to encourage routine, thorough evaluation of metabolism and interactions in vitro whenever feasible and appropriate. As is the case for all FDA guidance documents, suggestions are not requirements, but are offered for consideration by drug development scientists as a means to address potentially important safety concerns. FDA recognizes that the importance of any approach will vary depending on the drug in development and its intended clinical use. The FDA also recognizes that clinical observations can address some of the same issues identified in this document as being susceptible to in vitro study. The suggested approaches delineated in this document, however, are efficient and inexpensive considering the breadth of information they can provide, and often can reduce or eliminate the need for further clinical investigations. This particular guidance is directed toward a broad class of drugs: molecules with a molecular weight below 10 kiloDaltons.

Although the field of in vitro assessment of drug metabolism and drug interactions has progressed sufficiently to allow preparation of this guidance, additional work will be required to allow a comprehensive characterization of drug metabolism in vitro (including induction and inhibition) and its implications for subsequent clinical investigations and product labeling. Because the assessment of drug metabolism in vitro is a rapidly evolving area of drug development and regulation, this guidance may require frequent revision.

Review scientists at the FDA have long been interested in the impact of drug metabolism and drug-drug interactions on drug safety and efficacy. As a result, discussion of this topic also is contained in other FDA guidance documents, including *General Considerations for the Clinical Evaluation of Drugs* (FDA 77-3040), *Guideline for Studying Drugs Likely to be Used in the Elderly* (11/89), and *Guideline for the Study and Evaluation of Gender Differences in the Clinical Evaluation of Drugs* (58 FR 39406, July 22, 1993). To obtain these documents, contact the Drug Information Branch at the Center for Drug Evaluation and Research.

## II.    OBSERVATIONS AND CONCLUSIONS

The following general observations and conclusions underlie the suggestions found in this guidance:

- The concentrations of the parent drug and/or its active metabolite(s) circulating in the body are the effectors of desirable and/or adverse drug actions.

- A principal regulator of drug concentration in the body is clearance. Metabolism can be a major determinant of clearance.

- Even for drugs that are not substantially metabolized, the potential effect of that drug on the metabolism of concomitant drugs could be important.

- Large differences in blood levels can occur because of individual differences in metabolism. Some drugs, such as tricyclic antidepressants, exhibit order of magnitude differences in blood concentrations depending on the enzyme status of patients. Drug-drug interactions can have similarly large effects when one drug inhibits the metabolism of another. For example, ketoconazole greatly increases concentrations of parent terfenadine, leading to QT prolongation and *torsades de pointes*.

- Major advances have been made recently in the availability and use of human tissue and recombinant enzymes for studies in vitro of drug metabolism and drug-drug interactions.

- The development of sensitive and specific assays for a drug and its metabolites is critical to the study of drug metabolism and interactions. Development of such assay methods has long been a high priority for drug development programs, and such assays are increasingly available early in development. Once reliable assays are available, the techniques are available for readily assessing drug metabolism and drug-drug interactions in vitro and interpreting the results.

The studies in vitro described in this document are one set of approaches to developing information about drug metabolism and drug-drug interactions. Mechanistic and empirical clinical study approaches are available as well to provide further information. As always, a carefully designed mix of approaches is likely to yield optimal results in the shortest time and at the least cost. Metabolic effects and drug-drug interactions should be considered as early as possible as well as later in the drug development process. Appropriately designed pharmacokinetic/phase 1 studies could provide important information about drug metabolism, relevant metabolites, and actual or potential drug interactions. Blood level data obtained during phase 2 and 3 clinical trials, for example, via a pharmacokinetic screen, also could reveal interactions or marked inter-individual differences. Because clinical trial protocols sometimes limit concomitant drug use, some later studies may not be optimally informative about possible drug interactions. Decreasing exclusions of concomitant drug treatment and measurement of blood levels before and after treatment with a test drug (interaction screen), as well as testing drug blood levels more frequently, could make later phase clinical studies more useful. All of these studies could be more informative if significant metabolites and prodrugs could be identified and their pharmacological properties described.

Identifying metabolic differences in patient groups based on genetic polymorphisms, or on other readily identifiable factors such as age, race, and gender, could help guide the design of dosimetry studies for such populations groups. This kind of information also will provide improved dosing recommendations in product labeling, facilitating the safe and effective use of a drug by allowing prescribers to anticipate necessary dose adjustments. Indeed, in some cases, understanding how to adjust dose to avoid toxicity may allow the marketing of a drug

3

that would have an unacceptable level of toxicity were its toxicity unpredictable and unpreventable.

## III.    TECHNIQUES AND APPROACHES FOR STUDIES IN VITRO OF DRUG METABOLISM AND DRUG INTERACTIONS

The goals in evaluating in vitro drug metabolism are:  (1) to identify all of the major metabolic pathways that affect the test drug and its metabolites, including the specific enzymes responsible for elimination and the intermediates formed; and (2) to explore and anticipate the effects of the test drug on the metabolism of other drugs and the effects of other drugs on its metabolism.  Pharmacologic effects of the test drug and its major metabolites also should be studied, if feasible.  Knowledge that a particular drug is not a substrate for certain metabolic pathways is helpful.  For example, if it is learned early in drug development that a molecule is not a substrate for CYP450 3A4 or that this pathway represents only a minor contribution to overall metabolism, then concern is lessened or eliminated for possible inhibition of 3A4 metabolism by drugs such as ketoconazole and erythromycin or possible induction of metabolism by drugs such as rifampin and anticonvulsants.  Studies in vitro also could indicate whether a drug itself is or is not an inhibitor of common metabolic pathways.  The potential for a drug inhibiting the metabolism of other drugs is almost always present for drugs metabolized by the same pathway, but can also be present for entirely separate pathways, including the principal metabolic route for a compound.  This potential was first appreciated for quinidine, which is a substrate for metabolism by CYP450 3A4 and is also a very potent inhibitor of CYP450 2D6.

### A.    Cytochrome P-450, Microsomes, and Related Tools

#### 1.    Assessing the metabolism of a test drug

The most mature technology for the study in vitro of drug metabolism (enzymes involved, metabolites formed, and potential inhibitors) is associated with the set of enzymes contained in the cytochrome CYP450 superfamily.  These enzymes are responsible for the metabolism of the majority of drugs given to humans.  Metabolism usually occurs in the liver, but the enzymes (especially CYP450 3A4) also are important in gut metabolism.  Human liver microsomes provide the most convenient way to study CYP450 metabolism.  Microsomes are a subcellular fraction of tissue obtained by differential high-speed centrifugation.  All of the CYP450 enzymes are collected in the microsomal fraction.  The CYP450 enzymes retain their activity for many years in microsomes or whole liver stored at low temperature (e.g., $-70^\circ$ C).  Cofactor requirements for CYP450-mediated reactions are well characterized, consisting primarily of a redox sustaining system such as NADPH.  Hepatic microsomes can be obtained commercially, with or without prior phenotyping, for most important drug-

4

metabolizing enzymes.

During studies to identify metabolic routes of elimination for an investigational new drug, microsomes from several donors should be used, either individually or pooled, to avoid reliance on microsomes that are deficient in one or more metabolic pathways, unless this is a specific objective of the study. With the use of selective chemical inhibitors for each major pathway, the metabolic pathways for a new drug can be readily demonstrated or ruled out. Careful consideration of incubating concentrations of both inhibitor and substrate is essential to maintain a selective approach. For example, quinidine and ketoconazole are relatively selective inhibitors of 2D6 and 3A4, respectively, at concentrations below 1 micromolar, but both will also inhibit other CYP450 enzymes at higher concentrations, an inhibition that is not known to be clinically pertinent. Antibodies to specific CYP450 enzymes also can be used to attempt selective inhibition of metabolic pathways, but at present this approach is limited by lack of wide commercial availability of the antibodies, incomplete characterization of their selectivity, and high laboratory-to-laboratory variation for antibody inhibition results in comparison to chemical inhibitors.

The cDNAs for the common CYP450s have been cloned, and the recombinant human enzymatic proteins have been expressed in a variety of cells. After the apparent metabolic pathway has been determined using microsomes, use of these recombinant enzymes provides an excellent way to confirm results identified in microsomes.

The most complete picture for hepatic metabolism can be obtained with intact liver systems, in which the cofactors are self-sufficient and the natural orientation for linked enzymes is preserved. Isolated hepatocytes and precision-cut slices have these desirable features. Radiolabeled drugs are very helpful at this stage. A major logistic problem with these preparations, however, is that enzymatic activities are not stable for much longer than 24 hours. Overcoming that limitation will be valuable for investigating induction of enzyme activity.

Studies in vitro can identify critical metabolic pathways for a new drug and metabolites that are formed by these pathways. The clinical significance of this information should generally be confirmed via studies in the clinic. Absence of a finding that certain metabolic pathways are important via in vitro studies may obviate the need for further clinical investigations or at least help focus the design of these studies.

2.    Assessing effects on other drugs

Human microsomes are also the most useful tool for screening for the effects of a new drug on common CYP450 pathways and for providing rapid initial

information on potential drug-drug interactions. A general assessment of effects on major metabolic pathways can be obtained by simultaneous incubation of the investigational new drug with standard probe compounds, which are available for many CYP450 pathways. The experiments are exceptionally rapid and straightforward, requiring no special equipment. In general, if appropriate concentrations of the test drug are used with established probes, a negative result in vitro (no interaction identified) is reassuring and can generally eliminate the need for further clinical evaluation. Positive results suggest the need for further clinical evaluation.

B.    Other Hepatic Enzymes

Although the CYP450 superfamily is the dominant group of metabolizing enzymes, other classes of important enzymes for drug metabolism are present in humans, including enzymes responsible for acetylation, methylation, glucuronidation, sulfation, and de-esterification (esterases). Approaches in vitro are not as widely applied for these enzymes as to the CYP450s, but considerable progress has been made, and further important efforts are underway.

In addition to the CYP450 enzymes, microsomes contain other enzymes, including a variety of transferases. For conjugating reaction pathways, supplementation of microsomal preparations with conjugating moieties as added cofactors has been successful. Cytosolic (soluble) enzymes are not contained in the microsomal fraction, but may be readily investigated using other subcellular fractions (e.g., S9).

C.    Gastrointestinal Drug Metabolism

Much emphasis in metabolic research and development has focused on the liver, because this organ has always been regarded as the principal site of drug metabolism. For particular drugs, however, other tissues may predominate (e.g., the kidney or gastrointestinal mucosa). Because most drugs are given orally, interest has been increasing in the effect of gastrointestinal mucosal enzymes on drug entry to the systemic circulation. Drugs susceptible to metabolism via CYP450 3A4 may exhibit low and/or variable bioavailability. Thus, determining the susceptibility of a drug to metabolism by CYP450 3A4 may be important not only in identifying routes of elimination but also in predicting the likelihood of significant first-pass metabolism.

D.    Interspecies Metabolic Comparisons and Other Uses of Animal Data

Animal toxicology studies are an important component of assessing safety for subsequent human exposure. Although comparative metabolism has long been of interest, this emphasis has grown in recent years, and many drug development

6

programs now produce extensive characterization of metabolites in animals. This work has not regularly been linked to parallel findings in humans, but the availability of tools for the study of human metabolism in vitro provides an opportunity to refocus and enhance the goals of pharmacokinetic and metabolic studies in animals.

Animal studies provide the means to determine whether new chemical species generated by human metabolic studies in vitro are active pharmacologically (toxicologically) and how they compare to the parent compound, often a critical determinant of the effect of drug-drug interactions or genetic diversity. Early identification of human metabolic routes of elimination and metabolites by studies in vitro can provide clear direction for preclinical studies in animals.

An especially valid application of in vitro and appropriate clinical follow-up studies is to compare drug and metabolite exposure in humans and animals. Reasonably similar exposure supports the relevance of a particular animal species to the assessment of a potential human risk, and knowledge of differences (e.g., a toxic metabolite in animals, but not in humans) could aid in interpretation of clinical data. The earlier this is done, the easier it will be to use the information in planning and interpreting clinical studies. Although the use of in vitro techniques to determine the most metabolically relevant species for nonclinical testing may enhance the value of these studies, selecting appropriate species or strains is not a simple matter. The need for historical control data and prior experience in toxicology studies for a particular species and strain could limit the ability to select species and strains based on similarities of metabolic pathways to humans. Nonetheless, major metabolic dissimilarities between the test species and humans reduce the confidence in these studies as predictors of safety in humans.

## IV.    CORRELATION BETWEEN STUDIES IN VITRO AND IN VIVO

A complete understanding of the relationship between metabolism in vitro and in vivo is still emerging. Strong correlations have been documented between well-conducted studies in vitro and in vivo, but considerable effort is necessary before complete validation of these correlations is obtained, including an appreciation for whatever limits may exist for the correlations. When a difference arises between findings in vitro and in vivo, the results in vivo should always take precedence over studies in vitro. In many cases, however, studies in vitro, which are inexpensive and readily carried out, will serve as an adequate screening mechanism that can rule out the importance of a metabolic pathway and make in vivo testing unnecessary. If investigations in vitro suggest that the answer to the question "Does CYP450 2D6 metabolize this drug?" is "no," clinical studies to identify the impact of the slow metabolizer phenotype or to study the effect of CYP450 2D6 inhibitors will not be needed. Because studies in vitro, however, cannot adequately define the importance of a metabolic pathway, if the in vitro study answer is "yes," additional clinical studies will be important to answer whether CYP450 2D6 is clinically important to the elimination of the drug.

7

Additional information also may be necessary to identify which inhibitors, if any, affect metabolism in vivo significantly. For example, although a drug may be extensively metabolized in vitro, a mass balance study in vivo may demonstrate that metabolism is less important than urinary or biliary excretion. In addition, inhibition studies often will not be definitive in vitro unless only a relatively low degree of inhibition is present, with intermediate to high degrees of inhibition needing subsequent clinical confirmation. In this setting, inhibition of metabolic pathways will not have a clinical impact except for patients with severe impairment of excretory function, and the effect of induction on elimination will be limited. In general, if there is some, but not a large, effect in vitro, predicting the effect in vivo will be difficult. Experiments in vitro should be conducted at concentrations similar to the relevant concentration in vivo. As previously noted for chemical inhibition studies, different pathways may be affected at various concentrations. This may be difficult to determine, however, when the interaction occurs in the gut.

## V.    TIMING OF METABOLISM STUDIES

A question frequently raised is when during drug development should studies in vitro be conducted. Sponsors are reluctant to allocate resources during the investigation of a drug that has not yet demonstrated a suggestion of clinical activity. This is a reasonable concern, and where possible, it is reasonable to identify some useful activity in short-term clinical studies before embarking on a major metabolic evaluation. Nevertheless, an early understanding of how a compound is metabolized could influence selection among several pharmacologically similar agents and could lead to dose regimens that would be more likely to detect a positive clinical effect. When attempting to determine the most appropriate time to conduct metabolism studies in vitro, it is helpful to reconsider the reasons for conducting such studies. Two of the major clinical reasons, as previously mentioned, are (1) to identify all of the major metabolic pathways that affect the drug and its metabolites and (2) to anticipate the effects of the drug on the metabolism of other drugs. With these objectives in mind, an understanding of the metabolic profile of a drug in vitro would be useful prior to the initiation of phase 2 studies and is especially important before phase 3 trials, when a broader population will be studied. This knowledge would permit the efficient design of clinical dose/response, interaction, and special population studies and also would enable adequate attention to be given to patient variability and potential interactions in phase 2 and 3 studies. Of course, drugs have been developed successfully even when the evaluation of metabolic routes of elimination occurred during the later phases of drug development or were not explored at all. Today, however, it is difficult to justify marketing a drug without knowing how it is metabolized or how it could influence, or be influenced by, the drugs being taken with it. Therefore, sponsors are encouraged to conduct appropriate metabolic studies prior to commencement of phase 3 trials.

## VI.    LABELING

Each year, large numbers of new drug-drug interactions are discovered, precluding the possibility that any prescriber could memorize them all. Based on the increasing amount of valuable information that is available, it is now possible to label for class effects for various enzymes, and the ability to extrapolate from partial data is growing. Standardized approaches to labeling are likely to emerge and be helpful, in a manner analogous to the class labeling used for certain categories of drugs. For example, certain powerful inhibitors (quinidine for CYP450 2D6, ketoconazole for CYP450 3A4) are likely to affect all drugs metabolized by these pathways. For this reason, if a new drug is found to be a substrate for certain CYP450 enzymes, then certain interactions may be anticipated, even though specific data are lacking. This understanding relies on knowledge about the activity of the drug and its metabolites. Similarly, it would be helpful to know what metabolic pathways are not involved in the elimination of a drug. When generalizations are made from studies in vitro, the conditions of extrapolation should be explicitly stated. Thus, conclusions based on data gained from in vitro studies that are extrapolated to the clinical situation should be identified and distinguished from conclusions based on clinical observations in vivo. Under these circumstances, the best advice available at any given time may be provided, and class effects may be updated as new information is obtained. The following text is an example of class labeling based on studies in vitro:

> *Although clinical studies have not been conducted, on the basis of this drug's metabolism by CYP450 3A4, ketoconazole, itraconazole, erythromycin, and grapefruit juice are likely to inhibit its metabolism. Furthermore, rifampin, dexamethasone, and certain anticonvulsants (phenytoin, phenobarbital, carbamazepine) may induce this drug's metabolism. Thus, if a patient has been titrated to a stable dosage on this drug, and then begins a course of treatment with one of these inducers or inhibitors, it's reasonable to expect that a dose adjustment may be necessary to prevent toxicity or therapeutic failure.*

The example below demonstrates where the class effects would be inserted and also where information on the drug's inhibitory effects would be stated:

> *This drug is metabolized by CYP450 3A4 < insert current statement >. At clinical doses, the drug itself does not inhibit the metabolism of other 3A4 substrates, but does inhibit the metabolism of substrates metabolized via the CYP450 2D6 pathway.*

Given the tendency to include many potential interactions, it is sometimes unclear if anything is noninteracting. In such a circumstance, labeling statements that denote both positive and negative expectations may be helpful. For example:

> *This drug is a substrate for CYP450 1A2. Although inhibition of its metabolism by ciprofloxacin is observed, quinidine, erythromycin, ketoconazole, and itraconazole are not inhibitors.*

9

## VII.    RELATED APPLICATIONS AND CONSIDERATIONS

The same techniques for evaluating potential drug-drug interactions can also provide information related to the influence of social (smoking, alcohol), environmental (diet, e.g., grapefruit juice), and genetic factors upon therapeutics. For example, several studies have demonstrated that tobacco smoking is a strong inducer of the CYP450 1A2 enzymes. As a result, larger doses of theophylline are recommended for patients who smoke and receive this drug. In the future, evidence of induction as well as inhibition may also be developed via in vitro studies. Metabolic characterization of racemic drugs should be conducted in accordance with previously expressed guidances and guidelines on the development of stereoisomers. In particular, if the development of a single enantiomer is to be pursued, the preclinical metabolism studies in vitro should be conducted with the relevant enantiomer, rather than the racemic mixture.

