**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALZA CORPORATION, and McNEIL-PPC., INC., Plaintiffs | ) | CIVIL ACTION NO. |
| v. | ) | 05-CV-0642 |
| IMPAX LABORATORIES, INC., ANDRX PHARMACEUTICALS, LLC. and ANDRX CORPORATION, Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 7th day of December 2006, a copy of the redacted public version of Defendants' Opposition to Plaintiffs' Markman Brief on Claim Construction submitted by Andrx Pharmaceuticals, LLC and Andrx Corporation was served via Federal Express notification upon the following person(s):

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
SIDLEY AUSTIN BROWN & WOOD, LLP
1501 K Street, N.W.
Washington, D.C. 20005

Michael D. Hatcher
Catherine I. Rajwani
SIDLEY AUSTIN BROWN & WOOD, LLP
717 North Harwood, Suite 3400
Dallas, TX 75201

David T. Pritikin, Esq.
SIDLEY AUSTIN BROWN & WOOD, LLP
BankOne Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

**[SIGNATURE ON NEXT PAGE]**

/s/ William J. Cattie, III #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:
Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036

Eric D. Isicoff, Esq.
Teresea Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131

1380850 v.1

2