UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               )
ALZA CORPORATION, and                                          )
McNEIL-PPC., INC.,                                             )
                                                               )
                    Plaintiffs                                 )   CIVIL ACTION NO.
                                                               )
         v.                                                    )   05-CV-0642
                                                               )
IMPAX LABORATORIES, INC.,                                      )
ANDRX PHARMACEUTICALS, LLC. and                                )
ANDRX CORPORATION                                              )
                                                               )
                    Defendants.                                )
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of December 2006, a copy of Supplemental Declaration of Umesh V. Banakar, Ph.D. in support of Opposition to Plaintiffs' Opening Markman Brief was served via Federal Express notification upon the following person(s):

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
SIDLEY AUSTIN BROWN & WOOD, LLP
1501 K Street, N.W.
Washington, D.C. 20005

Michael D. Hatcher
Catherine I. Rajwani
SIDLEY AUSTIN BROWN & WOOD, LLP
717 North Harwood, Suite 3400
Dallas, TX 75201

David T. Pritikin, Esq.
SIDLEY AUSTIN BROWN & WOOD, LLP
BankOne Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

**[SIGNATURE ON NEXT PAGE]**

1380850 v.1

/s/ William J. Cattie, III #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:
Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036

Eric D. Isicoff, Esq.
Teresea Ragatz, Esq.
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131