UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
)
Plaintiffs )   CIVIL ACTION NO.
)
v. )   05-CV-0642
)
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
)
Defendants. )
---------------------------------------------------------------X

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptops for proceedings commencing on December 15, 2006 and ending on December 15, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

Alan B. Clement, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
Counsel for Andrx Pharmaceuticals, LLC and
Andrx Corporation
Admitted Pro Hac Vice

Eric D. Isicoff, Esq.
ISICOFF, RAGATZ & KOENIGSBERG, P.A.
1200 Brickell Avenue
Miami, Florida 33131
Counsel for Andrx Pharmaceuticals, LLC and
Andrx Corporation
Admitted Pro Hac Vice

Mr. Baron Philipson
Legal-EZE Litigation Consulting and Graphics
2635 N. State Road 7
Ft. Lauderdale, FL  33313

Date: _____                       _____
                                            JOSEPH J. FARNAN, JR.
                                            United States District Court Judge

1387508 v.1