UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

------------------------------------------------------------X
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
 )
        Plaintiffs ) CIVIL ACTION NO.
 )
        v. ) 05-CV-0642
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
 )
        Defendants. )
------------------------------------------------------------X

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptops for proceedings commencing on December 15, 2006 and ending on December 15, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

| | |
|---|---|
| Alan B. Clement, Esq. | Eric D. Isicoff, Esq. |
| HEDMAN & COSTIGAN, P.C. | ISICOFF, RAGATZ & KOENIGSBERG, P.A. |
| 1185 Avenue of the Americas | 1200 Brickell Avenue |
| New York, New York 10036 | Miami, Florida 33131 |
| Counsel for Andrx Pharmaceuticals, LLC and | Counsel for Andrx Pharmaceuticals, LLC and |
| Andrx Corporation | Andrx Corporation |
| Admitted Pro Hac Vice | Admitted Pro Hac Vice |

Mr. Baron Philipson
Legal-EZE Litigation Consulting and Graphics
2635 N. State Road 7
Ft. Lauderdale, FL 33313

Date: 12/12/06

JOSEPH J. FARNAN, JR.
United States District Court Judge

1387508 v.1