IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL PPC, INC., <br><br>          Plaintiffs,<br><br>  v.<br><br>ANDRX PHARMACEUTICALS, L.L.C., and<br>ANDRX CORPORATION,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 05-642-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that copies of the file histories for the patents in suit in the above action have been manually filed with the Court and are available in paper form only.

The original documents are maintained in the case file in the Clerk's Office.

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiffs*
*Alza Corporation and McNeil PPC, Inc.*

*Of Counsel:*

Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

David T. Pritikin
Thomas D. Rein
Carrie W. Cotter
Sidley Austin LLP
Bank One Plaza
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Michael D. Hatcher
Catherine I. Rajwani
Sidley Austin LLP
717 North Harwood
Suite 3400
Dallas, Texas 75201
(214) 981-3300

Dated: January 5, 2007

176607