UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

------------------------------------------------------------------X

ALZA CORPORATION, and  )
McNEIL-PPC., INC.,  )
  )
        Plaintiffs  )  CIVIL ACTION NO.
  )
        v.  )  05-CV-0642
IMPAX LABORATORIES, INC.,  )
ANDRX PHARMACEUTICALS, LLC. and  )
ANDRX CORPORATION  )
  )
        Defendants.  )

------------------------------------------------------------------X

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John W. Bateman, Esq. to represent Andrx Pharmaceuticals, L. L. C., and Andrx Corporation in this matter.

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III   #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Facsimile: (302) 778-1400
Attorney for Andrx Pharmaceuticals, L. L. C. and Andrx Corporation

2003970-1