UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
)
Plaintiffs ) CIVIL ACTION NO.
)
v. ) 05-CV-0642
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
)
Defendants. )
---------------------------------------------------------------X

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, the U.S. Court of Appeals for the Federal Circuit, the U.S. District Court for the District of Columbia, the U.S. District Court for the Eastern District of Virginia, the U.S. District Court for the Western District of Virginia and the U.S. Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

DATE: January 23, 2007                    _____
                                           John W. Bateman, Esq.

2003970-1