UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

-----------------------------------------------------------------X
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
 )
       Plaintiffs ) CIVIL ACTION NO.
 )
       v. ) 05-CV-0642
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
 )
       Defendants. )
-----------------------------------------------------------------X

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of John W. Bateman, Esq. on behalf of Andrx Pharmaceuticals, LLC and Andrx Corporation is GRANTED.

DATE: _____    _____
                                              UNITED STATES DISTRICT COURT JUDGE

2003970-1