UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
 )
       Plaintiffs ) CIVIL ACTION NO.
 )
      v. ) 05-CV-0642
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
 )
       Defendants. )
-----------------------------------------------------------X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of C. Kyle Musgrove, Esq. to represent Andrx Pharmaceuticals, L. L. C., and Andrx Corporation in this matter.

                **RAWLE & HENDERSON LLP**

                /s/ William J. Cattie, III  #953
                William J. Cattie, III, Esq.
                I. D. No. 953
                300 Delaware Avenue, Suite 1015
                P. O. Box 588
                Wilmington, DE 19899-0588
                302-778-1200
                Facsimile: (302) 778-1400
                Attorney for Andrx Pharmaceuticals, L. L. C. and Andrx Corporation

2003968-1