UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------X
)
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
)
           Plaintiffs )    CIVIL ACTION NO.
)
           v. )    05-CV-0642
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
)
           Defendants. )
---------------------------------------------------------X

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, State of New York, U.S. Court of Appeals for the Federal Circuit, and U.S. District Court for the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

DATE: 1/23/07

                                               C. Kyle Musgrove, Esq.

2003968-1