UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            )
ALZA CORPORATION, and                                       )
McNEIL-PPC., INC.,                                          )
                                                            )
       Plaintiffs                                          )   CIVIL ACTION NO.
                                                            )
       v.                                                   )   05-CV-0642
IMPAX LABORATORIES, INC.,                                   )
ANDRX PHARMACEUTICALS, LLC. and                             )
ANDRX CORPORATION                                           )
                                                            )
       Defendants.                                          )
------------------------------------------------------------X

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of C. Kyle Musgrove, Esq. on behalf of Andrx Pharmaceuticals, LLC and Andrx Corporation is GRANTED.

DATE: _____            _____
                                                    UNITED STATES DISTRICT COURT JUDGE