UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
                                               Plaintiffs )      CIVIL ACTION NO.
                                                  v. )      05-CV-0642
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
                                            Defendants. )
---------------------------------------------------------------X

## STIPULATED ORDER AMENDING SCHEDULING ORDER

WHEREAS, the parties in the above action have completed fact discovery and Markman proceedings, but despite diligent efforts, find that they are in need of additional time to complete the expert and dispositive motions phases of the case;

AND WHEREAS, the pretrial conference in this case is scheduled for September 6, 2007, a trial date has not yet been set, and the deadline extensions requested herein therefore should not delay the ultimate resolution of this action; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the scheduling order in this case (D.I. 61), as subsequently amended, is further amended as set forth below but otherwise shall remain unchanged:

| | |
|---|---|
| Opening expert reports | March 16, 2007 |
| Rebuttal expert reports | April 30, 2007 |
| Close of expert discovery | June 8, 2007 |

2007836-1

| Filing of dispositive motions | June 15, 2007 |
|---|---|

| **ASHBY & GEDDES** | RAWLE & HENDERSON, LLP |
|---|---|
| /s/ Steven J. Balick  #2114 | /s/ William J. Cattie, III  #953 |
| Steven J. Balick (I.D. #2114) | William J. Cattie, III (I.D. #953) |
| John G. Day (I.D. # 2403) | 300 Delaware Avenue, Suite 1015 |
| Tiffany Geyer Lydon (I.D. #3950) | P.O. Box 588 |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE  19899-0588 |
| P.O. Box 1150 | 302-778-1200 |
| Wilmington, DE  19899 | *Attorneys for Defendants* |
| 302-654-1888 | *Andrx Pharmaceuticals, LLC and* |
| *Attorneys for Plaintiffs* | *Andrx Corporation* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

2007836-1