# RAWLE & HENDERSON LLP



The Nation's Oldest Law Office · *Established in 1783*

**www.rawle.com**

WILLIAM J. CATTIE, III
302-778-1200
wcattie@rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

January 31, 2007

The Honorable Joseph J. Farnan
United States District Court
844 King Street
Wilmington Delaware 19801

> Re:    Alza Corporation and McNeil-PPC, Inc. v. Impax Laboratories, Inc., Andrx
> Pharmaceuticals, LLC and Andrx Corporation,   C.A. No. 05-642-JJF

Dear Judge Farnan:

As the Court is aware, the parties to the above-identified action have completed fact discovery and, as scheduled, the Markman hearing was held on December 15, 2006. Nevertheless, despite diligent efforts, the parties find that they are in need of additional time to complete expert discovery and the remaining pretrial activities.

Accordingly, the parties have negotiated the enclosed Stipulated Order Amending Scheduling Order, which is being submitted for your approval.

The parties are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

RAWLE & HENDERSON, LLP

By: William J. Cattie, III

WJC/lmm
Enclosure
cc:    Clerk of the Court
Steven J. Balick, Esq.
Michael D. Hatcher, Esq.
Jeffrey P. Kushan, Esq.
David T. Pritikin, Esq.

2007829-1

PHILADELPHIA, PA    PITTSBURGH, PA    HARRISBURG, PA    MEDIA, PA    MARLTON, NJ    NEW YORK, NY    WILMINGTON, DE    WHEELING, WV