IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ANDRX PHARMACEUTICALS, L.L.C. and<br>ANDRX CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-642-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED ORDER

WHEREAS, pursuant to the Stipulated Protective Order entered in this action (D.I. 53), Plaintiffs timely objected to the disclosure of confidential information to an expert retained by Defendants and intend, if necessary, to file a motion for a protective order and/or other relief, such as disqualification of said expert;

WHEREAS, pursuant to Paragraph 9 of the Stipulated Protective Order, such a motion would be due today, February 26, 2007;

WHEREAS, filing a motion today would not allow adequate time for briefing in accordance with the Local Rules before the Court's next scheduled Motion Day;

WHEREAS, counsel for the parties are currently engaged in good faith efforts to resolve the disclosure and disqualification issues relating to the expert; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the date by which Plaintiffs shall file their motion for a protective order or other relief is moved to March 14, 2007, in order to allow time for briefing and notice of such motion for the Court's Motion Day of April 13, 2007.

| ASHBY & GEDDES | RAWLE & HENDERSON, LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ William J. Cattie* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. # 2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888 | William J. Cattie, III (I.D. #953)<br>300 Delaware Avenue, Suite 1015<br>P.O. Box 588<br>Wilmington, DE 19899-0588<br>302-778-1200 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants<br>Andrx Pharmaceuticals, LLC and<br>Andrx Corporation* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

178221.1

2