IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALZA CORPORATION, and          )
McNEIL-PPC, INC.,              )
                              )
            Plaintiffs,        )
                              )
      v.                       )      C.A. No. 05-642-JJF
                              )
ANDRX PHARMACEUTICALS, L.L.C. and )
ANDRX CORPORATION,             )
                              )
            Defendants.        )
                              )

## STIPULATED ORDER FURTHER AMENDING SCHEDULING ORDER

WHEREAS, the parties in the above action have discussed issues of expert discovery and the pretrial schedule and, despite diligent efforts, find that they are in need of additional time to complete the expert phase of the case;

AND WHEREAS, the pretrial conference in this case is scheduled for September 6, 2007, a trial date has not yet been set, and the expert discovery deadline extensions requested herein should not require a change to the existing pretrial conference date and, thus, should not delay the ultimate resolution of this action; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the scheduling order in this case (D.I. 61), as subsequently amended, is further amended as set forth below but otherwise shall remain unchanged:

Rebuttal expert reports                July 11, 2007

Close of expert discovery              August 8, 2007

The parties also agree that they will not file any pretrial motions for summary judgment pursuant to Rule 56, *Fed. R. Civ. P.*

ASHBY & GEDDES                           RAWLE & HENDERSON, LLP

*/s/ Tiffany Geyer Lydon*                 */s/ William J. Cattie, III*
_____          _____
Steven J. Balick (I.D. #2114)            William J. Cattie, III (I.D. #953)
John G. Day (I.D. # 2403)                300 Delaware Avenue, Suite 1015
Tiffany Geyer Lydon (I.D. #3950)         P.O. Box 588
500 Delaware Avenue, 8th Floor           Wilmington, DE  19899-0588
P.O. Box 1150                            302-778-1200
Wilmington, DE  19899                    wcattie@rawle.com
302-654-1888
sbalick@ashby-geddes.com                 *Attorneys for Defendants*
jday@ashby-geddes.com                    *Andrx Pharmaceuticals, LLC and*
tlydon@ashby-geddes.com                  *Andrx Corporation*

*Attorneys for Plaintiffs*

SO ORDERED this _____ day of _____, 2007.


_____
United States District Judge

179651.1