UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               )
ALZA CORPORATION, and                                          )
McNEIL-PPC., INC.,                                             )
                                                               )
                Plaintiffs               )      CIVIL ACTION NO.
                                                               )
                v.                      )      05-CV-0642
                                                               )
IMPAX LABORATORIES, INC.,                                      )
ANDRX PHARMACEUTICALS, LLC. and                                )
ANDRX CORPORATION                                              )
                                                               )
                Defendants.                                 )
---------------------------------------------------------------X

## NOTICE OF SERVICE

The undersigned hereby certifies that on this 15th day of May 2007, a copy of ANDRX'S SECOND SUPPLEMENTAL OBJECTIONS AND ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES was served via E-mail and U.S. mail upon the following person(s):

| | |
|---|---|
| Steven J. Balick<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899 | Michael D. Hatcher<br>Catherine I. Rajwani<br>SIDLEY AUSTIN BROWN & WOOD, LLP<br>717 North Harwood, Suite 3400<br>Dallas, TX 75201 |
| Jeffrey P. Kushan<br>John L. Newby II<br>Rachel K. Hunnicutt<br>SIDLEY AUSTIN BROWN & WOOD, LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005 | David T. Pritikin, Esq.<br>SIDLEY AUSTIN BROWN & WOOD, LLP<br>BankOne Plaza<br>10 S. Dearborn Street, 55th Floor<br>Chicago, IL 60603 |

**[SIGNATURE ON NEXT PAGE]**

1380850 v.1

|  |  |
|---|---|
| | /s/ William J. Cattie, III  #953 |
| | William J. Cattie, III, Esq. |
| | I.D. No. 953 |
| | 300 Delaware Avenue, Suite 1015 |
| | Wilmington, DE 19899-0588 |
| | (302) 778-1200 |
| | Attorneys for Defendant |
| | ANDRX PHARMACEUTICALS, LLC |
| | ANDRX CORPORATION |

**OF COUNSEL:**
James V. Costigan, Esq.
Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
(212) 302-8989

John W. Bateman, Esq.
C. Kyle Musgrove, Esq.
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, D.C. 20005
(202) 220-4200