UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

-----------------------------------------------------------------X
|                                                    |   |                          |
| ALZA CORPORATION, and                              | ) |                          |
| McNEIL-PPC., INC.,                                 | ) |                          |
|                                                    | ) |                          |
|            Plaintiffs                              | ) | CIVIL ACTION NO.         |
|                                                    | ) |                          |
|            v.                                      | ) | 05-CV-0642               |
| IMPAX LABORATORIES, INC.,                          | ) |                          |
| ANDRX PHARMACEUTICALS, LLC. and                    | ) |                          |
| ANDRX CORPORATION                                  | ) |                          |
|                                                    | ) |                          |
|            Defendants.                             | ) |                          |

-----------------------------------------------------------------X

**NOTICE OF SERVICE**

The undersigned hereby certifies that on this 12th day of July 2007, a copy of:

REBUTTAL EXPERT REPORT OF UMESH V. BANAKAR, Ph.D.

REBUTTAL EXPERT REPORT OF SANFORD M. BOLTON, Ph.D.

REBUTTAL EXPERT REPORT OF DR. MICHAEL MAYERSOHN

REBUTTAL EXPERT REPORT OF DR. THOMAS NEEDHAM, Ph.D.

were served via hand delivery and an electronic copy sent via e-mail on the 11th day of July 2007 upon the following person(s):

>   Todd A. Wagner, Esq.
>   Sidley Austin, LLP
>   1501 K Street, N.W.
>   Washington, DC  20005

>   /s/ William J. Cattie, III  #953
>   William J. Cattie, III, Esq.
>   I.D. No. 953
>   300 Delaware Avenue, Suite 1015
>   Wilmington, DE 19899-0588
>   (302) 778-1200
>   Attorneys for Defendant
>   ANDRX PHARMACEUTICALS, LLC

1380850 v.1

ANDRX CORPORATION

**OF COUNSEL:**
James V. Costigan, Esq.
Alan B. Clement, Esq.
Kathleen A. Costigan, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
(212) 302-8989

John W. Bateman, Esq.
C. Kyle Musgrove, Esq.
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, D.C. 20005
(202) 220-4200