# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 20, 2007

The Honorable Joseph J. Farnan, Jr.    *VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    Alza Corporation, et al. v. Andrx Pharmaceuticals, LLC, et al.
              C.A. No. 05-642-JJF

Dear Judge Farnan:

    We represent plaintiffs Alza Corporation and McNeil-PPC, Inc. (together, "Alza") in the above action. In advance of the pretrial conference scheduled for September 6, 2007, today Alza filed the enclosed motion to preclude testimony of Bruce H. Stoner, Jr. It is our understanding that motions in limine are exempt from Your Honor's December 15, 2006 standing order procedure for filing non-case dispositive motions. However, we are happy to follow the motion day procedure if the Court prefers that we do so.

                                                                Respectfully,

                                                                */s/ Tiffany Geyer Lydon*

                                                                Tiffany Geyer Lydon

Enclosure
183368.1

c:    Clerk of the Court (via ECF File and Serve; w/ enclosure)
      William J. Cattie, III, Esquire (by hand; w/ enclosure)
      Alan B. Clement, Esq. (via electronic mail; w/ enclosure)
      Eric D. Isicoff, Esq. (via electronic mail; w/ enclosure)
      John W. Bateman, Esq. (via electronic mail; w/ enclosure)