UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                                           )
ALZA CORPORATION, and                                      )
McNEIL-PPC., INC.,                                         )
                                                           )
                    Plaintiffs                             )   CIVIL ACTION NO.
                                                           )
            v.                                             )   05-CV-0642
                                                           )
IMPAX LABORATORIES, INC.,                                  )
ANDRX PHARMACEUTICALS, LLC. and                            )
ANDRX CORPORATION                                          )
                                                           )
                    Defendants.                            )
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of August 2007, a copy of Defendants' Memorandum in Opposition to Plaintiffs' Motion *In Limine* to Preclude The Entire Testimony of Bruce H. Stoner, Jr. was served via Federal Express and/or electronic means upon the following person(s):

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer London, Esq.
Ashby & Geddes
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE  19899

Jeffrey P. Kushan, Esq.
Todd A. Wagner, Esq.
Sidley Austin, LLP
1501 K Street, N.W.
Washington, DC  20005

David P. Pritikin, Esq.
Thomas D. Rein, Esq.
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603

Michael D. Hatcher, Esq.
Sidley Austin, LLP
717 North Harwood, Ste. 3400
Dallas, TX  75201

**[SIGNATURE ON NEXT PAGE]**

1380850 v.1

/s/ William J. Cattie, III  #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:

John W. Bateman, Esq.
C. Kyle Musgrove, Esq.
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
202-220-4200

James V. Costigan, Esq.
Alan B. Clement, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, New York 10036
212-302-8989