## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

-------------------------------------------------------------X

ALZA CORPORATION, and )
McNEIL-PPC., INC., )
                 )
       Plaintiffs )       CIVIL ACTION NO.
                 )
         v. )       05-CV-0642-JFF
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
                 )
       Defendants. )

-------------------------------------------------------------X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Robert F. Vroom, Esq. to represent Andrx Pharmaceuticals, LLC, and Andrx

Corporation in this matter.

                 **RAWLE & HENDERSON LLP**

                 /s/ William J. Cattie, III  #953
                 William J. Cattie, III, Esq.
                 I. D. No. 953
                 300 Delaware Avenue, Suite 1015
                 P. O. Box 588
                 Wilmington, DE 19899-0588
                 302-778-1200
                 Facsimile:  (302) 778-1400
                   Attorney for Andrx Pharmaceuticals, LLC and
                 Andrx Corporation