UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

------------------------------------------------------------X
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
 )
      Plaintiffs ) CIVIL ACTION NO.
 )
      v. ) 05-CV-0642-JFF
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
 )
      Defendants. )
------------------------------------------------------------X

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

DATE: August 29, 2007

_____
Robert F. Vroom, Esq.
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
202-220-4200

2003970-1