UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

------------------------------------------------------------X
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
)
Plaintiffs ) CIVIL ACTION NO.
)
v. ) 05-CV-0642-JFF
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
)
Defendants. )
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq., do hereby certify that on August 30, 2007, I have electronically filed the **Motion and Order For Admission Pro Hac Vice for Robert F. Vroom, Esq. on behalf of Andrx Pharmaceuticals, LLC and Andrx Corporation** to the following individual(s):

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer London, Esq.
Ashby & Geddes
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE  19899

David P. Pritikin, Esq.
Thomas D. Rein, Esq.
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603

Jeffrey P. Kushan, Esq.
Todd A. Wagner, Esq.
Sidley Austin, LLP
1501 K Street, N.W.
Washington, DC  20005

Michael D. Hatcher, Esq.
Sidley Austin, LLP
717 North Harwood, Ste. 3400
Dallas, TX  75201

**[SIGNATURE ON NEXT PAGE]**

2003970-1

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III   #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant Andrx Pharmaceuticals, LLC, and Andrx Corporation

2003970-1