UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                              )
ALZA CORPORATION, and                         )
McNEIL-PPC., INC.,                            )
                                              )
                                              )
           Plaintiffs                         )    CIVIL ACTION NO.
                                              )
           v.                                 )    05-CV-0642-JFF
IMPAX LABORATORIES, INC.,                     )
ANDRX PHARMACEUTICALS, LLC. and               )
ANDRX CORPORATION                             )
                                              )
           Defendants.                        )
-----------------------------------------------------------X

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Robert F. Vroom, Esq. on behalf of Andrx Pharmaceuticals, LLC and Andrx Corporation is GRANTED.


DATE: _____              _____
                                   UNITED STATES DISTRICT COURT JUDGE


2003970-1