IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION and<br>McNEIL, PPC, INC.　　　　　　　： | |
| ：| |
| Plaintiffs,　　　： | |
| v.　　　　　　　　　　： | Civil Action No. 05-642-JJF |
| ：| |
| ANDRX PHARMACEUTICALS, LLC and　：<br>ANDRX CORPORATION　　　　　　　： | |
| ：| |
| Defendants.　　　： | |

### ORDER

WHEREAS the Court held a Pretrial Conference on September 6, 2007;

WHEREAS, the Court discussed with counsel the setting of a date for trial, as well as other issues related to the pending trial, including Plaintiffs' Motion to Preclude Testimony of Bruce H. Stoner, Jr., Esq. (D.I. 123);

WHEREAS, the Court has concluded, based on these discussions, the following procedures will allow for an efficient and fair presentation of each party's case at trial;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. A Bench Trial in this matter will commence on **Monday, December 10, 2007, at 9:30 a.m.** Each side will be allocated a total of fifteen (15) hours in court trial time to present their case.

2. The parties will submit to the Court pretrial briefing regarding the findings of fact and conclusions of law as described at the Pretrial Conference. The briefing

      shall be completed by December 3, 2007.

3.    Plaintiffs Motion to Preclude Testimony of Bruce H. Stoner, Jr., Esq., (D.I. 123) is **GRANTED**.

<u>September 7, 2007</u>　　　　　　　　／s／ Joseph J. Farnan Jr.
DATE　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE