IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION and | : |
| McNEIL, PPC, INC. | : |
| | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-642-JJF |
| | : |
| ANDRX PHARMACEUTICALS, LLC and | : |
| ANDRX CORPORATION | : |
| | : |
| Defendants. | : |

## O R D E R

WHEREAS, the Court held a Claim Construction Hearing in this matter on December 15, 2006;

WHEREAS, the parties dispute the construction of four phrases: (i) "pharmaceutically acceptable composition" and "dosage form"; (ii) "an ascending release rate over an extended period of time;" (iii) "substantially ascending methylphenidate plasma drug concentration;" and (iv) the term 'about' in the phrase "over a time period of about [x] hours following said administration."  The four disputed phrases appear in either or both United States Patent Nos. 6,919,373 (the "'373 patent") and 6,930,129 (the "'129 patent";

WHEREAS, the Court having considered the parties' respective positions;

NOW THEREFORE IT IS HEREBY ORDERED that for the purposes of United States Patent Nos. '373 and '129, the disputed

phrases are construed as follows:

1.  The phrases **"pharmaceutically acceptable composition"**
and **"dosage form,"** as used in the claims of the '129 patent and
the '373 patent, mean "a pharmaceutical composition that includes
a dose of methylphenidate;"

2.  The phrase **"an ascending release rate over an extended
period of time,"** as used in the claims of the '373 patent, means
"a release of methylphenidate from the dosage form wherein the
amount released in a periodic interval is increased over the
amount released during the immediately preceding periodic
interval starting at t=0 and continuing through at least the mid-
point of the T90 and for at least three hours.  The release rate
is as determined by an appropriate in-vitro dissolution test.
The ascending release rate does not include release of drug from
any immediate-release drug coating that may be applied to the
dosage form;"

3.  The term 'substantially' in the phrase **"substantially
ascending methylphenidate plasma drug concentration,"** as used in
the claims of the '129 patent and the '373 patent, means
"approximately.  Thus, a substantially ascending profile is one
in which the plasma concentration of methylphenidate generally
rises over approximately [x] hours, but may include a slight
dip;"

4.  The term 'about' in the phrase **"over a time period
of about [x] hours following said administration,"** as used in the

claims of the '129 patent and the '373 patent, means
"approximately.  Thus, a substantially ascending profile is one
in which the plasma concentration of methylphenidate generally
rises over approximately [x] hours, but may include a slight
dip."


October 5,2007
DATE

UNITED STATES DISTRICT JUDGE