UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

------------------------------------------------------------X
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
 )
          Plaintiffs )   CIVIL ACTION NO.
 )
          v. )   05-CV-0642
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
 )
          Defendants. )
------------------------------------------------------------X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Douglas T. Lee, Esq. to represent Andrx Pharmaceuticals, L. L. C., and Andrx Corporation in this matter.

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III   #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Facsimile: (302) 778-1400
Attorney for Andrx Pharmaceuticals, L. L. C. and Andrx Corporation

2200849-1