UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

-------------------------------------------------------------X
)
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
)
)
      Plaintiffs )    CIVIL ACTION NO.
)
v. )    05-CV-0642
)
IMPAX LABORATORIES, INC., )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
)
)
      Defendants. )
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq., do hereby certify that on November ___, 2007, I have electronically filed the **Motion and Order For Admission Pro Hac Vice for Douglas T. Lee, Esq. on behalf of Andrx Pharmaceuticals, LLC and Andrx Corporation** to following individual(s):individual(s):

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Fl.
P.O. Box 1150
Wilmington, DE 19899

Jeffrey P. Kushan
John L. Newby II
Rachel K. Hunnicutt
SIDLEY AUSTIN BROWN & WOOD, LLP
1501 K Street, N.W.
Washington, D.C. 20005

Michael D. Hatcher
Catherine I. Rajwani
SIDLEY AUSTIN BROWN & WOOD, LLP
717 North Harwood, Suite 3400
Dallas, TX 75201

David T. Pritikin, Esq.
SIDLEY AUSTIN BROWN & WOOD, LLP
BankOne Plaza
10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

[SIGNATURE ON NEXT PAGE]

2200849-1

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III   #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant Andrx Pharmaceuticals, L. L. C.,
and Andrx Corporation

2200849-1