UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
ALZA CORPORATION, and
McNEIL-PPC., INC.,

       Plaintiffs                  CIVIL ACTION NO.

       v.                           05-CV-0642

IMPAX LABORATORIES, INC.,
ANDRX PHARMACEUTICALS, LLC. and
ANDRX CORPORATION

       Defendants.
---------------------------------------------------------------X

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Douglas T. Lee, Esq. on behalf of Andrx Pharmaceuticals, LLC and Andrx Corporation is GRANTED.

DATE: _____            _____
                                                    UNITED STATES DISTRICT COURT JUDGE