# RAWLE & HENDERSON LLP



WILLIAM J. CATTIE, III
302-778-1200
wcattie@rawle.com

The Nation's Oldest Law Office • Established in 1783

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE: (302) 778-1200
FACSIMILE: (302) 778-1400

December 3, 2007

Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

    Re:    Request for Permission To Have Laptop Computer In Courtroom 4B

Dear Ms. Krett:

    I am scheduled to appear in a trial in Courtroom 4B commencing on December 10, 2007 and ending on December 17, 2007 and request permission to bring laptops to Courtroom 4B to assist in preparation and/or presentation during the trial/proceeding. I am aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

                        Sincerely,

                        RAWLE & HENDERSON LLP

                        By:    _____
                                William J. Cattie, III

WJC/lmm
cc:    David Thomas, United States Marshal
        Keith Ash, Chief Court Security Officer