UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
ALZA CORPORATION, and ) 
McNEIL-PPC., INC., )
 )
        Plaintiffs ) CIVIL ACTION NO.
 )
        v. ) 05-CV-0642
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
 )
        Defendants. )
---------------------------------------------------------------X

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptops for proceedings commencing on December 10, 2007 and ending on December 17, 2007. Counsel shall comply with the inspection provisions of the United States Marshal.

John W. Bateman, Esq.
Kenyon & Kenyon, LLP
1500 K Street, NW
Washington, DC 20005-1257
Counsel for Andrx Pharmaceuticals, LLC and Andrx Corporation
Admitted Pro Hac Vice

C. Kyle Musgrove, Esq.
Kenyon & Kenyon, LLP
1500 K Street, NW
Washington, DC 20005-1257
Counsel for Andrx Pharmaceuticals, LLC and Andrx Corporation
Admitted Pro Hac Vice

Robert F. Vroom, Esq.
Kenyon & Kenyon, LLP
1500 K Street, NW
Washington, DC 20005-1257
Counsel for Andrx Pharmaceuticals, LLC and Andrx Corporation
Admitted Pro Hac Vice

Douglas T. Lee, Esq.
Kenyon & Kenyon, LLP
1500 K Street, NW
Washington, DC 20005-1257
Counsel for Andrx Pharmaceuticals, LLC and Andrx Corporation
Admitted Pro Hac Vice

Date: _____

                                                                        _____
                                                                         JOSEPH J. FARNAN, JR.
                                                                          United States District Court Judge

1387508 v.1