# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               )
ALZA CORPORATION, and                                          )
McNEIL-PPC., INC.,                                             )
                                                               )
        Plaintiffs                                     )   CIVIL ACTION NO.
                                                               )
        v.                                             )   05-CV-0642
                                                               )
ANDRX PHARMACEUTICALS, LLC. and                                )
ANDRX CORPORATION                                              )
                                                               )
        Defendants.                                    )
---------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of December 2007, a copy of

DEFENDANTS' OPENING PRETRIAL BRIEF WITH PROPOSED FINDINGS OF FACT

AND CONCLUSIONS OF LAW was served via electronic means upon the following person(s):

| | |
|---|---|
| Steven J. Balick, Esq. | David P. Pritikin, Esq. |
| John G. Day, Esq. | Thomas D. Rein, Esq. |
| Tiffany Geyer London, Esq. | Sidley Austin, LLP |
| Ashby & Geddes | One South Dearborn |
| 500 Delaware Ave., 8th Floor | Chicago, IL  60603 |
| P.O. Box 1150 | |
| Wilmington, DE  19899 | |
| | |
| Jeffrey P. Kushan, Esq. | Michael D. Hatcher, Esq. |
| Todd A. Wagner, Esq. | Sidley Austin, LLP |
| Sidley Austin, LLP | 717 North Harwood, Ste. 3400 |
| 1501 K Street, N.W. | Dallas, TX  75201 |
| Washington, DC  20005 | |

**[SIGNATURE ON NEXT PAGE]**

1380850 v.1

/s/ William J. Cattie, III  #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:

James V. Costigan, Esq.
Alan B. Clement, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY  10036

John W. Bateman, Esq.
C. Kyle Musgrove, Esq.
Robert F. Vroom, Esq.
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005