**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------X
                                        )
ALZA CORPORATION, and                   )
McNEIL-PPC., INC.,                      )
                                        )
            Plaintiffs                  )       CIVIL ACTION NO.
                                        )
            v.                          )       05-CV-0642
                                        )
ANDRX PHARMACEUTICALS, LLC.  and        )
ANDRX CORPORATION                       )
                                        )
            Defendants.                 )
-------------------------------------------------------------X
```

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 3rd day of December 2007, a copy of

DEFENDANTS' PRETRIAL REPLY SUBMISSION was served via electronic means upon the

following person(s):


Steven J. Balick, Esq.                  David P. Pritikin, Esq.
John G. Day, Esq.                       Thomas D. Rein, Esq.
Tiffany Geyer London, Esq.              Sidley Austin, LLP
Ashby & Geddes                          One South Dearborn
500 Delaware Ave., 8th Floor            Chicago, IL  60603
P.O. Box 1150
Wilmington, DE  19899


Jeffrey P. Kushan, Esq.                 Michael D. Hatcher, Esq.
Todd A. Wagner, Esq.                    Sidley Austin, LLP
Sidley Austin, LLP                      717 North Harwood, Ste. 3400
1501 K Street, N.W.                     Dallas, TX  75201
Washington, DC  20005


**[SIGNATURE ON NEXT PAGE]**

/s/ William J. Cattie, III  #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:

James V. Costigan, Esq.
Alan B. Clement, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY  10036

John W. Bateman, Esq.
C. Kyle Musgrove, Esq.
Robert F. Vroom, Esq.
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005