# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 4, 2007

The Honorable Joseph J. Farnan, Jr.  **HAND DELIVERY**
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    *Alza Corporation, et al. v. Andrx Pharmaceuticals, LLC, et al.*,
            C.A. No. 05-642-JJF

Dear Judge Farnan:

    I enclose plaintiffs' trial exhibits (Volumes 1-23) in the above action.

                              Respectfully,

                              */s/ Steven J. Balick*

                              Steven J. Balick

SJB/dmf
Enclosures
186397.1

c:    Clerk of the Court (via electronic filing; w/out enclosures)
      William J. Cattie, III, Esquire (by hand; w/enclosures)
      Alan B. Clement, Esquire (via electronic mail; w/out enclosures)
      Eric D. Isicoff, Esquire (via electronic mail; w/out enclosures)
      John W. Bateman, Esquire (via electronic mail; w/out enclosures)
      David T. Pritikin, Esquire (via electronic mail; w/out enclosures)