# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 4, 2007

The Honorable Joseph J. Farnan, Jr.  
United States District Court  
844 King Street  
Wilmington, Delaware 19801

HAND DELIVERY

    Re:    *Alza Corporation, et al. v. Andrx Pharmaceuticals, LLC, et al.*,  
            C.A. No. 05-642-JJF

Dear Judge Farnan:

    I enclose, in hard copy, the parties' joint appendix (Volumes 1 and 2) of designated deposition testimony in the above action. Plaintiffs' designated testimony is highlighted in yellow; defendants' designated testimony is highlighted in red.

    Also enclosed, as the Court requested, is a DVD containing an electronic version of the designated testimony.

                                        Respectfully,

                                        */s/ Steven J. Balick*

                                        Steven J. Balick

SJB/dmf  
Enclosures  
186398.1

c:    Clerk of the Court (via electronic filing; w/out enclosures)  
       William J. Cattie, III, Esquire (by hand; w/enclosures)  
       Alan B. Clement, Esquire (via electronic mail; w/out enclosures)  
       Eric D. Isicoff, Esquire (via electronic mail; w/out enclosures)  
       John W. Bateman, Esquire (via electronic mail; w/out enclosures)  
       David T. Pritikin, Esquire (via electronic mail; w/out enclosures)