# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 7, 2007

Ms. Deborah Krett  
Case Manager  
United States District Court  
844 King Street, Lockbox 27  
Wilmington, Delaware 19801

VIA E-FILING

Re: Request for Permission to Have Laptop Computer in Courtroom 4B During Trial in Alza Corp., et al. v. Andrx Pharmaceuticals, L.L.C., et al., C.A. No. 05-642-JJF

Dear Ms. Krett:

We are local counsel for plaintiffs Alza Corporation and McNeil-PPC, Inc. in the above action. We are scheduled to appear for trial in the above action commencing on Monday, December 10, 2007, and request permission to bring laptop computers to Courtroom 4B to assist in the preparation and/or presentation during the trial. We agree to comply with the United States Marshal's policy regarding electronic devices.

Very truly yours,

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon

Enclosure  
186478.1

cc: David Thomas, United States Marshal (by hand)  
Keith Ash, Chief Court Security Officer (by hand)