UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
)
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
)
         Plaintiffs )    CIVIL ACTION NO.
)
         v. )    05-CV-0642
)
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
)
         Defendants. )
---------------------------------------------------------------X

### ENTRY OF APPEARANCE

Please enter the appearance of George T. Lees, III, Esq. and Delia Clark, Esq. as attorneys for the defendants, Andrx Pharmaceuticals, L. L. C., and Andrx Corporation.

                **RAWLE & HENDERSON, LLP**

                /s/ William J. Cattie, III, Esq.
                William J. Cattie, III, Esq.
                I. D. No. 953
                300 Delaware Avenue, Suite 1015
                P. O. Box 588
                Wilmington, DE 19899-0588
                (302) 778-1200
                Attorney for Defendant Andrx Pharmaceuticals, L. L. C., and Andrx Corporation

OF COUNSEL:
James V. Costigan, Esq.
Alan B. Clement, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY 10036

John W. Bateman, Esq.
C. Kyle Musgrove, Esq.
Robert F. Vroom, Esq.
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005

2219351-1