UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

------------------------------------------------------------X

ALZA CORPORATION, and )
McNEIL-PPC., INC., )
 )
      Plaintiffs ) CIVIL ACTION NO.
 )
      v. ) 05-CV-0642
 )
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
 )
      Defendants. )

------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I, William J. Cattie, III, Esq., do hereby certify that on this __10th__ day of December, I have I have E-filed through LEXIS NEXIS the **ENTRY OF APPEARANCE** to following individual(s):individual(s):

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer London, Esq.
Ashby & Geddes
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Jeffrey P. Kushan, Esq.
Todd A. Wagner, Esq.
Sidley Austin, LLP
1501 K Street, N.W.
Washington, DC 20005

David P. Pritikin, Esq.
Thomas D. Rein, Esq.
Sidley Austin, LLP
One South Dearborn
Chicago, IL 60603

Michael D. Hatcher, Esq.
Sidley Austin, LLP
717 North Harwood, Ste. 3400
Dallas, TX 75201

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III, Esq.
William J. Cattie, III, Esq., I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendant Andrx Pharmaceuticals, L. L. C., and Andrx Corporation

2219351-1

OF COUNSEL:

James V. Costigan, Esq.
Alan B. Clement, Esq.
Nicholas P. Chiara, Esq.
HEDMAN & COSTIGAN, P.C.
1185 Avenue of the Americas
New York, NY 10036

John W. Bateman, Esq.
C. Kyle Musgrove, Esq.
Robert F. Vroom, Esq.
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005