# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | C.A. No. 05-642-JJF |

## ORDER

The persons listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for trial commencing on Monday, December 10, 2007. Counsel and staff shall comply with the inspection provisions of the United States Marshal.

> Todd Wagner, Esquire
> Jeffrey P. Kushan, Esquire
> Geoffrey C. Mason, Esquire
> Michael Hatcher, Esquire
> Peter Choi, Esquire
> Francis Quaynor
> Jenni Lee
> Lina Slenys
> Nick Benyo
> Yuval Newman

Dated: December 10, 2007

_____
United States District Judge

186480.1