# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 11, 2007

The Honorable Joseph J. Farnan, Jr.               VIA ELECTRONIC FILING
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    *Alza Corporation, et al. v. Andrx Pharmaceuticals, LLC, et al.,*
           C.A. No. 05-642-JJF

Dear Judge Farnan:

    On behalf of plaintiffs ("Alza") in the above action, I am writing as a follow-up to our discussion at the start of trial on December 10, 2007 regarding Alza's request to dismiss all claims and counterclaims involving the '129 patent.

    As Your Honor requested, I have attached Alza's proposed order: (i) seeking dismissal of its infringement claims against the defendants on the '129 patent pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and (ii) seeking dismissal of defendants' counterclaims involving the '129 patent for lack of subject matter jurisdiction in light of Alza's representation that it will not sue defendants on the '129 patent.

                                                                                                       Respectfully,

                                                                                                      */s/ Steven J. Balick*

                                                                                                      Steven J. Balick

SJB/dmf
Attachment
186540

    c:      William J. Cattie, III, Esquire (via electronic mail; w/attachment)
           John W. Bateman, Esquire (via electronic mail; w/attachment)
           Eric D. Isicoff, Esquire (via electronic mail; w/attachment)
           David T. Pritikin, Esquire (via electronic mail; w/attachment)