IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDRX PHARMACEUTICALS, L.L.C. and<br>ANDRX CORPORATION,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　C.A. No. 05-642-JJF<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

　　　WHEREAS, Defendant Andrx Pharmaceuticals, LLC filed Abbreviated New Drug Application Nos. 76-665 and 76-772, and subsequently alleged, with respect to each application, pursuant to 21 U.S.C. § 355 (j)(2)(A)(vii)(IV) [§505(j)(2)(A)(vii)(IV)] (the "Paragraph IV Notifications"), that U.S. Patent No. 6,930,129 (the "'129 patent") is invalid and unenforceable, and would not be infringed by the marketing of the products that are the subject of each application;

　　　WHEREAS, Plaintiffs, Alza Corporation and McNeil PPC, timely filed an action for infringement of the '129 patent under 35 U.S.C. § 271(e)(2)(A) against Defendants, Andrx Pharmaceuticals, LLC and Andrx Corporation ("Defendants");

　　　WHEREAS, Defendants have asserted declaratory judgment counterclaims, seeking declarations that the '129 patent claims are invalid, unenforceable and not infringed;

　　　WHEREAS, Plaintiffs no longer wish to pursue their claims against Defendants for infringement of the '129 patent, and Plaintiffs have represented they will not sue Defendants in

the future for infringement of any claim of the '129 patent by reason of (i) the filing of Abbreviated New Drug Applications Nos. 76-665 and 76-772 and the provision of the Paragraph IV Notifications concerning such applications, or (ii) the making, use, sale, offer for sale, or importation into the United States of the products that are presently the subject of Abbreviated New Drug Applications Nos. 76-665 and 76-772;

WHEREAS, in view of the Plaintiffs' representations, the counterclaims and defenses of Defendants with respect to the '129 patent are moot, and there no longer is a case or controversy concerning the '129 patent;

WHEREAS, Plaintiffs seek, pursuant to Fed.R.Civ.Pro. 41(a)(2), to dismiss their present claims for infringement of the '129 patent against Defendants, with prejudice, and further seek to dismiss Defendants' counterclaims for declaratory judgment of non-infringement, invalidity and unenforceability of the '129 patent, without prejudice, for lack of subject matter jurisdiction; and

WHEREAS, after considering the positions of the parties, the Court has concluded that there are good grounds for the dismissal of all claims and counterclaims concerning the '129 patent; now therefore,

IT IS HEREBY ORDERED that:

1.  Plaintiffs' claims against Defendants for infringement of U.S. Patent No. 6,930,129 are dismissed with prejudice.

2.  Defendants' counterclaims concerning U.S. Patent No. 6,930,129 are dismissed without prejudice for lack of subject matter jurisdiction.

December _____, 2007

_____
United States District Judge

186541.1