IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC., | ) )<br>) | |
| Plaintiffs, | ) ) | |
| v. | ) | C.A. No. 05-642-JJF |
| | ) ) | |
| IMPAX LABORATORIES, INC.,<br>ANDRX PHARMACEUTICALS, L.L.C., and,<br>ANDRX CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Louis E. Fogel to represent the plaintiffs in this matter. Pursuant to this Court's

Standing Order effective January 1, 2005, a check in the amount of $25.00 is being submitted to

cover the annual fee for the attorney listed above.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Dated: December 12, 2007
186568.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 05-642-JJF |
| v. | ) | |
| | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| ANDRX PHARMACEUTICALS, L.L.C., and, | ) | |
| ANDRX CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2007, the Court having

considered the motion for the admission *pro hac vice* of Louis E. Fogel to represent the plaintiffs

in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the

foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Louis E. Fogel
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
312-853-7000

Dated: 12/12/07