# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC., | |
| Plaintiffs, | |
| v. | C.A. No. 05-642-JJF |
| ANDRX PHARMACEUTICALS, LLC; and<br>ANDRX CORPORATION, | |
| Defendants. | |

## FINAL JUDGMENT OF NON-INFRINGEMENT

WHEREAS, Defendant Andrx Pharmaceuticals, LLC filed Abbreviated New Drug

Application Nos. 76-665 and 76-772, and subsequently alleged, with respect to each application,

pursuant to 21 U.S.C. § 355 (j)(2)(A)(vii)(IV) [§505(j)(2)(A)(vii)(IV)] ("the "Paragraph IV

Notifications"), that the claims of U.S. Patent No. 6,930,129 (the "'129 patent") is invalid and

unenforceable and would not be infringed by the marketing of the products that are the subject of

each application;

WHEREAS, Plaintiffs, Alza Corporation and McNeil PPC, timely filed an action for

infringement of the '129 patent under 35 U.S.C. § 271(e)(2)(A) against Defendants, Andrx

Pharmaceuticals, LLC and Andrx Corporation ("Defendants");

WHEREAS, Defendants have asserted declaratory judgment counterclaims, seeking

declarations that the claims of the '129 patent are invalid, unenforceable and not infringed;

WHEREAS, Plaintiffs have not pursued their claim that the claims of the '129 patent are

infringed at trial, and thus have not met their burden of proving infringement of the claims of the

'129 patent;

2221370-1

WHEREAS, the Court hereby finds and holds that the drug products that are the subject of the Andrx ANDAs do not, and would not if marketed, infringe the '129 patent, either literally or under the doctrine of equivalents; now therefore,

THE COURT HEREBY FINDS, HOLDS AND ORDERS that:

1.    The manufacture, sale, use, offer for sale or importation of the drug products that are the subject of the Andrx ANDAs do not and would not infringe the '129 patent, either literally or under the doctrine of equivalents.

2.    Final judgment of non-infringement on the '129 patent is hereby entered in favor of Andrx and against Alza on all counts of the Complaint and Andrx's counterclaims relating to the '129 patent.

3.    The Clerk is hereby directed to enter the above final judgment on the '129 patent in favor of Andrx forthwith.


SO ORDERED:

_____
United States District Judge