# RAWLE & HENDERSON LLP



WILLIAM J. CATTIE, III
302-778-1200
wcattie@rawle.com

The Nation's Oldest Law Office · Established in 1783

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

December 21, 2007

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    Alza Corporation, et al. v. Andrx Pharmaceuticals, LLC, et al.,
             C.A. No. 05-642-JJF

Dear Judge Farnan:

    I enclose a copy of Defendants' Demonstratives concerning the December 10, 2007 trial.

                        Respectfully submitted,

                        RAWLE & HENDERSON LLP

                        By:    /s/ William J. Cattie, III
                              William J. Cattie, III

WJC/lmm
cc:    Clerk of the Court
        Steven J. Balick, Esq. (via e-mail w/out encl.)
        Todd A. Wagner, Esq. (via e-mail w/out encl.)
        David P. Pritikin, Esq. (via e-mail w/out encl.)
        Michael D. Hatcher, Esq. (via e-mail w/out encl.)