UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

------------------------------------------------------------X
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
 )
      Plaintiffs ) CIVIL ACTION NO.
 )
      v. ) 05-CV-0642
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
 )
      Defendants. )
------------------------------------------------------------X

**DEFENDANTS' OPENING PRETRIAL BRIEF WITH PROPOSED FINDINGS
OF FACT AND CONCLUSIONS OF LAW**

# REDACTED PUBLIC VERSION OF EXHIBITS

          William J. Cattie, III
          I. D. No. 953
          **RAWLE & HENDERSON, LLP**
          300 Delaware Avenue, Suite 1015
          P. O. Box 588
          Wilmington, DE 19899-0588
          (302) 778-1200
          Attorney for Defendant
          ANDRX PHARMACEUTICALS, LLC
          ANDRX CORPORATION

Dated:      December 3, 2007