# EXHIBIT 1



Prosecution History of Patents-In-Sult