UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE
-----------------------------------------------------------X
                                                           )
ALZA CORPORATION, and                                      )
McNEIL-PPC., INC.,                                         )
                                                           )
             Plaintiffs                                    )   CIVIL ACTION NO.
                                                           )
         v.                                                )   05-CV-0642
                                                           )
ANDRX PHARMACEUTICALS, LLC. and                            )
ANDRX CORPORATION                                          )
                                                           )
             Defendants.                                   )
-----------------------------------------------------------X

### DEFENDANTS' PRETRIAL REPLY BRIEF

# REDACTED PUBLIC VERSION OF EXHIBITS

> William J. Cattie, III
> I. D. No. 953
> **RAWLE & HENDERSON, LLP**
> 300 Delaware Avenue, Suite 1015
> P. O. Box 588
> Wilmington, DE 19899-0588
> (302) 778-1200
> Attorney for Defendant
> ANDRX PHARMACEUTICALS, LLC
> ANDRX CORPORATION

Dated:        December 3, 2007