# EXHIBIT 6

## "The Angst 23: the exemplary 8 hour profiles"

Fasting studies (27 subjects run twice) Dr. Angst found 16 "infringing" profiles:

| Subject | Product | 0 hr | 2 hr | 3 hr | 4 hr | 5 hr | 5.5 hr | 6 hr | 6.5 hr | 7 hr | 7.5 hr | 8 hr | 10 hr | 12 hr | 16 hr | 24 hr | 30 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | A2:Test | 0 | 5.16 | 5.03 | 5.32 | 8.13 | 8.98 | 9.96 | 9.97 | 10.3 | 10.2 | 9.77 | 7.78 | 4.66 | 1.82 | 0.356 | 0 |
| 7 | A2:Test | 0 | 6.31 | 6.07 | 6.02 | 10.8 | 14.7 | 14.8 | 15.3 | 16.9 | 16.6 | 16.5 | 10.6 | 6.3 | 2.03 | 0.462 | 0.141 |
| 8 | A2:Test | 0 | 10.3 | 9.88 | 9.02 | 14.2 | 15.5 | 14.7 | 16.6 | 15.4 | 17 | 17.7 | 16.2 | 10.2 | 3.57 | 0.564 | *** |
| 11 | A1:Test | 0 | 4.29 | 4.43 | 4.99 | 6.79 | 7.48 | 7.77 | 7.52 | 9.3 | 10.6 | 10.6 | 8.5 | 4.8 | 1.87 | 0.345 | 0 |
| 11 | A2:Test | 0 | 3.74 | 5 | 5.19 | 5.87 | 6.25 | 7.62 | 9.24 | 11.1 | 10.7 | 10.4 | 7.79 | 3.83 | 1.56 | 0.283 | *** |
| 12 | A1:Test | 0 | 7.92 | 7.62 | 9.44 | 15.3 | 17.2 | 17.6 | 19 | 19.2 | 18.1 | 17.4 | 11.3 | 7.35 | 3.02 | 0.972 | 0.349 |
| 12 | A2:Test | 0 | 7.93 | 7.5 | 8.1 | 13.5 | 15 | 16.7 | 15.7 | 15 | 15.3 | 16.4 | 11.3 | 7.18 | 3.22 | 0.893 | 0.301 |
| 15 | A2:Test | 0 | 3.63 | 3.25 | 4.48 | 8.49 | 10.4 | 11.8 | 11.7 | 12.4 | 16.3 | 12.2 | 7.08 | 3.95 | 1.33 | 0.292 | 0 |
| 16 | A1:Test | 0 | 8.08 | 7.75 | 8.1 | 12.9 | 15 | 15.1 | 15.9 | 16.3 | 18.1 | 15.5 | 10.7 | 10.8 | 4.34 | 1.05 | 0.227 |
| 17 | A2:Test | 0 | 6.17 | 8.32 | 8.03 | 10.9 | 11.8 | 11.3 | 12.9 | 13.3 | 13.8 | 12.5 | 11.6 | 8.57 | 2.88 | 0.817 | 0.166 |
| 19 | A1:Test | 0 | 5.92 | 5.42 | 5.1 | 8.88 | 10.6 | 11.4 | 13.7 | 13.2 | 13.1 | 14.2 | 8.93 | 5.64 | 2.01 | 0.319 | 0 |
| 21 | A1:Test | 0 | 5.96 | 5.54 | 5.21 | 7.95 | 11.1 | 13.7 | 14.3 | 17.3 | 17.1 | 17.6 | 11.4 | 6.62 | 2.19 | 0.451 | 0.116 |
| 23 | A1:Test | 0 | 6.29 | 5.37 | 5.84 | 12.1 | 13.8 | 13.9 | 13.2 | 13.8 | 13 | 12.3 | 9.22 | 4.27 | 2.35 | 0.821 | 0.238 |
| 24 | A1:Test | 0 | 3.61 | 4.96 | 4.39 | 7.5 | 7.99 | 8.31 | 7.51 | 8.77 | 8.9 | 10.2 | 9.68 | 5.92 | 2.11 | 0.371 | 0.113 |
| 25 | A2:Test | 0 | 15.2 | 13.2 | 15.7 | 24.4 | 30.9 | 34.7 | 32.3 | 32 | 31.4 | 30.2 | 21 | 14.5 | 6.41 | 1.97 | 0.743 |
| 26 | A2:Test | 0 | 6.26 | 6.12 | 6.83 | 10.6 | 12.2 | 12.3 | 13 | 13.6 | 13.8 | 13.3 | 9.03 | 6.57 | 2.78 | 0.604 | 0.246 |

Fed study (23 subjects) Dr. Angst found 7 "infringing" profiles:

| Subject | Product | 0 hr | 2 hr | 3 hr | 4 hr | 5 hr | 5.5 hr | 6 hr | 6.5 hr | 7 hr | 7.5 hr | 8 hr | 10 hr | 12 hr | 16 hr | 24 hr | 30 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A:TEST | 0 | 5.69 | 6.1 | 5.25 | 7.18 | 8.26 | 10.8 | 11.9 | 11.4 | 11.7 | 13.7 | 7.67 | 3.64 | 1.45 | 0.336 | 0 |
| 9 | A:TEST | 0 | 8.73 | 11.3 | 10.6 | 14.4 | 17.1 | 17.6 | 19.9 | 20.8 | 26.5 | 33.3 | 27.3 | 16.6 | 6.54 | 1.58 | 0.588 |
| 12 | A:TEST | 0 | 6.48 | 10.3 | 9.65 | 9.5 | 11.6 | 10.5 | 11.1 | 12.3 | 12.6 | 13.3 | 16.2 | 16.1 | 6.16 | 1.89 | 0.556 |
| 13 | A:TEST | 0 | 4.81 | 5.36 | 4.8 | 6.06 | 5.99 | 6.1 | 6.63 | 5.69 | 6.88 | 8.37 | 14.2 | 11.3 | 4.07 | 1.16 | 0.305 |
| 14 | A:TEST | 0 | 3.59 | 4.34 | 3.98 | 5.21 | 5.79 | 6.33 | 7.15 | 7.99 | 8.1 | 7.85 | 8.46 | 5.27 | 2.5 | 0.912 | 0.27 |
| 18 | A:TEST | 0 | 10.5 | 9.66 | 9.44 | 11.8 | 11.9 | 13.4 | 11.4 | 11.5 | 11.5 | 12.2 | 10.3 | 17.8 | 11.5 | 3.58 | 0.943 |
| 19 | A:TEST | 0 | 12 | 12.6 | 13.2 | 15.7 | 19.4 | 23.5 | 22.4 | 22.3 | 24.1 | 23.6 | 27.6 | 28.6 | 14.1 | 4.81 | 1.88 |

Cmax

Decreases

One of six profiles which meet the relaxed standard