# EXHIBIT 8

# IR Overcoat Study (Tested every 15 min)
## pH = 7.5
## 54 mg Tablet
Part 1 of 1

P ALZ 005800

### Andrx A

| Time (hr) | % Rec. | Cum mg Rcvd | Quan. Rel (mg) (Excl. 13.5 mg IR) | Ascend. Rel Rate? | Quan. Rel (mg) (Excl. 14.85 mg IR) | Ascend. Rel Rate? |
|---|---|---|---|---|---|---|
| 15 | 23.02 | 12.4308 | 0 | No | 0 | No |
| 30 | 23.43 | 12.6522 | 0 | No | 0 | No |
| 45 | 23.68 | 12.7872 | 0 | No | 0 | No |
| 60 | 23.78 | 12.8412 | 0 | No | 0 | No |
| 75 | 23.99 | 12.9546 | 0 | No | 0 | No |
| 90 | 24.57 | 13.2678 | 0 | No | 0 | No |
| 105 | 25.8 | 13.932 | 0.432 | Yes | 0 | No |
| 120 | 27.63 | 14.9202 | 0.9882 | Yes | 0.0702 | Yes |
| 135 | 29.68 | 16.0272 | 1.107 | Yes | 1.107 | Yes |
| 150 | 31.99 | 17.2746 | 1.2474 | Yes | 1.2474 | Yes |

### Andrx B

| Time (hr) | % Rec. | Cum mg Rcvd | Quan. Rel (mg) (Excl. 13.5 mg IR) | Ascend. Rel Rate? | Quan. Rel (mg) (Excl. 14.85 mg IR) | Ascend. Rel Rate? |
|---|---|---|---|---|---|---|
| 15 | 22.29 | 12.0366 | 0 | No | 0 | No |
| 30 | 22.94 | 12.3876 | 0 | No | 0 | No |
| 45 | 23.15 | 12.501 | 0 | No | 0 | No |
| 60 | 23.27 | 12.5658 | 0 | No | 0 | No |
| 75 | 23.44 | 12.6576 | 0 | No | 0 | No |
| 90 | 24.03 | 12.9762 | 0 | No | 0 | No |
| 105 | 25.63 | 13.8402 | 0.3402 | Yes | 0 | No |
| 120 | 27.88 | 15.0552 | 1.215 | Yes | 0.2052 | Yes |
| 135 | 30.19 | 16.3026 | 1.2474 | Yes | 1.2474 | Yes |
| 150 | 32.64 | 17.6256 | 1.323 | Yes | 1.323 | Yes |

### Andrx C

| Time (hr) | % Rec. | Cum mg Rcvd | Quan. Rel (mg) (Excl. 13.5 mg IR) | Ascend. Rel Rate? | Quan. Rel (mg) (Excl. 14.85 mg IR) | Ascend. Rel Rate? |
|---|---|---|---|---|---|---|
| 15 | 22.44 | 12.1176 | 0 | No | 0 | No |
| 30 | 23.02 | 12.4308 | 0 | No | 0 | No |
| 45 | 23.16 | 12.5064 | 0 | No | 0 | No |
| 60 | 23.36 | 12.6144 | 0 | No | 0 | No |
| 75 | 23.57 | 12.7278 | 0 | No | 0 | No |
| 90 | 24.23 | 13.0842 | 0 | No | 0 | No |
| 105 | 26.38 | 14.2452 | 0.7452 | Yes | 0 | No |
| 120 | 28.53 | 15.4062 | 1.161 | Yes | 0.5562 | Yes |
| 135 | 30.85 | 16.659 | 1.2528 | Yes | 1.2528 | Yes |
| 150 | 33.22 | 17.9388 | 1.2798 | Yes | 1.2798 | Yes |

### Average

| Time (hr) | % Rec. | Cum mg Rcvd | Quan. Rel (mg) (Excl. 13.5 mg IR) | Ascend. Rel Rate? | Quan. Rel (mg) (Excl. 14.85 mg IR) | Ascend. Rel Rate? |
|---|---|---|---|---|---|---|
| 15 | 22.58 | 12.195 | 0 | No | 0 | No |
| 30 | 23.13 | 12.4902 | 0 | No | 0 | No |
| 45 | 23.33 | 12.5982 | 0 | No | 0 | No |
| 60 | 23.47 | 12.6738 | 0 | No | 0 | No |
| 75 | 23.67 | 12.78 | 0 | No | 0 | No |
| 90 | 24.28 | 13.1094 | 0 | No | 0 | No |
| 105 | 25.94 | 14.0058 | 0.5058 | Yes | 0 | No |
| 120 | 28.01 | 15.1272 | 1.1214 | Yes | 0.2772 | Yes |
| 135 | 30.24 | 16.3296 | 1.2024 | Yes | 1.2024 | Yes |
| 150 | 32.62 | 17.613 | 1.2834 | Yes | 1.2834 | Yes |