# EXHIBIT 9

## Cycle 1: Gray's Andrx 54 mg Release Rate Evaluation

| Timepoint | Andrx A (mcg/mL) | % Recovery - as used by Gray "(Gray)" | Cum mg Recovered | % Recovery from Total | Quantity of Drug Released (mg) (Excluding 13.5 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) | Quantity of Drug Released (mg) (Excluding 14.85 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 28.99 | 26.84 | 14.50 | 24.74 | 0.99 | - | 0.00 | - |
| 1 - 2 | 34.04 | 31.52 | 17.02 | 29.05 | 2.53 | Yes | 2.17 | Yes |
| 2 - 3 | 43.91 | 40.66 | 21.96 | 37.48 | 4.94 | Yes | 4.94 | Yes |
| 3 - 4 | 56.96 | 52.74 | 28.48 | 48.62 | 6.53 | Yes | 6.53 | Yes |
| 4 - 5 | 69.37 | 64.23 | 34.69 | 59.21 | 6.21 | No | 6.21 | No |
| 5 - 6 | 79.62 | 73.72 | 39.81 | 67.96 | 5.12 | Yes | 5.12 | Yes |
| 6 - 7 | 90.73 | 84.01 | 45.37 | 77.44 | 5.56 | Yes | 5.56 | Yes |
| 7 - 8 | 100.35 | 92.92 | 50.18 | 85.65 | 4.81 | No | 4.81 | No |
| 8 - 9 | 108.80 | 100.74 | 54.40 | 92.86 | 4.23 | No | 4.23 | No |
| 10 - 11 | 106.62 | 98.72 | 53.31 | 91.00 | -1.09 | No | -1.09 | No |
| 11 - 12 | 114.88 | 106.37 | 57.44 | 98.05 | 4.13 | Yes | 4.13 | Yes |
| 12 - 13 | 114.59 | 106.10 | 57.30 | 97.81 | -0.14 | No | -0.14 | No |
| 24.00 | 117.16 | 108.48 | 58.58 | 100.00 | 1.28 | Yes | 1.28 | Yes |

T90 Occurs Between 8-9 Hours; Midpoint of T90 Occurs Between 4 - 4.5 hours     (was 3.5 - 4 hours in Gray Report)

| Timepoint | Andrx B (mcg/mL) | % Recovery - as used by Gray "(Gray)" | Cum mg Recovered | % Recovery from Total | Quantity of Drug Released (mg) (Excluding 13.5 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) | Quantity of Drug Released (mg) (Excluding 14.85 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 24.89 | 23.05 | 12.45 | 21.98 | 0.00 | - | 0.00 | - |
| 1 - 2 | 30.39 | 28.14 | 15.20 | 26.84 | 1.70 | Yes | 0.35 | Yes |
| 2 - 3 | 40.51 | 37.51 | 20.26 | 35.78 | 5.06 | Yes | 5.06 | Yes |
| 3 - 4 | 53.19 | 49.25 | 26.60 | 46.98 | 6.34 | Yes | 6.34 | Yes |
| 4 - 5 | 65.74 | 60.87 | 32.87 | 58.06 | 6.28 | No | 6.28 | No |
| 5 - 6 | 76.70 | 71.02 | 38.35 | 67.74 | 5.48 | No | 5.48 | No |
| 6 - 7 | 88.27 | 81.73 | 44.14 | 77.96 | 5.79 | Yes | 5.79 | Yes |
| 7 - 8 | 96.81 | 89.64 | 48.41 | 85.51 | 4.27 | No | 4.27 | No |
| 8 - 9 | 102.44 | 94.85 | 51.22 | 90.48 | 2.82 | No | 2.82 | No |
| 10 - 11 | 112.75 | 104.40 | 56.38 | 99.58 | 5.15 | Yes | 5.15 | Yes |
| 11 - 12 | 109.19 | 101.10 | 54.60 | 96.44 | -1.78 | No | -1.78 | No |
| 12 - 13 | 110.78 | 102.57 | 55.39 | 97.84 | 0.80 | Yes | 0.80 | Yes |
| 24.00 | 113.22 | 104.83 | 56.61 | 100.00 | 1.22 | Yes | 1.22 | Yes |

