UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

-----------------------------------------------------------------X
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
 )
       Plaintiffs ) CIVIL ACTION NO.
 )
       v. ) 05-CV-0642
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
 )
       Defendants. )
-----------------------------------------------------------------X

**COMPENDIUM OF EXHIBITS TO DEFENDANTS'
PRETRIAL SUBMISSIONS**

# REDACTED PUBLIC VERSION

                                            William J. Cattie, III
                                            I. D. No. 953
                                            **RAWLE & HENDERSON, LLP**
                                            300 Delaware Avenue, Suite 1015
                                            P. O. Box 588
                                            Wilmington, DE 19899-0588
                                            (302) 778-1200
                                            Attorney for Defendant
                                            ANDRX PHARMACEUTICALS, LLC
                                            ANDRX CORPORATION

Dated:       December 3, 2007