# DTX 13 Confidential

# Redacted