

ISSUE CLASSIFICATION

| Class | Subclass |
|---|---|

60 '031741

PROVISIONAL
APPLICATION
NUMBER

60 '031741

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 60/031,741 | 11/25/96 | | | | |
| PROVISIONAL | | | | | |

APPLICANTS

LARRY G. HAMEL, MOUNTAIN VIEW, CA; ATUL D. AYER, PALO ALTO, CA; JERI D.
WRIGHT, DUBLIN, CA; ANDREW LAM, SAN FRANCISCO, CA; PADMAJA SHIVANAND,
MOUNTAIN VIEW, CA.

**CONTINUING DATA************************
VERIFIED

**FOREIGN/PCT APPLICATIONS***********
VERIFIED

FOREIGN FILING LICENSE GRANTED 01/08/97

| Foreign priority claimed | ☐ yes ☐ no | | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met | ☐ yes ☐ no | | | CA | 3 | | | $150.00 | ARC-2421-P1 |
| Verified and Acknowledged | Examiner's Initials | | | | | | | | |

ADDRESS

PAUL L. SABATINE
ALZA CORPORATION
950 PAGE MILL ROAD
P.O. BOX 10950
PALO ALTO CA 94303-0802

TITLE

ASCENDING-DOSE DOSAGE FORM

U.S. DEPT. OF COMM./PAT. & TM—PTO-436L (Rev.12-94)

EXHIBIT
DX 47

Form PTO-1625
(Rev. 5/95)

(FACE)

DTX 60

Alza v. Andrx
C.A. No. 05-642-JJF

BAR CODE LABEL

## U.S. PATENT APPLICATION

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 60/031,741 PROVISIONAL | 11/25/96 | | |

APPLICANT

LARRY G. HAMEL, MOUNTAIN VIEW, CA; ATUL D. AYER, PALO ALTO, CA; JERI D. WRIGHT, DUBLIN, CA; ANDREW LAM, SAN FRANCISCO, CA; PADMAJA SHIVANAND, MOUNTAIN VIEW, CA.


**CONTINUING DATA*********************
    VERIFIED



**FOREIGN/PCT APPLICATIONS***********
    VERIFIED



FOREIGN FILING LICENSE GRANTED 01/08/97

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CA | 3 | | | $150.00 | ARC-2421-P1 |

ADDRESS

PAUL L SABATINE
ALZA CORPORATION
950 PAGE MILL ROAD
P O BOX 10950
PALO ALTO CA 94303-0802

TITLE

ASCENDING-DOSE DOSAGE FORM

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date

Certifying Officer



PATENT APPLICATION

60031741

CONTENTS

1. Application papers
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.

(FRONT)

3/0

A / PROVI —
60/031741

"Express Mail" Mailing Label No. TB 069 196 933

Date of Deposit NOVEMBER 25, 1996

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR § 1.10 on the date indicated above and is addressed to: BOX PROVISIONAL PATENT APPLICATION, Assistant Commissioner for Patents, Washington, DC. 20231

RENEE A. RAFFA
Typed or Printed Name of Person Mailing Paper or Fee

Signature of Person Mailing Paper or Fee

### PROVISIONAL APPLICATION FOR PATENT COVER SHEET

This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(b)(2).

| | | |
|---|---|---|
| | Dkt No.<br>ARC 2421 P 1 | Type a plus sign + inside this box → |

#### INVENTOR(S)/APPLICANT(S)

| LAST NAME | FIRST NAME | MIDDLE INITIAL | RESIDENCE (CITY AND EITHER STATE OF FOREIGN COUNTRY) |
|---|---|---|---|
| HAMEL | LARRY | | MOUNTAIN VIEW, CALIFORNIA CA |
| AYER | ATUL | | PALO ALTO, CALIFORNIA CA |
| WRIGHT | JEBL | | DUBLIN, CALIFORNIA CA |
| LAM | ANDREW | NMI | SAN FRANCISCO, CALIFORNIA CA |
| SHIVANAND | PADMAJA | NMI | MOUNTAIN VIEW, CALIFORNIA CA |

#### TITLE OF THE INVENTION (280 characters max)

ASCENDING-DOSE DOSAGE FORM

#### CORRESPONDENCE ADDRESS

PAUL L. SABATINE
ALZA CORPORATION
950 PAGE MILL ROAD
PO BOX 10950
PALO ALTO

| STATE: CA | ZIP CODE: 94303-0802 | COUNTRY: USA |
|---|---|---|

#### ENCLOSED APPLICATION PARTS (check all that apply)

| X Specification | Number of Pages: 50 |
|---|---|
| X Drawing(s) | Number of Pages: 3 |
| __ Small Entity Statement | |
| __ Other (specify): | |

#### METHOD OF PAYMENT (check one)

__ A check or money order is enclosed to cover the Provisional filing fees

| X The Commissioner is hereby authorized to charge filing fees and credit Deposit<br>Account Number: 01-1173 | PROVISIONAL FILING FEE AMOUNT $150.00 |
|---|---|

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

__X__ No

____ Yes, the name of the US Government agency and the Government contract number are:

Respectfully submitted,

DATE: NOVEMBER 25, 1996

By: _____
PAUL L. SABATINE
Registration No. 22,536

H:\PATENTS\2007.PAT 7/18/95 CLM

60 031741
ARC 2421 P1



1

ASCENDING-DOSE DOSAGE FORM

FIELD OF THE INVENTION

5       This invention relates to a dosage form for delivering an increasing dose of

drug. The invention concerns further a dosage form for delivering an increasing

dose of drug per unit time over an extended time for continuous effective therapy.

The invention pertains additionally to a novel longitudinal dosage form comprising a

lengthwise dimension greater than its diameter-wise dimension for delivering an

10     increased dose of drug over a sustained period of therapy. The invention concerns

further a method for delivering a dose of drug from the dosage form provided by this

invention in an ascending dose for a known therapeutic purpose.


BACKGROUND OF THE INVENTION

15

       For a long time, from antiquity to the present, pharmacy and medicine in all

societies used medicines as chemotherapeutics, cancer chemotherapeutics, antiviral

therapeutics, for treating neurological maladies, as immunosuppressive drugs, for

pain relief, for managing mood, thought, feeling, behavior, psychological personality

20     and pharmacological benefits. The medicines used in these therapies are

represented by analgesics, antineoplastics, cytoprotectives, vasomodifiers, opioids,

barbiturates, hypnotics, central nervous system stimulants, psychostimulants,

psychodepressants, alcohols, cannabinoids, catecholamines, and therapies known

in the United States Pharmacopeia, 1997 Ed. While these medicines or therapies

25     have a benefit, a serious problem, called tolerance, is associated with their use. The

development of tolerance to a drug results from adaptive changes within the affected

patient, such that the therapeutic response is reduced in the presence of the same

dose of drug. Tolerance to some drugs, for example, to opioids, is characterized by

a shortened duration and decreased intensity of the therapeutic effect. Most of the

30     tolerance seen with many drugs is due to adaptation of cells in the nervous system

ARC 2421 P1

2

to the drug's in vivo action, as noted in <u>The Pharmacological Basis of Therapeutics</u>, Goodman and Gilman, 7th Ed., p. 534 (1940).

In the broad practice of medicine to which this invention is relevant, one class of these drugs that has become the standard intervention for the management of behavior and personality, including attention deficit disorders, is the central nervous system stimulants. While this invention presents the central nervous system acting drugs in detail, it is understood the invention is generic and it embraces drugs broadly as administered by the dosage form, and the mode and the manner of this invention.

The benefits perceived by health-care providers, physicians, psychiatrists, psychologists, social workers, and clinicians are dramatic for central nervous system drugs, and this has resulted in the widespread and accepted use of the central nervous system acting drugs to treat attention deficit disorder. In the latest period for collecting data, 1996, it was observed that about two percent of the school-aged female population and about six percent of the school-aged male population, for a total of about two million patients, were administered medication for attention deficit disorder.

Prior to this invention, drugs including opioids, barbiturates, hypnotics, central nervous system stimulants, central nervous system depressants, psychostimulants, alcohols, cannabinoids, catecholamines and other drugs were administered by a standard pharmaceutical dosage form. For example, one prior art dosage form for administering a drug consists in using an immediate release tablet containing the drug. This immediate release form delivers the drug by instant dumping of the drug and produces uneven blood levels characterized by peaks and valleys. For an immediate-release dosage form containing a drug that has a rapid onset and a short half-life, this drug may need multiple doses each day and this can result in swings in blood levels as the medication loses its therapeutic effect. This type of dosage form does not provide the needed therapy over an extended time.

ARC 2421 P1

3

Another prior art dosage form for dispensing a drug is the sustained-release dosage form. The sustained-release dosage form delivers a drug in a nonascending profile, often in a descending profile, over time. This dosage form, however, may not provide the required therapy and the appropriate blood pattern. For drugs, such as the central nervous system acting drugs, that are delivered from a sustained-release, nonascending dosage form, the patient often develops an acute tolerance to the drug which is manifested by a short duration and a decrease in the intensity needed for acceptable therapy. The prior art sustained-release dosage form is devoid of means that compensate for its shortcomings inherent therein.

The above presentation teaches that a critical and pressing need exists for a novel dosage form for delivering a drug that overcomes the shortcomings known to the prior art. That is, a long-felt need exists for a dosage form for (1) delivering a drug in a sustained-ascending rate that simultaneously reduces or eliminates the need for frequency of daily dosing; for (2) delivering a drug in a sustained-compensating dose to substantially compensate for acute tolerance to the drug and thereby maintain a preselected clinical profile; for (3) administering the drug in an increasing dose to lessen or eliminate acute or chronic tolerance to the drug to provide effective therapy; and (4) for delivering the drug in a sustained, ascending-controlled profile clinically indicated for both medical and psychomedical effects.

<u>OBJECTS OF THE INVENTION</u>

Accordingly, in view of the above presentation, it is an immediate object of this invention to provide a novel and unique dosage form that overcomes the shortcomings known to the prior art and thereby makes an advancement in the drug dispensing art.

Another object of the invention is to make available to the medical and mental health arts a novel and unique dosage form that provides an ascending dose of drug over a sustained time.

ARC 2421 P1

4

Another object of the invention is to provide a dosage form for maintaining the therapeutic effect of a drug in a patient that acquires a tolerance to the drug, wherein the dosage form comprises a dose of drug that is released in an ascending dose to a patient that acquired tolerance to the drug to lessen the effect of tolerance and
5  concomitantly provide the intended therapy.

Another object of the invention is to provide a dosage form for maintaining the therapeutic effect of a drug in a patient that acquired acute tolerance to the drug, wherein the dosage form is designed and shaped as a tablet for oral administration and delivers to a patient the drug in a dosage form controlled, increasing dose to
10  compensate for the acute tolerance associated with this drug.

Another object of the invention is to provide a dosage form designed and shaped as an osmotic tablet for oral administration into the gastrointestinal tract, comprising a dose of drug for administering to a patient that acquires chronic tolerance to the drug, for administering the drug in a controlled increasing dose, to
15  provide drug compensation for the acquired chronic tolerance associated with the drug.

Another object of the invention is to make available a dosage form comprising a length greater than its thickness for lessening the incidence of acquired tolerance in a patient, wherein the dosage form is characterized by administering the drug in a
20  sustained and increasing dose over time to produce the intended therapeutic effect.

Another object of the invention is to provide a dosage form manufactured as a longitudinal tablet possessing a lengthwise dimension in excess of its diameter-wise dimension for administering a drug selected from the group consisting of an opioid, barbiturate, hypnotic, central nervous system stimulant, central nervous system
25  depressant, psychostimulant, cannabinoid and catecholamine in a controlled, changing dose that overcomes the shortcomings known to the prior art.

Another object of the invention is to make available a method for lessening the incidence of acquired tolerance in a patient administered a drug that develops tolerance in the patient, wherein the method comprises an improvement by

ARC 2421 P1

5

administering a dosage form manufactured initially as a compressed tablet that in operation in a fluid environment dispenses a drug in a sustained and increasing dose to substantially lessen the unwanted effects of tolerance and to produce the intended therapy over four hours to thirty hours.

5    Another object of the invention is to make available a dosage form, designed as an oral pharmaceutically acceptable tablet, comprising a first layer of drug and a second layer that pushes the first layer from the tablet, to provide a sustained and ascending dose of drug.

