

| | Class | Subclass |
|---|---|---|

ISSUE CLASSIFICATION
7023255

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 60/023,286 | 08/16/96 | | | | |
| PROVISIONAL | | | | | |

APPLICANTS

PADMAJA SHIVANAND, MOUNTAIN VIEW, CA; ATUL D. AYER, PALO ALTO, CA;
JERI D. WRIGHT, DUBLIN, CA; ANDREW LAM, SAN FRANCISCO, CA; LAWRENCE G.
HAMEL, MOUNTAIN, CA.

**CONTINUING DATA*********************
VERIFIED

**FOREIGN/PCT APPLICATIONS***********
VERIFIED

FOREIGN FILING LICENSE GRANTED 09/05/96

| Foreign priority claimed ☐ yes ☐ no | AS | STATE OR | SHEETS | TOTAL | INDEP. | FILING FEE | ATTORNEY'S |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☐ no | FILED | COUNTRY | DRWGS. | CLAIMS | CLAIMS | RECEIVED | DOCKET NO. |
| Verified and Acknowledged ☐☐ Examiner's initials | → | CA | 2 | | | | |

ADDRESS

PAUL L. SABATINE
ALZA CORPORATION
950 PAGE MILL ROAD
PALO ALTO, CA 94303-0802

TITLE

DOSAGE FORM FOR PROVIDING

U.S. DEPT. OF COMM.-PAT. & TM-PTO-436L (Rev.12-94)

EXHIBIT
DX 50

Form PTO-1625
(Rev. 5/95)

(FACE)

DTX 63
Alza v. Andrx
C.A. No. 05-642-JJF

BAR CODE LABEL

|||||||||||||||||||||||||||

## U.S. PATENT APPLICATION

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 60/023,286 PROVISIONAL | 08/16/96 | | |

APPLICANT

PADMAJA SHIVANAND, MOUNTAIN VIEW, CA; ATUL D. AYER, PALO ALTO, CA;
JERI D. WRIGHT, DUBLIN, CA; ANDREW LAM, SAN FRANCISCO, CA; LAWRENCE G.
HAMEL, MOUNTAIN, CA.

**CONTINUING DATA********************
VERIFIED

⸻

**FOREIGN/PCT APPLICATIONS************
VERIFIED

⸻

FOREIGN FILING LICENSE GRANTED 09/05/96

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CA | 2 | | | $150.00 | ARC2450 |

ADDRESS

PAUL L SABATINE
ALZA CORPORATION
950 PAGE MILL ROAD
PALO ALTO CA 94303-0802

TITLE

DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG

This is to certify that annexed hereto is a true copy from the records of the United States
Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                               Certifying Officer



PATENT APPLICATION

APPROVED FOR LICENSE

INITIALS AUG 2 0 1986

60023286

CONTENTS

(FRONT)

60/023286

A/PROV

"Express Mail" Mailing Label No. TB 068 11

Date of Deposit    AUGUST 16, 1996

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Patents, Washington, DC, 20231.

REBECA RAUG

Typed or Printed Name of Person Mailing Paper or Fee

Signature of Person Mailing Paper or Fee

PROVISIONAL APPLICATION COVER SHEET

This is a request for filing a PROVISIONAL APPLICATION under 37 CFR 1.53(b)(2).

| Dkt No. ARC 2450 | Type a plus sign + inside this box → | + |
|---|---|---|

### INVENTOR(S)/APPLICANT(S)

| LAST NAME | FIRST NAME | MIDDLE INITIAL | RESIDENCE (CITY AND EITHER STATE OF FOREIGN COUNTRY) |
|---|---|---|---|
| SHIVANAND | PADMAJA | NMI | MOUNTAIN VIEW, CALIFORNIA CA |
| AYER | ATUL | D. | PALO ALTO, CALIFORNIA CA |
| WRIGHT | JERI | D. | DUBLIN, CALIFORNIA CA |
| LAM | ANDREW | NMI | SAN FRANCISCO, CALIFORNIA CA |
| HAMEL | LAWRENCE | G. | MOUNTAIN VIEW, CALIFORNIA CA |

### TITLE OF THE INVENTION (280 characters max)

DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG

### CORRESPONDENCE ADDRESS

PAUL L. SABATINE
ALZA CORPORATION
950 PAGE MILL ROAD
PALO ALTO

| STATE: CA | ZIP CODE: 94303-0802 | COUNTRY: USA |
|---|---|---|

### ENCLOSED APPLICATION PARTS (check all that apply)

| X Specification | Number of Pages: 39 |
|---|---|
| X Drawing(s) | Number of Pages: 2 |
| __ Small Entity Statement | |
| __ Other (specify): | |

### METHOD OF PAYMENT (check one)

__ A check or money order is enclosed to cover the Provisional filing fees

| X. The Commissioner is hereby authorized to charge filing fees and credit Deposit Account Number: 01-1173 | PROVISIONAL FILING FEE AMOUNT $150.00 |
|---|---|

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

X    No

___ Yes, the name of the US Government agency and the Government contract number are:

Respectfully submitted,

By: 

PAUL L. SABATINE
Registration No. 22,539

ARC 2450 P1

1

## DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG

5

### DISCLOSURE OF TECHNICAL FIELD

This invention pertains to a dosage form for administering a drug in an

10    ascending dose. The invention concerns further a dosage form comprising a drug in
different concentrations for administering in a sustained ascending rate for therapy.
The invention relates also to a laminate for use in a dosage form comprising a first
lamina and a second lamina with each lamina comprising a first concentration and a
second concentration of drug. The invention relates further to a method for

15    achieving a therapeutic effect by administering a dosage form that administers an
initial dose followed by a continuously increasing dose of drug over time.

### BACKGROUND OF THE INVENTION

20          For a long time, pharmacy and medicine in every society used medicines for
pain relief, mood, thought, feeling, behavior, and psychological personality benefits.
The medicines used for these therapies are represented by opioids, barbiturates,
hypnotics, central nervous system stimulants, psychostimulants, alcohols,
cannabinoids and catecholamines. While these medicines or drugs have a benefit,

25    a serious problem, called tolerance, is associated with their use. The development
of tolerance to a drug results from adaptive changes within the affected patient, such
that the therapeutic response is reduced in the presence of the same concentration
of drug. Tolerance to some drugs, for instance, to opioids, is characterized by a
shortened duration and decreased intensity of the therapeutic effect. Most of the

30    tolerance seen with many drugs is due to adaptation of cells in the nervous system
to the drug's action, as noted in The Pharmacological Basis of Therapeutics by
Goodman and Gilman, 7th Edition, p. 534 (1940).

In the present practice of medicine, one class of these drugs that has become
the standard intervention for the management of behavior and personality, including

ARC 2450 P1

2

attention deficit disorder, is the central nervous system stimulants. While this invention presents the central nervous system drug in detail, it is understood the invention is generic and it embraces drugs broadly as administered by the dosage form, and the mode and the manner of the invention.

The benefits perceived by physicians, psychologists, social workers and clinicians are dramatic for central nervous system drugs, and this has resulted in the widespread and acceptable use of central nervous system medication to treat attention deficit disorder. In the latest period for collecting data, it was observed that about two percent of the school-aged female population and about six percent of the school-aged male population, for a total of about two million patients, were administered medication for attention deficit disorder.

Prior to this invention, opioids, barbiturates, hypnotics, central nervous system stimulants, psychostimulants, alcohols, cannabinoids and catecholamines were administered by a standard pharmaceutical dosage form. For example, one prior art method for administering a drug consists in using an immediate release tablet containing the drug. This immediate release form delivers the drug by instant dumping of the drug and produces uneven blood levels characterized by peaks and valleys. For an immediate release dosage form containing a drug that has a rapid onset, and a short half-life, this drug may need multiple doses each day and this can result in swings in blood levels as the medication loses its therapeutic effect. This dosage form does not provide the needed therapy over an extended time.

Another prior art dosage form for dispensing a drug is the sustained-release dosage form. The sustained-release dosage form dispenses a drug in a non-ascending profile over time. This dosage form, however, may not provide the required therapy and the appropriate blood pattern. For drugs, such as the central-nervous system acting drugs, that are dispensed from a sustained-release non-ascending dose, the patient often develops an acute or a chronic tolerance to the drug manifested by a shortened duration and a decrease in the intensity needed for acceptable therapy. The prior art sustained-release dosage form is devoid of means that compensate for its shortcomings inherent therein.

ARC 2450 P1

3

The above presentation teaches that a critical and timely need exists for a novel dosage form for administering a drug that overcomes the shortcomings known to the prior art. This long-felt need exists for a dosage form for (1) administering the drug in a sustained-increasing rate that simultaneously reduces or eliminates the frequency of daily dosing; for (2) administering a drug in a sustained-compensating dose to substantially compensate for acute tolerance to the drug and thereby maintaining a pre-selected clinical response; for (3) administering the drug in an increasing dose to lessen or eliminate chronic tolerance to the drug to provide effective therapy; and for (4) administering the drug in a sustained-ascending profile clinically indicated for both medical and psycho-medical effects.

### OBJECTS OF THE INVENTION

Accordingly, in view of the above presentation, it is an immediate object of this invention to provide a novel and unique dosage form that provides an ascending dose of drug over time.

Another object of the invention is to provide a dosage form that delivers a drug in a controlled increasing dose over an extended time to maintain a therapeutic effect.

Another object of the invention is to provide a dosage form for maintaining the therapeutic effect of a drug in a patient that acquires tolerance to the drug, wherein the dosage form delivers to the patient the drug in a controlled increasing dose over time.

Another object of the invention is to provide a dosage form for maintaining the therapeutic effect of a drug in a patient that acquires acute tolerance to the drug, wherein the dosage form delivers to the patient the drug in a controlled increasing dose to provide compensation for the acquired acute tolerance associated with the drug.

Another object of the invention is to provide a dosage form for maintaining the therapeutic effect of a drug in a patient that acquires chronic tolerance to the drug,

ARC 2450 P1

4

5    wherein the dosage form delivers to the patient the drug in a controlled increasing
dose to provide compensation for the acquired chronic tolerance associated with the
drug.

