# DTX 73, DTX 106 and DTX 111 Confidential

# Redacted