



DTX 143

Alza v. Andrx
C.A. No. 05-642-JJF