TEAM 3

ISSUE CLASSIFICATION

| | Class | Subclass |
|---|---|---|

PROVISIONAL
APPLICATION
NUMBER

**60/030514**

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 60/030,514 | 11/12/96 | | | | |
| PROVISIONAL | | | | | |

APPLICANTS

SUNEEL K. GUPTA, REDWOOD CITY, CA; DIANE R. GUINTA, PALO ALTO, CA;
CAROL A. CHRISTOPHER, BELMONT, CA; SAMUEL R. SAKS, HILLSBOROUGH, CA.

**CONTINUING DATA*********************
  VERIFIED

_____

**FOREIGN/PCT APPLICATIONS***********
  VERIFIED

_____

FOREIGN FILING LICENSE GRANTED 12/17/96

| Foreign priority claimed 35 USC 119 conditions met | ☐ yes ☐ no ☐ yes ☐ no | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP CLAIMS | FILING FEE RECEIVED | ATTORNEYS DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| Verified and Acknowledged | Examiner's initials | | CA | 16 | | | $150.00 | ARC-2410-P-3 |

ADDRESS

PAUL L SABATINE
ALZA CORP
950 PAGE MILL ROAD
P O BOX 10950
PALO ALTO CA 94303-0802

TITLE

DOSAGE FORM AND METHOD FOR ADMINISTERING DRUG

U.S. DEPT. OF COMM./PAT. & TM—PTO-436L (Rev.12

EXHIBIT
FEIFEL
#6
7-31-07

Form PTO-1625
(Rev. 5/95)

(FACE)

**DTX 152**

Alza v. Andrx
C.A. No. 05-642-JJF

P ALZ 000766

60/030514

**PATENT APPLICATION**

APPROVED FOR LICENSE ☐

60030514

INITIALS    DEC 0 5 1995

**CONTENTS**

Date
Entered
or
Counted

Date
Received
or
Mailed

1. Application _____ papers
2. _____ 10-23-05
3. _____ 8-3-05
4. _____ 9-8-05
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.

(FRONT)

P ALZ 000767

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | 2ly | 12/5 |
| EXAMINER | Smith 318 | 12-9-96. |
| TYPIST | 562 | 12/11 |
| VERIFIER | 204 | 12 12 96 |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT | | |
| DRAFTING | | |

(LEFT INSIDE)

P ALZ 0 163

PATENT APPLICATION SERIAL NO. **60/030514**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)

P ALZ 000769

2410 P 3

28

## ABSTRACT OF THE INVENTION

A dosage form and a method are disclosed and claimed for administering a drug in a sustained and constantly ascending rate per unit time to provide an intended therapeutic effect while concomitantly lessening the development of unwanted effects.

10

15    G:\PLS\2410P3.pat RAR  11/11/96

P ALZ 000770



2410 P 3

**60/030514**

1

# DOSAGE FORM AND METHOD FOR ADMINISTERING DRUG

This invention pertains to both a novel dosage form and to a novel
method for administering a drug for producing a therapeutic effect.  The
5    invention concerns more specifically a dosage form that administers at a
sustained and continuously ascending rate a drug to produce a given therapy,
and more specifically a method for producing a therapeutic effect by
administering over a predetermined period at a sustained and continuously
ascending rate a drug to produce a given therapy.  The invention relates also
10   to a dosage form and to a method for achieving a therapeutic effect by
administering an initial dose of drug followed by a sustained and increasing
dose of drug over an extended time.

## BACKGROUND OF THE INVENTION

15

For a long time, pharmacy and medicine in every society used drugs
that produce effects on pain, mood, thought, feeling, behavior, and
psychological personality.  These drugs are represented by opioids,
barbiturates, hypnotics, central nervous system stimulants, central nervous
20   system depressants, psychostimulants, alcohols, cannabinoids, and
catecholamines.  In present medicine, one class of these drugs has become
the standard invention for the management of Attention-Deficit Disorder, that
is, the central nervous system stimulants.  While this invention presents
central nervous system drugs in greater detail, it is understood the invention
25   is generic and embraces drugs broadly administered using the dosage forms
and the method of the invention.

The benefits perceived by parents, teachers, physicians,
psychologists, social workers, and clinicians are dramatic for central nervous
system drugs, and this has resulted in the widespread and acceptable use of
30   central nervous system medication to treat Attention-Deficit Disorder.  In

P ALZ 000771

2410 P 3

2

1994, the latest period for collecting data, it was observed that about two percent of the school-aged female population and about six percent of the school-aged male population, for a total of about two million patients, were administered the medication for Attention-Deficit Disorder.

5    Prior to the advent of this invention, the dosage form and the method for administering a drug, for example, a central nervous system acting drug, consisted in using a standard pharmaceutical dosage form. For example, one prior art dosage form and method for administering a drug, such as the central nervous system drug methylphenidate, consists in using an immediate

10   release tablet containing the drug. This immediate release form delivers the drug by instant dumping of the drug and this produces uneven blood levels characterized by peaks and valleys. For an immediate release form containing methylphenidate which is characterized by a rapid onset and a short half-life to produce the intended therapy, multiple doses are needed

15   each day that can result in swings in behavior and in attention as the medication loses its therapeutic effect. This dosage form does not provide the needed therapy over an extended time.

Another prior art dosage form for dispensing a drug is the sustained-release dosage form. A drug dispensed from a prior art sustained-release

20   dosage form may ascend initially but not over the entire dosing interval, and it actually may decline over time. That is, these sustained-release dosage forms dispense a drug in a nonascending profile over time, as they do not provide a continuously increasing release rate per hour throughout the extended dosing period. This dosage form, additionally, may not provide the required duration of

25   therapy and the appropriate blood pattern. For drugs that act on the central nervous system, like methylphenidate, dispensed from a sustained-release nonascending dosage form, the patient often develops an acute tolerance to the drug manifested by a shortened duration and a decrease in the intensity of the therapeutic effect needed for acceptable therapy. The prior sustained-

P ALZ-00077

2410 P 3

3

release delivery is also devoid of means that compensate for its shortcomings inherent therein.

The above presentation teaches that a critical need exists for a novel dosage form and for a novel method for administering a drug that overcomes

5   the shortcomings known to the prior art. This long-felt need exists for a dosage form and for a method for (1) administering the drug at a sustained-increasing rate that simultaneously reduces or eliminates the frequency of daily dosing; for (2) a dosage form and a method for administering the drug in a sustained-compensating dose to substantially compensate for acute tolerance to the drug

10  thereby maintaining a preselected clinical response; for (3) a dosage form that administers the drug in a sustained-ascending profile clinically indicated for the management of Attention-Deficit Disorders; and, for (4) a dosage form and a method for administering the drug initially and in a sustained-ascending profile throughout the entire school day.

15

## OBJECTS OF THE INVENTION

Accordingly, in view of the above presentation, it is an immediate object of this invention to make available a dosage form that overcomes the

20  shortcomings known in the prior art.

Another object of the invention is to provide a novel and unique dosage form that delivers a drug in a controlled increasing dose to a patient over time.

