FEBRUARY 1991

# Clinical Pharmacology & Therapeutics

PHARMACY LIBRARY
SCHOOL OF PHARMACY
UNIV. OF WISCONSIN

MR 6 '91

COPYRIGHT © 1991 BY MOSBY YEAR BOOK, INC.

**OFFICIAL PUBLICATION OF THE**
American Society for Clinical Pharmacology and Therapeutics
American Society for Pharmacology and Experimental Therapeutics

VOLUME 49   NUMBER 2

MARCUS M. REIDENBERG, MD *Editor*
WALTER MODELL, MD *Editor Emeritus*

**APPEARING IN THIS ISSUE**

Abstracts of papers presented at the Ninety-second Annual Meeting of the American Society for Clinical Pharmacology and Therapeutics

000100583624 J13 12/ 1/90 0195
ISSUE: 2/ 1/91 UNIV OF
WISCONSIN: LIB/SCH OF PHARM/S12604
PHARM LIB/SCH OF PHARM/S12604
425 N CHARTER ST    WI 53706
MADISON

PUBLISHED AT ST. LOUIS, MISSOURI 63146-3318 BY MOSBY–YEAR BOOK, INC.
ISSN 0009-9236

DTX 153
Alza v. Andrx
C.A. No. 05-642-JJF



FEBRUARY 1991

# Clinical Pharmacology & Therapeutics

VOLUME 49   NUMBER 2

COPYRIGHT © 1991 BY MOSBY–YEAR BOOK, INC.


Mosby Year Book

## TABLE OF CONTENTS

AMERICAN SOCIETY FOR CLINICAL PHARMACOLOGY AND THERAPEUTICS

123   Abstracts of papers presented at the Ninety-second Annual Meeting, Marriott Rivercenter, San Antonio, Texas, March 13-15, 1991

202   Index to abstract authors

208   Index to abstract subjects

*Information to authors on pages 5A, 6A, and 7A*

MR 6 91

Volume 49, Number 2, February 1991. CLINICAL PHARMACOLOGY & THERAPEUTICS (ISSN 0009-9236). Published monthly (six issues per volume, two volumes per year) by Mosby–Year Book, Inc., 11830 Westline Industrial Drive, St. Louis, MO 63146-3318. Second class postage paid at St. Louis, Mo., and at additional mailing offices. POSTMASTER: Send change of address to: CLINICAL PHARMACOLOGY & THERAPEUTICS, Mosby–Year Book, Inc., 11830 Westline Industrial Drive, St. Louis, MO 63146-3318, (314)872-8370, ext. 4351.

|  |  | International (surface mail) | International (airmail)* | | | | |
|---|---|---|---|---|---|---|---|
| 1991 Annual subscription rates | U.S.A. | All regions | Canada | Mexico | Region 1 | Region 2 | Region 3 |
| Institutional† | $157.00 | $182.00 | $203.25 | $205.75 | $212.00 | $239.50 | $267.75 |
| Individual‡ | $ 85.00 | $110.00 | $131.25 | $133.75 | $140.00 | $167.50 | $195.75 |
| Student, resident‡ | $ 45.00 | $ 70.00 | $ 91.25 | $ 93.75 | $100.00 | $127.50 | $155.75 |

Subscription rates include supplements. Single copies are $7.50. Remittances should be made by check, draft, or post office or express money order, in U.S. funds drawn through a U.S. bank, payable to this JOURNAL. Claims for missing issues will be serviced only within 6 months of cover date. Single copy price will be charged on missing issue claims older than 6 months from cover date. Back issues generally are available for the previous 5 years. Contact the publisher to confirm availability of specific issues.

*Airmail breakdown—Domestic: First-class and Priority rates for the U.S. and possessions are available upon request. Canada: All provinces of Canada. Mexico: All localities within Mexico. Region 1: Colombia, Venezuela, Central America, Caribbean Islands, Bahamas, Bermuda, and St. Pierre and Miquelon (also, from American Samoa to Western Samoa, and from Guam to the Philippines). Region 2: South America (except Colombia and Venezuela), Europe (except Estonia, Latvia, Lithuania, and USSR), and North Africa (Morocco, Algeria, Tunisia, Libya, and Egypt). Region 3: Estonia, Latvia, Lithuania, USSR, Asia, Australia, New Zealand, Pacific Ocean islands, Africa (other than North Africa), Indian Ocean islands, and Middle East.

†Institutional (multiple reader) subscriptions are available to public and private libraries, schools, hospitals, and clinics; city, county, state, provincial, and national government bureaus and departments; and all commercial and private institutions and organizations.

‡Individual subscriptions and all student-rate subscriptions must be in the names of, billed to, and paid by individuals. All student-rate requests must indicate training status and name of institution.

Subscriptions may begin at any time.

Printed in the U. S. A. Copyright © 1991 by Mosby–Year Book, Inc.

PII-44 DEUTERIUM ISOTOPE EFFECTS AFTER ACUTE ADMINISTRATION OF IMIPRAMINE(N-DIMETHYL-$D_6$) IN HEALTHY MALE SUBJECTS. J.M.Perel,PhD, B.G.Pollock,MD, PhD,L.Birder MS*,J.Foglia MS*,M.Mantero MD*,G. Rudolph BA*,Clinical Pharmacol.Program,W.P.I.C. Univ.of Pittsburgh,Sch.of Med.Pittsburgh,PA.

