SCANNED

08/19/97

473 Subclass

424 Class

ISSUE CLASSIFICATION

G 4

| UTILITY SERIAL NUMBER | | PATENT DATE | | PATENT NUMBER | ABANDONED |
|---|---|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS 473 | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|

APPLICANTS

PADMAJA SHIVANAND, MOUNTAIN VIEW, CA; ATUL AYER, SANTA CLARA, CA;
JERI D. WRIGHT, DUBLIN, CA; ANDREW LAM, SAN FRANCISCO, CA; LAWRENCE G.
HAMEL, MOUNTAIN VIEW, CA.

**CONTINUING DATA*****************
VERIFIED   PROVISIONAL APPLICATION NO. 60/023,236 08/16/96

BKS

**FOREIGN APPLICATIONS***********
VERIFIED

None BKS

FOREIGN FILING LICENSE GRANTED 02/04/98

| Foreign priority claimed ☐ yes ☒ no | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☒ no BKS | | | | | | | |
| Verified and Acknowledged    Examiner's initials | | CA | 2 | 47 | 8 | $1,792.00 | ARC345001 |

ADDRESS

PAUL L. SABATINE
ALZA CORPORATION
PO BOX 10950
950 PAGE MILL ROAD
PALO ALTO CA 94303-0802

TITLE

~~DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG~~
OSMOTIC DOSAGE FORMS FOR DELIVERING DRUG AS
AN ASCENDING RATE OVER A PROLONGED PERIOD OF TIME

U.S. DEPT. OF COMM./PAT. & TM—PTO-436L (Rev. 12-94)

Examiner TKP

| PARTS OF APPLICATION FILED SEPARATELY | | Applications Examiner |
|---|---|---|

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| 3-23-99 | Brian K. Seidleck Assistant Examiner | Total Claims 28 | Print Claim 1 |
| ISSUE FEE | Thurman K. Page THURMAN K. PAGE SUPERVISORY PATENT EXAMINER TECHNOLOGY CENTER 1600 Primary Examiner | DRAWING | |
| Amount Due 1,210 | Date Paid | Sheets Drwg. 2 | Figs. Drwg. 2 |
| | | ISSUE BATCH NUMBER | Q71 |
| Label Area | PREPARED FOR ISSUE | | Print Fig. 1 |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 6/92)

DTX 156

Alza v. Andrx
C.A. No. 05-642-JJF

DEPOSITION EXHIBIT
GRAY
7/27/07
D.J.

61591 U.S. PTO
08/937336
08/19/97



PATENT APPLICATION

08937336

APPROVED FOR LICENSE

NOV 0 7 9 74

INITIALS

**CONTENTS**

Date Entered or Counted

Date Received or Mailed

1. Application _____ papers.
2. CIR RE mp 4/5th Int. Sign 9/25 2/5/98
3. Resime
4. for - not sig. 4th + 5th intro        3-20-98
5. Dec.                                    4-1-98
6. 619   Rez 3                             6-19-58
7. Declaration                             2-17-98
8. IDS                                     2-25-98
9. IDS (suppl)                             9-24-98
10. Req. Time 3 mos Filed                  12/23/98
11. Amdt A                                 12/23/98
12. Suppl Amdt B                           3-17-99
13. M 3-22 Notice of allowance             3-23-99
14.               Notice of Abandonment
15. Req f Fee                              11-28-03
16. Request for Access                     2-11-05
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.

(FRONT)

P-ALZ 001070

Staple Issue Slip Here

| POSITION | | ID NO. | DATE |
|---|---|---|---|
| CLASSIFIER | | | |
| EXAMINER | | 63390 | 2/4/98 |
| TYPIST | | 11 | |
| VERIFIER | | 11 | 11 |
| CORPS CORR. | | | |
| SPEC. HAND | | 550/4786 | 2-12-97 |
| FILE MAINT. | | | |
| DRAFTING | | | |

## INDEX OF CLAIMS

| Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | ✓ | | | | | | | |
| | 2 | ✓ | | | | | | | |
| | 3 | ✓ | | | | | | | |
| | 4 | ✓ | | | | | | | |
| | 5 | ✓ | | | | | | | |
| | 6 | ✓ | | | | | | | |
| | 7 | ✓ | | | | | | | |
| | 8 | ✓ | | | | | | | |
| | 9 | ✓ | | | | | | | |
| | 10 | ✓ | | | | | | | |
| | 11 | ✓ | | | | | | | |
| | 12 | ✓ | = | | | | | | |
| 13 | | ✓ | = | | | | | | |
| 14 | | ✓ | = | | | | | | |
| 15 | | ✓ | = | | | | | | |
| 16 | | ✓ | = | | | | | | |
| 17 | | ✓ | = | | | | | | |
| 18 | | ✓ | = | | | | | | |
| 19 | | ✓ | = | | | | | | |
| 20 | | ✓ | = | | | | | | |
| 21 | | ✓ | = | | | | | | |
| 22 | | ✓ | = | | | | | | |
| 23 | | ✓ | = | | | | | | |
| 24 | | ✓ | = | | | | | | |
| 25 | | ✓ | = | | | | | | |
| 26 | | ✓ | = | | | | | | |
| 27 | | ✓ | = | | | | | | |
| 28 | | ✓ | = | | | | | | |
| 29 | | ✓ | = | | | | | | |
| 30 | | ✓ | = | | | | | | |
| 31 | | ✓ | = | | | | | | |
| 32 | | ✓ | = | | | | | | |
| 33 | | ✓ | = | | | | | | |
| 34 | | ✓ | = | | | | | | |
| 35 | | ✓ | = | | | | | | |
| 36 | | ✓ | = | | | | | | |
| 37 | | ✓ | | | | | | | |
| 38 | | ✓ | | | | | | | |
| 39 | | ✓ | | | | | | | |
| 40 | | ✓ | = | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |

| Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | | |
| | 52 | | | | | | | | |
| | 53 | | | | | | | | |
| | 54 | | | | | | | | |
| | 55 | | | | | | | | |
| | 56 | | | | | | | | |
| | 57 | | | | | | | | |
| | 58 | | | | | | | | |
| | 59 | | | | | | | | |
| | 60 | | | | | | | | |
| | 61 | | | | | | | | |
| | 62 | | | | | | | | |
| | 63 | | | | | | | | |
| | 64 | | | | | | | | |
| | 65 | | | | | | | | |
| | 66 | | | | | | | | |
| | 67 | | | | | | | | |
| | 68 | | | | | | | | |
| | 69 | | | | | | | | |
| | 70 | | | | | | | | |
| | 71 | | | | | | | | |
| | 72 | | | | | | | | |
| | 73 | | | | | | | | |
| | 74 | | | | | | | | |
| | 75 | | | | | | | | |
| | 76 | | | | | | | | |
| | 77 | | | | | | | | |
| | 78 | | | | | | | | |
| | 79 | | | | | | | | |
| | 80 | | | | | | | | |
| | 81 | | | | | | | | |
| | 82 | | | | | | | | |
| | 83 | | | | | | | | |
| | 84 | | | | | | | | |
| | 85 | | | | | | | | |
| | 86 | | | | | | | | |
| | 87 | | | | | | | | |
| | 88 | | | | | | | | |
| | 89 | | | | | | | | |
| | 90 | | | | | | | | |
| | 91 | | | | | | | | |
| | 92 | | | | | | | | |
| | 93 | | | | | | | | |
| | 94 | | | | | | | | |
| | 95 | | | | | | | | |
| | 96 | | | | | | | | |
| | 97 | | | | | | | | |
| | 98 | | | | | | | | |
| | 99 | | | | | | | | |
| | 100 | | | | | | | | |

SYMBOLS
✓ .......... Rejected
= .......... Allowed
— (through numeral) .......... Canceled
+ .......... Restricted
N .......... Non-elected
I .......... Interference
A .......... Appeal
O .......... Objected

(LEFT INSIDE)

P ALZ 001071



## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 604 | 890.1 | 6/16/98 | BKS |
| 604 | 892.1 | 6/16/98 | BKS |
| 424 | 473 | " | " |
| 424 | 472 | " | " |
| 424 | 471 | " | " |
| 424 | 464 | " | " |
| | | | |
| Updated | | 3/19/99 | BKS |

## SEARCH NOTES

| | Date | Exmr. |
|---|------|-------|
| APS/GPI | 6/17/98 | BKS |
| Any/GPI | 6/18/98 | BKS |
| Discussed case w/ Kishore (PTO unghis) | 3/11/99 | BKS |
| updated | 3/19/99 | BKS |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 424 | 471 | 3/19/99 | BKS |
| | 472 | | |
| | 473 | | |
| ↓ | 464 | | |
| 604 | 890.1 | | |
| ↓ | 892.1 | | |
| Updated | | 3/19/99 | BKS |

(RIGHT OUTSIDE)