10

# EXHIBIT E

APPLIED
# BIOPHARMACEUTICS
# & PHARMACOKINETICS

## FIFTH EDITION

# APPLIED
# BIOPHARMACEUTICS
# &PHARMACOKINETICS

## FIFTH EDITION

**LEON SHARGEL, PhD, RPh**
Vice President, Biopharmaceutics
Eon Labs, Inc.
Wilson, North Carolina

Adjunct Associate Professor
School of Pharmacy
University of Maryland
Baltimore, Maryland

**SUSANNA WU–PONG PhD, RPh**
Associate Professor
Department of Pharmaceutics
Medical College of Virginia Campus
Virginia Commonwealth University
Richmond, Virginia

**ANDREW B.C. YU PhD, RPh**
Registered Pharmacist
Gaithersburg, MD
Formerly Associate Professor of Pharmaceutics
Albany College of Pharmacy
Present Affiliation: HFD–520, CDER, FDA*

*The content of this book represents the personal views of the authors and not that of the FDA.

**McGraw-Hill**
Medical Publishing Division

New York  Chicago  San Francisco  Lisbon  London  Madrid  Mexico City  Milan
New Delhi  San Juan  Seoul  Singapore  Sydney  Toronto

The McGraw-Hill Companies

**Applied Biopharmaceutics and Pharmacokinetics, Fifth Edition**

Copyright © 2005 by The McGraw-Hill Companies, Inc. Copyright © 1999, 1993 by Appleton & Lange; copyright © 1985, 1980 by Appleton-Century-Crofts. All rights reserved. Printed in the United States of America. Except as permitted under the United States copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

3 4 5 6 7 8 9 0   DOC/DOC   0 9 8 7 6 5

ISBN 0-07-137550-3

This book was set in New Baskerville by TechBooks.
The editors were Michael Brown and Christie Naglieri.
The production service was TechBooks.
The production supervisor was Phil Galea.
The cover designer was Kelly Parr.
RR Donnelley was printer and binder.

This book is printed on acid-free paper.

Library of Congress Cataloging-in-Publication Data
Shargel, Leon, 1941–
    Applied biopharmaceutics & pharmacokinetics/Leon Shargel, Susanna Wu-Pong, Andrew B.C. Yu. —5th ed.
      p. ; cm.
    Includes bibliographical references and index.
    ISBN 0-07-137550-3
    1. Biopharmaceutics.  2. Pharmacokinetics.  I. Title: Applied biopharmaceutics and pharmacokinetics.  II. Wu-Pong, Susanna.  III. Yu, Andrew B. C., 1945- IV. Title.
    [DNLM:  1. Biopharmaceutics.  2. Models, Chemical.  3. Pharmacokinetics.
QV 38 S531a 2004] RM301.4.S52 2004
615'.7—dc22
                                                            2004044993

Please tell the authors and publisher what you think of this book by sending your comments to pharmacy@mcgraw-hill.com. Please put the author and title of the book in the subject line.



**Figure 13-11.** Gastric emptying of a group of normal subjects using the dual-isotope method. The mean and 1 SE of the fraction of isotope remaining in the stomach are depicted at various time intervals after ingestion of the meal. Note the exponential nature of liquid emptying and the linear process of solid emptying.
(From Minami and McCallum, 1984, with permission.)

The average normal small intestine transit time (SITT) was about 7 hours in early studies using indirect methods based on the detection of hydrogen after an oral dose of lactulose (fermentation of lactulose by colon bacteria yields hydrogen in the breath). Newer studies using gamma scintigraphy have shown SITT to be about 3 to 4 hours. Thus a drug may take about 4 to 8 hours to pass through the stomach and small intestine during the fasting state. During the fed state, SITT may take 8 to 12 hours. For modified-release or controlled-dosage forms, which slowly release the drug over an extended period of time, the dosage form must stay within a certain segment of the intestinal tract so that the drug contents are released and absorbed before loss of the dosage form in the feces. Intestinal transit is discussed further in relation to the design of sustained-release products in Chapter 17.

In one study reported by Shareef et al, 2003, utilizing a radioopaque marker, mean mouth-to-anus transit time was 53.3 hours. The mean colon transit time was 35 hours, with 11.3 hours for the right (ascending transverse portion), 11.4 hours for the left (descending and portion of the transverse), and 12.4 hours for the rectosigmoid colon. Dietary fiber has the greatest effect on colonic transit. Dietary fiber increases fecal weight, partly by retaining water and partly by increasing bacterial mass (Shareef et al, 2003).

## Perfusion of the Gastrointestinal Tract

The blood flow to the GI tract is important in carrying absorbed drug to the systemic circulation. A large network of capillaries and lymphatic vessels perfuse the duodenal region and peritoneum. The splanchnic circulation receives about 28% of the cardiac output and is increased after meals. Once the drug is absorbed from



**Figure 13-12.** Motor activity responsible for gastric emptying of indigestible solids. Migrating myoelectric complex (MMC), usually initiated at proximal stomach or lower esophageal sphincter, and contractions during phase 3 sweep indigestible solids through open pylorus.
(From Minami and McCallum, 1984, with permission.)

# EXHIBIT F

# Enantioselective Aspects of the Disposition of dl-threo-Methylphenidate after the Administration of a Sustained-Release Formulation to Children with Attention Deficit-Hyperactivity Disorder

JOHN W. HUBBARD*, NUGGEHALLY R. SRINIVAS, DECLAN QUINN‡, AND KAMAL K. MIDHA*§×

Received August 24, 1988, from the *College of Pharmacy and the ‡College of Medicine, University of Saskatchewan, Saskatoon, Saskatchewan, Canada S7N 0W0.    Accepted for publication March 10, 1989.

**Abstract** □ It has been shown previously that immediate-release dl-threo-methylphenidate (Ritalin) undergoes stereoselective disposition in human adults as well as in children with attention deficit-hyperactivity disorder. Although the sustained-release formulation of dl-threo-methylphenidate (Ritalin-SR) has been demonstrated to be effective in sustaining the attention of the children with attention deficit-hyperactivity disorder, there are no data on plasma levels of methylphenidate after administration of the sustained-release formulation. The purpose of this present investigation was twofold: (1) to determine whether the levels of methylphenidate were sustained for over a time period of 8 h, and (2) to examine enantioselective aspects of the pharmacokinetics following the ingestion of the sustained-release formulation. Six children with attention deficit-hyperactivity disorder were given 20 mg of sustained-release dl-threo methylphenidate. Plasma samples were harvested for a period up to 12 h following ingestion of the drug. The levels of both the enantiomers were sustained for a period of 8 h (the plasma levels of d-methylphenidate were 5- to 10-fold higher than those of the l-enantiomer in the profiles of all six children). Mean areas under the plasma level time curves were 132.73 ± 52.47 ng·h/mL for d-methylphenidate and 12.73 ± 7.37 ng·h/mL for l-methylphenidate. The values of oral clearance and apparent volume of distribution calculated for l-enantiomer were higher than the corresponding values for the d-antipode.

Methylphenidate [MPH, dl-threo-methyl-α-phenyl-2-piperidineacetate hydrochloride] is a central stimulant having pharmacological properties similar to those of dextroamphetamine.[1-7] The threo pair of enantiomers of MPH were reported to be more active pharmacologically than the erythro isomers.[8,9] and d-threo MPH was found to be more active than l-threo MPH.[9-13] Methylphenidate is widely used in the treatment of children with attention deficit-hyperactivity disorder (ADD).[13,14]

The metabolism of MPH has been investigated in several animal species, as well as in humans.[15-18] Methylphenidate has been shown to be completely absorbed from the gut and metabolized quickly and extensively.[15] The major metabolic route is the hydrolysis of the ester function to give the corresponding carboxylic acid commonly known as ritalinic acid. Minor metabolites include p-hydroxy, oxo, and conjugated derivatives of MPH.[15,19,20]

The pharmacokinetics of racemic MPH has been extensively studied and well documented in both animals and humans.[16,20-30] There is a good agreement in the calculation of time to peak plasma level ($t_{max}$) of 2 to 2.5 h.[16,20,23-34] In all the studies, the peak plasma concentration ($C_{max}$) values were in the lower ng/mL range. An absorption rate constant ($K_a$) value of 1.83 h$^{-1}$ in children with ADD has been reported.[23] A mean plasma pseudo elimination half-life ($t_{1/2}$) value (calculated as if there was a monoexponential decline in plasma levels from $C_{max}$) was calculated to be 2.5 h.[18,20,24,23]

In a recent study,[20] a comparable pseudo elimination half-life value of 2.48 h was calculated; however, a terminal half-life value (calculated from the last available slope) was 3.15 h. Wargin et al.[20] calculated a mean apparent oral clearance ($CL_o$) value of 10.2 ± 2.2 L/kg/h in children with ADD. Hungund et al.[23] have reported the fraction bound to plasma proteins ($f_b$) to be 15%, and suggested that scatter in the apparent volume of distribution ($V_d$) can be a contributing factor in the intersubject variability in the plasma concentrations. Two groups of workers used a two-compartment model to describe the disposition of dl-MPH following iv doses in children with ADD[23] and rats.[29] On the other hand, other groups used a one-compartment model to describe dl-MPH pharmacokinetics.[20,23,25]

Recent publications describe enantioselective analytical methods for the quantitation of d-MPH and l-MPH in biological fluids.[13,30,31] In a pilot study with a healthy human adult, Lim et al.[31] found higher levels of d-MPH than of the l-enantiomer (14-fold higher at peak plasma concentration) in both plasma and urine following po administration of racemic MPH (20 or 40 mg). More recently, higher levels of d-MPH than l-MPH in plasma following 5- or 10-mg of oral doses of racemic MPH to children with ADD were reported in these laboratories.[30] The mean plasma elimination half-life value for d-MPH was 3.1 h, whereas that for the l-enantiomer was 5.6 h. This data prompted us to examine the levels of d-MPH and l-MPH in children with ADD after the administration of a sustained-release (SR) formulation of MPH (Ritalin-SR; MPH-SR). Note that MPH-SR offers two advantages over the conventional immediate-release MPH (Ritalin; MPH-IR): (1) the need for a second dose to be ingested by the child at noon time is avoided; and (2) the chance of noncompliance is very much reduced. The sustained level of MPH is achieved by the slow release of the drug from the matrix which is coated with wax. In this paper, the plasma level-time curves for both the enantiomers are examined in order to check whether or not the levels of the enantiomers are sustained, and also some enantioselective pharmacokinetics following 20-mg po administration of MPH-SR are reported.

## Experimental Section

Subjects—Six children with ADD (5 boys and 1 girl), aged 8–14 years (11.17 ± 2.32 years) and weighing 22.6–58.7 kg (36.72 ± 13.88 kg), took part in the study which was conducted according to an approved protocol. Each child and his/her parent were given a description of the study and the possible adverse effects and were asked to complete and sign a consent form. (All the children were under treatment with 20 mg of MPH-SR (Ritalin-SR) administered at 8:00 a.m. in the morning for the management of ADD (DSM-III).) All of the six children had been scored at 16 or more on Conners rating scale[32] and judged to be responding well to treatment with MPH.

Dosage and Blood Collections—On the day of the study each child

0022-3549/89/1100-0944$01.00/0
© 1989, American Pharmaceutical Association

Confidential

ALZ 00170788

received an oral dose of 20 mg of MPH-SR (Ritalin-SR; Ciba-Geigy, Basel, Switzerland). A light breakfast was provided after ingestion of the drug. Lunch was given after 4.0 h. A predose blood sample was taken immediately before administration of the drug. Further blood samples were obtained at 0.5, 1.0, 1.5, 2.0, 3.0, 4.5, 6, 8, and 12.0 h. Samples were collected in heparinized evacuated tubes by means of a small butterfly canula (heparin lock type). The plasma was separated by centrifugation and stored at −20 °C until analysis.

Drug Analysis—Plasma concentration of MPH enantiomers were determined by a gas chromatography-electron capture detection method reported previously.[20]

Pharmacokinetic Analysis—Some pharmacokinetic parameters such as the elimination rate constant ($\beta$), $t_{1/2}$, area under the plasma concentration versus time curve (AUC$_0^{12}$ and AUC$_0^\infty$), $Vd_\beta$, and $Cl_t$ were calculated according to standard procedures.[20]

## Results

Log plasma concentration versus time profiles of $d$-MPH and $l$-MPH from six children with ADD are shown in Figure 1. In each case, peak plasma levels of $d$-MPH were 8- to 10-fold

higher than those of the $l$-enantiomer. Although there was considerable interchild variation, the mean $C_{max}$ value calculated for $d$-MPH (18.79 ± 9.92 ng/mL) was significantly different when compared with the mean value for $l$-MPH (1.60 ± 1.23 ng/mL) by a paired $t$ test (p = 0.01, t = 4.6353, df = 5). The log plasma concentration-time plots for both the isomers after po administration of MPH-SR clearly indicate that the plasma levels of both the isomers were sustained for a time period of at least 8 h. It should be noted that there was no statistical difference found between the mean $t_{max}$ values obtained for $d$-MPH (2.83 ± 1.69 h) and $l$-MPH (3.13 ± 1.96 h). In each profile the sustained level of $d$-MPH was >5 ng/mL, whereas the corresponding value for $l$-MPH was >0.5 ng/mL. The plot of mean data (Figure 2) further supports this observation of sustained plasma concentration for both isomers up to 8 h. Furthermore, there were no sharp peaks in the plasma level plots for either isomer (Figure 1). The AUC values calculated for both the enantiomers also showed wide interchild variation. For example, the AUC of the $d$-



Figure 1—Plasma concentration–time profiles of $d$-MPH (▲) and $l$-MPH (●) from six children with ADD, each of whom received 20 mg of racemic MPH-SR.

Confidential

ALZ 00170789



Figure 2—Mean (±SD) plasma concentration versus time profiles of $d$-MPH (△), $l$-MPH (●), and $d$- plus $l$-MPH (○) from six children with ADD, each of whom ingested 20 mg of racemic MPH-SR.

enantiomer, calculated up to the last sampling point at 12.0 h, ranged from 60.19 to 205.09 (108.26 ± 61.42) ng·h/mL (AUC$_0^{12}$, Table I), whereas the corresponding value for $l$-MPH ranged from 5.49 to 22.85 (10.54 ± 6.70) ng·h/mL (AUC$_0^{12}$, Table I). Note that in one child (subject 1) an AUC$_0^{\infty}$ value was calculated for $l$-MPH because the $l$-enantiomer was not detectable in the plasma sample obtained after 8 h. The ratio of $CL_s$ values for $l$-MPH to those of the $d$-antipode ranged from 7.89 to 16.19 (10.18 ± 3.08). Similarly, the ratio of $Vd_\beta$ values for $l$-MPH to those for $d$-MPH ranged from 5.13 to 41.12 (14.91 ± 13.19; Table I). The $\beta$ values for $d$-MPH ranged from 0.12 to 0.57 (0.26 ± 0.17) h$^{-1}$, whereas the corresponding values for $l$-isomers ranged from 0.14 to 0.29 (0.19 ± 0.05) h$^{-1}$.

## Discussion

The plasma level-time curves of $d$-MPH and $l$-MPH after administration of 20 mg of MPH-SR to each of the six children with ADD under therapy with the drug are shown in Figure 1. For each of the children it should be noted that in the predose (0 h) plasma sample there was no measurable con-

centration of either of the enantiomers from previously administered doses of MPH-SR.

Plasma level curves for $d$-MPH showed undulations in all the profiles except in subjects 1 and 4. (In subject 1, the plasma level declined after reaching $C_{max}$ at 3 h, whereas in subject 4, a flat plateau was observed between 2 and 6 h and then the level declined.) Undulations were seen in all the profiles of $l$-enantiomer (Figure 1). Furthermore, from the present study, the plasma levels for both $d$-MPH (>5 ng/mL) and $l$-MPH (>0.5 ng/mL) were found to be sustained for 8 h in all the children. Normally, children are given two doses of regular MPH (Ritalin; 10 mg), one in the morning and the second at noon, to maintain the therapeutic effect for 8 h. After the administration of MPH-SR, the plasma levels of each enantiomer were maintained such that there were no significant differences among plasma levels at 4, 6, and 8 h. In the present study, immediately after ingestion of the drug, children received a light breakfast and lunch was given after 4 h. Interestingly, in two of the profiles (subjects 2 and 6) the plasma levels of both $d$-MPH and $l$-MPH tended to rise after meals. For example, in subject 6, $d$-MPH level increased from 7.38 (3.0 h) to 8.96 ng/mL (4.5 h), whereas the corresponding increase in $l$-enantiomer was 0.35 (3.0 h) to 0.59 ng/mL (4.5 h). Chan et al.[24] have reported that meals accelerate rather than impede the absorption of MPH. Thus, the effect of food on the rate of input of MPH from a sustained-release formulation could have some clinical implications. However, the influence of food on the levels of $d$-MPH and $l$-MPH from a sustained-release formulation needs to be further validated.

The peak plasma levels of the $d$-enantiomer in each case was at least eightfold higher than those of the $l$-enantiomer. The mean AUC$_0^{12}$ value calculated for $d$-MPH (108.26 ± 61.42 ng·h/mL) was at least 10-fold higher than the corresponding value for the $l$-antipode (10.54 ± 6.70 ng·h/mL). The finding of higher plasma levels of $d$-MPH following administration of MPH-SR to children with ADD is consistent with previous reports of higher plasma levels of $d$-MPH in an adult[21] and in children with ADD[20] following single doses of MPH-IR.