T90 Occurs Between 8-9 Hours; Midpoint of T90 Occurs Between 4 - 4.5 hours

| Timepoint | Andrx C (mcg/mL) | % Recovery - as used by Gray "(Gray)" | Cum mg Recovered | % Recovery from Total | Quantity of Drug Released (mg) (Excluding 13.5 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) | Quantity of Drug Released (mg) (Excluding 14.85 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 27.03 | 25.03 | 13.52 | 23.49 | 0.01 | - | 0.00 | - |
| 1 - 2 | 33.26 | 30.80 | 16.63 | 28.91 | 3.12 | Yes | 1.78 | Yes |
| 2 - 3 | 44.28 | 41.00 | 22.14 | 38.48 | 5.51 | Yes | 5.51 | Yes |
| 3 - 4 | 57.45 | 53.19 | 28.73 | 49.93 | 6.59 | Yes | 6.59 | Yes |
| 4 - 5 | 69.74 | 64.57 | 34.87 | 60.61 | 6.15 | No | 6.15 | No |
| 5 - 6 | 80.95 | 74.95 | 40.48 | 70.35 | 5.61 | No | 5.61 | No |
| 6 - 7 | 93.18 | 86.28 | 46.59 | 80.98 | 6.12 | Yes | 6.12 | Yes |
| 7 - 8 | 102.25 | 94.68 | 51.13 | 88.87 | 4.54 | No | 4.54 | No |
| 8 - 9 | 107.67 | 99.69 | 53.84 | 93.58 | 2.71 | No | 2.71 | No |
| 10 - 11 | 111.64 | 103.37 | 55.82 | 97.03 | 1.99 | No | 1.99 | No |
| 11 - 12 | 112.06 | 103.76 | 56.03 | 97.39 | 0.21 | No | 0.21 | No |
| 12 - 13 | 112.56 | 104.22 | 56.28 | 97.83 | 0.25 | No | 0.25 | No |
| 24.00 | 115.06 | 106.54 | 57.53 | 100.00 | 1.25 | Yes | 1.25 | Yes |

T90 Occurs Between 8-9 Hours; Midpoint of T90 Occurs Between 4 - 4.5 hours          (was 3.5 - 4 hours in Gray Report)

| Timepoint | Andrx D (mcg/mL) | % Recovery - as used by Gray "(Gray)" | Cum mg Recovered | % Recovery from Total | Quantity of Drug Released (mg) (Excluding 13.5 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) | Quantity of Drug Released (mg) (Excluding 14.85 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 25.30 | 23.43 | 12.65 | 22.35 | 0.00 | - | 0.00 | - |
| 1 - 2 | 28.84 | 26.70 | 14.42 | 25.48 | 0.92 | Yes | 0.00 | No |
| 2 - 3 | 40.34 | 37.35 | 20.17 | 35.64 | 5.75 | Yes | 5.32 | Yes |
| 3 - 4 | 53.17 | 49.23 | 26.59 | 46.97 | 6.42 | Yes | 6.42 | Yes |
| 4 - 5 | 65.31 | 60.47 | 32.66 | 57.70 | 6.07 | No | 6.07 | No |
| 5 - 6 | 75.91 | 70.29 | 37.96 | 67.06 | 5.30 | No | 5.30 | No |
| 6 - 7 | 86.25 | 79.86 | 43.13 | 76.20 | 5.17 | No | 5.17 | No |
| 7 - 8 | 95.79 | 88.69 | 47.90 | 84.63 | 4.77 | No | 4.77 | No |
| 8 - 9 | 102.18 | 94.61 | 51.09 | 90.27 | 3.19 | No | 3.19 | No |
| 10 - 11 | 106.64 | 98.74 | 53.32 | 94.21 | 2.23 | No | 2.23 | No |
| 11 - 12 | 110.30 | 102.13 | 55.15 | 97.45 | 1.83 | No | 1.83 | No |
| 12 - 13 | 110.61 | 102.42 | 55.31 | 97.72 | 0.16 | No | 0.16 | No |
| 24.00 | 113.19 | 104.81 | 56.60 | 100.00 | 1.29 | Yes | 1.29 | Yes |