Another object of the present invention is to make available a method for
10   administering a drug in a sustained and increasing dose by administering an osmotic dosage tablet comprising a drug composition that delivers the drug in an initial concentration, followed by a second, higher concentration from the original drug composition to effect a sustained and ascending dose of drug.

Another object of the invention is to make available a dosage form
15   manufactured as an osmotic tablet comprising a single composition containing a drug administered in a sustained and ascending dose profile over time.

Another object of the invention is to make available a dosage form manufactured as an osmotic tablet comprising an immediate-release dose of drug on the exterior of the osmotic tablet, and a prolonged-ascending dose in the interior
20   of the osmotic tablet, which exterior and interior doses operate successively to provide an ascending dose of drug to negate acquired and developed tolerance.

Another object of this invention is to make available a dosage form manufactured as an osmotic oral tablet comprising an immediate dose of drug on the exterior of the osmotic tablet, and an interior bilaminate comprising a drug
25   laminate comprising a dose of drug, and an expandable laminate comprising an expandable hydrogel, which osmotic tablet in operation delivers a dose of drug immediately in up to one hour from the exterior of the osmotic tablet, and a dose of drug in from fifteen minutes up to twenty-four hours from the interior of the osmotic tablet by the expandable laminate pushing the interior drug from the osmotic tablet,

ARC 2421 P1

6

whereby through the combined operations of the exterior dose, the interior laminate, and the expandable laminate, the osmotic tablet provides an ascending dose of drug for therapy over time.

These objects, as well as other objects, features and advantages of this
5    invention will become more apparent from the following detailed disclosure of the invention accompanied by the accompanying claims.

## BRIEF DESCRIPTION OF THE DRAWING FIGURES

10    Figure 1 illustrates an ascending release rate profile for a dosage form comprising the drug pseudoephedrine hydrochloride as provided by the invention;

Figure 2 depicts an ascending-increasing dose release rate for a dosage form of the invention comprising the central nervous system stimulating drug methylphenidate hydrochloride; and,
15    Figure 3, depicts the release rate in mg/hr for methylphenidate from a dosage form provided by the invention.

## DETAILED DESCRIPTION OF SPECIFICATION

20    In accordance with the practice of this invention, it has now been discovered a novel dosage form can be made available characterized by an ascending rate of drug delivery over time. The dosage form provided by this invention delivers a drug at a continuously increasing rate for a predetermined period of time. The dosage form of this invention is unexpected and it is a breakaway from the prior art existing
25    dosage form technologies that deliver a drug at a constant zero-order unchanging rate over time. The dosage form of this invention avoids delivery at a zero order rate as it delivers a drug continuously in an ascending rate over time. The profile of the prior art dosage form consists of a short start-up in delivery, followed by a constant unchanged rate. The profile of this invention departs from the prior art by making

ARC 2421 P1

7

available a dosage form wherein the drug release rate follows an ascending profile
to achieve a desired drug delivery pattern. The dosage form of this invention
achieves the ascending pattern by combining the dimensions of the dosage form
with the internal formulation of the dosage form.

5       The dosage form of this invention comprises a wall that surrounds an internal
compartment. The wall of the dosage form comprises a semipermeable composition
permeable to the passage of fluid present in an environment of use, such as the
aqueous biological fluid of the gastrointestinal tract; and the wall is impermeable to
the passage of drug. The wall maintains its physical and chemical integrity during
10   the drug dispensing life of the dosage form. The semipermeable wall comprises a
polymer selected from the poly(cellulose) group consisting of cellulose acylate,
cellulose diacylate, cellulose triacylate, cellulose acetate, cellulose diacetate and
cellulose triacetate. The wall comprises 100 wt% (weight percent) of said
poly(cellulosic) polymer possessing a number-average molecular weight of 15,000 to
15   4,000,000. The wall, in another manufacture, can comprise from 40 wt% to 100 wt%
of the poly(cellulosic) polymer and from 0 to 35 wt% of a hydroxypropylalkylcellulose
selected from the group consisting of hydroxypropylmethylcellulose,
hydroxypropylethylcellulose, hydroxypropylbutylcellulose, and
hydroxypropylpentylcellulose of 9,000 to 240,000 number-average molecular weight;
20   0 to 25 wt% of a hydroxyalkylcellulose comprising a member selected from the
group consisting of hydroxymethylcellulose, hydroxyethylcellulose,
hydroxypropylcellulose, and hydroxybutylcellulose of 7,500 to 200,000 number-
average molecular weight; and 0 to 25 wt% of poly(ethylene glycol) of 190 to 40,000
intrinsic viscosity molecular weight. The total weight of all components comprising
25   the wall is equal to 100 wt%. Wall-forming polymers are known in U.S. Patent Nos.
3,845,770; 3,916,899; 4,036,228; 4,111,202; and 5,178,866.

       The dosage form comprises one or more than one exit in the wall that
connects the exterior of the dosage form with the interior of the dosage form. The
term "exit" as used herein comprises a passageway, orifice, pore, micropore, micro-

ARC 2421 P1

8

opening, hollow fiber, capillary tube, porous overlay, porous insert, and osmotic
opening for dispensing a drug from the dosage form. The exit passageway
embraces further a material that erodes, or is leached from the wall in a fluid
environment of use, such as the gastrointestinal tract. Representative materials for
5    forming an erodible passageway include erodible poly(glycolic) acid, erodible
poly(lactic acid), erodible poly(orthoester), erodible poly(orthocarbonate), erodible
poly(acetal), a gelatinous filament, poly(vinyl alcohol), leachable materials including
fluid removable pore-forming polysaccharides, salts, sugars and oxides. An exit can
be formed by leaching compounds such as sorbitol, lactose or glucose. The exit can
10   have any operative shape such as round, triangular, square, or elliptical. The
dosage form can be provided with one or more passageways close together or in
spaced apart positions on a common surface of the dosage form. Passageways
and equipment for forming an exit are disclosed in U.S. Patent Nos. 3,845,770;
3,916,899; 4,063,064; 4,088,864; 4,200,098; 4,285,987; and 5,178,866.
15         The dosage form comprises internally a first drug layer and a second
expandable layer. The first layer is next to the exit to provide for drug delivery from
the dosage form. The first layer comprises a dose of 240 ng (nanograms) to 700 mg
(milligrams) of drug, and from 1 mg to 200 mg of a pharmaceutically acceptable
carrier. The pharmaceutically acceptable carrier comprises a hydrophilic polymer
20   selected from the group consisting of a poly(alkylene oxide) of 25,000 to 1,000,000
number-average molecular weight where a 5% aqueous solution exhibits a viscosity
at 25°C of 12 to 17,600 cps (centipoise) represented by a member selected from the
group consisting of poly(methylene oxide), poly(ethylene oxide), poly(propylene
oxide), poly(butylene oxide), copolymer poly(ethylene oxide)-poly(propylene oxide);
25   and a blend of two different poly(alkylene oxides), such as a poly(alkylene oxide) of
40,000 to 500,000 molecular weight with a different poly(alkylene oxide) of 40,000 to
500,000 molecular weight, a poly(ethylene oxide) of 100,000 molecular weight with a
poly(ethylene oxide) of 200,000 molecular weight, or a poly(ethylene oxide) of
200,000 molecular weight with a poly(ethylene oxide) of 300,000 molecular weight,

ARC 2421 P1

9

which poly(alkylene oxide) polymers are available from Union Carbide Corp.; 0 mg to
200 mg of a pharmaceutical excipient such as starch, talc, mannitol, sorbitol,
glucose, fructose, polysaccharides or silicon dioxide; 0 mg to 125 mg of a hydrophilic
pharmaceutically acceptable carboxyvinylpolymer, also known as
5   carboxypolyalkylene polymer, possessing a 7,500 to 1,000,000 number-average
molecular weight, including a carboxyvinylpolymer of 450,000 number-average
molecular weight, a carboxyvinylpolymer of 750,000 number-average molecular
weight, a carboxyvinylpolymer of 1,250,000 number-average molecular weight, and
a carboxyvinylpolymer of 3,000,000 number-average number molecular weight, as disclosed
10   in U.S. Patent Nos. 2,798,053; 2,909,462; and 3,825,068, and available as
Carbopol® polymer from B.F. Goodrich Company; and 0 mg to 250 mg of a
pharmaceutically acceptable alkali carboxyalkylcellulose, wherein the alkali is
sodium or potassium represented by sodium carboxymethylcellulose of 10,000 to
7,000,000 viscosity-average number molecular weight, available from the Hercules
15   Corporation; a surfactant selected from 0.0 mg to 7.5 mg of a member selected from
the group consisting of amphoteric, anionic, cationic, and nonionic surfactants, as
represented by sorbitan trioleate, sorbitan tristearate, ethylene glycol fatty acid ester,
polyethylene glycol monostearate, sorbitan sesquioleate, glycerol monostearate,
sorbitan monooleate, propylene glycol monolaurate, sorbitan monostearate,
20   diethylene glycol monolaurate, sorbitan monopalmitate, polyoxyethylene mannitol
dioleate, sorbitan monolaurate, polyoxyethylene lauryl ether, polyoxyethylene
monostearate, polyethylene glycol 400 monostearate, triethanolamine oleate,
polyoxyethylene alkyl phenol, polyethylene alkyl aryl ether, polyoxyethylene sorbitan
monolaurate, polyoxyethylene sorbitan monostearate, polyoxyethylene sorbitan
25   monooleate, polyoxyethylene sorbitan monopalmitate, polyoxyethylene
monostearate, polyoxyethylene sorbitan monolaurate, polyoxyethylene lauryl ether,
sodium oleate, and sodium lauryl sulfate, which surfactants are known in
Pharmaceutical Sciences, Remington, 17th Ed., pp. 1305-1306 (1985); 0 mg to
20 mg of a hydroxypropylalkylcellulose binder selected from the group consisting of

ARC 2421 P1

10

hydroxypropylmethylcellulose, hydroxypropylethylcellulose, hydroxypropylbutylcellulose and hydroxypropylpentylcellulose of 9,000 to 750,000 number-average molecular weight, available from the Dow Chemical Company, and a polyvinylpyrrolidone binder of 7,500 to 350,000 molecular weight; and 0.0 mg to 20

5    mg of a hydroxyalkylcellulose selected from the group consisting of hydroxymethylcellulose, hydroxyethylcellulose, hydroxypropylcellulose, hydroxybutylcellulose and hydroxypentylcellulose of 7,500 to 750,000 weight-average molecular weight, available from Aqualon Company; and 0.01 mg to 5 mg of a lubricant such as stearic acid, magnesium stearate, calcium stearate, potassium

10    oleate, magnesium laureate and calcium palmitate.  The expression "pharmaceutically acceptable" as used herein means the polymer, compound or drug denotes nontoxic and is acceptable for oral administration to a human patient.

        The dosage form comprises a second layer that displaces or pushes the first drug layer through the exit port from the dosage form.  The second layer comprises

15    100 ng to 400 mg of a hydrophilic osmopolymer selected from the group consisting of a poly(alkylene oxide) of 1,500,000 to 10,000,000 number-average molecular weight; or an alkali carboxyalkylcellulose of 1,750,000 to 10,000,000 of viscosity-average number molecular weight; 0 to 100 mg of a hydroxypropylalkylcellulose comprising hydroxypropylmethylcellulose, hydroxypropylethylcellulose,

20    hydroxypropylbutylcellulose and hydroxypropylpentylcellulose of 9,000 to 750,000 number-average molecular weight; 0 to 400 mg, generally 25 mg to 400 mg, of a hydroxyalkylcellulose selected from hydroxymethylcellulose, hydroxyethylcellulose, hydroxypropylcellulose and hydroxybutylcellulose of 7,500 to 1,500,000 number-average molecular weight; from 0 to 250 mg, with a present manufacture of 10 mg to

25    175 mg, of an osmagent, also known as osmotically effective solute, osmotically effective compound, and osmotic agent, including inorganic and organic compounds, selected from the group consisting of magnesium sulfate, magnesium chloride, sodium chloride, lithium chloride, potassium sulfate, sodium sulfate, lithium sulfate, potassium chloride, sodium sulfate, magnesium succinate, tartaric acid;

ARC 2421 P1

11

carbohydrates such as raffinose, sucrose, glucose and lactose; from 0.001 mg to 10
mg of a surfactant selected from the group consisting of amphoteric, anionic,
cationic and nonionic surfactants, present in the first drug layer; 0 mg to 20 mg of a
carboxyvinylpolymer of 7,500 to 10,000 number-average molecular weight, present
5    in the first drug layer; 0 mg to 5 mg of a colorant compound to identify the dosage
form, such as red ferric oxide or black ferric oxide; and 0 mg to 5 mg of a lubricant
including the lubricants presented in the first drug layer.