Another object of the invention is to make available a dosage form for
lessening the incidence of acquired tolerance in a patient administered a drug that
10    develops tolerance in the patient, wherein the dosage form is characterized by
administering the drug in a sustained and increasing dose over time to produce the
intended effect.

Another object of the invention is to provide a dosage form for administering
an opioid, barbiturate, hypnotic, central nervous system stimulant, psychostimulant,
15    alcohol, cannabinoid or catecholamine drug that overcomes the shortcomings known
to the prior art.

Another object of the invention is to provide a dosage form comprising means
for compensating for tolerance development associated with a drug possessing the
ability to produce tolerance in a patient, by the dosage form administering the drug
20    orally in a sustained-ascending dose to substantially lessen the unwanted effects of
tolerance.

Another object of the invention is to make available a method for lessening
the incidence of acquired tolerance in a patient administered a drug that develops
tolerance in the patient, wherein the method comprises administering a dosage form
25    that dispenses a drug in a sustained and increasing dose over time to produce the
intended effect.

Another object of the invention is make available a method for administering a
drug in a sustained and increasing dose by administering a dosage form that
delivers the drug in a sustained and increasing dose over time.

30    Another object of the invention is to provide a dosage form comprising a first
layer comprising a first concentration of drug and a second layer comprising a
second and higher concentration of drug that are delivered first then second to
provide a sustained and ascending delivery of drug.

ARC 2450 P1

5

Another object of the invention is to provide a method for administering a drug in a sustained and increasing dose by administering a dosage form comprising a first concentration of drug and a second higher concentration of drug which dosage form delivers the first followed by the second concentration of drug to give a sustained and ascending delivery of drug.

Another object of the invention is to provide a dosage form that administers a drug in a sustained and ascending pattern over time, which dosage form is characterized by a first drug layer comprising a lower concentration of drug compared to a second drug layer that are delivered consecutively to provide the ascending pattern.

Another object of the invention is to provide a bilayer arrangement comprising a first drug layer comprising a lower concentration of drug compared to a second drug layer.

Another object of the invention is to provide a trilayer comprising a first drug layer comprising a lower concentration of drug layer compared to a second drug layer, and a third layer that provides physical support to the first and second layers for delivery of the first and second layers to an environment of use.

Another object of the invention is to provide a composition of matter comprising: (1) a drug selected from the groups consisting of opioid, barbiturate, hypnotic, central nervous system stimulant, psychostimulant, alcohol, cannabinoid, and catecholamine; (2) a pharmaceutically acceptable hydrophilic polymeric carrier; and (3) a hydrophobic compound that aids in controlling the rate of hydration of the composition.

Another object of the invention is to provide an osmotic dosage form comprising an immediate dose of drug on the exterior of the dosage form, and a prolonged ascending dose in the interior of the dosage form, which two doses operate in combination to provide an ascending dose of drug to negate acquired and developed tolerance.

Another object of the invention is to provide a tablet for oral use comprising a first layer comprising a first concentration of drug and a pharmaceutically acceptable

ARC 2450 P1

6

carrier and a second layer comprising a second concentration of drug and a
pharmaceutically acceptable carrier, and wherein the tablet comprises a larger dose
of drug in the second layer.

    These objects, as well as other objects, features and advantages of this
invention will become more apparent from the following detailed disclosure of the
invention accompanied by the accompanying claims.

### DESCRIPTION OF DRAWING FIGURES

    Figure 1 depicts the ascending release rate for the drug methylphenidate from
a dosage form provided by the invention.

    Figure 2 depicts the ascending release rate for the drug pseudoephedrine
from a dosage form provided by the invention.

### DETAILED DESCRIPTION OF SPECIFICATION

    In accordance with the practice of this invention, it has now been discovered
that the invention can make available a dosage form with an ascending rate of drug
delivery over time.  The dosage form of this invention comprises a wall that
surrounds an internal compartment.  The wall of the dosage form is permeable to the
passage of fluid present in an environment of use, such as the aqueous-biological
fluid of the gastrointestinal tract, and the wall is impermeable to the passage of drug.
The wall comprises a semipermeable composition that maintains its physical and
chemical integrity during the drug dispensing life of the dosage form.  The
semipermeable wall comprises a polymer selected from the group consisting of a
cellulose acylate, cellulose diacylate, cellulose triacylate, cellulose acetate, cellulose
diacetate and cellulose triacetate.  The wall can comprise 65 wt% (weight percent) to
100 wt% of said polymer.  The wall can comprise 0 to 35 wt% polyethylene glycol
possessing a number average molecular weight of 190 to 20,000, from 0 to 35 wt%
of a hydroxypropylalkylcellulose selected from the group consisting of

ARC 2450 P1

7

hydroxypropylmethylcellulose, hydroxypropylethylcellulose,
hydroxypropylbutylcellulose, and hydroxypropylpentylcellulose of number average
molecular weight 9,000 to 250,000, and 0 to 35 wt% of a hydroxyalkylcellulose
including a member selected from the group consisting of hydroxymethylcellulose,
hydroxyethylcellulose, hydroxypropylcellulose and hydroxybutylcellulose of number
average molecular weight 7,500 to 200,000. The total weight of all components
comprising the wall is equal to 100 wt%. Wall-forming polymers are known in U.S.
Patent Numbers 3,845,770; 3,916,899; 4,036,228; 4,111,202; and 5,178,866.

    The dosage form comprises at least one exit in the wall that connects the
exterior of the dosage form with the interior of the dosage form. The expression
"exit" as used herein comprises a passageway, orifice, bore, pore, micropore, hollow
fiber, capillary tube, porous overlay, porous insert and the like for dispensing a drug
from the dosage form. The exit passageway includes a material that erodes, or is
leached from the wall in a fluid environment of use, such as the gastrointestinal tract.
Representative materials for forming a passageway, or more than one passageway,
include erodible poly(glycolic) acid, erodible poly(lactic acid), erodible
poly(orthoester), erodible poly(orthocarbonate), a gelatinous filament, poly(vinyl
alcohol), leachable materials including fluid removable pore-forming
polysaccharides, salts and oxides. An exit can be formed by leaching compounds
such as sorbitol, lactose or glucose. The exit can have any shape such as round,
triangular, square or elliptical. The dosage form can be provided with one or more
passageways in spaced apart positions on a common surface of the dosage form.
Passageways and equipment for forming an exit are disclosed in U.S. Patent
Numbers 3,845,770; 3,916,899; 4,063,064; 4,088,864; 4,200,098; 4,285,987; and
5,178,866.

    The dosage form's compartment comprises a first layer comprising a dose of
drug and a second layer comprising a larger dose of drug. The first layer and the
second layers are delivered in successive order. The first layer is next to the exit to
provide for its delivery first, followed by the second layer, from the dosage form to
give an ascending profile of delivered drug. The first layer comprises 10 ng

ARC 2450 P1

8

<sub>5</sub> (nanograms) to 250 mg (milligrams) of drug and a pharmaceutically acceptable
carrier; and the second layer comprises 50 ng to 500 mg of drug and a
pharmaceutically acceptable carrier.  The administration of the first dose followed by
the second dose provides a controlled-increasing dose that simultaneously reduces
or eliminates the frequency of daily dosing and compensates for tolerance to the
<sub>10</sub> drug.  The first layer delivers its dose over a period of 30 minutes to 5 hours and the
second layer delivers its dose over 1.5 hours to 9 hours.

The first layer provided by the invention comprises: (a) a dose of 10 ng to 250
mg of drug; (b) 5 mg to 250 mg of a pharmaceutically acceptable carrier comprising
hydrophilic polymer comprising a poly(alkylene oxide) of number average molecular
<sub>15</sub> weight 40,000 to 1,000,000, with a 5% aqueous solution exhibiting a viscosity at
25°C of 12 to 17,600 cps (centipoise) represented by a member selected from the
group consisting of poly(methylene oxide), poly(ethylene oxide), poly(propylene
oxide), poly(butylene oxide), copolymer poly(ethylene oxide)-(polypropylene oxide),
and a blend of two different poly(alkylene oxides) such as poly(ethylene oxide) of
<sub>20</sub> number average molecular weight 100,000 and a blend of two different
pharmaceutically acceptable carriers comprising (polyethylene oxide) of 200,000
number average molecular weights, and poly(ethylene oxide) of 200,000-
(polyethylene oxide) of 300,000 number average molecular weights, which
poly(alkylene oxide) polymers are available from Union Carbide Corporation; 0 mg to
<sub>25</sub> 100 mg of a hydrophilic pharmaceutically acceptable carboxyvinylpolymer known
also as carboxypolyalkylene polymers possessing a number average molecular
weight of 7,500 to 3,000,000, including a carboxyvinylpolymer of number average
molecular weight 450,000, a carboxyvinylpolymer of number average molecular
weight 750,000, a carboxyvinylpolymer of number average molecular weight
<sub>30</sub> 1,250,000 and a carboxyvinylpolymer of number average molecular weight
3,000,000, as disclosed in U.S. Patent Numbers 2,798,053, 2,909,462 and
3,825,068 and available as Carbopol® polymer from the B. F. Goodrich Company;
and 0 mg to 250 mg of a pharmaceutically acceptable alkali carboxymethylcellulose
wherein the alkali is sodium or potassium represented by sodium

ARC 2450 P1

9

carboxymethylcellulose of viscosity average number molecular weight 10,000 to 700,000, available from the Hercules Corporation, with the expression "pharmaceutically acceptable" meaning nontoxic and acceptable for oral administration to a human patient; (c) a surfactant selected from 0.05 mg to 7.5 mg of a member selected from the group consisting of amphoteric, anionic, cationic, and nonionic surfactants, as represented by sorbitan trioleate, sorbitan tristearate, ethylene glycol fatty acid ester, polyethylene glycol monostearate, sorbitan sesquioleate, glycerol monostearate, sorbitan mono-oleate, propylene glycol monolaurate, sorbitan monostearate, diethylene glycol monolaurate, sorbitan monopalmitate, polyoxyethylene mannitol dioleate, sorbitan monolaurate, polyoxyethylene lauryl ether, polyoxyethylene monostearate, polyethylene glycol 400 monostearate, triethanolamine oleate, polyoxyethylene alkyl phenol, polyethylene alkyl aryl ether, polyoxyethylene sorbitan monolaurate, polyoxyethylene sorbitan monostearate, polyoxyethylene sorbitan monooleate, polyoxyethylene monostearate, polyoxyethylene sorbitan monopalmitate, polyoxyethylene monostearate, polyoxyethylene sorbitan monolaurate, polyoxyethylene lauryl ether, polyoxyethylene monostearate, sodium oleate, and sodium lauryl sulfate, which surfactants are known in Pharmaceutical Sciences by Remington, 17th Edition, pp. 1305-1306 (1985); (d) 0.5 mg to 20 mg of a hydroxypropylalkylcellulose binder polymer comprising a member selected from the group consisting of hydroxypropylmethylcellulose, hydroxypropylethylcellulose, hydroxypropylbutylcellulose and hydroxypropylpentylcellulose of number average molecular weight 9,000 to 750,000, available from the Dow Chemical Company; and 0.0 mg to 20 mg of a hydroxyalkylcellulose selected from the group consisting of hydroxymethylcellulose, hydroxyethylcellulose, hydroxypropylcellulose, hydroxybutylcellulose and hydroxypentylcellulose of number average molecular weight 7,500 to 750,000, available from Aqualon Company; and (e) 0.01 mg to 5 mg of a lubricant such as stearic acid, magnesium stearate, calcium stearate, potassium oleate, magnesium laureate or calcium palmitate.