Another object of the invention is to provide a dosage form that administers a dose of drug to maintain the therapeutic effect of the drug in a

25  patient that acquires tolerance to the drug by delivering the drug in a controlled-increasing dose over time to maintain the therapeutic effect, while concomitantly substantially avoiding the development of acute tolerance.

Another object of the invention is to make available a dosage form that delivers a dose of drug that essentially avoids or lessens the development of

30  acquired tolerance in a patient administered a drug that leads to acute

P ALZ 000773

2410 P 3

4

tolerance by the dosage form administering the drug in a sustained and increasing dose over time.

Another object of the invention is to provide a dosage form for administering a central nervous system drug that overcomes the shortcomings

5   known to the prior art.

Another object of the invention is to provide an improvement in a dosage form, wherein the improvement comprises the dosage form administering the drug in a sustained and constantly ascending profile over time for treating Attention-Deficit Disorder.

10   Another object of the invention is to provide a dosage form for increasing the administration of a central nervous system acting drug per hour throughout a school day of 4 to 8-1/2 hours.

Another object of the invention is to provide a dosage form for administering a drug possessing central nervous system therapy in a

15   sustained-increasing rate and at a minimum dose per day.

Another object of the invention is to provide a dosage form for administering a central nervous system acting drug in a drug delivery pattern that compensates for acquired tolerance associated with the drug.

Another object of the invention is to provide a dosage form that

20   administers a drug for treating Attention-Deficit Disorder that comprises administering orally to a human diagnosed as having the disorder the drug in a sustained and increasing dose of 100 ng to 375 mg over 16 hours for treating the disorder in a human.

Another object of this invention is to provide a novel and unique method

25   for maintaining the therapeutic effect of a drug in a patient that acquires tolerance to the drug, wherein the method comprises administering a dosage form to the patient that delivers the drug in a controlled increasing dose over an extended time to maintain the therapeutic effect, while concomitantly substantially avoiding the development of acute tolerance in the patient.

2410 P 3

5

Another object of the invention is to make available a method for
essentially avoiding or lessening the development of the acquired tolerance in a
patient administered a drug that develops acute tolerance in the patient,
wherein the method comprises administering the drug in a sustained and
5    increasing dose over time to produce the intended effect.

Another object of the invention is to provide an improvement in a method
for administering a drug, wherein the improvement comprises administering the
drug in a sustained and constantly ascending profile over an extended time for
treating Attention-Deficit Disorder.

10    Another object of the invention is to provide a method for administering a
central nervous system acting drug in a continuously increasing release rate
per hour throughout a school day of 4 to 8-1/2 hours.

Another object of the invention is to provide a novel method to
compensate for acute tolerance development associated with a drug
15    possessing the ability to produce tolerance in a patient, by administering the
drug orally in a sustained-ascending dose to substantially lessen the unwanted
effects of acute tolerance.

Another object of the invention is to provide an improvement in a method
for administering a drug possessing central nervous system stimulant therapy,
20    wherein the improvement comprises administering the drug in a sustained and
ascending pattern over an extended time for treating Attention-Deficit Disorders
and additionally provides therapeutic compensation for acquired tolerance
associated with the drug.

Another object of the invention is to provide a method for treating
25    Attention-Deficit Disorder comprising administering orally to a human
diagnosed as having the disorder at a sustained and increasing dose of 100 mg
to 500 mg over 16 hours a central nervous system drug for treating the disorder
in a human patient and at a minimum number of doses per day.

Another object of the invention is to administer a central nervous system
30    acting drug by a method wherein the drug ascends initially and continuously

P ALZ 000775

2410 P 3

6

over the entire dosing interval for treating Attention-Deficit Disorder, ADD, and Attention-Deficit Hyperactivity Disorder, ADHD.

These objects, as well as other objects, features, and advantages of the invention will become more apparent from the following detailed disclosure of

5   the invention and the accompanying claims.

## DRAWING FIGURES PROVIDED BY THE INVENTION

In Figure 1, the solid line depicts the plasma concentration for a central

10   nervous system stimulant administered from an immediate release form, and the dotted line denotes the plasma concentration for a central nervous system stimulant released from a sustained nonascending form.

In Figure 2, an immediate release dosage form is depicted by the solid line comprising a peak and a valley depicted against a sustained release

15   ascending dose shown by the dotted line.

In Figures 3, 4, and 5, the release results are depicted for a central nervous system drug wherein the clear circles denote a placebo, the dark circles denote an immediate release form, the dark squares denote a sustained-nonascending release profile, and clear squares denote a sustained

20   ascending release rate profile.

In Figure 6, a sustained-ascending release plasma concentration is depicted by the solid line and compared with an immediate-release plasma concentration depicted by the dash line comprising the peaks and valleys.

In Figure 7, the solid circles denote a placebo, the clear circles a

25   sustained-ascending profile, and the solid squares a three-times-a-day program for the same central nervous system drug.

Figure 8 depicts a placebo given three times a day comprising dark circles, an immediate-release depicted by solid squares, and a sustained-ascending release essentially free of tolerance by clear circles for the same

30   drug.

P ALZ 000776

2410 P 3

7

Figures 9-11 depict the plasma methylphenidate concentration obtained by administering the drug three times a day, in an ascending dose, and by a dosage form that controls the delivery profile.

Figures 12-16 depict the plasma methylphenidate concentration obtained by administering the drug from a dosage form comprising an external overcoat initial dose of drug followed by an internal ascending dose of drug over time.

## DETAILED DISCLOSURE OF SPECIFICATION

In accordance with the practice of this invention, it has now been found that a dosage form and a method can be provided that administers a drug in a novel program that substantially lessens or completely compensates for tolerance in a patient. Tolerance, as defined in Pharmacology in Medicine, by Brill, p. 227 (1965) McGraw-Hill, is characterized as a decrease in effect followed by administering a drug. When tolerance develops following a single dose or a few doses over a very short time, it is referred to as acute tolerance. When the drug is administered over a more protracted period of time to show a demonstrable degree of tolerance, it is referred to as chronic tolerance. The medical literature, as exemplified in, The Pharmacological Bases of Therapeutics, by Goodman and Gilman, 8th Ed., p. 72 (1990) Pergamon Press, reported tolerance may be acquired to the effects of many drugs and this literature classifies tolerance as acute or chronic based on when it is acquired. That is, acute tolerance develops during a dosing phase of one dose or on one day, and chronic tolerance is acquired due to chronic administration typically weeks, months, and years. Tolerance as presented in medical literature most frequently denotes chronic tolerance as seen by administering larger doses over a long time, often necessitated by an increase in body dimensions, hepatic enzyme involved in biotransformation, and the like.