The complete deuteration of the N-dimethyl groups of imipramine(IMI) should decrease its rate of metabolism to desipramine(DMI) and might prolong several of its original pharmacological effects. To evaluate these hypotheses, alternate single oral doses(50 or 75 mg) of IMI and IMI-$d_6$($\geq$99 atom %D) were administered to 9 adult volunteers using a within-subjects, random sequence, cross-over design. 17 Blood samples were collected over 72 hours and analyzed with HPLC(electrochemical) for IMI,DMI,and the 2-hydroxy metabolites.Neurochemical reuptake properties were measured by incubation of the plasma samples with rat hypothalamic synaptosomes. Pharmacokinetic parameters were slower rates of clearance,half-life and enhanced bioavailability IMI-$d_6$ i.e.,the isotope effect: IMI-$d_6$/IMI=1.85±0.38(S.D.); larger increases of 2-OH-IMI-$d_6$ and decreases of DMI-$d_6$ plasma levels were also noted. Serotonergic reuptake blockade was markedly increased;almost threefold after IMI-$d_6$ indicating prolongation and, perhaps,potentiation of the neuropharmacological effects.

PII-45 CORRELATES OF PHARMACOKINETICS AND ATTENTIONAL MEASURES IN METHYLPHENIDATE TREATED HYPERACTIVE CHILDREN.J.M.Perel,PhD,L.L.Greenhill,MD*, S. Curran,MS*, B.Feldman MD*, J.Puig-Antich,MD* Clin.Pharmacol.Program,W.P.I.C.,Univ.of Pittsburgh, PA and N.Y.State Psychiatric Institute, NY.

An open study has been undertaken for time-tracking of MEP plasma levels over 9 hrs utilizing 14 sampling times after a 0.9 mg/kg loading dose(20-45mg). Clinical,behavioral ratings and measures of motor persistence(Gardner Steadiness Test) were obtained at each sampling point. Eight boys(mean age:8.5 yrs)were studied. Measures were repeated using the same loading dose after 6 months of maintenance MEP treatment. Pharmacokinetic parameters did not change between acute and maintenance phases: peak levels 20.6±6.4(S.D.) ng/ml occurred at 97.5± 46.2 min.after ingestion. Mean elimination half-life was 3.3±0.7 hrs and Vd's ranged from 27.2 to 47.8 l/kg. Point-by-point correlations demonstrated an inverse relationship between motor performance errors and plasma levels (r=0.91, p<0.05) during the absorption phase. The best steadiness test score was reached at 95.0±23.9 min. after the dose.Mean half life of steadiness decay was 1.9±0.7 hrs-the effects return to baseline faster than the MEP plasma levels, indicating clockwise hysteresis.

PII-46 DISPOSITION AND SAFETY OF ALFENTANIL (ALF) IN NEONATES WITH RESPIRATORY DISTRESS. SS Garner, PharmD*, DB Wiest, PharmD*, & BL Ohning, MD PhD*. Dept. of Clinical Pharmacy & Neonatology, Med. Univ. of South Carolina, Charleston, SC.

ALF is a short-acting opiate with a rapid onset of action that causes less respiratory depression than morphine or fentanyl. The pharmacokinetics (PK), adverse effects, and subjective efficacy of continuous infusion ALF were studied in 12 mechanically ventilated neonates (mean ± SD: gestational age: 37.6 ± 2.4 wks, birth weight: 3.35 ± 1.01 kg), diagnosed with hyaline membrane disease (n = 7) and persistent pulmonary hypertension of the newborn (n = 5). ALF was administered as a loading dose (8 µg/kg), followed by a variable-rate infusion (maximum: 10 µg/kg/hr; minimum: 1 µg/kg/hr) for 27 hours. A two-compartment model was used for PK analysis and revealed the following: TBC 2.7 ± 2.2 ml/kg/min, Vdss 0.60 ± 0.10 L/kg, and T1/2β 4.42 ± 2.35 hrs. The doses utilized were well tolerated. Efficacy was difficult to determine due to concomitant morphine (n=5) and pancuronium (n=9) administration. Further PK studies of ALF and objective assessments of its efficacy as a sedative/analgesic in neonates are needed before broader use can be advocated.

PII-47 PHARMACOKINETICS (PK) OF SINGLE DOSE MIDAZOLAM (M) IN CHILDREN. T.G. Wells, MD, E.N. Ellis, MD, H.B. Casteel, MD*, I.R. Hendry, BS*, G.L. Kearns, PharmD, Dept. of Pediatr., Univ. of Arkansas for Medical Sciences, Little Rock, AR.

Because of its brief sedative/hypnotic effect, M is ideally suited for procedural anesthesia in children. M (60±18 µg/kg) was administered by continuous IV infusion over 0.05-0.2 h to 13 children (12.8±3.3 y, 53.3±19.1 kg) prior to percutaneous renal biopsy or endoscopy. Serum samples (n=13) were collected before and for 6 h after administration. M was measured using HPLC (LLD=10 µg/L; CV <11% from 10-1000 µg/L). Serum conc. vs. time data were curve fit using a WLS algorithm [weight=1/Y (calc)]. Data best fit a two compartment model in 9 patients (t½α=0.04±0.01 h; t½β=1.45±0.51 h). In the remaining 4 patients, the distribution phase was not evident and a one compartment model was used (t½=0.31±0.09 h). Other derived parameters were: VDss=0.28±0.08 L/kg and CL=0.48±0.07 L/kg/h. All 13 patients achieved adequate levels of sedation without adverse effects. The duration of the sedative effect was 58±10 min. Conclusions: M is a safe and effective sedative in children. Distribution of M is rapid and correlates with rapid onset of action. Plasma elimination was variable and did not correlate with duration of action.