61591 U.S. PTO
08/937336

06/19/97

PATENT APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
03/13/1998 SBLIZZAR 00000028 DAN:011173   08937336
01 FC:101        790.00 CH
02 FC:102        410.00 CH
03 FC:103        462.00 CH
04 FC:105        130.00 CH
```

PTO-1556
(5/87)

P ALZ 001073

ARC 2450R1

43

BKS
4|10|98

DISCLOSURE

## ABSTRACT OF THE INVENTION

A bilayer and trilayer tablet and a dosage form are disclosed for administering a controlled and increasing dose of drug over time. A method is disclosed also for administering an increasing dose of drug over time.

10

G:\PLS\PATENTS\2450.r1   yfk 07/29/97

ARC 2450R1

1

A no fee

66793 U.S. PTO
08/19/97

08937336
"081997

## DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG

This application claims the benefit of U.S. Provisional application
No. 60/023,286, filed 8/16/96.

### DISCLOSURE OF TECHNICAL FIELD

5      This invention pertains to a dosage form for administering a drug in an

ascending dose.  The invention concerns further a dosage form comprising a

drug in different concentrations for administering in a sustained ascending

rate for therapy.  The invention relates also to a laminate for use in a dosage

form comprising a first lamina and a second lamina with each lamina

10    comprising a first concentration and a second concentration of drug.  The

invention relates further to a method for achieving a therapeutic effect by

administering a dosage form that administers an initial dose followed by a

continuously increasing dose of drug over time.

### BACKGROUND OF THE INVENTION

15        For a long time, pharmacy and medicine in every society used

medicines for pain relief, mood, thought, feeling, behavior, and psychological

personality benefits.  The medicines used for these therapies are represented

20    by opioids, barbiturates, hypnotics, central nervous system stimulants,

psychostimulants, alcohols, cannabinoids and catecholamines.  While these

medicines or drugs have a benefit, a serious problem, called tolerance, is

associated with their use.  The development of tolerance to a drug results

from adaptive changes within the affected patient, such that the therapeutic

25    response is reduced in the presence of the same concentration of drug.

Tolerance to some drugs, for instance, to opioids, is characterized by a

shortened duration and decreased intensity of the therapeutic effect.  Most of

the tolerance seen with many drugs is due to adaptation of cells in the

nervous system to the drug's action, as noted in The Pharmacological Basis

30    of Therapeutics by Goodman and Gilman, 7th Edition, p. 534 (1940).

ARC 2450R1

2

In the present practice of medicine, one class of these drugs that has become the standard intervention for the management of behavior and personality, including attention deficit disorder, is the central nervous system stimulants.  While this invention presents the central nervous system drug in
5  detail, it is understood the invention is generic and it embraces drugs broadly as administered by the dosage form, and the mode and the manner of the invention.

The benefits perceived by physicians, psychologists, social workers and clinicians are dramatic for central nervous system drugs, and this has
10  resulted in the widespread and acceptable use of central nervous system medication to treat attention deficit disorder.  In the latest period for collecting data, it was observed that about two percent of the school-aged female population and about six percent of the school-aged male population, for a total of about two million patients, were administered medication for attention
15  deficit disorder.

Prior to this invention, opioids, barbiturates, hypnotics, central nervous system stimulants, psychostimulants, alcohols, cannabinoids and catecholamines were administered by a standard pharmaceutical dosage form.  For example, one prior art method for administering a drug consists in
20  using an immediate release tablet containing the drug.  This immediate release form delivers the drug by instant dumping of the drug and produces uneven blood levels characterized by peaks and valleys.  For an immediate release dosage form containing a drug that has a rapid onset, and a short half-life, this drug may need multiple doses each day and this can result in
25  swings in blood levels as the medication loses its therapeutic effect.  This dosage form does not provide the needed therapy over an extended time.

Another prior art dosage form for dispensing a drug is the sustained-release dosage form.  The sustained-release dosage form dispenses a drug in a non-ascending profile over time.  This dosage form, however, may not
30  provide the required therapy and the appropriate blood pattern.  For drugs, such as the central-nervous system acting drugs, that are dispensed from a

08963733 · 08081997

ARC 2450R1

3

sustained-release non-ascending dose, the patient often develops an acute
or a chronic tolerance to the drug manifested by a shortened duration and a
decrease in the intensity needed for acceptable therapy. The prior art
sustained-release dosage form is devoid of means that compensate for its

5   shortcomings inherent therein.

       The above presentation teaches that a critical and timely need exists
for a novel dosage form for administering a drug that overcomes the
shortcomings known to the prior art. This long-felt need exists for a dosage
form for (1) administering the drug in a sustained-increasing rate that

10   simultaneously reduces or eliminates the frequency of daily dosing; for (2)
administering a drug in a sustained-compensating dose to substantially
compensate for acute tolerance to the drug and thereby maintaining a pre-
selected clinical response; for (3) administering the drug in an increasing
dose to lessen or eliminate chronic tolerance to the drug to provide effective

15   therapy; and for (4) administering the drug in a sustained-ascending profile
clinically indicated for both medical and psycho-medical effects.

## OBJECTS OF THE INVENTION

20       Accordingly, in view of the above presentation, it is an immediate
object of this invention to provide a novel and unique dosage form that
provides an ascending dose of drug over time.

       Another object of the invention is to provide a dosage form that
delivers a drug in a controlled increasing dose over an extended time to

25   maintain a therapeutic effect.

       Another object of the invention is to provide a dosage form for
maintaining the therapeutic effect of a drug in a patient that acquires
tolerance to the drug, wherein the dosage form delivers to the patient the
drug in a controlled increasing dose over time.

08837336.081997

ARC 2450R1

4

Another object of the invention is to provide a dosage form for maintaining the therapeutic effect of a drug in a patient that acquires acute tolerance to the drug, wherein the dosage form delivers to the patient the drug in a controlled increasing dose to provide compensation for the acquired
5    acute tolerance associated with the drug.

Another object of the invention is to provide a dosage form for maintaining the therapeutic effect of a drug in a patient that acquires chronic tolerance to the drug, wherein the dosage form delivers to the patient the drug in a controlled increasing dose to provide compensation for the acquired
10    chronic tolerance associated with the drug.

Another object of the invention is to make available a dosage form for lessening the incidence of acquired tolerance in a patient administered a drug that develops tolerance in the patient, wherein the dosage form is characterized by administering the drug in a sustained and increasing dose
15    over time to produce the intended effect.

Another object of the invention is to provide a dosage form for administering an opioid, barbiturate, hypnotic, central nervous system stimulant, psychostimulant, alcohol, cannabinoid or catecholamine drug that overcomes the shortcomings known to the prior art.
20    Another object of the invention is to provide a dosage form comprising means for compensating for tolerance development associated with a drug possessing the ability to produce tolerance in a patient, by the dosage form administering the drug orally in a sustained-ascending dose to substantially lessen the unwanted effects of tolerance.
25    Another object of the invention is to make available a method for lessening the incidence of acquired tolerance in a patient administered a drug that develops tolerance in the patient, wherein the method comprises administering a dosage form that dispenses a drug in a sustained and increasing dose over time to produce the intended effect.
30    Another object of the invention is make available a method for administering a drug in a sustained and increasing dose by administering a

08037336.081997

ARC 2450R1

5

dosage form that delivers the drug in a sustained and increasing dose over
time.

Another object of the invention is to provide a dosage form comprising
a first layer comprising a first concentration of drug and a second layer

5 comprising a second and higher concentration of drug that are delivered first
then second to provide a sustained and ascending delivery of drug.

Another object of the invention is to provide a method for administering
a drug in a sustained and increasing dose by administering a dosage form
comprising a first concentration of drug and a second higher concentration of

10 drug which dosage form delivers the first followed by the second
concentration of drug to give a sustained and ascending delivery of drug.

Another object of the invention is to provide a dosage form that
administers a  drug in a sustained and ascending pattern over time, which
dosage form is characterized by a first drug layer comprising a lower

15 concentration of drug compared to a second drug layer that are delivered
consecutively to provide the ascending pattern.

Another object of the invention is to provide a pharmaceutical, oral
tablet manufactured as a solid dosage form comprising a first layer containing
10 ng to 300 mg of drug and a pharmaceutically acceptable carrier, and a

20 second layer containing 50 ng to 500 mg of drug and a pharmaceutically
acceptable carrier, which first and second layers release drug in a serial
order for administering a sustained and increasing dose of drug.

Another object of the invention is to provide a pharmaceutical, osmotic
tablet manufactured as an osmotic dosage form comprising a first layer

25 containing 10 ng to 300 mg of drug and a pharmaceutically acceptable
carrier, a second layer containing 50 ng to 500 mg of drug and a
pharmaceutically acceptable carrier, and a third layer for displacing the first
and second layers in succession from the dosage form, for administering a
sustained and increasing dose of drug.

30 Another object of the invention is to provide an osmotic dosage form
comprising a first layer comprising a first dose of drug, a second layer

P.ALZ 001079

ARC 2450R1

6

comprising a layer dose of drug than the first layer, a third layer for pushing
the first layer then the second layer from the dosage form, and a
semipermeable wall with an exit that surrounds the layer for delivering an
increasing dose of drug over sixteen hours, or longer.

5        Another object of the invention is to provide a bilayer arrangement
comprising a first drug layer comprising a lower concentration of drug
compared to a second drug layer.

Another object of the invention is to provide a trilayer comprising a first
drug layer comprising a lower concentration of drug layer compared to a
10    second drug layer, and a third layer that provides physical support to the first
and second layers for delivery of the first and second layers to an
environment of use.

Another object of the invention is to provide a composition of matter
comprising: (1) a drug selected from the groups consisting of opioid,
15    barbiturate, hypnotic, central nervous system stimulant, psychostimulant,
alcohol, cannabinoid, and catecholamine; (2) a pharmaceutically acceptable
hydrophilic polymeric carrier; and (3) a hydrophobic compound that aids in
controlling the rate of hydration of the composition.

Another object of the invention is to provide an osmotic dosage form
20    comprising an immediate dose of drug on the exterior of the dosage form, and
a prolonged ascending dose in the interior of the dosage form, which two
doses operate in combination to provide an ascending dose of drug to negate
acquired and developed tolerance.

Another object of the invention is to provide a tablet for oral use
25    comprising a first layer comprising a first concentration of drug and a
pharmaceutically acceptable carrier and a second layer comprising a second
concentration of drug and a pharmaceutically acceptable carrier, and wherein
the tablet comprises a larger dose of drug in the second layer.

These objects, as well as other objects, features and advantages of
30    this invention will become more apparent from the following detailed
disclosure of the invention accompanied by the accompanying claims.

ARC 2450R1

7

BKS
6/16/98

## BRIEF DESCRIPTION OF DRAWING FIGURES

Figure 1 depicts the ascending release rate for the drug methylphenidate from a dosage form provided by the invention.

5      Figure 2 depicts the ascending release rate for the drug pseudoephedrine from a dosage form provided by the invention.

## DETAILED DESCRIPTION OF SPECIFICATION

10      In accordance with the practice of this invention, it has now been discovered that the invention can make available a dosage form with an ascending rate of drug delivery over time. The dosage form of this invention comprises a wall that surrounds an internal compartment. The wall of the dosage form is permeable to the passage of fluid present in an environment

15 of use, such as the aqueous-biological fluid of the gastrointestinal tract, and the wall is impermeable to the passage of drug. The wall comprises a semipermeable composition that maintains its physical and chemical integrity during the drug dispensing life of the dosage form. The semipermeable wall comprises a polymer selected from the group consisting of a cellulose

20 acylate, cellulose diacylate, cellulose triacylate, cellulose acetate, cellulose diacetate and cellulose triacetate. The wall can comprise 65 wt% (weight percent) to 100 wt% of said polymer. The wall can comprise 0 to 35 wt% polyethylene glycol possessing a number average molecular weight of 190 to 20,000, from 0 to 35 wt% of a hydroxypropylalkylcellulose selected from the

25 group consisting of hydroxypropylmethylcellulose, hydroxypropylethylcellulose, hydroxypropylbutylcellulose, and hydroxypropylpentylcellulose of number average molecular weight 9,000 to 250,000, and 0 to 35 wt% of a hydroxyalkylcellulose including a member selected from the group consisting of hydroxymethylcellulose,

30 hydroxyethylcellulose, hydroxypropylcellulose and hydroxybutylcellulose of

P.ALZ 001081

ARC 2450R1

8

number average molecular weight 7,500 to 200,000. The total weight of all components comprising the wall is equal to 100 wt%. Wall-forming polymers are known in U.S. Patent Numbers 3,845,770; 3,916,899; 4,036,228; 4,111,202; and 5,178,866.

5       The dosage form comprises at least one exit in the wall that connects the exterior of the dosage form with the interior of the dosage form. The expression "exit" as used herein comprises a passageway, orifice, bore, pore, micropore, hollow fiber, capillary tube, porous overlay, porous insert and the like for dispensing a drug from the dosage form. The exit passageway

10      includes a material that erodes, or is leached from the wall in a fluid environment of use, such as the gastrointestinal tract. Representative materials for forming a passageway, or more than one passageway, include erodible poly(glycolic) acid, erodible poly(lactic acid), erodible poly(orthoester), erodible poly(orthocarbonate), a gelatinous filament,

15      poly(vinyl alcohol), leachable materials including fluid removable pore-forming polysaccharides, salts and oxides. An exit can be formed by leaching compounds such as sorbitol, lactose or glucose. The exit can have any shape such as round, triangular, square or elliptical. The dosage form can be provided with one or more passageways in spaced apart positions on a

20      common surface of the dosage form. Passageways and equipment for forming an exit are disclosed in U.S. Patent Numbers 3,845,770; 3,916,899; 4,063,064; 4,088,864; 4,200,098; 4,285,987; and 5,178,866.

        The dosage form's compartment comprises a first layer comprising a dose of drug and a second layer comprising a larger dose of drug. The first

25      layer and the second layers are delivered in successive order. The first layer is next to the exit to provide for its delivery first, followed by the second layer, from the dosage form to give an ascending profile of delivered drug. The first layer comprises 10 ng (nanograms) to 250 mg (milligrams) of drug and a pharmaceutically acceptable carrier; and the second layer comprises 50 ng to

30      500 mg of drug and a pharmaceutically acceptable carrier. The administration of the first dose followed by the second dose provides a

ARC 2450R1

9

controlled-increasing dose that simultaneously reduces or eliminates the
frequency of daily dosing and compensates for tolerance to the drug. The
first layer delivers its dose over a period of 30 minutes to 5 hours and the
second layer delivers its dose over 1.5 hours to 9 hours.

5          The first layer provided by the invention comprises: (a) a dose of 10 ng
to 250 mg of drug; (b) 5 mg to 250 mg of a pharmaceutically acceptable
carrier comprising hydrophilic polymer comprising a poly(alkylene oxide) of
number average molecular weight 40,000 to 1,000,000, with a 5% aqueous
solution exhibiting a viscosity at 25ºC of 12 to 17,600 cps (centipoise)
10   represented by a member selected from the group consisting of
poly(methylene oxide), poly(ethylene oxide), poly(propylene oxide),
poly(butylene oxide), copolymer poly(ethylene oxide)-(polypropylene oxide),
and a blend of two different poly(alkylene oxides) such as poly(ethylene
oxide) of number average molecular weight 100,000 and a blend of two
15   different pharmaceutically acceptable carriers comprising (polyethylene
oxide) of 200,000 number average molecular weights, and poly(ethylene
oxide) of 200,000-(polyethylene oxide) of 300,000 number average molecular
weights, which poly(alkylene oxide) polymers are available from Union
Carbide Corporation; 0 mg to 100 mg of a hydrophilic pharmaceutically
20   acceptable carboxyvinylpolymer known also as carboxypolyalkylene polymers
possessing a number average molecular weight of 7,500 to 3,000,000,
including a carboxyvinylpolymer of number average molecular weight
450,000, a carboxyvinylpolymer of number average molecular weight
750,000, a carboxyvinylpolymer of number average molecular weight
25   1,250,000 and a carboxyvinylpolymer of number average molecular weight
3,000,000, as disclosed in U.S. Patent Numbers 2,798,053, 2,909,462 and
3,825,068 and available as Carbopol® polymer from the B. F. Goodrich
Company; and 0 mg to 250 mg of a pharmaceutically acceptable alkali
carboxymethylcellulose wherein the alkali is sodium or potassium
30   represented by sodium carboxymethylcellulose of viscosity average number
molecular weight 10,000 to 700,000, available from the Hercules Corporation,

ARC 2450R1

10

with the expression "pharmaceutically acceptable" meaning nontoxic and acceptable for oral administration to a human patient; (c) a surfactant selected from 0.05 mg to 7.5 mg of a member selected from the group consisting of amphoteric, anionic, cationic, and nonionic surfactants, as represented by sorbitan trioleate, sorbitan tristearate, ethylene glycol fatty acid ester, polyethylene glycol monostearate, sorbitan sesquioleate, glycerol monostearate, sorbitan mono-oleate, propylene glycol monolaurate, sorbitan monostearate, diethylene glycol monolaurate, sorbitan monopalmitate, polyoxyethylene mannitol dioleate, sorbitan monolaurate, polyoxyethylene lauryl ether, polyoxyethylene monostearate, polyethylene glycol 400 monostearate, triethanolamine oleate, polyoxyethylene alkyl phenol, polyethylene alkyl aryl ether, polyoxyethylene sorbitan monolaurate, polyoxyethylene sorbitan monostearate, polyoxyethylene sorbitan monooleate, polyoxyethylene monostearate, polyoxyethylene sorbitan monopalmitate, polyoxyethylene monostearate, polyoxyethylene sorbitan monolaurate, polyoxyethylene lauryl ether, polyoxyethylene monostearate, sodium oleate, and sodium lauryl sulfate, which surfactants are known in Pharmaceutical Sciences by Remington, 17th Edition, pp. 1305-1306 (1985); (d) 0.5 mg to 20 mg of a hydroxypropylalkylcellulose binder polymer comprising a member selected from the group consisting of hydroxypropylmethylcellulose, hydroxypropylethylcellulose, hydroxypropylbutylcellulose and hydroxypropylpentylcellulose of number average molecular weight 9,000 to 750,000, available from the Dow Chemical Company; and 0.0 mg to 20 mg of a hydroxyalkylcellulose selected from the group consisting of hydroxymethylcellulose, hydroxyethylcellulose, hydroxypropylcellulose, hydroxybutylcellulose and hydroxypentylcellulose of number average molecular weight 7,500 to 750,000, available from Aqualon Company; and (e) 0.01 mg to 5 mg of a lubricant such as stearic acid, magnesium stearate, calcium stearate, potassium oleate, magnesium laureate or calcium palmitate.

ARC 2450R1

11

The second layer in contacting arrangement with the first layer comprises 50 ng to 500 mg of drug, and to obtain an ascending release profile of delivered drug, the drug concentration in the second layer is larger than the drug concentration in the first layer. The second layer comprises:

5  (a) a dose of 50 ng to 500 mg of drug; (b) 25 mg to 450 mg of a pharmaceutically acceptable carrier illustrated by hydrophilic hydrogel polymer such as poly(alkylene oxide) of number average molecular weight 40,000 to 1,000,000 mg; 0 mg to 100 mg of a carboxyvinylpolymer of number average molecular weight 7,500 to 3,000,000; and 0 ng to 250 mg of an alkali

10  carboxymethylcellulose of viscosity average molecular weight 10,000 to 700,000; (c) 0.05 mg to 7.5 mg of a surfactant; (d) 0.5 mg to 20 mg of a hydroxypropylalkylcellulose of number average molecular weight 9,000 to 750,000, and 0.0 mg to 20 mg of a hydroxyalkylcellulose of number average molecular weight 7,500 to 750,000; and (e) 0.01 mg to 5 mg of a lubricant.

15  The polymers, surfactants, and the lubricants are disclosed with the first layer.

The dosage form comprises a third layer that displaces or pushes the first and second layers consecutively through the exit port from the dosage form. The second layer comprises: (a) 15 ng to 450 mg of a hydrophilic

20  osmopolymer selected from the group consisting of a poly(alkylene oxide) of number average molecular weight 2,000,000 to 10,000,000, or an alkali carboxymethylcellulose of viscosity average molecular weight 2,000,000 to 10,000,000; (b) 2 mg to 50 mg of an osmagent, also known as osmotically effective solute, osmotically effective compound, and osmotic agent including

25  inorganic and organic compounds represented by an osmagent selected from the group consisting of magnesium sulfate, magnesium chloride, sodium chloride, lithium chloride, potassium sulfate, sodium sulfate, lithium sulfate, potassium chloride, sodium sulfate, magnesium succinate, tartaric acid, carbohydrate, raffinose, sucrose, glucose, and lactose; (c) 0.01 mg to 10.0

30  mg of a surfactant including amphoteric, anionic, cationic and nonionic surfactants as presented under the first layer; (d) 0 mg to 20 mg of a

ARC 2450R1

12

carboxyvinylpolymer of number average molecular weight 7,500 to
10,000,000 as presented under the first layer; (e) 0.1 mg to 30 mg of a
hydroxypropylalkylcellulose of number average molecular weight 9,200 to
750,000, including the hydroxypropylalkylcellulose polymer presented under
5  the first layer; (f) 0.0 mg to 5 mg of a colorant compound to identify the
dosage form, such as red ferric oxide; and (g) 0.0. mg to 5 mg of a lubricant,
including the lubricants presented under the first layer.

The drug present in the first and second layer comprises opioids,
barbiturates, hypnotics, central nervous system acting drugs,
10  psychostimulants, alcohols, cannabinoids and catecholamines. Examples of
drug are the central nervous system acting drugs useful for the management
of attention deficit disorder, including catecholamines and drugs that can
mimic their action. The drugs useful for this therapy comprise a member
selected from the group consisting of amphetamine, dextroamphetamine,
15  methamphetamine, methylphenidate, racemic methylphenidate,
theomethylphenidate, ethylphenidate, phenylisopropylamine and pemoline.
The drugs include also their pharmaceutically acceptable salts such as a
member selected from the group consisting of hydrochloride, sulfate,
phosphate, acetate, hydrobromide, pamoate and maleate.

20  The invention comprises further a coat on the external surface of the
dosage form. The coat is an external overcoat carried by the dosage form.
The external overcoat on the wall of the dosage form comprises a dose of
drug, and the overcoat cooperates with the interior compartment comprising a
dose of drug that delivers the drug to provide an unexpected ascending drug
25  delivery profile. The overcoat provides an initial dose of drug followed by a
larger dose of drug from the interior of the dosage form to give an ascending
drug delivery profile. The overcoat comprises 100 ng to 100 mg of a drug
that is delivered in up to 2 hours followed by the larger dose from the dosage
form. The overcoat comprises a drug selected from the group consisting of
30  opioids, barbiturates, hypnotics, psychostimulants, central nervous system
acting drugs and catecholamines. Representative of individual drugs present

P ALZ 001086

ARC 2450R1

13

in the overcoat comprise a drug selected from the group consisting of
amphetamine, dextro-amphetamine, methamphetamine, methylphenidate,
racemic methylphenidate, ethylphenidate, alkylphenidate,
phenylisopropylamine, and pemoline. These drugs include also their

5    pharmaceutically acceptable salts such as a member selected from the group
consisting of hydrochloride, sulfate, phosphate, acetate, hydrobromide,
pamoate and maleate. Representative of a drug embodiment present in the
overcoat is alkylphenidate comprising 10 ng to 20 mg of methylphenidate.

The overcoat comprises the drug blended with a pharmaceutically

10   acceptable carrier consisting of an aqueous-releasing carrier, alkylcellulose,
methylcellulose, ethylcellulose, hydroxyalkylcellulose,
hydroxymethylcellulose, hydroxypropylcellulose, hydroxyethylcellulose,
hydroxybutylcellulose, hydroxypropylalkylcellulose,
hydroxypropylmethylcellulose, hydroxypropylethylcellulose,

15   hydroxypropylbutylcellulose, methyldextrose, acacia guar gum,
pregelatinized starch, propylene glycol alginate and cyclodextrin. The
overcoat comprises 0 to 5 wt%, in one operative embodiment 0.01 to 5 wt% of
polyethylene glycol, polypropylene glycol, polyvinylpyrrolidone, and
acetylated triglyceride. The overcoat provides needed drug therapy, for

20   example methylphenidate, as the overcoat dissolves or undergoes dissolution
in the presence of fluid present in the gastrointestinal tract of a patient. Thus,
the overcoat provides drug therapy on oral administration into the patient's
drug receiving environment, the gastrointestinal tract.

The wall of the dosage form in one manufacture is formed by an air

25   suspension procedure. This procedure consists of suspending and tumbling
the compressed trilaminate in a current of air and wall-forming composition
until a wall is applied forming an internal compartment containing the trilayer
core. The air-suspension procedure is well-suited for independently forming