The plot of mean data (Figure 2) showed that there were similarities between the plasma level versus time curves for $d$-MPH and $d$- plus $l$-MPH, which was further reflected by similarities in mean $\beta$ values (0.1875 h$^{-1}$ for $d$-MPH and 0.1837 h$^{-1}$ for $d$- plus $l$-MPH) and $t_{1/2}$ values (3.69 h for $d$-MPH and 3.77 h for $d$- plus $l$-MPH). The close matching of the plasma concentration–time curves for $d$-MPH and $d$-plus $l$-MPH was due to the very small contribution from the $l$-enantiomer. It has been previously reported[3] that total $dl$-MPH plasma level versus time curve similarly shadows that of $d$-MPH following a single dose of MPH-IR in children with ADD.[20]

The $CL_s$ values calculated for $l$-MPH were at least eightfold higher than those for $d$-enantiomer (7.89- to 16.19-fold range). There was clear evidence for a faster clearance of the $l$-

Table I—Pharmacokinetic Parameters of Methylphenidate (MPH) Enantiomers in Children (n = 6) after Oral Administration of Sustained-Release Formulation[a]

| Patient No. | Age, years | Weight, kg | AUC$_0^{12}$, ng·h/mL | | AUC$_0^{\infty}$, ng·h/mL | | $CL_s$ Ratio[b] | $Vd_\beta$ Ratio[b] |
|---|---|---|---|---|---|---|---|---|
| | | | $d$-MPH | $l$-MPH | $d$-MPH | $l$-MPH | | |
| 1 | 12 | 40.3 | 59.13 | 6.06[c] | 74.32 | 7.45 | 9.96 | 8.26 |
| 2 | 14 | 58.17 | 205.09 | 13.49 | 285.01 | 17.60 | 16.19 | 10.80 |
| 3 | 8 | 23.25 | 166.01 | 22.85 | 211.39 | 25.51 | 8.29 | 5.13 |
| 4 | 11 | 31.25 | 60.19 | 6.55 | 70.23 | 8.14 | 8.63 | 9.78 |
| 5 | 13 | 44.25 | 78.92 | 8.78 | 82.56 | 10.43 | 7.89 | 14.36 |
| 6 | 9 | 22.60 | 70.24 | 5.49 | 73.19 | 7.24 | 10.10 | 41.12 |
| Mean | 11.17 | 36.72 | 108.26 | 10.54 | 132.78 | 12.73 | 10.10 | 14.91 |
| SD | (2.32) | (13.88) | (61.42) | (6.70) | (92.47) | (7.37) | (3.08) | (13.19) |

[a] Dose of 20 mg. [b] Ratio of $l$-MPH to $d$-MPH. [c] AUC$_0^{\infty}$.

Confidential

ALZ 00170790

enantiomer. Lim et al.[31] found higher levels of $d$-MPH as opposed to the $l$-enantiomer in the urine of a human after po doses of racemic MPH. Thus it appears that lower plasma concentrations and higher $CL_o$ values for $l$-MPH were not due to preferential urinary excretion of the $l$-enantiomer.

The ratio of the $AUC_0^\infty$ of $l$-MPH to the $AUC_0^\infty$ of $d$-MPH obtained in the present MPH-SR (20 mg) study (0.10 ± 0.02) was half the value of that calculated in the previous MPH-IR (10 mg) study (0.20 ± 0.005); this difference was statistically highly significant. Thus it is apparent that after a po dose of MPH-SR (20 mg), more of the $d$-enantiomer is bioavailable than its $l$-antipode. If the two isomers had the same bioavailability in both the studies, the ratio of the $AUC_0^\infty$ $l$-MPH to that for $d$-MPH would remain constant.

In conclusion, this pilot study demonstrated that despite higher plasma levels of $d$-MPH, the levels of both the enantiomers were sustained for over a period of 8 h in all the six children with ADD or ADD-H dosed with 20 mg of MPH-SR. The $l$-enantiomer appeared to have larger $CL_o$ and $Vd_\beta$ values than its other antipode. From our limited data, there is a suggestion of lower bioavailability of $l$-MPH compared with the $d$-antipode.

## References and Notes

1. Leith, N. J.; Barett, R. J. *Psychopharmacology* **1981**, *74*, 23.
2. Yohkov, D.; Rousinov, K. *Acta Physiol. Pharmacol. (Bulgaria)* **1979**, *5*, 120.
3. Perel, J. M.; Dayton, P. G. In *Psychotherapeutic Drugs, Part II, Applications*; Usdin, E.; Forrest, I. S., Eds.; Marcel Dekker: New York, 1977; pp 1287–1316.
4. Braestrup, C.; Scheel-Kruger, J. *Eur. J. Pharmacol.* **1976**, *38*, 305.
5. Risner, M. E.; Jones, B. E. *Biol. Psychiatry II* **1976**, 625.
6. Breese, G. R.; Cooper, B. R.; Hollister, A. S. *Psychopharmacologis* **1975**, *44*, 5.
7. Scheel-Kruger, J. *Eur. J. Pharmacol.* **1971**, *14*, 47.
8. Buckner, C. K.; Paki, P. N.; Tye, A.; Malpesia, L. *J. Pharmacol. Exp. Ther.* **1966**, *166*, 266.
9. Rometsch, R. U.S. Patent 2 838 519, 1958.
10. Maxwell, R. A.; Chaplin, E.; Batmanglid, J.; Eckhardt, S.; Soares, J. R.; Hite, G. *J. Pharmacol. Exp. Ther.* **1970**, *173*, 156.
11. Patrick, K. S.; Caldwell, R. W.; Ferris, R. M.; Breese, G. R. *J. Pharmacol. Exp. Ther.* **1987**, *241*, 152.
12. Patrick, K. S.; Caldwell, R. W.; Davis, K. R.; Mueller, R. A.; Breese, G. R. *Fed. Proc.* **1986**, *45*, 933.
13. Swanson, J. M.; Kinsbourne, N. In *Attention and Cognitive Development*; Hale, G. H.; Lewis, M., Eds.; Plenum: New York, 1979; pp 249–274.
14. Barkley, R. *Psychiatr. Allied Discip.* **1977**, *18*, 137.
15. Faraj, B. A.; Israli, Z. H.; Perel, J. M.; Jenkins, M. L.; Holtzman, S. G.; Cucinell, S. A.; Dayton, D. G. *J. Pharmacol. Exp. Ther.* **1974**, *191*, 535.
16. Faraj, B. A.; Jenkins, M. L. *Pharmacologist* **1973**, *15*, 155.
17. Bartlett, M. F.; Egger, H. P. *Fed. Proc.* **1972**, *31*, 537.
18. Dayton, P. G.; Read, J. M.; Ong, V. *Fed. Proc.* **1970**, *29*, 345.
19. Egger, H.; Bartlett, F.; Dreyfuss, R.; Karliner, J. *Drug Metab. Dispos.* **1981**, *9*, 415.
20. Wargin, W.; Patrick, K.; Kilts, C.; Gualtieri, C. T.; Ellington, R.; Mueller, R. A.; Kramer, G.; Breese, G. R. *J. Pharmacol. Exp. Ther.* **1983**, *226*, 382.
21. Wargin, W.; Gualtieri, C. T.; Kilts, C.; Youngblood, W.; Patrick, K. S.; Mueller, R. A.; Mailman, R. B.; Breese, G. R. *Fed. Proc.* **1981**, *40*, 732.
22. Gualtieri, C. T.; Wargin, W.; Kanoy, R.; Patrick, K.; Shen, C. D.; Youngblood, W.; Mueller, R. A.; Breese, G. R. *J. Am. Acad. Child Psychiatr.* **1982**, *21*, 19.
23. Shaywitz, S. E.; Hunt, R. D.; Jatlow, P.; Cohen, D. J.; Young, J. G.; Pierce, E. N.; Anderson, G. M.; Shaywitz, B. A. *Pediatrics* **1982**, *69*, 688.
24. Chan, Y-P. M.; Swanson, J. M.; Soldin, D. J.; Theissen, J. J.; Macleod, S. M.; Logan, W. *Pediatrics* **1983**, *72*, 56.
25. Hungund, B. L.; Perel, J. M.; Hurwic, M. J.; Sverd, J.; Winsberg, B. G. *Br. J. Clin. Pharmacol.* **1979**, *8*, 571.
26. Chan, Y. M.; Soldin, S. J.; Swanson, J. M.; Deber, C. M.; Thiessen, J. J.; Macleod, S. *Clin. Biochem.* **1980**, *13*, 266.
27. Winsberg, B.; Juplatz, S.; Sverd, J.; Hungund, B. L.; Young, N. L. *Psychopharmacology* **1982**, *76*, 329.
28. Gualtieri, C. T.; Hicks, R. E.; Patrick, K.; Schroeder, S. R.; Breese, G. R. *Ther. Drug Monitor.* **1984**, *6*, 379.
29. Gal, J.; Hodshoiv, B. J.; Pintauro, C.; Flamm, B. L.; Cho, A. K. *J. Pharm. Sci.* **1977**, *66*, 866.
30. Srinivas, N. R.; Quinn, D.; Hubbard, J. W.; Midha, K. K. *J. Pharmacol. Exp. Ther.* **1987**, *241*, 300.
31. Lim, H. K.; Hubbard, J. W.; Midha, K. K. *J. Chromatogr. Biomed. Appl.* **1986**, *378*, 109.
32. Goyette, C. H.; Connors, C. K.; Ulrich, R. F. *J. Abnormal Child Psychol.* **1978**, *6*(2), 221.
33. Gibaldi, M.; Perrier, D. In *Pharmacokinetics*; Swarbrick, J., Ed.; Marcel Dekker: New York, 1982; p 445.

## Acknowledgments

This work was supported by Program Grant PG-34 from the Medical Research Council of Canada. The authors gratefully acknowledge the technical assistance of Ms. Gail Rauw and Carolyn LeBlanc in the performance of the clinical study, and thank the University of Saskatchewan for a Graduate Scholarship to N. R. Srinivas.



# EXHIBIT G

# REDACTED

# EXHIBIT H

# the journal of Pharmacy Technology

official publication of the

Association of Pharmacy Technicians

# Issues in Contemporary Drug Delivery

## Part III. Pharmacokinetic/Pharmacodynamic Modeling

*ANURADHA V. ATHANI, MICHAEL C. MAKOID, AND UMESH V. BANAKAR*

Payment has been made to the Copyright Clearance Center for this article.



> Models are simply mathematical constructs that seem to explain the relationship of concentration with time when drugs are given to a human.

For most drugs, there is a relationship between the concentration of the drug at its site of action in the body and the response that the drug will elicit. That relationship is considered the pharmacodynamics of the drug. Questions arise from this idea, such as: "Where is this site of action?" "How can we measure the concentration at that site?" "How does the drug get there?" "How fast does it get there?" "How long does it last?" Luckily, for many drugs, the concentration in systemic circulation mirrors the concentration at the site of action, as shown in Figure 1. So, the first of these questions becomes irrelevant and the others become questions about plasma concentration. The questions dealing with the time course of the drug in the body are the study of pharmacokinetics, which is the study of the mathematics of absorption, distribution, metabolism, and excretion (ADME) of drugs in the body.

Each patient is unique in the answers to those questions, but only within certain limits because of biologic variation. Consequently, there are people who respond to low concentrations of drug and those who need more drug to get the same response. There are people who metabolize the drug quickly and those who me-

tabolize it slowly. In disease, those questions usually have different answers, even with the same drug in the same patient. How do we keep all the answers straight? How can we tell if the answers are changing with our patient? How do these answers affect the dosage regimen for the patient? We begin to see the complexities involved with dosing patients. Although the questions themselves are complex and the answers can lead to a bewildering morass of concentration, time, and response interrelationships, these interrelationships all can be expressed as relatively straightforward equations. What makes the system even more manageable is that, for a myriad of drugs, relatively few equations can serve to explain the concentration versus time profile of a drug in the body. Just as a single point and the slope define a line and make it unique among all other lines in the plane, pharmacokinetic parameters make the equation unique for the drug and the patient. These equations are the consequences of a simplified picture of the body, which is called a model.

Models (and consequently, the equations) are simply mathematical constructs that seem to explain the relationship of concentration with time when drugs are given to a human (or an animal). These models are useful to predict the time course of drugs in the body and to allow us to maintain drug concentration in the therapeutic range to optimize therapy.[1,2] The simplest model used is the one that can explain the observed relationships. We model to summarize data, to predict what would happen to the patient given a dosage regimen, to

ANURADHA V. ATHANI, PhD, is an Assistant Professor of Pharmaceutical Sciences, Southeastern College of Pharmaceutical Sciences, North Miami Beach, FL; MICHAEL C. MAKOID, PhD, is an Associate Professor of Pharmaceutical Sciences, School of Pharmacy and Allied Health Professions, Creighton University, Omaha, NE; and UMESH V. BANAKAR, PhD, is the Director of Research, St. Louis College of Pharmacy, 4588 Parkview Place, St. Louis, MO 63110. Reprints: Umesh V. Banakar, PhD.

conceptualize what might be happening in disease states, and to compare products. Thus, pharmacokinetic/pharmacodynamic modeling is an empirical method to correlate direct and/or indirect effects of drug with the plasma concentration versus time profile.[4] That relationship can be simple or complex. There are numerous potential intermediate steps between the plasma concentration time course and the observed effect time course (e.g., distribution to the site of action from the plasma, receptor association and disassociation kinetics, and/or indirect effects).[4] Oversimplification of steps between the two events can lead to erroneous inferences and misleading results.

The utility of pharmacokinetic/pharmacodynamic modeling is based on the premise that the concentrations of drug at the site(s) of action influence the pharmacologic effect and that plasma concentrations reflect concentration at the site of action, although only temporarily in some cases.[4] There appears to be limited or no correlation between plasma concentrations of certain drugs and their observed effects.[5-8] However, several authors have reported models that range from simple to complex to address the temporal relationships between observed plasma concentrations and effects.[9-12] Models that predict the time course of the concentration of drug in the body are pharmacokinetic models and those that predict the relationship of effect with concentration are pharmacodynamic models. They must adequately predict the observed relationships to have any value and they must be relatively simple to have any utility. Some pharmacokinetic models are based on the concept of compartments. The body is considered to be a series of compartments into and out of which the drug is moved (or removed). Colburn et al. refined these models and proposed flow models in an attempt to focus the reader on the importance of distribution to the site of action for valid modeling.[3,13-15] Employing nonparametric methods others have attempted to remove compartmentalization.[16,17] However, nonparametric methods improve the predictability only to a limited extent due to the fact that current nonparametric methods assume the effector is linked directly to a central compartment (plasma) without separation and quantification of events between the plasma and the ef-

fect.[4,14,17] One must find models that can characterize the pharmacokinetic profiles from a variety of routes and modes of administration as well as models that separate capacity. We will review some of the simpler pharmacokinetic models.

## Pharmacokinetic Models

### ONE-COMPARTMENT OPEN MODEL

The simplest model is the one-compartment open model. The assumptions of the model are as follows: (1) The body is homogeneous. The schematic illustration of such a model might be one of a beaker filled with water. (2) Distribution of the drug is instantaneous. This clearly is not true but rather a close approximation of the expected observation. Distribution of the drug throughout the body for many drugs is complete within a few minutes if the drug is injected directly into a vein. (3) The concentration of the drug in the plasma is proportional to the dose of the drug administered. (4) Rate of elimination is proportional to how much is present (first-order). The proportionality constant that relates the rate observed to the concentration that is present is called the rate constant (K). Inherent in a first-order relationship is that the rate is constantly changing as the concentration changes. It is important to note that assumptions one and two are invalid; however, this is of little consequence because the data act as if these were true within the limits of what we can observe.

The first assumption, homogeneity, while patently untrue, allows us to sample the blood and infer that the concentration at other sites (including the site of action) is the same (Figure 1). Thus, the pharmacodynamics of the drug, which tries to relate the response to the concentration of the drug at the site of action, is simplified. Although the homogeneity assumption is not strictly true, unless the other sites significantly take up the drug so as to disrupt the simple mathematics (as in the two-compartment model), it is of little consequence as we are really attempting to relate the drug concentration to pharmacologic effect through some proportionality function, which could just as easily incorporate another constant that relates plasma concentration to that of the site of action.

The second assumption, instantaneous distribution, is also untrue but is good enough to allow for some reasonable calculations and predictions regarding the drug concentration. The error involved with this assumption is less than the precision we have in the assay of the samples in most cases. When distribution becomes significant more complicated models become necessary, such as the multicompartment models.

The third and fourth assumptions have been observed for a great variety of drugs. Again, when they have not been obeyed, more complicated models such as nonlinear models are necessary.



Figure 1. For many drugs, the plasma is in facile equilibrium with the site of action which causes the pharmacologic effect.

Pharmacokineticists like to work with straight lines wherever possible so that inferences and predictions as well as insights become less clouded. The straight line equation is:

$$y = m \cdot x + b \qquad \text{Eq. 1}$$

where y = the dependent variable, x = the independent variable, m = the slope of the line, and b = the intercept.

*One Compartment Model—Intravenous Bolus Dose.* If we would build a model with all the above assumptions, for a drug simply injected into the body (iv bolus), the body could be considered a box and the drug would be removed with a rate proportional to how much was present in the box. The model is shown in Figure 2. The resultant equation would be a simple monoexponential decline equation:

$$C = D/V \cdot Exp(-K \cdot t) \qquad \text{Eq. 2}$$

where C = plasma concentration of the drug; D = dose of the drug; V = volume of distribution, the proportionality constant between C and D; Exp = exponential function; K = rate constant, drug- and patient-dependent; and t = time.

This equation can be linearized by taking the natural logarithm (ln) of both sides, thus:

$$\ln(C) = \ln(D/V) - K \cdot t \qquad \text{Eq. 3}$$

Consequently, a plot of C versus t on semilog graph paper would yield a straight line (Figure 2), the slope of which would be equal to −K and the intercept would be equal to C0 (the concentration at time zero), which is the dose D divided by the volume of distribution V. Thus, a great deal of information regarding the patient's handling of the drug can be summarized in two pharmacokinetic parameters: V and K. Both of these are patient-specific and drug-specific. Just as we were able to determine a unique line from a point and a slope, we can determine a unique concentration versus time profile for our patient. The point is C0 (dose/V) and the slope is −K. The literature contains population average values of V and K for various drugs that would allow us to tentatively predict a patient's concentration versus time profile from a given dose.