T90 Occurs Between 8-9 Hours; Midpoint of T90 Occurs Between 4 - 4.5 hours

**Andrx E**

| Timepoint | Andrx E (mcg/mL) | % Recovery - as used by Gray "(Gray)" | Cum mg Recovered | % Recovery from Total | Quantity of Drug Released (mg) (Excluding 13.5 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) | Quantity of Drug Released (mg) (Excluding 14.85 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 25.49 | 23.60 | 12.75 | 22.59 | 0.00 | -- | 0.00 | -- |
| 1 - 2 | 32.40 | 30.00 | 16.20 | 28.71 | 2.70 | Yes | 1.35 | Yes |
| 2 - 3 | 43.89 | 40.64 | 21.95 | 38.89 | 5.75 | Yes | 5.75 | Yes |
| 3 - 4 | 57.02 | 52.80 | 28.51 | 50.53 | 6.57 | Yes | 6.57 | Yes |
| 4 - 5 | 69.45 | 64.31 | 34.73 | 61.54 | 6.22 | No | 6.22 | No |
| 5 - 6 | 80.15 | 74.21 | 40.08 | 71.02 | 5.35 | No | 5.35 | No |
| 6 - 7 | 91.79 | 84.99 | 45.90 | 81.34 | 5.82 | Yes | 5.82 | Yes |
| 7 - 8 | 98.78 | 91.46 | 49.39 | 87.53 | 3.50 | No | 3.50 | No |
| 8 - 9 | 104.55 | 96.81 | 52.28 | 92.65 | 2.89 | No | 2.89 | No |
| 10 - 11 | 108.70 | 100.65 | 54.35 | 96.32 | 2.08 | No | 2.08 | No |
| 11 - 12 | 110.30 | 102.13 | 55.15 | 97.74 | 0.80 | No | 0.80 | No |
| 12 - 13 | 110.65 | 102.45 | 55.33 | 98.05 | 0.18 | No | 0.18 | No |
| 24.00 | 112.85 | 104.49 | 56.43 | 100.00 | 1.10 | Yes | 1.10 | Yes |

T90 Occurs Between 8-9 Hours; Midpoint of T90 Occurs Between 4 - 4.5 hours   (was 3.5 - 4 hours in Gray Report)

**Andrx F**

| Timepoint | Andrx F (mcg/mL) | % Recovery - as used by Gray "(Gray)" | Cum mg Recovered | % Recovery from Total | Quantity of Drug Released (mg) (Excluding 13.5 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) | Quantity of Drug Released (mg) (Excluding 14.85 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 26.71 | 24.73 | 13.36 | 23.08 | 0.00 | -- | 0.00 | -- |
| 1 - 2 | 34.05 | 31.53 | 17.03 | 29.42 | 3.53 | Yes | 2.18 | Yes |
| 2 - 3 | 45.39 | 42.03 | 22.70 | 39.22 | 5.67 | Yes | 5.67 | Yes |
| 3 - 4 | 58.31 | 53.99 | 29.16 | 50.39 | 6.46 | Yes | 6.46 | Yes |
| 4 - 5 | 70.10 | 64.91 | 35.05 | 60.58 | 5.90 | No | 5.90 | No |
| 5 - 6 | 80.59 | 74.62 | 40.30 | 69.64 | 5.25 | No | 5.25 | No |
| 6 - 7 | 92.20 | 85.37 | 46.10 | 79.68 | 5.81 | Yes | 5.81 | Yes |
| 7 - 8 | 102.59 | 94.99 | 51.30 | 88.65 | 5.19 | No | 5.19 | No |
| 8 - 9 | 107.89 | 99.90 | 53.95 | 93.23 | 2.65 | No | 2.65 | No |
| 10 - 11 | 112.32 | 104.00 | 56.16 | 97.06 | 2.22 | No | 2.22 | No |
| 11 - 12 | 113.50 | 105.09 | 56.75 | 98.08 | 0.59 | No | 0.59 | No |
| 12 - 13 | 113.19 | 104.81 | 56.60 | 97.81 | -0.15 | No | -0.15 | No |
| 24.00 | 115.72 | 107.15 | 57.86 | 100.00 | 1.27 | Yes | 1.27 | Yes |