The dosage form provided by this invention is designed and shaped as a
dosage form tablet. The dosage form tablet comprises a length greater than its
10    width individually. The dosage form tablet comprises a length of 5 mm to 28 mm,
and a width of 2.50 mm to 10 mm. The dosage form tablet provided by this
invention comprises in the second layer 60% to 95% of osmopolymer, or 60% to
95% of a combination comprising an osmopolymer and an osmagent. The high
percent of osmopolymer, or high percent osmopolymer and osmagent composition,
15    joined with the dimensions of the dosage form tablet, enables the dosage form tablet
to make available an ascending delivery of drug for 2 hours to 24 hours.

Representative of a drug present in the drug layer comprises a drug
composition comprising an opioid, barbiturate, hypnotic, central nervous system
acting drug, psychostimulant, psychodepressant, analgesic, alcohol, cannabinoid,
20    and catecholamine. Examples of drugs are central nervous system acting drugs for
the management of attention deficit disorder, including catecholamines and drugs
that can mimic their action. The drugs for this therapy comprise a member selected
from the group consisting of amphetamine, dextroamphetamine, methamphetamine,
methylphenidate, racemic methylphenidate, threomethylphenidate, ethylphenidate,
25    phenylisopropylamine and pemoline. The drugs include racemates, stereoisomers
and enantiomers of a racemic drug. The drugs include their pharmaceutically
acceptable salts, such as a member selected from the group consisting of
hydrochloride, fumarate, sulfate, phosphate, lactate, malate, acetate, tartrate,

ARC 2421 P1

12

hydrobromide, citrate, pamoate, maleate, ascorbate, gluconate, aspartate, and
salicylate.

The invention comprises further, on the external surface of the dosage form, a
coat composition comprising a drug. The coat composition is an external overcoat
5  carried by the dosage form. The external overcoat on the wall of the dosage form
comprises a dose of drug, and the overcoat cooperates with the interior
compartment comprising a dose of drug that delivers the drug, to provide an initial
unexpected ascending drug delivery profile. The overcoat provides an initial dose of
drug followed by a dose of drug from the interior of the dosage form to give an
10  ascending drug delivery profile. The overcoat comprises 10 ng to 100 mg of a drug
that is delivered in up to one hour, followed by the dose from the dosage form. The
dose of drug from the interior is delivered over 24 hours. The overcoat comprises a
drug selected from the group consisting of opioids, barbiturates, hypnotics,
psychostimulants, psychodepressants, central nervous system acting drugs,
15  analgesics and catecholamines. Representative of individual drugs present in the
overcoat comprise a drug selected from the group consisting of amphetamine,
dextroamphetamine, methamphetamine, methylphenidate, racemic
methylphenidate, threomethylphenidate, ethylphenidate, alkylphenidate,
phenylisopropylamine, and pemoline. These drugs include their pharmaceutically
20  acceptable salts such as a member selected from the group consisting of
hydrochloride, sulfate, phosphate, acetate, hydrobromide, pamoate, malate,
maleate, fumarate, ascorbate, tartrate and citrate. Representative of a drug
embodiment present in the overcoat is an alkylphenidate comprising 10 ng to 25 mg
of methylphenidate.

25  The overcoat comprises the drug blended with a pharmaceutically acceptable
carrier. The pharmaceutically acceptable carrier comprises an aqueous, drug-
releasing carrier selected from the group consisting of an alkylcellulose,
methylcellulose, ethylcellulose, hydroxyalkylcellulose, hydroxymethylcellulose,
hydroxypropylcellulose, hydroxyethylcellulose, hydroxybutylcellulose,

ARC 2421 P1

13

hydroxypropylalkylcellulose, hydroxypropylmethylcellulose, hydroxypropylethylcellulose, hydroxypropylbutylcellulose, methyldextrose, acacia, guar gum, pregelatinized starch, propylene glycol alginate and cyclodextrin. The overcoat comprises 0.01 wt% to 15 wt% of the pharmaceutically acceptable carrier. The dosage form overcoat in another manufacture comprises 0.01 wt% to 5 wt% of a member selected from the group consisting of polyethylene glycol, polypropylene glycol, polyvinylpyrrolidone, and acetylated triglycerides. The overcoat provides needed drug therapy, for example, methylphenidate, as the overcoat dissolves or undergoes dissolution in the presence of fluid present in the gastrointestinal tract of

10   a patient. Thus, the overcoat provides drug therapy on oral administration into the patient's drug receiving environment, the gastrointestinal tract, for an immediate therapeutic benefit.

The wall of the dosage form in one manufacture is formed by an air-suspension procedure. This procedure consists of suspending and tumbling

15   compressed bilayer cores in a current of air and wall-forming composition until a wall is applied forming and surrounding an internal compartment containing the bilayer core. The air-suspension procedure is well suited for forming the wall. The air-suspension procedure is described in U.S. Patent Nos. 2,799,241 and 5,082,668. The wall can be formed in an air-suspension coater using cosolvents.

20   Representative cosolvents are: methylene dichloride-methanol, 80:20 wt:wt; or acetone-water cosolvent 85:15, or 90:10, or 95:5, or 99:1 wt:wt, using 1% to 7% solids. Other wall-forming techniques can be used, such as a pan coating system, or a wall forming composition deposited by successive spraying of the composition accompanied by tumbling in a rotating pan. A pan coater may be used to produce

25   thicker walls. A large volume of solvent can be used in a solvent system to produce a thinner wall. Finally, the wall-coated compartment is dried in an oven at 30°C to 50°C for up to a week, or in a humidity controlled oven at 50 RH (relative humidity) and 50°C for 18 hours to 3 days.

ARC 2421 P1

14

The first and second layers of the invention are made by standard manufacturing techniques. For example, in one manufacture the drug and other ingredients are blended and pressed into a solid layer. The drug and the ingredients can be blended with a solvent and mixed into a semisolid or solid formed by
5   conventional methods such as ball-milling, calendering, stirring or roller milling, and then pressed into a preselected shape. The first layer possesses dimensions that correspond to the internal dimensions of the area the layer occupies in the dosage form. It also possesses dimensions corresponding to the second layer for forming a contacting bilayer arrangement therewith. The push layer comprising the
10  osmopolymer, or osmopolymer and osmagent, is placed in contact with the first drug layer. The push layer, a displacement layer for displacing the drug layer from the dosage form, is manufactured using the techniques for providing the first drug layer. The layering of the first drug layer and the second displacement layer can be fabricated by conventional press layering techniques. The bilayered compartment-
15  forming core is surrounded and coated with an outer wall comprising a semipermeable composition. An exit is laser drilled through the wall to contact the first drug layer. The dosage form is optically oriented automatically by the laser equipment for forming the exit passageway.

In another manufacture, the dosage form is manufactured by the wet
20  granulation technique. In the wet granulation technique, for example, the drug and the ingredients comprising a drug layer are blended using an organic solvent, such as isopropyl alcohol-methylene dichloride 80:20 v:v (volume:volume), or methanol-methylene dichloride, as the granulation fluid. Other granulating fluid, such as denatured alcohol 100%, can be used for this purpose. The ingredients forming the
25  drug layer are individually passed through a screen and then thoroughly blended in a mixer. Next, other ingredients comprising the drug layer are dissolved in a portion of the granulation fluid, such as the solvents described above. Then, the latter prepared wet blend is slowly added to the drug blend with continual mixing in the blender. The granulating fluid is added until a wet blend is produced, which wet

ARC 2421 P1

15

mass is forced through a screen onto oven trays. The blend is dried for 7 to 24 hours at 30°C to 50°C. The dry granules are then sized with a screen. Next, a lubricant is passed through a screen and added to the dry screen granule blend. The granulation is put into milling jars and mixed on a jar mill for 1 to 15 minutes.

5   The other drug layer and the displacement layers are made by the same wet granulation techniques. The compositions are pressed into their individual layers in standard presses, such as a layer press.

Another manufacturing process that can be used for providing the compartment-forming compositional layers comprises blending the powdered
10   ingredients for each layer independently in a fluid bed granulator. After the powdered ingredients are dry blended in the granulator, a granulating fluid, for example, poly(vinylpyrrolidone) in water, or in denatured alcohol, or in 95:5 ethyl alcohol/water, or blends of ethanol and water, is sprayed onto the powders. Optionally, the ingredients can be dissolved or suspended in the granulating fluid.
15   The coated powders are then dried in a granulator. This process granulates all the ingredients present therein while adding the granulating fluid. After the granules are dried, a lubricant, such as stearic acid, calcium stearate, magnesium oleate, potassium oleate, or magnesium stearate, is added to the granulator. The granules for each separate layer are then pressed in the manner described above.

20   The dosage form of this invention is manufactured in another manufacture by first mixing a known dose of drug with compositional layer-forming ingredients, and then pressing under one-eighth to three tons the composition into a solid layer possessing dimensions that correspond to the internal dimensions of the compartment of the dosage form. The contacting second layer, comprising an
25   osmopolymer, or an osmopolymer and an osmagent, is manufactured in a like manner. In another manufacture, the first and second layers independently are manufactured by mixing the drug and composition forming ingredients and a solvent into a solid, or into a semisolid, by conventional methods such as ball milling, calendering, stirring or roller milling, and pressed into a layer. Next, the first layer is

ARC 2421 P1

16

placed next to a layer of a displacement composition comprising an osmopolymer and an optional osmagent. Then, the two-layered core is surrounded with a semipermeable wall. The layering of the first layer and the second layer can be accomplished by layer tablet press technique and longitudinal compressed tablet

5   technique. A wall can be applied by molding, spraying or dipping the pressed-shape bilayered core into wall forming materials. Another technique that can be used for applying the wall is the air-suspension coating procedure. This procedure consists in suspending and tumbling the two-layered laminate in a current of air until the wall forming composition surrounds the bilayer. The air-suspension procedure is

10  described in U.S. Patent No. 2,799,241; J. Am. Pharm. Assoc., Vol. 48, pp. 451-459 (1979); and ibid., Vol. 49, pp. 83-84 (1960). Other manufacturing procedures are described in Modern Plastic Encyclopedia, Vol. 46, pp. 62-70 (1969); and in Pharmaceutical Sciences, Remington, 14th Ed., pp. 1626-1979 (1970), published by Mack Publishing Co., Easton, PA.

15      Exemplary solvents suitable for manufacturing the wall, the layer and the wall include inert inorganic and organic solvents. The solvents broadly include members selected from the group consisting of aqueous solvents, alcohols, ketones, esters, ethers, aliphatic hydrocarbons, halogenated solvents, cycloaliphatics, aromatics, heterocyclic solvents and mixtures thereof. Typical solvents include acetone,

20  diacetone alcohol, methanol, ethanol, isopropyl alcohol, butyl alcohol, methyl acetate, ethyl acetate, isopropyl acetate, n-butyl acetate, methyl isobutyl ketone, methyl propyl ketone, n-hexane, n-heptane ethyiene glycol monoethyl ether, ethylene glycol monoethyl acetate, methylene dichloride, ethylene dichloride, propylene dichloride, carbon tetrachloride, chloroform, nitroethane, nitropropane,

25  tetrachloroethane, ethyl ether, isopropyl ether, cyclohexane, cyclooctane, benzene, toluene, naphtha, tetrahydrofuran, diglyme, aqueous and nonaqueous mixtures thereof, such as acetone and water, acetone and methanol, acetone and ethyl alcohol, methylene dichloride and methanol, ethylene dichloride and methanol, and

ARC 2421 P1

17

methylene dichloride and ethanol. The solvents are disclosed in U.S. Patent No. 5,030,456.

## DETAILED DESCRIPTION OF THE EXAMPLES

5      The following examples are illustrative of the present invention, and the examples should not be considered as limiting the scope of the invention in any way, as these examples, and other equivalents thereof, will become apparent to those versed in the art in the light of the present disclosure and the accompanying claims.