10

The second layer in contacting arrangement with the first layer comprises 50 ng to 500 mg of drug, and to obtain an ascending release profile of delivered drug, the drug concentration in the second layer is larger than the drug concentration in the first layer. The second layer comprises: (a) a dose of 50 ng to 500 mg of drug; (b) 25 mg to 450 mg of a pharmaceutically acceptable carrier illustrated by hydrophilic hydrogel polymer such as poly(alkylene oxide) of number average molecular weight 40,000 to 1,000,000, 0 mg to 100 mg of a carboxyvinylpolymer of number average molecular weight 7,500 to 3,000,000, and 0 ng to 250 mg of an alkali carboxymethylcellulose of viscosity average molecular weight 10,000 to 700,000; (c) 0.05 mg to 7.5 mg of a surfactant; (d) 0.5 mg to 20 mg of a hydroxypropylalkylcellulose of number average molecular weight 9,000 to 750,000, and 0.0 mg to 20 mg of a hydroxyalkylcellulose of number average molecular weight 7,500 to 750,000; and (e) 0.01 mg to 5 mg of a lubricant. The polymers, surfactants, and the lubricants are disclosed with the first layer.

The dosage form comprises a third layer that displaces or pushes the first and second layers consecutively through the exit port from the dosage form. The second layer comprises: (a) 15 ng to 450 mg of a hydrophilic osmopolymer selected from the group consisting of a poly(alkylene oxide) of number average molecular weight 2,000,000 to 10,000,000, or an alkali carboxymethylcellulose of viscosity average molecular weight 2,000,000 to 10,000,000; (b) 2 mg to 50 mg of an osmagent, also known as osmotically effective solute, osmotically effective compound, and osmotic agent including inorganic and organic compounds represented by an osmagent selected from the group consisting of magnesium sulfate, magnesium chloride, sodium chloride, lithium chloride, potassium sulfate, sodium sulfate, lithium sulfate, potassium chloride, sodium sulfate, magnesium succinate, tartaric acid, carbohydrate, raffinose, sucrose, glucose, and lactose; (c) 0.01 mg to 10.0 mg of a surfactant including amphoteric, anionic, cationic and nonionic surfactants as presented under the first layer; (d) 0 mg to 20 mg of a carboxyvinylpolymer of number average molecular weight 7,500 to 10,000,000 as presented under the first layer; (e) 0.1 mg to 30 mg of a hydroxypropylalkylcellulose of number average

ARC 2450 P1

11

molecular weight 9,200 to 750,000, including the hydroxypropylalkylcellulose
polymer presented under the first layer; (f) 0.0 mg to 5 mg of a colorant compound to
identify the dosage form, such as red ferric oxide; and (g) 0.0. mg to 5 mg of a
lubricant, including the lubricants presented under the first layer.

The drug present in the first and second layer comprises opioids,
barbiturates, hypnotics, central nervous system acting drugs, psychostimulants,
alcohols, cannabinoids and catecholamines. Examples of drug are the central
nervous system acting drugs useful for the management of attention deficit disorder,
including catecholamines and drugs that can mimic their action. The drugs useful
for this therapy comprise a member selected from the group consisting of
amphetamine, dextroamphetamine, methamphetamine, methylphenidate, racemic
methylphenidate, theomethylphenidate, ethylphenidate, phenylisopropylamine and
pemoline. The drugs include also their pharmaceutically acceptable salts such as a
member selected from the group consisting of hydrochloride, sulfate, phosphate,
acetate, hydrobromide, pamoate and maleate.

The invention comprises further a coat on the external surface of the dosage
form. The coat is an external overcoat carried by the dosage form. The external
overcoat on the wall of the dosage form comprises a dose of drug, and the overcoat
cooperates with the interior compartment comprising a dose of drug that delivers the
drug to provide an unexpected ascending drug delivery profile. The overcoat
provides an initial dose of drug followed by a larger dose of drug from the interior of
the dosage form to give an ascending drug delivery profile. The overcoat comprises
100 ng to 100 mg of a drug that is delivered in up to 2 hours followed by the larger
dose from the dosage form. The overcoat comprises a drug selected from the group
consisting of opioids, barbiturates, hypnotics, psychostimulants, central nervous
system acting drugs and catecholamines. Representative of individual drugs
present in the overcoat comprise a drug selected from the group consisting of
amphetamine, dextro-amphetamine, methamphetamine, methylphenidate, racemic
methylphenidate, ethylphenidate, alkylphenidate, phenylisopropylamine, and
pemoline. These drugs include also their pharmaceutically acceptable salts such as

ARC 2450 P1

12

<sup></sup>

5   a member selected from the group consisting of hydrochloride, sulfate, phosphate,
acetate, hydrobromide, pamoate and maleate.  Representative of a drug
embodiment present in the overcoat is alkylphenidate comprising 10 ng to 20 mg of
methylphenidate.

The overcoat comprises the drug blended with a pharmaceutically acceptable
10   carrier consisting of an aqueous-releasing carrier, alkylcellulose, methylcellulose,
ethylcellulose, hydroxyalkylcellulose, hydroxymethylcellulose,
hydroxypropylcellulose, hydroxyethylcellulose, hydroxybutylcellulose,
hydroxypropylalkylcellulose, hydroxypropylmethylcellulose,
hydroxypropylethylcellulose, hydroxypropylbutylcellulose, methyldextrose, acacia
15   guar gum, pregelatinized starch, propylene glycol alginate and cyclodextrin.  The
overcoat comprises 0 to 5 wt%, in one operative embodiment 0.01 to 5 wt% of
polyethylene glycol, polypropylene glycol, polyvinylpyrrolidone, and acetylated
triglyceride.  The overcoat provides needed drug therapy, for example
methylphenidate, as the overcoat dissolves or undergoes dissolution in the presence
20   of fluid present in the gastrointestinal tract of a patient.  Thus, the overcoat provides
drug therapy on oral administration into the patient's drug receiving environment, the
gastrointestinal tract.

The wall of the dosage form in one manufacture is formed by an air
suspension procedure.  This procedure consists of suspending and tumbling the
25   compressed trilaminate in a current of air and wall-forming composition until a wall is
applied forming an internal compartment containing the trilayer core.  The air-
suspension procedure is well-suited for independently forming the wall.  The air
suspension procedure is described in U.S. Patent Numbers 2,799,241 and
5,082,668.  The wall can be formed in an air suspension coater using cosolvents like
30   methylenedichloride-methanol, 80:20 (wt:wt), or acetone-water cosolvent 85:15,
90:10 or 95:5, (wt:wt) using 2.5 to 5% solids.  Other wall forming techniques can be
used, such as a pan coating system, or a wall forming composition deposit by
successive spraying of the composition accompanied by tumbling in a rotating pan.
A pan coater is used to produce thicker walls.  A large volume of solvent such as

ARC 2450 P1

13

methanol, can be used in a cosolvent system to produce a thinner wall. Finally, the
wall coated compartment is dried in an oven at 30°C to 50°C for up to a week, or in a
humidity controlled oven at 50 RH (relative humidity) and 50°C for 18 hours to 3
days.

The first and second layers of the invention are made by standard
manufacturing techniques. For example, in one manufacture the drug and other
ingredients are blended and pressed into a solid layer. The drug and the ingredients
can be blended with a solvent and mixed into a semisolid or solid formed by
conventional methods such as ball-milling, calendering, stirring or roller milling and
then pressed into a pre-selected shape. The layer possesses dimensions that
correspond to the internal dimensions of the area the layer occupies in the dosage
form, and it also possesses dimensions corresponding to the second and third layer
for forming a contacting arrangement therewith. The dispensing or push layer
comprising the osmopolymer is placed in contact with the second drug layer. The
displacement layer is manufactured using the techniques for providing the first and
second drug layers. The layering of the first drug layer, the second drug layer, and
the displacement layer can be fabricated by conventional press-layering techniques.
The three-layered compartment-forming core is surrounded and coated with an outer
semipermeable wall. An exit is laser drilled through the wall to contact the first drug
layer, with the dosage form optically oriented automatically by the laser equipment
for forming the exit passageway.

In another manufacture, the dosage form is manufactured by the wet
granulation technique. In the wet granulation technique, for example, the drug and
the ingredients comprising a drug layer are blended using an organic solvent, such
as isopropyl alcohol-methylene dichloride 80:20 (v:v) (volume:volume) or methanol-
methylene dichloride, as the granulation fluid. Other granulating fluid such as
denatured alcohol 100% can be used for this purpose. The ingredients forming the
drug layer are individually passed through a screen and then thoroughly blended in
a mixer. Next, other ingredients comprising the drug layer are dissolved in a portion
of the granulation fluid, such as the cosolvent described above. Then, the latter

ARC 2450 P1

14

prepared wet blend is slowly added to the drug blend with continual mixing in the
blender. The granulating fluid is added until a wet blend is produced, which wet
mass then is forced through a screen onto oven trays. The blend is dried for 18 to
24 hours at 30ºC to 50ºC. The dry granules are sized then with a screen. Next, a
lubricant is passed through a screen and added to the dry screen granule blend.
The granulation is put into milling jars and mixed on a jar mill for 1 to 15 minutes.
The other drug layer and the displacement layers are made by the same wet
granulation techniques. The compositions are pressed into their individual layers in
a layer press.