2410 P 3

8

The invention comprises dosage forms for providing an ascending dose
of drug.  Representative of a dosage form comprises a hydrogel matrix
containing a plurality of tiny pills.  The hydrogel matrix comprises a hydrophilic
polymer selected from the group consisting of a polysaccharide, agar, agarose,

5   natural gum, alkali alginate including sodium alginate, carrageenan, fucoidan,
furcellaran, laminaran, hypnea, gum arabic, gum ghatti, gum karaya, gum
tragacanth, locust bean gum, pectin, amylopectin, gelatin and a hydrophilic
colloid.  The hydrogel matrix comprises a plurality of 4 to 50 tiny pills, each tiny
pill comprising an increasing dose population of from 100 ng ascending in dose

10  such as 0.5 mg, 1 mg, 1.2 mg, 1.4 mg, 1.6 mg, 1.8 mg, etc.  The tiny pills
comprise a release rate controlling wall of 0.0 mm to 10 mm thickness to
provide for the timed ascending release of drug.  Representative of wall-forming
materials include a triglyceryl ester selected from the group consisting of
glyceryl tristearate, glyceryl monostearate, glyceryl dipalmitate, glyceryl

15  laureate, glyceryl didecenoate and glyceryl tridecenoate.  Other wall forming
materials comprise polyvinyl acetate phthalate, methylcellulose phthalate, and
microporous vinyl olefins.  Procedures for manufacturing tiny pills are disclosed
in U.S. Patent Nos. 4,434,153; 4,721,613; 4,853,229; 2,996,431; 3,139,383
and 4,752,470.

20      The dosage form of the invention for delivering an ascending dose of
drug comprises drug releasing beads.  The drug releasing beads are
characterized by a dissolution profile wherein 0 to 20% of the beads undergo
dissolution and release the drug in 0 to 2 hours, 20 to 40% undergo dissolution
and release the drug in 2 to 4 hours, 40 to 60% exhibit dissolution and release

25  in 4 to 6 hours, 60 to 80% in 6 to 8 hours, and 80 to 100% in 8 to 10 hours.
The drug releasing beads comprise a central composition or core comprising a
drug and pharmaceutically acceptable composition forming ingredients
including a lubricant, antioxidant, and buffer.  The beads comprise increasing
doses of drug, for example, 1 mg, 2 mg, 5 mg, and 10 mg, increasing to 40 mg.

30  The beads are coated with a release rate controlling polymer that can be

P A Z 000778

2410 P 3

9

selected utilizing the dissolution profile disclosed above.  The manufacture of

beads is disclosed in Inter. J. of Pharm., by Liu, Vol. 112, pp. 105-116 (1994);

Inter. J. of Pharm., by Liu and Yu, Vol. 112, pp. 117-124 (1994); Pharm. Sci., by

Remington, 14th Ed. pp. 1626-1628 (1970); J. Pharm. Sci., by Fincher, Vol. 57,

5   pp. 1825-1835 (1968); and U.S. Patent No. 4,083,949.

A dosage form provided by the invention comprises a concentration

gradient of drug from 1 mg to 100 mg coated from the former low dose to the

latter high dose on a polymer substrate.  The polymer can be erodible or a

nonerodible polymer.  The coated substrate is rolled about itself from the latter

10   high dose at the center of the dosage form, to the former low dose at the

exposed outer end of the substrate.  The coated substrate is rolled from the

high dose to the low dose to provide for the release of from low to high dose as

the substrate unrolls or erodes.  For example, 1 mg to 25 mg of

methylphenidate is coated onto an erodible polymer such as an polypeptide,

15   collagen, gelatin, or polyvinyl alcohol, and the substrate rolled concentrically

from the high dose rolled over and inward to adapt a center position, and then

outward towards the low dose to form an outer position.  In operation, the

dosage form erodes dispensing an ascending dose of methylphenidate that is

released over time.

20   Another dosage form provided by the invention comprises a multiplicity

of layers, wherein each layer is characterized by an increasing dose of drug.

The phrase "multiplicity of layers" denotes 3 to 6 layers in contacting lamination.

The multiplicity of layers are positioned consecutively, that is, one layer after

another in order, with a first exposed layer, the sixth layer in contact with the

25   fifth layer and its exposed surface coated with a drug impermeable polymer.

The sixth layer is coated with a drug impermeable polymer to insure release of

drug from the first layer to the sixth layer.  The first layer comprises 1 to 5 mg of

drug and each successive layer comprises an additional 1 to 5 mg of drug.  The

biodegradable polymers undergo chemical decomposition to form soluble

30   monomers or soluble polymer units.  The biodegradation of polymers usually

P ALZ 000779

2410 P 3

10

involves chemically or enzymatically catalyzed hydrolysis.  Representative of
biodegradable polymers acceptable for an increase drug loading in each layer
of from 5 to 50 wt% over the first and successive layers wherein the first layer
comprises 100 ng.  Representative biodegradable polymers comprise a
5   member selected from the group consisting of biodegradable poly(amides),
poly(amino acids), poly(esters), poly(lactic acid), poly(glycolic acid),
poly(orthoesters), poly(anhydrides), biodegradable poly(dehydropyrans), and
poly(dioxinones).  The polymers are known to the art in <u>Controlled Release of
Drugs,</u> by Rosoff, Ch. 2, pp. 53-95 (1989); and in U.S. Patent Nos. 3,811,444;
10  3,962,414; 4,066,747; 4,070,347; 4,079,038; and 4,093,709.

The invention further employs a dosage form comprising a polymer that
releases a drug by diffusion, flux through pores, or by rupture of a polymer
matrix.  The drug delivery polymeric system comprises a concentration
gradient, wherein the gradient is an ascent in concentration from a beginning or
15  initial concentration to a final, or higher concentration of 100 ng to 250 mg.  The
dosage form comprises an exposed surface at the beginning dose and a
distant nonexposed surface at the final dose.  The nonexposed surface is
coated with a pharmaceutically acceptable material impermeable to the
passage of drug.  The dosage form structure provides for a flux increase
20  delivery of drug ascending from the beginning to the final delivered dose.

The dosage form matrix can be made by procedures known to the
polymer art.  In one manufacture, 3 to 5 or more casting compositions are
independently prepared wherein each casting composition comprises an
increasing dose of drug with each composition overlayered from a low to the
25  high dose.  This provides a series of layers that come together to provide a unit
polymer matrix with a concentration gradient.  In another manufacture, the
higher does is cast first followed by laminating with layers of decreasing dose to
provide a polymer matrix with a drug concentration gradient.  An example of
providing a dosage form comprises blending a pharmaceutically acceptable
30  carrier, like polyethylene glycol, with a known dose of drug, like a central

P ALZ 000780

2410 P 3

11

nervous system stimulant, at an elevated temperature, like 37°C, and adding it
to a silastic medical grade elastomer with a cross-linking agent, like stannous
octanoate, followed by casting in a mold.  The step is repeated for each
successive layer.  The system is allowed to set, for 1 hour, to provide the
5  dosage form.  Representative polymers for manufacturing the dosage form
comprise a member selected from the group consisting of olefin and vinyl
polymers, condensation polymers, carbohydrate polymers, and silicon polymers
as represented by poly(ethylene), poly(propylene), poly(vinyl acetate),
poly(methyl acrylate), poly(isobutyl methacrylate), poly(alginate), poly(amide),
10  and poly(silicone).  The polymers and manufacturing procedures are known in
Polymers, by Coleman et al., Vol. 31, pp. 1187-1230 (1990); Drug Carrier
Systems, by Roerdink et al., Vol. 9, pp. 57-109 (1989); Adv. Drug Delivery
Rev., by Leong et al., Vol. 1, pp. 199-233 (1987); Handbook of Common
Polymers, Compiled by Roff et al., (1971) published by CRC Press; and U.S.
15  Patent No. 3,992,518.