the wall. The air suspension procedure is described in U.S. Patent Numbers

30   2,799,241 and 5,082,668. The wall can be formed in an air suspension
coater using cosolvents like methylenedichloride-methanol, 80:20 (wt:wt), or

ARC 2450R1

14

acetone-water cosolvent 85:15, 90:10 or 95:5, (wt:wt) using 2.5 to 5% solids. Other wall forming techniques can be used, such as a pan coating system, or a wall forming composition deposit by successive spraying of the composition accompanied by tumbling in a rotating pan. A pan coater is used to produce

5   thicker walls. A large volume of solvent such as methanol, can be used in a cosolvent system to produce a thinner wall. Finally, the wall coated compartment is dried in an oven at 30ºC to 50ºC for up to a week, or in a humidity controlled oven at 50 RH (relative humidity) and 50ºC for 18 hours to 3 days.

10       The first and second layers of the invention are made by standard manufacturing techniques. For example, in one manufacture the drug and other ingredients are blended and pressed into a solid layer. The drug and the ingredients can be blended with a solvent and mixed into a semisolid or solid formed by conventional methods such as ball-milling, calendering,

15   stirring or roller milling and then pressed into a pre-selected shape. The layer possesses dimensions that correspond to the internal dimensions of the area the layer occupies in the dosage form, and it also possesses dimensions corresponding to the second and third layer for forming a contacting arrangement therewith. The dispensing or push layer comprising the

20   osmopolymer is placed in contact with the second drug layer. The displacement layer is manufactured using the techniques for providing the first and second drug layers. The layering of the first drug layer, the second drug layer, and the displacement layer can be fabricated by conventional press-layering techniques. The three-layered compartment-forming core is

25   surrounded and coated with an outer semipermeable wall. An exit is laser drilled through the wall to contact the first drug layer, with the dosage form optically oriented automatically by the laser equipment for forming the exit passageway.

In another manufacture, the dosage form is manufactured by the wet

30   granulation technique. In the wet granulation technique, for example, the drug and the ingredients comprising a drug layer are blended using an

08977773605.081997

ARC 2450R1

15

organic solvent, such as isopropyl alcohol-methylene dichloride 80:20 (v:v) (volume:volume) or methanol-methylene dichloride, as the granulation fluid. Other granulating fluid such as denatured alcohol 100% can be used for this purpose. The ingredients forming the drug layer are individually passed through a screen and then thoroughly blended in a mixer. Next, other ingredients comprising the drug layer are dissolved in a portion of the granulation fluid, such as the cosolvent described above. Then, the latter prepared wet blend is slowly added to the drug blend with continual mixing in the blender. The granulating fluid is added until a wet blend is produced, which wet mass then is forced through a screen onto oven trays. The blend is dried for 18 to 24 hours at 30°C to 50°C. The dry granules are sized then with a screen. Next, a lubricant is passed through a screen and added to the dry screen granule blend. The granulation is put into milling jars and mixed on a jar mill for 1 to 15 minutes. The other drug layer and the displacement layers are made by the same wet granulation techniques. The compositions are pressed into their individual layers in a layer press.

Another manufacturing process that can be used for providing the compartment-forming composition layers comprises blending the powdered ingredients for each layer independently in a fluid bed granulator. After the powdered ingredients are dry blended in the granulator, a granulating fluid, for example, poly(vinyl-pyrrolidone) in water, or poly(vinyl-pyrrolidone) in denatured alcohol, or poly(vinyl-pyrrolidone) in 95:5 ethyl alcohol/water, or poly(vinyl-pyrrolidone) in blends of ethanol and water, is sprayed onto the powders. Optionally, the ingredients can be dissolved or suspended in the granulating fluid. The coated powders are then dried in a granulator. This process granulates all the ingredients present therein while adding the granulating fluid. After the granules are dried, a lubricant such as stearic acid or magnesium stearate is added to the granulator. The granules for each separate layer are then pressed in the manner described above.

The dosage form of the invention is manufactured in another manufacture by mixing a known dose of drug with compositional layer-forming

ARC 2450R1

16

ingredients and then pressing the composition into a solid layer possessing
dimensions corresponding to the internal dimensions of the compartment. A
contacting additional layer containing an increased dose of drug is
manufactured in a like manner. In another manufacture a first and second
5    layers are independently manufactured by mixing for each layer, the drug,
other drug composition forming ingredients, and a solvent, to form a
semisolid or solid by conventional laboratory methods such as ball milling,
calendering, stirring or roll milling, and then each composition is pressed into
a layer. Next, the first and different second layers and placed next to a layer
10    of a displacement composition comprising an osmopolymer and an optional
osmagent. Then, the three layered core is surrounded with a semipermeable
wall. The layering of the first layer, the second, middle layer and the third
layer can be accomplished by conventional layer tablet press techniques.
The wall can be applied by molding, spraying, or dipping the pressed-shape
15    trilayered-core into wall forming materials. Another technique that can be
used for applying the wall is the air suspension coating procedure. This
procedure consists in suspending and tumbling the three layered laminate in
a current of air until the wall forming composition surrounds the trilayer. The
air suspension procedure is described in U.S. Patent Number 2,799,241; *J.*
20    *Am. Pharm. Assoc.*, Vol. 48, pp. 451-459 (1979); and ibid., Vol. 49, pp. 83-84
(1960). Other manufacture procedures are described in Modern Plastic
Encyclopedia, Vol. 46, pp. 62-70 (1969); and in Pharmaceutical Sciences by
Remington, 14th edition, pp. 1626-1979 (1970), published by Mack
Publishing Co., Easton PA.
25        Exemplary solvents suitable for manufacturing the wall, the first layer,
and the second layer include inert inorganic and organic solvents. The
solvents broadly include members selected from the group consisting of
aqueous solvents, alcohols, ketones, esters, ethers, aliphatic hydrocarbons,
halogenated solvents, cycloaliphatics, aromatics, heterocyclic solvents and
30    mixtures thereof. Typical solvents include acetone, diacetone alcohol,
methanol, ethanol, isopropyl alcohol, butyl alcohol, methyl acetate, ethyl

ARC 2450R1

17

acetate, isopropyl acetate, n-butyl acetate, methyl isobutyl ketone, methyl
propyl ketone, n-hexane, n-heptane ethylene glycol monoethyl ether,
ethylene glycol monoethyl acetate, methylene dichloride, ethylene dichloride,
propylene dichloride, carbon tetrachloride, chloroform, nitroethane,

5  nitropropane, tetrachloroethane, ethyl ether, isopropyl ether, cyclohexane,
cyclo-octane, benzene, toluene, naphtha, tetrahydrofuran, diglyme, aqueous
and nonaqueous mixtures thereof, such as acetone and water, acetone and
methanol, acetone and ethyl alcohol, methylene dichloride and methanol,
ethylene dichloride and methanol, and methylene dichloride and ethanol.

10  The solvents are disclosed in U.S. Patent Number 5,030,456.

### DETAILED DESCRIPTION OF THE EXAMPLES

The following examples are illustrative of the present invention and the
15  examples should not be considered as limiting the scope of the invention in
any way, as these examples and other equivalents thereof will become
apparent to those versed in the art in the light of the present disclosure and
the accompanying claims.

20  ### EXAMPLE 1

A dosage form, designed and adapted to deliver a drug in an
ascending release rate profile is manufactured according to this example.

First, a first layer forming composition comprising a dose of drug is
25  manufactured as follows.  157.8 g of poly(ethylene oxide) having a number
average molecular weight of 200,000 is passed through a 40 mesh screen,
U.S. sieve, and placed into the bowl of a conventional planetary mixer.  Next,
31.2 g of the drug methylphenidate hydrochloride is added to the mixer.
Then, 10 g of hydroxypropylmethylcellulose of number average molecular
30  weight 9,200 is passed through a 40 mesh sieve and added to the mixer

0806873336.080L997

ARC 2450R1

18

comprising the methylphenidate hydrochloride and the poly(ethylene oxide).
Then, 0.5 g of FD&C Blue Dye No. 1, for color identification, is added to the
bowl of the mixer. The ingredients are blended in the mixer for 10 minutes to
produce a homogenous composition. Next, about 100 ml of denatured
5   anhydrous ethanol is added gradually to the mixer with continual mixing over
a period of 5 to 10 minutes to change the consistency of the dry ingredients
to wet granules. The wet granulation is passed through a 20 mesh screen,
dried at room temperature for 16 hours, and then passed through a 20 mesh
screen. Then, 0.5 g of magnesium stearate is passed through a 40 mesh
10  screen, added to the homogenous composition and all the ingredients mixed
for an additional minute.

Next, a second composition for providing a second layer is prepared
as follows. First, 112.6 g of poly(ethylene oxide) of number average
molecular weight 200,000 is passed through a 40 mesh screen and placed
15  into the bowl of a conventional planetary mixer. Next, 76.4 g of the drug
methylphenidate hydrochloride is added to the bowl containing the
poly(ethylene oxide). Then, 10 g of hydroxypropylmethylcellulose of weight
average molecular weight 9,200 is passed through a 40 mesh screen and
added to the bowl containing the poly(ethylene oxide) and the
20  methylphenidate hydrochloride. Then, 0.5 g of FD&C blue dye No. 1, or a
different FD&C color dye to provide a color differential between the layers, is
added to the mixer. All the ingredients are blended for 10 minutes to produce
a homogenous blend. Next, 100 ml of denatured anhydrous ethanol is added
to the mixer with continued mixing over a period of 5 to 10 minutes to change
25  the dry powder blend into wet granules. The wet granulation is passed
through a 20 mesh screen, dried at a room temperature of 72°F (22.2°C) for
16 hours and then passed though a 20 mesh screen. Next, 0.5 g of
magnesium stearate is passed through a 40 mesh screen, added to the
granulation, and all the ingredients mixed for an additional 1 minute.

30  Next, the displacement layer, also characterized as a third layer, is
prepared as follows. First, 107 g of poly(ethylene oxide) of number average

ARC 2450R1

18

comprising the methylphenidate hydrochloride and the poly(ethylene oxide).
Then, 0.5 g of FD&C Blue Dye No. 1, for color identification, is added to the
bowl of the mixer. The ingredients are blended in the mixer for 10 minutes to
produce a homogenous composition. Next, about 100 ml of denatured
5   anhydrous ethanol is added gradually to the mixer with continual mixing over
a period of 5 to 10 minutes to change the consistency of the dry ingredients
to wet granules. The wet granulation is passed through a 20 mesh screen,
dried at room temperature for 16 hours, and then passed through a 20 mesh
screen. Then, 0.5 g of magnesium stearate is passed through a 40 mesh
10   screen, added to the homogenous composition and all the ingredients mixed
for an additional minute.

Next, a second composition for providing a second layer is prepared
as follows. First, 112.6 g of poly(ethylene oxide) of number average
molecular weight 200,000 is passed through a 40 mesh screen and placed
15   into the bowl of a conventional planetary mixer. Next, 76.4 g of the drug
methylphenidate hydrochloride is added to the bowl containing the
poly(ethylene oxide). Then, 10 g of hydroxypropylmethylcellulose of weight
average molecular weight 9,200 is passed through a 40 mesh screen and
added to the bowl containing the poly(ethylene oxide) and the
20   methylphenidate hydrochloride. Then, 0.5 g of FD&C blue dye No. 1, or a
different FD&C color dye to provide a color differential between the layers, is
added to the mixer. All the ingredients are blended for 10 minutes to produce
a homogenous blend. Next, 100 ml of denatured anhydrous ethanol is added
to the mixer with continued mixing over a period of 5 to 10 minutes to change
25   the dry powder blend into wet granules. The wet granulation is passed
through a 20 mesh screen, dried at a room temperature of 72°F (22.2°C) for
16 hours and then passed though a 20 mesh screen. Next, 0.5 g of
magnesium stearate is passed through a 40 mesh screen, added to the
granulation, and all the ingredients mixed for an additional 1 minute.
30   Next, the displacement layer, also characterized as a third layer, is
prepared as follows. First, 107 g of poly(ethylene oxide) of number average

08937336.0819997

ARC 2450R1

19

molecular weight 7,000,000, 80 g of osmagent sodium chloride, 10 g of
hydroxypropylmethylcellulose of number average molecular weight 9,200,
and 2 g of red ferric oxide are passed through a 40 mesh screen and then
placed into the bowl of a mixer. The ingredients are blended together to form
5  a homogenous blend. Next, 50 ml of denatured anhydrous ethanol is added
to the mixer accompanied by continual mixing for 7 to 10 minutes, to produce
wet granules. The wet granules are passed through a 20 mesh screen, dried
at room temperature for 16 hours, and then passed through a 20 mesh
screen. Next, 1 g of magnesium stearate is passed through a 40 mesh
10  screen, added to the granulation, and all the ingredients mixed for an
additional minute.

    Next, the first composition and the second composition are pressed
together into contacting layers, as follows. First, 33 mg of the first
composition is added to a 7/32" (0.55 cm) die cavity and tamped lightly. Next,
15  24 mg of the second composition is added to the die and tamped lightly to
provide the two drug layers. Then, 57 mg of the displacement composition is
added to the die and the three layers are compressed together using 1/2 ton
of pressure to form a trilayer tablet. The trilayer tablet weighs 114 mg.

    Next, the trilayer is surrounded with a semipermeable wall as follows.
20  First, a semipermeable wall forming composition is prepared comprising 95%
cellulose having an acetyl content of 39.8% and 5% polyethylene glycol of
number average molecular weight 3350, provided by Union Carbide Co., by
dissolving the ingredients in a mixture of acetone and water in a 90:10 (wt:wt)
ratio, to provide a solid composition at 5%. The trilayer tablets are placed in
25  a pan coater and 15 mg of the semipermeable wall forming composition is
sprayed onto the trilayer tablet. Next, a 30 mil (.76 mm) orifice is drilled on
the drug side to connect the first layer with the outside of the dosage form.
The dosage form tablets are dried at 50°C and 50% relative humidity to
remove the residual solvents.

30     The dosage form comprises 5.2 mg of methylphenidate hydrochloride,
26 mg of poly(ethylene oxide) of number average molecular weight 200,000,

ARC 2450R1

20

1.65 mg of hydroxypropylmethylcellulose of number average molecular weight 9,200, 0.083 mg of magnesium stearate, and 0.083 mg of dye in the first drug layer. The dosage form comprises 9.17 mg of methylphenidate hydrochloride, 13.52 mg of poly(ethylene oxide) of number average molecular

5  weight 200,000, 1.2 mg of hydroxypropylmethylcellulose of number average molecular weight 9,200, 0.06 mg of magnesium stearate, and 0.06 mg of dye in the second drug layer. The third displacement layer comprises 30.5 mg of poly(ethylene oxide) of number average molecular weight 7,000,000, 22.8 mg of osmagent sodium chloride, 2.85 mg of hydroxypropylmethylcellulose of

10  number average molecular weight 9,200, 0.57 mg of ferric oxide, and 0.285 mg of lubricant magnesium stearate. The semipermeable wall comprises 14.25 mg of cellulose acetate of 39.8 acetyl content, and 0.75 mg of polyethylene glycol of number average molecular weight 3350. The dosage form exhibited the following ascending release-rate profile comprising 0.03

15  mg in 1 hour, 0.4 mg in 2 hours, 1.08 mg in 3 hours, 0.95 mg in 4 hours, 1.06 mg in 5 hours, 1.31 mg in 6 hours, and 1.72 mg in 7 hours as further seen in accompanying Figure 1.

**EXAMPLE 2**

20  The procedure in Example 1 is followed in this example, with the manufacture as described, but in this example the drug in the first layer and in the second layer are selected from the group of drugs consisting of amphetamine, dextro-amphetamine, methamphetamine, ethylphenidate,

25  phenylisopropylamine and pemoline, with the dose of drug in the second layer larger than the dose of the same drug in the first layer, wherein the dose of drug in the first layer comprising 10 ng to 300 mg of drug and the dose of drug in the second layer comprising 50 mg to 500 mg of drug.

30

P ALZ 001095

ARC 2450R1

21

## EXAMPLE 3

A dosage form designed and adapted to deliver pseudoephedrine hydrochloride in an ascending release-rate profile over time is prepared according to this example.

A first drug layer forming composition is prepared by passing 139 g of poly(ethylene oxide) of number average molecular weight 300,000 through a 40 mesh screen and then placing the screened hydrophilic polymer into the bowl of a mixer. Next, 40 g of pseudoephedrine hydrochloride is added to the bowl and the ingredients blended for 5 minutes. Then, 10 g of hydroxypropylmethylcellulose of number average molecular weight 9,200 and 10 g of polyoxyethylene 40 stearate are screened through a 40 mesh screen and added to the bowl containing the previously added ingredients. Then, all the ingredients are blended together for 10 minutes to yield a homogenous composition. Next, 100 ml of denatured anhydrous ethanol is added to the mixer with continuous mixing over a period of 5 to 10 minutes to change the drug ingredients to a wet granulation. The wet granulation is passed through a 20 mesh screen, dried at room temperature for 16 hours, and then re-screened through a 20 mesh screen. Next, 1 g of magnesium stearate is screened through a 40 mesh screen and added to the mixer, and all the ingredients are mixed again for an additional minute.

Next, a second drug layer is prepared by passing 28.8 g of poly(ethylene oxide) of number average molecular weight 300,000 through a 40 mesh screen and then adding the screened hydrophilic polymer to a mixer. Next, 150 g of pseudoephedrine hydrochloride is added to the mixer and the ingredients blended for 3 minutes. Then, 10 g of hydroxypropylmethylcellulose of number average molecular weight 9,200, 10 g of polyoxyethylene 40 stearate, and 0.2 g of red ferric oxide are passed through 40 mesh screen and added to the mixer. Then, all the ingredients are blended for 10 minutes to produce a homogenous composition. Then,

ARC 2450R1

22

100 ml of denatured anhydrous ethanol is added to the mixer and the mixing continued for 10 minutes to produce a wet granulation. Next, the wet granulation is passed through a 20 mesh screen, dried at room temperature for 16 hours, and then screened through a 20 mesh screen. Then, 1 g of magnesium stearate is passed through a 40 mesh screen, added to the granulation, and all the ingredients blended an additional minute.

Next, the displacement, or third drug-free layer is prepared as follows. First, 111 g of poly(ethylene oxide) having a number average molecular weight of 7,000,000, 60 g of sodium chloride, 10 g of hydroxypropylmethylcellulose having a number average molecular weight of 9,200, 10 g of polyoxyethylene 40 stearate, 6 g of cross-linked acrylic acid polymer of number average molecular weight 3,000,000, and 2 g of red ferric oxide are passed through a 40 mesh screen and added to the mixer. The ingredients are blended until a homogenous blend is formed. Then, 25 ml of denatured anhydrous ethanol is added to the mixer and mixing continued for 10 minutes to provide wet granules. The wet granules are passed through a 20 mesh screen, dried at room temperature for 16 hours, and then passed through a 20 mesh screen. Next, 1 g of magnesium stearate is passed through a 40 mesh screen, added to the granulation, and all the ingredients blended for an additional minute.

Next, the three layers are pressed into a three layered core. First, 22 mg of the first drug composition is added to the die and tamped lightly. Next, 18 mg of the second drug composition is added to the die and the second composition tamped lightly. Then, 40 g of the third displacement drug-free composition is added to the die, and the three layers compressed under 1/2 ton of pressure to form a trilayer tablet.

Next, the trilayer is surrounded with a semipermeable wall. The semipermeable wall comprises 95% cellulose acetate having an acetyl content of 39.8% and 5% poly(ethylene glycol) having a number average molecular weight of 3350. The semipermeable composition is dissolved in a solvent comprising acetone and water (90:10 wt:wt), to provide a solid

08937336.081997

ARC 2450R1

23

concentration of 5%. The trilayer tablets are coated in a standard pan coater and the trilayer tablets are coated with a 12 mg wall. Next, a 30 mil (0.76 mm) orifice is drilled through the wall connecting the first drug layer with the exterior of the dosage form. The tablets are dried for 48 hours at 50°C and 50% relative humidity to remove the residual solvents.

The dosage form comprises 4.4 mg of pseudoephedrine hydrochloride, 15.3 mg of poly(ethylene oxide) of number average molecular weight 300,000, 1.1 mg of hydroxypropylmethylcellulose of number average molecular weight 9,200, 1.1 mg of polyoxyethylene 40 stearate, and 0.11 mg of magnesium stearate in the first layer. The second layer comprises 13.5 mg of pseudoephedrine hydrochloride, 2.59 mg of poly(ethylene oxide) of number average molecular weight 300,000, 0.9 mg of hydroxypropyl-methylcellulose of number average molecular weight 9,200, 0.9 mg of polyoxyethylene 40 stearate, 0.018 mg of red ferric oxide, and 0.09 mg of magnesium stearate. The third layer comprises 22.2 mg of poly(ethylene oxide) of number average molecular weight 7,000,000, 12 mg of sodium chloride, 2 mg of hydroxypropylmethylcellulose of number average molecular weight 9,200, 2 mg of polyoxyethylene 40 stearate, 1.2 mg of cross-linked acrylic acid polymer, 0.4 mg of red ferric oxide, and 0.2 mg of magnesium stearate. The semipermeable wall comprises 11.4 mg of cellulose acetate having a 39.8% acetyl content and 0.6 mg of polyethylene glycol of average number molecular weight 3350. The dosage form exhibited an ascending release-rate profile comprising 0.13 mg in 1 hour, 0.65 mg in 2 hours, 2.2 mg in 3 hours, 2.78 mg in 4 hours, 3.24 mg in 5 hours, 3.14 mg in 6 hours and 3.43 mg in 7 hours. The ascending release rate is seen in Figure 2.

## EXAMPLE 4

The dosage form prepared in this example follows the above example. In this example the displacement or third layer and the semipermeable wall

ARC 2450R1

24

are as prepared previously, accompanied by a new first layer and a new
second layer.

   The first drug layer is prepared as follows. First, 139 g of polyethylene
oxide having a number average molecular weight of about 100,000 is passed
5   through a 40 mesh screen and placed into the bowl of a conventional
planetary mixer. Next, 40 g of pseudoephedrine hydrochloride is placed into
the bowl containing the polyethylene oxide. Next, 10 g of
hydroxypropylmethylcellulose of number average molecular weight 9,200 and
10 g of polyethylene 40 stearate is passed through a 40 mesh screen and
10   placed into the bowl containing polyethylene oxide and pseudoephedrine
hydrochloride. The four ingredients are blended together in the planetary
mixer for 10 minutes. Next, 100 ml of denatured anhydrous ethanol is added
to the mixer with continued mixing over a period of 5 to 10 minutes such that
the consistency of the dry powder changes to that of granules. The wet
15   granulation is then passed through a 20 mesh screen, dried at room
temperature for 16 hours, and then passed through a 20 mesh screen. Next,
1 g of magnesium stearate which has been passed through a 40 mesh screen
is added to the granulation and all the ingredients are mixed for an additional
1 minute.

20   The second dry layer is prepared as follows: first, 28.8 g of
polyethylene oxide having a number average molecular weight of about
200,000 is passed through a 40 mesh screen and placed into the bowl of a
conventional planetary mixer. Next, 150 g of the drug pseudoephedrine
hydrochloride is weighed and placed into the bowl containing the
25   polyethylene oxide. Next, 10 g of hydroxypropylmethylcellulose of number
average molecular weight 9,200, 10 g of polyoxyethylene 40 stearate, and
0.2 g of red ferric oxide are passed through a 40 mesh screen and placed
into the bowl containing polyethylene oxide and pseudoephedrine
hydrochloride. The composition is blended together in the planetary mixer for
30   10 minutes. Next, 100 ml of denatured anhydrous ethanol is gradually added
to the mixer with continued mixing over a period of 5 to 10 minutes such that

08937336.081617

ARC 2450R1

25

the consistency of the dry powder changes to that of granules. The wet
granulation is then passed through a 20 mesh screen, dried at room
temperature for 16 hours, and then passed through a 20 mesh screen. Next,
1 g of magnesium stearate which has been passed through a 40 mesh screen
5   is added to the granulation and all the ingredients are mixed for an additional
1 minute.

The dosage form prepared by this example comprised the following
composition: a first drug layer comprising 20.0% pseudoephedrine
hydrochloride, 69.5% polyethylene oxide of number average molecular
10   weight 100,000, 5% hydroxypropyl methyl cellulose of number average
molecular weight 9,200, 5% polyoxyethylene 40 stearate, and 0.5%
magnesium stearate. The dosage form second drug layer comprising 75%
pseudoephedrine hydrochloride, 14.4% polyethylene oxide of number
average molecular weight 200,000, 5% hydroxypropyl methylcellulose of
15   number molecular weight 9,200, 5% polyoxyethylene 40 stearate, 0.1% red
ferric oxide, and 0.5% magnesium stearate. The third layer in the dosage
form is composed of 55.5% polyethylene oxide of number average molecular
weight 7,000,000, 30% sodium chloride, 5% hydroxypropylmethylcellulose,
5% polyoxyethylene 40 stearate, 3% cross linked acrylic acid polymer, 1 %
20   red ferric oxide, and 0.5% magnesium stearate. The semipermeable wall
comprises 95% cellulose acetate of acetyl content 39.8% and 5%
polyethylene glycol having a number average molecular weight of 3350
applied to the compressed trilayer system, and a 30 mil orifice on the drug
first layer as the exit orifice. The final system is capable of delivering 18 mg
25   of pseudoephedrine hydrochloride with an ascending release rate over time.

## EXAMPLE 5

The dosage form prepared by this example follows the previous
30   examples. In this example the third or displacement layer and the

08937736.081997

ARC 2450R1

26

semipermeable wall are formulated as described previously, accompanied by
a new first and new second layer.

The first drug layer is prepared as follows. First, 139 g of polyethylene
oxide having a number average molecular weight of about 200,000 is passed
through a 40 mesh screen and placed into the bowl of a conventional
planetary mixer. Next, 40 g of the drug pseudoephedrine hydrochloride is
weighed and placed into the bowl containing the polyethylene oxide. Next,
10 g of hydroxypropylmethylcellulose of number average molecular weight
9,200 and 10 g of polyoxyethylene 40 stearate (Myrj 52 S) is passed through