*One Compartment Model—Oral Dose.* If the drug were to be given orally, there would be a time lag between the time the dose was given and the time that drug would appear in the blood. That is because the drug must be absorbed (and in many cases, dissolved out of the dosage form). The process of absorption is also first order and is represented by the rate constant $K_a$. The model is shown in Figure 3. The equation for an oral dose is

$$C = (f \cdot dose/V) \cdot K_a/(K_a - K) \cdot \qquad \text{Eq. 4}$$
$$[(EXP(-K \cdot T)) - (EXP(-K_a \cdot T))]$$

where f = the fraction of the dose that gets absorbed. Not all of the drug in the dosage form may get absorbed. Some may be trapped in the dosage form, some may be destroyed by the acids in the stomach, some



Figure 2. Plasma vs. time profile for an intravenously administered drug that fits the one-compartment model.



Figure 3. Plasma vs. time profile for an orally administered drug that fits the one-compartment open model.

may be metabolized by the liver before it gets into the general circulation as the mesentery veins empty into the liver.

This biexponential equation is shown in Figure 3. In the beginning there is no drug in the body, then the concentration gradually rises and declines after reaching a peak.

## TWO-COMPARTMENT MODEL

As the observed plasma-concentration-time profiles deviate from the predictions of the simplest models (and thus the assumptions are violated), more and more complex models are called upon to analyze the data. The next model is derived from the assumptions that the body is not homogeneous and distribution is not instantaneous.

*Two-Compartment Model—Intravenous Bolus Dose.* The model consists of two compartments, a central com-

partment whose drug concentration we can sample (plasma) and a deep tissue compartment whose drug concentration we cannot sample (X2), shown in Figure 4. If a drug having a significant distribution phase (called the alpha phase), were to be given by iv bolus, we would see an initial rapid decline of concentration due to both distribution into the deep tissue compartment and elimination occurring simultaneously. After that deep tissue reaches equilibrium with the plasma (called the beta phase), the decline in plasma concentration would be a result of the drug being eliminated and the drug coming back out of the deep tissue, which acts as a reservoir (Figure 4). This leads to a biexponential decline equation:

$$C = A \bullet EXP(-alpha \bullet t) + B \bullet EXP(-beta \bullet t) \qquad Eq.\ 5$$

where A and B are both constants, alpha and beta are both rate constants, and by definition alpha is greater than beta.

Again, these constants are both patient- and drug-specific and can be used to encode a lot of information regarding the patient's ADME processes.

*Two-Compartment Model—Oral Dose.* The absorption of the drug, again, takes time and is first order. This leads to a triexponential equation:

$$C = A \bullet EXP(-alpha \bullet t) + B \bullet EXP(-beta \bullet t) \qquad Eq.\ 6$$
$$- G \bullet EXP(-K_a \bullet t)$$

where G = A + B. The model and graph are shown in Figure 5.

OTHER MODELS

In addition to compartmental models, there are flow models, physiologic models, and calculations based on no models at all, which are used to determine pharmacokinetic parameters. No matter which method is employed, a clinical goal of pharmacokinetics is to optimize patient therapy, i.e., to maintain the plasma concentration of drug within certain prescribed boundaries using the least amount of drug taking into consideration several limitations, such as dosage forms and strengths, patient compliance, disease state (the body handles drugs differently when ill), and a myriad of other considerations.

## Principles of Pharmacodynamics

Pharmacodynamics has been defined as a quantitative assessment of the time course of the drug effect on the body following administration of the drug by any route.[2] The definition implies that the effect of drug on the body can be measured objectively. Two possibilities exist for the measurement of this response: a graded response or an all-or-none response. Additionally, the drug effect may be reversible. This article limits the scope to drugs that elicit measurable pharmacodynamic effects that are graded and that are quantitatively measured as well as reversible.



Figure 4. Plasma vs. time profile for an intravenously administered drug that fits the two-compartment open model.



Figure 5. Plasma vs. time profile for an orally administered drug that fits the two-compartment open model.

The three basic pharmacodynamic factors that exert a striking influence on drug action are duration drug-free interval, critical thresholds in plasma concentrations, and rate of increase in plasma concentration. Figure 6 illustrates the factors involved in producing a pharmacodynamic effect.[18] Sikic et al. have combined the first two principles, which consist simply of conducting dose-response studies comparing a drug given by a sequence of injections with continuous infusions.[19] The protocol has become popular as the injection-infusion comparison (IIC) protocol. By and large, the IIC protocol provides the first step for systematic pharmacodynamic assessment of new drugs. It is built on the premise that some kind of definable dose-response relations exist.[20] If such studies are conducted in humans, this protocol can provide critical information on the rank-ordering of drug actions and adverse effects relative to minimal effective rate of drug delivery or plasma concentration.[21,22] It must be pointed out that some drugs do not express

any degree of chronic actions where it is pointless to be administered over time via infusion. However, with these limitations in mind, the IIC protocol can be employed successfully to generate basic information regarding pharmacodynamics of new drugs.

It has been repeatedly pointed out that interpretation of the dose-response curves is facilitated if plasma concentration-time data are available for the two regimens.[23-25] Nau et al. have been successful in providing evidence of the critical threshold for the plasma sodium valproate concentration that elicits exencephaly.[25] On the other hand, a bleomycin-free interval reduced cytotoxicity of that drug. Bleomycin's pulmonary toxicity, however, was not reduced by the drug-free interval but appeared to be dependent on the plasma concentration threshold.[19] The utilization of the drug-free interval principle to minimize toxicity has been debated for a long time particularly in the case of renal toxicity associated with aminoglycoside antibiotics treatment. The importance of this interval in minimizing toxicity has been reported for gentamicin.[26]

Additionally, there may be interaction between the drug-free interval and concentration thresholds. In such situations, it is recommended that a combined regimen of infusion plus injection be conducted and evaluated.[26] This regimen fills in drug-free intervals while varying the height of concentration pulses created by injections. Shifts in the dose-response curves indicate the relative dependency of peak concentration effects on drug-free intervals and on increasing sustained concentrations in the intervals between peaks.[27]

Large differences in pharmacokinetic parameters resulting in pharmacological or toxic effects exist between common laboratory animals and humans. The sodium valproate study exhibited conclusively that the elimination half-life in plasma in humans and mice varied up to 12–20 times.[23-26,28] Large differences in peak and trough concentrations of valproic acid are seen in mice on a once-daily regimen. On the contrary, in humans the once-daily regimen results in only moderate fluctuations. Consequently, it is imperative that interspecies pharmacokinetic differences must be clearly understood while designing drug-toxicity tests.

This problem can be successfully solved via the concept of "interspecies bioequivalence" testing in drug regimen for both clinical and toxicity testing.[29] This concept involves time-scaling as well as dose-scaling which are equally important in realistic toxicity testing. The pitfalls of interspecies comparisons and the need to implement time- and dose-scaling have been forcefully pointed out by Boxenbaum.[28,29] Failing to include time-scaling can result in missing an expression of toxic effect. Controlled-release delivery systems provide the mechanism for avoiding drug-free intervals by replenishing the drug continuously and obviate the problem of time-scaling the interval between doses.

The rate of increase in plasma concentration can influence the drug action. This constitutes the third pharmacodynamic principle in assessing the pharmacodynamics of new drugs. The studies conducted under this umbrella fall under the so-called rate of increase comparison protocol. Investigations of the cardiovascular



Figure 6. Factors involved in the production of a pharmacodynamic effect. Adapted from Reference 18.

actions of nifedipine conducted by Kleinbloesem provide a vivid example of this principle. He compared two ten-hour regimens of iv nifedipine infusions using a constant and a programmed rate to achieve the same steady-state plasma concentration as was found after the application of constant rate. Markedly contrasting hemodynamic responses appeared to result from different rates of increase in plasma concentration. Surprisingly, reflex tachycardia persisted for at least ten hours in the case of programmed-rate regimen following the high rate of increase in concentration of 3.5 minutes. A sudden higher infusion rate was implemented at the end of the ten-hour timepoint, resulting in a higher rate of increase in plasma level. Tachycardia resulted with the loss of most of the previously noted hypotensive effect of the drug. Thus, a low rate of increase in concentration can circumvent reflex tachycardia but does not appear to block its subsequent occurrence when a high rate of increase in drug concentration is applied.[30]

In the case of controlled-rate delivery of nifedipine, reflex tachycardia will never occur if the rate of increase in plasma concentration never reaches the level required to elicit that response. This clearly demonstrates the importance of pharmacodynamics in the assessment of specialized drug delivery systems. Kleinbloesem's design also permits separate experimental control of the rate of increase and the steady-state concentration in plasma—two pharmacokinetic variables that cannot be separated in therapy with conventional dosing with conventional dosage forms.[27] Other studies illustrating the importance of the rate of increase in drug-plasma concentration as well as absolute plasma concentration include those using diazepam,[31] nifedipine with hydralazine,[32] and others as stated earlier.

These pharmacodynamic principles can be applied to the drug development process in two fundamental ways. When the pharmacokinetics of a drug are known and an appropriate pharmacokinetic model can be established, then the available pharmacodynamic data can be used in relating the kinetics of the drug and the drug action. On the other hand, alternative approaches need to be implemented in cases where the pharmacokinetic characterization is not clearly definable. Both of these cases will be described, which will illustrate the critical role of pharmacodynamic considerations in the development of conventional as well as nonconventional (sustained-release) dosage forms.

## Pharmacodynamic Models

### MODELS BASED ON CLASSICAL OCCUPATION THEORY

Classical occupation theory has developed in an attempt to relate drug concentration to pharmacologic response. Central to the theory is the existence of a site to which the drug binds and initiates a measurable pharmacologic activity. That site is referred to as the receptor. Two assumptions are generally agreed upon in the derivation of equations used to model the theory: (1) that the drug concentration in the macroenvironment (that which we can measure) is the same as that in the microenvironment (that of the receptor); and (2) that the bound drug concentration is infinitesimally small when compared with the total drug concentration. Thus, applying the law of mass action (which is simply that the free drug [A] and free receptors [R] form a measurable equilibrium with the bound [AR]),

$$[A] + [R] \longleftrightarrow [AR] \qquad \text{Eq. 7}$$

and the law of conservation [RT] (all the receptors are either bound [AR] or free [R]),

$$[RT] = [R] + [AR] \qquad \text{Eq. 8}$$

it can be shown that

$$P = [AR]/[RT] = [A]/(K_a + [A]) \qquad \text{Eq. 9}$$

where [ ] = concentration of, A = agonist, R = receptor, AR = agonist-receptor complex, P = fraction of receptors occupied, RT = total number of receptors, and $K_a$ = dissociation constant for Equation 1 ($K_a$ = [A][R]/[AR]).

This general equation is one of a rectangular hyperbola, an application of the Langmuir isotherm. The Langmuir isotherm, first derived by Irving Langmuir in 1918, was used to describe the deposition of small molecules onto a surface.[33] This application of the Langmuir equations to classical occupation theory was first described by Clark in 1937.[34] Clark assumed that the fraction of maximum response elicited by an agonist was equal to the fraction of receptor occupied, thus:[34]

$$E_a/E_m = P \qquad \text{Eq. 10}$$

where $E_a$ = response elicited and $E_m$ = maximum response.

Ariens in 1954 recognized that not all maximum responses are the same for the various agonists and thus of intrinsic activity (a), where, if the agonist produced a maximal effect, then a = 1 and it was a "full agonist;" if the agonist bound to the receptor but produced no effect, then a = 0 and it was a competitive antagonist; and if the drug produced something in between, 0<a<1, then it was a "partial agonist" or "dualist" because it could elicit response by itself and be an antagonist to a full agonist.[35] The equation for this is simply:

$$E_a/E_m = a \bullet P \qquad \text{Eq. 11}$$

Thus maximal response still requires full receptor occupancy. This requirement was eliminated by Stephenson in 1956 by the introduction of the concept of biological stimulus (S).[36] The ability of drug to stimulate a tissue (S) was proportional to the drug's efficacy (e) and its fraction of receptors occupied. The effect was some undefined function (f) of S, thus:

$$E_a/E_m = f(S) = f(e \bullet P) \qquad \text{Eq. 12}$$

The main difference between Equations 11 and 12 is that in Equation 11 the response is proportional to P and in Equation 12 it is related to P through some unde-

fined function. Thus, more versatility is allowed, i.e., maximal response may be elicited by a fraction of receptors occupied less than one (P<1) or, conversely, different values for P may elicit the same response depending on the agonist's efficacy.

Furchgott in 1972 further refined the theory to include the idea that agonists in different tissues could have different efficacies and tissues could have different concentrations of receptors, thus:

$$e = eta \cdot [RT] \qquad Eq. 13$$

where eta=the intrinsic efficacy, or the capacity of the drug to elicit a response. Furchgott succeeded in separating the efficacy into two separate terms, one related to the drug and one related to the tissue.[37]

## APPLICATIONS FROM CLASSICAL OCCUPATION THEORY—EMPIRICAL MODELS

Pharmacokinetic/pharmacodynamic models can be compartmental, nonparametric, and/or exponential. The critical processes that must be identified, isolated, and quantitated are invariably found in the effector. Once the plasma drug concentration-time profile is characterized, a model must be constructed that permits isolation and quantification of the various processes, which might allow for the elucidation of the relationships between the plasma profile and the observed pharmacologic effects.[4] A general model is provided in Figure 7, keeping in view the fact that the effect components are driven by the biological fluid concentrations and not by the compartment per se. Once the drug is distributed to the appropriate site of action, the appropriate rates are allowed to operate.[21,32,33]

To provide a simplified format for studying pharmacodynamic considerations several other models have also been developed. The primary requirement underlying any model is that the measured concentration of the drug and/or metabolite in a sampled biological fluid is in equilibrium with concentration at the receptor or the site of drug action.[38,39] Consequently, steady-state concentrations are particularly useful in determining the pharmacodynamic model for a drug. Single-dose concentration data may not be adequate to describe the effect of a drug's accumulation on its pharmacologic action following multiple dosing.[40] The dynamic effects of the drug may be characterized from several steady-state concentrations and appropriate washout periods. All pharmacodynamic models are mathematical in nature and depend on the disposition characteristics of the drug in the body. The utility of these models lies in elucidating fundamental mechanisms as well as explaining empirical data. They also serve the most important role as predictors of drug action particularly when the information generated from pharmacokinetic data is coupled with pharmacodynamic data. The following sections will describe various pharmacodynamic models that have been reported so far.



Figure 7. Schematic representation of future pharmacokinetic/pharmacodynamic models that will emphasize distribution to the site of action (SA) and then binding to the receptor (R). Reprinted with permission from Reference 4.

Although the prerequisite for pharmacodynamic analysis is adequate pharmacokinetic modeling, complex pharmacokinetic models are not necessarily required.[9,61] On the contrary, they might seriously limit the efficient interpretation of pharmacodynamic data. It must also be noted that absence of pharmacokinetic data does not hinder pharmacodynamic data analysis. Such a situation will be discussed in the later sections of this article. The basic assumption underlying most of these models is that the actual blood sampling site is in equilibrium with drug at its effect site which essentially represents a steady-state or quasi-steady-state.[38,40,42]

### FIXED-EFFECT MODEL

The oldest pharmacodynamic model described in the literature is the fixed-effect model. In this model, the drug concentration in the biofluid is correlated to the pharmacologic effect. This model does not require any prior assumptions between concentration and effect measured. A probability factor is also included in this model to account for the limitations arising due to discrepancy in the pharmacologic effect which may or may not be observed in individuals. Holford et al. suggested a major drawback of the fixed-effect model, i.e., its inability to relate a range of drug concentrations to a broad range of pharmacologic effects observed in vivo.[40,62] The most fundamental model directly linking drug concentration and effect is the linear model in which the effect is proportional to the concentration of drug in the plasma. This is the Ariens model in which the initial slope of the hyperbolic function is considered to be linear, as shown in Figure 8. It can be described mathematically as follows:

$$E = P \cdot C \qquad Eq. 14$$

where E is the measured effect, C is the concentration of the drug, and P is the linear parameter correlating E to C. To account for baseline effects due to absence of any drug in the system, a term $E_0$ is included in Equation 14, where $E_0$ is the effect measured when C=0. Hence, Equation 14 can be expressed as:

$$E = P \cdot C + E_0 \qquad Eq. 15$$

A plot of $E = E_0$ as a function of C will provide the estimation for the parameter P. The fixed-effector model has been successfully applied to a number of drugs such as quinidine and digoxin.[63-66]

In many instances the estimation of P is difficult. Several approaches have been suggested to overcome such difficulties.[41,42,44-46] These approaches, however, will not be considered since they are of peripheral interest to this article. Nonetheless, this model has been successfully employed for the pharmacodynamic characterization of verapamil[41] and disopyramide.[43]

## LOGARITHMIC MODEL

For drugs that do not correlate linearly, a logarithmic modification of the linear model is suggested to improve correlation between concentration and effect, as shown in Equation 16, where:

$$E = P \bullet \log C + E_0 \qquad \text{Eq. 16}$$

In this modification, the response is considered to be proportional to the logarithm of the concentration of drug in the plasma. This is a simple transformation of the x axis of the rectangular hyperbola. The linear portion of the data is the middle 60 percent as shown by Figure 9. It is relatively simple to analyze by linear regression over that range. If steady-state concentrations are available, Equation 16 could be rewritten as follows:

$$E_{ss} = P \bullet \log C_{ss} + E_{0ss} \qquad \text{Eq. 17}$$

where the subscripts represent steady-state values. One must remember, however, that the response obtained may differ after repeated application of single doses, probably due to accumulation of the active metabolite(s).

## SIGMOIDAL MODEL

A sigmoidal model also has been used successfully to relate concentration and effect. The effect is generally described in terms of percentile (1–100 percent). A typical example of such a relationship is illustrated in Figure 10. This assumes a single receptor binding with a single molecule of drug. Different drugs could have different efficacies which would result in different maximal effects as shown in Figure 11.



Figure 9. Logarithmic-effect model predicted (solid line) vs. observed (dashed line) pharmacologic response profile.



Figure 10. Sigmoidal model pharmacologic response profile.



Figure 8. Fixed-effect model predicted (solid line) vs. observed (dashed line) pharmacologic response profile.