T90 Occurs Between 8-9 Hours; Midpoint of T90 Occurs Between 4 - 4.5 hours   (was 3.5 - 4 hours in Gray Report)

**Cycle 2: Gray's Andrx 54 mg Release Rate Evaluation**

| Timepoint | Andrx A (mcg/mL) | % Recovery - as used by Gray "(Gray)" | Cum mg Recovered | % Recovery from Total | Quantity of Drug Released (mg) (Excluding 13.5 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) | Quantity of Drug Released (mg) (Excluding 14.85 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 31.45 | 29.12 | 15.73 | 26.27 | 2.23 | - | 0.88 | - |
| 1 - 2 | 36.01 | 33.34 | 18.01 | 30.07 | 2.28 | Yes | 2.28 | Yes |
| 2 - 3 | 46.65 | 43.19 | 23.33 | 38.96 | 5.32 | Yes | 5.32 | Yes |
| 3 - 4 | 59.52 | 55.11 | 29.76 | 49.71 | 6.44 | Yes | 6.44 | Yes |
| 4 - 5 | 72.37 | 67.01 | 36.19 | 60.44 | 6.43 | No | 6.43 | No |
| 5 - 6 | 83.59 | 77.40 | 41.80 | 69.81 | 5.61 | No | 5.61 | No |
| 6 - 7 | 95.19 | 88.74 | 47.60 | 79.50 | 5.80 | Yes | 5.80 | Yes |
| 7 - 8 | 103.45 | 95.79 | 51.73 | 86.40 | 4.13 | No | 4.13 | No |
| 8 - 9 | 109.05 | 100.97 | 54.53 | 91.07 | 2.80 | No | 2.80 | No |
| 10 - 11 | 111.74 | 103.46 | 55.87 | 93.32 | 1.35 | No | 1.35 | No |
| 11 - 12 | 114.67 | 106.18 | 57.34 | 95.77 | 1.47 | Yes | 1.47 | Yes |
| 12 - 13 | 116.25 | 107.64 | 58.13 | 97.09 | 0.79 | No | 0.79 | No |
| 24.00 | 119.74 | 110.87 | 59.87 | 100.00 | 1.75 | Yes | 1.75 | Yes |

T90 Occurs Between 8-9 Hours; Midpoint of T90 Occurs Between 4 - 4.5 hours   (was 3.5 - 4 hours in Gray Report)