10

## EXAMPLE 1

      An osmotic dosage form designed and shaped to deliver a drug that stimulates the central nervous system by administering a drug in an ascending

15    release profile is manufactured as follows: First, a binder solution is prepared as follows: 300 g of poly(vinylpyrrolidone) having a number-average molecular weight of 40,000 is added to a mixing vessel containing 2700 g of distilled water. The mixture is stirred until the poly(vinylpyrrolidone) dissolves in the water and produces a clear solution. Next, a drug formulation is prepared as follows: 6,564 g of

20    poly(ethylene oxide) having a number-average molecular weight of 200,000 is passed through a 40 mesh screen. Then, 3,282 g of the screened poly(ethylene oxide) is placed into the bowl of a fluid bed granulator. Next, 1,024 g of central nervous system acting methylphenidate hydrochloride is placed into the granulator with the poly(ethylene oxide). Then, 100 g poly(vinylpyrrolidone) of number-average

25    molecular weight 40,000 is added to the granulator; then the remaining 3,182 g of poly(ethylene oxide) is added to the granulator. The addition of the dry ingredients into the bowl is performed so that the methylphenidate hydrochloride is located between two layers of poly(ethylene oxide). The granulation is started with the ingredients inside the bowl fluidized for 2 minutes to obtain a uniform mixing of the

ARC 2421 P1

18

powders. Next, the binder solution is sprayed onto the powder bed through nozzles at a spray rate of 100 g/min. During the spraying process, the airflow is maintained at 500 cfm and the temperature kept at 25°C. During the spraying operation, the solution is sprayed for 30 seconds, followed by a shaking time of 10 seconds during

5   which time the powders adhering to the filterbags are dislodged into the granulating chamber. At the end of the spraying operation, the granules are dried in the granulating chamber for an additional 5 to 10 minutes to obtain dry granulation. The methylphenidate hydrochloride granules are passed through a fluid air mill with a 7 mesh screen for size reduction. The screen is U.S. Sieve Series as disclosed in

10  Chemical Engineer's Handbook, Perry, 6th Ed., pp. 21-15 (1984). Next, the screened granules are placed in a blender to which 8 g of magnesium stearate (screened through a 40 mesh screen) and 4 g of powdered butylated hydroxy toluene (screened through a 60 mesh screen) is added to the granules and mixed together.

15      Next, the displacement or push composition is prepared as follows: First a binder solution is prepared by adding 937.5 g of poly(vinylpyrrolidone) of 40,000 number-average molecular weight to 8437.5 g of distilled water. This mixture is stirred until the poly(vinylpyrrolidone) dissolves in water to yield a clear solution. Next, displacement osmotic granules are prepared as follows: First, 13452.5 g of

20  poly(ethylene oxide) having a number-average molecular weight of 7,000,000 is placed into the bowl of a fluid bed granulator. Next, 312.5 g of poly(vinylpyrrolidone) of 40,000 number-average molecular weight is added to the bowl. Then, 10,000 g of osmagent sodium chloride and 250 g of red ferric oxide, which have been milled using a 21 mesh screen, are placed into the bowl. The bowl is attached to the main

25  body of the granulator and the granulation is initiated. Initially, the powder bed inside the bowl is fluidized for 3 minutes to obtain uniform mixing of the powders. Then, the binder solution is sprayed onto the powder bed and the binder solution sprayed thereon at a rate of 240 g/min. During the spraying, the air flow is maintained at 1000 cfm and the temperature kept at 25°C. The solution is sprayed

ARC 2421 P1

19

for 30 seconds, followed by shaking for 10 seconds, during which time the powders adhering to the filterbags can be dislodged into the granulating chamber. At the end of the spraying operation, the granules are dried in the granulating chamber for an additional 10 to 15 minutes to obtain dry granulation. The granules are then passed
5   through an air mill with a 7 mesh screen for size reduction. The granules are then transferred to a blender, and 25 g of magnesium stearate (screened through a 40 mesh screen) and 12.5 g of butylated hydroxy toluene (screened through a 60 mesh screen) are added to the granules and mixed together.

Next, the drug composition comprising the methylphenidate and the
10   displacement osmotic composition are compressed together using an automated tablet compression machine capable of compressing the two layers longitudinally together. First, 110 mg of the methylphenidate composition forming layer is added to the die cavity of 4.7 mm diameter, tamped, and then 132 mg of the displacement osmotic composition is placed into the die and compressed together using 0.2 metric
15   tons of pressure.

Next, a wall-forming composition comprising 90% cellulose acetate having an acetyl content of 39.8%, and 10% poly(ethylene glycol) having an average molecular weight of 3350 is formed around the bilayered core. The semipermeable composition is dissolved in a mixture of acetone and water (90:10 wt:wt) to provide
20   solid composition of the solution at 5%. The compressed bilayered cores are placed into a 61 cm coating pan and the coating solution sprayed onto the cores at a spray rate of 100 ml/min. The temperature is kept at 35°C during the coating process.

Next, one 30 mil (0.76 mm) orifice is drilled through the semipermeable wall connecting the drug composition with the exterior of the dosage form. The residual
25   solvent is removed by drying at 45°C and 45% relative humidity in an oven for 48 hours. At the end of the drying cycle, the humidity is turned off, and the dosage forms are dried at 45°C for an additional 4 hours.

The dosage form prepared according to this example comprises a first drug layer comprising 110 mg consisting of 14.08 mg of methylphenidate, 90.26 mg of

ARC 2421 P1

20

poly(ethylene oxide) of 200,000 number-average molecular weight, 5.5 mg of
poly(vinylpyrrolidone) of 40,000 number-average molecular weight, 0.11 mg of
magnesium stearate, and 0.055 mg of butylated hydroxy toluene.  The dosage form
displacement layer 2 comprises 132 mg composed of 71.032 mg of poly(ethylene
5   oxide) of 7,000,000 number-average molecular weight, 52.8 mg of osmagent sodium
chloride, 6.6 mg of poly(vinylpyrrolidone) of 40,000 number-average molecular
weight, 1.32 mg of red ferric oxide, 0.132 mg of magnesium stearate, and 0.066 mg
of butylated hydroxy toluene.  The semipermeable wall weighed 17 mg and
comprised 15.3 mg of cellulose acetate consisting of 39.8% acetyl content, and 1.7
10  mg of poly(ethylene glycol) of 3350 number-average molecular weight.  The dosage
form possessed a 30 mil (0.76 mm) orifice.

    The dosage form delivered methylphenidate in an ascending release rate.
The dosage from delivered 0.22 mg in the first hour, 1.45 mg in the second hour,
1.72 mg in the third hour, 1.84 mg in the fourth hour, 2.05 mg in the fifth hour,
15  2.21 mg in the sixth hour, 2.13 mg in the seventh hour, 1.26 mg in the eighth hour,
0.39 mg in the ninth hour, and 0.09 mg in the tenth hour, with a residual of 0.72 mg
in the dosage form.


                                EXAMPLE 2

20

    The procedure of Example 1 is followed with the processing steps as
previously described, except the drug in this example is a member selected from the
group consisting of pemoline, deanol, deanol acetamidobenzoate, benzphetamine
hydrochloride, deanol aceglumate, clortermine, diethylpropion, fenfluramine,
25  dextroamphetamine phosphate, and dextroamphetamine sulfate.

ARC 2421 P1

21

EXAMPLE 3

An osmotic dosage form adapted, designed and shaped as an oral tablet for delivering a drug with an ascending release profile is manufactured as follows: First, a composition is prepared by passing through a 40 mesh screen 393.85 g of poly(ethylene oxide) having a molecular weight of about 300,000. Then 63.65 g of drug selected from the group consisting of amphetamine sulfate, difluanine hydrochloride, flubanilate, mefexamide, methamphetamine, pseudoephedrine and pyrovalerone hydrochloride; 15.00 g of polyoxyl 40 stearate; and 25.00 g of hydroxypropylmethylcellulose having a number-average molecular weight of 11,200 are screened to 40 mesh and then added to the poly(ethylene oxide). The four ingredients are mixed for about 10 minutes in a conventional mixer. Then 50 ml of denatured, anhydrous ethanol is slowly added to the mixer and the mixing continued for an additional 10 minutes. The wet granulation is passed through a 20 mesh screen, dried at room temperature for 16 hours, and passed again through a 20 mesh screen. Finally, 2.5 g of magnesium stearate is added to the granulation and all the ingredients mixed for an additional 3 minutes.

Next, a second displacement composition is prepared by mixing 267.5 g of poly(ethylene oxide) having a number-average molecular weight of 7,000,000 with 175 g (35%) of osmagent sodium chloride; 25 g of Carbomer® 934, a carboxyvinyl polymer possessing a 3,000,000 number-average molecular weight, disclosed in U.S. Patent Nos. 3,074,852, 3,634,584, and 4,248,847, commercially available from BF Goodrich Chemicals, Cleveland, OH; and 5 g of red iron oxide. The homogenous blend is passed through a 40 mesh screen, and 25 g of hydroxypropylmethylcellulose having a number-average molecular weight of 11,200 is added to all the ingredients. The ingredients are blended in a conventional planetary mixer for 10 minutes. Then, 50 ml of denatured, anhydrous ethanol is slowly added to the blending mixture and all the ingredients mixed for an additional 5

ARC 2421 P1

22

minutes. The freshly prepared wet granulation is passed through a 20 mesh screen, allowed to dry at room temperature for 16 hours, and again passed through a 20 mesh screen. The screened granulation is mixed with 2.5 g of magnesium stearate for 3 minutes.

5    A laminating press is used to form the bilaminate. First, 110 mg of the first drug composition is added to a 4.7 mm die cavity and tamped. Then, 115 mg of the second expandable composition is added to the die cavity, and the two separate compositions pressed into a bilaminated core under 1/2 ton of pressure.

Next, the bilaminated core is surrounded with a semipermeable wall. The 10  wall-forming composition comprises 95% cellulose acetate having an acetyl content of 39.8%, and 5% polyethylene glycol having a molecular weight of 3350. The wall forming composition is dissolved in acetone:water (90:10 wt:wt) solvent to make a 5% solids solution. Then, 22 mg of the wall forming composition is sprayed onto and around this bilaminate in a Hi-Coater pan coater. Then, a 30 mil (0.76 mm) exit 15  orifice is drilled by laser or mechanical drill in the center of the drug laminate side of the osmotic device. The residual solvent is removed by drying for 48 hours at 50°C and 50% relative humidity, followed by one hour drying at 50°C.

A dosage form prepared by this example comprises a 110 mg drug layer comprising 12.73 wt% pseudoephedrine hydrochloride, 78.77 wt% poly(ethylene 20  oxide) of 300,000 number-average molecular weight, 5 wt% hydroxypropylmethylcellulose of 11,200 number-average molecular weight, 3 wt% polyoxyl 40 stearate and 0.5 wt% magnesium stearate. The 115 mg displacement layer comprises 53.5 wt% poly(ethylene oxide) possessing a 7,000,000 number-average molecular weight, 5 wt% hydroxypropylmethylcellulose possessing 11,200 25  number-average molecular weight, 35 wt% sodium chloride, 0.5 wt% magnesium stearate, 5 wt% Carbopol® carboxyvinylpolymer, and 1 wt% red ferric oxide. The semipermeable wall comprises 20.9 mg of cellulose acetate of 39.8% acetyl content and 1.1 mg of poly(ethylene glycol) of 4,000 number-average molecular weight. The

ARC 2421 P1

23

dosage form comprises a 30 mil orifice (0.76 mm) and exhibits the ascending
release rate profile seen in accompanying Figure 1.

EXAMPLE 4

5      A dosage form designed and adapted as a tablet for the oral administration of
methylphenidate pharmaceutically acceptable salt in an ascending release profile is
manufactured as follows:  First, 163.4 g of poly(ethylene oxide) having an average
molecular weight of 200,000 is passed through a 40 mesh screen and placed into
10     the bowl of a conventional planetary mixer.  Next, 25.6 g of methylphenidate
hydrochloride is weighed and placed into the bowl containing the poly(ethylene
oxide).  Next, 10 g of hydroxypropylmethylcellulose possessing a 11,200 molecular
weight is passed through a 40 mesh screen and placed into the bowl containing the
poly(ethylene oxide) and methylphenidate hydrochloride.  Next, 0.5 g of FD&C Blue
15     Dye No. 1 is placed into the bowl of the mixer.  The four ingredients are blended
together in the planetary mixer for 10 minutes.  Next, 100 ml of denatured anhydrous
ethanol is gradually added to the mixer with continued mixing for 10 minutes to
change the consistency of the dry powder to that of granules.  The wet granulation is
then passed through a 20 mesh screen, dried at room temperature for 16 hours, and
20     then passed through a 20 mesh screen.  Next, 0.5 g of magnesium stearate, which
has been passed through a 40 mesh screen, is added to the granulation, and all the
ingredients are mixed for an additional 1 minute.