Another manufacturing process that can be used for providing the
compartment-forming composition layers comprises blending the powdered
ingredients for each layer independently in a fluid bed granulator. After the
powdered ingredients are dry blended in the granulator, a granulating fluid, for
example, poly(vinyl-pyrrolidone) in water, or poly(vinyl-pyrrolidone) in denatured
alcohol, or poly(vinyl-pyrrolidone) in 95:5 ethyl alcohol/water, or poly(vinyl-
pyrrolidone) in blends of ethanol and water, is sprayed onto the powders.
Optionally, the ingredients can be dissolved or suspended in the granulating fluid.
The coated powders are then dried in a granulator. This process granulates all the
ingredients present therein while adding the granulating fluid. After the granules are
dried, a lubricant such as stearic acid or magnesium stearate is added to the
granulator. The granules for each separate layer are then pressed in the manner
described above.

The dosage form of the invention is manufactured in another manufacture by
mixing a known dose of drug with compositional layer-forming ingredients and then
pressing the composition into a solid layer possessing dimensions corresponding to
the internal dimensions of the compartment. A contacting additional layer containing
an increased dose of drug is manufactured in a like manner. In another
manufacture a first and second layers are independently manufactured by mixing for
each layer, the drug, other drug composition forming ingredients, and a solvent, to
form a semisolid or solid by conventional laboratory methods such as ball milling,

ARC 2450 P1

15

calendering, stirring or roll milling, and then each composition is pressed into a layer. Next, the first and different second layers and placed next to a layer of a displacement composition comprising an osmopolymer and an optional osmagent. Then, the three layered core is surrounded with a semipermeable wall. The layering of the first layer, the second, middle layer and the third layer can be accomplished by conventional layer tablet press techniques. The wall can be applied by molding, spraying, or dipping the pressed-shape trilayered-core into wall forming materials. Another technique that can be used for applying the wall is the air suspension coating procedure. This procedure consists in suspending and tumbling the three layered laminate in a current of air until the wall forming composition surrounds the trilayer. The air suspension procedure is described in U.S. Patent Number 2,799,241; *J. Am. Pharm. Assoc.*, Vol. 48, pp. 451-459 (1979); and ibid., Vol. 49, pp. 83-84 (1960). Other manufacture procedures are described in <u>Modern Plastic Encyclopedia</u>, Vol. 46, pp. 62-70 (1969); and in <u>Pharmaceutical Sciences</u> by Remington, 14th edition, pp. 1626-1979 (1970), published by Mack Publishing Co., Easton PA.

Exemplary solvents suitable for manufacturing the wall, the first layer, and the second layer include inert inorganic and organic solvents. The solvents broadly include members selected from the group consisting of aqueous solvents, alcohols, ketones, esters, ethers, aliphatic hydrocarbons, halogenated solvents, cycloaliphatics, aromatics, heterocyclic solvents and mixtures thereof. Typical solvents include acetone, diacetone alcohol, methanol, ethanol, isopropyl alcohol, butyl alcohol, methyl acetate, ethyl acetate, isopropyl acetate, n-butyl acetate, methyl isobutyl ketone, methyl propyl ketone, n-hexane, n-heptane ethylene glycol monoethyl ether, ethylene glycol monoethyl acetate, methylene dichloride, ethylene dichloride, propylene dichloride, carbon tetrachloride, chloroform, nitroethane, nitropropane, tetrachloroethane, ethyl ether, isopropyl ether, cyclohexane, cyclo-octane, benzene, toluene, naphtha, tetrahydrofuran, diglyme, aqueous and nonaqueous mixtures thereof, such as acetone and water, acetone and methanol, acetone and ethyl alcohol, methylene dichloride and methanol, ethylene dichloride

ARC 2450 P1

16

5    and methanol, and methylene dichloride and ethanol. The solvents are disclosed in

U.S. Patent Number 5,030,456.

### DETAILED DESCRIPTION OF THE EXAMPLES

10    The following examples are illustrative of the present invention and the

examples should not be considered as limiting the scope of the invention in any way,

as these examples and other equivalents thereof will become apparent to those

versed in the art in the light of the present disclosure and the accompanying claims.

15    ### EXAMPLE 1

A dosage form, designed and adapted to deliver a drug in an ascending

release rate profile is manufactured according to this example.

First, a first layer forming composition comprising a dose of drug is

20    manufactured as follows. 157.8 g of poly(ethylene oxide) having a number average

molecular weight of 200,000 is passed through a 40 mesh screen, U.S. sieve, and

placed into the bowl of a conventional planetary mixer. Next, 31.2 g of the drug

methylphenidate hydrochloride is added to the mixer. Then, 10 g of

hydroxypropylmethylcellulose of number average molecular weight 9,200 is passed

25    through a 40 mesh sieve and added to the mixer comprising the methylphenidate

hydrochloride and the poly(ethylene oxide). Then, 0.5 g of FD&C Blue Dye No. 1,

for color identification, is added to the bowl of the mixer. The ingredients are

blended in the mixer for 10 minutes to produce a homogenous composition. Next,

about 100 ml of denatured anhydrous ethanol is added gradually to the mixer with

30    continual mixing over a period of 5 to 10 minutes to change the consistency of the

dry ingredients to wet granules. The wet granulation is passed through a 20 mesh

screen, dried at room temperature for 16 hours, and then passed through a 20 mesh

screen. Then, 0.5 g of magnesium stearate is passed through a 40 mesh screen,

ARC 2450 P1

17

added to the homogenous composition and all the ingredients mixed for an
additional minute.

Next, a second composition for providing a second layer is prepared as
follows.  First, 112.6 g of poly(ethylene oxide) of number average molecular weight
200,000 is passed through a 40 mesh screen and placed into the bowl of a
conventional planetary mixer.  Next, 76.4 g of the drug methylphenidate
hydrochloride is added to the bowl containing the poly(ethylene oxide).  Then, 10 g
of hydroxypropylmethylcellulose of weight average molecular weight 9,200 is passed
through a 40 mesh screen and added to the bowl containing the poly(ethylene
oxide) and the methylphenidate hydrochloride.  Then, 0.5 g of FD&C blue dye No. 1,
or a different FD&C color dye to provide a color differential between the layers, is
added to the mixer.  All the ingredients are blended for 10 minutes to produce a
homogenous blend.  Next, 100 ml of denatured anhydrous ethanol is added to the
mixer with continued mixing over a period of 5 to 10 minutes to change the dry
powder blend into wet granules.  The wet granulation is passed through a 20 mesh
screen, dried at a room temperature of 72°F (22.2°C) for 16 hours and then passed
though a 20 mesh screen.  Next, 0.5 g of magnesium stearate is passed through a
40 mesh screen, added to the granulation, and all the ingredients mixed for an
additional 1 minute.

Next, the displacement layer, also characterized as a third layer, is prepared
as follows.  First, 107 g of poly(ethylene oxide) of number average molecular weight
7,000,000, 80 g of osmagent sodium chloride, 10 g of hydroxypropylmethylcellulose
of number average molecular weight 9,200, and 2 g of red ferric oxide are passed
through a 40 mesh screen and then placed into the bowl of a mixer.  The ingredients
are blended together to form a homogenous blend.  Next, 50 ml of denatured
anhydrous ethanol is added to the mixer accompanied by continual mixing for 7 to
10 minutes, to produce wet granules.  The wet granules are passed through a 20
mesh screen, dried at room temperature for 16 hours, and then passed through a 20
mesh screen.  Next, 1 g of magnesium stearate is passed through a 40 mesh

ARC 2450 P1

18

 5   screen, added to the granulation, and all the ingredients mixed for an additional
     minute.

         Next, the first composition and the second composition are pressed together
     into contacting layers, as follows.  First, 33 mg of the first composition is added to a
     7/32" (0.55 cm) die cavity and tamped lightly.  Next, 24 mg of the second
10   composition is added to the die and tamped lightly to provide the two drug layers.
     Then, 57 mg of the displacement composition is added to the die and the three
     layers are compressed together using 1/2 ton of pressure to form a trilayer tablet.
     The trilayer tablet weighs 114 mg.

         Next, the trilayer is surrounded with a semipermeable wall as follows.  First, a
15   semipermeable wall forming composition is prepared comprising 95% cellulose
     having an acetyl content of 39.8% and 5% polyethylene glycol of number average
     molecular weight 3350, provided by Union Carbide Co., by dissolving the ingredients
     in a mixture of acetone and water in a 90:10 (wt:wt) ratio, to provide a solid
     composition at 5%.  The trilayer tablets are placed in a pan coater and 15 mg of the
20   semipermeable wall forming composition is sprayed onto the trilayer tablet.  Next, a
     30 mil (.76 mm) orifice is drilled on the drug side to connect the first layer with the
     outside of the dosage form.  The dosage form tablets are dried at 50ºC and 50%
     relative humidity to remove the residual solvents.