      Further in accord with the practice of the present invention, the method
of this invention uses the disclosed dosage forms for administering a drug to a
patient that may acquire acute or chronic tolerance for decreasing and/or
avoiding said tolerance, and presently the method is indicated for treating
20  patients that may acquire acute tolerance.  Further, in accordance with the
practice of this invention, in one embodiment, it has also been found a method
can be provided that administers a drug for treating Attention-Deficit Disorder,
to a human orally as a function of time to achieve the desired drug
concentration over time.  The concentration of drug relates to the dose of drug
25  in mg per hour delivered per unit time in hours for absorption into the systemic
circulation.  The method of the invention uniquely provides a method for
maintaining a desired drug effect by adjusting continually the drug delivery rate
when the therapeutic effect declines during acquired acute tolerance.

      It is standard medical practice, that a drug should provide a therapeutic
30  effect throughout the dosing interval.  However, when tolerance develops or is

P ALZ 000781

2410 P 3

12

acquired to a drug, the prior art approach to ensure a therapeutic response is to increase the dose administered in an immediate dose dumping manner, and for this type of dosing, where associated side effects are likely to occur, tolerance may develop unequally to all the effects, and the therapeutic index may

5 decrease.  Another approach used by the prior art to lessen the occurrence of tolerance is to administer drug doses less frequently so that acquired tolerance is avoided, but with this approach there is an absence of therapy for a given time.

In medicine, it is generally accepted that central nervous system acting

10 drugs are useful for the management of Attention-Deficit Disorders.  The drugs useful for this therapy are the mild central nervous system stimulants, and they include catecholamines and drugs that can mimic their action.  The drugs useful for this therapy comprise a member selected from the group consisting of amphetamine, dextro-amphetamine, methamphetamine, methylphenidate,

15 racemic methylphenidate, threo-methylphenidate, phenylisopropylamine, risperidone, and pemoline.  The drugs include also their pharmaceutically acceptable salts such as a member selected from the group consisting of hydrochloride, sulfate, phosphate, acetate, hydrobromide, pamoate, and maleate.  A patient receiving these drugs typically acquires tolerance to the

20 effects of the drugs.  For example, a patient on methylphenidate and receiving a 5 mg dose twice a day acquires tolerance, and a larger dose must be administered due to the single large dose needed to overcome the tolerance development which would give rise to unwanted side effects.  In some patients, the therapeutic response to methylphenidate declines in 4 to 5 hours despite

25 the maintenance of methylphenidate in a nonascending constant concentration. That is, tolerance is acquired to the behavioral and psychological effects of methylphenidate and generally to psychostimulants.  This invention has found also that a sustained release product that dispenses a noncompensating but constant concentration of a drug will not be clinically effective, as a sustained-

30 release dosage form designed to produce a constant plasma of, for example,

2410 P 3

13

methylphenidate concentration, lacks efficacy particularly against acquired tolerance.

This invention among its objects provides a dosage form and method for treating Attention-Deficit Disorders, which include Attention-Deficit/Hyperactivity

5    Disorder, combined type, predominantly inattentive type, predominantly hyperactive impulsive type and which are known also as minimal brain dysfunction, hyperkinetic child syndrome, behavioral syndrome, minimal cerebral dysfunction and minor cerebral dysfunction, as disclosed in the Diagnostic and Statistical Manual of Mental Disorders, 3rd Edition, pp. 49-56

10    (1987) published by the American Psychiatric Association, Washington, D.C., by making available both a dosage form and a method of treatment that substantially negates the unwanted results of the prior art by providing continuous compensation of drug to essentially eliminate acute tolerance, thereby producing a stabilization of the therapeutic effect.

15    The pharmacological effect of a drug is related to its receptor site concentration. Thus, when the effect of a drug is considered as a function (f) of delivery time (t), the kinetics of stabilization for some drugs can be rapid, and for other drugs the effect does not stabilize as a diminution in response expressed as tolerance develops to the drug. This latter condition applies to

20    central nervous system acting drugs such as methylphenidate. This invention compensates for acquired-acute tolerance by providing an optimal drug delivery profile for its management. For some drugs the onset of tolerance is quick, for instance, tolerance develops for methylphenidate within hours after its administration. A management program for this is provided by this invention by

25    making available a drug delivery pattern that initially delivers a dose of drug to achieve instant therapy and accompanied by a sustained-ascending release dose over time to maintain the effect.

The drug methylphenidate is commercially available in a sustained release dosage form Ritalin®-SR, and the methylphenidate dispensed by this

30    commercial form can lead to acute tolerance. When acute tolerance is

P ALZ 000783

2410 P 3

14

acquired a drug-free washout period of several hours is needed before a repeat administration is likely with the dosage form. The present invention however, compensates for the loss of a therapeutic effect of a drug, such as methylphenidate, by providing a method of delivery rate in mg per hour that
5 continually compensates for the development of acute tolerance, by considering the clinical effect (E) of a drug at time (t) as a function of the drug concentration (C) according to Equation 1:

$$\text{Effect} = f(t, C) \qquad\qquad \text{Eq. 1}$$

10
     In addition, the rate of drug delivered (A), in mg per hour is directly proportional to the concentration times the clearance of the drug. As the effect varies with time and the functionality is expressed, then according to this invention (A) can be governed to ensure the therapeutic effect is
15 maintained at a clinical value. If the effect from a drug is found clinically to decrease with time, this decline could be linear as expressed by Equation 2:

$$\text{Effect}_{(t)} = \text{Effect}_{(ini)} - k_{Effect}{}^{*}t \qquad\qquad \text{Eq. 2}$$

20 wherein, Effect $_{(ini)}$ is the clinical effect observed initially at the start of drug administration and Effect $_{(t)}$ is the effect observed at time (t) hours, $k_{effect}$ is a proportionality constant ascertained by measuring the clinical effect (E1) at time (t1) hours and (E2) at time (t2) hours while maintaining a constant plasma concentration followed by dividing (E1) minus (E2) by (t1) minus (t2).
25 In order to maintain a constant effect, (A) must be adjusted with the same functionality according to Equation 3:

$$A_{(t)} = A_{(ini)} + k_{Effect}{}^{*}t \qquad\qquad \text{Eq. 3}$$

2410 P 3

15

wherein $A_{(ini)}$ is the initial drug input in mg per hour at the start of the therapy and $A_{(t)}$ is the drug input at time (t) hours, and $k_{Effect}$ is the proportionality constant presented above.  If the therapeutic effect is found to decline exponentially with time, this relationship is expressed by Equation 4:

5

$$Effect_{(t)} = Effect_{(ini)} * exp^{(-kEffect*t)} \qquad Eq.\ 4$$

wherein $Effect_{(ini)}$ and $Effect_{(t)}$ are as defined before, $k_{Effect}$ is a rate constant ($h^{-1}$), a unit of reciprocal hours, ascertained by measuring the clinical effect

10   (E1) at time (t1) hours and (E2) at time (t2) hours while maintaining a constant plasma concentration followed by dividing natural log of (E1) minus natural log of (E2) by (t1) minus (t2).  To maintain a constant effect, (A) must be adjusted according to Equation 5:

15   $$A_{(t)} = A_{(ini)} * exp^{(kEffect*t)} \qquad Eq.\ 5$$

wherein $A_{(ini)}$ and $A_{(t)}$ is as defined before.  $k_{Effect}$ is the rate constant ($h^{-1}$) presented above.  The equations are presented in <u>Pharmac. Ther.</u>, Vol. 16, pp. 143-166 (1982) by Holford N.H.G. and Sheiner, L.E.