a 40 mesh screen and placed into the bowl containing polyethylene oxide and
pseudoephedrine hydrochloride. The four ingredients are blended together
in the planetary mixer for 10 minutes. Next, 100 ml of denatured anhydrous
ethanol is gradually added to the mixer with continued mixing over a period of
5 to 10 minutes such that the consistency of the dry powder changes to that
of granules. The wet granulation is then passed through a 20 mesh screen,
dried at room temperature for 16 hours, and then passed through a 20 mesh
screen. Next, 1 g of magnesium stearate which has been passed through a
40 mesh screen is added to the granulation and all the ingredients are mixed
for an additional 1 minute.

The second drug layer is prepared as follows. First, 28.8 g of
polyethylene oxide having a number average molecular weight of about
300,000 is passed through a 40 mesh screen and placed into the bowl of a
conventional planetary mixer. Next, 150 g of the drug pseudoephedrine
hydrochloride is weighed and placed into the bowl containing the
polyethylene oxide. Next, 10 g of hydroxypropylmethylcellulose of number
average molecular weight 9,200, 10 g of polyoxyethylene 40 stearate (Myrj 52
S) and 0.2 g of red ferric oxide are passed through a 40 mesh screen and
placed into the bowl containing polyethylene oxide and pseudoephedrine
hydrochloride. The composition is blended together in the planetary mixer for
10 minutes. Next, 100 ml of denatured anhydrous ethanol is gradually added
to the mixer with continued mixing over a period of 5 to 10 minutes such that

0897336.081997

ARC 2450R1

27

the consistency of the dry powder changes to that of granules. The wet granulation is then passed through a 20 mesh screen, dried at room temperature for 16 hours, and then passed through a 20 mesh screen. Next,
5   1 g of magnesium stearate which has been passed through a 40 mesh screen is added to the granulation and all the ingredients are mixed for an additional 1 minute.

The dosage form prepared by this example comprised the following: a first drug layer comprising 20.0% pseudoephedrine hydrochloride, 69.5% polyethylene oxide of number average molecular weight 200,000, 5%
10   hydroxypropylmethylcellulose of number average molecular weight 9,200, 5% polyoxyethylene 40 stearate, and 0.5% magnesium stearate. The second layer comprising 75.0% pseudoephedrine hydrochloride, 14.4% polyethylene oxide of number average molecular weight 300,000, 5% hydroxypropyl methyl cellulose of number average molecular weight 9,200, 5% polyoxyethylene 40
15   stearate, 0.1% red ferric oxide, and 0.5% magnesium stearate. The third layer in the dosage form is composed of 55.5% polyethylene oxide of number average molecular weight 7,000,000, 30% sodium chloride, 5% hydroxypropyl methyl cellulose of number average molecular weight 9,200, 5% polyoxyethylene 40 stearate (Myrj 52 S), 3% cross linked acrylic acid
20   polymer (Carbomer 934P), 1% red ferric oxide and 0.5% magnesium stearate. 12 mg of a semipermeable wall comprised of 95% cellulose acetate of acetyl content 39.8% and 5% polyethylene glycol having a number average molecular weight of 3350 is coated to the compressed trilayer system and a 30 mil orifice is drilled on the drug layer side as the exit orifice.
25   The final system is capable of delivering 18 mg of pseudoephedrine hydrochloride with an ascending release rate.

ARC 2450R1

28

## EXAMPLES 6 & 7

The procedures disclosed above are followed to prepare the following
dosage forms: (a) a dosage form wherein the first layer weighs 350 mg and

5      comprises 12 wt% nicardipine, 52.80 wt% sorbitol, and 35.20 wt%
poly(ethylene oxide) of number average molecular weight 200,000, a second
136 mg layer comprising 55 wt% nicardipine, 42 wt% poly(ethylene oxide) of
number average molecular weight 300,000, and 3 wt%
hydroxypropylmethylcellulose of number average molecular weight 9,200, a

10     third 350 mg displacement layer comprising 68.75 wt% poly(ethylene oxide)
of number average molecular weight 7,000,000, 20 wt% sodium chloride, 5
wt% hydroxypropylmethylcellulose of number average molecular weight
9,200, 1 wt% ferric oxide, 0.25 w% magnesium stearate, and 5 wt% acrylic
acid polymer of number average molecular weight 3,000,000, a

15     semipermeable wall comprising 90 wt% of a cellulose acetate of 39.8% acetyl
content, and 10 wt% of polyethylene glycol of number average molecular
weight 3350, a 25 mil (0.64 mm) orifice connecting the first layer with the
exterior of the dosage form and wherein the dosage form has an ascending
dose released over 16 hours; (b) a dosage form wherein the first layer

20     comprises 350 mg consisting of 8.6 wt% nicardipine, 54.8 wt% sorbitol, and
36.80 poly(ethylene oxide) of number average molecular weight 200,000, a
second drug layer weighing 120 mg comprising 45 wt% nicardipine, 50 wt%
poly(ethylene oxide) of number average molecular weight 300,000, and 5
wt% of hydroxypropylmethylcellulose of number average molecular weight

25     11,200, a third displacement drug-free layer weighing 350 mg comprising
68.75 wt% poly(ethylene oxide) of number average molecular weight
7,000,000, 20 wt% sodium chloride, 0.25 wt% magnesium stearate lubricant,
5 wt% hydroxypropylmethylcellulose of number average molecular weight
9,200, 1 wt% ferric oxide and 5 wt% acrylic acid polymer of number average

30     molecular weight 3,000,000, a wall weighing 43.50 mg comprising 95 wt%

PALZ 001103

ARC 2450R1

29

cellulose acetate of 39.8% acetyl content, and 5 wt% polyethylene glycol of
number average molecular weight 3350, a 25 mil (0.64 mm) exit orifice and
sustained continuous increasing dose over 16 hours. The dosage forms
provided by these examples are characterized by a trilayer consisting of two
5    drug layers and one displacement or push layer wherein the drug
concentration of the second layer is larger than the drug concentration of the
first layer, and the viscosity of the third layer is greater than the viscosity of
the second layer and the viscosity of the second layer is greater than the
viscosity of the first layer. Viscosity can be measured by standard techniques
10    as in Pharmaceutical Sciences, by Remington, 17th Ed., pp. 342-345 (1985);
and by using standard viscometers such as the Brookfield Viscometer, Model
RVF, available from Brookfield Engineering Laboratories, Inc., Stoughton,
Mass.

### EXAMPLE 8

15

An osmotic dosage form designed and shaped to deliver
methylphenidate hydrochloride in an ascending release profile is
manufactured as follows: 1) Composition of first drug layer: The following
procedure is used to manufacture 200 g of the first drug layer composition:
20    157.8 of polyethylene oxide having a number average molecular weight of
about 200,000 is passed through a 40 mesh screen and placed into the bowl
of a conventional planetary mixer. Next, 31.2 g of the drug methylphenidate
hydrochloride is weighed and placed into the bowl containing the
polyethylene oxide. Next, 10 g of hydroxypropylmethylcellulose (HPMC-USP
25    grade 2910 of number average molecular weight 9200) is passed through a
40 mesh screen and placed into the bowl containing polyethylene oxide and
methylphenidate hydrochloride. Next, 0.5 g of FD&C Blue Dye #1 is placed
into the bowl of the mixer. The four ingredients are blended together in the
planetary mixer for 10 minutes. Next, about 100 ml of denatured anhydrous
30    ethanol is gradually added to the mixer with continued mixing over a period of

ARC 2450R1

30

5 to 10 minutes such that the consistency of the dry powder changes to that of granules. The wet granulation is then passed through a 20 mesh screen, dried at room temperature for 16 hours, and then passed through a 20 mesh screen. Next, 0.5 g of magnesium stearate which has been passed through a 40 screen mesh is added to the granulation and all the ingredients are mixed for an additional minute. 2) Composition of the second layer: The following procedure is used to manufacture 200 g of the second drug layer composition: 112.6 g of polyethylene oxide having a number average molecular weight of about 200,000 is passed through a 40 mesh screen and placed into the bowl of a conventional planetary mixer. Next, 76.4 g of the drug methylphenidate hydrochloride is weighed and placed into the bowl containing the polyethylene oxide. Next, 10 g of hydroxypropylmethylcellulose (HPMC-USP grade 2910 of number average molecular weight 9200) is passed through a 40 mesh screen and placed into the bowl containing polyethylene oxide and methylphenidate hydrochloride. Next, 0.5 g of FD&C Blue Dye #1, or any other dye for color differentiation, is placed into the bowl of the mixer. The four ingredients are blended together in the planetary mixer for 10 minutes. Next, about 100 ml of denatured anhydrous ethanol is gradually added to the mixer with continued mixing over a period of 5 to 10 minutes such that the consistency of the dry powder changes to that of granules. The wet granulation is then passed through a 20 mesh screen, dried at room temperature for 16 hours, and then passed through a 20 mesh screen. Next, 0.5 g of magnesium stearate which has been passed through a 40 mesh screen is added to the granulation and all the ingredients are mixed for an additional minute. 3) Composition of the third layer: The following procedure is used to manufacture 200 g of the third or push layer composition: 107 g of polyethylene oxide having a number average molecular weight of 7,000,000, 80 g of sodium chloride (40%), 10 g of hydroxypropylmethylcellulose (USP grade 2910 of number average molecular weight 9200) and 2 g of red ferric oxide are passed through a 40 mesh screen and then placed into the bowl of a conventional planetary mixer.

ARC 2450R1

31

The powder mixture is then blended together until a homogeneous blend is formed. Next, about 50 ml of denatured anhydrous ethanol is gradually added to the mixer with continued mixing over a period of 5 to 10 minutes such that the consistency of the dry powder changes to that of granules. The wet granulation is then passed through a 20 mesh screen, dried at room temperature for 16 hours and then passed through a 20 mesh screen. Next, 1 g of magnesium stearate which has been passed through a 40 mesh is added to the granulation and all the ingredients are mixed for an additional 1 minute.

A layer press is used to compress the two layers together to form a tablet dosage form. First, 33 mg of layer 1 is added to the 7/32" (0.55 cm) die cavity and lightly tamped. Next, 24 mg of layer 2 is weighed and placed into the die cavity and lightly tamped. Next, 57 mg of layer 3 is added to the die cavity and the three layers are compressed together using about 1/2 ton of pressure to form a trilayer tablet.

The semipermeable membrane composition that provides the wall of the dosage form is composed of 95% cellulose acetate (having an acetyl content of 39.8%) and 5% polyethylene glycol having a number average molecular weight of 3350. The semipermeable membrane composition is dissolved in a mixture of acetone and water (the solvents are mixed together in a ratio of 90:10 wt:wt), such that the solids composition of the solution is 5%. The trilayer tablets are placed in a pan coater and about 15 mg of the semipermeable membrane composition is sprayed onto the trilayer tablets. Next, a 30 mil (0.76 mm) orifice is drilled on the drug layer side of the tablet using a mechanical drill. Next, the tablets are dried for 48 hours at 50°C and 50% relative humidity to remove the residual solvents. Next, an application of drug containing overcoat and a taste masking coat is overcoated onto the exterior surface of the wall. The drug containing overcoat is composed of 60% hydroxypropylmethylcellulose of average molecular weight 9,200 and 40% methylphenidate hydrochloride. The hydroxypropylmethylcellulose is added to water and mixed until a uniform solution results. Then, the

ARC 2450R1

32

methylphenidate hydrochloride is added to this solution and mixed such that a clear solution results. The final solution has a solids composition of 10%. The membrane coated systems are placed in a coater and 10 mg of the drug overcoat solution is sprayed on to the bilayer tablets. Next, the tablets are

5  dried in the coating pan at 40°C for 10-15 minutes. For the taste masking coat, a suspension of Opadry® (a commercially obtained product from Colorcon, which is a film forming concentrate composed of hydroxypropylmethylcellulose, titanium dioxide, polyethylene glycol, polysorbate 80 and a dye for product identification) is prepared in water such

10  that the solid content is 10%. The systems coated with the drug containing overcoat are placed into the coater and the 9 mg of taste masking solution is sprayed onto the systems. Next, the systems are dried in the coating pan at 40°C for 10-15 minutes.

A methylphenidate dosage form as described in this example, contains

15  33 mg of drug containing drug layer 1 which is composed of 15.6% methylphenidate hydrochloride, 78.9% polyethylene oxide of number average molecular weight 200,000, 5% hydroxypropylmethylcellulose (USP-2910 of number average molecular weight 9200), 0.25% magnesium stearate and 0.25% FD&C Blue Dye #1. The dosage form also contains 24 mg of drug

20  layer 2 composed of 38.2% methylphenidate hydrochloride, 56.32% polyethylene oxide of number average molecular weight 200,000, 5% hydroxypropylmethylcellulose (USP-2910 of number average molecular weight 9200), 0.25% magnesium stearate, and 0.25% FD&C blue dye #1 or any other dye. The third layer in the dosage form is composed of 53.5%

25  polyethylene oxide of number average molecular weight 7,000,000, 40% sodium chloride, 5% hydroxypropylmethylcellulose, 1% red ferric oxide, and 0.5% magnesium stearate. 15 mg of a semipermeable laminate composed of 95% cellulose acetate of acetyl content 39.8% and 5% polyethylene glycol having a number average molecular weight of 3350 is applied to the

30  compressed trilayer system and a 30 mil orifice is drilled on the drug layer side as the exit orifice. 10 mg of a drug overcoat composed of 6 mg

ARC 2450R1

33

hydroxypropylcellulose and 4 mg methylphenidate hydrochloride is applied to the membrane coated system. 9 mg of a final taste masking coat composed of 100% Opadry® is applied. The final system is capable of delivering 18 mg of methylphenidate hydrochloride where 4 mg are released immediately from

5    the overcoat and 14 mg is released with an ascending release rate from the interior of the dosage form.

### DISCLOSURE OF METHOD OF USING THE INVENTION

10        The invention pertains further to a method for delivering an ascending dose over time, to a warm-blooded animal in need of therapy. The method comprises the steps of: (A) admitting into a patient a dosage form comprising: (1) a wall that surrounds a compartment, the wall comprises a semipermeable composition permeable to the passage of fluid, including aqueous-biological

15    fluid of the gastrointestinal tract, and impermeable to the passage of drug; (2) a trilayer in the compartment comprising a first layer comprising a dose of drug, a second layer comprising a larger dose of drug, and a third layer comprising an osmotic formulation for imbibing and absorbing fluid, and for pushing the first and second layers from the dosage form, thereby providing

20    an increased dose per unit time over time; and (3) at least one exit in the wall communicating with the first layer; (B) imbibing fluid through the semipermeable wall at a rate determined by the permeability of the semipermeable wall and the osmotic gradient across the semipermeable wall causing the third layer to expand and swell; and (C) deliver the drug from the

25    first layer followed by delivering the drug from the second layer through the exit passageway to provide an ascending increasing dose of drug to the patient.

        In summary, it will be appreciated the present invention contributes to the art an unexpected dosage form that possesses the practical utility for

30    administering a sustained and increasing dose of drug at a dosage metered

ARC 2450R1

34

release rate over time.  While the invention has been described and pointed

out in detail with reference to operative embodiments thereof, it will be

understood to those skilled in the art that various changes, modifications,

substitutions and omissions can be made without departing from the spirit of

5  the invention.  It is intended, therefore, that the invention embrace those

equivalents within the scope of the claims.

ARC 2450R1

35

The claims:

    1.    A pharmaceutical tablet comprising:

    (a) a first layer comprising 10 ng to 300 mg dose of a drug and 5 mg

5  to 250 mg of a hydrophilic polymer; and,

    (b) a second layer comprising 50 ng to 500 mg dose of a drug and 25

mg to 450 mg of a hydrophilic polymer, and wherein the tablet comprises a

larger dose of drug in the second layer.

10    2.    The tablet according to Claim 1, wherein the tablet comprises a

larger dose of the same drug in the second layer than in the first layer.

    3.    The tablet according to Claim 1, wherein the drug is selected

from the group consisting of a central nervous system stimulant, a stimulant,

15  a cannabinoid, and a catecholamine drug.

    4.    The tablet according to Claim 1, wherein the drug in the first

layer and in the second layer comprises a member selected from the group

consisting of amphetamine dextro-amphetamine, methamphetamine,

20  methylphenidate, racemic methylphenidate, theomethylphenidate,

ethylphenidate, phenylisopropylamine, and pemoline.

    5.    The tablet according to Claim 1, wherein the tablet delivers an

increasing dose of drug by delivering drug from the first layer followed by

25  delivering an increased dose from the second layer.

    6.    A pharmaceutical tablet for delivering an increasing dose of

drug to an environment of use, comprising:

    (a) a first layer comprising 10 ng to 300 mg of a dose of drug and 5

30  mg to 250 mg of a hydrophilic polymer;

ARC 2450R1

36

(b)  a second layer comprising 50 ng to 500 mg of a dose of drug and 25 ng to 450 mg of a hydrophilic polymer, which second layer comprises a larger dose of drug than the first layer; and,

(c)  a third layer comprising 15 ng to 450 mg of a hydrophilic polymer, which third layer provides support for the first and second layer to deliver the drug consecutively for delivering an increasing dose of drug to the environment of use.

7.    The tablet according to Claim 6, wherein the first and second layers comprise the same drug.

8.    The tablet according to Claim 6, wherein the first and second layers comprise the same drug and the third layer is free of drug.

9.    The tablet according to Claim 6, wherein the first and second layers comprise the same drug selected from the group consisting of amphetamine, dextra-amphetamine, methamphetamine, methylphenidate, racemic methylphenidate, rheo-methylphenidate, ethylphenidate, phenylisopropylamine and pemoline.

10.    The tablet according to Claim 6, wherein the first and second layers comprise a poly(alkylene oxide) of 40,000 to 1,000,000 average molecular weight and the third layer comprises a poly(alkylene oxide) of 2,000,000 to 10,000,000 average molecular weight.

11.    The tablet according to Claim 6, wherein the first and second layers comprise a poly(alkylene oxide) of 40,000 to 1,000,000 average molecular weight, the third layer comprises a poly(alkylene oxide) of 2,000,000 to 10,000,000 average molecular weight and the first and second layers comprise a hydroxypropylmethylcellulose of 9,000 to 750,000 average molecular weight.

ARC 2450R1

37

12.    A dosage form comprising:

(a) a first layer comprising 10 ng to 300 mg of a drug;

(b) a second layer comprising 50 ng to 500 mg of a drug, which second layer comprises more drug than the first layer;

5

(c) a third layer for displacing the first layer followed by the second layer from the dosage form;

(d) a wall that surrounds the three layers; and,

(e) a passageway in the wall communicating with the first drug layer for delivering the first drug layer followed by the second drug layer from the

10

dosage form.

13.    The dosage form according to Claim 12, wherein the drug in the first and second layers is the same drug selected from the group consisting of

15

a central nervous system stimulant, a stimulant, and a catecholamine drug.

14.    The dosage form according to Claim 12, wherein the three layers comprise a poly(alkylene oxide).

20

15.    The dosage form according to Claim 12, wherein the first and second layers comprise a hydroxypropylalkylcellulose.

16.    The dosage form according to Claim 12, wherein the first layer comprises a hydroxyalkylcellulose.

25

17.    The dosage form according to Claim 12, wherein the second layer comprises a hydroxyalkylcellulose.

18.    The dosage form according to Claim 12, wherein the first layer

30

comprises a carboxymethylcellulose.

ARC 2450R1

38

19.    The dosage form according to Claim 12, wherein the second layer comprises a carboxymethylcellulose.

20.    The dosage form according to Claim 12, wherein the third layer comprises a carboxymethylcellulose.

21.    The dosage form according to Claim 12, wherein the first layer comprises a carboxyvinylpolymer.

22.    The dosage form according to Claim 12, wherein the second layer comprises a carboxyvinylpolymer.

23.    The dosage form according to Claim 12, wherein the third layer comprises a carboxyvinylpolymer

24.    A dosage form comprising:

(a)  a first layer comprising a dose of 10 ng to 300 mg of methylphenidate;

(b)  a second layer comprising a dose of 50 ng to 500 mg of methylphenidate, which second layer comprises a larger dose of methylphenidate than the first layer;

(c)  a third layer comprising a composition that expands and displaces the first layer followed by the second layer from the dosage form;

(d)  a wall that surrounds the three layers, which wall is permeable to fluid and impermeable to methylphenidate; and,

(e)  a passageway in the wall communicating with the first layer for delivering the first and consecutively the second layers from the dosage form.

25.    The dosage form according to Claim 24, wherein the first layer comprises 1 mg to 250 mg of poly(ethylene oxide).

ARC 2450R1

39

26.    The dosage form according to Claim 24, wherein the second layer comprises 1 mg to 450 mg of poly(ethylene oxide).

27.    The dosage form according to Claim 24, wherein at least one of the first and second layers comprises 0.05 to 7.5 mg of a surfactant.

28.    The dosage form according to Claim 24, wherein at least one of the first and second layers comprise 0.5 mg to 20 mg of hydroxypropylmethylcellulose.

29.    The dosage form according to Claim 24, wherein at least one of the first and second layers comprises up to 20 mg of hydroxypropylcellulose.

30.    The dosage form according to Claim 24, wherein at least one of the first and second layers comprises up to 100 mg of a carboxyvinylpolymer.

31.    The dosage form according to Claim 24, wherein at least one of the first and second layers comprises up to 250 mg of carboxymethylcellulose.

32.    The dosage form according to Claim 24, wherein the third layer comprises a poly(ethylene oxide) of 2,000,000 to 10,000,000 average molecular weight.

33.    The dosage form according to Claim 24. wherein the third layer comprises a carboxymethylcellulose of 2,000,000 to 10,000,000 average molecular weight.

34.    The dosage form according to Claim 24, wherein the third layer comprises a carboxyvinylpolymer of 750,000 to 10,000,000 molecular weight.

ARC 2450R1

40

35.    The dosage form according to Claim 24, wherein the third layer comprises a hydroxypropylalkylcellulose of 9,200 to 750,000 average molecular weight.

36.    A method for maintaining the therapeutic effect of a drug in a patient that develops tolerance to the drug, wherein the method comprises:

(a)  administering to the patient an osmotic dosage form comprising:

(1) a first layer comprising 10 ng to 300 mg of drug;

(2) a second layer comprising 50 ng to 500 mg of drug present in a greater concentration than the drug concentration in the first layer;

(3) a third layer comprising a composition that in the presence of fluid expanded and pushed the first and second layer from the dosage form;

(4) a wall that surrounds the three layers comprising a composition permeable to fluid and impermeable to drug; and

(5) a passageway in the wall corresponding with the first layer for delivering the first layer then the second layer from the dosage form;

(b)  admitting fluid into the dosage form causing the third layer to expand and push the first layer then the second layer from the dosage form; and thereby

(c)  administering an increasing dose over an extended time to maintain the therapeutic effect in the patient.

37.    The method for maintaining the therapeutic effect according to Claim 36, wherein the drug in the first and second layers is methylphenidate.

38.    A method for treating attention deficit disorder in a human, wherein the method comprises:

(a)  administering to the human orally a dosage form comprising;

ARC 2450R1

41

(1) a first layer comprising a dose of methylphenidate;

(2) a second layer comprising a larger dose of methylphenidate;

(3) a third layer comprising a composition that expands and pushes the first and second layers from the dosage form;

5    (4) a wall that surrounds the three layers comprising a composition permeable to fluid and impermeable to drug; and

(5) an orifice in the wall connecting with the first layer for delivery the first layer followed by the second layer from the dosage form;

(b) imbibing fluid into the dosage form causing the third layer to

10   expand and push the first layer then the second layer from the dosage form; and thereby

(c) continuously administering an ascending dose of methylphenidate to the human for treating attention deficit disorder.

15   39.    A tablet for orally administering a drug to a patient in need of the drug, wherein the tablet comprises:

(a) a first layer comprising 10 ng to 300 mg dose of drug and a pharmaceutically acceptable carrier; and

(b) a second layer comprising 50 ng to 500 mg dose of drug and a

20   pharmaceutically acceptable carrier, and wherein the tablet comprises a larger dose of drug in the second layer.

40.    A dosage form tablet for oral administration of methylphenidate to a human, wherein the dosage form tablet comprises:

25   (a) a first layer comprising 10 ng to 350 mg of methylphenidate;

(b) a second layer comprising 10 ng to 500 mg of methylphenidate;

(c) a third layer comprising 15 ng to 450 mg of a hydrophilic polymer;

(d) a wall comprising a semipermeable composition that surrounds the first, second and third layers;

ARC 2450R1

42

(e)  a passageway in the wall communicating with the first layer for delivering the first layer followed by the second layer from the dosage form tablet; and

(f)  an overcoat comprising 10 ng to 20 mg of methylphenidate on the exterior surface of the wall.

41.    The use of the dosage form according to claim 40, for the treatment of psychological personality disorders.

08937336.081997

Express Mail Label No. T8057257332US

Type a plus sign (+) here → + 8-19-97

PTO/SB/01 (6-95)
Appro     use through 10/31/98 OMB 0651-0032
Patent and Trademark Office: US Department of Commerce

| OO10/PTO<br>Rev. 12/95 | US Department of Commerce<br>Patent and Trademark Office<br><br>**DECLARATION**<br><br>Declaration ☒ Submitted with OR Declaration ☐ Submitted after<br>Initial Filing       Initial Filing | Attorney Docket Number | ARC2450R1 |
|---|---|---|---|
| | | First Named Inventor | SHIVANAND, Padmaja, et al. |
| | | *COMPLETE IF KNOWN:* | |
| | | Application Number | |
| | | Filing Date | |
| | | Group Art Unit | |
| | | Examiner Name | |

As a below named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

*(Title of the invention)*