Figure 11. Sigmoidal model pharmacologic response profile of two drugs with the same affinity (ability to bind to the receptor) but different efficacies (ability to elicit a response).

In this model, the maximal effect ($E_{max}$) cannot be predicted a priori. Hence, it is difficult to apply this model to in vivo situations since the possibility of attaining the $E_{max}$ is highly unlikely. Thus calculation in range of effect can be very biased. Additionally, this model is unable to predict effect at low concentrations.

## MAXIMAL EFFECT MODEL

None of the models can be used successfully to determine or predict the $E_{max}$.[40] This next model is a sigmoidal model and is expressed as:

$$E = (E_{max} \cdot C) / (Ec_{50} + C) \qquad \text{Eq. 18}$$

where $E_{max}$ is the maximum attainable theoretical effect and $Ec_{50}$ is the concentration of the drug eliciting 50 percent of the maximal effect. In this model it is assumed that when the concentration is equal to 0, there is no pharmacologic effect. This model is used extensively and the $Ec_{50}$ for various drugs is routinely reported in the literature. The baseline effect $E_0$ can also be incorporated in Equation 18 to obtain better results, expressed in Equation 19 as:

$$E = E_0 + (E_{max} \cdot C)/(E_{50} + C) \qquad \text{Eq. 19}$$

This model assumes that the baseline effect can be subtracted from the observed effect data leaving the 0–100 percent effect intact. In certain circumstances, the endogenous substances bind to the receptor or interact biochemically to maintain the baseline effect. Under these circumstances, the baseline effect is considered as an integral part of the overall measured effect. In such situations, the model can be represented as follows:

$$E = [E_{max} \cdot (C + C_0)]/[E_{50} + (C + C_0)] \qquad \text{Eq. 20}$$

where $C_0$ is the concentration required to maintain the baseline effect. The $E_{max}$ model assumes a hyperbolic relationship between concentration and effect. However, such a relationship may not always be observed because the $E_{max}$ model assumes that a single drug molecule binds only to a single receptor site. In cases where a receptor can accept more than one drug molecule or when all receptor sites do not get occupied, this model may not be applicable. Under these conditions, a modified sigmoidal $E_{max}$ model may be useful in describing the drug-effector relationship. The sigmoidal $E_{max}$ model can be described as follows:

$$E = (E_{max} \cdot C^s)/(E_{50} + C^s) \qquad \text{Eq. 21}$$

where s is a parameter that affects the hyperbolic nature of the relationship.[49] When s = 1, the model becomes the classical $E_{max}$ model. Hill originally developed and applied this concept while describing the interaction between oxygen and hemoglobin.[47] It has been successfully applied to many other situations.[9]

## OTHER MODELS

On graphical representation of the effect as a function of drug concentration plot, if a counterclockwise hysterisis loop is observed, it is suggestive of a delay in drug

### Table 1. Decrease in Heart Rate Following Oxpranolol Administration*

| TIME (h) | E (beats/min) | | |
|---|---|---|---|
| | 40 mg | 80 mg | 160 mg |
| 1.0 | | | 29 |
| 2.5 | | | 25 |
| 4.0 | 11 | 15 | 19 |
| 8.0 | | | 11 |

*Mean data from healthy volunteers following three doses of oral oxpranolol. Adapted from Reference 52.
E = decrease in heart rate.



Figure 12. Response (reduction in heart rate) vs. natural logarithm of dose of oxpranolol in seven healthy volunteers. Adapted from Reference 52.

equilibration between plasma (biophase) and the effect compartment (e.g., receptor site).[48] This very unlikely situation can arise only when an active metabolite is generated at an increasing rate and its disposition is significantly different from the parent compound. In such instances, if one applies drug continuously and the pharmacodynamic measurements are conducted under steady-state conditions, this problem can be successfully overcome. This is particularly true in the case of sustained-released products. Once the steady-state is reached, the elimination rate of drug and metabolite equal the rate of drug and metabolite input thus facilitating generation of pharmacodynamic data with relative ease.

Other approaches employing deconvolution, multi- and mixed-compartment models have been proposed.[48] These models have not been successful because the less than adequate characterization of equilibration time does not yield true values but apparent values. The equilibration time is especially critical in the cases of non-steady-state conditions. There is no reason why the active site of a drug should correspond to a pharmacokinetically accessible site such as blood or plasma. Consequently, the basic assumption that the active site is in direct equilibrium with a pharmacokinetically ac-

cessible site may be invalid.[2] Sheiner et al. in describing the pharmacokinetic and pharmacodynamic character of tubocurarine, proposed that the so-called "effect-compartment" should be modeled as a separate compartment linked to the plasma compartment by a first-order process.[22]

In many cases, a correlation between the drug concentration and effect may not exist. In spite of this observation, one must conduct pharmacodynamic studies during the development process, in which case the resultant data can reveal information as to the efficacy of the drug.

Often the relationship between effect and time is employed in pharmacodynamic evaluation to determine critical information such as the dose required to elicit a response as well as the duration of the response. This information is valuable especially in supporting claims of once-daily dosing based on prolonged efficacy throughout the dosing interval:

$$E = (E_0 - m \cdot t) \qquad \text{Eq. 22}$$



Figure 13. Response (reduction in heart rate) vs. time after oxpranolol 160 mg in seven healthy volunteers. Adapted from Reference 52.



Figure 14. Plasma concentration vs. time profile in seven healthy volunteers after oxpranolol 160 mg. Adapted from Reference 52.

### Table 2. Mean Plasma Concentrations of Oxpranolol After a 160-mg Dose*

| TIME (h) | Cp (ng/mL) |
|---|---|
| 0.5 | 699 |
| 1.0 | 622 |
| 2.0 | 413 |
| 2.5 | 292 |
| 4.0 | 152 |
| 6.0 | 60 |
| 8.0 | 24 |

*Adapted from Reference 52.
Cp = plasma concentration.

where the slope of the linear relation between E and t is the proportionality constant (m), which equals the slope of Equation 22 (the ratio of change in response [dR, with d standing for change] to change in time [dt]. From Equation 22, one can estimate the elimination rate constant as shown in the following section. This expression also can be used for comparison of drug efficacy when given in different formulations.[49-51]

### Pharmacokinetic/Pharmacodynamic Interrelationship

Response (R), concentration (C), and time (t) are interrelated. As we have seen, the response and concentration relationship is studied in pharmacodynamics and the concentration and time relationship is studied in pharmacokinetics. The response and time relationship is applied in therapeutics.

Given a drug that fits the sigmoidal model, the response versus natural log of concentration is sigmoidal (S-shaped); we would be interested in the middle, almost-straight part. The slope is dR/dlnC. The natural log of concentration versus time (when a drug is given by iv bolus) is a straight line. The slope is dlnC/dt. Response versus time is a straight line. The slope is dR/dt. Given data for any two relationships (R vs. t, R vs. C, C vs. t), we should be able to obtain the third relationship's slope by:

$$dR/dt = dR/dlnC \cdot dlnC/dt \qquad \text{Eq. 23}$$
$$dR/dlnC = dR/dt / dlnC/dt \qquad \text{Eq. 24}$$
$$dlnC/dt = dR/dt / dR/dlnC \qquad \text{Eq. 25}$$

For example, in humans, one of the pharmacologic responses to oxpranolol (a beta-blocker) is the decrease in the heart rate. Brunner et al. measured the decrease in heartbeats per minute with oxpranolol as compared with placebo during the fourth and fifth minutes of a standard physical exercise. They presented the following mean data from seven healthy volunteers, showing how the decrease in beats per minute decreased with time after oral administration of three doses of oxpranolol (Table 1). A plot of response versus ln(dose) yielded Figure 12, with a slope of 5.78, (dR/d(lnC) = 5.78). A plot of response versus time yielded Figure 13, with a

slope of −2.73 (dR/dt = −2.73). With this information, the elimination rate constant can be approximated using Equation 25 to be 0.472 (K = −dlnC/dt). They also reported the mean plasma concentrations of oxpranolol after a 160-mg dose (Table 2). A plot of ln(C) versus t yields Figure 14, with a slope of −0.459 (K=0.459), which is in good agreement with the K previously obtained.[52]

## Summary

Pharmacodynamic and pharmacokinetic evaluation of a drug has become an important aspect of drug design with respect to conventional and sustained-release dosage forms. Pharmacodynamic models have been proposed for various classes of drugs as shown in Appendix I. The selection of a particular model for data analysis is still a matter of individual preference. However, it should be kept in mind that the use of individual or combined pharmacokinetic/pharmacodynamic models should reduce the dose-response relationships into a readily communicable form allowing for prediction of future events by other modes of administration. W

## Appendix I. Classes of Drugs for Which Pharmacodynamic Models Have Been Proposed

| CLASS OF DRUGS | REFERENCE |
| --- | --- |
| **Antiarrhythmic** | |
| disopyramide | 43 |
| lorcainide | 62 |
| procainamide | 60 |
| quinidine | 42 |
| tocainide | 61 |
| verapamil | 41 |
| **Antiasthmatic** | |
| theophylline | 51,63,64 |
| **Anticoagulant** | |
| heparin | 67 |
| warfarin | 65,66 |
| **Cardiovascular** | |
| alprenolol | 59 |
| oxpranolol | 49 |
| propranolol | 45,50,54-56 |
| sotalol | 53 |
| timolol | 57 |
| tocainide | 58 |

## References

1. Gibaldi M, Perrier D, eds. Pharmacokinetics. 2nd ed. New York: Marcel Dekker, 1982:iii.

2. Silber BM, Bialer M, Yacobi A. In: Robinson JR, Lee VHL, eds. Controlled drug delivery. 2nd ed. New York: Marcel Dekker, 1987: 213-51.

3. Colburn WA. Pharmacokinetics/pharmacodynamics: measures, models and manipulations. In: Young J, Ingalls VW, Flankins R, eds. Simulations at the frontiers of science. San Diego: Society of Computer Simulation, 1986:7-11.

4. Colburn WA. Perspectives in pharmacokinetics. J Pharmacokinet Biopharm 1987;15:545-52.

5. Norman TR, Burrows GD. Plasma concentrations of benzodiazepines—a review of clinical findings and implications. Prog Neuropsychopharmacol Biol Psychiatr 1984;8:115-26.

6. Friedel RD. Relationships of plasma levels of benzodiazepines and clinical response: a critical review. In: Usdin E, ed. Clinical pharmacology in psychiatry. New York: Elsevier, 1981:81-94.

7. Bellantuono C, Reggi V, Tognoni G, Garattini S. Benzodiazepines: clinical pharmacology and therapeutic use. Drugs 1980;19: 195-219.

8. Itil TM, Itil KZ. The significance of pharmacodynamic measurements in the assessment of bioavailability and bioequivalence of psychotropic drugs using CEEG and dynamic brain mapping. J Clin Psychiatr 1986;47:20-7.

9. Wagner JG. Kinetics of pharmacologic response: I. Proposed relationships between response and drug concentration in the intact animal and man. J Theor Biol 1968;20:173-201.

10. Segre G. Kinetics and interaction between drugs and biological systems. Il Farmaco Sci Ed 1968;23:907-18.

11. Hull CJ, Beem HBHV, McLeod K, Sibbald A, Watson JM. A pharmacodynamic model for pancuronium. Br J Anaesth 1978;50:1113-23.

12. Sheiner LB, Stanski DR, Vozeh S, Miller RD, Ham J. Simultaneous modeling of pharmacokinetics and pharmacodynamics: application to d-tubocurarine. Clin Pharmacol Ther 1979;25:358-70.

13. Colburn WA, Jack ML. Relationships among CSF drug concentrations, receptors, binding characteristics, and pharmacokinetic and pharmacodynamic properties of selected 1,4-substituted benzodiazepines. Clin Pharmacokinet 1987;13:179-90.

14. Colburn WA. Simultaneous pharmacokinetic and pharmacodynamic modeling. J Pharmacokinet Biopharm 1981;9:367-88.

15. Colburn WA, Brazzell RK. Pharmacokinetics as an aid to understanding drug effects. Adv Pain Res Ther 1986;8:427-39.

16. Unadkat JD, Bartha F, Sheiner LB. Simultaneous modeling of pharmacokinetics and pharmacodynamics with nonparametric kinetic and dynamic models. Clin Pharmacol Ther 1986;40:86-93.

17. Fuseau E, Sheiner LB. Simultaneous modeling of pharmacokinetics and pharmacodynamics with a nonparametric dynamic model. Clin Pharmacol Ther 1984;35:733-41.

18. Wagner JG. Pharmacokinetics: past developments, present issues, future challenges. In: Welling PG, Tse FLS, eds. Pharmacokinetics; New York: Marcel Dekker, 1988:3-26.

19. Sikic BI, Collins JM, Mimnaugh EG, Gram TC. Improved therapeutic index of bleomycin when administered by continuous infusion in mice. Cancer Treat Rep 1978;62:2011-7.

20. Para J, Urquhart J. The value of infusion and injection regimens in assessing efficacy and toxicity of drugs. Trends Pharmacol Sci 1984;5: 21-5.

21. Urquhart J. Ophthalmic drug delivery systems. In: Robinson JR, ed. Pharmaceutical dosage forms. Washington, DC: Academy of Pharmaceutical Sciences, 1980:105-15.

22. Shaw J, Urquhart J. The injection-infusion comparison (IIC) protocol. Trends Pharmacol Sci 1980;1:208-10.

23. Nau H, Merker JH, Brendel K, Gansau C, Hauser I, Wittfoht W. Disposition, embryotoxicity and teratogenicity of valproic acid in the mouse as related to man. In: Levy RH, Eichelbaum M, Pitlick WH, Meijer J, eds. Metabolism of antiepileptic drugs. New York: Raven Press, 1984:85-96.

24. Nau H, Spielmann H. Embryotoxicity testing of valproic acid. Lancet 1983;1:763-5.

25. Nau H, Ziever R, Spielmann H, Neubert D, Gansau C. A new model for embryotoxicity testing: teratogenicity and pharmacokinetics of valproic acid following constant rate administration in the mouse using human therapeutic drug and metabolite concentrations. Life Sci 1981;29:2803-14.

26. Riviere JE, Carver MP, Coppoc GL, Carlton WW, Lanctz GC, Shy-Modjeska J. Pharmacokinetics and comparative nephrotoxicity of fixed-dose versus fixed-internal reduction of gentamicin dosage in subtotal nephrectomized dogs. Toxicol Appl Pharmacol 1984;75:496-509.

27. Urquhart J, Nichols K. Pharmacodynamics research in new drug research and development. Proceedings of a Conference on Drug Delivery Systems. Eugene, OR: Aster Publishing, 1985:13-6.

28. Boxenbaum H. Interspecies variation in liver weight, hepatic blood flow, and antipyrine intrinsic clearance: extrapolation of data to benzodiazepines and phenytoin. J Pharmacokinet Biopharm 1980;8:165-76.

29. Boxenbaum H. Interspecies scaling, allometry, physiological

Case 1:05-cv-00642-JJF    Document 100-2    Filed 12/06/2006    Page 47 of 60

time and the ground plan of pharmacokinetics. *J Pharmacokinet Biopharm* 1982;10:201-27.

30. Kleinbloesem CH. Nifedipine: clinical pharmacodynamics and haemodynamic effects (dissertation). Leiden, The Netherlands: Rijksuniversiteit te Leiden, 1985:71-9.

31. McLeod SM, Gilles HG, Patzalek-Thierson JJ, Sellers EM. Diazepam action and plasma concentrations following ethanol ingestion. *Eur J Clin Pharmacol* 1977;11:345-9.

32. Physicians' desk reference. 39th ed. Oradell, NJ: Medical Economics, 1985:843-4, 1606-8.

33. Langmuir I. The adsorption of gasses on plane surfaces of glass, mica and platinum. *J Am Chem Soc* 1918;40:1361-4.

34. Clark AJ. General pharmacology. In: Heffter's handbuch d-experimantic pharmacologie erg. Berlin: Rand & Springer, 1937:15-27.

35. Ariens EJ. Affinity and intrinsic activity in the theory of competitive inhibition. *Arch Int Pharmacodyn Ther* 1954;99:32-49.

36. Stephenson RP. A modification of receptor theory. *Br J Pharmacol* 1956;11:371-93.

37. Furchgott RF. The classification of adrenoceptors (adrenergic receptors). An evaluation from the standpoint of receptor theory. In: Blaschko C, Muscholl HC, eds. Handbook of experimental pharmacology. Vol. 33, Catecholamines. Berlin: Springer-Verlag, 1972:283-335.

38. Levy G. Kinetics of pharmacologic effects. *Clin Pharmacol Ther* 1966;7:362-72.

39. Levy G. Relationship between elimination rate of drugs and rate of decline of their pharmacologic effects. *J Pharm Sci* 1964;53:342-3.

40. Holford NHG, Sheiner LB. Kinetics of pharmacological response. *Pharmacol Ther* 1982;16:143-66.

41. Eichelbaum M, Brikel P, Grube E, Gutgemann U, Somogyi A. Effects of verapamil on P-R intervals in relation to verapamil plasma levels following single IV and oral administration and during chronic treatment. *Klin Wochenschr* 1980;58:919-25.

42. Holford NHG, Coates PE, Guentert TW, Riegelman S, Sheiner LB. The effect of quinidine and its metabolites on the electrocardiogram and systolic time intervals: concentration-effect relationships. *Br J Clin Pharmacol* 1981;11:187-95.

43. Whiting B, Holford NHG, Sheiner LB. Quantitative analysis of the disopyramide concentration-effect relationship. *Br J Clin Pharmacol* 1980;9:67-75.

44. Kramer WG, Kolibash AJ, Lewis RP, Bathala MS, Visconti JA, Reuning RH. Pharmacokinetics of digoxin: relationship between intensity and predicted compartmental drug levels in man. *J Pharmacokinet Biopharm* 1979;1;47-61.

45. Esler M, Zweifler A, Randall O, DeQuattro V. Pathophysiologic and pharmacokinetic determinants of the antihypertensive response to propranolol. *Clin Pharmacol Ther* 1977;22:299-308.

46. Kelman AW, Whiting B. Modeling of drug response in individual subjects. *J Pharmacokinet Biopharm* 1980;8:115-30.

47. Hill AV. The possible effects of the aggregation of the molecules of haemoglobin on its dissociation curves. *J Physiol* 1910;40:iv-vii.