| Timepoint | Andrx B (mcg/mL) | % Recovery - as used by Gray "(Gray)" | Cum mg Recovered | % Recovery from Total | Quantity of Drug Released (mg) (Excluding 13.5 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) | Quantity of Drug Released (mg) (Excluding 14.85 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 26.96 | 24.96 | 13.48 | 23.49 | 0.00 | - | 0.00 | - |
| 1 - 2 | 33.06 | 30.61 | 16.53 | 28.80 | 3.03 | Yes | 1.68 | Yes |
| 2 - 3 | 43.87 | 40.62 | 21.94 | 38.22 | 5.41 | Yes | 5.41 | Yes |
| 3 - 4 | 57.27 | 53.03 | 28.64 | 49.89 | 6.70 | Yes | 6.70 | Yes |
| 4 - 5 | 69.61 | 64.45 | 34.81 | 60.64 | 6.17 | No | 6.17 | No |
| 5 - 6 | 80.32 | 74.37 | 40.16 | 69.97 | 5.36 | No | 5.36 | No |
| 6 - 7 | 92.24 | 85.40 | 46.12 | 80.36 | 5.96 | Yes | 5.96 | Yes |
| 7 - 8 | 99.05 | 91.71 | 49.53 | 86.29 | 3.41 | No | 3.41 | No |
| 8 - 9 | 105.06 | 97.28 | 52.53 | 91.52 | 3.01 | No | 3.01 | No |
| 10 - 11 | 109.52 | 101.41 | 54.76 | 95.41 | 2.23 | No | 2.23 | No |
| 11 - 12 | 111.59 | 103.32 | 55.80 | 97.21 | 1.03 | No | 1.03 | No |
| 12 - 13 | 112.54 | 104.20 | 56.27 | 98.04 | 0.48 | No | 0.48 | No |
| 24.00 | 114.79 | 106.29 | 57.40 | 100.00 | 1.13 | Yes | 1.13 | Yes |

T90 Occurs Between 8-9 Hours; Midpoint of T90 Occurs Between 4 - 4.5 hours   (was 3.5 - 4 hours in Gray Report)

| Timepoint | Andrx C (mcg/mL) | % Recovery - as used by Gray "(Gray)" | Cum mg Recovered | % Recovery from Total | Quantity of Drug Released (mg) (Excluding 13.5 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) | Quantity of Drug Released (mg) (Excluding 14.85 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 24.78 | 22.94 | 12.39 | 22.08 | 0.00 | -- | 0.00 | -- |
| 1 - 2 | 30.78 | 28.50 | 15.39 | 27.43 | 1.89 | Yes | 0.54 | Yes |
| 2 - 3 | 41.97 | 38.86 | 20.99 | 37.40 | 5.60 | Yes | 5.60 | Yes |
| 3 - 4 | 55.00 | 50.93 | 27.50 | 49.01 | 6.52 | Yes | 6.52 | Yes |
| 4 - 5 | 66.93 | 61.97 | 33.47 | 59.64 | 5.97 | No | 5.97 | No |
| 5 - 6 | 77.31 | 71.58 | 38.66 | 68.89 | 5.19 | No | 5.19 | No |
| 6 - 7 | 88.56 | 82.00 | 44.28 | 78.92 | 5.63 | Yes | 5.63 | Yes |
| 7 - 8 | 97.57 | 90.34 | 48.79 | 86.95 | 4.50 | No | 4.50 | No |
| 8 - 9 | 103.46 | 95.80 | 51.73 | 92.19 | 2.95 | No | 2.95 | No |
| 10 - 11 | 107.54 | 99.57 | 53.77 | 95.83 | 2.04 | No | 2.04 | No |
| 11 - 12 | 109.56 | 101.44 | 54.78 | 97.63 | 1.01 | No | 1.01 | No |
| 12 - 13 | 110.01 | 101.86 | 55.01 | 98.03 | 0.23 | No | 0.23 | No |
| 24.00 | 112.22 | 103.91 | 56.11 | 100.00 | 1.11 | Yes | 1.11 | Yes |

T90 Occurs Between 8-9 Hours; Midpoint of T90 Occurs Between 4 - 4.5 hours    (was 3.5 - 4 hours in Gray Report)