Next, a displacement layer is manufactured as follows:  First, 107 g of
poly(ethylene oxide) having an average molecular weight of 7,000,000, 80 g of
25     sodium chloride (40%), 10 g of hydroxypropylmethylcellulose (USP grade)
possessing a 11,200 molecular weight, and 2 g of red ferric oxide are passed
through a 40 mesh screen and then placed into the bowl of a conventional planetary
mixer.  The powder mixture is then blended together until a homogenous blend is
formed.  Next, 50 ml of denatured anhydrous ethanol is added to the mixer with

ARC 2421 P1

24

continued mixing over a period of 5 to 10 minutes, such that the consistency of the
dry powder changes to granules.  The wet granulation is passed through a 20 mesh
screen, dried at room temperature for 16 hours, and then passed through a 20 mesh
screen.  Next, 1 g of magnesium stearate which has been passed through a
5  40 mesh screen is added to the granulation, and all the ingredients are mixed for an
additional 1 minute.

   Next, a bilayer press is used to compress the two layers together to form a
tablet dosage form.  First, 110 mg of the drug composition is added to the 4.7 mm
die cavity and lightly tamped.  Next, 115 mg of the displacement composition is
10  weighed and placed into the die cavity, and the two layers are compressed together
using 1/2 ton of pressure to form a bilayer pretablet.

   A wall for enveloping the bilayer pretablet to yield the finished tablet is formed
as follows:  First, a semipermeable composition composed of 90% cellulose acetate
(having an acetyl content of 39.8%) and 10% polyethylene glycol having an average
15  molecular weight of 3350 is prepared by dissolving in a mixture of acetone and water
(the solvents are mixed together in a ratio of 90:10 wt:wt), such that the solids
composition of the solution is 5%.  The bilayer tablets are placed in a coater pan,
and 20 mg of the semipermeable composition is sprayed on to the bilayer tablets.
Next, a 30 mil (0.76 mm) orifice is drilled on the drug layer side of the bilayer tablet
20  using an automatic tableting positioning laser drill.  Next, the semipermeable coated
tablets are dried for 48 hours at 50°C and 50% relative humidity to remove the
residual solvents.  The release rate ascending profile for a dosage form prepared
according to the example is seen in accompanying Figure 2.  Drawing Figure 2
depicts the release of methylphenidate hydrochloride from a semipermeable,
25  longitudinal dosage form.

ARC 2421 P1

25

EXAMPLE 5

The procedure of the above examples is followed, with the further
5   embodiment that a drug overcoat and an optional taste-masking coat is overcoated
onto the exterior surface of the wall.  The overcoat, in one manufacture, comprises
60 wt% of hydroxypropylmethylcellulose of 9,200 number-average molecular weight
and 40 wt% methylphenidate hydrochloride.  The hydroxypropylmethylcellulose is
added to water and mixed until a uniform solution results.  Then, the
10  methylphenidate hydrochloride is added to the solution and mixed such that a clear
solution results.  The final solution has a solid composition of 10%.  Next,
semipermeable walled dosage forms are placed in a coater and 10 mg of the drug
overcoat is sprayed onto the semipermeable wall that surrounds the internal bilayer
compressed tablet.  Then, overcoated dosage forms are dried for 10 minutes at
15  40°C.  For taste masking, a suspension of Opadry®, a powder blend comprised of
hydroxypropylmethylcellulose, titanium dioxide, polyethylene glycol and polysorbate
80, is prepared in water to effect a solid content of 10%.  The drug overcoated
dosage forms are placed in a coater and 9 mg of the taste-masking solution is
sprayed over the drug overcoat to produce a double-overcoated dosage form.  Next,
20  the dosage forms are dried at 40°C for 10 to 12 minutes to yield the operable
dosage forms.

EXAMPLE 6

25       The procedures set forth in the above examples are followed, with the
manufactures as described above, except in this invention, a first dosage form is
provided wherein the drug layer comprises 28 mg of methylphenidate hydrochloride,
and a second dosage form is provided wherein the drug layer comprises 42 mg of
methylphenidate hydrochloride.

ARC 2421 P1

26

EXAMPLE 7

The procedures set forth in the above examples are followed with the manufacturing conditions set forth as previously indicated, except that in this example a dosage form is provided wherein the second displacement layer comprises 65 mg of sodium carboxymethylcellulose osmopolymer of 3,500,000 number-average molecular weight and an osmagent combination comprising 58 mg of dextrose-fructose in equal proportions; and a dosage form wherein the second displacement layer comprises 72 mg of poly(ethylene oxide)-poly(propylene oxide) copolymer of 7,900,000 number-average molecular weight and 47.8 mg of co-osmagent sodium chloride-dextrose (23.9 mg - 23.9 mg).

EXAMPLE 8

A dosage form designed and adapted to deliver a drug in an ascending release rate profile is manufactured according to this example.

First, a first layer-forming composition comprising a dose of drug is manufactured as follows: 157.8 mg of poly(ethylene oxide) having a number-average molecular weight of 200,000 is passed through a 40 mesh screen (U.S. Sieve) and placed into the bowl of a conventional planetary mixer. Next, 31.2 g of the drug methylamphetamine hydrochloride is added to the mixer. Then, 10 g of hydroxypropylmethylcellulose of 16,000 number-average molecular weight is passed through a 40 mesh screen and added to the mixer comprising the methylamphetamine hydrochloride and the poly(ethylene oxide). Then, 0.5 g of FD&C Blue Dye No. 1, for color identification, is added to the bowl of the mixer. The ingredients are blended in the mixer for 10 minutes to produce a homogenous composition. Next, 100 ml of denatured anhydrous ethanol is added gradually to the mixer, with continual mixing over a period of 5 to 10 minutes to change the

ARC 2421 P1

27

consistency of the dry ingredients to wet granules. The wet granulation is passed through a 20 mesh screen, dried at room temperature for 16 hours, and then passed through a 20 mesh screen. Then, 0.5 g of magnesium palmitate is passed through a 40 mesh screen, added to the homogenous composition, and all the ingredients mixed for an additional minute.

Next, a displacement layer, the second layer, is prepared as follows: First, 53 g of poly(ethylene oxide) of 7,500,000 number-average molecular weight, 54 g of poly(propylene oxide) of 5,000,000 number-average molecular weight, 80 g of osmagent sodium chloride, 10 g of hydroxypropylethylcellulose of 24,000 number-average molecular weight, and 2 g of red ferric oxide are passed through a 40 mesh screen and then placed into the bowl of a mixer. The ingredients are blended together to form a homogenous blend. Next, 50 ml of denatured anhydrous ethanol is added to the mixer, accompanied by continual mixing for 10 minutes to produce wet granules. The wet granules are passed through a 20 mesh screen, dried at room temperature for 16 hours, and then passed through a 20 mesh screen. Next, 1 g of stearic acid lubricant is passed through a 40 mesh screen, added to the granulation, and all the ingredients mixed for an additional minute.

Next, the first drug layer-forming composition and the second displacement layer-forming composition are pressed together into contacting layers as follows: First, 33 mg of the first composition is added to a 0.55 cm die cavity and tamped lightly. Then, 57 mg of the displacement composition is added to the die and tamped lightly, to provide two layers that are compressed using 1/2 ton of pressure to form a bilayer tablet.

Next, the bilayer is surrounded with a semipermeable wall as follows: First, a semipermeable wall forming composition is prepared comprising 95% cellulose having an acetyl content of 39.8%, and 5% polyethylene glycol of 3350 number-average molecular weight (available from Union Carbide Co.) by dissolving the ingredients in a mixture of acetone and water in a 90:10 (v:v) ratio to provide solid composition at 5%. The bilayer tablets are placed in a pan coater and 15 mg of the

ARC 2421 P1

28

semipermeable wall forming composition is sprayed onto the bilayer tablet. Next, a
30 mil (0.76 mm) orifice is drilled on the drug side to connect the first layer with the
outside of the dosage form. The dosage form tablets are dried at 50°C and 50%
relative humidity to remove the residual solvents. The dosage form comprises
5.2 mg of methamphetamine hydrochloride to give an extended ascending release
tablet. Additional dosage forms are provided according to the invention comprising
10 mg and 15 mg methamphetamine hydrochloride extended ascending release
tablet.

5

10                             EXAMPLE 9

The above examples are followed to provide a dosage form comprising an
external coat of a pharmaceutically acceptable drug and an internal composition
comprising a pharmaceutically acceptable drug, which dosage form when in
15 operation in a fluid biological environment delivers the external overcoat drug in 0 to
1 hour, and delivers the internal drug in the amounts of 15% in 0 to 2 hours, 30% in
2 to 4 hours, 33% in 4 to 6 hours, 18% in 6 to 8 hours, and 4% in 8 to 10 hours.

                               EXAMPLE 10

20

The above examples are followed to provide a dosage from comprising an
external overcoat comprising 100 ng to 100 mg of drug and an internal composition
comprising 10 ng to 500 mg of drug; which dosage form when in operation in the
fluid environment of the gastrointestinal tract delivers the 100 ng to 100 mg external
25 overcoat in 0 to 1 hour, and delivers the internal 10 ng to 500 mg in an increasing
release of 20% in 0 to 4 hours, 30% in 4 to 8 hours, 40% in 8 to 12 hours and 10%
in 12 to 16 hours, to substantially overcome tolerance to delivered drug.

ARC 2421 P1

29

EXAMPLE 11

An osmotic dosage form designed and shaped to deliver methylphenidate
5   hydrochloride to a patient in need of methylphenidate therapy in an ascending
release profile is manufactured as follows:

Composition of drug layer 1:  The following procedure is used to manufacture
8,000 g of layer 1 composition:

A.  Preparation of binder solution.

10      260 g of hydroxypropylmethylcellulose having average molecular weight of
11,200 is added to a mixing vessel containing 3250 g of water.  This mixture is
stirred until the hydroxypropylmethylcellulose dissolves in water and a clear solution
is formed.  This solution is referred to as the binder solution.

B.  Preparation of methylphenidate hydrochloride granules.

15      4380 g of polyethylene oxide having an average molecular weight of 200,000
is passed through a 40 mesh screen.  Then, 2190 g of the screened poly(ethylene
oxide) is placed into the bowl of a fluid bed granulator.  Next, 2032 g of sorbitol is
added to the powder bed, followed by 1024 g of methylphenidate hydrochloride into
the bowl over the poly(ethylene oxide).  Next, 140 g of hydroxypropylmethylcellulose
20   is added to the bowl.  The remaining 2190 g of poly(ethylene oxide) is then added to
the bowl.  The addition of dry ingredients into the bowl is performed so that the
methylphenidate hydrochloride is located in between the two layers of poly(ethylene
oxide).  The bowl is attached to the main body of the granulator and the granulation
process is initiated.  Initially, the powder bed inside the bowl is fluidized for 2 minutes
25   to obtain uniform mixing of the powders.  Next, the binder solution is sprayed onto
the powder bed through nozzles such that the solution is sprayed at a rate of 60
g/min.  During the spraying process, the process air flow is maintained at 500 cfm
and the product temperature is maintained at 22°C.  During the spraying operation,
the solution is sprayed for 30 seconds followed by a shaking time of 10 seconds,

ARC 2421 P1

30

during which time the powders adhering to the filterbags may be dislodged into the granulating chamber. At the end of the spraying operation, the granules are dried in the granulating chamber for an additional 5 to 10 minutes to obtain dry granulation. The methylphenidate hydrochloride granules are then passed through a fluid air mill with a 7 mesh screen for size reduction. The size-reduced granules are then placed into a suitable blender. 160 g of magnesium stearate (screened through a 40 mesh screen) and 4 g of powdered butylated hydroxy toluene (screened through a 60 mesh screen) are added to the granules and mixed together.