         The dosage form comprises 5.2 mg of methylphenidate hydrochloride, 26 mg
25   of poly(ethylene oxide) of number average molecular weight 200,000, 1.65 mg of
     hydroxypropylmethylcellulose of number average molecular weight 9,200, 0.083 mg
     of magnesium stearate, and 0.083 mg of dye in the first drug layer.  The dosage
     form comprises 9.17 mg of methylphenidate hydrochloride, 13.52 mg of
     poly(ethylene oxide) of number average molecular weight 200,000, 1.2 mg of
30   hydroxypropylmethylcellulose of number average molecular weight 9,200, 0.06 mg
     of magnesium stearate, and 0.06 mg of dye in the second drug layer.  The third
     displacement layer comprises 30.5 mg of poly(ethylene oxide) of number average
     molecular weight 7,000,000, 22.8 mg of osmagent sodium chloride, 2.85 mg of
     hydroxypropylmethylcellulose of number average molecular weight 9,200, 0.57 mg

ARC 2450 P1

19

5    of ferric oxide, and 0.285 mg of lubricant magnesium stearate.  The semipermeable

wall comprises 14.25 mg of cellulose acetate of 39.8 acetyl content, and 0.75 mg of

polyethylene glycol of number average molecular weight 3350.  The dosage form

exhibited the following ascending release-rate profile comprising 0.03 mg in 1 hour,

0.4 mg in 2 hours, 1.06 mg in 3 hours, 0.95 mg in 4 hours, 1.06 mg in 5 hours, 1.31

10    mg in 6 hours, and 1.72 mg in 7 hours as further seen in accompanying Figure 1.

EXAMPLE 2

15    The procedure in Example 1 is followed in this example, with the manufacture

as described, but in this example the drug in the first layer and in the second layer

are selected from the group of drugs consisting of amphetamine, dextro-

amphetamine, methamphetamine, ethylphenidate, phenylisopropylamine and

pemoline, with the dose of drug in the second layer larger than the dose of the same

drug in the first layer, wherein the dose of drug in the first layer comprising 10 ng to

20    300 mg of drug and the dose of drug in the second layer comprising 50 mg to 500

mg of drug.

EXAMPLE 3

25    A dosage form designed and adapted to deliver pseudoephedrine

hydrochloride in an ascending release-rate profile over time is prepared according to

this example.

A first drug layer forming composition is prepared by passing 139 g of

poly(ethylene oxide) of number average molecular weight 300,000 through a 40

30    mesh screen and then placing the screened hydrophilic polymer into the bowl of a

mixer.  Next, 40 g of pseudoephedrine hydrochloride is added to the bowl and the

ingredients blended for 5 minutes.  Then, 10 g of hydroxypropylmethylcellulose of

number average molecular weight 9,200 and 10 g of polyoxyethylene 40 stearate

are screened through a 40 mesh screen and added to the bowl containing the

ARC 2450 P1

20

previously added ingredients. Then, all the ingredients are blended together for 10
minutes to yield a homogenous composition. Next, 100 ml of denatured anhydrous
ethanol is added to the mixer with continuous mixing over a period of 5 to 10
minutes to change the drug ingredients to a wet granulation. The wet granulation is
passed through a 20 mesh screen, dried at room temperature for 16 hours, and then
re-screened through a 20 mesh screen. Next, 1 g of magnesium stearate is
screened through a 40 mesh screen and added to the mixer, and all the ingredients
are mixed again for an additional minute.

Next, a second drug layer is prepared by passing 28.8 g of poly(ethylene
oxide) of number average molecular weight 300,000 through a 40 mesh screen and
then adding the screened hydrophilic polymer to a mixer. Next, 150 g of
pseudoephedrine hydrochloride is added to the mixer and the ingredients blended
for 3 minutes. Then, 10 g of hydroxypropylmethylcellulose of number average
molecular weight 9,200, 10 g of polyoxyethylene 40 stearate, and 0.2 g of red ferric
oxide are passed through 40 mesh screen and added to the mixer. Then, all the
ingredients are blended for 10 minutes to produce a homogenous composition.
Then, 100 ml of denatured anhydrous ethanol is added to the mixer and the mixing
continued for 10 minutes to produce a wet granulation. Next, the wet granulation is
passed through a 20 mesh screen, dried at room temperature for 16 hours, and then
screened through a 20 mesh screen. Then, 1 g of magnesium stearate is passed
through a 40 mesh screen, added to the granulation, and all the ingredients blended
an additional minute.

Next, the displacement, or third drug-free layer is prepared as follows. First,
111 g of poly(ethylene oxide) having a number average molecular weight of
7,000,000, 60 g of sodium chloride, 10 g of hydroxypropylmethylcellulose having a
number average molecular weight 9,200, 10 g of polyoxyethylene 40 stearate, 6 g
of cross-linked acrylic acid polymer of number average molecular weight 3,000,000,
and 2 g of red ferric oxide are passed through a 40 mesh screen and added to the
mixer. The ingredients are blended until a homogenous blend is formed. Then, 25
ml of denatured anhydrous ethanol is added to the mixer and mixing continued for

ARC 2450 P1

21

10 minutes to provide wet granules. The wet granules are passed through a 20 mesh screen, dried at room temperature for 16 hours, and then passed through a 20 mesh screen. Next, 1 g of magnesium stearate is passed through a 40 mesh screen, added to the granulation, and all the ingredients blended for an additional minute.

Next, the three layers are pressed into a three layered core. First, 22 mg of the first drug composition is added to the die and tamped lightly. Next, 18 mg of the second drug composition is added to the die and the second composition tamped lightly. Then, 40 mg of the third displacement drug-free composition is added to the die, and the three layers compressed under 1/2 ton of pressure to form a trilayer tablet.

Next, the trilayer is surrounded with a semipermeable wall. The semipermeable wall comprises 95% cellulose acetate having an acetyl content of 39.8% and 5% poly(ethylene glycol) having a number average molecular weight of 3350. The semipermeable composition is dissolved in a solvent comprising acetone and water (90:10 wt:wt), to provide a solid concentration of 5%. The trilayer tablets are coated in a standard pan coater and the trilayer tablets are coated with a 12 mg wall. Next, a 30 mil (0.76 mm) orifice is drilled through the wall connecting the first drug layer with the exterior of the dosage form. The tablets are dried for 48 hours at 50°C and 50% relative humidity to remove the residual solvents.

The dosage form comprises 4.4 mg of pseudoephedrine hydrochloride, 15.3 mg of poly(ethylene oxide) of number average molecular weight 300,000, 1.1 mg of hydroxypropylmethylcellulose of number average molecular weight 9,200, 1.1 mg of polyoxyethylene 40 stearate, and 0.11 mg of magnesium stearate in the first layer. The second layer comprises 13.5 mg of pseudoephedrine hydrochloride, 2.59 mg of poly(ethylene oxide) of number average molecular weight 300,000, 0.9 mg of hydroxypropylmethylcellulose of number average molecular weight 9,200, 0.9 mg of polyoxyethylene 40 stearate, 0.018 mg of red ferric oxide, and 0.09 mg of magnesium stearate. The third layer comprises 22.2 mg of poly(ethylene oxide) of number average molecular weight 7,000,000, 12 mg of sodium chloride, 2 mg of

ARC 2450 P1

22

5    hydroxypropylmethylcellulose of number average molecular weight 9,200, 2 mg of
polyoxyethylene 40 stearate, 1.2 mg of cross-linked acrylic acid polymer, 0.4 mg of
red ferric oxide, and 0.2 mg of magnesium stearate. The semipermeable wall
comprises 11.4 mg of cellulose acetate having a 39.8% acetyl content and 0.6 mg of
polyethylene glycol of average number molecular weight 3350. The dosage form
10   exhibited an ascending release-rate profile comprising 0.13 mg in 1 hour, 0.65 mg in
2 hours, 2.2 mg in 3 hours, 2.78 mg in 4 hours, 3.24 mg in 5 hours, 3.14 mg in 6
hours and 3.43 mg in 7 hours. The ascending release rate is seen in Figure 2.

## EXAMPLE 4

15
The dosage form prepared in this example follows the above example. In this
example the displacement or third layer and the semipermeable wall are as
prepared previously, accompanied by a new first layer and a new second layer.
The first drug layer is prepared as follows. First, 139 g of polyethylene oxide
20   having a number average molecular weight of about 100,000 is passed through a 40
mesh screen and placed into the bowl of a conventional planetary mixer. Next, 40 g
of pseudoephedrine hydrochloride is placed into the bowl containing the
polyethylene oxide. Next, 10 g of hydroxypropylmethylcellulose of number average
molecular weight 9,200 and 10 g of polyethylene 40 stearate is passed through a 40
25   mesh screen and placed into the bowl containing polyethylene oxide and
pseudoephedrine hydrochloride. The four ingredients are blended together in the
planetary mixer for 10 minutes. Next, 100 ml of denatured anhydrous ethanol is
added to the mixer with continued mixing over a period of 5 to 10 minutes such that
the consistency of the dry powder changes to that of granules. The wet granulation
30   is then passed through a 20 mesh screen, dried at room temperature for 16 hours,
and then passed through a 20 mesh screen. Next, 1 g of magnesium stearate which
has been passed through a 40 mesh screen is added to the granulation and all the
ingredients are mixed for an additional 1 minute.

ARC 2450 P1

23

The second dry layer is prepared as follows: first, 28.8 g of polyethylene oxide
having a number average molecular weight of about 200,000 is passed through a 40
mesh screen and placed into the bowl of a conventional planetary mixer.  Next, 150
g of the drug pseudoephedrine hydrochloride is weighed and placed into the bowl
containing the polyethylene oxide.  Next, 10 g of hydroxypropylmethylcellulose of
number average molecular weight 9,200, 10 g of polyoxyethylene 40 stearate, and
0.2 g of red ferric oxide are passed through a 40 mesh screen and placed into the
bowl containing polyethylene oxide and pseudoephedrine hydrochloride.  The
composition is blended together in the planetary mixer for 10 minutes.  Next, 100 ml
of denatured anhydrous ethanol is gradually added to the mixer with continued
mixing over a period of 5 to 10 minutes such that the consistency of the dry powder
changes to that of granules.  The wet granulation is then passed through a 20 mesh
screen, dried at room temperature for 16 hours, and then passed through a 20 mesh
screen.  Next, 1 g of magnesium stearate which has been passed through a 40
mesh screen is added to the granulation and all the ingredients are mixed for an
additional 1 minute.