20       The effects defined herein refer to the pharmacological effects exhibited by the drug as ascertained by clinical subjective observation such as SKAMP and CLAM, or as ascertained by objective activity monitoring such as mathematic tests and school accomplishments.  The CLAM Test is a behavior rating that indicates social conformity or rebellion as developed by

25   Conners, Lonez, and Milch and SKAMP is a rating that also measures behavior as developed by Swanson and reported in <u>Psychopharmacological Bulletin</u>, Vol. 21, pp. 887-890 (1985).

         The effect measurements in this study were: (1) observer ratings on SKAMP scale (during classroom time) and (2) performance on the

30   computerized mathematics test.  Each child was tested on the mathematics

2410 P 3

16

test before the study began, and based on this pre-test during the study, a
mathematics test appropriate for each child's ability was given. The morning
and evening parent CLAM assessments were used to identify unusual
behaviors. The evening parent CLAM was used to determine the presence of
5   treatment effects in the evening hours, particularly treatment effects on the
time the child fell asleep, and whether the child's sleep was interrupted. All of
the children also wore an activity monitor (Actigraph) which records the
movements of the child throughout the day. The activity (number of
movements per minute) is recorded electronically and modeled as a function
10  of the drug effect.

## DETAILED DISCLOSURE OF EXAMPLES
## PROVIDED BY THE INVENTION

15      The following examples are merely illustrative of the present invention
and they should not be considered as limiting the scope of this invention in
any way, as these examples and other equivalents thereof will become
apparent to those versed in the art in the light of the present disclosure and
the accompanying claims.

20

## EXAMPLE 1

A commercially available immediate release tablet consisting of 5 mg
of methylphenidate was administered twice a day to 36 school children, and
25  the predicted plasma concentration in ng/ml graphed against time as seen in
the solid black line in Figure 1. The tablet exhibits a peak and valley plasma
concentration for the methylphenidate. A sustained-release nonascending
program that administered 20 mg of methylphenidate consisting of 8.3 mg at
zero hour followed by 0.9 mg at 1.5 hours, 0.9 mg at 2 hours, 0.9 mg 2.5
30  hours, 0.9 mg at 3 hours, 0.9 mg at 3.5 hours, 0.9 mg at 4 hours, 0.9 mg at
4.5 hours, 0.9 mg at 5 hours, 0.9 mg at 5.5 hours, 0.9 mg at 6 hours, 0.9 mg

P ALZ 000786

2410 P 3

17

at 6.5 hours, 0.9 mg at 7 hours, and 0.9 mg at 7.5 hours produced the
sustained-release dotted line parallel to the x-axis as seen in Figure 1.  The
immediate release tablet and the sustained-release dosage form were
compared to a sustained-release dosage form that administered
5    methylphenidate in an ascending profile.  The sustained-release ascending
profile corresponds to administering 4.2 mg at zero hour, 1.1 mg at 1.5 hours,
1.1 mg at 2 hours, 1.2 mg at 2.5 hours, 1.2 mg at 3.0 hours, 1.3 mg at 3.5
hours, 1.3 mg at 4 hours, 1.5 mg at 4.5 hours, 1.5 mg at 5 hours, 1.8 mg at
5.5 hours, 1.8 mg at 6 hours, and 2.0 mg at 6.5 hours, to produce the
10    sustained-ascending release dotted line profile seen in Figure 2.

The results of the clinical studies demonstrated patients administered a
dosage form free of methylphenidate, a placebo, exhibited high, elevated
swings in behavior, such as activity, inappropriate behavior, low attention,
lower mathematical scores and a disinterest in school.  The patients
15    administered a sustained-nonascending dose of methylphenidate exhibited a
decrease in activity, higher mathematical scores and a lessening of
inappropriate behavior.  However, these effects were accompanied by the
development of acute tolerance in the patient.  The patient administered
methylphenidate, according to this invention, in a controlled-sustained
20    ascending profile exhibited the desired therapeutic effect without tolerance.
The accompanying figures present the results of the above-described study.
In Figures 3, 4, and 5, the line with a clear circle denotes a placebo, the dark
circle an immediate release dosage form administered twice a day, the dark
squares a sustained release nonascending dosage profile, and the clear
25    squares the sustained ascending release profile provided by this invention.
The SKAMP Score and CLAM Score were defined earlier in the specification,
and the times are as indicated on the figures.  Figure 3 denotes the observed
behavior, Figure 4 denotes the inattention overactivity, and Figure 5 denotes
the combined attention results of the study.

30

P ALZ 000787

2410 P 3

18

## EXAMPLE 2

      The results of a clinical study that comprises administering methylphenidate according to two distinct delivery programs are reported in

5  this example.  In the study, a sustained-ascending profile corresponds to administering methylphenidate as follows: 8 mg at zero hours, 1.4 mg at 1.5 hours, 1.4 mg at 2.0 hours, 1.7 mg at 2.5 hours, 1.7 mg at 3.0 hours, 2.0 mg at 3.5 hours, 2.0 mg at 4.0 hours, 2.2 mg at 4.5 hours, 2.2 mg at 5.0 hours, 2.2 mg at 5.5 hours, 2.2 mg at 6.0 hours, 2.4 mg at 6.5 hours, 2.4 mg at 7.0

10  hours, 2.6 mg at 7.5 hours, and 1.9 mg at 8.0 hours.  The methylphenidate was administered in overcoated capsules comprising a total of 36 mg of methylphenidate with 22% in the exterior overcoat.  The ascending dose was administered with the first dose at 0730 followed by ascending doses every 30 minutes until 1530 to produce the intended ascending plasma

15  concentration.  The study included the delivery of methylphenidate in immediate dosage form three times a day with 10 mg of methylphenidate delivered at 0730, 1130, and 1530 hours.  The study was done with 32 children with attention deficient hyperactivity disorder.  Accompanying Figure 6 depicts the plasma concentration for methylphenidate wherein the dot-dash

20  line is produced by the sustained-ascending administration program, and the dash line is produced by the immediate dosage form.  In accompanying Figure 7,  the solid circles denote placebos, the clear circles denote the sustained-ascending program, the solid squares denote the three times a day program, and the parameter observed was behavior with an absence of

25  acquired tolerance for the sustained ascending program.  Accompanying Figure 8 depicts the combined attention parameter wherein the solid circle is a placebo with acquired tolerance, the solid square is the three daily immediate release delivery with acquired tolerance, and the clear circle is the sustained-ascending release essentially free of developed tolerance.