the specification of which

☐ is attached hereto

OR

☐ was filed on (MM/DD/YYYY)    as United States Application Number or PCT International

Application Number    and was amended on (MM/DD/YYYY)    (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in Title 37 Code of Federal Regulations, § 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code § 119 (a)-(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate, or § 365(a) of any PCT International application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT International application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application<br>Number(s) | Country | Foreign Filing Date<br>(MM/DD/YYYY) | Priority Not Claimed | Copy Attached?<br>Yes    No |
|---|---|---|---|---|
| | | | ☐ | ☐    ☐ |
| | | | ☐ | ☐    ☐ |
| | | | ☐ | ☐    ☐ |
| | | | ☐ | ☐    ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority sheet attached hereto:

I hereby claim the benefit under Title 35, United States Code § 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| 60/023,286 | August 16, 1996 | ☐ Additional provisional application numbers are listed on a supplemental priority sheet attached hereto. |

SEND TO:  Assistant Commissioner for Patents, Washington, DC 20231.

08937336 · 081997

Type a plus sign (+) here → +

| DECLARATION | Page 2 of 3 |
|---|---|

I hereby claim the benefit under Title 35, United States Code § 120 of any United States application(s), or § 365(c) of any PCT International application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of Title 35, United States Code § 112, I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations § 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.

| US Parent Application Number | - PCT Parent Number | Parent Filing Date (MM/DD/YYYY) | Parent Patent Number (if applicable) |
|---|---|---|---|
| | | | |

☐ Additional US or PCT International application numbers are listed on a supplemental priority sheet attached hereto.

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

Firm Name: ALZA Corporation

Payor Number: 01-1173
(if applicable)

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| Steven F. Stone | 20,246 | D. Byron Miller | 30,661 |
| Paul L. Sabatine | 22,539 | John A. Dhuey | 26,265 |
| Michael J. Rafa | 38,740 | Christopher P. Rogers | 38,334 |

☐ Additional attorney(s) and/or agent(s) named on a supplemental sheet attached hereto.

☒ Please direct all correspondence to:

Name: Paul L. Sabatine

Address: ALZA Corporation

Address: 950 Page Mill Road (PO Box 10950)

| City: Palo Alto | State: CA | Zip: 94303-0802 |
|---|---|---|
| Country: USA | Telephone: (415) 494-5224 | Fax: (415) 496-8046 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Name of Sole or First Inventor: PADMAJA SHIVANAND    ☐ A petition has been filed for this unsigned inventor.

| Given Name: PADMAJA | Middle Initial: | Family Name: SHIVANAND | Suffix: |
|---|---|---|---|

| Inventor's Signature: [signature] | Date: 7/31/97 |
|---|---|

RESIDENCE

| City: MOUNTAIN VIEW | State: CA | Country: USA | Citizenship: INDIA |
|---|---|---|---|

| POST OFFICE ADDRESS | 870 E. EL CAMINO REAL #44 |
|---|---|

| City: MOUNTAIN VIEW | State: CA | Zip: 94040 | Country: USA | Applicant Authority: |
|---|---|---|---|---|

☒ Additional inventors are being named on supplemental sheet(s) attached hereto.

BALZ 001110

Type a plus sign (+) here → +

| DECLARATION | ADDITIONAL INVENTOR(S)<br>Supplemental Sheet |
|---|---|

**Name of Additional Joint Inventor, if any:**

ATUL D. AYER

☐ A petition has been filed for this unsigned inventor.

| Given<br>Name:  ATUL | Middle<br>Initial:  D. | Family<br>Name:  AYER | Suffix: |
|---|---|---|---|

| Inventor's<br>Signature: | Date: 8 - 4 - 97 |
|---|---|

**RESIDENCE**

| City:<br>SANTA CLARA | State:<br>CA | Country:<br>USA | Citizenship:<br>USA |
|---|---|---|---|

| POST OFFICE ADDRESS | 931 BAUTISTA COURT | | | | |
|---|---|---|---|---|---|
| City:<br>PALO ALTO | State:<br>CA | Zip:<br>94303 | Country:<br>USA | Applicant<br>Authority: |

**Name of Additional Joint Inventor, if any:**

JERI D. WRIGHT

☐ A petition has been filed for this unsigned inventor.

| Given<br>Name:  JERI | Middle<br>Initial:  D. | Family<br>Name:  WRIGHT | Suffix: |
|---|---|---|---|

| Inventor's<br>Signature: | Date: 8/1/97 |
|---|---|

**RESIDENCE**

| City:<br>DUBLIN | State:<br>CA | Country:<br>USA | Citizenship:<br>USA |
|---|---|---|---|

| POST OFFICE ADDRESS | 11305 ROLLING HILLS DRIVE | | | | |
|---|---|---|---|---|---|
| City:<br>DUBLIN | State:<br>CA | Zip:<br>94568 | Country:<br>USA | Applicant<br>Authority: |

**Name of Additional Joint Inventor, if any:**

ANDREW LAM

☐ A petition has been filed for this unsigned inventor.

| Given<br>Name:  ANDREW | Middle<br>Initial: | Family<br>Name:  LAM | Suffix: |
|---|---|---|---|

| Inventor's<br>Signature: | Date: |
|---|---|

**RESIDENCE**

| City:<br>SAN FRANCISCO | State:<br>CA | Country:<br>USA | Citizenship:<br>USA |
|---|---|---|---|

| POST OFFICE ADDRESS | 1506 38th Avenue | | | | |
|---|---|---|---|---|---|
| City:<br>SAN FRANCISCO | State:<br>CA | Zip:<br>94122 | Country:<br>USA | Applicant<br>Authority: |

**Name of Additional Joint Inventor, if any:**

LAWRENCE G. HAMEL

☐ A petition has been filed for this unsigned inventor.

| Given<br>Name:  LAWRENCE | Middle<br>Initial:  G. | Family<br>Name:  HAMEL | Suffix: |
|---|---|---|---|

| Inventor's<br>Signature: | Date: |
|---|---|

**RESIDENCE**

| City:<br>MOUNTAIN VIEW | State:<br>CA | Country:<br>USA | Citizenship:<br>USA |
|---|---|---|---|

| POST OFFICE ADDRESS | 1215 Arbor Court | | | | |
|---|---|---|---|---|---|
| City:<br>MOUNTAIN VIEW | State:<br>CA | Zip:<br>94040 | Country:<br>USA | Applicant<br>Authority: |

☐ Additional inventors are being named on supplemental sheet(s) attached hereto.

080897336.081997







FIG. 2



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|

028276204

PAUL L. SABATINE
ALZA CORPORATION
PO BOX 10950
950 PAGE MILL ROAD
PALO ALTO CA 94303-0802

NOT ASSIGNED

L502

DATE MAILED:
02/04/98

### NOTICE TO FILE MISSING PARTS OF APPLICATION
*Filing Date Granted*

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 only of $_____ for a ☒ large entity ☐ small entity in compliance with 37 CFR 1.27. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

*If all required items on this form are filed within the period set above, the total amount owed by applicant as a*
☒ *large entity* ☐ *small entity (verified statement filed), is $_____*

☒ 1. The statutory basic filing fee is:
    ☒ missing.
    ☐ insufficient.
    Applicant must submit $_____ to complete the basic filing fee and/or file a verified small entity statement claiming such status (37 CFR 1.27).

☒ 2. Additional claim fees of $_____, including any multiple dependent claim fees, are required.
    Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.

☐ 3. The oath or declaration:
    ☐ is missing.
    ☐ does not cover the newly submitted items.
    ☐ does not identify the application to which it applies.
    ☐ does not include the city and state or foreign country of applicant's residence.
    An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.

☐ 4. The signature(s) to the oath or declaration is/are:
    ☐ missing.
    ☐ by a person other than inventor or person qualified under 37 CFR 1.42, 1.43, or 1.47.
    A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

☒ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:
    3rd/4th inventor
    An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

☐ 6. A $_____ processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application does not comply with the Sequence Rules.
    See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."

☐ 9. OTHER:

Direct the response and any questions about this notice to "Attention: Box Missing Parts."

*A copy of this notice MUST be returned with the response.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV.7-96)          **PART 3 - OFFICE COPY**         *U.S. GPO: 1996-404-496/40515

ARC 2450R1

*Sector*

1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| Applicant | : | Shivanand, Padmaja, et al. ) |
| | | ) |
| Serial No. | : | 08/937,336 ) |
| | | ) |
| Filed on | : | August 19, 1997 ) |
| For | : | DOSAGE FORM FOR ) |
| | | PROVIDING ASCENDING ) |
| | | DOSE OF DRUG ) |

**Customer Service Center**

**Attention:  L. Armstead - T6**

**CORRESPONDENCE A**

Honorable Commissioner of
  Patents and Trademarks
Washington, DC  20231

Attn: Ms. Lorraine E. Armstead

Applicants received two "NOTICE TO FILE MISSING PARTS OF APPLICATION," "Filing Date Granted," for patent application U.S. Serial No. 08/937,336, filed August 19, 1997.  The first notice has a date mailed of 02/04/98, and the second notice has a date mailed of 02/05/98.  Copies of both notices are enclosed for the convenience of the Patent Office.  Applicants are enclosing herewith in response to the notices the signature of all the inventors on a declaration thereby satisfying the notice.

The first notice of 02/04/98 identifies applicants as a larger entity, and the second notice of 02/05/98 identifies applicants as a small entity; and in this regard, applicants are a large entity.

The Commissioner is authorized to change payment of surcharge, large entity filing fee, claim fee and all necessary fees to Deposit Account Number 01-1173.

Applicants thank the Patent Office for their help in satisfying the above matters.

P ALZ 001124

ARC 2450R1



2

Respectfully submitted,

Dated: February 13, 1998

Paul L. Sabatine
Registration No. 22,539
Attorney for Applicants

ALZA Corporation
950 Page Mill Road
(P.O. Box 10950)
Palo Alto, CA  94303-0802
(650) 494-5224

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with
the United States Postal Service as "Express Mail Post Office to
Addressee" service under 37 C.F.R. S 1.10, Express Mail Mailing Label
No. EM178269455US, addressed to: Assistant Commissioner for Patents,
Washington, D.C. 20231 on February 13, 1998.

By: Yolanda Kepner
Yolanda Kepner

P ALZ 001125





**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 08/937,336 | 08/19/97 | SHIVANAND | ARC2490R1 |

0252/0204

PAUL L. SABATINE
ALZA CORPORATION
PO BOX 10950
950 PAGE MILL ROAD
PALO ALTO CA 94303-0802

NOT ASSIGNED

1502

DATE MAILED:
02/04/98

### NOTICE TO FILE MISSING PARTS OF APPLICATION
*Filing Date Granted*

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 only of $ _____ for a ☑ large entity ☐ small entity in compliance with 37 CFR 1.27. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

*If all required items on this form are filed within the period set above, the total amount owed by applicant as a* ☑ *large entity* ☐ *small entity (verified statement filed), is $ _____*

☒ 1. The statutory basic filing fee is:
    ☑ missing.
    ☐ insufficient.
    *Applicant must submit $ _____ to complete the basic filing fee and/or file a verified small entity statement claiming such status (37 CFR 1.27).*

☒ 2. Additional claim fees of $ _____, including any multiple dependent claim fees, are required.
    *Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.*

☐ 3. The oath or declaration:
    ☐ is missing.
    ☐ does not cover the newly submitted items.
    ☐ does not identify the application to which it applies.
    ☐ does not include the city and state or foreign country of applicant's residence.
    *An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.*

☐ 4. The signature(s) to the oath or declaration is/are:
    ☐ missing.
    ☐ by a person other than inventor or person qualified under 37 CFR 1.42, 1.43, or 1.47.
    *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*

☒ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:
    3rd & 4th inventor
    *An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.*

☐ 6. A $ _____ processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application does not comply with the Sequence Rules.
    *See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."*

☐ 9. OTHER:

Direct the response and any questions about this notice to "Attention: Box Missing Parts."

### A copy of this notice MUST be returned with the response.

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV.7-96)
    PART 2-COPY TO BE RETURNED WITH RESPONSE
    *U.S. GPO: 1996-404-499/40516*

P ALZ 001126




**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 08/909,424 | 08/19/97 | SHIVANAND | P ... |

PAUL L. SABATINE
ALZA CORPORATION
PO BOX 10950
950 PAGE MILL ROAD
PALO ALTO CA 94303-0802

0262/0205

DDI ASSIGNED

DATE MAILED:

02/05/98

### NOTICE TO FILE MISSING PARTS OF APPLICATION
#### *Filing Date Granted*

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 only of $ _____ for a ☐ large entity ☒ small entity in compliance with 37 CFR 1.27. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

*If all required items on this form are filed within the period set above, the total amount owed by applicant as a* ☐ *large entity* ☒ *small entity (verified statement filed), is* $ _____ .

☐ 1. The statutory basic filing fee is:
   ☐ missing.
   ☐ insufficient.
   Applicant must submit $ _____ to complete the basic filing fee and/or file a verified small entity statement claiming such status (37 CFR 1.27).

☐ 2. Additional claim fees of $ _____ , including any multiple dependent claim fees, are required.
   *Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.*

☐ 3. The oath or declaration:
   ☐ is missing.
   ☐ does not cover the newly submitted items.
   ☐ does not identify the application to which it applies.
   ☐ does not include the city and state or foreign country of applicant's residence.
   *An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.*

☒ 4. The signature(s) to the oath or declaration is/are:
   ☒ missing.
   ☐ by a person other than inventor or person qualified under 37 CFR 1.42, 1.43, or 1.47.
   *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:

_____

   *An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.*

☐ 6. A $ _____ processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application does not comply with the Sequence Rules.
   *See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."*

☐ 9. OTHER:

Direct the response and any questions about this notice to "Attention: Box Missing Parts."

### *A copy of this notice MUST be returned with the response.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV.7-96)      **PART 2-COPY TO BE RETURNED WITH RESPONSE**      *U.S. GPO: 1996-404-466/40515

P ALZ 001127

PTO-103X
(Rev. 8-95)

FILING RECEIPT





**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
**ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS**
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/937,336 | 08/19/97 | 1502 | $0.00 | ARC2450R1 | 0 | 41 | 8 |

PAUL L SABATINE
ALZA CORPORATION
PO BOX 10950
950 PAGE MILL ROAD
PALO ALTO CA 94303-0802

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)

PADMAJA SHIVANAND, MOUNTAIN VIEW, CA; ATUL AYER, SANTA CLARA, CA; JERI D. WRIGHT, DUBLIN, CA; ANDREW LAM, SAN FRANCISCO, CA; LAWRENCE G. HAMEL, MOUNTAIN VIEW, CA.

FOREIGN APPLICATIONS-    U.S. ARMY         60023286         08/16/96

FOREIGN FILING LICENSE GRANTED 02/04/98
TITLE
DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG

PRELIMINARY CLASS: 424

RECEIVED

FEB 0 9 1998

ALZA CORPORATION

(see reverse)

P ALZ 001128



**UNITED STATES** ~~RTMENT OF COMMERCE~~
**Patent and Tra.** ~~Office~~
Address: COMMISSIC... .... PATENTS AND TRADEMARKS
Washington, D.C. 20831

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|

08/997,435    12/24/97    SABATINO    P    ARC3750D

0212/0030

PAUL L. SABATINE                                    NOT ASSIGNED
ALZA CORPORATION
PO BOX 10950
950 PAGE MILL ROAD                    **DATE MAILED:** 1502
PALO ALTO CA 94303-0802    **NOTICE OF INCOMPLETE RESPONSE**    05/20/98
                                    **Filing Date Granted**

Applicant's response of ~~2-13-98~~ has been entered into the record. However, the application still remains incomplete for the following reason(s).

☐ 1. The filing fee has not been received. The amount of $ _____ is due.

☐ 2. The surcharge of $ _____ has not been received.

☐ 3. The declaration has not been received.

☒ 4. The oath or declaration is not executed in compliance with 37 CFR 1.64(a) because:

    ☐ a. The inventor's signature is missing.
    ☒ b. The signature is missing for inventor(s) *ANDREW LAM, LAWRENCE*
        *G. HAMEL*
    ☐ c. The application is one filed under 37 CFR 1.42, 1.43, or 1.47, and the oath or declaration is not executed by the person(s) qualified to make the oath or declaration.

To prevent **ABANDONMENT** of this application, a complete response is required.

The period for response remains as set forth in the Notice to File Missing Parts dated ~~2-4-98~~ However, you may obtain EXTENSIONS OF TIME under the provisions of 37 CFR 1.136(a) by filing a petition accompanied by the appropriate fee *(37 CFR 1.17).*

Direct the response and any questions about this notice to "Attention: Box Missing Parts."

*A copy of this notice **MUST** be returned with the response.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1664 (REV.7-96)                    **PART 3-OFFICE COPY**

P ALZ 001129



ABC-2450R1                                    Express Mail Label N  EM178269380US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant(s) | : | Shivanand, Padmaja, et al. ) |
| | | ) |
| Serial No. | : | 08/937,336 ) |
| | | ) |
| Filed on | : | August 19, 1997 ) |
| | | ) |
| For | : | DOSAGE FORM FOR ) |
| | | PROVIDING ASCENDING ) |
| | | DOSE OF DRUG ) |
| | | ) |

**Customer Service Center**

**Attention: Box Missing Parts**

**CORRESPONDENCE C**

Patents and Trademarks
Washington, DC  20231

Sir/Madam:

This correspondence is presented in response to the Notice of Incomplete Response of the Patent and Trademark Office dated March 20, 1998.  The notice implies the signatures are missing for inventors: Andrew Lam and Lawrence G. Hamel.

Applicants' submit herewith a new and complete declaration executed by all the inventors to satisfy the requirements of the Patent and Trademark Office.

Applicants apologize for any delay or inconvenience applicants may have caused the Patent and Trademark Office in processing this application.

Respectfully submitted,

Dated: April 1, 1998

Paul L. Sabatine
Registration No. 22,539
Attorney for Applicants

ALZA Corporation
950 Page Mill Road
(P.O. Box 10950)
Palo Alto, CA  94303-0802
(650) 494-5224

P ALZ 001130

Express Mail Label No. EM17/ ___ 50US

Type a plus sign (+) here → +

PTO/SB/01 (6-95)
Patent and Trademark Office: US Department of Commerce

*(stamp: OIPE APR 01 1998 TRADEMARK)*

| OO10/PTO Rev. 12/95 | US Department of Commerce Patent and Trademark Office | Attorney Docket Number | ARC2450 R1 |
|---|---|---|---|
| | | First Named Inventor | SHIVANAND, Padmaja, et al. |
| **DECLARATION** | | *COMPLETE IF KNOWN:* | |
| | | Application Number | U.S. Serial No. 08/937,336 |
| | | Filing Date | August 19, 1997 |
| ☐ Declaration Submitted with Initial Filing | OR | ☒ Declaration Submitted after Initial Filing | Group Art Unit |
| | | | Examiner Name |

As a below named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG

*(Title of the Invention)*

the specification of which

☐ is attached hereto

OR

☒ was filed on <u>August 19, 1997</u> as United States Application Number or PCT International

Application Number 08/937,336 and was amended on (MM/DD/YYYY)    (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in Title 37 Code of Federal Regulations, § 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code § 119 (a)-(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate, or § 365(a) of any PCT International application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT International application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Copy Attached? Yes | No |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority sheet attached hereto:

I hereby claim the benefit under Title 35, United States Code § 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| | | ☐ Additional provisional application numbers are listed on a supplemental priority sheet attached hereto. |

SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Type a plus sign (+) here → +

| DECLARATION | Page 2 of 3 |
|---|---|

I hereby claim the benefit under Title 35, United States Code § 120 of any United States application(s), or § 365(c) of any PCT International application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of Title 35, United States Code § 112, I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations § 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.

| US Parent Application Number | PCT Parent Number | Parent Filing Date (MM/DD/YYYY) | Parent Patent Number (if applicable) |
|---|---|---|---|
|  |  |  |  |

☐ Additional US or PCT International application numbers are listed on a supplemental priority sheet attached hereto.

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

Firm Name: ALZA Corporation

Payor Number: 01-1173
(if applicable)

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| Steven F. Stone | 20,246 | D. Byron Miller | 30,661 |
| Paul L. Sabatine | 22,538 | John A. Dhuey | 26,265 |
| Michael J. Rafa | 38,740 | Christopher P. Rogers | 38,334 |

☐ Additional attorney(s) and/or agent(s) named on a supplemental sheet attached hereto.

☒ Please direct all correspondence to:

Name: Paul L. Sabatine

Address: ALZA Corporation

Address: 950 Page Mill Road (PO Box 10950)

| City: Palo Alto | State: CA | Zip: 94303-0802 |
|---|---|---|
| Country: USA | Telephone: (650) 494-5224 | Fax: (650) 496-8048 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Name of Sole or First Inventor:

PADMAJA SHIVANAND          ☐ A petition has been filed for this unsigned inventor.

| Given Name: PADMAJA | Middle Initial: | Family Name: SHIVANAND | Suffix: |
|---|---|---|---|

Inventor's Signature: *[signature]*          Date: April 1, 1998

RESIDENCE

| City: MOUNTAIN VIEW | State: CA | Country: USA | Citizenship: INDIA |
|---|---|---|---|

POST OFFICE ADDRESS     870 E. EL CAMINO REAL #44

| City: MOUNTAIN VIEW | State: CA | Zip: 94040 | Country: USA | Applicant Authority: |
|---|---|---|---|---|

☒ Additional inventors are being named on supplemental sheet(s) attached hereto.

P ALZ 001132

Type a plus sign (+) here → +

| DECLARATION | | ADDITIONAL INVENTOR(S) Supplemental Sheet |
|---|---|---|

**Name of Additional Joint Inventor, if any:**

ATUL D. AYER

☐ A petition has been filed for this unsigned inventor.

| Given Name: ATUL | Middle Initial: D. | Family Name: AYER | Suffix: |
|---|---|---|---|

Inventor's Signature: *Atul D Ayer*    Date: 3-31-98

**RESIDENCE**

| City: SANTA CLARA | State: CA | Country: USA | Citizenship: USA |
|---|---|---|---|

**POST OFFICE ADDRESS** 931 BAUTISTA COURT

| City: PALO ALTO | State: CA | Zip: 94303 | Country: USA | Applicant Authority: |
|---|---|---|---|---|

**Name of Additional Joint Inventor, if any:**

JERI D. WRIGHT

☐ A petition has been filed for this unsigned inventor.

| Given Name: JERI | Middle Initial: D. | Family Name: WRIGHT | Suffix: |
|---|---|---|---|

Inventor's Signature: *Jeri D. Wright*    Date: 4/1/98

**RESIDENCE**

| City: DUBLIN | State: CA | Country: USA | Citizenship: USA |
|---|---|---|---|

**POST OFFICE ADDRESS** 11305 ROLLING HILLS DRIVE

| City: DUBLIN | State: CA | Zip: 94568 | Country: USA | Applicant Authority: |
|---|---|---|---|---|

**Name of Additional Joint Inventor, if any:**

ANDREW LAM

☐ A petition has been filed for this unsigned inventor.

| Given Name: ANDREW | Middle Initial: | Family Name: LAM | Suffix: |
|---|---|---|---|

Inventor's Signature: *[signature]*    Date: 4-1-98

**RESIDENCE**

| City: SAN FRANCISCO | State: CA | Country: USA | Citizenship: USA |
|---|---|---|---|

**POST OFFICE ADDRESS** 1506 38th Avenue

| City: SAN FRANCISCO | State: CA | Zip: 94122 | Country: USA | Applicant Authority: |
|---|---|---|---|---|

**Name of Additional Joint Inventor, if any:**

LAWRENCE G. HAMEL

☐ A petition has been filed for this unsigned inventor.

| Given Name: LAWRENCE | Middle Initial: G | Family Name: HAMEL | Suffix: |
|---|---|---|---|

Inventor's Signature: *Lawrence G. Hamel*    Date: 4-1-98

**RESIDENCE**

| City: MOUNTAIN VIEW | State: CA | Country: USA | Citizenship: USA |
|---|---|---|---|

**POST OFFICE ADDRESS** 1216 Arbor Court

| City: MOUNTAIN VIEW | State: CA | Zip: 94040 | Country: USA | Applicant Authority: |
|---|---|---|---|---|

☐ Additional inventors are being named on supplemental sheet(s) attached hereto.

P ALZ 001133

 

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 08/937,356 | 09/19/97 | SRIVASTAVA | 984-0480R1 |

03/20/0320

PAUL R. SABATINE
ALZA CORPORATION
PO BOX 10950
950 PAGE MILL ROAD
PALO ALTO CA 94303-0802

NOT ASSIGNED

DATE MAILED: 1502

**NOTICE OF INCOMPLETE RESPONSE**
*Filing Date Granted*

03/20/98

4/4/98

Applicant's response of 2-13-98 has been entered into the record. However, the application still remains incomplete for the following reason(s).

☐ 1. The filing fee has not been received. The amount of $_____ is due.

☐ 2. The surcharge of $_____ has not been received.

☐ 3. The declaration has not been received.

☒ 4. The oath or declaration is not executed in compliance with 37 CFR 1.64(a) because:

    ☐ a. The inventor's signature is missing.
    ☒ b. The signature is missing for inventor(s) ANDREW LAM, LAWRENCE
    G. HAMEL
    ☐ c. The application is one filed under 37 CFR 1.42, 1.43, or 1.47, and the oath or declaration is not executed by the person(s) qualified to make the oath or declaration.

To prevent ABANDONMENT of this application, a complete response is required.

The period for response remains as set forth in the Notice to File Missing Parts dated 2-4-98. However, you may obtain EXTENSIONS OF TIME under the provisions of 37 CFR 1.136(a) by filing a petition accompanied by the appropriate fee (37 CFR 1.17).

Direct the response and any questions about this notice to "Attention: Box Missing Parts."

**A copy of this notice MUST be returned with the response.**

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1664 (REV.7-96)

**PART 2-COPY TO BE RETURNED WITH RESPONSE**

P ALZ 001134

*Secfn*

| CERTIFICATE OF MAILING BY "EXPRESS MAIL" (37 CFR 1.10) | Docket No. |
|---|---|
| Applicant(s):  SHIVANAND, Padmaja, et al. | ARC 2450 R1 |

| Serial No. 08/937,336 | Filing Date August 19, 1997 | Examiner | Group Art Unit |
|---|---|---|---|

Invention:

### DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG

I hereby certify that this   <u>Correspondence C, Copy of "Notice of Incomplete Response," and Declaration</u>

*(Identify type of correspondence)*

is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under

37 CFR 1.10 in an envelope addressed to: The Commissioner of Patents and Trademarks, Washington, D.C.

20231-0001 on          <u>April 1, 1998</u>

*(Date)*

Yolanda Kepner
*(Typed or Printed Name of Person Mailing Correspondence)*

*Yolanda Kepner*
*(Signature of Person Mailing Correspondence)*

EM178269380US
*("Express Mail" Mailing Label Number)*

Note: Each paper must have its own certificate of mailing.

Copyright 1995 Legalsoft                                                          P.06B/REV02

P ALZ 001135



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/937,336 | 08/19/97 | SHIVANAND | P | ARC2450R1 |

PAUL L SABATINE
ALZA CORPORATION
PO BOX 10950
950 PAGE MILL ROAD
PALO ALTO CA 94303-0802

HM42/0619

| EXAMINER |
|---|
| SEIDLECK, B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1615 | 6 |

DATE MAILED:      06/19/98

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

P ALZ 001136

| *Office Action Summary* | Application No. 08/937,336 | Applicant(s) Shivanand et al. |
|---|---|---|
| | Examiner Brian K. Seidleck | Group Art Unit 1615 |

☐ Responsive to communication(s) filed on _____

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___*3*___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

    ☒ Claim(s) *1-41* _____ is/are pending in the application.