48. Holford NHG, Sheiner LB. Pharmacokinetic and pharmacodynamic modeling in vivo. *Crit Rev Bioeng* 1981;5:273-322.

49. West JR, Kendall MJ, Mitchard M. A comparison of slow release with conventional oxprenolol: plasma concentration and clinical effects. *Br J Clin Pharmacol* 1976;3:439-43.

50. McAnish J, Baber NS, Smith R, Young J. Pharmacokinetic and pharmacodynamic studies with long-acting propranolol. *Br J Clin Pharmacol* 1978;6:115-21.

51. Falliers CJ. Pharmacodynamic and spirometric responses to sustained-release theophylline. *N Engl J Med* 1979;17:125-30.

52. Brunner L, Imhof P, Jack D. Relationship between plasma concentrations and cardiovascular effects of oral oxprenolol in man. *Eur J Clin Pharmacol* 1975;8:3-9.

53. Ishizaki T, Hirayama J, Tawara K, Nakaya H, Sato M, Sato K. Pharmacokinetics and pharmacodynamics in young normal and elderly hypertensive subjects: a study using sotalol as a model drug. *J Pharmacol Exp Ther* 1980;212:173-81.

54. Hager WD, Pieniaszek HJ, Perrier D, Mayersohn M, Goldberger V. Assessment of beta blockade with propranolol. *Clin Pharmacol Ther* 1981;30:283-90.

55. McDevitt DG, Shand DG. Plasma concentrations and the time course of beta blockade due to propranolol. *Clin Pharmacol Ther* 1975;18:708-13.

56. Zacest R, Koch-Weser J. Relation of propranolol plasma level to beta blockade during oral therapy. *Pharmacology* 1972;7:178-84.

57. Singh BN, Williams FM, Whitlock RM, Collett J, Chew C. Plasma timolol levels and systolic time intervals. *Clin Pharmacol Ther* 1980;27:159-66.

58. Winkle RA, Meffin PJ, Fitzgerald JW, Harrison DC. Clinical efficacy and pharmacokinetics of a new orally effective antiarrhythmic, tocainide. *Circulation* 1976;54:884-90.

59. Ablad B, Borg KO, Johnson G, Regardh CG, Solvell SJ. Combined pharmacokinetic and pharmacodynamic studies on alprenolol and 4-hydroxyalprenolol in man. *Life Sci* 1974;14:693-704.

60. Galeazzi RL, Benet LZ, Sheiner LB. Relationship between pharmacokinetics and pharmacodynamics of procainamide. *Clin Pharmacol Ther* 1976;20:278-89.

61. Meffin PJ, Winkle RA, Blaschke TF, Fitzgerald J, Harrison DC. Response to optimization of drug dosage: antiarrhythmic studies with tocainide. *Clin Pharmacol Ther* 1977;22:42-57.

62. Meinertz T, Kasper W, Kersting F, Just H, Bechtold H, Janchen E. Lorcainide. II. Plasma concentration-effect relationship. *Clin Pharmacol Ther* 1979;26:196-204.

63. Metinko PA, Ogilvie RI. Rational intravenous doses of theophylline. *N Engl J Med* 1973;289:600-3.

64. Hendeles L, Iafrate RP, Weinberger M. A clinical and pharmacokinetic basis for the selection and use of slow release theophylline products. *Clin Pharmacol Ther* 1984;9:95-135.

65. Nagashima R, O'Reilly RA, Levy G. Kinetics of pharmacologic effects in man: the anticoagulant action of warfarin. *Clin Pharmacol Ther* 1969;10:22-35.

66. Routledge PA, Chapman PH, Davies DM, Rawlins MD. Pharmacokinetics and pharmacodynamics of warfarin at steady state. *Br J Clin Pharmacol* 1979;8:243-7.

67. Whitfield LR, Levy G. Relationship between plasma concentration and anticoagulant effect of heparin in plasma of normal subjects: magnitude and predictability of interindividual differences. *Clin Pharmacol Ther* 1980;28:509-16.

---

### Historical Quote

**Technician Education.** It is recommended that: . . . As pharmacists investigate the possibility of an educational program designed to prepare pharmacy technicians or pharmacist's aides [that] they profit from the unfortunate experience of nursing wherein several levels of practitioners trained in four or more types of programs have presented serious problems, especially in intraprofessional relationships. Summary of the findings and recommendations of the discussion sessions by the chairman. In: Deno RA, ed. Pharmacy-medicine-nursing conference on health education proceedings. Ann Arbor: University of Michigan, 1967:90-1.

---

# EXHIBIT I

May/June 1990    Volume 6  Number 3

# the journal of Pharmacy Technology

official publication of the

Association of Pharmacy Technicians

- Metronidazole
- Furazolidone
- Assessing Nutritional Status
- Gilbert's Syndrome
- Technician Setback
- Biopharmaceutics

# Issues in Contemporary Drug Delivery

## Part II:

## Biopharmaceutical Considerations

*UMESH V. BANAKAR*

Payment has been made to the
Copyright Clearance Center for this article.



Drug substances are administered to humans and animals in dosage forms that are not only suitable to the drug characteristics but also convenient and appealing to the consumer. These dosage forms in most instances include the drug substances and other pharmaceutical excipients that serve varied and specialized pharmaceutical functions. The pharmaceutical excipients can assist in critical functions such as solubilization, suspension, thickening, emulsification, dilution, stabilization, preservation, coloration, and others.

Numerous dosage forms are currently available for treatment of an ailment. Medicinal substances can be prepared for administration by every conceivable route, and the appropriate pharmaceutical preparation is formulated to ensure maximum therapeutic response. Table 1 lists some of the various routes of drug administration as well as the dosage forms most commonly employed for these routes.

Each type of dosage form is unique in its physical and pharmaceutical characteristics. Additionally, these varied dosage forms provide a choice of drug delivery systems to prescribe.

The physicochemical characteristics of the drug dosage forms impart different properties to the dosage unit. These properties are predominantly reflected in the nature and manner in which the drug (active principal) is released from the dosage form. The rate and extent of drug release from the dosage form following its

> Rate and extent of release from the dosage form following administration control the therapeutic efficacy of the drug product.

administration via one of the numerous routes often control the therapeutic efficacy of the drug product. The rate and extent of drug release differ among dosage forms. Thus, a drug administered at the same dose level in more than one dosage form exhibits differing therapeutic efficacies. The characteristics as well as extent of drug release from the dosage form often influence the degree of therapeutic response. This information is useful in formulation, manufacture, and design of a dosage form that is both appropriate and adequate with regard to therapeutic use. This article addresses the numerous issues that influence the rate of drug release and the biopharmaceutical considerations pivotal to the understanding of design. Discussions focus primarily on factors that are most critical to practitioners. A glossary of terms is included at the end of the article.

### Drug Release: In Vitro

Drugs administered in solid and solid-dispersed-in-liquid dosage forms have to dissolve in biologic fluids before they can be absorbed into the systemic circulation and elicit a therapeutic response. The rate at which this dissolution occurs is the result of the amount of drug released per unit of time (drug-release rate) from the dosage unit as well as the solubility of the drug in the dissolution media. In turn, the drug-release rate is determined, in many instances, by the physicochemical characteristics of the dosage unit and the characteristics

UMESH V. BANAKAR, PhD, *is the Director of Research, St. Louis College of Pharmacy, St. Louis, MO 53110. Reprints: Umesh V. Banakar, PhD.*

of the medium into which it is being released. Drug dosage forms designed for rapid therapeutic effect must be able to release the drug rapidly followed by rapid dissolution, which will ensure quick therapeutic response, presuming dissolution of the drug is the rate-limiting factor for absorption. On the other hand, drug products designed for prolonged therapeutic effect should release the drug relatively slowly, thereby retarding the dissolution rate and thus exhibiting prolonged therapeutic response. It can be seen that variations in the biologic activity of a drug substance may be brought about by the rate at which it becomes available to the organism. Generally, the dissolution process is rapid once the drug is available to the dissolution media. As a result drug-release rate and dissolution rate are often used interchangeably.

The development of an optimal formulation (solid and/or suspension dosage form) involves the assessment of drug-release rate or drug-dissolution rate in vitro before it can be applied to humans or animals. Consequently, the in vitro rate and extent of drug release and the dissolution rate must be evaluated. It is important to note that such evaluations are conducted in simulated biologic fluids (e.g., simulated gastric or intestinal fluid). Such evaluations assist in the prediction of the performance of the dosage form when administered to humans or animals.

In many instances, the dissolution rate is the rate-limiting step in the absorption process. This is true for drugs administered orally in solid dosage forms such as tablets or capsules, as well as drugs administered intramuscularly in the form of pellets or suspensions. The rate at which the drug is made available from the dosage form to the surrounding medium constitutes the drug-release rate.

The amount of drug available as a result of the drug-release rate dissolves rapidly in the surrounding medium. Assuming the dissolution to be rapid, almost instantaneous, the rate of dissolution often reflects the rate of drug release. Furthermore, assuming the dissolved drug is rapidly absorbed, the dissolution rate of a drug can be indicative of the absorption rate and thereby the degree and extent of therapeutic response. The following dosage forms are listed in descending order (fastest to slowest) in terms of dissolution rate: solutions, suspensions, powders, capsules, tablets, pellets. Thus, an appropriate dosage form for a drug that meets the needs of the patient can be prepared by manipulating its drug-release characteristics.

Factors that influence the absorption rate, particularly when dissolution rate is the rate-limiting step, will influence the onset, intensity, and duration of drug response and thereby control the overall bioavailability of the drug from the dosage form. The primary factors that influence dissolution and absorption, and thereby drug product performance, will be discussed in the following sections.

Numerous factors influence rate of release in a given dissolution medium. Some of the critical factors such as particle size, pH, pKa, solubility, and partition coefficient were considered in Part 1 of this series.[1] Others include the chemical characteristics of the drug substances, the manufacturing procedures employed during the preparation of dosage forms, the physicochemical characteristics of the dosage unit, the drug-excipient interactions, the age of the dosage form, and others. Table 2 lists some of the primary factors influencing the dissolution rate of dosage forms.[2-76] The dissolution test parameters used can also influence the rate of dissolution. The most critical parameters are listed in Table 3.[25,36-41,77-100] As discussion of each of the factors listed in Tables 2 and 3 falls outside the scope of this article, references are provided for the reader interested in the details concerning individual factors.

Minor changes in the manufacturing process employed during the preparation of oral dosage forms can markedly influence drug-release characteristics, altering the effective surface area of the drug particles ex-

## Table 1. Primary Dosage Forms Applied to Various Routes of Administration

| ORAL | SUBLINGUAL | PARENTERAL* | TOPICAL† | INTRAOCULAR/ CONJUNCTIVAL | INTRANASAL AND INTRAAURAL | INTRARESPIRATORY | OTHERS‡ |
|---|---|---|---|---|---|---|---|
| tablets | tablets | solutions | gels | ointments | solutions | solutions | solutions |
| capsules | troches | suspensions | ointments | solutions | suspensions | sprays | ointments |
| solutions | lozenges | | creams | suspensions | gels | inhalants | tablets |
| syrups | | | pastes | inserts | aerosols | ointments | emulsion foams |
| elixirs | | | plasters | | | aerosols | inserts |
| suspensions | | | powders | | | | suppositories |
| magmas | | | aerosols | | | | sponge |
| gels | | | lotions | | | | |
| powders | | | transdermal | | | | |
| | | | patches | | | | |
| | | | discs | | | | |
| | | | solutions | | | | |

*Includes intraarterial, intraarticular, intracardiac, intracutaneous, intramuscular, intraosseous, intraspinal, intrasynovial, intravenous, and subcutaneous routes.
†Includes epicutaneous and transdermal routes.
‡Includes rectal, urethral, and vaginal routes.

posed for dissolution. It has been reported that the force used in compressing a drug-excipient mixture into a tablet dosage form can result in a variety of effects on the drug dissolution rate.[101] The particles may be bound more tightly as the compression force is increased. However, at higher pressures, particular aggregates (granules) may fracture, which may yield smaller particles that can enhance dissolution rate. On the other hand, a sum of these two effects may result as well. Thus, the effect of the compressional force on the dissolution rate of a tablet dosage form appears to be unpredictable and could lead to variation in the drug release and, thereby, drug response.

It appears that manufacturing processes can deter-

### Table 2. Some Primary Factors Influencing the Rate of Dissolution of Dosage Forms*

| TYPE | FACTORS | REFS. |
|---|---|---|
| Solid dosage forms (tablets, capsules, suppositories) | formulation factors | 2–8 |
| | diluents (fillers) | 9 |
| | disintegrants | 10–14 |
| | binders and granulating agents | 3, 15 |
| | lubricants | 16–20 |
| | other tablet additives | 3, 19, 21 |
| | certified water-soluble dyes | 22–24 |
| | coating compounds | 25 |
| | processing factors | 2, 26–43 |
| | methods of granulation | 2, 26–32 |
| | compression force | 33–35 |
| | surface active agents | 36–38 |
| | viscosity | 39, 41 |
| | particle size | 5, 35, 42 |
| | mixing/blending | 43 |
| | storage and packaging | 44–48 |
| Liquid dosage forms (suspensions, emulsions) | particle size distribution | 41, 49, 50 |
| | viscosity | 51, 52 |
| | suspending agents | 52–55 |
| | formulation medium | 56–64 |
| | additives | 55, 62–64 |
| Topical dosage forms (ointments, gels, creams) | type of base | 65–70 |
| | viscosity | 71 |
| | adjuvants | 67, 72, 73 |
| | penetration enhancers | 74–76 |

*Unconventional dosage forms (prolonged-, sustained-, and modified-release dosage forms) are beyond the scope of this table. The factors influencing the dissolution of these products will be considered in a later article.

### Table 3. Test Parameters That Influence the Dissolution Rate

| PARAMETERS | REFS. |
|---|---|
| Agitation intensity | 41, 77–80 |
| Stirring rate | 78, 81, 82 |
| Dissolution fluid | 83, 84 |
| pH of dissolution fluid | 41, 84–86 |
| Surface tension of dissolution fluid | 36–38, 87–90 |
| Viscosity of dissolution fluid | 39–41, 91, 92 |
| Presence of unreactive and reactive additives in the dissolution fluid | 93 |
| Volume of dissolution fluid | 25, 94 |
| Deaeration of dissolution fluid | 95–97 |
| Temperature of dissolution fluid | 97–99 |
| Automation | 97, 100 |

mine the dissolution rate of a drug from its final dosage form.[26-35,42-50,52-64,102] Whether such changes are beneficial or detrimental to the ultimate bioavailability of a drug depends on the physicochemical properties of the drug and its dosage form. Practitioners must be aware of the possible effects that "pharmaceutically inert excipients" and manufacturing methods may have on the bioavailability of the drug products that are to be dispensed.

Several studies have been reported in which the same drug incorporated in different dosage forms exhibits different drug-release characteristics regardless of the requirement for rapid release of the active ingredient for rapid therapeutic effect.[101,103,104] This observation is more common for drugs possessing low aqueous solubility such as griseofulvin, phenacetin, hydrochlorothiazide, and others. Goldberg et al. described the dissolution rates of griseofulvin, a relatively insoluble antifungal agent, and griseofulvin-succinic acid samples, as illustrated in Figure 1. The physical reduction of griseofulvin particle size (micronization) increased the rate of dissolution. However, it did not result in an increase in griseofulvin concentration above its equilibrium solubility. Physical blends of griseofulvin and succinic acid at ratios corresponding to those in solid solution and eutectic mixture exhibited dissolution rates similar to griseofulvin alone, indicating the inability of succinic acid to increase the solubility of griseofulvin and, thereby, the extent of drug release. The solid solutions and the eutectic mixture were very rapidly soluble, thereby indicating improved drug release characteristics.[103] In another study, Corrigan and Bates eval-



Figure 1. Dissolution of various griseofulvin and griseofulvin-succinic acid samples. ● = griseofulvin crystalline, ▲ = griseofulvin micronized, ■ = eutectic mixture, ○ = physical mixture at eutectic composition, ◻ = solid solution, △ = physical mixture at solid solution composition. The dashed line indicates the equilibrium solubility of griseofulvin in water. Reproduced with permission from Reference 106.

uated the bioavailability of griseofulvin following administration of aqueous suspension, oily suspension, and emulsion of the drug (Figure 2). The corn oil-in-water emulsion exhibited markedly superior bioavailability.[104] In this case, the administration of drug in a fatty medium enhances absorption because fat is emulsified by bile salts. Perhaps the administration of an already emulsified form increases the opportunity for solubilization, thereby enhancing drug release and ultimately resulting in improved bioavailability.

It is apparent that not only is the drug-release rate an important aspect in drug product development but also the factors that control drug dissolution and ultimate bioavailability are crucial. In addition, the examples given illustrate that knowing the drug-release and drug-dissolution characteristics of a drug product facilitates the choice of the most appropriate dosage form.

## Biopharmaceutical Considerations

The discipline of biopharmaceutics deals with physical and chemical properties of the drug substance, dosage form, physiology, and biologic effectiveness of a drug and/or drug product upon administration, i.e., the drug availability to the human or animal body from a given dosage form, considered as a drug-delivery system.[105] The time course of the drug in the body and the quantifying of the drug concentration pattern are ex-



Figure 2. Plasma concentration profile of griseofulvin following its administration in three different dosage forms: ○ = aqueous suspension, △ = corn oil suspension, ◻ = corn oil in water emulsion with suspended drug. Reproduced with permission from Reference 104.



Figure 3. Schematic illustration of the LADME system. Reproduced with permission from Reference 105.

plained by pharmacokinetics. Thus, the biopharmaceutical and pharmacological evaluation of a drug and drug product provide factual information regarding its bioavailability. This information can be used to develop dosage form(s) possessing adequate, desirable, and appropriate properties that ensure patient compliance as well as effective treatment.

## LADME CONCEPT

The relationship between the drug dose and the extent of response depends on the amount of drug administered, the pharmacologic effect of the drug, and many other factors responsible for the entrance of a drug into the body. The cycle of processes that happen to the active ingredient in the body following administration of a drug product in its various forms is referred to as the fate of drug. The fate of drugs involves a sequence of events characterized by Liberation, Absorption, Distribution, Metabolism, and Excretion. A schematic illustration of the LADME system is provided in Figure 3.[105] All of these processes are time-dependent or rate functions and are influenced by a variety of factors pertaining to the drug dosage form, the route of administration, and the biologic system itself.