| Timepoint | Andrx D (mcg/mL) | % Recovery - as used by Gray "(Gray)" | Cum mg Recovered | % Recovery from Total | Quantity of Drug Released (mg) (Excluding 13.5 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) | Quantity of Drug Released (mg) (Excluding 14.85 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 24.43 | 22.62 | 12.22 | 22.02 | 0.00 | -- | 0.00 | -- |
| 1 - 2 | 31.94 | 29.57 | 15.97 | 28.79 | 2.47 | Yes | 1.12 | Yes |
| 2 - 3 | 42.91 | 39.73 | 21.46 | 38.68 | 5.49 | Yes | 5.49 | Yes |
| 3 - 4 | 55.93 | 51.79 | 27.97 | 50.42 | 6.51 | Yes | 6.51 | Yes |
| 4 - 5 | 67.33 | 62.34 | 33.67 | 60.70 | 5.70 | No | 5.70 | No |
| 5 - 6 | 77.82 | 72.06 | 38.91 | 70.15 | 5.25 | No | 5.25 | No |
| 6 - 7 | 87.65 | 81.16 | 43.83 | 79.01 | 4.92 | No | 4.92 | No |
| 7 - 8 | 95.69 | 88.60 | 47.85 | 86.26 | 4.02 | No | 4.02 | No |
| 8 - 9 | 101.76 | 94.22 | 50.88 | 91.73 | 3.04 | No | 3.04 | No |
| 10 - 11 | 104.79 | 97.03 | 52.40 | 94.46 | 1.52 | No | 1.52 | No |
| 11 - 12 | 107.37 | 99.42 | 53.69 | 96.79 | 1.29 | No | 1.29 | No |
| 12 - 13 | 109.27 | 101.18 | 54.64 | 98.50 | 0.95 | No | 0.95 | No |
| 24.00 | 110.93 | 102.71 | 55.47 | 100.00 | 0.83 | No | 0.83 | No |

T90 Occurs Between 8-9 Hours; Midpoint of T90 Occurs Between 4 - 4.5 hours

| Timepoint | Andr E (mcg/mL) | % Recovery - as used by Gray "(Gray)" | Cum mg Recovered | % Recovery from Total | Quantity of Drug Released (mg) (Excluding 13.5 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) | Quantity of Drug Released (mg) (Excluding 14.85 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 25.68 | 23.78 | 12.84 | 22.59 | 0.00 | - | 0.00 | - |
| 1 - 2 | 32.48 | 30.07 | 16.24 | 28.57 | 2.74 | Yes | 1.39 | Yes |
| 2 - 3 | 43.99 | 40.73 | 22.00 | 38.69 | 5.76 | Yes | 5.76 | Yes |
| 3 - 4 | 57.65 | 53.38 | 28.83 | 50.71 | 6.83 | Yes | 6.83 | Yes |
| 4 - 5 | 69.75 | 64.58 | 34.88 | 61.35 | 6.05 | No | 6.05 | No |
| 5 - 6 | 80.08 | 74.15 | 40.04 | 70.44 | 5.16 | No | 5.16 | No |
| 6 - 7 | 91.04 | 84.30 | 45.52 | 80.08 | 5.48 | Yes | 5.48 | Yes |
| 7 - 8 | 97.47 | 90.25 | 48.74 | 85.73 | 3.22 | No | 3.22 | No |
| 8 - 9 | 103.31 | 95.66 | 51.66 | 90.87 | 2.92 | No | 2.92 | No |
| 10 - 11 | 107.34 | 99.39 | 53.67 | 94.41 | 2.02 | No | 2.02 | No |
| 11 - 12 | 110.62 | 102.43 | 55.31 | 97.30 | 1.64 | No | 1.64 | No |
| 12 - 13 | 110.76 | 102.56 | 55.38 | 97.42 | 0.07 | No | 0.07 | No |
| 24.00 | 113.69 | 105.27 | 56.85 | 100.00 | 1.46 | Yes | 1.46 | Yes |

T90 Occurs Between 8-9 Hours; Midpoint of T90 Occurs Between 4 - 4.5 hours

(was 3.5 - 4 hours in Gray Report)