Composition of layer 2: The following procedure is used to manufacture 8,000 g of displacement layer 2 composition:

    A. Preparation of binder solution.

    260 g of hydroxypropylmethylcellulose having an average molecular weight of 11,200 is added to a mixing vessel containing 3250 g of water. This mixture is stirred until the hydroxypropylmethylcellulose dissolves in water and a clear solution is formed. This solution is referred to as the binder solution.

    B. Preparation of osmotic layer granules.

    4308 g of poly(ethylene oxide) having an average molecular weight of 7,000,000 is placed into the bowl of a fluid bed granulator. Next, 140 g of hydroxypropylmethylcellulose having an average molecular weight of 11,200 is added to the bowl. Then, 3,200 g of sodium chloride and 80 g of red ferric oxide, which have been screened using a 21 mesh screen, are then placed into the bowl. The bowl is attached to the main body of the granulator and the granulation process is then initiated. Initially, the powder bed inside the bowl is fluidized for 3 minutes to obtain uniform mixing of the powders. Next, the binder solution is sprayed onto the powder bed through nozzles, such that the solution is sprayed at a rate of 80 g/min. During the spraying process, the process air flow is maintained at 400 cfm, and the product temperature is maintained at 22°C. During the spraying operation, the solution is sprayed for 30 seconds followed by a shaking time of 10 seconds, during which time the powders adhering to the filterbags may be dislodged into the

ARC 2421 P1

31

granulating chamber. At the end of the spraying operation, the granules are dried in the granulating chamber for an additional 10 to 15 minutes to obtain dry granulation. The process parameters may be adjusted to obtain a quality product. The granules then are passed through a fluid air mill with a 7 mesh screen for size reduction. The size-reduced granules are then placed into a suitable blender. Next, 8 g of magnesium stearate (screened through a 40 mesh screen) and 4 g of powdered butylated hydroxy toluene (screened through a 60 mesh screen) are added to the granules and mixed together.

C. Compression of the layers.

The methylphenidate granules-forming layer and the osmotic granules-forming layer are compressed together using an automated tablet compression machine capable of compressing the two layers together longitudinally. First, 110 mg of methylphenidate granules (layer 1) is added into the die cavity of a 3/16" diameter modified ball tooling, tamped, and then 132 mg of the osmotic layer granulation (layer 2) is placed into the die and compressed together using 0.2 metric tons of pressure.

D. Application of semipermeable membrane wall.

The semipermeable membrane wall is composed of 47.5% cellulose acetate (having an acetyl content of 39.8), 47.5% cellulose acetate (having an acetyl content of 32.0), and 5% polyethylene glycol having an average molecular weight of 3350. The semipermeable membrane-forming composition is dissolved in a mixture of methylene chloride and methanol (the solvents are mixed together in a ratio of 80:20 wt:wt), such that the solids composition of the solution is 4%. The compressed systems are placed into a 61 cm coating pan and the coating solution is sprayed onto the tablets such that the solution is sprayed at a rate of 100 ml/min/gun. The product temperature is maintained at 25°C; the coating process is stopped when the semipermeable membrane composition has been sprayed onto the compressed systems.

ARC 2421 P1

32

Next, one 30 mil (0.76) orifice is drilled, using a mechanical drill bit or a laser, on the drug layer side of the coated systems. The residual solvents remaining after the coating are removed by drying the systems at 45ºC and 45% relative humidity in an oven for 48 hours. At the end of this drying cycle, the humidity is turned off, and

5  the systems are dried at 45ºC for an additional 4 hours to complete the drying process.

A methylphenidate dosage form assembled as described contains 110 mg of drug containing layer 1, which is composed of 12.8% methylphenidate hydrochloride, 54.75% poly(ethylene oxide) of average molecular weight 200,000,

10  25.4% sorbitol, 5% hydroxypropylmethylcellulose of average molecular weight 11,200, 2% magnesium stearate and 0.05% butylated hydroxy toluene. The dosage form also contains 132 mg of layer 2, composed of 53.85% poly(ethylene oxide) of average molecular weight 7,000,000, 40% sodium chloride, 5% hydroxypropylmethylcellulose of average molecular weight 11,200, 1% red ferric

15  oxide, 0.1% magnesium stearate and 0.05% butylated hydroxy toluene. The 42 mg semipermeable laminate is composed of 47.5% cellulose acetate of acetyl content 39.8% and 47.5% cellulose acetate of acetyl content 32.0%, and 5% polyethylene glycol having an average molecular weight of 3350 is applied to the compressed bilayer system . A 30 mil (0.76 mm) orifice is drilled on the drug layer side as the

20  exit orifice. The final system is capable of delivering 14 mg of methylphenidate hydrochloride with an ascending release rate profile over time.

The dosage form delivered methylphenidate hydrochloride in an ascending rate. The dosage form delivered 0.13 mg in the first hour, 1.16 mg in the second hour, 1.53 mg in the third hour, 1.61 mg in the fourth hour, 1.75 mg in the fifth hour,

25  1.79 mg in the sixth hour, 2.13 mg in the seventh hour, 2.18 mg in the eighth hour, 1.07 mg in the ninth hour, and 0.43 mg in the tenth hour, 0.17 mg in the eleventh hour, and 0.13 mg in the twelfth hour.

ARC 2421 P1

33

EXAMPLE 12

An osmotic dosage form designed, shaped and adapted for delivering
methylphenidate pharmaceutically acceptable salt to a patient in need of
methylphenidate therapy in an ascending release rate profile is manufactured as
follows:  First, the procedure used to manufacture the drug layer granulation in
Example 11 is followed in this example.  The composition of the drug layer can
comprise from 0% to 30% sorbitol.  Next, the following procedure is used to
manufacture the displacement layer:

A.  Preparation of binder solution.

400 g of hydroxypropylmethylcellulose having an average molecular weight of
11,200 is added to a mixing vessel containing 5000 g of water.  This mixture is
stirred until the hydroxypropylmethylcellulose dissolves in water and a clear solution
is formed.  This solution is referred to as the binder solution.

B.  Preparation of osmotic layer granules.

First, 3912 g of hydroxyethylcellulose having an average molecular weight of
1,300,000 is placed into the bowl of a fluid bed granulator.  Next, 400 g of
hydroxypropylmethylcellulose having an average molecular weight of 11,200 is
added to the bowl.  Then, 3,200 g of sodium chloride and 80 g of black ferric oxide,
which have been milled using a 21 mesh screen, is then placed into the bowl.  The
bowl is attached to the main body of the granulator and the granulation process is
then initiated.  Initially, the powder bed inside the bowl is fluidized for 3 minutes to
obtain uniform mixing of the powders.  Next, the binder solution is sprayed at a rate
of 80 g/min.  During the spraying process, the process air flow is maintained at 400
cfm and the product temperature is maintained at 22°C.  During the spraying
operation, the solution is sprayed for 30 seconds followed by a shaking time of 10
seconds, during which time the powders adhering to the filterbags may be dislodged
into the granulating chamber.  At the end of the spraying operation, the granules are

ARC 2421 P1

34

dried in the granulating chamber for a additional 10 to 15 minutes to obtain dry granulation. The process parameters may be adjusted to obtain a quality product. The granules are then passed through a fluid air mill with a 7 mesh screen for size reduction. The size-reduced granules are then placed into a blender. Then, 8 g of magnesium stearate (screened through a 40 mesh screen) and 4 g of powdered butylated hydroxy toluene (screened through a 60 mesh screen) is added to the granules and mixed together.

C. Compression of the layers.

The methylphenidate granules-forming layer and the osmotic granules-forming layer are compressed together using an automated tablet compression machine capable of compressing the two layers together longitudinally. First, 110 mg of methylphenidate granules (layer 1) is added into the die cavity of a 3/16" diameter tooling, tamped, and then 132 mg of the osmotic layer granulation (layer 2) is placed into the die and compressed together using 0.2 metric tons of pressure.

D. Application of semipermeable membrane wall.

The semipermeable membrane wall forming composition is composed of 47.5% cellulose acetate 398 (having an acetyl content of 39.8), 47.5% cellulose acetate 320 (having an acetyl content of 32.0) and 5% polyethylene glycol having an average molecular weight of 3350. The semipermeable membrane composition is dissolved in a mixture of methylene chloride and methanol (the solvents are mixed together in a ratio of 80:20, wt:wt), such that the solids composition of the solution is 4%. The compressed systems are placed into a 24" coating pan and the coating solution is sprayed onto the tablets such that the solution is sprayed at a rate of 100 ml/min/gun. The product temperature is maintained at 35°C. The coating process is stopped when the desired amount of semipermeable membrane composition has been sprayed onto the compressed systems.

Next, one 30 mil (0.76 mm) orifice is drilled using a laser, on the drug layer side of the coated systems. The residual solvents remaining after the coating are removed by drying the systems at 45°C and 45% relative humidity in an oven for 48

ARC 2421 P1

35

hours. At the end of this drying cycle, the humidity is turned off and the systems are dried at 45°C for an additional 4 hours to complete the drying process.

A methylphenidate dosage form assembled as described contains 110 mg of drug containing layer 1, which is composed of 12.8% methylphenidate hydrochloride, 50.2% to 80.2% poly(ethylene oxide) of average molecular weight 200,000, 0 to 30% sorbitol, 5% hydroxypropylmethylcellulose of average molecular weight 11,200, 2% magnesium stearate, and 0.05% butylated hydroxy toluene. The dosage form also contains 132 mg of layer 2, composed of 48.9% hydroxyethylcellulose of average molecular weight 1,300,000, 40% sodium chloride, 5% hydroxypropylmethylcellulose of average molecular weight 11,200, 1% red ferric oxide, 0.1% magnesium stearate and 0.05% butylated hydroxy toluene. 42 mg of a semipermeable laminate composed of 47.5% cellulose acetate of acetyl content 39.8%, 47.5% cellulose acetate of acetyl content 32.0%, and 5% polyethylene glycol having an average molecular weight of 3350 is applied to the compressed bilayer system, and a 30 mil (0.76 mm) orifice is drilled on the drug layer side as the exit orifice. The final system is capable of delivering 14 mg of methylphenidate hydrochloride with an ascending release rate profile over a prolonged period of time.

<u>EXAMPLE 13</u>

The manufacturing procedures described in the above examples are followed, except that in this example a dosage form is provided wherein a drug overcoat and an optional taste-masking coat is overcoated onto the semipermeable walled dosage form. In this example, the drug layer is composed of 14 mg methylphenidate hydrochloride, 27.5 mg sorbitol, 5.5 mg polyvinylpyrrolidone, 61 mg of poly(ethylene oxide) of average molecular weight 2,000,000, 2.2 mg of magnesium stearate and 0.055 mg of butylated hydroxy toluene. The second displacement layer is composed of 72 mg of poly(ethylene oxide) of average molecular weight 7,000,000, 53 mg of sodium chloride, 6.6 mg of polyvinylpyrrolidone, 1.3 mg of ferric oxide,

ARC 2421 P1

36

0.132 mg of magnesium stearate, and 0.066 mg of butylated hydroxy toluene. The
semipermeable wall is composed of 20 mg of cellulose acetate of average acetyl
content 39.8%, 20 mg of cellulose acetate of average acetyl content 32% and 2 mg
of poly(ethylene oxide) of average molecular weight 4000.

5      The drug-containing overcoat is composed of 60%
hydroxypropylmethylcellulose and 40% methylphenidate hydrochloride. The
hydroxypropylmethylcellulose is added to water and mixed until a uniform solution
results. Then, the methylphenidate hydrochloride is added to this solution and
mixed such that a clear solution results. The final solution has a solids composition
10     of 10%. The semipermeable walled dosage forms are placed in a coater and 10 mg
of the drug overcoat is sprayed onto the semipermeable wall that surrounds the
internal bilayer compressed tablet.

       Next, the tablets are dried in the coating pan at 40°C for 10-15 minutes. For
the taste masking coat, a suspension of Opadry® is prepared in water such that the
15     solids content is 10%. Opadry® is a powder blend commercially available from
Colorcon Inc., and is composed of hydroxypropylmethylcellulose, titanium dioxide,
polyethylene glycol and polysorbate 80. The systems coated with the drug
containing overcoat are placed into the coater, and the 9 mg of taste-masking
coating solution is sprayed onto the systems. Next, the systems are dried in the
20     coating pan at 40°C for 10-15 minutes to yield the operable dosage forms.