The dosage form prepared by this example comprised the following
composition: a first drug layer comprising 20.0% pseudoephedrine hydrochloride,
69.5% polyethylene oxide of number average molecular weight 100,000, 5%
hydroxypropyl methyl cellulose of number average molecular weight 9,200, 5%
polyoxyethylene 40 stearate, and 0.5% magnesium stearate.  The dosage form
second drug layer comprising 75% pseudoephedrine hydrochloride, 14.4%
polyethylene oxide of number average molecular weight 200,000, 5% hydroxypropyl
methylcellulose of number molecular weight 9,200, 5% polyoxyethylene 40 stearate,
0.1% red ferric oxide, and 0.5% magnesium stearate.  The third layer in the dosage
form is composed of 55.5% polyethylene oxide of number average molecular weight
7,000,000, 30% sodium chloride, 5% hydroxypropylmethylcellulose, 5%
polyoxyethylene 40 stearate, 3% cross linked acrylic acid polymer, 1 % red ferric
oxide, and 0.5% magnesium stearate.  The semipermeable wall comprises 95%
cellulose acetate of acetyl content 39.8% and 5% polyethylene glycol having a

ARC 2450 P1

24

5 number average molecular weight of 3350 applied to the compressed trilayer system, and a 30 mil orifice on the drug first layer as the exit orifice. The final system is capable of delivering 18 mg of pseudoephedrine hydrochloride with an ascending release rate over time.

10                                    EXAMPLE 5

The dosage form prepared by this example follows the previous examples. In this example the third or displacement layer and the semipermeable wall are formulated as described previously, accompanied by a new first and new second

15 layer.

The first drug layer is prepared as follows. First, 139 g of polyethylene oxide having a number average molecular weight of about 200,000 is passed through a 40 mesh screen and placed into the bowl of a conventional planetary mixer. Next, 40 g of the drug pseudoephedrine hydrochloride is weighed and placed into the bowl

20 containing the polyethylene oxide. Next, 10 g of hydroxypropylmethylcellulose of number average molecular weight 9,200 and 10 g of polyoxyethylene 40 stearate (Myrj 52 S) is passed through a 40 mesh screen and placed into the bowl containing polyethylene oxide and pseudoephedrine hydrochloride. The four ingredients are blended together in the planetary mixer for 10 minutes. Next, 100 ml of denatured

25 anhydrous ethanol is gradually added to the mixer with continued mixing over a period of 5 to 10 minutes such that the consistency of the dry powder changes to that of granules. The wet granulation is then passed through a 20 mesh screen, dried at room temperature for 16 hours, and then passed through a 20 mesh screen. Next, 1 g of magnesium stearate which has been passed through a 40 mesh screen

30 is added to the granulation and all the ingredients are mixed for an additional 1 minute.

The second drug layer is prepared as follows. First, 28.8 g of polyethylene oxide having a number average molecular weight of about 300,000 is passed through a 40 mesh screen and placed into the bowl of a conventional planetary

ARC 2450 P1

25

mixer.  Next, 150 g of the drug pseudoephedrine hydrochloride is weighed and
placed into the bowl containing the polyethylene oxide.  Next, 10 g of
hydroxypropylmethylcellulose of number average molecular weight 9,200, 10 g of
polyoxyethylene 40 stearate (Myrj 52 S) and 0.2 g of red ferric oxide are passed
through a 40 mesh screen and placed into the bowl containing polyethylene oxide
and pseudoephedrine hydrochloride.  The composition is blended together in the
planetary mixer for 10 minutes.  Next, 100 ml of denatured anhydrous ethanol is
gradually added to the mixer with continued mixing over a period of 5 to 10 minutes
such that the consistency of the dry powder changes to that of granules.  The wet
granulation is then passed through a 20 mesh screen, dried at room temperature for
16 hours, and then passed through a 20 mesh screen.  Next, 1 g of magnesium
stearate which has been passed through a 40 mesh screen is added to the
granulation and all the ingredients are mixed for an additional 1 minute.

The dosage form prepared by this example comprised the following: a first
drug layer comprising 20.0% pseudoephedrine hydrochloride, 69.5% polyethylene
oxide of number average molecular weight 200,000, 5%
hydroxypropylmethylcellulose of number average molecular weight 9,200, 5%
polyoxyethylene 40 stearate, and 0.5% magnesium stearate.  The second layer
comprising 75.0% pseudoephedrine hydrochloride, 14.4% polyethylene oxide of
number average molecular weight 300,000, 5% hydroxypropyl methyl cellulose of
number average molecular weight 9,200, 5% polyoxyethylene 40 stearate, 0.1% red
ferric oxide, and 0.5% magnesium stearate.  The third layer in the dosage form is
composed of 55.5% polyethylene oxide of number average molecular weight
7,000,000, 30% sodium chloride, 5% hydroxypropyl methyl cellulose of number
average molecular weight 9,200, 5% polyoxyethylene 40 stearate (Myrj 52 S), 3%
cross linked acrylic acid polymer (Carbomer 934P), 1% red ferric oxide and 0.5%
magnesium stearate.  12 mg of a semipermeable wall comprised of 95% cellulose
acetate of acetyl content 39.8% and 5% polyethylene glycol having a number
average molecular weight of 3350 is coated to the compressed trilayer system and a
30 mil orifice is drilled on the drug layer side as the exit orifice.  The final system is

ARC 2450 P1

26

5 capable of delivering 18 mg of pseudoephedrine hydrochloride with an ascending release rate.

### EXAMPLES 6 & 7

The procedures disclosed above are followed to prepare the following dosage forms: (a) a dosage form wherein the first layer weighs 350 mg and comprises 12 wt% nicardipine, 52.80 wt% sorbitol, and 35.20 wt% poly(ethylene oxide) of number average molecular weight 200,000, a second 136 mg layer comprising 55 wt% nicardipine, 42 wt% poly(ethylene oxide) of number average molecular weight 300,000, and 3 wt% hydroxypropylmethylcellulose of number average molecular weight 9,200, a third 350 mg displacement layer comprising 68.75 wt% poly(ethylene oxide) of number average molecular weight 7,000,000, 20 wt% sodium chloride, 5 wt% hydroxypropylmethylcellulose of number average molecular weight 9,200, 1 wt% ferric oxide, 0.25 w% magnesium stearate, and 5 wt% acrylic acid polymer of number average molecular weight 3,000,000, a semipermeable wall comprising 90 wt% of a cellulose acetate of 39.8% acetyl content, and 10 wt% of polyethylene glycol of number average molecular weight 3350, a 25 mil (0.64 mm) orifice connecting the first layer with the exterior of the dosage form and wherein the dosage form has an ascending dose released over 16 hours; (b) a dosage form wherein the first layer comprises 350 mg consisting of 8.6 wt% nicardipine, 54.8 wt% sorbitol, and 36.80 poly(ethylene oxide) of number average molecular weight 200,000, a second drug layer weighing 120 mg comprising 45 wt% nicardipine, 50 wt% poly(ethylene oxide) of number average molecular weight 300,000, and 5 wt% of hydroxypropylmethylcellulose of number average molecular weight 11,200, a third displacement drug-free layer weighing 350 mg comprising 68.75 wt% poly(ethylene oxide) of number average molecular weight 7,000,000, 20 wt% sodium chloride, 0.25 wt% magnesium stearate lubricant, 5 wt% hydroxypropylmethylcellulose of number average molecular weight 9,200, 1 wt% ferric oxide and 5 wt% acrylic acid polymer of number average molecular weight 3,000,000, a wall weighing 43.50 mg comprising 95 wt% cellulose acetate of 39.8% acetyl content, and 5 wt%

ARC 2450 P1

27

5    polyethylene glycol of number average molecular weight 3350, a 25 mil (0.64 mm)
exit orifice and sustained continuous increasing dose over 16 hours. The dosage
forms provided by these examples are characterized by a trilayer consisting of two
drug layers and one displacement or push layer wherein the drug concentration of
the second layer is larger than the drug concentration of the first layer, and the
10    viscosity of the third layer is greater than the viscosity of the second layer and the
viscosity of the second layer is greater than the viscosity of the first layer. Viscosity
can be measured by standard techniques as in Pharmaceutical Sciences, by
Remington, 17th Ed., pp. 342-345 (1985); and by using standard viscometers such
as the Brookfield Viscometer, Model RVF, available from Brookfield Engineering
15    Laboratories, Inc., Stoughton, Mass.


EXAMPLE 8


An osmotic dosage form designed and shaped to deliver methylphenidate
20    hydrochloride in an ascending release profile is manufactured as follows: 1)
Composition of first drug layer: The following procedure is used to manufacture 200
g of the first drug layer composition: 157.8 of polyethylene oxide having a number
average molecular weight of about 200,000 is passed through a 40 mesh screen
and placed into the bowl of a conventional planetary mixer. Next, 31.2 g of the drug
25    methylphenidate hydrochloride is weighed and placed into the bowl containing the
polyethylene oxide. Next, 10 g of hydroxypropylmethylcellulose (HPMC-USP grade
2910 of number average molecular weight 9200) is passed through a 40 mesh
screen and placed into the bowl containing polyethylene oxide and methylphenidate
hydrochloride. Next, 0.5 g of FD&C Blue Dye #1 is placed into the bowl of the mixer.
30    The four ingredients are blended together in the planetary mixer for 10 minutes.
Next, about 100 ml of denatured anhydrous ethanol is gradually added to the mixer
with continued mixing over a period of 5 to 10 minutes such that the consistency of
the dry powder changes to that of granules. The wet granulation is then passed
through a 20 mesh screen, dried at room temperature for 16 hours, and then passed

ARC 2450 P1

28

through a 20 mesh screen. Next, 0.5 g of magnesium stearate which has been
passed through a 40 screen mesh is added to the granulation and all the ingredients
are mixed for an additional minute. 2) Composition of the second layer: The
following procedure is used to manufacture 200 g of the second drug layer
composition: 112.6 g of polyethylene oxide having a number average molecular
weight of about 200,000 is passed through a 40 mesh screen and placed into the
bowl of a conventional planetary mixer. Next, 76.4 g of the drug methylphenidate
hydrochloride is weighed and placed into the bowl containing the polyethylene oxide.
Next, 10 g of hydroxypropylmethylcellulose (HPMC-USP grade 2910 of number
average molecular weight 9200) is passed through a 40 mesh screen and placed
into the bowl containing polyethylene oxide and methylphenidate hydrochloride.
Next, 0.5 g of FD&C Blue Dye #1, or any other dye for color differentiation, is placed
into the bowl of the mixer. The four ingredients are blended together in the
planetary mixer for 10 minutes. Next, about 100 ml of denatured anhydrous ethanol
is gradually added to the mixer with continued mixing over a period of 5 to 10
minutes such that the consistency of the dry powder changes to that of granules.
The wet granulation is then passed through a 20 mesh screen, dried at room
temperature for 16 hours, and then passed through a 20 mesh screen. Next, 0.5 g
of magnesium stearate which has been passed through a 40 mesh screen is added
to the granulation and all the ingredients are mixed for an additional minute. 3)
Composition of the third layer: The following procedure is used to manufacture 200
g of the third or push layer composition: 107 g of polyethylene oxide having a
number average molecular weight of 7,000,000, 80 g of sodium chloride (40%), 10 g
of hydroxypropylmethylcellulose (USP grade 2910 of number average molecular
weight 9200) and 2 g of red ferric oxide are passed through a 40 mesh screen and
then placed into the bowl of a conventional planetary mixer. The powder mixture is
then blended together until a homogeneous blend is formed. Next, about 50 ml of
denatured anhydrous ethanol is gradually added to the mixer with continued mixing
over a period of 5 to 10 minutes such that the consistency of the dry powder
changes to that of granules. The wet granulation is then passed through a 20 mesh

ARC 2450 P1

29

screen, dried at room temperature for 16 hours and then passed through a 20 mesh
screen. Next, 1 g of magnesium stearate which has been passed through a 40
mesh is added to the granulation and all the ingredients are mixed for an additional
1 minute.