30

2410 P 3

19

## EXAMPLE 3

A method for administering the central nervous system stimulant
methylphenidate in a sustained and ascending dose for the management of
5  attention deficient disorder accompanied by a lessening of acquired tolerance
is provided by administering a dosage form shaped as an orally administered
tablet. The dosage form comprises a film of polyanhydride polymer of
sebacic and azelaic acids coated with a composition comprising 20 mg of
methylphenidate blended with pharmaceutically acceptable gelatin. The
10 pharmaceutically acceptable film is coated with the methylphenidate
composition in increased thickness spirally wound about itself. Following oral
administration into the gastrointestinal tract the composition comprising the
methylphenidate is dispensed at constantly increasing rate as the film erodes
over time. The polymer of the dosage form is described in U.S. Patent Nos.
15 2,668,162 and 2,676,945, and the dosage form is described in U.S. Patent
No. 3,625,214.

## EXAMPLE 4

20  A method for treating Attention-Deficit Disorder with hyperactivity
supported by psychological and educational guidance by administering
pemoline for a stabilizing effect in children accompanied by an apparent
absence of acquired tolerance is provided by administering a bioerodible
dosage form according to the invention, comprising the central nervous
25 stimulant pemoline. The dosage form comprises 5 contacting layers of
bioerodible poly(lactide-co-glycolide) with each layer containing an increased
amount of 4, 6, 8, 10 and 12 mg of pemoline. The layers are compressed
into a laminated tablet-shaped arrangement with a single opened surface to
expose the layer containing 2 mg of pemoline with the remainder of the tablet
30 surrounded with nonbioerodible copolymeric ethylene-vinyl acetate. So the

P ALZ 000789

2410 P 3

20

layers bioerode in constant succession, a corresponding constantly
increasing dose of pemoline is dispensed over time. The bioerodible
polymers are known in U.S. Patent No. 3,773,919; EPO 0-052-510; and
Canadian Patent No. 1,169,090.

5

## EXAMPLE 5

A method for administering a drug in a sustained-increasing release
rate is provided by administering a dosage form manufactured as a
10    pharmaceutically acceptable gelatin two-piece joined capsule comprising a
multiplicity of spherical beads. The capsule comprises a series of beads
consisting of a progression of 1, 1.25, 1.5, 1.75, 2 and 2.25 mg of drug in
each different bead coated correspondingly with a progression of 0.5, 1, 1.5,
2.5, 3, and 3.25 mm of polymeric poly(2.2-dioxo-trans-1, 4-cyclohexane
15    dimethylene tetrahydrofuran). As the beads erode in the environment of the
gastrointestinal tract they dispense drug in a sustained-ascending release
rate over time. The drugs that can be dispensed by this method comprise a
member selected from the group consisting of amphetamine,
dextroamphetamine, methamphetamine, methylphenidate,
20    phenylisopropylamine and pemoline. Procedures for coating are disclosed in
J. Am. Phar. Assoc., Sci. Ed., Vol. 48, pp. 451-454 (1959); and U.S. Patent
No. 2,799,241.

## EXAMPLE 6

25

A delivery system is provided by the invention which releases the drug
resulting in an ascending plasma methylphenidate concentration time profile
that substantially overcomes tolerance and maintains the desired
pharmacological effect of the stimulant methylphenidate for the desired
30    duration. For example, to achieve an effect-time profile similar to the three

P ALZ 000790

2410 P 3

21

doses of immediate release given every 4 hours for 12 hours every day, TID
(three times a day), a delivery system which results in the plasma
methylphenidate concentrations between the ranges as listed below will
overcome tolerance and maintain pharmacological effects.  To make a
5   delivery system which is equal to two doses of immediate release given every
4 hours the release rate can be truncated, and similarly, for the longer
duration the concentration can be increased.  The delivery profile exemplifies
the drug and pharmacological effect.  However, the concept of increasing
concentration still remains the same.
10      Table 1 provides this range as a fraction of the simulated TID
concentrations.  The attached figures show the ascending profile variations
superimposed on the TID and the reference ascending (ASCEND) treatment
profiles.

| Time (h) | TID Concentration (ng/Ml) | Ascending Profile Range (Fraction of TID Concentration) | |
|---|---|---|---|
| | | Low | High |
| 1.5 | 4.8 (peak) | 0.75 | 0.90 |
| 3.0 | 3.8 | 1.07 | 1.37 |
| 4.0 | 2.8(trough) | 1.32 | 2.29 |
| 5.5 | 6.5(peak) | 0.80 | 1.20 |
| 7.0 | 4.8 | 1.42 | 1.81 |
| 8.0 | 3.6(trough) | 2.17 | 2.50 |
| 9.5 | 7.0(peak) | 1.10 | 1.23 |
| 11.0 | 5.2 | 1.00 | 1.38 |
| 12.0 | 3.9 | 0.97 | 1.54 |
| 15.0 | 1.7 | 1.00 | 1.94 |

15

2410 P 3

22

The accompanying drawing figures depict the therapeutic benefits obtained by the invention. Figure 9 illustrates a simulated plasma methylphenidate concentration profile for three-times-a-day 30 mg dose (solid line), an ascend treatment of 36 mg (dash line), and an osmotic controlled 36

5 mg dose (dot-dash line). Figure 10 depicts the plasma methylphenidate concentration as in Figure 9, except in Figure 10 the osmotic controlled dose is 38 mg. Figure 11 depicts the plasma methylphenidate concentration as in Figure 9, except in Figure 11, the osmotic controlled dose is 40 mg. Figure 12 illustrates 30 mg delivered three times a day by the solid line, an ascend

10 dose from a dosage form comprising 36 mg of drug once a day by the dash line, and a dosage form comprising an immediate 8 mg dose and a sustained 26 mg ascending dose illustrated by the dot-dash line. Figure 13 depicts a plasma methylphenidate concentration like Figure 12, except the dosage form represented by the dot-dash line comprises an instant-release dose of 9 mg

15 of methylphenidate and an ascending dose of 24 mg of methylphenidate. Figure 14 is similar to the previous Figures except the dot-dash line depicts an instant release dose of 8 mg and an ascending dose of 25 mg of methylphenidate. Figure 15 is similar to the above Figures, except the dot dash line illustrates an immediate dose of methylphenidate of 8 mg followed

20 by a sustained ascending dose of 25 mg of methylphenidate. Figure 16 is similar to the above Figures with the clinical conditions as set forth, except in this study the dot-dash lines illustrate an immediate dose of 8 mg of methylphenidate, followed by a controlled-ascending dose of 24 mg of methylphenidate.

25 The method of the invention provides further for administering a drug according to the above examples, wherein the drug is administered by the dosage form of this invention in a controlled-rate and in a sustained release pattern throughout a school day of up to 8 hours, or up to 12 hours.