        Of the above, claim(s) _____ is/are withdrawn from consideration.

    ☐ Claim(s) _____ is/are allowed.

    ☒ Claim(s) *1-41* _____ is/are rejected.

    ☐ Claim(s) _____ is/are objected to.

    ☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

    ☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

    ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

    ☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

    ☐ The specification is objected to by the Examiner.

    ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

    ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

        ☐All ☐Some* ☐None of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

        *Certified copies not received: _____

    ☒ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

    ☒ Notice of References Cited, PTO-892

    ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

    ☐ Interview Summary, PTO-413

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

*— SEE OFFICE ACTION ON THE FOLLOWING PAGES —*

P ALZ 001137

*Serial Number: 08/937,336*
*Art Unit: 1615*

*Page 1*

### *Papers Received*

1.    Receipt is acknowledged of applicant's executed Declaration and Power of Attorney filed on 4/1/98.

### *Drawings*

2.    The examiner notes that at page 7 of the specification, there is a "Description of Drawing Figures" recited, however the application does not contain any drawing figures.

3.    The subject matter of this application admits of illustration by a drawing to facilitate understanding of the invention. Applicant is required to furnish a drawing under 37 CFR 1.81. No new matter may be introduced in the required drawing.

### *Specification*

4.    The title of the invention is not descriptive. A new title is required that is clearly indicative of the invention to which the claims are directed.

5.    Applicant is reminded of the proper content of an abstract of the disclosure. A patent abstract is a concise statement of the technical disclosure of the patent and should include that which is new in the art to which the invention pertains. The abstract should describe the

P ALZ 001138

*Serial Number: 08/937,336*
*Art Unit: 1615*                                                                 *Page 2*

disclosure sufficiently to assist readers in deciding whether there is a need for consulting the full

patent text for details. The language should be clear and concise and should not repeat

information given in the generic claim or title. Correction is requested.


### Claim Rejections - 35 USC § 112

6.      The following is a quotation of the first paragraph of 35 U.S.C. § 112:

> The specification shall contain a written description of the invention, and of the manner and
> process of making and using it, in such full, clear, concise, and exact terms as to enable any
> person skilled in the art to which it pertains, or with which it is most nearly connected, to
> make and use the same and shall set forth the best mode contemplated by the inventor of
> carrying out his invention.


7.      The following is a quotation of the second paragraph of 35 U.S.C. § 112:

> The specification shall conclude with one or more claims particularly pointing out and
> distinctly claiming the subject matter which the applicant regards as his invention.


8.      Claim 41 provides for the use of a dosage form, but, since the claim does not set forth any

steps involved in the method/process, it is unclear what method/process applicant is intending to

encompass. A claim is indefinite where it merely recites a use without any active, positive steps

delimiting how this use is actually practiced.

Claim 41 is rejected under 35 U.S.C. § 101 because the claimed recitation of a use,

without setting forth any steps involved in the process, results in an improper definition of a

process, i.e., results in a claim which is not a proper process claim under 35 U.S.C. § 101. See

P ALZ 001139

*Serial Number: 08/937,336*
*Art Unit: 1615*                                                                    *Page 3*

for example *Ex parte Dunki*, 153 USPQ 678 (Bd.App. 1967) and *Clinical Products, Ltd.* v.

*Brenner*, 255 F. Supp. 131, 149 USPQ 475 (D.D.C. 1966).

### *Claim Rejections - 35 U.S.C. § 102*

9.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102 that form

the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless -- (b) the invention was patented or described in a printed publication
> in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of
> application for patent in the United States.

10.    Claims 1-5 are rejected under 35 U.S.C. § 102(b) as being anticipated by Jordan et al

(U.S. Pat. No. 4,814,181, hereinafter "Jordan"). Jordan reads on a dosage form comprising a first

layer comprising a drug and a hydrophilic polymer and a second layer comprising a drug and a

hydrophilic polymer, wherein the second layer contains a higher dosage of drug. See abstract;

Col. 5, lines 38-63; Col. 8, lines 1-31; Col. 9, lines 40-55. As to the specific amounts of polymer

see Examples 1-5.

### *Claim Rejections - 35 U.S.C. § 103*

11.    The following is a quotation of 35 U.S.C. § 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

*Serial Number: 08/937,336*                                                                 *Page 4*
*Art Unit: 1615*

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

12.     Claims 1-41 are rejected under 35 U.S.C. § 103(a) as being unpatentable over the

combined teachings of Jordan et al (U.S. Pat. No. 4,814,181, hereinafter "Jordan"); Cortese et al

(U.S. Pat. No. 4,449,983, hereinafter "Cortese") and Wong (U.S. Pat. No. 5,082,668, hereinafter

"Wong").

        Jordan teaches a first layer and second layer comprising a dosage unit amount of drug for

producing a therapeutic effect. See Col. 9, lines 40-55. The amount of drug in either layer is

generally from about 0.05 ng to 5 g or more, with individual layers comprising, for example,

25 ng, 1 mg, 5 mg, 10 mg, 25 mg, 100 mg, 125 mg 250 mg, 750 mg, 1.0 g, 1.2 g, and 1.5 g. Id.

Jordan teaches that more drug is present in the second layer than the first. Id.

        Jordan teaches several active agents including methamphetamine and methylphenidate to

produce a therapeutic effect by administering the dosage unit. See Col. 8, lines 1-31; Col. 9, lines

40-55. The administration of an oral dosage form comprising either compound would inherently

form the applicants present method claims.

        Jordan teaches all of the limitation of the present claims with exception to a <u>third layer</u>.

The third layer of the present invention comprises a hydrophilic polymer to push the first and

second layers consecutively through the exit port from the dosage. See specification at page 11,

second paragraph. The examiner relies on the additional teaching of both Wong and Cortese,

wherein both references teach a layer comprising a hydrophilic polymer to push the drug active

P ALZ 001141

Serial Number: 08/937,336
Art Unit: 1615

layer(s) through an exit port. See Figures. As both references disclose, the use of a hydrophilic polymer layer which expands to force an additional drug layer through a port is well known in the pharmaceutical art. See abstracts. Specifically, Wong teaches a single drug active layer comprising a drug and a hydrophilic polymer and an additional hydrophilic polymer layer (excluding active) which imbibes, expands and thereby forces the drug active through the port. See Figs 1-7 and Col. 3, lines 25-36. Cortese teaches a hydrophilic polymer layer which imbibes, expands and thereby forces two drug actives through the separate ports. See Figs. 1-4.

It is the examiners opinion that it would have been obvious to incorporate a third hydrophilic polymer layer into the Jordan formulation because the expected result would have been further removal of the drug active(s) through the exit port. Jordan clearly teaches that the second drug layer contains more active than the first layer. See above. The incorporation of a third hydrophilic layer to assist in the dispersion of both drug active layers would have been obvious to one of ordinary skill in the art. Again, the expected result is to fully disperse the active through the exit port to avoid wasting the drug and achieving a less desirable therapeutic effect.

### Correspondence

Any inquiry concerning this communication or earlier communications from the examiner should be directed to **Brian K. Seidleck** whose telephone number is **(703) 305-4448**. The examiner can normally be reached **Monday through Friday from 6:30am to 3:00pm**.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, **Thurman K. Page**, can be reached on **(703) 308-2927**. The official **fax numbers**

P ALZ 001142

*Serial Number: 08/937,336*                                                    *Page 6*
*Art Unit: 1615*

for Technology Center 1600 are (703) 305-3592 and (703) 308-4556. The unofficial fax

number is (703) 308-7924.

     Communications via Internet e-mail regarding this application, other than those under

35 U.S.C. § 132 or which otherwise require a signature, may be used by the applicant and should

be addressed to [thurman.page@uspto.gov].

     **All Internet e-mail communications will be made of record in the application file.**

**PTO employees do not engage in Internet communications where there exists a possibility**

**that sensitive information could be identified or exchanged unless the record includes a**

**properly signed express waiver of confidentiality requirements of U.S.C. § 122. This is**

**more clearly set forth in the Interim Internet Usage Policy published in the Official Gazette**

**of the Patent and Trademark on February 25, 1997 at 1195 OG 89.**

     Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Technology Center receptionist whose telephone number is

(703) 308-1235 or (703) 308-1234.

Brian K. Seidleck
Patent Examiner
June 18, 1998

THURMAN K. PAGE
SUPERVISORY PATENT EXAMINER
ART UNIT 152 1615

P ALZ 001143

| *Notice of References Cited* | Application No. 08/937,336 | Applicant(s) Shivanand et al. | | | |
|---|---|---|---|---|---|
| | Examiner Brian K. Seidleck | Group Art Unit 1615 | | Page 1 of 1 | |

**U.S. PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 4,449,983 | 5/22/84 | Cortese et al. | ---- | ---- |
| B | 4,814,181 | 3/21/89 | Jordan et al. | ---- | ---- |
| C | 5,082,668 | 1/21/92 | Wong et al. | ---- | ---- |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

**NON-PATENT DOCUMENTS**

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

0210

Gp 1615

| CERTIFICATE OF MAILING BY "EXPRESS MAIL" (37 CFR 1.10) Applicant(s): | | Docket No. ARC 2450 R1 |
|---|---|---|
| Serial No. 08/937,336 | Filing Date August 19, 1997 | Examiner | Group Art Unit |

Invention:

DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG

FEB 17 1998

I hereby certify that this   Correspondence H and accompanying Declaration

(Identify type of correspondence)

is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under

37 CFR 1.10 in an envelope addressed to: The Assistant Commissioner for Patents, Washington, D.C. 20231 on

February 17, 1998
(Date)

SPE

Yolanda Kepner
(Typed or Printed Name of Person Mailing Correspondence)

Yolanda Kepner
(Signature of Person Mailing Correspondence)

EM178268132US
("Express Mail" Mailing Label Number)

Note: Each paper must have its own certificate of mailing.

Copyright 1995 Legalsoft

P05A/REV02

P ALZ 001145

ARC 2450R1                              1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant | : | Shivanand, Padmaja, et al. | ) |
| | | | ) |
| Serial No. | : | 08/937,336 | ) |
| | | | ) |
| Filed on | : | August 19, 1997 | ) |
| | | | ) |
| For | : | DOSAGE FORM FOR | ) |
| | | PROVIDING ASCENDING | ) |
| | | DOSE OF DRUG | ) |

**Customer Service Center**

**Attention:  L. Armstead - T6**

**CORRESPONDENCE B**

Honorable Commissioner of
  Patents and Trademarks
Washington, DC  20231

Attn: Ms. Lorraine E. Armstead


    Please find herewith a declaration signed by all the inventors for the above-
identified application, U.S. Serial No. 08/937,336 filed on August 19, 1997.  This
correspondence supplements applicants'  Correspondence A mailed FEDEX
on Friday, February 13, 1997.  The declaration enclosed herewith satisfies the
earlier notices from the Patent and Trademark Office of missing parts referred to in
Correspondence A.  Please incorporate the accompanying declaration into the
above identified file to complete the record.


    Applicants apologize for any delay or inconvenience applicants may have
caused the Patent and Trademark Office in processing this application.


                                Respectfully submitted,

Dated: February 17, 1998

                                Paul L. Sabatine
                                Registration No. 22,539
                                Attorney for Applicants


ALZA Corporation
950 Page Mill Road
(P.O. Box 10950)
Palo Alto, CA  94303-0802
(650) 494-5224

P ALZ 001146

Express Mail Label No. EM176268 1'

PTO/SB/01 (6-95)
Patent and Trademark Office: US Department of Commerce

Type a plus sign (+) here → +

| OO10/PTO Rev. 12/95 **DECLARATION** | US Department of Commerce Patent and Trademark Office | Attorney Docket Number | ARC2450 R1 |
|---|---|---|---|
| | | First Named Inventor | SHIVANAND, Padmaja, et al. |
| | | *COMPLETE IF KNOWN:* | |
| | | Application Number | U.S. Serial No. 08/937,336 |
| | | Filing Date | August 19, 1997 |
| Declaration ☐ Submitted with OR Initial Filing | Declaration ☒ Submitted after Initial Filing | Group Art Unit | |
| | | Examiner Name | |

As a below named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG

*(Title of the Invention)*

the specification of which

☐ is attached hereto

OR

☒ was filed on <u>August 19, 1997</u> as United States Application Number or PCT International

Application Number 08/937,336 and was amended on (MM/DD/YYYY)     (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in Title 37 Code of Federal Regulations, § 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code § 119 (a)-(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate, or § 365(a) of any PCT International application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT International application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Copy Attached? Yes | No |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority sheet attached hereto:

I hereby claim the benefit under Title 35, United States Code § 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| | | ☐ Additional provisional application numbers are listed on a supplemental priority sheet attached hereto. |

SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

H:\PATENTS\001.DOC 01/29/97 RAR

P ALZ 001147

Type a plus sign (+) here → +

Attorney Docket No.
ARC 2450 R1

| DECLARATION | Page 2 of 3 |
|---|---|

I hereby claim the benefit under Title 35, United States Code § 120 of any United States application(s), or § 365(c) of any PCT International application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of Title 35, United States Code § 112, I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations § 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.

| US Parent Application Number | PCT Parent Number | Parent Filing Date (MM/DD/YYYY) | Parent Patent Number (if applicable) |
|---|---|---|---|
| U.S. Serial No. 08/937,336 Filed 08/19/97 | | | |

☐ Additional US or PCT International application numbers are listed on a supplemental priority sheet attached hereto.

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

Firm Name: ALZA Corporation

Payor Number: 01-1173
(if applicable)

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| Steven F. Stone | 20,246 | D. Byron Miller | 30,661 |
| Paul L. Sabatine | 22,539 | John A. Dhuey | 28,265 |
| Micheal J. Rafa | 38,740 | Christopher P. Rogers | 36,334 |

☐ Additional attorney(s) and/or agent(s) named on a supplemental sheet attached hereto.

☒ Please direct all correspondence to:

Name: Paul L. Sabatine

Address: ALZA Corporation

Address: 950 Page Mill Road (PO Box 10950)

| City: Palo Alto | State: CA | Zip: 94303-0802 |
|---|---|---|
| Country: USA | Telephone: (415) 494-5224 | Fax: (415) 496-5045 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that wilful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such wilful false statements may jeopardize the validity of the application or any patent issued thereon.

Name of Sole or First inventor:

PADMAJA SHIVANAND          ☐ A petition has been filed for this unsigned inventor.

| Given Name: PADMAJA | Middle Initial: | Family Name: SHIVANAND | Suffix: |
|---|---|---|---|

| Inventor's Signature: *Padmaja* | Date: October 1, 1997 |
|---|---|

RESIDENCE

| City: MOUNTAIN VIEW | State: CA | Country: USA | Citizenship: INDIA |
|---|---|---|---|

POST OFFICE ADDRESS    870 E. EL CAMINO REAL #44

| City: MOUNTAIN VIEW | State: CA | Zip: 94040 | Country: USA | Applicant Authority: |
|---|---|---|---|---|

☒ Additional inventors are being named on supplemental sheet(s) attached hereto.

H:\PATENTS\001.DOC 01/28/97 RAR

P ALZ 001148

Type a plus sign (+) here → +

Attorney Docket No.
ARC 2450 R1

| DECLARATION | ADDITIONAL INVENTOR(S) Supplemental Sheet |
|---|---|

**Name of Additional Joint Inventor, if any:**

ATUL D. AYER

☐ A petition has been filed for this unsigned inventor.

| Given Name: ATUL | Middle Initial: D. | Family Name: AYER | Suffix: |
|---|---|---|---|

Inventor's Signature: *[signature]*    Date: 10/2/97

**RESIDENCE**

| City: SANTA CLARA | State: CA | Country: USA | Citizenship: USA |
|---|---|---|---|

| POST OFFICE ADDRESS | 931 BAUTISTA COURT | | | |
|---|---|---|---|---|
| City: PALO ALTO | State: CA | Zip: 94303 | Country: USA | Applicant Authority: |

**Name of Additional Joint Inventor, if any:**

JERI Q. WRIGHT

☐ A petition has been filed for this unsigned inventor.

| Given Name: JERI | Middle Initial: D. | Family Name: WRIGHT | Suffix: |
|---|---|---|---|

Inventor's Signature: *Jeri D. Wright*    Date: 10/2/97

**RESIDENCE**

| City: DUBLIN | State: CA | Country: USA | Citizenship: USA |
|---|---|---|---|

| POST OFFICE ADDRESS | 11305 ROLLING HILLS DRIVE | | | |
|---|---|---|---|---|
| City: DUBLIN | State: CA | Zip: 94568 | Country: USA | Applicant Authority: |

**Name of Additional Joint Inventor, if any:**

ANDREW LAM

☐ A petition has been filed for this unsigned inventor.

| Given Name: ANDREW | Middle Initial: | Family Name: LAM | Suffix: |
|---|---|---|---|

Inventor's Signature: *[signature]*    Date: 10/6/97

**RESIDENCE**

| City: SAN FRANCISCO | State: CA | Country: USA | Citizenship: USA |
|---|---|---|---|

| POST OFFICE ADDRESS | 1506 38th Avenue | | | |
|---|---|---|---|---|
| City: SAN FRANCISCO | State: CA | Zip: 94122 | Country: USA | Applicant Authority: |

**Name of Additional Joint Inventor, if any:**

LAWRENCE G. HAMEL

☐ A petition has been filed for this unsigned inventor.

| Given Name: LAWRENCE | Middle Initial: G. | Family Name: HAMEL | Suffix: |
|---|---|---|---|

Inventor's Signature: *Lawrence G. Hamel*    Date: 10/2/97

**RESIDENCE**

| City: MOUNTAIN VIEW | State: CA | Country: USA | Citizenship: USA |
|---|---|---|---|

| POST OFFICE ADDRESS | 1215 Arbor Court | | | |
|---|---|---|---|---|
| City: MOUNTAIN VIEW | State: CA | Zip: 94040 | Country: USA | Applicant Authority: |

☐ Additional inventors are being named on supplemental sheet(s) attached hereto.

H:\PATENTS\001.DOC 01/28/97 RAR

P ALZ 001149

| TRANSMITTAL OF INFORMATION DISCLOSURE STATEMENT (Under 37 CFR 1.97(b) or 1.97(e)) | Docket No. ARC 2450 R1 |
|---|---|

In Re Application Of:  SHIVANAND, Padmaja, et al.

| Serial No. 08/937,336 | Filing Date August 19, 1997 | Examiner | Group Art Unit |
|---|---|---|---|

Title:  **DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG**

RECEIVED

Address to:
Assistant Commissioner for Patents
Washington, D.C. 20231

JUN 2 6 1998

M.
SERVICE CENTER

**37 CFR 1.97(b)**

1. ☐  The Information Disclosure Statement submitted herewith is being filed within three months of the filing of a national application; within three months of the date of entry of the national stage as set forth in 37 CFR 1.491 in an international application; or before the mailing date of a first Office Action on the merits, whichever event occurs last.

**37 CFR 1.97(c)**

2. ☒  The Information Disclosure Statement submitted herewith is being filed after three months of the filing of a national application, or the date of entry of the national stage as set forth in 37 CFR 1.491 in an international application; or after the mailing date of a first Office Action on the merits, whichever occurred last but before the mailing date of either:

      1.    a Final Action under 37 CFR 1.113, or

      2.    a Notice of Allowance under 37 CFR 1.311,

      whichever occurs first.

Also submitted herewith is:

    ☐    a certification as specified in 37 CFR 1.97(e);

              **OR**

    ☒    the fee set forth in 37 CFR 1.17(p) for submission of an Information Disclosure Statement under 37 CFR 1.97(c).

Copyright 1996 LegalSoft

P10A/REV01

P ALZ 001150

| TRANSMITTAL OF INFORMATION DISCLOSURE STATEMENT (Under 37 CFR 1.97(b) or 1.97(c)) | Docket No. ARC 2450 R1 |
|---|---|

In Re Application Of:   SHIVANAND, Padmaja, et al.

*OIPE JG4*
*FEB 2 5 1998*
*PATENT & TRADEMARK OFFICE*

| Serial No. 08/937,336 | Filing Date August 19, 1997 | Examiner | Group Art Unit |
|---|---|---|---|

Title:   DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG

**RECEIVED**

**JUN 2 6 1998**

SERVICE CENTER

### Payment of Fee
(Only complete if Applicant elects to pay the fee set forth in 37 CFR 1.17(p))

☐ A check in the amount of _____ is attached.

☒ The Assistant Commissioner is hereby authorized to charge and credit Deposit Account No.   01-1173
as described below.  A duplicate copy of this sheet is enclosed.

    ☐ Charge the amount of _____

    ☐ Credit any overpayment.

    ☒ Charge any additional fee required.

| Certificate of Transmission by Facsimile* | Certificate of Mailing by First Class Mail |
|---|---|
| I certify that this document and authorization to charge deposit account is being facsimile transmitted to the United States Patent and Trademark Office (Fax. No. _____) on _____ (Date) | I certify that this document and fee is being deposited on February 23, 1998     with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231. |
| *Signature* | *Yolanda Kepner* |
| | *Signature of Person Mailing Correspondence* |
| | **Yolanda Kepner** |
| *Typed or Printed Name of Person Signing Certificate* | *Typed or Printed Name of Person Mailing Correspondence* |

*This certificate may only be used if paying by deposit account.

*Signature*

Paul L. Sabatine, Registration No. 22,539

Dated:     February 23, 1998

CC:

Copyright 1996 Legalsoft

P10A/REV01

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

| Docket Number (Optional) | Application Number |
|---|---|
| **ARC 2450** | **08/937,336** |

Applicant(s)
**SHIVANAND, Padmaja et al.**

| Filing Date | Group Art Unit |
|---|---|
| **August 19, 1997** | **1615** |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| BKS | | 5,178,866 | 01/93 | Wright et al. | 424 | 473 | |
| BKS | | 5,082,668 | 01/92 | Wong et al. | 424 | 473 | |
| BKS | | 5,030,456 | 07/91 | Ayer et al. | 424 | 473 | |
| BKS | | 4,285,987 | 08/81 | Ayer et al. | 427 | 3 | |
| BKS | | 4,200,098 | 04/80 | Ayer et al. | 128 | 260 | |
| BKS | | 4,111,202 | 09/78 | Theeuwes et al. | 128 | 260 | |
| BKS | | 4,088,864 | 05/78 | Theeuwes et al. | 219 | 121 | |
| BKS | | 4,063,064 | 12/77 | Saunders et al. | 219 | 121 | |
| BKS | | 4,036,228 | 07/77 | Theeuwes et al. | 128 | 260 | |
| BKS | | 3,916,899 | 11/75 | Theeuwes et al. | 128 | 260 | |
| BKS | | 3,845,770 | 11/74 | Theeuwes et al. | 128 | 260 | |

### FOREIGN PATENT DOCUMENTS

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | Translation NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

RECEIVED

JUN 2 6 1998

SERVICE CENTER

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | |
|---|---|
| BKS | Wurster, Dale E., The Pharmacological Basis of Therapeutics by Goodman and Gilman, 7th Ed., Chap. 23, pg. 534 (1940) |
| BKS | Pharmaceutical Sciences by Remington, 17th Ed., Chap. 68, pp 1305-1306 (1985) J. Amer. Pharm. Assoc., Vol. 48, pp. 451-459 (1959); Ibid, Vol. 49, pp. 83-84 (1960) |
| BKS | Modern Plastics Encyclopedia, Vol. 46, pp. 62-70 (1969) Pharmaceutical Sciences, Remington, 14th Ed., pp. 1626-1679 (1970) |
| BKS | Pharmaceutical Sciences, Remington, 17th Ed., pp. 342-345 (1985) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| Brian K. Seidleck | 3/15/99 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Form PTO-A820
(also form PTO-1449)

Copyright 1994-97 LegalStar

P09A/REV03

Patent and Trademark Office • U.S. DEPARTMENT OF COMMERCE

SHEET 1 OF 2

P ALZ 001152

| | | | | Docket Number (Optional) | | Application Number | | |
|---|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** *(Use several sheets if necessary)* | | | | ARC 2450 R | | 08/937,336 | | |
| | | | | Applicant(s) SHIVANAND, Padmaja | | | | |
| | | | | Filing Date August 19, 1997 | | Group Art Unit 1615 | | |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| BKS | | 3,825,068 | 07/74 | Norton et al. | 166 | 305 | |
| BKS | | 2,909,462 | 10/59 | Warfield et al. | — | — | |
| BKS | | 2,799,241 | 07/57 | Wurster et al. | — | — | |
| BKS | | 2,798,053 | 07/07 57 | Brown et al. | 260 | 2.2 | |
| | | | | RECEIVED | | | |
| | | | | JUN 2 6 1998 | | | |
| | | | | MATRIX GROUP — CH SERVICE CENTER | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENTS  *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| EXAMINER Brian K. Sudlek | DATE CONSIDERED 3/15/99 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Attorney's Docket No. ARC 24(    1

*Receipt #*
*8/2*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Int'l Patent Application of:    SHIVANAND, Padmaja, et al.    )

)
)                    **ATTENTION:**
Application No.:    08/937,336    )
)                    **APPLICATIONS BRANCH**
Filed:    August 19, 1997    )
)                    **CORRESPONDENCE A**
For:    DOSAGE FORM FOR PROVIDING    )
ASCENDING DOSE OF DRUG    )

Assistant Commissioner for Patents
Washington, DC 20231

### REQUEST FOR CORRECTED OFFICIAL FILING RECEIPT

Sir/Madam:

Applicants' enclose herein a copy of the Official Filing Receipt for the above mentioned application. In the filing receipt, the word in the title "ASCERNDING" should be amended to read as follows --ASCENDING--.

Applicants' request respectfully an issuance of a corrected Official Filing Receipt at the earliest convenience of the Patent and Trademark Office.

☒ The Patent and Trademark Office is authorized to charge the $25.00 fee under 37 CFR § 1.19(h) to correct an Official Filing Receipt to Deposit Account No. 01-1173. This paper is submitted in triplicate.

04/30/1998 MCAERO    00000016 011173    08937336
01 FC:576    $25.00 CH

Respectfully submitted,

April 23, 1998
Date

Paul L. Sabatine, Registration No. 22,539
Attorney for Applicant(s)

ALZA Corporation
950 Page Mill Road
(PO Box 10950)
Palo Alto, CA 94303-0802
(650) 494-5224 or 5381

PLS/yfk

### CERTIFICATE OF MAILING

I hereby certify that this paper is being deposited with the United States Postal Service with sufficient postage as "First Class Mail" addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on April 23, 1998.
By: *Yolanda Kepner*
Yolanda Kepner

P ALZ 001154

Attorney's Docket No. ARC 24    21

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:   SHIVANAND, Padmaja, et al.   )

)

Application No.:      08/937,336

Filed:               August 19, 1997

For:                 DOSAGE FORM FOR PROVIDING
                     ASCENDING DOSE OF DRUG

ATTENTION:

APPLICATIONS BRANCH

CORRESPONDENCE A

Assistant Commissioner for Patents
Washington, DC 20231

**REQUEST FOR CORRECTED OFFICIAL FILING RECEIPT**

Sir/Madam:

   Applicants' enclose herein a copy of the Official Filing Receipt for the above mentioned application.  In the filing receipt, the word in the title "ASCERNDING" should be amended to read as follows --ASCENDING--.

   Applicants' request respectfully an issuance of a corrected Official Filing Receipt at the earliest convenience of the Patent and Trademark Office.

   ☒ The Patent and Trademark Office is authorized to charge the $25.00 fee under 37 CFR § 1.19(h) to correct an Official Filing Receipt to Deposit Account No. 01-1173.  This paper is submitted in triplicate.

                              Respectfully submitted,

April 23, 1998
Date                          Paul L. Sabatine, Registration No. 22,539
                              Attorney for Applicant(s)

ALZA Corporation
950 Page Mill Road
(PO Box 10950)
Palo Alto, CA  94303-0802
(650) 494-5224 or 5381

PLS/yfk

**CERTIFICATE OF MAILING**

I hereby certify that this paper is being deposited with the United States Postal Service with sufficient postage as "First Class Mail" addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on April 23, 1998.

By: Yolanda Kepner
    Yolanda Kepner

P ALZ 001155

PTO-103X
(Rev. 8-95)
**FILING RECEIPT**



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/937,336 | 08/19/97 | 1502 | $0.00 | ARC2450R1 | 0 | 41 | 8 |

PAUL L SABATINE
ALZA CORPORATION
PO BOX 10950
950 PAGE MILL ROAD
PALO ALTO CA 94303-0802

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)    PADMAJA SHIVANAND, MOUNTAIN VIEW, CA; ATUL AYER,
                SANTA CLARA, CA; JERI D. WRIGHT, DUBLIN, CA; ANDREW LAM,
                SAN FRANCISCO, CA; LAWRENCE G. HAMEL, MOUNTAIN VIEW, CA.


FOREIGN APPLICATIONS-    U.S. ARMY              60023286         08/16/96

FOREIGN FILING LICENSE GRANTED 02/04/98
TITLE
DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG

PRELIMINARY CLASS: 424


RECEIVED

FEB 0 9 1998

ALZA CORPORATION

(see reverse)

P ALZ 001156



ALZA CORPORATION
Paul L. Sabatine

950 PAGE MILL ROAD   P.O. BOX 10950
PALO ALTO CA 94303-0802

Assistant Commissioner for Patents
Washington, D.C. 20231

ATTENTION: APPLICATIONS BRANCH



P ALZ 001157



Supplemental Information Disclosure Statement
Attorney's Docket No. ARC 2450 RI
Serial No. 08/937,336
Page 1 of 2

#9
HRD
9.10.98

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:        )
      SHIVANAND, Padmaja, et al.  )
                                )  Group Art Unit: 1615
Serial No:      08/937,336      )
                                )  Examiner:  B. Seidleck
Filed:         August 19, 1997   )
                                )
For:         DOSAGE FORM FOR PROVIDING  )
         ASCENDING DOSE OF DRUG   )
                                )

Assistant Commissioner for Patents
Washington, D.C. 20231

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Sir/Madam:

      Applicants submit herewith patents, publications and other information of which they are aware, which they believe an examiner may consider to be material to the patentability of the claims of this application, and in respect of which there may be a duty to disclose in accordance with 37 C.F.R. § 1.56.

      While this Supplemental Information Disclosure Statement may contain "material" information pursuant to 37 C.F.R. § 1.56, it is not intended to constitute an admission that any patent, publication or other information referred to herein is either "material" or "prior art" to the invention disclosed and claimed in the above-referenced application unless specifically designated as such. Applicants specifically reserve the right, where appropriate, to avoid or antedate any such reference by the appropriate arguments or showings under 37 C.F.R. § 1.131 and § 1.608, or any other appropriate means.

      This Supplemental Information Disclosure Statement is not a representation that a search has been made or that no other information material to the patentability of this invention exists.

      A completed PTO Form 1449 listing each reference which is not a U.S. Patent application is submitted herewith, and it respectfully requested that an Examiner initialed copy of the PTO Form 1449 be returned to the undersigned. A copy of each reference therein listed accompanies this Supplemental Information Disclosure Statement.

1

P ALZ 001158

Supplemental Information Disclosure Statement
Attorney's Docket No. ARC 2450 R1
Serial No. 08/937,336
Page 2 of 2

## Concise Explanation of Relevance of Non-English Language Information Items

The relevance with respect to the non-English language citations listed is submitted on the basis of the accompanying EPO search report that is in the English language.

☒ Certification as specified in 37 C.F.R. § 1.97(e) follows:

☒ *Each* item of information contained in this Supplemental Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application no more than three months prior to the filing of this statement.

The Examiner is hereby requested to consider these references and other information and make them of record in the above-referenced application. Applicants respectfully submit that the claims of this application are patentable over the above-cited references and information. Examination and allowance of this application at an early date are requested.

Respectfully submitted,

Date: September  1 , 1998          By: _Paul L. Sabatine_
                                      Paul L. Sabatine, Reg. No. 22,539

ALZA Corporation
950 Page Mill Road
PO Box 10950
Palo Alto, CA  94303-0802
(650) 494-5224

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on September  1 , 1998.

ALZA CORPORATION

BY: _Faye D. Knowles_
     Faye D. Knowles

P ALZ 001159

Sheet 1 of 1

| SUPPLEMENTAL INFORMATION DISCLOSURE CITATION | ATTORNEY'S DOCKET NO.: ARC 2450 R1 | APPLICATION NO.: 08/937,336 |
|---|---|---|
| PTO-1449 | APPLICANT: SHIVANAND, Padmaja, et al. | |
| | FILING DATE: Augst 19, 1997 | GROUP: 1615 |

OIPE JC 12 SEP 0 4 1998 PATENT & TRADEMARK

| EXAMINER'S INITIALS | PATENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| BKS | 5,017,381 | 5/21/91 | Maruyama, Frederick, et al. | A61K 9/24 | — | 5/2/90 |
| BKS | 4,327,725 | 5/4/82 | Cortest, Richard, et al. | A61M 7/00 | — | 11/25/80 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EXAMINER'S INITIALS | PATENT NO. | DATE | COUNTRY NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| BKS | FR 2620025 | 3/10/89 | Jordan, Maureen D., et al. FR | A 61K 9/24 | | 9/1/88 |
| BKS | WO 95/20946 | 8/10/95 | Ebbers, Walter, F., et al. WO | A61K 9/20 | 31/43 | 1/31/95 |
| BKS | EP 621 032 | 10/26/94 | Savastano, Louis, et al. GB EP | A61K 9/28 | A61K 9/00 | 4/14/94 |
| BKS | GB 2206047 | 12/29/88 | Wong, Patrick S. L., et al. GB | A61M 31/00 | A5B 835 836 LF | 6/15/88 |
| BKS | GB 2206 046 | 12/29/88 | Wong, Patrick S. L., et al. GB | A61M 31/00 | A5B 835 836 LF | 6/15/88 |
| BKS | FR 2598319 | 5/9/86 | Ayer, Atul D., et al. FR | A 61K 9/58 | | 5/7/87 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Brian K Szitlek  3/15/99

P ALZ 001160

PATENT COOPERATION TREAT

# PCT

### INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

#9

| Applicants or agent's file reference | **FOR FURTHER** see Notification of Transmittal of International Search Report (Form PCT/ISA/220) as well as, where applicable, item 5 below. | |
|---|---|---|
| ARC 2450 | **ACTION** | |
| International application No. | International filing date *(day/month/year)* | (Earliest) Priority Date *(day/month/year)* |
| PCT/US 97/ 13816 | 08/08/1997 | 16/08/1996 |
| Applicant | | |
| ALZA CORPORATION | | |

This International Search Report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This International Search Report consists of a total of _____3_____ sheets.

[X] It is also accompanied by a copy of each prior art document cited in this report.

1. [ ] Certain claims were found unsearchable (see Box I).

2. [ ] Unity of invention is lacking (see Box II).

3. [ ] The international application contains disclosure of a nucleotide and/or amino acid sequence listing and the international search was carried out on the basis of the sequence listing

    [ ] filed with the international application.

    [ ] furnished by the applicant separately from the international application,

        [ ] but not accompanied by a statement to the effect that it did not include matter going beyond the disclosure in the international application as filed.

    [ ] Transcribed by this Authority

4. With regard to the title, [X] the text is approved as submitted by the applicant

    [ ] the text has been established by this Authority to read as follows:

5. With regard to the abstract, [X] the text is approved as submitted by the applicant

    [ ] the text has been established, according to Rule 38.2(b), by this Authority as it appears in Box III. The applicant may, within one month from the date of mailing of this International Search Report, submit comments to this Authority.

6. The figure of the drawings to be published with the abstract is:

    Figure No. _____ [ ] as suggested by the applicant.      [X] None of the figures.

    [ ] because the applicant failed to suggest a figure.

    [ ] because this figure better characterizes the invention

Form PCT/ISA/210 (first sheet) (July 1992)

P ALZ 001161

INTERNATIONAL SEARCH REPORT

| | national Application No |
|---|---|
| | PCT/US 97/13816 |

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 6    A61K9/20    A61K9/28

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 6    A61K

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | FR 2 620 025 A (ALZA CORP) 10 March 1989<br>see page 23 - page 28; examples 1,2 | 1-3,6 |
| X | WO 95 20946 A (SMITHKLINE BEECHAM PLC<br>;EBBERS WALTER F W (CH); ZIMMER ROBERT H<br>(C) 10 August 1995<br>see page 16 - page 17; example 2 | 1,2,5-8,<br>36 |
| X | EP 0 621 032 A (CIBA GEIGY AG) 26 October<br>1994<br>see page 11; example 4 | 1,2,6,7,<br>36 |
| A | US 5 017 381 A (MARUYAMA FREDERICK ET AL)<br>21 May 1991<br>see column 6, line 20 - line 27 | 1-38 |
| | -/-- | |

| [X] Further documents are listed in the continuation of box C. | | [X] Patent family members are listed in annex. |
|---|---|---|

° Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publicationdate of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 16 February 1998 | 23/02/1998 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040, Tx. 31 651 epo nl.<br>Fax: (+31-70) 340-3016 | Boulois, D |

Form PCT/ISA/210 (second sheet) (July 1992)

P ALZ 001162

INTERNATIONAL SEARCH REPORT

International Application No

PCT/US 97/13816

C (Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document, with indication,where appropriate, of the relevant passages. | Relevant to claim No. |
|---|---|---|
| A | GB 2 206 047 A (ALZA CORP) 29 December 1988<br>see page 10, line 5 – line 15<br>see page 21 – page 25; example 1 | 1-38 |
| A | GB 2 206 046 A (ALZA CORP) 29 December 1988<br>see page 8, line 7 – line 13 | 1-38 |
| A | US 4 327 725 A (CORTESE RICHARD ET AL) 4 May 1982<br>see column 14; example 3 | 1-38 |
| A | FR 2 598 319 A (ALZA CORP) 13 November 1987<br>see page 21 – page 22; example 12 | 1-38 |

Form PCT/ISA/210 (continuation of second sheet) (July 1992)

page 2 of 2

P ALZ 001163

## INTERNATIONAL SEARCH REPORT

Information on patent family members

International Application No

PCT/US 97/13816

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| FR 2620025 A | 10-03-89 | US 4814181 A | 21-03-89 |
| | | AT 400296 B | 27-11-95 |
| | | AT 214488 A | 15-04-95 |
| | | AU 2152688 A | 09-03-89 |
| | | BE 1001184 A | 08-08-89 |
| | | CA 1288016 A | 27-08-91 |
| | | CH 676794 A | 15-03-91 |
| | | DE 3829942 A | 16-03-89 |
| | | DK 485588 A | 04-03-89 |
| | | GB 2209280 A,B | 10-05-89 |
| | | IE 61845 B | 30-11-94 |
| | | JP 1096116 A | 14-04-89 |
| | | KR 9506216 B | 12-06-95 |
| | | LU 87326 A | 08-03-89 |
| | | NL 8802180 A | 03-04-89 |
| | | NO 176902 B | 13-03-95 |
| | | SE 8803084 A | 04-03-89 |
| | | US 4915953 A | 10-04-90 |
| | | US 4915954 A | 10-04-90 |
| WO 9520946 A | 10-08-95 | EP 0742712 A | 20-11-96 |
| | | JP 9509412 T | 22-09-97 |
| EP 0621032 A | 26-10-94 | AU 6050594 A | 27-10-94 |
| | | CA 2121870 A | 24-10-94 |
| | | IL 109338 A | 20-11-97 |
| | | JP 7002648 A | 06-01-95 |
| | | NZ 260365 A | 26-08-94 |
| | | US 5681584 A | 28-10-97 |
| | | ZA 9402806 A | 26-10-94 |
| US 5017381 A | 21-05-91 | AU 7160991 A | 27-11-91 |
| | | CA 2031864 A | 03-11-91 |
| | | WO 9116884 A | 14-11-91 |
| GB 2206047 A | 29-12-88 | US 4874388 A | 17-10-89 |
| | | AU 610897 B | 30-05-91 |
| | | AU 1817088 A | 05-01-89 |
| | | CA 1297370 A | 17-03-92 |
| | | DE 3821426 A | 05-01-89 |

Form PCT/ISA/210 (patent family annex) (July 1992)

P ALZ 001164

## INTERNATIONAL SEARCH REPORT

Information on patent family members

International Application No

PCT/US 97/13816

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| GB 2206047 A | | FR 2617046 A | 30-12-88 |
| | | JP 1052458 A | 28-02-89 |
| | | MX 9203552 A | 01-09-92 |
| | | US 5499979 A | 19-03-96 |
| | | US 4957494 A | 18-09-90 |
| GB 2206046 A | 29-12-88 | AU 602221 B | 04-10-90 |
| | | AU 1816988 A | 05-01-89 |
| | | CA 1301572 A | 26-05-92 |
| | | DE 3821424 A | 05-01-89 |
| | | FR 2617045 A | 30-12-88 |
| | | JP 1052457 A | 28-02-89 |
| | | US 5391381 A | 21-02-95 |
| | | US 5340590 A | 23-08-94 |
| | | US 5023088 A | 11-06-91 |
| | | US 5110597 A | 05-05-92 |
| | | US 5236689 A | 17-08-93 |
| US 4327725 A | 04-05-82 | EP 0052917 A | 02-06-82 |
| | | JP 1316538 C | 15-05-86 |
| | | JP 57093065 A | 09-06-82 |
| | | JP 60043045 B | 26-09-85 |
| | | MX 9203553 A,B | 01-09-92 |
| FR 2598319 A | 13-11-87 | US 4842867 A | 27-06-89 |
| | | AU 621030 B | 05-03-92 |
| | | AU 7183787 A | 12-11-87 |
| | | BE 1000232 A | 20-09-88 |
| | | CA 1297368 A | 17-03-92 |
| | | CH 671696 A | 29-09-89 |
| | | DE 3715224 A | 12-11-87 |
| | | JP 2078045 C | 09-08-96 |
| | | JP 7116018 B | 13-12-95 |
| | | JP 62267221 A | 19-11-87 |
| | | JP 62298529 A | 25-12-87 |
| | | KR 9510144 B | 11-09-95 |
| | | NL 8701102 A | 01-12-87 |
| | | SE 502684 C | 11-12-95 |
| | | SE 8701900 A | 10-11-87 |
| | | US 4986987 A | 22-01-91 |

Form PCT/ISA/210 (patent family annex) (July 1992)

P ALZ 001165

INTE    ATIONAL SEARCH REPORT

Ii    ation on patent family members

| | | | |
|---|---|---|---|
| | | | national Application No<br>.·T/US 97/13816 |

| Patent document<br>cited in search report | Publication<br>date | Patent family<br>member(s) | Publication<br>date |
|---|---|---|---|
| FR 2598319  A | | US  4948592 A<br>US  5200196 A<br>US  5141752 A | 14-08-90<br>06-04-93<br>25-08-92 |

P ALZ 001166

GAU 161F

| TRANSMITTAL OF INFORMATION DISCLOSURE STATEMENT<br>(Under 37 CFR 1.97(b) or 1.97(c)) | Docket No.<br>ARC 2450 RI |
|---|---|

In Re Application Of: SHIVANAND, Padmaja, et al.

| Serial No.<br>08/937,336 | Filing Date<br>August 19, 1997 | Examiner<br>B. Seidleck | Group Art Unit<br>1615 |
|---|---|---|---|

Title:

**DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG**

Address to:
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

RECEIVED
SEP 0 8 1999
GROUP 1800

**37 CFR 1.97(b)**

1. ☐  The Information Disclosure Statement submitted herewith is being filed within three months of the filing of a national application; within three months of the date of entry of the national stage as set forth in 37 CFR 1.491 in an international application; or before the mailing date of a first Office Action on the merits, whichever event occurs last.

**37 CFR 1.97(c)**

2. ☒  The Information Disclosure Statement submitted herewith is being filed after three months of the filing of a national application, or the date of entry of the national stage as set forth in 37 CFR 1.491 in an international application; or after the mailing date of a first Office Action on the merits, whichever occurred last but before the mailing date of either:

    1.    a Final Action under 37 CFR 1.113, or

    2.    a Notice of Allowance under 37 CFR 1.311,

    whichever occurs first.

Also submitted herewith is:

☒  a certification as specified in 37 CFR 1.97(e);

        **OR**

☐  the fee set forth in 37 CFR 1.17(p) for submission of an Information Disclosure Statement under 37 CFR 1.97(c).

Copyright 1996 Legalsoft

P1GA/REV01

| TRANSMITTAL OF INFORMATION DISCLOSURE STATEMENT (Under 37 CFR 1.97(b) or 1.97(c)) | Docket No. ARC 2450 R1 |
|---|---|

In Re Application Of:   SHIVANAND, Padmaja, et al.

| Serial No. 08/937,330 | Filing Date August 19,1997 | Examiner B. Seidleck | Group Art Unit 1615 |
|---|---|---|---|

Title:

**DOSAGE FORM FOR PROVIDING ASCENDING DOSE OF DRUG**

RECEIVED
SEP 0 8 1999
GROUP 1500

### Payment of Fee
(Only complete if Applicant elects to pay the fee set forth in 37 CFR 1.17(p))

☐ A check in the amount of _____ is attached.

☒ The Assistant Commissioner is hereby authorized to charge and credit Deposit Account No. 01-1173 as described below. A duplicate copy of this sheet is enclosed.

    ☐ Charge the amount of _____

    ☒ Credit any overpayment.

    ☒ Charge any additional fee required.

| Certificate of Transmission by Facsimile* | Certificate of Mailing by First Class Mail |
|---|---|
| I certify that this document and authorization to charge deposit account is being facsimile transmitted to the United States Patent and Trademark Office (Fax. No. _____) on _____ (Date)  Signature  Typed or Printed Name of Person Signing Certificate | I certify that this document and fee is being deposited on Sept. 1, 1998 with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.  Faye D. Knowles Signature of Person Mailing Correspondence  Faye D. Knowles Typed or Printed Name of Person Mailing Correspondence |

*This certificate may only be used if paying by deposit account.

Signature

Dated: Sept. 1, 1998

Paul L. Sabatine, Registration No. 22,539

cc:

Copyright 1996 Legalsoft

P10A/REV01

#10

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) (Large Entity) | Docket No. ARC 2450 R1 |
|---|---|

In Re Application Of:   SHIVANAND, Padmaja, et al.

| Serial No. 08/937,336 | Filing Date August 19, 1997 | Examiner B. Seidleck | Group Art Unit 1615 |
|---|---|---|---|

Invention:

**OSMOTIC DOSAGE FORMS FOR DELIVERING DRUG AT AN ASCENDING RATE OVER A PROLONGED PERIOD OF TIME (As amended)**

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a response to the Office Action of ___June 19, 1998.___
          *Date*

The requested extension is as follows (check time period desired):

☐ One month    ☐ Two months    ☒ Three months    ☐ Four months    ☐ Five months

from: ___September 19, 1998___    until: ___December 19, 1998___
        *Date*                       *Date*

The fee for the extension of time is    $950    and is to be paid as follows:

☐ A check in the amount of the fee is enclosed.

☒ The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account No. 01-1173
A duplicate copy of this sheet is enclosed.

☒ If an additional extension of time is required, please consider this a petition therefor and charge any additional fees which may be required to Deposit Account No. 01-1173
A duplicate copy of this sheet is enclosed.

*Susan K. Thomas*
      *Signature*

Dated: *12-18-98*

Susan K. Thomas, Reg. No. 39,780
**Attorney for Applicants**
**ALZA Corporation**
**950 Page Mill Road**
**P.O. Box 10950**
**Palo Alto, CA 94303-0802**
**(650) 494-5171**

12/28/1998 ANOHAWKE 00000301 011173 08937336
01 FC:117    870.00 CH

cc:

I certify that this document and fee is being deposited on *Dec. 18, 1998* with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

*Faye D. Knowles*
*Signature of Person Mailing Correspondence*

**Faye D. Knowles**
*Typed or Printed Name of Person Mailing Correspondence*

P12LARGE/REV06

P ALZ 001169

ARC 2450R1

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on December *16* , 1998.

ALZA CORPORATION                    *Faye D. Knowles*
                                    Faye D. Knowles

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : Shivanand, et al. | ) |
| | | ) |
| Serial No. | : 08/937,336 | ) Art Unit: 1615 |
| | | ) |
| Filed on | : August 19, 1997 | ) Examiner: B. Seidleck |
| | | ) |
| For | : OSMOTIC DOSAGE FORMS ) | AMENDMENT A |
| | FOR DELIVERING DRUG AT ) | |
| | AN ASCENDING RATE OVER) | |
| | A PROLONGED PERIOD ) | |
| | OF TIME (As amended) ) | |

Assistant Commissioner for Patents
Washington, DC 20231

Dear Commissioner:

This amendment is presented in response to the communication of June 19, 1998, of the Patent and Trademark Office. Please enter this amendment into the record of the above-identified application, make the indicated amendments, and pass the application to issue at the earliest convenience of the Patent and Trademark Office.

### IN THE SPECIFICATION

Please delete the title and insert the following:

--OSMOTIC DOSAGE FORMS FOR DELIVERING DRUG AT AN ASCENDING RATE OVER A PROLONGED PERIOD OF TIME--

Please delete the abstract and insert the following:

1

P ALZ 001170

ARC 2450R1

— Dosage forms comprising two drug composition layers and an osmotic push layer surrounded by a semipermeable wall and shaped and adapted such that the three layers cooperate to release drug from the dosage form at a substantially ascending rate over a prolonged period of time are disclosed. The inventive dosage forms are useful for providing drug therapy that maintains effectiveness over a prolonged period due to the achievement of an increasing plasma concentration of drug over time resulting from the ascending release rate of drug from the dosage form.--

## IN THE CLAIMS

Please cancel, without prejudice and without disclaimer, claims 1-11, 39 and 41.

Please amend claims 12, 24, 36, 38 and 40 as follows:

12. (amended)     A dosage form comprising:
   (a) a first layer comprising 10 ng to 300 mg of a drug;
   (b) a second layer comprising 50 ng to 500 mg of a drug, which second layer comprises more drug than the first layer;
   (c) a third layer for displacing the first layer followed by the second layer from the dosage form;
   (d) a wall that surrounds the three layers; and,
   (e) a passageway in the wall communicating with the first drug layer for delivering the first drug layer followed by the second drug layer from the dosage form wherein said components (a) through (d) are shaped and adapted to interact cooperatively such that drug is released from the dosage form at a rate per unit time that ascends substantially continuously for a prolonged period of time.

24. (amended)     A dosage form comprising:

2

P ALZ 001171

ARC 2450R1

(a)  a first layer comprising a dose of 10 ng to 300 mg of
methylphenidate;

(b)  a second layer comprising a dose of 50 ng to 500 mg of
methylphenidate, which second layer comprises a larger dose of
methylphenidate than the first layer;

(c)  a third layer comprising a composition that expands and displaces
the first layer followed by the second layer from the dosage form;

(d)  a wall that surrounds the three layers, which wall is permeable to
fluid and impermeable to methylphenidate; and,

(e)  a passageway in the wall communicating with the first layer for
delivering the first and consecutively the second layers from the
dosage form <u>wherein said components (a) through (d) are shaped
and adapted to interact cooperatively such that drug is released
from the dosage form at a rate per unit time that ascends
substantially continuously for a prolonged period of time.</u>

36.  (amended)     A method for maintaining the therapeutic effect of a drug
in a patient that develops tolerance to the drug, wherein the method comprises:

(a)     administering to the patient an osmotic dosage form comprising:

(1) a first layer comprising 10 ng to 300 mg of a drug;

(2) second layer comprising 50 ng to 500 mg of drug present in a greater
concentration than the drug concentration in the first layer;

(3) a third layer comprising a composition that in the presence of fluid
expanded and pushed the first and second layer from the dosage
form;

(4) a wall that surrounds the three layers comprising a composition
permeable to fluid and impermeable to drug; and

(5) a passageway in the wall [corresponding]communicating with the first
layer for delivering the first layer then the second layer from the
dosage form <u>wherein said components (1) through (4) are shaped and</u>

3

P ALZ 001172

ARC 2450R1

adapted to interact cooperatively such that drug is released from the dosage form at a rate per unit time that ascends substantially continuously for a prolonged period of time;

(b) admitting fluid into the dosage form causing the third layer to expand and push the first layer then the second layer from the dosage form; and thereby

(c) administering an increasing dose over an extended time to maintain the therapeutic effect in the patient.

38. (amended)    A method for treating attention deficit disorder in a human, wherein the method comprises:

(a) administering to the human orally a dosage form comprising:

(1) a first layer comprising a dose of methylphenidate;

(2) a second layer comprising a larger dose of methylphenidate;

(3) a third layer comprising a composition that expands and pushes the first and second layers from the dosage form;

(4) a wall that surrounds the three layers comprising a composition permeable to fluid and impermeable to drug; and

(5) an orifice in the wall connecting with the first layer for [delivery]delivering the first layer followed by the second layer from the dosage form wherein said components (1) through (4) are shaped and adapted to interact cooperatively such that drug is released from the dosage form at a rate per unit time that ascends substantially continuously for a prolonged period of time;

(b) imbibing fluid into the dosage form causing the third layer to expand and push the first layer then the second layer from the dosage form; and thereby

4

ARC 2450R1

(c)  continuously administering an ascending dose of methylphenidate to the human for treating attention deficit disorder.

40.  (amended)    A dosage form tablet for oral administration of methylphenidate to a human, wherein the dosage form tablet comprises:

    (a)  a first layer comprising 10 ng to 350 mg of methylphenidate;

    (b)  a second layer comprising 10 ng to 500 mg of methylphenidate;

    (c)  a third layer comprising 15 ng to 450 mg of a hydrophilic polymer;

(d)  a wall comprising a semipermeable composition that surrounds the first, second and third layers;

(e)  a passageway in the wall communicating with the first layer for delivering the first layer followed by the second layer from the dosage form tablet wherein said components (a) through (d) are shaped and adapted to interact cooperatively such that drug contained within said first and second layers is released from the dosage form at a rate per unit time that ascends substantially continuously for a prolonged period of time; and

(f)  an overcoat comprising 10 ng to 20 mg of methylphenidate on the exterior surface of the wall.

## REMARKS

Claims 1-41 were pending. By this paper, a new title and abstract are submitted; claims 1-11, 39 and 41 are canceled; and claims 12, 24, 36, 38 and 40 are amended. No new matter has been added. The rejections of presently pending claims 12-38 and 40 are traversed for the reasons detailed below. Reconsideration and allowance of these claims is respectfully requested.

The Examiner noted that the drawings, described at page 7 of the specification, were not included with the application. To correct this inadvertent

5

P ALZ 001174

ARC 2450R1

omission, Figures 1 and 2, as described in the specification as originally filed, are submitted herewith. No new matter has been added.

The Examiner objected to the title and the abstract of the originally filed application. By this paper, a new title and abstract are submitted.

Claim 41 was rejected under Sections 101 and 112 of 35 U.S.C. By this paper, claim 41 is canceled such that the rejections are moot.

Claims 1-5 were rejected under 35 U.S.C. §102(b). By this paper, claims 1-5 are canceled such that the rejection is moot.

Presently pending claims 12-38 and 40 stand rejected as unpatentable under 35 U.S.C. § 103 over the combined teachings of US Patent No. 4,814,181 issued to Jordan et al. ("Jordan"); US Patent No. 4,449,983 issued to Cortese et al. ("Cortese"); and US Patent No. 5,082,668 issued to Wong et al. ("Wong"). This rejection is respectfully traversed as the subject matter as a whole would have been nonobvious at the time the invention was made to a person having ordinary skill in the art to which the claimed subject matter pertains.

According to the Examiner, Jordan teaches a first drug layer and a second drug layer for delivery from a dosage form. The Examiner concedes that Jordan does not teach a three layer dosage form having a first drug layer, a second drug layer and a third push layer but cites Wong and Cortese for teaching a push layer. Consequently, the Examiner asserts that incorporation of such a third push layer into the Jordan dosage form would have been obvious "because the expected result would have been further removal of the drug active(s) through the exit port." Although the cited "expected result" may be so achieved, Applicants note that this result is NOT the important result that was sought by Applicants, subsequently achieved and disclosed and claimed in the instant application, i.e., a dosage form adapted to release drug at a rate per unit time that ascends substantially continuously for a prolonged period of time. For this reason, Applicants believe that

6

ARC 2450R1

no motivation to combine the references in the manner suggested by the Examiner exists and withdrawal of the rejection is respectfully solicited.

In addition, Applicants believe that the combination suggested by the Examiner does not achieve Applicants' claimed subject matter such that said subject matter would have been rendered obvious by the cited combination. In particular, Jordan teaches dosage forms having a first and second drug-containing layer wherein the first drug layer constitutes a "fast-releasing lamina" and the second drug layer constitutes a "slow-releasing lamina." As defined in the specification, the fast-releasing lamina permits release of drug "almost immediately," i.e., in a time period ranging from 1 minute to about 2 hours, and the slow-releasing lamina permits drug to be released at a controlled <u>continuous</u> rate for a prolonged time period. The object is to deliver an "instant" first dose of drug followed by a slow and <u>constant</u> delivery of the second dose of drug. Although Jordan is directed to dosage forms having a fast-release layer and a slow-release layer such that drug is released at <u>different</u> rates per unit time from the different layers, i.e., relatively faster and relatively slower, Jordan does not teach or suggest that "drug contained within the first and second layers is released from the dosage form at a rate per unit time that ascends substantially continuously for a prolonged period of time," as disclosed and claimed by Applicants. Applicants note that Figures 3-7 of Jordan illustrate the (ascending) <u>cumulative quantity</u> (mg) of drug released over time, however, this ascending *quantity of drug released* is not the same as, and not to be confused with, a *drug release rate (mg/hr)* that ascends substantially continuously for a prolonged period as described and shown in the instant application (Figures 1 and 2).

As noted by the Examiner, Wong teaches a *single* drug composition layer aligned with a push layer and surrounded by a semipermeable wall wherein the push layer imbibes fluid, expands and thereby pushes drug through a passageway in the wall. Wong, like Jordan, teaches the achievement of a <u>constant</u> release rate of drug (see, e.g., Figure 10) from the single drug composition layer ("These push-pull systems operate favorably in a region where the drug compartment formulates drug

7

P ALZ 001176

ARC 2450R1

in suspension at a constant rate and wherein the push compartment dispenses this formulation at a constant rate." Col. 26, lines 7-10.) Cortese, on the other hand, teaches the *simultaneous* delivery of two drug composition layers positioned on either side of a single push layer, i.e., EACH of the two drug composition layers is positioned adjacent to the push layer to thereby be directly subjected to the pushing force. Neither Wong nor Cortese teach or suggest that two drug composition layers can be positioned next to each other and delivered *sequentially* from a dosage form also containing a third push layer positioned adjacent to *only* the second drug composition layer. Such a result is neither sought nor achieved in any of the three references relied upon by the Examiner, nor by the combination of these references.

Applicants respectfully submit that the incorporation of a third push layer into the Jordan dosage form, as suggested by the Examiner, could not be reasonably expected to successfully achieve Applicants' claimed subject matter. Because the third layer requires a period of time to imbibe fluid and expand, the incorporation of the third layer would likely have no effect on the almost immediate release of drug from the first, fast-releasing lamina and, thus, would potentially only affect release from the second, slow-releasing lamina. Exactly what, if any, effect would be expected, however, would depend on many factors relating to the interaction of the various components of the dosage form, i.e., the release rate-controlling factor could end up being determined by either the characteristics of the slow-releasing lamina or the third push layer independently of the other or the release rate might depend on some combination of the characteristics of the two layers. The third layer might have no effect at all on drug release from the dosage form or might have various other effects such as, for example, increasing (or decreasing) the total *quantity* of drug released or causing an undesired "merging" of the first and second drug layers due to the additional applied pushing force on the second drug layer. Consequently, the rate of drug release from either or both of the drug layers of Jordan may or may not be affected by incorporation of a third push layer. For these reasons, Applicants

8

ARC 2450R1

believe that the proposed combination would not have rendered obvious Applicants' claimed subject matter and withdrawal of the rejection is respectfully solicited.

Applicants have invented a dosage form wherein the three layer components and the surrounding semipermeable wall *are shaped and adapted to interact cooperatively such that drug contained within the first and second layers is released from the dosage form at a rate per unit time that ascends substantially continuously for a prolonged period of time.* The claims have been amended to clarify the distinctive features and Applicants believe that the subject matter of the presently pending claims, as amended herein, is patentable over the combination of references relied on by the Examiner. Withdrawal of the rejection and allowance of presently pending claims, 12-38 and 40, is respectfully requested.

In summary, this application is believed to be in condition for prompt allowance. Should any further changes be deemed necessary, the Examiner is invited to contact the undersigned attorney at the telephone number provided.

Respectfully submitted,

Dated: December 18, 1998

Susan K. Thomas, Reg. No. 39,780
Attorney for Applicants

ALZA Corporation
950 Page Mill Road
(P.O. Box 10950)
Palo Alto, CA 94303-0802
(650) 494-5171

9

P ALZ 001178

| AMENDMENT TRANSMITTAL LETTER (Large Entity) | Docket No. |
|---|---|
| Applicant(s):  SHIVANAND, Padmaja, et al. | ARC 2450 RI |

| Serial No. | Filing Date | Examiner | Group Art Unit |
|---|---|---|---|
| 08/937,336 | August 19, 1997 | B. Seidleck | 1615 |

Invention:

OSMOTIC DOSAGE FORMS FOR DELIVERING DRUG AT AN ASCENDING RATE OVER A PROLONGED PERIOD OF TIME (As amended)

*DEC 23 1998*

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

Transmitted herewith is an amendment in the above-identified application.

The fee has been calculated and is transmitted as shown below.

#### CLAIMS AS AMENDED

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST # PREV. PAID FOR | NUMBER EXTRA CLAIMS PRESENT | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|
| TOTAL CLAIMS | 28 | 41 | 0 | x  $18.00 | $0.00 |
| INDEP. CLAIMS | 5 | 8 | 0 | x  $78.00 | $0.00 |
| Multiple Dependent Claims (check if applicable)   ☐ | | | | | $0.00 |
| | | | TOTAL ADDITIONAL FEE FOR THIS AMENDMENT | | $0.00 |

☒ No additional fee is required for amendment.

☐ Please charge Deposit Account No.                          in the amount of
    A duplicate copy of this sheet is enclosed.

☐ A check in the amount of                  to cover the filing fee is enclosed.

☒ The Commissioner is hereby authorized to charge payment of the following fees associated with this
    communication or credit any overpayment to Deposit Account No.   01-1173
    A duplicate copy of this sheet is enclosed.
    ☒ Any additional filing fees required under 37 C.F.R. 1.16.
    ☒ Any patent application processing fees under 37 CFR 1.17.

*Susan K. Thomas*
_____
Signature

Dated: 12-18-98

Susan K. Thomas, Reg. No. 39,780
Attorney for Applicants
ALZA Corporation
950 Page Mill Road
P.O. Box 10950
Palo Alto, CA  94303-0802
(650) 494-5171

I certify that this document and fee is being deposited on Dec. 18, 1998 with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

*Faye D. Knowles*
_____
Signature of Person Mailing Correspondence

Faye D. Knowles
_____
Typed or Printed Name of Person Mailing Correspondence

cc:

P11LARGE/REV06

P ALZ 001179

| **AMENDMENT TRANSMITTAL LETTER (Large Entity)** | Docket No. |
|---|---|
| Applicant(s):  SHIVANAND, Padmaja, et al. | **ARC 2450 R1** |

| Serial No. | Filing Date | Examiner | Group Art Unit |
|---|---|---|---|
| 08/937,336 | August 19, 1997 | B. Seidleck | 1615 |

Invention:

OSMOTIC DOSAGE FORMS FOR DELIVERING DRUG AT AN ASCENDING RATE OVER A PROLONGED
PERIOD OF TIME (As amended)

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

Transmitted herewith is an amendment in the above-identified application.
The fee has been calculated and is transmitted as shown below.

| CLAIMS AS AMENDED | | | | | |
|---|---|---|---|---|---|
| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST # PREV. PAID FOR | NUMBER EXTRA CLAIMS PRESENT | RATE | ADDITIONAL FEE |
| TOTAL CLAIMS | 28 - | 41 = | 0 | x  $18.00 | $0.00 |
| INDEP. CLAIMS | 5 - | 8 = | 0 | x  $78.00 | $0.00 |
| Multiple Dependent Claims (check if applicable) ☐ | | | | | $0.00 |
| TOTAL ADDITIONAL FEE FOR THIS AMENDMENT | | | | | $0.00 |

☒ No additional fee is required for amendment.
☐ Please charge Deposit Account No.                    in the amount of
   A duplicate copy of this sheet is enclosed.
☐ A check in the amount of              to cover the filing fee is enclosed.
☒ The Commissioner is hereby authorized to charge payment of the following fees associated with this
   communication or credit any overpayment to Deposit Account No.   01-1173
   A duplicate copy of this sheet is enclosed.
   ☒ Any additional filing fees required under 37 C.F.R. 1.16.
   ☒ Any patent application processing fees under 37 CFR 1.17.

_Susan K. Thomas_
       *Signature*                          Dated: 12-18-98

Susan K. Thomas, Reg. No. 39,780
Attorney for Applicants
ALZA Corporation
950 Page Mill Road
P.O. Box 10950
Palo Alto, CA  94303-0802
(650) 494-5171

cc:

I certify that this document and fee is being deposited
on  Dec. 18, 1998 with the U.S. Postal Service as
first class mail under 37 C.F.R. 1.8 and is addressed to the
Assistant Commissioner for Patents, Washington, D.C.
20231.

_Faye D. Knowles_
*Signature of Person Mailing Correspondence*

**Faye D. Knowles**
*Typed or Printed Name of Person Mailing Correspondence*

P11LARGE/REV06

P ALZ 001180

GAV - 1615 ‡

| CERTIFICATE OF MAILING BY FIRST CLASS MAIL (37 CFR 1.8) | | | Docket No. |
|---|---|---|---|
| Applicant(s):  SHIVANAND, Padmaja, et al. | | | ARC 2450 R1 |
| Serial No. | Filing Date | Examiner | Group Art Unit |
| 08/937,336 | August 19, 1997 | B. Seidleck | 1615 |

Invention:

**OSMOTIC DOSAGE FORMS FOR DELIVERING DRUG AT AN ASCENDING RATE OVER A PROLONGED PERIOD OF TIME (As amended)**

I hereby certify that this    Pet. for Ext. of Time (1 pp.); Amendment Trans. Letter (1 pp.); Amendment A (9 pp.); Drawings (2 sheets); and Postcard

*(Identify type of correspondence)*

is being deposited with the United States Postal Service as first class mail in an envelope addressed to: The

Assistant Commissioner for Patents, Washington, D.C. 20231 on   12|18|98   *(Date)*

Faye D. Knowles
*(Typed or Printed Name of Person Mailing Correspondence)*

*(Signature of Person Mailing Correspondence)*

RECEIVED

Note: Each paper must have its own certificate of mailing. DEC 2 8 1998

P07A/REV03

P ALZ 001181

MAR. 17. 1999  4:02PM    ALZA                           NO. 8366   P. 3

Attorney's Docket No. ARC 2450 R1
Serial No. 08/837,336
Amendment B

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant    :   Shivanand, et al.                )
                                                    )         *12/Suppl B*
Serial No.   :   08/837,336                        )    Art Unit: 1615
                                                    )
Filed on     :   August 19, 1997                   )    Examiner: B. Seidleck
                                                    )
For          :   OSMOTIC DOSAGE FORMS )    AMENDMENT B        *Bct*
                 FOR DELIVERING DRUG AT )                     *3-19-99*
                 AN ASCENDING RATE OVER)
                 A PROLONGED PERIOD     )                 *RFCeived*
                 OF TIME                )
                                                         *MAR 1 7 1999*

Assistant Commissioner for Patents
Washington, DC 20231                                     *GROUP 1600*

Dear Commissioner:

     Applicants thank Examiner Seidleck for the telephone interview with Susan
Thomas on March 17, 1999 with regard to the above-identified application. Pursuant
to that interview, agreement was reached that the following amendments would
place the application in condition for immediate allowance. Applicants respectfully
solicit entry of the following amendments to the claims.

### IN THE CLAIMS

     Please amend claims 12, 24, 36, 38 and 40 as follows:

     12. (twice amended)    A dosage form comprising:

          (a) a first drug layer comprising 10 ng to 300 mg of a drug;

          (b) a second drug layer comprising 50 ng to 500 mg of a drug, which
              second layer comprises more drug than the first layer;

*B¹*

1

P. ALZ 001182

MAR. 17. 1999  4:02PM    ALZA                              NO. 8366   P. 4

Attorney's Docket No. ARC 2450 R1
Serial No. 08/937,336
Amendment B

(c)  a third layer [for displacing]comprising a composition that expands and displaces the first drug layer followed by the second drug layer from the dosage form;

(d)  a wall that surrounds the three layers, which wall is permeable to fluid and impermeable to drug; and,

(e)  a passageway in the wall communicating with the first drug layer for delivering the first drug layer followed by the second drug layer from the dosage form wherein said components (a) through (d) are shaped and adapted to interact cooperatively such that drug is released from the dosage form at a rate per unit time that ascends substantially continuously for a prolonged period of time.

13.  (twice amended)       A dosage form comprising:

(a)  a first drug layer comprising a dose of 10 ng to 300 mg of methylphenidate;

(b)  a second drug layer comprising a dose of 50 ng to 500 mg of methylphenidate, which second layer comprises a larger dose of methylphenidate than the first layer;

(c)  a third layer comprising a composition that expands and displaces the first drug layer followed by the second drug layer from the dosage form;

(d)  a wall that surrounds the three layers, which wall is permeable to fluid and impermeable to methylphenidate; and,

(e)  a passageway in the wall communicating with the first layer for delivering the first and consecutively the second layers from the dosage form wherein said components (a) through (d) are shaped and adapted to interact cooperatively such that drug is released from the dosage form at a rate per unit time that ascends substantially continuously for a prolonged period of time.

2

P ALZ 001183

MAR. 17. 1999  4:02PM    ALZA                          NO. 8366    P. 5

Attorney's Docket No. ARC 2450 R1
Serial No. 08/937,336
Amendment B

25  26. (twice amended)      A method for maintaining the therapeutic effect of
a drug in a patient that develops tolerance to the drug, wherein the method
comprises:

(a)     administering to the patient an osmotic dosage form comprising:

    (1) a first drug layer comprising 10 ng to 300 mg of a drug;

    (2) second drug layer comprising 50 ng to 500 mg of drug present in a
    greater concentration than the drug concentration in the first layer;

    (3) a third layer comprising a composition that in the presence of fluid
    [expanded]expands and [pushed]pushes the first drug layer and
    second drug layer from the dosage form;

    (4) a wall that surrounds the three layers comprising a composition
    permeable to fluid and impermeable to drug; and

    (5) a passageway in the wall communicating with the first layer for
    delivering the first layer then the second layer from the dosage form
    wherein said components (1) through (4) are shaped and adapted to
    interact cooperatively such that drug is released from the dosage form
    at a rate per unit time that ascends substantially continuously for a
    prolonged period of time;

(b)     admitting fluid into the dosage form causing the third layer to expand
    and push the first layer then the second layer from the dosage form;
    and thereby

(c)     administering an increasing dose over an extended time to maintain
    the therapeutic effect in the patient.

27  36. (twice amended)      A method for treating attention deficit disorder in a
human, wherein the method comprises:

(a)     administering to the human orally a dosage form comprising:

    (1) a first drug layer comprising a dose of methylphenidate;

    (2) a second drug layer comprising a larger dose of methylphenidate;

    (3) a third layer comprising a composition that expands and pushes the
    first and second drug layers from the dosage form;

3

P ALZ 001184

MAR. 17. 1999  4:02PM     ALZA

NO. 8366   P. 6

Attorney's Docket No. ARC 2450 R1
Serial No. 08/937,336
Amendment B

(4) a wall that surrounds the three layers comprising a composition permeable to fluid and impermeable to drug; and

(5) an orifice in the wall connecting with the first layer for delivering the first layer followed by the second layer from the dosage form wherein said components (1) through (4) are shaped and adapted to interact cooperatively such that drug is released from the dosage form at a rate per unit time that ascends substantially continuously for a prolonged period of time;

(b)  imbibing fluid into the dosage form causing the third layer to expand and push the first layer then the second layer from the dosage form; and thereby

(c)  continuously administering an ascending dose of methylphenidate to the human for treating attention deficit disorder.

40. (twice amended)      A dosage form tablet for oral administration of methylphenidate to a human, wherein the dosage form tablet comprises:

(a)  a first drug layer comprising 10 ng to 350 mg of methylphenidate;

(b)  a second drug layer comprising 10 ng to 500 mg of methylphenidate;

(c)  a third layer comprising 15 ng to 450 mg of a hydrophilic polymer;

(d)  a wall comprising a semipermeable composition that surrounds the first, second and third layers;

(e)  a passageway in the wall communicating with the first layer for delivering the first layer followed by the second layer from the dosage form tablet wherein said components (a) through (d) are shaped and adapted to interact cooperatively such that drug contained within said first and second layers is released from the dosage form at a rate per unit time that ascends substantially continuously for a prolonged period of time; and

(f)  an overcoat comprising 10 ng to 20 mg of methylphenidate on the exterior surface of the wall.

4

P ALZ 001185

MAR. 17. 1999  4:03PM    ALZA

NO. 8366    P. 7

Attorney's Docket No. ARC 2450 R1
Serial No. 08/937,336
Amendment B

### REMARKS

Claims 12-38 and 40 were pending. By this paper, the independent claims are amended to contain consistent syntax and appropriate antecedent bases. These amendments are not undertaken for any purpose related to prior art. In view of the amendments herein, this application is believed to be in condition for prompt allowance and such is respectfully solicited. Should any further changes be deemed necessary, the Examiner is invited to contact the undersigned attorney.

Respectfully submitted,

Dated: March 17, 1999

Susan K. Thomas, Reg. No. 38,780
Attorney for Applicants

ALZA Corporation
950 Page Mill Road
(P.O. Box 10950)
Palo Alto, CA  94303-0802
(650) 494-5171

5

P ALZ 001186

MAR. 17. 1999  4:01PM    ALZA                                    NO. 8366   P. 2

| AMENDMENT TRANSMITTAL LETTER (Large Entity) Applicant(s):  SHIVANAND, et al. | | Docket No. ARC 2450 R1 |
|---|---|---|

| Serial No. 08/937,336 | Filing Date August 19, 1997 | Examiner B. Seidleck | Group Art Unit 1615 |
|---|---|---|---|

Invention:

**OSMOTIC DOSAGE FORMS FOR DELIVERING DRUG AT AN ASCENDING RATE OVER A PROLONGED PERIOD OF TIME**

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

Transmitted herewith is an amendment in the above-identified application.
The fee has been calculated and is transmitted as shown below.

**RECEIVED**
MAR 1 7 1999
GROUP 1500

#### CLAIMS AS AMENDED

|  | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST # PREV. PAID FOR | | NUMBER EXTRA CLAIMS PRESENT | RATE | | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| TOTAL CLAIMS | 28 | - | 41 | " | 0 | x | $18.00 | $0.00 |
| INDEP. CLAIMS | 5 | - | 8 | " | 0 | x | $78.00 | $0.00 |
| Multiple Dependent Claims (check if applicable) ☐ | | | | | | | | $0.00 |
| TOTAL ADDITIONAL FEE FOR THIS AMENDMENT | | | | | | | | $0.00 |

☒  No additional fee is required for amendment.

☐  Please charge Deposit Account No.                    in the amount of
   A duplicate copy of this sheet is enclosed.

☐  A check in the amount of              to cover the filing fee is enclosed.

☒  The Commissioner is hereby authorized to charge payment of the following fees associated with this
   communication or credit any overpayment to Deposit Account No.   01-1173
   A duplicate copy of this sheet is enclosed.
   ☒  Any additional filing fees required under 37 C.F.R. 1.16.
   ☒  Any patent application processing fees under 37 CFR 1.17.

_Susan K Thomas_                Dated:  March 17, 1999
        Signature

Susan K. Thomas, Reg. No. 39,780
Attorney for Applicants
ALZA Corporation
950 Page Mill Road
P.O. Box 10950
Palo Alto, CA  94303-0802
(650) 494-5171

cc:

P11LARGE/REV03

P ALZ 001187

MAR. 17. 1999  4:01PM   ALZA                          NO. 8366   P. 1

| CERTIFICATE OF TRANSMISSION BY FACSIMILE (37 CFR 1.8) | Docket No. |
|---|---|
| Applicant(s):   SHIVANAND, et al. | ARC-2450 R1 |

| Serial No. | Filing Date | Examiner | Group Art Unit |
|---|---|---|---|
| 08/937,336 | August 19, 1997 | B. Seidleck | 1615 |

Invention:

**OSMOTIC DOSAGE FORMS FOR DELIVERING DRUG AT AN ASCENDING RATE OVER A PROLONGED
PERIOD OF TIME**

**RECEIVED**

**MAR 1 7 1999**

**GROUP 1600**

I hereby certify that this _____ Amendment Trans. Letter (1 pp); Amendment B (5 pp) _____
                                           *(Identify type of correspondence)*

is being facsimile transmitted to the United States Patent and Trademark Office (Fax. No.   (703) 305-7924

on _____ **March 17 1999** _____
              *(Date)*

Faye D. Knowles
*(Typed or Printed Name of Person Signing Certificate)*

*Faye D. Knowles*
*(Signature)*

Note: Each paper must have its own certificate of mailing.

Copyright 1994 LegalSoft                                            P18/REV01

P ALZ 001188



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/937,336 | 08/19/97 | SHIVANAND | P    ARC2450R1 |

EXAMINER

HM22/0323

SEIDLECK, B

| ART UNIT | PAPER NUMBER |
|---|---|
| 1615 | 13 |

PAUL L SABATINE
ALZA CORPORATION
PO BOX 10950
950 PAGE MILL ROAD
PALO ALTO CA 94303-0802

DATE MAILED:
03/23/99

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
*U.S. GPO: 1998-437-635/80022

1- File Copy

P ALZ 001189

| ***Notice of Allowability*** | Application No.<br>08/937,336 | Applicant(s)<br>Shivanand et al. |
|---|---|---|
| | Examiner<br>Brian K. Seidleck | Group Art Unit<br>1615 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to _3/17/99_

☒ The allowed claim(s) is/are _12-38 and 40_

☒ The drawings filed on _Dec 23, 1998_ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☒ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☐ Notice of References Cited, PTO-892

    ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _8 & 9_

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☐ Interview Summary, PTO-413

    ☐ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☐ Examiner's Statement of Reasons for Allowance

THURMAN K. PAGE
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 1600

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)                Notice of Allowability            Part of Paper No. _13_



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

PAUL J. SUGATHE
ALZA CORPORATION
PO BOX 10950
950 PAGE MILL ROAD
PALO ALTO CA 94303-0802

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/937,336 | 08/19/97 | 028 | BEDNAREK, B | 1618 | 03/23/99 |

| First Named Applicant | SHIVANAND, | 35 USC 154(b) term ext. = | 0 days. |
|---|---|---|---|

TITLE OF INVENTION: EROTIC DOSAGE FORMS FOR DELIVERING DRUG AT AN ASCENDING RATE (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| ARC9450R1 | 424-473.000 | D73 | UTILITY | YES | $1265.00 | 06/23/99 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN *THREE MONTHS* FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.  *THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.
  If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown above.

  If the SMALL ENTITY is shown as NO:

  A. Pay FEE DUE shown above, or

  B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
  Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.***

**PATENT AND TRADEMARK OFFICE COPY**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

P ALZ 001191



*Gp 1613*

Patent
235/097

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re the Application of:

Peng C. Tang, et al

Serial No.: 09/129,139

Filed:  August 8, 1998

For:  Tricyclic Quinoxaline Derivatives as
Protein Tyrosine Kinase Inhibitors

Group Art Unit: 1613

Examiner:  Michael G. Ambrose

### TRANSMITTAL LETTER

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

Transmitted herewith is the Response to Office Action Mailed March 3, 1999 for the above-identified
application.

☒   The Commissioner is authorized to charge Counsel's Deposit Account No. 12-2475 for any
fees required under 37 CFR §§ 1.16 and 1.17 and to credit any overpayments to said Deposit
Account 12-2475.

Respectfully submitted,

LYON & LYON LLP

By: _____

Bernard F. Rose
Reg. No. 42,112

Dated: March 24, 1999

633 West Fifth Street, Suite 4700
Los Angeles, California 90071-2066
(408) 993-1555

### CERTIFICATE OF MAILING
(37 C.F.R. §1.10)

I hereby certify that this paper (along with any referred to as being attached or enclosed) is being deposited with the
United States Postal Service on the date shown below with sufficient postage as 'Express Mail Post Office To Addressee'
in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

EL270127964US
Express Mail Label No.

Sheila Henriquez
Name of Person Mailing Paper

March 24, 1999
Date of Deposit

Signature of Person Mailing Paper

P ALZ 001192