### Table 4. Key Tasks Performed by LADME System

Development of new active ingredients

Development of dosage forms with desirable release characteristics

Determination of pharmacokinetic parameters and pharmacokinetic drug product profiles

Determination and evaluation of bioavailability

Selection of appropriate route of administration

Adjustment of dosage regimen under a variety of biologic conditions, such as body weight, kidney function, etc.

Determination of effective drug dose levels

### Table 5. Mechanisms of Drug Absorption

| MODE | CHARACTERISTICS |
|---|---|
| Passive diffusion | pKa of the drug, ambient pH, concentration gradient, surface area, diffusion coefficient |
| Convective absorption | pore diameter<br>surface area<br>number of pores<br>hydrostatic pressure |
| Active transport | nature of carrier<br>against concentration and electrochemical gradient<br>specificity<br>saturation of transport |
| Facilitated transport | nature of carrier<br>specificity<br>with concentration gradient<br>saturation of transport |
| Ion pair | complex of organic anion of substance with cation of medium or membrane |
| Pinocytosis | engulfing vesicles |

The requirements for most drug products are a relatively rapid and quantitative absorption and slow elimination, thus maintaining a therapeutic drug concentration for a desired period of time. This objective may be achieved, in some cases, provided the drug is soluble, highly unionized, and has a relatively long biologic half-life. In cases where this is not true, manipulations are warranted to create a drug product of desired characteristics. As a result, the knowledge and understanding of the LADME system enables the formation expert to design a drug product controlling these factors. Onset of action, intensity of effect, and its duration are controllable. The sum of all of these phenomena is the quantitative characteristic of a drug product's effect. Thus the LADME system is the key to numerous tasks, as outlined in Table 4.

Whereas liberation of a drug from its dosage form into the biologic medium is characterized by the drug-release rate function in vivo, absorption is characterized by the appearance of the drug entity at the molecular level in the blood. It is evident that the absorption of drug is influenced by the route of administration. Figure 4 illustrates the general plasma-concentration profiles for a hypothetical drug after the same dose is administered by three different routes. These profiles are employed to generate the critical pharmacokinetic parameters such as $t_{max}$ (time to reach maximum plasma concentration), $C_{max}$ (maximum plasma concentration, $K_a$ (absorption rate constant), $K_e$ (elimination rate constant), and $t^1/2$ (biologic half-life). The information generated from these parameters is then used to adjust the dose of the drug in a given dosage form so that the drug product will possess the desirable therapeutic val-



Figure 4. Plasma concentration-time profile for a drug following administration of the same dose via three different routes.

ue from the standpoint of duration of effect and effect itself.

Several modes of absorption have been suggested. Table 5 illustrates the different absorption mechanisms adhered to by drug molecules along with their corresponding characteristics. Most of the drugs are absorbed by passive diffusion characterized by transport through a semipermeable membrane or absorbing surface. The drug substance in aqueous solution at the site of absorption passes through the membrane. In doing so, the drug molecule dissolves in the lipoid (fat) material of the membrane, then leaves the membrane and dissolves again in an aqueous region of the membrane, according to a concentration gradient. Most drugs are electrolytes, either weak acids or weak bases. The unionized moiety is usually lipoid-soluble. Hence, the pKa of the drug and the pH at the absorption site will determine the degree of drug being unionized and absorbable. For insight into details of other mechanisms of absorption, the reader is referred to Ritschel's text on basic pharmacokinetics.[106]

Once a dosage form enters the biologic system, all processes (L, A, D, M, and E) commence concomitantly regardless of the route of administration. This is true for most of the drug products that are designed to release the drug rapidly. In some instances the step of liberation is omitted, e.g., when the drug is administered intravenously, or directly in the blood. Depending on the competitive rates of L, A, D, M, and E, a variety of drug-plasma-concentration profiles result. Usually, during the initial stages, just following extravascular (oral, intramuscular, rectal) administration of drug, the absorption rate is more rapid compared with the elimination/excretion rate of drug from the body. As a result, there is a slow buildup of drug concentrations in the blood. A phase is then reached where the rate of absorption equals the rate of elimination characterized as the peak plasma concentration ($C_{max}$). Post peak, the elimination rate exceeds the absorption rate. This phase is characterized by the decline in plasma concentrations of the drug. Ultimately, the drug is completely eliminated from the biologic system. From this background, one can determine the biopharmaceutic characteristics of the administered drug product by following the drug-plasma-concentration profiles.

## FACTORS INFLUENCING BIOPHARMACEUTIC CHARACTERISTICS

Numerous factors have been reported to alter the biokinetics of drug substances. Some of the more critical ones are listed in Table 6. Most of these factors can be controlled in order to achieve desirable biokinetics; however, some of the biologic variability is beyond control, e.g., the enzymatic response in an individual to a drug which could significantly influence the drug's metabolism.

---

**Factors that influence the absorption rate influence the onset, intensity, and duration of drug response, and control the overall bioavailability of the drug.**

---

### BIOLOGIC VARIABILITY

Gastrointestinal motility, gastric emptying in particular, can be responsible for introducing variability in the biologic availability of drugs. Administering large volumes of water can accelerate gastric emptying whereas the presence of food can delay it. Poorly soluble antacids such as aluminum hydroxide can retard gastric emptying whereas aqueous alkaline solutions may accelerate it. Other factors such as physical activity, disease states, the patient's emotional state, and fatty foods can alter gastric emptying time. Because the intestines represent an efficient site for absorption, the passing of drug from the stomach can contribute significantly to the variation in biologic response to the drug substance administered orally. Promoting gastric emptying, in most instances, increases the bioavailability of drug. Suffice it here to say that gastrointestinal motility can be a variable in the absorption of orally administered drug products. To reduce the intensity of its influence, most clinical evaluations involve oral administration on an empty stomach.

The concomitant ingestion of food with drug substances can influence gastrointestinal absorption by altering parameters such as dissolution rate, gastric emptying time, pH of stomach contents, and/or complexing drug to food. Drugs such as aspirin, propanthelene, rifampin, and levodopa have been shown to reduce their absorption rate in the presence of food. On the other hand, the absorption of griseofulvin is enhanced in the presence of fatty food due to higher solubility in the lipid regions, which results in an increase in contact time with the absorbing surface of the small intestine.

### Table 6. Primary Factors Influencing Biokinetics of Drug Substances and Drug Products

| BIOLOGIC VARIABILITY | FACTORS DECREASING BIOAVAILABILITY | OTHERS |
|---|---|---|
| Gastrointestinal motility | Presystemic metabolism | Dose level |
| Food and other substances | Instability | Posture |
| | Complexation | Time of administration |
| Age | Drug-drug interaction | |
| Weight | Drug-drug interaction | |
| Sex | | |
| Race | | |
| Activity | | |
| Disease state | | |

In general, drugs are well absorbed from the small intestine, and absorption from the stomach is relatively insignificant. Therefore, drugs that influence the rate of gastric emptying can potentially alter the absorption rate.[105] In order to minimize, if not eliminate, the influence of biologic variability, normally healthy individuals of controlled age and weight are given the test products on fasting stomachs or with controlled diets.

In some elderly patients, bacterial overgrowth in the upper small intestine exists as a pathologic condition. This condition can be of clinical significance. The gastrointestinal conversion of digoxin to one of its inactive metabolites with subsequent decrease in bioavailability has been noted in these individuals.[107,108] Although prolonged gastric emptying has been cited as the reason for an increase in $t_{max}$ for digoxin and other antibiotics administered with food, gastrectomy decreases $C_{max}$ for cephalexin.

Malabsorption associated with disease has also been reported as one of the reasons for altered therapeutic response. However, the difficulty in establishing convincing results is due to the wide variability in drug-plasma concentrations in patients with malabsorption. The physiologic state of the patient may alter the bioavailability of drugs. Thus, malabsorption due to patient variability as well as disease state can simultaneously affect the results.[106]

## FACTORS THAT DECREASE BIOAVAILABILITY

Presystemic elimination or first-pass metabolism implies that an absorbed drug directly passes to the liver and is metabolized before it appears in systemic circulation following oral administration. This can result in an increase in drug metabolism relative to the same drug administered intravenously. Table 7 lists selected examples of drugs that exhibit first-pass effect. These drugs do not exhibit their maximal potential efficacy when given orally. The quality of liver function also may differ from patient to patient, which can significantly influence the biologic activity and, thereby, the therapeutic efficacy of the administered drug.

Another factor that could potentially decrease the bioavailability of a drug is instability introduced by the environmental conditions. Drugs may be unstable to gastric acid or enzymes in the gastrointestinal tract, e.g., hydrolysis is common in gastric fluids due to high acidity. Precipitation of various species of the drug can occur due to changes in the pH environment as the drug passes from gastric (acid environment) into intestinal media (alkaline or neutral environment). The extent of hydrolysis, ionization, precipitation, complexation, and so forth, will increase or decrease the amount of drug in the therapeutically active form. These factors can seriously limit the bioavailability and hence the therapeutic efficacy of the drug product. Antibiotics, especially some penicillins, undergo hydrolysis yielding therapeutically inert products. The half-life values (the time required to reach one-half of the original amount administered) of several penicillins at gastric pH are listed in Table 8.[109,110] Hence, if a patient wishes to crush a penicillin G tablet in orange juice before it is administered—a process that takes about two minutes—only about 67 percent of the total administered dose will be available for absorption. The acidic environment provided by orange juice enhances the degradation of penicillin G. If the preparation of the dosage form for administration takes longer, then progressively less and less amounts of drug will be available for therapeutic effect. Thus, it is important that the patient be advised appropriately.

One of the ways to bypass such degradation of a drug is to provide an enteric-coated dosage form,

### Table 7. Selected Drugs That Exhibit Presystemic Elimination

| | | |
|---|---|---|
| Acetaminophen | Flurazepam | Morphine |
| Aldosterone | Glyburide | Nitroglycerine |
| Alprenolol | Glipizide | Nortriptyline |
| Aspirin | Hydralazine | Papaverine |
| Chlorpromazine | Imipramine | Pentazocine |
| Chlorpropamide | Isoproterenol | Phenacetin |
| Cortisone | Lidocaine | Propoxyphene |
| Desipramine | Meperidine | Salicylamide |
| Diltiazem | Methadone | Terbutaline |
| Dopamine | Methylphenidate | Testosterone |
| Estrogens | Metoprolol | Tolbutamide |

### Table 8. Half-lives of Several Penicillins (Bases) at Gastric pH at 35 °C[109,110]

| PENICILLIN | HALF-LIFE (min) |
|---|---|
| Methicillin | 2.3 |
| Penicillin G | 3.5 |
| Phenethicillin | 68 |
| alpha-Methoxybenzylpenicillin | 78 |
| Oxacillin | 160 |
| Penicillin V | 160 |
| alpha-Chlorobenzylpenicillin | 300 |
| Amoxicillin | 540 |
| Ampicillin anhydrous | 650 |

### Table 9. Drugs That Have Demonstrated Chronobiokinetic Behavior

| | | |
|---|---|---|
| Acetaminophen | Hexobarbital | Phenytoin |
| Aspirin | Hydrocortisone | Potassium |
| Aminopyrine | Indomethacin | Prednisolone |
| Amphetamine | Lidocaine | Propranolol |
| Betoxycaine | Lithium | Salbutamol |
| Caffeine | Meperidine | Salicylate |
| Dexamethasone | Minocycline | Sulfisoxazole |
| Ethanol | Nortriptyline | Sulfisomidine |
| Glucose | Oxymetholone | Theophylline |
| Griseofulvin | Pentazocine | Tolbutamide |
| Guanethidine | Phenazone | Valproic acid |

which is resistant to the acidic gastric environment. When this dosage form enters the small intestine, the coating dissolves and the drug is available for absorption.

## CHRONOBIOKINETICS

Modern research confirms an ancient idea: the time of day a patient takes a drug affects its performance.[111] The chronicity of the so-called biologic clock is known as circadian rhythm. The inborn biologic clock and exogenous stimuli cannot only influence the body's physiologic and psychologic behavior but may also be responsible for oscillations in drug disposition and dynamics during the course of a 24-hour solar day.[112] Several drugs have been reported to exhibit changes in their biokinetic behavior, such as $C_{max}$ and $t_{max}$ values, depending on their time of administration during the day. Table 9 lists some of the drugs that have demonstrated chronobiokinetic behavior.

Some drugs such as theophylline (for asthma), certain antihypertensives, and levodopa (for patients with Parkinson's disease) can reset the biologic clock.[113-120] It is advisable to take these drugs at specific times because too much interference with the body's sense of time could induce sleep disorders. For example, caffeine if taken in the morning resets the biologic clock such that the individual wants to go to bed later. However, when taken in the evening caffeine induces one to go to bed earlier. If taken during midafternoon (3 and 5 pm), it has no effect on the body's sense of time.

Experts in the discipline of chronobiokinetics believe that in today's healthcare environment it is impossible to time-regulate the delivery of all drugs. It implies that a tablet given at bedtime may not give quick relief because three or four hours might pass before it will be absorbed from the gastrointestinal tract.[121] It is apparent that the chronicity observed in biologic responses can have profound influence on the therapeutic effect. Information on chronobiokinetics of specific drugs can be used while discussing a prescription with a patient to emphasize the importance of timely consumption of medication.

## Summary

The evaluation of in vitro drug release and subsequent investigation of the biologic performance of drugs and drug products constitutes an important integral segment of pharmaceutical product development. The critical mass of information generated from these studies can assist in determining the performance criteria as well as performance limitations of drug products. Additionally, such information provides an insight into the numerous factors associated in defining the LADME system of the drug substance as well as the drug product in question. The practical value of such information

can be of tremendous significance when relating to the patient the appropriate and adequate details regarding drug administration and efficacy, thus passing on maximal therapeutic benefit to the patient. w

Glossary

chronicity: the quality of exhibiting cyclical biologic responses.

chronobiokinetics: The study of changes in biological responses to a medication with respect to time of administration or concentration gradient. The changes in the values of a concentration with changes in a given variable.

eutectic mixture: A mixture that melts at a lower temperature than any of its ingredients.

moiety: Any one portion. In chemistry, an indefinite part of a complex molecule defined only in the context in which it is used; often, the portion or action of an important molecule is referred to as the certain moiety.

partition coefficient: The ratio in which a given substance is distributed between two immiscible phases.

pKa: Negative log of a dissociation constant of an acid; the lower the pKa value, the stronger the acid.

Adapted from Dorland's Illustrated Medical Dictionary (26th ed, 1985) and Saunders Dictionary & Encyclopedia of Laboratory Medicine and Technology (1984).

## References

1. Banakar UV. Issues in contemporary drug delivery. Part I: fundamental considerations. J Pharm Technol 1990;6:75-81.

2. Levy G, Antkowiak J, Procknal J, White D. Effect of certain tablet formulation factors on dissolution rate of the active ingredient. II. J Pharm Sci 1963;52:1047-51.

3. Solvang S, Finholt P. Effect of tablet processing and formulation factors on dissolution rate of the active ingredient in human gastric juice. J Pharm Sci 1970;59:49-51.

4. Banakar UV, Block LH, Galinsky AM. Evaluation of a low density and a high density polyethylene as potential prolonged release tablet excipients. Pharm Technol Control Drug Release 1987;1:17-34.

5. Anwari A, Banakar UV. Solid Dispersions of glyceryl guaiacolate employing methacrylate polymer (Endogit L) (abstract no. P-13). Proceedings of the 133rd Annual Meeting of the American Pharmaceutical Association, San Francisco, CA. 1986:150.

6. Lagas M, Duchateau AMJA. Sublingual nitroglycerin. II. In vitro and in vivo availability of Nitrostat and Nitrobaat tablets. Pharm Weekbl [Sci] 1988;10:254-8.

7. Faulkner RD, Sia LL, Look M, et al. Bioequivalency of solid oral dosage forms of cefixime. Int J Pharm 1988;42:53-8.

8. Buckton G, Ganderton D, Shah R. In vitro dissolution of some commercially available sustained-release theophylline preparations. Int J Pharm 1988;42:35-9.

9. Deolkar E, Mordier D, Iten H, Humbert-Droz P. Comparative tableting properties of sixteen microcrystalline celluloses. Drug Dev Ind Pharm 1987;13:1647-75.

10. Bolhuis G, Lerk C, Zijlstra H, Boer A. Film formation by magnesium stearate during mixing and its effect on tabletting. Pharm Weekbl [Sci] 1975;110:317-9.

11. Bolhuis G, Smallenbrock A, Lerk C. Interaction of tablet disintegrants and magnesium stearate during mixing. I. Effect on tablet disintegration. J Pharm Sci 1981;70:1328-30.

12. Lerk C, Bolhuis G. Interaction of lubricants and colloidal silica during mixing with excipients. I. Its effects on tabletting. Pharm Acta Helv 1977;52:33-8.

13. Lerk C, Bolhuis G. Effect on wettability and dissolution velocity. Pharm Acta Helv 1977;52:39-42.

14. Proost J, Bolhuis G, Lerk C. The effect of swelling capacity on

disintegrants on the in vitro and in vivo availability of diazepam tablets containing magnesium stearate as lubricant. Int J Pharm 1983;13:287-90.

15. Marlow E, Shangraw R. Dissolution of sodium salicylate from tablet matrices prepared by wet granulation and direct compression. J Pharm Sci 1967;56:498-502.

16. Patel SR. Evaluation of new tablet lubricants. Gatefosse Rep Bull Tech 1988;B78:92-6.

17. Ironloye T, Parrott E. Effect of compression force, particle size and lubricants on dissolution rates. J Pharm Sci 1978;67:535-7.

18. Levy G, Gumtow R. Effect of certain tablet formulation factors on dissolution rate of the active ingredient. III. Tablet lubricants. J Pharm Sci 1963;52:1139-42.

19. Igwilo C, Pilpel N. Effects of coating the powder on the tensile strength, disintegration and dissolution of lactose tablets. Int J Pharm 1983;15:73-7.

20. Pilpel N, Otuyemi S, Kurup T. Factors affecting the disintegration and dissolution of chloroquin phosphate/starch tablets. J Pharm Pharmacol 1978;30:214-6.