| Timepoint | Andr F (mcg/mL) | % Recovery - as used by Gray "(Gray)" | Cum mg Recovered | % Recovery from Total | Quantity of Drug Released (mg) (Excluding 13.5 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) | Quantity of Drug Released (mg) (Excluding 14.85 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 26.51 | 24.55 | 13.26 | 23.23 | 0.00 | - | 0.00 | - |
| 1 - 2 | 30.08 | 27.85 | 15.04 | 26.36 | 1.54 | Yes | 0.19 | Yes |
| 2 - 3 | 40.77 | 37.75 | 20.39 | 35.72 | 5.35 | Yes | 5.35 | Yes |
| 3 - 4 | 53.76 | 49.78 | 26.88 | 47.10 | 6.50 | Yes | 6.50 | Yes |
| 4 - 5 | 66.31 | 61.40 | 33.16 | 58.10 | 6.28 | No | 6.28 | No |
| 5 - 6 | 77.10 | 71.39 | 38.55 | 67.55 | 5.40 | No | 5.40 | No |
| 6 - 7 | 88.48 | 81.93 | 44.24 | 77.53 | 5.69 | Yes | 5.69 | Yes |
| 7 - 8 | 97.38 | 90.17 | 48.69 | 85.32 | 4.45 | No | 4.45 | No |
| 8 - 9 | 103.27 | 95.62 | 51.64 | 90.48 | 2.95 | No | 2.95 | No |
| 10 - 11 | 107.18 | 99.24 | 53.59 | 93.91 | 1.96 | No | 1.96 | No |
| 11 - 12 | 111.37 | 103.12 | 55.69 | 97.58 | 2.10 | Yes | 2.10 | Yes |
| 12 - 13 | 111.67 | 103.40 | 55.84 | 97.84 | 0.15 | No | 0.15 | No |
| 24.00 | 114.13 | 105.68 | 57.07 | 100.00 | 1.23 | Yes | 1.23 | Yes |

T90 Occurs Between 8-9 Hours; Midpoint of T90 Occurs Between 4 - 4.5 hours

(was 3.5 - 4 hours in Gray Report)

**Average of Gray's Andrx 54 mg Release Rate Evaluation pH=7.5**
(See exhibit HH)

| Timepoint | Andrx (mcg/mL) Average | % Recovery as used by Gray "(Gray)" | Cum mg Recovered | % Recovery from Total | Quantity of Drug Released (mg) (Excluding 13.5 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) | Quantity of Drug Released (mg) (Excluding 14.85 mg IR) | Ascending Release Rate Occurrence (Relative to Preceeding Interval) |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 26.52 | 24.55 | 13.26 | 23.18 | 0.00 | - | 0.00 | - |
| 1 - 2 | 32.28 | 29.89 | 16.14 | 28.22 | 2.64 | Yes | 1.29 | Yes |
| 2 - 3 | 43.21 | 40.01 | 21.60 | 37.77 | 5.46 | Yes | 5.46 | Yes |
| 3 - 4 | 56.27 | 52.10 | 28.13 | 49.19 | 6.53 | Yes | 6.53 | Yes |
| 4 - 5 | 68.50 | 63.43 | 34.25 | 59.88 | 6.12 | No | 6.12 | No |
| 5 - 6 | 79.18 | 73.31 | 39.59 | 69.22 | 5.34 | No | 5.34 | No |
| 6 - 7 | 90.47 | 83.76 | 45.23 | 79.08 | 5.64 | Yes | 5.64 | Yes |
| 7 - 8 | 98.93 | 91.60 | 49.47 | 86.49 | 4.23 | No | 4.23 | No |
| 8 - 9 | 104.95 | 97.18 | 52.48 | 91.75 | 3.01 | No | 3.01 | No |
| 10 - 11 | 108.90 | 100.83 | 54.45 | 95.20 | 1.97 | No | 1.97 | No |
| 11 - 12 | 111.28 | 103.04 | 55.64 | 97.28 | 1.19 | No | 1.19 | No |
| 12 - 13 | 111.91 | 103.62 | 55.95 | 97.83 | 0.31 | No | 0.31 | No |
| 24.00 | 114.39 | 105.92 | 57.20 | 100.00 | 1.24 | Yes | 1.24 | Yes |

T90 Occurs Between 8-9 Hours; Midpoint of T90 Occurs Between 4 - 4.5 hours     (was 3.5 - 4 hours in Gray Report)