       The accompanying Figure 3 represents the functionality of the dosage form of
the example. The dosage form releases 4 mg of drug in the first half hour from the
drug overcoat, followed by 0.41 mg in the next half hour, 1.05 mg in the second
hour, 1.49 mg in the third hour, 1.57 mg in the fourth hour, 1.71 mg in the fifth hour,
25     1.75 mg in the sixth hour, 2.09 mg in the seventh hour, 2.14 mg in the eighth hour,
1.32 mg in the ninth hour and 0.48 mg in the tenth hour.

ARC 2421 P1

37

## EXAMPLE 14

The dosage form is manufactured as described in Example 13, wherein in the
second displacement layer the poly(ethylene oxide) is replaced with 72 mg of
hydroxyethylcellulose of 1,300,000 molecular weight.

## EXAMPLE 15

Dosage forms are provided according to the above examples wherein: (a) the
dosage form comprises an overcoat of 8 mg of methylphenidate and an internal
composition comprising 28 mg of methylphenidate; and (b) the dosage form
comprises an overcoat of 12 mg of methylphenidate, and an internal composition
comprising 42 mg of methylphenidate.

## EXAMPLES 16 TO 19

Dosage forms are provided by following the above disclosure and examples
to provide dosage forms that deliver a dose of drug, for example, a central nervous
system drug, in an ascending profile in the following therapeutic ranges: (a) a
dosage form that delivers in the first hour 0 to 0.308 mg of drug, in the second hour
0.250 mg to 2 mg of drug, in the third hour 1 mg to 2.4 mg of drug, in the fourth hour
1.1 mg to 2.6 mg of drug, in the fifth hour 1.23 mg to 2.9 mg of drug, in the sixth hour
1.33 mg to 3.1 mg of drug, in the seventh hour 1.28 to 2.98 mg of drug, and in the
eighth hour 0.76 mg to 1.76 mg of drug; (b) a dosage form exhibiting an ascending
dose profile in the first hour 0 mg to 3.00 mg, in the second hour 2.75 mg to 10 mg,
in the third hour 5 mg to 12 mg, in the fourth hour 5.5 mg to 13 mg, in the fifth hour
6.15 mg to 14.5 mg, in the sixth hour 6.65 to 15.5 mg, in the seventh hour 6.4 mg to
14.9 mg, and in the eighth hour 3.8 to 8.8 mg; (c) a dosage form comprising a drug

ARC 2421 P1

38

ascending release rate program of 0 mg to 0.400 mg in the first hour, 0.376 mg to 1.81 mg in the second hour, 1.29 mg to 2.15 mg in the third hour, 1.38 mg to 2.3 mg in the fourth hour, 1.54 mg to 2.57 mg in the fifth hour, 1.66 mg to 2.76 mg in the sixth hour, 1.59 mg to 2.66 mg in the seventh hour, and 0.93 mg to 1.58 mg in the eighth

5   hour; and (d) a dosage form that delivers an orally administrable drug in an ascending dose of 0 mg to 3.00 mg in the first hour, 2.45 mg to 9.05 mg in the second hour, 6.45 mg to 10.75 mg in the third hour, 6.9 mg to 11.5 mg in the fourth hour, 7.7 mg to 12.9 mg in the fifth hour, 8.3 mg to 13.8 mg in the sixth hour, 7.95 mg to 133 mg in the seventh hour, and 4.65 mg to 7.9 mg in the eighth hour.

10

<u>EXAMPLES 20 TO 21</u>

The procedures set forth in the above examples are followed with the manufacture as described above, except in this invention, a first dosage form is

15   provided wherein the drug layer comprises 28 mg of methylphenidate hydrochloride and a second dosage form is provided where the drug layer comprises 42 mg of methylphenidate hydrochloride.

<u>DISCLOSURE OF METHOD OF USING THE INVENTION</u>

20

The invention pertains further to methods for delivering an ascending dose over time to a warm-blooded animal in need of therapy. The invention provides: (a) a method for delivering a dose of drug in an increasing rate to a patient, wherein the method comprises administering orally to the patient a drug in an increasing rate per

25   hour over time, to provide the dose of drug to the patient; (b) a method for delivering a dose of drug in an increasing dose of drug to a patient, wherein the method comprises delivering orally to the patient an orally administrable drug, in an increasing milligram dose per hour over twenty-four hours, to deliver the dose of drug; (c) a method for delivering a drug to a patient from a dosage form over time,

ARC 2421 P1

39

wherein the method comprises admitting orally into the patient a dosage form comprising 240 nanograms to 700 milligrams of drug that is delivered in an increasing dose over time; and (d) a method comprising the steps of: (A) admitting into a patient a dosage form comprising: (1) a wall that surrounds a compartment,

5      the wall comprising a semipermeable composition permeable to the passage of fluid, including aqueous-biological fluid of the gastrointestinal tract, and impermeable to the passage of drug; (2) a bilayer in the compartment comprising a first layer comprising a dose of drug, a second layer comprising an osmopolymer, or an osmopolymer and an osmagent, and for imbibing and absorbing fluid for pushing the

10     first layer from the dosage form and thereby providing an increased dose per unit time over time; and (3) at least one exit in the wall communicating with the first layer; (B) imbibing fluid through the semipermeable wall at a rate determined by the permeability of the semipermeable wall and the osmotic gradient across the semipermeable wall causing the second layer to expand and swell; and (C) deliver

15     the drug from the first layer through the exit passageway to provide an ascending, increasing dose of drug to the patient.

          In summary, it will be appreciated the present invention contributes to the art an unexpected dosage form that possesses the practical utility for administering a sustained and increasing dose of drug at a dosage-metered release rate over time.

20     While the invention has been described and pointed out in detail with reference to operative embodiments thereof, it will be understood to those skilled in the art that various changes, modifications, substitutions and omissions can be made without departing from the spirit of the invention. It is intended, therefore, that the invention embraces those equivalents within the scope of the claims.

25

ARC 2421 P1

40

We claim:

1.    An osmotic tablet for administering a dose of drug to a patient, wherein the osmotic tablet comprises:

5          (a)    a drug composition comprising 10 ng to 700 mg of drug; and
           (b)    an expandable composition comprising 100 ng to 400 mg of a hydrophilic-expandable polymer; and wherein the drug composition and the expandable composition are in contacting arrangement, and the osmotic tablet administers the drug in an ascending-release rate to the patient.

10

2.    The osmotic tablet for administering a dose of drug to a patient, according to claim 1, wherein the drug is a member selected from the group consisting of an opioid, barbiturate, hypnotic, central nervous system acting drug, psychostimulant, psychodepressant, cannabinoid and catecholamine.

15

3.    The osmotic tablet for administering a dose of drug to a patient according to claim 1, wherein the drug is a member selected from the group consisting of amphetamine, dextroamphetamine, methamphetamine, methylphenidate, racemic methylphenidate, alkylphenidate, ethylphenidate,

20    threomethylphenidate, phenylisopropylamine, and pemoline.

4.    The osmotic tablet for administering a dose of drug to a patient according to claim 1, wherein the drug is a pharmaceutically acceptable salt.

25    5.    The osmotic tablet for administering a dose of drug to a patient according to claim 1, wherein the osmotic tablet imbibes fluid from the patient and administers the dose of drug.

ARC 2421 P1

41

6.    An osmotic tablet for administering a dose of drug to a patient, wherein the osmotic tablet comprises:

(a)    a drug layer comprising 10 ng to 700 mg of drug; and,

(b)    a osmotic layer comprising 80% to 95% of a composition
5    comprising an osmopolymer and an osmagent; and wherein the drug layer and the osmotic layer comprise a bilayer that administers the drug in an ascending-release rate to the patient.

7.    The osmotic tablet for administering a dose of drug to a patient
10    according to claim 6, wherein the drug is a member selected from the group consisting of an opioid, barbiturate, hypnotic, central nervous system acting drug, psychostimulant, psychodepressant, cannabinoid, and catecholamine.

8.    The osmotic tablet for administering a dose of drug to a patient
15    according to claim 6, wherein the drug comprises a member selected from the group consisting of amphetamine, dextroamphetamine, methamphetamine, alkylphenidate, methylphenidate, racemic methylphenidate, ethylphenidate, threomethylphenidate, phenylisopropylamine, and pemoline.

20    9.    The osmotic tablet for administering a drug to a patient according to claim 6, wherein the drug is a pharmaceutically acceptable salt selected from the group consisting of hydrochloride, hydrobromide, fumarate, phosphate, sulfate, lactate, malate, acetate, tartrate, citrate, pamoate, maleate, ascorbate, gluconate, aspartate and salicylate.

25    10.    The osmotic tablet for administering a drug to a patient according to claim 6, wherein the osmotic tablet an oral administration to the patient imbibes fluid and administers the drug.

ARC 2421 P1

42

11.    The osmotic tablet for administering a drug to a patient according to claim 6, wherein a composition comprising a polymer envelops the osmotic tablet.

12.    The osmotic tablet for administering a drug to a patient according to claim 6, wherein the osmotic tablet is longer than wide.

13.    The osmotic tablet for administering a drug to a patient according to claim 6, wherein the osmotic tablet is longer than thick.

14.    A dosage form comprising:

   (a)    a first layer comprising 10 ng to 700 mg of drug;

   (b)    a second layer comprising 80% to 95% of a hydrophilic-expandable polymer;

   (c)    a wall comprising a semipermeable composition that surrounds the first and second layer;

   (d)    an exit in the wall communicating with the first layer for delivering the drug; and wherein the dosage form when in operation administers the drug in an ascending rate over time.

15.    The dosage form according to claim 14, wherein the first layer comprises a drug selected from the group consisting of an opioid, barbiturate, hypnotic, central nervous system acting drug, psychostimulant, psychodepressant, cannabinoid, and catecholamine.

16.    The dosage form according to claim 14, wherein the first layer comprises a drug selected from the group consisting of amphetamine, dextroamphetamine, methamphetamine, methylphenidate, racemic methylphenidate, alkylphenidate, ethylphenidate, threomethylphenidate, phenylisopropylamine, and pemoline.

ARC 2421 P1

43

17.    The dosage form according to claim 14, wherein the dosage form comprises a length greater than its width and is designed for administering the drug in an ascending-increasing dose over a sustained time.

5

18.    The dosage form according to claim 14, wherein the dosage form comprises a length in excess of its width and the second layer comprises 80% to 95% hydrophilic-expandable polymer that provides for an ascending-increasing dose of drug over a sustained period.

10

19.    The dosage form according to claim 1, wherein the first layer comprises a poly(alkylene oxide) of 25,000 to 1,000,000 number-average molecular weight.

15

20.    The dosage form according to claim 14, wherein the first layer comprises a carboxyvinylpolymer of 7,500 to 1,000,000 number-average molecular weight.

21.    The dosage form according to claim 14, wherein the first layer

20    comprises a carboxyalkylcellulose of 10,000 to 700,000 molecular weight.

22.    The dosage form according to claim 14, wherein the second layer comprises a poly(alkylene oxide) of 2,500,000 to 10,000,000 number-average molecular weight.

25

23.    The dosage form according to claim 14, wherein the second layer comprises a carboxyalkylcellulose of 1,750,000 to 10,000,000 number-average molecular weight.

ARC 2421 P1

44

24.    The dosage form according to claim 14, wherein the first and second layers comprise a hydroxypropylalkylcellulose.

25.    The dosage form according to claim 14, wherein the first and second layers comprise a hydroxyalkylcellulose.

26.    A dosage form comprising:

    (a)    a first layer comprising 10 ng to 700 mg of drug;

    (b)    a second layer comprising a composition comprising 80% to 95% of a osmopolymer and an osmagent;

    (c)    a wall comprising a semipermeable composition that surrounds the first and second layers;

    (d)    an exit in the wall communicating with the first layer for delivering the drug; and wherein the dosage from when in operation administers the drug in an increasing sustained dose over time.

27.    The dosage form according to claim 24, wherein an overcoat comprising a drug is on the exterior surface of the wall.

28.    The dosage form according to claim 24, wherein the first layer comprises a drug selected from the group consisting of amphetamine, dextroamphetamine, methamphetamine, methylphenidate, racemic methylphenidate, alkylphenidate, ethylphenidate, threomethylphenidate, phenylisopropylamine, and pemoline.

29.    The dosage form according to claim 24, wherein the dosage form comprises a length in excess of its width.

ARC 2421 P1

45

30.    The dosage form according to claim 24, wherein the dosage form comprises a length in excess of its thickness.

31.    The dosage form according to claim 24, wherein the second layer composition comprising the osmopolymer and the osmagent combine with the dosage form design to deliver the drug in an increasing sustained dose over time.

32.    The dosage form according to claim 24, wherein the first and second layers comprise a poly(alkylene oxide) and the poly(alkylene oxide) in the second layer has a higher number-average molecular weight.

33.    The dosage form according to claim 24, wherein the first and second layers comprise a carboxyalkylcellulose and the carboxyalkylcellulose in the second layer comprises a higher molecular weight.

34.    The dosage from according to claim 24, wherein the first and second layers comprise a hydroxypropylalkylcellulose.

35.    The dosage form according to claim 24, wherein the first and second layers comprise a hydroxyalkylcellulose.

36.    A method for maintaining the therapeutic effect of a drug in a patient that develops tolerance to the drug, wherein the method comprises:

    (a)    admitting orally into the patient a dosage form comprising:

        (i)    a first layer comprising 10 ng to 700 mg of a drug;

        (ii)    a second layer comprising 80% to 95% of a hydrophilic expandable polymer;

        (iii)    a wall comprising a semipermeable composition that surrounds the first and second layers;

ARC 2421 P1

46

(iv)    an exit in the wall communicating with the first layer for delivering the drug from the dosage form;

(b)    imbibing fluid into the dosage form causing the second layer to expand and push the drug layer through the exit; and thereby

5    (c)    maintaining the therapeutic effect by delivering the drug in an increasing dose over a sustained time to the patient.

37.    The method for maintaining the therapeutic effect according to claim 34, wherein the patient develops tolerance to methylphenidate and the dosage form 10 delivers an increasing dose of methylphenidate to lessen the incidence of tolerance.

38.    A method for treating attention deficit disorder in a patient, wherein the method comprises:

(a)    administering to the patient orally a dosage form comprising;

15    (i)    a first layer comprising 10 ng to 700 mg of methylphenidate;

(ii)    a second layer comprising 100 ng to 400 mg of a hydrophilic osmopolymer and 1 mg to 250 mg of an osmagent with the osmopolymer and the osmagent comprising 80% to 95% of the second layer;

20    (iii)    a wall that comprises a semipermeable composition that surrounds the first and second layer;

(iv)    an exit in the wall communicating with the first layer for delivering the methylphenidate from the dosage form;

(b)    admitting fluid into the dosage from causing the second layer to 25 expand and push the methylphenidate in an increasing dose through the exit from the dosage form; and thereby,

(c)    administering an increasing dose of methylphenidate to treat the attention deficient disorder in the patient over an extended therapeutic time.

ARC 2421 P1

47

39.    A method for delivering an increasing dose of drug from a dosage form, wherein the dosage form comprises:

   (a)    a first composition comprising 10 ng to 500 mg of drug;

   (b)    a second composition comprising a high concentration of 10 ng to 400 mg of a hydrophilic polymer;

   (c)    a wall comprising a semipermeable composition that surrounds the first and second compositions;

   (d)    an exit in the wall communicating with the first composition for delivering the drug;

   (e)    a length longer than its width and its thickness; and wherein the method comprises:

   (f)    admitting fluid into the dosage form causing the hydrophilic polymer to swell and occupy the drug composition space concomitantly pushing the drug through the exit; and thereby,

   (g)    delivering by (b), (c), (e) and (f) operating together an increasing dose of drug from the dosage form.

40.    A method for delivering an increasing dose of drug from a dosage form, wherein the dosage form comprises:

   (a)    a first composition comprising 10 ng to 500 mg of drug;

   (b)    a second composition comprising a high concentration comprising 10 ng to 400 mg of an osmopolymer and 1 mg to 250 mg of an osmagent;

   (c)    a wall comprising a semipermeable composition that surrounds the first and second compositions;

   (d)    an exit in the wall that communicates with the first composition for delivering the drug;

   (e)    a length in excess of its width and thickness; and wherein the method comprises:

ARC 2421 P1

48

    (f)    admitting fluid into the dosage from causing the osmopolymer and osmagent to occupy space and simultaneously push drug through the exit; and thereby,

    (g)    delivery by the combined operations of (b), (c), (f), and (g) of the drug in an increasing dose from the dosage form.

    41.    A method for delivering an increasing dose of drug to a patient, wherein the method comprises administering a dose of drug wherein the method administers 15% in 0 to 2 hours, 30% in 2 to 4 hours, 33% in 4 to 6 hours, 18% in 6 to 8 hours, and 4% of the dose of drug in 8 to 10 hours.

    42.    A method for delivering an increasing dose of drug to a patient, wherein the method comprises admitting into the patient an oral dosage form that delivers 0.22 mg of drug in the first hour, 1.45 mg of drug in the second hour, 1.72 mg of drug in the third hour, 1.84 mg of drug in the fourth hour, 2.05 mg of drug in the fifth hour, 2.21 mg of drug in the sixth hour, 2.13 mg of drug in the seventh hour, 1.26 mg of drug in the eighth hour, 0.39 mg of drug in the ninth hour, and 0.09 mg of drug in the tenth hour, with a residual of 0.72 mg in the dosage form.

    43.    A method for delivering an increasing dose of drug to a patient, wherein the method comprises administering orally to the patient a dosage form that delivers 0.13 mg of drug in the first hour, 1.16 mg of drug in the second hour, 1.53 mg of drug in the third hour, 1.61 mg of drug in the fourth hour, 1.75 mg of drug in the fifth hour, 1.79 mg of drug in the sixth hour, 2.13 mg of drug in the seventh hour, 2.18 mg of drug in the eighth hour, 1.07 mg of drug in the ninth hour, 0.33 mg of drug in the tenth hour, 0.23 mg of drug in the eleventh hour, and 0.13 mg in the twelfth hour.

ARC 2421 P1

49

44.    A method for delivering a dose of drug in an increasing rate to a patient, wherein the method comprises administering orally to the patient a drug in an increasing rate per hour over time to provide the dose of drug to the patient.

5      45.    A method for delivering a dose of drug in an increasing dose of drug to a patient, wherein the method comprises delivering orally to the patient an orally administrable drug in an increasing milligram dose per hour over twenty-four hours to deliver the dose of drug.

10     46.    A method for delivering a drug to a patient from a dosage form in an increasing dose over time, wherein the method comprises admitting orally into the patient a dosage from comprising 240 nanograms to 700 milligrams of drug that delivers the drug in an increasing dose per hour over time to deliver the dose of drug to the patient.

15     47.    The method for delivering a drug to the patient according to claim 44, wherein the drug is delivered in an increasing nanogram dose per hour over twenty-four hours.

ARC 2421 P1

50

## ABSTRACT

A dosage form and a method are disclosed for delivering to a human patient a drug in an ascending amount over time.

5

10   PLS G:\2421p1 rar 11/25/86





F I G. I

60/031741



FIG. 2

60:031741



TIME (HOURS)

FIG. 3

PTO/SB/68 (07-03)
Approved for use through 7/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

| | | In re Application of ham |
|---|---|---|
| Bring completed form to:<br>File Information Unit<br>Crystal Plaza Three, Room 1D01<br>2021 South Clark Place<br>Arlington, VA<br>Telephone: (703) 308-2733 | RECEIVED<br>OCT 2 2 2003<br>File Information Unit | Application Number: 60/031 741<br>Filed: 11/25/96<br>Paper No. 12 |

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. 20011001234, page _____, line _____

United States Patent Number _____, column _____, line _____, or

WIPO Pub. No. _____, page _____, line _____

---

**Related Information about Access to Pending Applications (37 CFR 1.14):**
Direct access to pending applications is not available to the public but copies may be available and may be purchased from the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)), as follows:
For published applications that are still pending, a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.
For unpublished applications that are still pending:
(1)  if the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.
(2)  if the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the pending application as originally filed.

---

_____    10/22/03
Signature                                              Date

_____
Typed or printed name

_____
Registration Number, if applicable

_____
Telephone Number

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (initials) |
| Unit: _____ |

This collection of information is required by 37 CFR 1.14. This information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. BRING TO: File Information Unit, Crystal Plaza Three, Room 1D01, 2021 South Clark Place, Arlington, VA.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



US 20010012847A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: **US 2001/0012847 A1**
Lam et al.
(43) **Pub. Date:** Aug. 9, 2001

(54) METHODS AND DEVICES FOR PROVIDING PROLONGED DRUG THERAPY

(76) Inventors: Andrew C. Lam, South San Francisco, CA (US); Padmaja Shivanand, Mountain View, CA (US); Atul D. Ayer, Palo Alto, CA (US); Zahedeh Hatamkhany, San Jose, CA (US); Suneel K. Gupta, Sunyvale, CA (US); Diane R. Guinta, Palo Alto, CA (US); Carol A. Christopher, Belmont, CA (US); Samuel R. Saks, Burlingame, CA (US); Lawrence G. Hamel, Mountain View, CA (US); Jeri D. Wright, Dublin, CA (US); Richard G. Weyers, Los Altos, CA (US)

Correspondence Address:
Susan K. Thomas
ALZA Corporation
950 Page Mill Road
Palo Alto, CA 94303-0802 (US)

(21) Appl. No.: 09/802,709

(22) Filed: Mar. 8, 2001

**Related U.S. Application Data**

(63) Continuation of application No. 09/253,317, filed on Feb. 19, 1999, which is a continuation-in-part of application No. 09/070,666, filed on Apr. 30, 1998, now abandoned, which is a continuation of application No. 08/910,593, filed on Jul. 31, 1997, which is a non-provisional of provisional application No. 60/030,514, filed on Nov. 12, 1996 said application application number is a non-provisional of provisional application No. 60/044,121, filed on Apr. 23, 1997. Continuation-in-part of application No. 08/967,606, filed on Nov. 10, 1997, now abandoned, which is a non-provisional of provisional application No. 60/031,741, filed on Nov. 25, 1996. Continuation-in-part of application No. 08/937,336, filed on Aug. 19, 1997, now abandoned.

**Publication Classification**

(51) Int. Cl.[7] ........................... A61K 31/445
(52) U.S. Cl. ........................... 514/317

(57) **ABSTRACT**

Methods and devices for maintaining a desired therapeutic drug effect over a prolonged therapy period are provided. In particular, oral dosage forms that release drug within the gastrointestinal tract at an ascending release rate over an extended time period are provided. The dosage forms may additionally comprise an immediate-release dose of drug.

PATENT APPLICATION SERIAL NO. _____ 60/031741

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

310 FB 01-1173 12/20/96 60031741
00116 114          150.00CH ARC2421P1

PTO-1556
(5/87)

Form PTO 1130
(REV 2/H)

# PACE DATA ENTRY CODING SHEET

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

DATE 1/2/97

| 1ST EXAMINER | | DATE |
| 2ND EXAMINER | | |

CLASS **2**

SHEETS OF DRAWING 3

**APPLICATION NUMBER**
60/031741

**TOTAL CLAIMS**

**INDEPENDENT CLAIMS**

**TYPE APPL**
9

**SMALL ENTITY?**
0

**FILING DATE**
MONTH 11  DAY 8  YEAR 9 6

**FILING FEE**
-1150

**SPECIAL HANDLING**
0

**FOREIGN LICENSE**
V

**GROUP ART UNIT**

**ATTORNEY DOCKET NUMBER**
ARC2621P1

## CONTINUITY DATA

**PARENT APPLICATION SERIAL NUMBER**

**PCT APPLICATION SERIAL NUMBER**

| P | C | T |
| P | C | T |
| P | C | T |
| P | C | T |
| P | C | T |

CONT STATUS CODE

**PARENT PATENT NUMBER**

**PARENT FILING DATE**
MONTH  DAY  YEAR

## PCT/FOREIGN APPLICATION DATA

**FOREIGN PRIORITY CLAIMED**

**COUNTRY CODE**

**PCT/FOREIGN APPLICATION SERIAL NUMBER**

**FOREIGN FILING DATE**
MONTH  DAY  YEAR

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | 429 | |
| TYPIST | 452 | 1-8-97 |
| VERIFIER | 20 | 1/10/97 |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT | | |
| DRAFTING | | |

(LEFT INSIDE)