A Carver press is used to compress the two layers together to form a tablet
dosage form. First, 33 mg of layer 1 is added to the 7/32" (0.55 cm) die cavity and
lightly tamped. Next, 24 mg of layer 2 is weighed and placed into the die cavity and
lightly tamped. Next, 57 mg of layer 3 is added to the die cavity and the three layers
are compressed together using about 1/2 ton of pressure to form a trilayer tablet.

The semipermeable membrane composition that provides the wall of the
dosage form is composed of 95% cellulose acetate (having an acetyl content of
39.8%) and 5% polyethylene glycol having a number average molecular weight of
3350. The semipermeable membrane composition is dissolved in a mixture of
acetone and water (the solvents are mixed together in a ratio of 90:10 wt:wt), such
that the solids composition of the solution is 5%. The trilayer tablets are placed in a
Hi-Coater pan and about 15 mg of the semipermeable membrane composition is
sprayed onto the trilayer tablets. Next, a 30 mil (0.76 mm) orifice is drilled on the
drug layer side of the tablet using a mechanical drill. Next, the tablets are dried for
48 hours at 50°C and 50% relative humidity to remove the residual solvents. Next,
an application of drug containing overcoat and a taste masking coat is overcoated
onto the exterior surface of the wall. The drug containing overcoat is composed of
60% hydroxypropylmethylcellulose of average molecular weight 9,200 and 40%
methylphenidate hydrochloride. The hydroxypropylmethylcellulose is added to water
and mixed until a uniform solution results. Then, the methylphenidate hydrochloride
is added to this solution and mixed such that a clear solution results. The final
solution has a solids composition of 10%. The membrane coated systems are
placed in a coater and 10 mg of the drug overcoat solution is sprayed on to the
bilayer tablets. Next, the tablets are dried in the coating pan at 40°C for 10-15
minutes. For the taste masking coat, a suspension of Opadry® (a commercially
obtained product from Colorcon, which is a film forming concentrate composed of

ARC 2450 P1

30

5 hydroxypropylmethylcellulose, titanium dioxide, polyethylene glycol, polysorbate 80 and a dye for product identification) is prepared in water such that the solid content is 10%. The systems coated with the drug containing overcoat are placed into the coater and the 9 mg of taste masking solution is sprayed onto the systems. Next, the systems are dried in the coating pan at 40ºC for 10-15 minutes.

10      A methylphenidate dosage form as described in this example, contains 33 mg of drug containing drug layer 1 which is composed of 15.6% methylphenidate hydrochloride, 78.9% polyethylene oxide of number average molecular weight 200,000, 5% hydroxypropylmethylcellulose (USP-2910 of number average molecular weight 9200), 0.25% magnesium stearate and 0.25% FD&C Blue Dye #1. The dosage form also contains 24 mg of drug layer 2 composed of 38.2% methylphenidate hydrochloride, 56.32% polyethylene oxide of number average molecular weight 200,000, 5% hydroxypropylmethylcellulose (USP-2910 of number average molecular weight 9200), 0.25% magnesium stearate, and 0.25% FD&C blue dye #1 or any other dye. The third layer in the dosage form is composed of 53.5% polyethylene oxide of number average molecular weight 7,000,000, 40% sodium chloride, 5% hydroxypropylmethylcellulose, 1% red ferric oxide, and 0.5% magnesium stearate. 15 mg of a semipermeable laminate composed of 95% cellulose acetate of acetyl content 39.8% and 5% polyethylene glycol having a number average molecular weight of 3350 is applied to the compressed trilayer system and a 30 mil orifice is drilled on the drug layer side as the exit orifice. 10 mg of a drug overcoat composed of 6 mg hydroxypropylcellulose and 4 mg methylphenidate hydrochloride is applied to the membrane coated system. 9 mg of a final taste masking coat composed of 100% Opadry® is applied. The final system is capable of delivering 18 mg of methylphenidate hydrochloride where 4 mg are released immediately from the overcoat and 14 mg is released with an ascending release rate from the interior of the dosage form.

ARC 2450 P1

31

5      ### DISCLOSURE OF METHOD OF USING THE INVENTION

The invention pertains further to a method for delivering an ascending dose over time, to a warm-blooded animal in need of therapy.  The method comprises the steps of: (A) admitting into a patient a dosage form comprising: (1) a wall that surrounds a compartment, the wall comprises a semipermeable composition permeable to the passage of fluid, including aqueous-biological fluid of the gastrointestinal tract, and impermeable to the passage of drug; (2) a trilayer in the compartment comprising a first layer comprising a dose of drug, a second layer comprising a larger dose of drug, and a third layer comprising an osmotic formulation for imbibing and absorbing fluid, and for pushing the first and second layers from the dosage form, thereby providing an increased dose per unit time over time; and (3) at least one exit in the wall communicating with the first layer; (B) imbibing fluid through the semipermeable wall at a rate determined by the permeability of the semipermeable wall and the osmotic gradient across the semipermeable wall causing the third layer to expand and swell; and (C) deliver the drug from the first layer followed by delivering the drug from the second layer through the exit passageway to provide an ascending increasing dose of drug to the patient.

In summary, it will be appreciated the present invention contributes to the art an unexpected dosage form that possesses the practical utility for administering a sustained and increasing dose of drug at a dosage metered release rate over time. While the invention has been described and pointed out in detail with reference to operative embodiments thereof, it will be understood to those skilled in the art that various changes, modifications, substitutions and omissions can be made without departing from the spirit of the invention.  It is intended, therefore, that the invention embrace those equivalents within the scope of the claims.

ARC 2450 P1

32

The claims:

1.    A tablet comprising:

(a)  a first layer comprising 10 ng to 300 mg dose of a drug and 5 mg to 250 mg of a hydrophilic polymer; and,

(b)  a second layer comprising 50 ng to 500 mg dose of a drug and 25 mg to 450 mg of a hydrophilic polymer, and wherein the tablet comprises a larger dose of drug in the second layer.

2.    The tablet according to Claim 1, wherein the tablet comprises a larger dose of the same drug in the second layer than in the first layer.

3.    The tablet according to Claim 1. wherein the drug is selected from the group consisting of a central nervous system stimulant, a stimulant, a cannabinoid, and a catecholamine drug.

4.    The tablet according to Claim 1, wherein the drug in the first layer and in the second layer comprises a member selected from the group consisting of amphetamine dextro-amphetamine, methamphetamine, methylphenidate, racemic methylphenidate, theomethylphenidate, ethylphenidate, phenylisopropylamine, and pemoline.

5.    The tablet according to Claim 1, wherein the tablet delivers an increasing dose of drug by delivering drug from the first layer followed by delivering an increased dose from the second layer.

6.    A tablet for delivering an increasing dose of drug to an environment of use, comprising:

(a)  a first layer comprising 10 ng to 300 mg of a dose of drug and 5 mg to 250 mg of a hydrophilic polymer;

ARC 2450 P1

33

(b)  a second layer comprising 50 ng to 500 mg of a dose of drug and 25 ng to 450 mg of a hydrophilic polymer, which second layer comprises a larger dose of drug than the first layer; and,

(c)  a third layer comprising 15 ng to 450 mg of a hydrophilic polymer, which third layer provides support for the first and second layer to deliver the drug consecutively for delivering an increasing dose of drug to the environment of use.

7.     The tablet according to Claim 6, wherein the first and second layers comprise the same drug.

8.     The tablet according to Claim 6, wherein the first and second layers comprise the same drug and the third layer is free of drug.

9.     The tablet according to Claim 6, wherein the first and second layers comprise the same drug selected from the group consisting of amphetamine, dextra-amphetamine, methamphetamine, methylphenidate, racemic methylphenidate, theo-methylphenidate, ethylphenidate, phenylisopropylamine and pemoline.

10.     The tablet according to Claim 6, wherein the first and second layers comprise a poly(alkylene oxide) of 40,000 to 1,000,000 average molecular weight and the third layer comprises a poly(alkylene oxide) of 2,000,000 to 10,000,000 average molecular weight.

11.     The tablet according to Claim 6, wherein the first and second layers comprise a poly(alkylene oxide) of 40,000 to 1,000,000 average molecular weight, the third layer comprises a poly(alkylene oxide) of 2,000,000 to 10,000,000 average molecular weight and the first and second layers comprise a hydroxypropylmethylcellulose of 9,000 to 750,000 average molecular weight.

ARC 2450 P1

34

5      12.    A dosage form comprising:

(a)  a first layer comprising 10 ng to 300 mg of a drug;

(b)  a second layer comprising 50 ng to 500 mg of a drug, which second layer comprises more drug than the first layer;

(c)  a third layer for displacing the layers from the dosage form;

10      (d)  a wall that surrounds the three layers; and,

(e)  a passageway in the wall communicating with the first layer for delivering the first layer followed by the second layer from the dosage form.

13.    The dosage form according to Claim 12, wherein the drug in the first

15  and second layers is the same drug selected from the group consisting of a central nervous system stimulant, a stimulant, and a catecholamine drug.

14.    The dosage form according to Claim 12, wherein the three layers comprise a poly(alkylene oxide).

20

15.    The dosage form according to Claim 12, wherein the first and second layers comprise a hydroxypropylalkylcellulose.

16.    The dosage form according to Claim 12, wherein the first layer

25  comprises a hydroxyalkylcellulose.

17.    The dosage form according to Claim 12, wherein the second layer comprises a hydroxyalkylcellulose.

30      18.    The dosage form according to Claim 12, wherein the first layer comprises a carboxymethylcellulose.

19.    The dosage form according to Claim 12, wherein the second layer comprises a carboxymethylcellulose.

ARC 2450 P1

35

20.    The dosage form according to Claim 12, wherein the third layer comprises a carboxymethylcellulose.

21.    The dosage form according to Claim 12, wherein the first layer comprises a carboxyvinylpolymer.

22.    The dosage form according to Claim 12, wherein the second layer comprises a carboxyvinylpolymer.

23.    The dosage form according to Claim 12, wherein the third layer comprises a carboxyvinylpolymer

24.    A dosage form comprising:

(a)  a first layer comprising a dose of 10 ng to 300 mg of methylphenidate;

(b)  a second layer comprising a dose of 50 ng to 500 mg of methylphenidate, which second layer comprises a larger dose of methylphenidate than the first layer;

(c)  a third layer comprising a composition that expands and displaces the first layer followed by the second layer from the dosage form;

(d)  a wall that surrounds the three layers, which wall is permeable to fluid and impermeable to methylphenidate; and,

(e)  a passageway in the wall communicating with the first layer for delivering the first and consecutively the second layers from the dosage form.

25.    The dosage form according to Claim 24, wherein the first layer comprises 1 mg to 250 mg of poly(ethylene oxide).

26.    The dosage form according to Claim 24, wherein the second layer comprises 1 mg to 450 mg of poly(ethylene oxide).

ARC 2450 P1

36

27.    The dosage form according to Claim 24, wherein at least one of the first and second layers comprises 0.05 to 7.5 mg of a surfactant.

28.    The dosage form according to Claim 24, wherein at least one of the first and second layers comprise 0.5 mg to 20 mg of hydroxypropylmethylcellulose.

29.    The dosage form according to Claim 24, wherein at least one of the first and second layers comprises up to 20 mg of hydroxypropylcellulose.

30.    The dosage form according to Claim 24, wherein at least one of the first and second layers comprises up to 100 mg of a carboxyvinylpolymer.

31.    The dosage form according to Claim 24, wherein at least one of the first and second layers comprises up to 250 mg of carboxymethylcellulose.

32.    The dosage form according to Claim 24, wherein the third layer comprises a poly(ethylene oxide) of 2,000,000 to 10,000,000 average molecular weight.

33.    The dosage form according to Claim 24, wherein the third layer comprises a carboxymethylcellulose of 2,000,000 to 10,000,000 average molecular weight.

34.    The dosage form according to Claim 24, wherein the third layer comprises a carboxyvinylpolymer of 750,000 to 10,000,000 molecular weight.

35.    The dosage form according to Claim 24, wherein the third layer comprises a hydroxypropylalkylcellulose of 9,200 to 750,000 average molecular weight.

ARC 2450 P1

37

5      36.     A method for maintaining the therapeutic effect of a drug in a patient
that develops tolerance to the drug, wherein the method comprises:

      (a)  administering to the patient a dosage form comprising:

            (1) a first layer comprising 10 ng to 300 mg of drug;

            (2) a second layer comprising 50 ng to 500 mg of drug present in a
10     greater concentration than the drug concentration in the first layer;

            (3) a third layer comprising a composition that in the presence of fluid
expanded and pushed the first and second layer from the dosage form;

            (4) a wall that surrounds the three layers comprising a composition
permeable to fluid and impermeable to drug; and

15            (5) a passageway in the wall corresponding with the first layer for
delivering the first layer then the second layer from the dosage form;

      (b)  admitting fluid into the dosage form causing the third layer to expand and
push the first layer then the second layer from the dosage form; and thereby

      (c)  administering an increasing dose over an extended time to maintain the
20     therapeutic effect in the patient.


      37.     The method for maintaining the therapeutic effect according to Claim
36, wherein the drug in the first and second layers is methylphenidate.


25      38.     A method for treating attention deficit disorder in a human, wherein the
method comprises:

      (a)  administering to the human orally a dosage form comprising;

            (1) a first layer comprising a dose of methylphenidate;

            (2) a second layer comprising a larger dose of methylphenidate;
30            (3) a third layer comprising a composition that expands and pushes the
first and second layers from the dosage form;

            (4) a wall that surrounds the three layers comprising a composition
permeable to fluid and impermeable to drug; and

ARC 2450 P1

38

5            (5) an orifice in the wall connecting with the first layer for delivery the first layer followed by the second layer from the dosage form;

        (b) imbibing fluid into the dosage form causing the third layer to expand and push the first layer then the second layer from the dosage form; and thereby

        (c) continuously administering an ascending dose of methylphenidate to the 10 human for treating attention deficit disorder.

     39.    A tablet for orally administering a drug to a patient in need of the drug, wherein the tablet comprises:

      (a) a first layer comprising 10 ng to 300 mg dose of drug and a 15 pharmaceutically acceptable carrier; and

      (b) a second layer comprising 50 ng to 500 mg dose of drug and a pharmaceutically acceptable carrier, and wherein the tablet comprises a larger dose of drug in the second layer.

20      40.    A dosage form tablet for oral administration of methylphenidate to a human, wherein the dosage form tablet comprises:

      (a) a first layer comprising 10 ng to 350 mg of methylphenidate;

      (b) a second layer comprising 10 ng to 500 mg of methylphenidate;

      (c) a third layer comprising 15 ng to 450 mg of a hydrophilic polymer;

25       (d) a wall comprising a semipermeable composition that surrounds the first, second and third layers;

      (e) a passageway in the wall communicating with the first layer for delivering the first layer followed by the second layer from the dosage form tablet; and

      (f) an overcoat comprising 10 ng to 20 mg of methylphenidate on the exterior 30 surface of the wall.

ARC 2450 P1

39

## ABSTRACT OF THE INVENTION

A bilayer and trilayer tablet and a dosage form are disclosed for administering a controlled and increasing dose of drug over time.  A method is disclosed also for administering an increasing dose of drug over time.

PLS/rar
pls/patents/2450.doc
8/8/96

60/023286



FIG. 1

60/023286



FIG. 2

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

| | In re Application of |
|---|---|

Send completed form to:
File Information Unit
Crystal Plaza Three, Room 1D01
2021 South Clark Place
Arlington, VA
Telephone: (703) 308-2733

**RECEIVED**

AUG 0 5 2005

File Information Unit

| Application Number | Filed |
|---|---|
| 60-023286 | 8-16-96 |

Paper No. #2

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is identified, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. _____, page _____, line _____

United States Patent Number _____, column _____, line _____, or

WIPO Pub. No. 98-06380, page _____, line _____

### Related Information about Access to Pending Applications (37 CFR 1.14):

Direct access to pending applications is not available to the public but copies may be available and may be purchased from the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)), as follows:

For published applications that are still pending, a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.

For unpublished applications that are still pending:
(1) If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.

(2) If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the pending application as originally filed.

| Signature | Date |
|---|---|
| M.D.Hart | 8-5-05 |
| **Typed or printed name** ADRIAN D. HART | |
| **Registration Number, if applicable** | |
| **Telephone Number** 7-486-1150 | |

| FOR PTO USE ONLY |
|---|
| **RECEIVED** |
| Approved |
| AUG 0 5 2005 |
| Unit: |
| File Information Unit |

This collection of information is required by 37 CFR 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS

PCT

International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 6: | | (11) International Publication Number: | WO 98/06380 |
|---|---|---|---|
| A61K 9/00 | A2 | (43) International Publication Date: | 19 February 1998 (19.02.98) |

(21) International Application Number: PCT/US97/13816

(22) International Filing Date: 8 August 1997 (08.08.97)

(30) Priority Data:
60/023,286     16 August 1996 (16.08.96)     US

(71) Applicant: ALZA CORPORATION (US/US); 950 Page Mill Road, P.O. Box 10950, Palo Alto, CA 94303-0802 (US).

(72) Inventors: SHIVANAND, Padmaja; 870 E. El Camino Real #44, Mountain View, CA 94040 (US). AYER, Atul, D.; 931 Bautista Court, Palo Alto, CA 94303 (US). WRIGHT, Jeri, D.; 11305 Rolling Hills Drive, Dublin, CA 94568 (US). LAM, Andrew; 1506 38th Avenue, San Francisco, CA 94122 (US). HAMEL, Lawrence, G.; 1215 Arbor Court, Mountain View, CA 94040 (US).

(74) Agents: SABATINE, Paul, L. et al.; Alza Corporation, 950 Page Mill Road, P.O. Box 10950, Palo Alto, CA 94303-0802 (US).

(81) Designated States: AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, CA, CH, CN, CU, CZ, DE, DK, EE, ES, FI, GB, GE, GH, HU, IL, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MD, MG, MK, MN, MW, MX, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, UA, UG, UZ, VN, YU, ZW, ARIPO patent (GH, KE, LS, MW, SD, SZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, ML, MR, NE, SN, TD, TG).

Published
*Without international search report and to be republished upon receipt of that report.*

(54) Title: DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG



(57) Abstract

A bilayer and trilayer tablet and a dosage form are disclosed for administering a controlled and increasing dose of drug over time. A method is disclosed also for administering an increasing dose of drug over time.

60/023286

PATENT APPLICATION SERIAL NO._____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | E42 | 4-5-96 |
| TYPIST | mmp/122 | 9-5-96/9-6 |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT | | |
| DRAFTING | | |

(LEFT INSIDE)