While there has been described and pointed out features and

30 advantages of the invention, as applied to present embodiments, those skilled

2410 P 3

23

in the medical art will appreciate that various modifications, changes,
additions, and omissions in the method described in the specification can be
made without departing from the spirit of the invention.

P ALZ 000793

2410 P 3

24

We claim:

    1.    A method for lessening the incidence of tolerance in a patient administered a drug that develops tolerance in the patient, wherein the
5  method comprises administering the drug in a sustained and increasing dose to produce the intended effect.

    2.    The method for lessening the incidence of tolerance in a patient according to claim 1, wherein the drug is administered in the sustained and
10  increasing dose for treating Attention-Deficit Disorder and for lessening the incidence in tolerance in this patient.

    3.    The method for lessening the incidence of tolerance in the patient according to claim 1, wherein the drug is a central nervous system
15  stimulant.

    4.    The method for lessening the incidence of tolerance in the patient according to claim 1, wherein the drug is methylphenidate.

20    5.    The method for lessening the incidence of tolerance in the patient according to claim 1, wherein the drug is a member selected from the group consisting of amphetamine, dextroamphetamine, methamphetamine, phenylisopropylamine, and pemoline.

25    6.    A method for maintaining the therapeutic effect of a drug in a patient that acquires acute tolerance to the drug, wherein the method comprises administering a dosage form orally to the patient that delivers the drug in a controlled increasing dose over an extended time to maintain the therapeutic effect in the patient.

2410 P 3

25

7.    The method for maintaining the therapeutic effect of a drug according to claim 6, wherein the drug is a member selected from the group consisting of methylphenidate and its pharmaceutically acceptable salts.

5          8.    The method for maintaining the therapeutic effect of the drug according to claim 6, wherein the drug is methylphenidate hydrochloride.

9.    A method for compensating for a decrease in therapeutic activity developed as acute tolerance to a drug in a patient, wherein the 10   method comprises administering to the patient the drug in a continually ascending rate over time to compensate for the decrease in therapeutic activity.

10.    The method for compensating for a decrease in therapeutic 15   activity according to claim 9, wherein the drug is methylphenidate.

11.    A method for treating Attention-Deficit Disorder wherein the method comprises administering orally to a human having the disorder a sustained and continuously ascending dose of 5 mg to 75 mg over 12 hours 20   of a central nervous system drug for treating the disorder in the human.

12.    The method for treating Attention-Deficit Disorder according to claim 11, wherein the central nervous system drug is the therapeutic methylphenidate.

25

13.    The method for treating Attention-Deficit Disorder according to claim 11, wherein the central nervous system drug is administered in the sustained and continuously dose to compensate for the development of acute tolerance by the human.

30

P ALZ 000795

2410 P 3

26

14.   The method for treating Attention-Deficit Disorder according to claim 11, wherein central nervous system drug is a member selected from the group consisting of amphetamine, dextroamphetamine, methamphetamine, threomethylphenidate, phenylisopropylamine and pemoline.

15.   The method for treating Attention-Deficit Disorder according to claim 11, wherein the central nervous system drug is a stimulant.

16.   The method for treating Attention-Deficit Disorder according to claim 11, wherein the dose of drug is administered continuously over 8 hours.

17.   The method for treating Attention-Deficit Disorder according to claim 11, wherein the dose of drug is administered continuously in an ascending dose over 10 hours.

18.   The method for treating Attention-Deficit Disorder according to claim 11, wherein the dose of drug is administered continuously in an ascending dose throughout the school day for the management of Attention-Deficit Disorder and Attention-Deficit Hyperactivity Disorder.

19.   A dosage form for delivering a drug, wherein the dosage form comprises: a composition comprising a polymer, a dose of drug in the composition present in a concentration gradient from a low to a higher dose, and wherein the dosage form when in operation releases a low followed by a higher dose of drug.

20.   A dosage form for delivering a drug, wherein the dosage form comprises: a multiplicity of layers of a composition comprising a polymer, a dose of drug in an increasing dose in the multiplicity of layers, and wherein

2410 P 3

27

when the dosage form is in operation, the dosage form delivers an increasing
dose of drug over time.

     21.    A dosage form for delivering a drug, wherein the dosage form

5  comprises: a plurality of layers comprising a composition comprising a
different polymer, a dose of drug in an increasing dose in the plurality of
layers, and wherein when the dosage form is in operation, dosage form
delivers an increasing dose of drug over time.

10     22.    A dosage form for delivering a drug, wherein the dosage form
comprises:  a composition comprising a bioerodible polymer, a dose of drug
in the composition present in an initial dose and a final dose, whereby the
dosage form delivers an initial dose and a final dose over time.

15     23.    A dosage form for delivering an ascending dose of drug,
wherein the dosage form comprises: a multiplicity of layers comprising a
bioerodible polymer, a drug in an ascending dose in the layers, whereby the
dosage form delivers an ascending dose of drug over time.

20     24.    A dosage form for delivering an ascending dose of drug,
wherein the dosage form comprises a plurality of layers comprising a different
bioerodible polymer, a drug in an ascending dose in the different layers,
whereby the dosage form delivers an ascending dose of drug over time.

25     25.    A dosage form for delivering an ascending dose of drug over
time, wherein the dosage form comprises tiny pills comprising a drug, which
tiny pills release an initial dose of drug and successive ascending doses of
drug over time.

B ALZ 000707

60/030514



FIG. I

60/030514



FIG. 2

60/030514



FIG. 3

P ALZ 000800

60/030514



**FIG. 4**

B ALZ 000801

60/030514



FIG. 5

P AL7 000802

60/030514



**FIG. 6**

60/030514



**FIG. 7**

P AL Z 000804

60/030514



**FIG. 8**

P ALZ 000805

60/030514



FIG. 9

60/030514



FIG. 10

P-ALZ 000807

60/030514



FIG. 11

P ALZ 000808

60/030514



FIG. 12

RALZ 000800

60/030514



FIG. 13

P ALZ 000810

60/030514



FIG. 14

60/030514



FIG. 15

60/030514



FIG. 16



PAIZ 000814

| BAR CODE LABEL | U.S. PATENT APPLICATION | | |
|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 60/030,514 PROVISIONAL | 11/12/96 | | |

**APPLICANT**

SUNEEL K. GUPTA, REDWOOD CITY, CA; DIANE R. GUINTA, PALO ALTO, CA; CAROL A. CHRISTOPHER, BELMONT, CA; SAMUEL R. SAKS, HILLSBOROUGH, CA.


**CONTINUING DATA*********************
VERIFIED

—————


**FOREIGN/PCT APPLICATIONS************
VERIFIED

—————


FOREIGN FILING LICENSE GRANTED 12/17/96

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CA | 16 | | | $150.00 | ARC-2410-P-3 |

**ADDRESS**

PAUL L SABATINE
ALZA CORP
950 PAGE MILL ROAD
P O BOX 10950
PALO ALTO CA 94303-0802

**TITLE**

DOSAGE FORM AND METHOD FOR ADMINISTERING DRUG

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date _____    Certifying Officer _____

P ALZ 000815

60/030514

MAIL ROOM
NOV 12 1996

"Express Mail" Mailing Label No. TB 660 465 437

Date of Deposit  NOVEMBER 12, 1996

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR § 1.10 on the date indicated above and is addressed to: Box Provisional, Assistant Commissioner for Patents, Washington, D.C. 20231.

RENEE A. RAFFA
Typed or Printed Name of Person Mailing Paper or Fee

Renee A Raffa
Signature of Person Mailing Paper or Fee

## PROVISIONAL APPLICATION FOR PATENT COVER SHEET

This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(b)(2).

| | | Dkt No.<br>ARC 2410 P 3 | Type a plus sign + inside this box → | + |

### INVENTOR(S)/APPLICANT(S)

| LAST NAME | FIRST NAME | MIDDLE INITIAL | RESIDENCE (CITY AND EITHER STATE OF FOREIGN COUNTRY) |
|---|---|---|---|
| GUPTA | SUNEEL | K | REDWOOD CITY, CALIFORNIA  CA |
| GUINTA | DIANE | R | PALO ALTO, CALIFORNIA  CA |
| CHRISTOPHER | CAROL | R | BELMONT, CALIFORNIA  CA |
| SAKS | SAMUEL | R | HILLSBOROUGH, CALIFORNIA  CA |

### TITLE OF THE INVENTION (280 characters max)

DOSAGE FORM AND METHOD FOR ADMINISTERING DRUG

### CORRESPONDENCE ADDRESS

PAUL L. SABATINE
ALZA CORPORATION
950 PAGE MILL ROAD
PO BOX 10950
PALO ALTO

| STATE:  CA | ZIP CODE:  94303-0802 | COUNTRY:  USA |

### ENCLOSED APPLICATION PARTS (check all that apply)

| X  Specification | Number of Pages:  28 |
| X  Drawing(s) | Number of Pages:  16 |
| __ Small Entity Statement | |
| __ Other (specify): | |

### METHOD OF PAYMENT (check one)

__ A check or money order is enclosed to cover the Provisional filing fees

| X  The Commissioner is hereby authorized to charge filing fees and credit Deposit Account Number:  01-1173 | PROVISIONAL FILING FEE AMOUNT $150.00 |

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

X  No

____ Yes, the name of the US Government agency and the Government contract number are: *

Respectfully submitted,

By  Paul L. Sabatine

PAUL L. SABATINE
Registration No. 22,539

Date:  November 12, 1996

PTO/SB/68 (07-03)
Approved for use through 7/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

| | In re Application of |
|---|---|
| Bring completed form to: **RECEIVED** **OCT 2 2 2003** File Information Unit File Information Unit Crystal Plaza Three, Room 1D0 2021 South Clark Place Arlington, VA Telephone: (703) 308-2733 | Lam |

Application Number: (09) 030514    Filed: 1/12/96    Paper No.: _____

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. 2001/001847, page, _____ line _____.

United States Patent Number _____, column _____, line, _____ or

WIPO Pub. No._____, page _____, line _____.

---

### Related Information about Access to Pending Applications (37 CFR 1.14):
Direct access to pending applications is not available to the public but copies may be available and may be purchased from the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)), as follows:
For published applications that are still pending, a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.
For unpublished applications that are still pending:
(1)   If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.
(2)   If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the pending application as originally filed.

---

Signature: _Violetta Poinderter_    Date: 10/22/03

Typed or printed name: _Violetta Poinderter_

Registration Number, if applicable: _____

| | FOR PTO USE ONLY |
|---|---|
| Telephone Number: 4/486-1150 | Approved by: _____ (Initials) Unit: _____ |

This collection of information is required by 37 CFR 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. BRING TO: File Information Unit, Crystal Plaza Three, Room 1D01, 2021 South Clark Place, Arlington, VA.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

P-ALZ 000817

PTO/SB/68 (11-04)
Approved for use through 7/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

| | In re Application of | |
|---|---|---|
| *Bring completed form to:*<br>File Information Unit, Room 2E04<br>2900 Crystal Drive<br>Arlington, VA 22202-3514<br><br>Telephone: (703) 308-2733 | Application Number<br>08 030 514 | Filed<br>Nov 12, 1996 |
| | | Paper No. #3 |

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)) and which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. _____, page, _____ line _____,

United States Patent Number 6919373, column _____, line, _____ or

WIPO Pub. No. _____, page _____, line _____

---

### Related Information About Access to Applications Maintained in the Image File Wrapper System (IFW) and Access to Pending Applications in General

A member of the public, acting without a power to inspect, cannot order applications maintained in the IFW system through the FIU. If the member of the public is entitled to a copy of the application file, then the file is made available through the Public Patent Application Information Retrieval system (Public PAIR) on the USPTO internet web site (www.uspto.gov). Terminals that allow access to Public PAIR are available in the Public Search Room. The member of the public may also be entitled to obtain a copy of all or part of the application file upon payment of the appropriate fee. Such copies must be purchased through the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)).

**For published applications that are still pending,** a member of the public may obtain a copy of:
the file contents; the pending application as originally filed; or any document in the file of the pending application.

**For unpublished applications that are still pending:**
(1) If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of: the file contents; the pending application as originally filed; or any document in the file of the pending application.
(2) If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of the pending application as originally filed.

---

| | |
|---|---|
| *Darlene Jones*<br>Signature<br><br>Darlene Jones<br>Typed or printed name | Aug 23 '05<br>Date<br><br>FOR PTO USE ONLY<br><br>Approved by _____ (initials) |
| Registration Number, if applicable<br><br>703 418 0330<br>Telephone Number | Unit: _____ |

This collection of information is required by 37 CFR 1.11 and 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. BRING TO: File Information Unit, Room 2E04, 2900 Crystal Drive, Arlington, Virginia.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

P AI Z 000818

REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

In re Application of

Lamiebel

| Application Number | Filed |
|---|---|
| 60/030514 | 11/12/96 |

Paper No. ___

Snap completed form to:
File Information Unit
Crystal Plaza Three, Room 1061
2021 South Clark Place
Arlington, VA
Telephone: (703) 308-3733

RECEIVED
SEP 0 8 2005
File Information Unit

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is identified in, or in which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. _____, page _____, line _____

United States Patent Number 6919373 , column _____, line _____, or

WIPO Pub. No. _____, page _____, line _____

**Related Information about Access to Pending Applications (37 CFR 1.14):**
Direct access to pending applications is not available to the public but copies may be available and may be purchased from the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)) as follows:
For published applications that are still pending, a member of the public may obtain a copy of:
  the file contents;
  the pending application as originally filed; or
  any document in the file of the pending application.
For unpublished applications that are still pending:
(1)  If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
  the file contents;
  the pending application as originally filed; or
  any document in the file of the pending application.
(2)  If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
  the pending application as originally filed.

Signature _____

Typed or printed name  Rick Jensen

Registration Number, if applicable

Telephone Number  703-418-2848

Date  9/8/05

FOR PTO USE ONLY

Approved by: _____ (Initials)
SEP 0 8 2005
Unit: _____

P ALZ 000819