21. Ravin L, Shami E, Intoccia A, Rattie E, Joseph G. Effect of polysorbate 80 on the solubility and in vivo availability of SK&F 33134-A. J Pharm Sci 1969;58:1242-6.

22. Prillig B. Effect of colorants on the solubility of modified cellulose polymers. J Pharm Sci 1969;58:1245-9.

23. Piccolo J, Tawashi R. Inhibited dissolution of drug crystals by certified water-soluble dyes III. J Pharm Sci 1971;60:1818-21.

24. Tawashi R, Piccolo J, Inhibited dissolution of drug crystals by certified water-soluble dyes—in vivo effect. J Pharm Sci 1972;61:1857-60.

25. Abdou HM. Dissolution, bioavailability and bioequivalence. Easton, PA: Mack Publishing, 1989:63-5.

26. Ho T, Hersey J. Compatibility of granules prepared by a novel method of granulation and their dissolution. J Pharm Pharmacol 1980;32:160-4.

27. Krycer I, Hersey J. Grinding and granulation in a vibrating ball mill. Powder Technol 1980;28:93-6.

28. Krycer I, Hersey J. Dissolution characteristics of granules prepared by a novel method of granulation. Int J Pharm Tech Prod Manuf 1981;2(2):51-4.

29. Hasegawa S, Sonobe T, Katawa H, Nagai T. Analysis of factors affecting dissolution of digoxin from tablets. Chem Pharm Bull 1978;26:2096-102.

30. Nixon J, Hassan M. The effect of tabletting on the dissolution behavior of thiabendazole microcapsules. J Pharm Pharmacol 1980; 32:857-60.

31. Chowhan Z, Yang I, Amaro A, Chi L. Effect of moisture and crushing strength on tablet friability and in vitro dissolution. J Pharm Sci 1982;71:1371-3.

32. Chowhan Z, Chatterjee B. A method for establishing in-process variable controls for optimizing tablet friability and in vitro dissolution. Int J Pharm Tech Prod Manuf 1984;5(2):6-12.

33. Smith H, Baker C, Wood J. Interpretation of dissolution rate maxima: dependence on tablet compression force. J Pharm Pharmacol 1971;23:536-8.

34. Tuladhar M, Carless J, Summers M. The effect of particle size compression pressure and crystal form on the dissolution rate of discompression pressure of phenylbutazone tablets. J Pharm Pharmacol 1981; 33:25-6.

35. Tuladhar M, Carless J, Summers M. The effect of polymorphism, particle size and compression pressure on the dissolution rate of phenylbutazone tablets. J Pharm Pharmacol 1982;35:269-74.

36. Naslpuri RN. Influence of treated starch on the disintegration and dissolution of sulphadiazine tablets. J Pharm Pharmacol 1985;37:212-5.

37. Gander B, Ventouras K, Gurny R, Devolker E. In vitro dissolution medium with supramicellar surfactant concentration and its relevance to in vivo absorption. Int J Pharm 1985;27:117-9.

38. Finholt P. Influence of formulation on dissolution rate. In: Leeson LJ, Carstensen JT, eds. Dissolution technology. Washington, DC: American Pharmaceutical Association, 1974:136-7.

39. Kellaway IW, Najib NM. The influence of hydrophilic polymers on the dissolution rate of sparingly soluble drugs I: bulk solution viscosity effects. Int J Pharm Tech Prod Manuf 1983;4(2):37-9.

40. Shah R, Pest C, Ochs J. Design and evaluation of a rotating filler-stationary basket in vitro dissolution test apparatus. I. Fixed fluid volume system. J Pharm Sci 1973;62:671-3.

41. Fassili AR. Mechanisms of disintegration and compatibility of disintegrants in a direct compression system. Int J Pharm 1986; 32:98-6.

42. Newton JM, Muhamed NAH. The influence of agitation intensity, particle size and pH of dissolution fluid on the in vitro release of drug from hard gelatin capsules. J Pharm Pharmacol 1984;36:42-4.

43. Pezoa R, Morasso MJ, Ludwig B, Arancibia A. Effect of mixing on the dissolution kinetics of nitrofurantoin capsules. Drug Dev Ind Pharm 1988;14:475-87.

44. Gouda HW, Moustafa MA, Al-Shora HI. Effect of storage on nitrofurantoin solid dosage forms. Int J Pharm 1984;18:213-5.

45. Rubino JT, Halterlein LM, Blanchard J. The effects of aging on the dissolution of phenytoin capsule formulations. Int J Pharm 1985;26:165-74.

46. Hajratwala BR, Ho DSS. Effect of aging of hydrocortisone-polyethylene glycol 4000 and hydrocortisone-polyvinyl-pyrrolidone dispersions. J Pharm Sci 1984;73:1539-41.

47. Knapp GG, Page DP. Effect on dissolution of tablet storage in counting machines. Am J Hosp Pharm 1983;40:623-5.

48. Taborsky-Urdinole C, Gray V, Grady L. Effects of packaging and storage on the dissolution of model prednisone tablets. Am J Hosp Pharm 1981;38:1322-4.

49. Aguiar A, Zelmar J, Kinkel A. Deaggregation behavior of a relatively insoluble substituted benzoic acid and 15 sodium salt. J Pharm Sci 1967;56:1243-6.

50. Howard SA, Mauger JW, Phusanti L. Dissolution profiles for multisized prednisolone acetate suspensions. J Pharm Sci 1977;66:557-9.

51. Soci MM, Parrott EL. Influence of viscosity on absorption from nitrofurantoin suspensions. J Pharm Sci 1980;69:403-6.

52. Barzegar-Jalali M, Richards J. The effects of suspending agents on the release of aspirin from aqueous suspensions in vitro. Int J Pharm 1979;2:195-9.

53. Howard SA, Mauger J, Hsieh JW, Amin K. Suspending agent effects on steroid suspension dissolution profiles. J Pharm Sci 1979;68:1475-9.

54. Barzegar-Jalali M, Richards J. The effects of various suspending agents on the bioavailability of aspirin and salicylic acid in the rabbit. Int J Pharm 1979;3:133-7.

55. Shah N, Sheth B. Effect of polymers on dissolution from drug suspensions. J Pharm Sci 1976;65:1618-20.

56. Brodin A, Frank S. Drug release from O/W/O multiple emulsion system. Acta Pharm Suec 1978;15:111-5.

57. Brodin A, Nyqvist-Mayer A. In vitro release studies on lidocaine aqueous solutions, micellar solutions and O/W emulsions. Acta Pharm Suec 1982;19:267-71.

58. Fokkens J, deBlaey C. Drug release from nonaqueous suspensions, II. The release of methylxanthines from paraffin suspensions. Int J Pharm 1984;18:127-30.

59. Crommelin D, deBlaey C. In vitro release studies of drugs suspended in nonpolar media. I. The release of sodium chloride from suspensions in liquid paraffin. Int J Pharm 1980;5:305-9.

60. Crommelin D, deBlaey C. In vitro release studies of drugs suspended in nonpolar media. II. The release of paracetamol and chloramphenicol from suspensions in liquid paraffin. Int J Pharm 1980;6:29-34.

61. Fokkens J. In vitro drug release from nonaqueous suspensions (dissertation). Utrecht, The Netherlands: University of Utrecht, 1983.

62. Armstrong N, James K. Drug release from liquid based dosage forms. I. Int J Pharm 1980;6:185-90.

63. Armstrong N, James K. Drug release from liquid based dosage forms. II. Int J Pharm 1980;6:195-200.

64. Fokkens J, deBlaey C. Drug release from non-aqueous suspensions. I. Release of phenobarbital and phenobarbital sodium from paraffin suspensions. Pharm Weekbl [Sci] 1982;4:117-21.

65. Chowhan Z, Pritchard R. Release of corticoids from oleaginous ointment bases containing drugs in suspensions. J Pharm Sci 1975;64:754-7.

66. Bottari F, DiColo C, Nannipieri E, Seattone M, Serafini M. Release of drugs from ointments bases II. In vitro release of benzocaine from suspension-type aqueous gels. J Pharm Sci 1977;66:926-30.

67. Lippold B. Characterization and selection of the vehicle. Acta Pharm Sci 1983;20:29-33.

68. Patel U, Banakar UV. Comparative in vitro dermatokinetics of ibuprofen. Proceedings of the 7th Pharmaceutical Technology Conference/Exposition, London, 1988:54-65.

69. Banakar UV. In vitro release of metoprolol from various transdermal formulations. Proceedings of the 7th Pharmaceutical Technology Conference/Exposition, London, 1988:28-43.

70. Berba J, Huff S, Langle J, Banakar UV. In vitro dermatokinetics of selected nonsteroidal antiinflammatory analgesics (abstract). Proceedings of the 2nd Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, FL, 1988:1725.

71. Davis S. Rheological aspects of topical preparations. Acta Pharm Suec 1983:20:32-5.

72. Turakka L, Toikkanen E. Release of salicylic acid from aqueous triglyceride vehicles containing surfactants. Acta Pharm Suec 1983;20:51-6.

73. Brodin A, Nyqvist-Mayer A, Broberg E, Akerman B. Development of a local anesthetic formulation. Acta Pharm Suec 1983;20:30-1.

74. Saunal H. Les promoteurs d'absorption cutanée. Gattefosse Rep Bull Tech 1988;BT10:11-6.

75. Shukla A, Mahashabde S. Novel uses of gelucires and transcutol in drug formulations. Gattefosse Rep Bull Tech 1988;BT10:55-60.

76. Morimoto Y, Sugibayashi K, Hosaya K, Higuchi WI. Penetration enhancing effect of azone on the transport of 5-fluorouracil across the hairless rat skin. Int J Pharm 1986;32:31-8.

77. Hamlin W, Nelson E, Ballard B, Wagner J. Loss of sensitivity in distinguishing real differences in dissolution rates due to increasing intensity of agitation. J Pharm Sci 1962;51:432-6.

78. Lévy G. Effect of certain tablet formulation factors on dissolution rate of the active ingredient. I. Importance of using appropriate agitation intensities for the in vitro dissolution rate measurements to reflect in vivo conditions. J Pharm Sci 1963;53:1039-42.

79. Underwood FL, Cadwallader DE. Effects of various hydrodynamic conditions on dissolution rate determinations. J Pharm Sci 1976;65:697-700.

80. Bisaillon S, Tawashi R. Influence of fluid motion on dissolution rate determinations. J Pharm Sci 1971;60:1874-7.

81. Hardwidge EA, Sarapu AC, Laughlin WC. Comparison of operational characteristics of different dissolution testing systems. J Pharm Sci 1978;57:1732-5.

82. Vogel J. Dissolution characteristics of various strengths of sustained release Theo-Dur tablets and Theo-24 capsules (thesis). Omaha, NE: Creighton University, 1987.

83. Tingstad J, Gropper E, Lachman L, Shami E. Dissolution rate studies. III: effect of type and intensity of agitation on dissolution rate. J Pharm Sci 1973;62:293-7.

84. Alam A, Parrott EL. Effect of dissolution media on disintegration and dissolution of hydrochlorothiazide tablets. J Pharm Sci 1971;60:795-9.

85. Banakar UV. Influence of pH on in vitro drug release characteristics (abstract no. 16). Proceedings of the 132nd Annual Meeting of the American Pharmaceutical Association, San Antonio, TX, 1985:60.

86. Das SK, Gupta BK. Simulation of physiological pH-time profile in in vitro dissolution study: relationship between dissolution rate and bioavailability of controlled release dosage form. Drug Dev Ind Pharm 1988;14:537-44.

87. Singh P, Desai S, Simonelli A, Higuchi WI. Role of wetting on the rate of drug release from inert matrices. J Pharm Sci 1968;57:217-9.

88. Short M, Sharkey R, Rhodes CT. Dissolution of hydrocortisone. J Pharm Sci 1972;61:1732-5.

89. Kwan K, Higuchi WI, Molkhia A, Hoffman A. Dissolution kinetics of cholesterol in simulated bile. I. Influence of bile acid type and concentration, bile acid lecithin ratio and added electrolyte. J Pharm Sci 1977;66:1094-7.

90. Carstensen JT. Theory of dosage form dissolution. Proceedings of the Wisconsin Update Conference, "Dissolution—state of the art 1982," University of Wisconsin, Madison, WI, 1982:14-27.

91. Sarisuta N, Parrott EL. Relationship of dissolution rate to viscosity of polymeric solutions. J Pharm Sci 1982;71:1375-8.

92. Braun R, Parrott EL. Influence of viscosity on solubilization and dissolution rate. J Pharm Sci 1972;61:175-9.

93. Rosen A, Macheras P. The effect of protein on the dissolution of phenytoin. J Pharm Pharmacol 1984;36:723-5.

94. Gibaldi M, Feldman S. Establishment of sink conditions in dissolution rate determinations. J Pharm Sci 1967;56:1238-40.

95. Sarapu A, Clark L. Elimination of air entrapment using USP1/rotating basket dissolution apparatus. J Pharm Sci 1980;69:129-32.

96. Cox D, Douglas C, Furman W, Kirchhoefer R, Myrick J, Wells C. Guidelines for dissolution testing. Pharm Technol 1978;2(4):40-6.

97. Hanson W. Handbook of dissolution testing. Eugene, OR: Pharmaceutical Technology Publications, 1982:127-8.

98. Carstensen JT, Kothari R, Prasad VK, Sheridan J. Time and temperature dependence of disintegration and correlation between dissolution and disintegration rate constants. J Pharm Sci 1980;69:290-2.

99. Touitou E, Dunbrow M. Deviation of dissolution behavior of benzoic acid from theoretical predictions with lowering of temperature: limitations as a model dissolution substance. Int J Pharm 1981;9:97-9.

100. Savage TS, Wells CE. Automated sampling of in vitro dissolution media: effect of sampling probes on dissolution rate of prednisone tablets. J Pharm Sci 1982;71:670-3.

101. Abdou HM. Dissolution. In: Osol A, Chase GD, Gennaro AR, et al. Remington's pharmaceutical sciences. 17th ed. Easton, PA: Mack Publishing, 1985:653-68.

102. Gadalla MAF, Abd El-Hameed MH, Ismail AA. In vivo evaluation of commercial and formulated conventional aspirin tablets. Drug Dev Ind Pharm 1986;12:747-81.

103. Goldberg AH, Gibaldi M, Kanig JL. Increasing dissolution rates and gastrointestinal absorption of drugs via solid solutions and eutectic mixtures. III: experimental evaluation of griseofulvin-succinic acid solid solution. J Pharm Sci 1966;55:487-92.

104. Corrigan PT, Bates TR. Biopharmaceutics of drugs administered in lipid-containing dosage forms. I. GI absorption of griseofulvin from an oil-in-water emulsion in the rat. J Pharm Sci 1973;62:1476-8.

105. Ritschel WA. Handbook of basic pharmacokinetics. 2nd ed. Hamilton, IL: Drug Intelligence Publications, 1980:3,18,39-57.

106. Notari RE. Biopharmaceutics and clinical pharmacokinetics. 4th ed. New York: Marcel Dekker, 1987:160-71.

107. Lindenbaum J, Rund DG, Butler VP Jr, Tse-Eng D, Saha JR. Inactivation of digoxin by the gut flora. N Engl J Med 1981;305:789.

108. Dobkin JF, Saha JR, Butler VP Jr, Neu HC, Lindenbaum J. Digoxin-inactivating bacteria-identification in human gut flora. Science 1983;23:325-7.

109. Hou JP, Poole JW. ß-lactam antibiotics: their physicochemical properties and biological activities in relation to structure. J Pharm Sci 1971;60:503-6.

110. Schwartz MA, Buckwalter FH. Pharmaceutics of penicillin. J Pharm Sci 1962;51:1119-22.

111. Holzman D. Body sets time for taking drugs. Insight 1987;Sept 14:54-5.

112. Ritschel WA. Chronopharmacokinetics. Pharm Int 1984;7:116-22.

113. Reinberg A, Smolensky MH. Circadian changes of drug disposition in man. Clin Pharmacokinet 1982;7:401-20.

114. Watanabe H, Nakano S, Nagai K, Ogawa N. Time-dependent absorption of theophylline in man. J Clin Pharmacol 1984;24:509-14.

115. Malan J, Moncrieff J, Bosch E. Chronopharmacokinetics of paracetamol in normal subjects. Br J Clin Pharmacol 1985;19:843-5.

116. Klotz U, Reimann IW. Chronopharmacokinetic study with prolonged infusion of midazolam. Clin Pharmacokinet 1984;9:469-74.

117. Brazzell RK, Khoo K-C, Schneck DW. Effect of time of dosing on the disposition of oral cibenzoline. Biopharm Drug Dispos 1985;6:433-40.

118. Lambinet I, Aymard N, Soulairac A, Reinberg A. Chronooptimization of lithium administration in five manic depressive patients: reduction of nephrotoxicity. Int J Chronobiol 1981;7:274-9.

119. McAllistar WAC, Mitchell DM, Collins JV. Prednisolone pharmacokinetics compared between night and day in asthmatic and normal subjects. Br J Clin Pharmacol 1981;11:303-4.

120. Clench J, Reinberg A, Dziewanowska Z, Ghata J, Smolensky M. Circadian changes in the bioavailability and effects of indomethacin in healthy subjects. Eur J Clin Pharmacol 1981;20:359-69.

121. Banakar UV. Specialized drug delivery systems. III. Pharmacodynamics in new drug research. Int J Pharm Technol Prod Manuf (in press).

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2006, the attached **REDACTED**

**PUBLIC VERSION OF DECLARATION OF MARTIN S. ANGST, M.D. IN SUPPORT**

**OF REPLY MARKMAN BRIEF SUBMITTED BY ALZA CORPORATION AND**

**MCNEIL-PPC, INC.** was served upon the below-named counsel of record at the address and in

the manner indicated:

William J. Cattie, III, Esquire                                      HAND DELIVERY
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19899-0588

James V. Costigan, Esquire                                       ELECTRONIC MAIL
Hedman & Costigan, P.C.
1185 Avenue of the Americas
New York, NY 10036

Eric D. Isicoff, Esquire                                              ELECTRONIC MAIL
Isicoff, Ragatz & Koenigsberg, P.A.
1200 Brickell Avenue
Miami, FL 33131

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon