# LABORATORY NOTEBOOK

BW 0392

DTX 171

Alza v. Andrx
C.A. No. 05-642-JJF

DEPOSITION EXHIBIT
Walker
4   8/10/07
D.J.

# LABORATORY NOTEBOOK

Notebook No.: BW-0392
Assigned to: Brian Walker
Date: 9/25/06



Use Nalge Cat. No. 6301-2000 to reorder.

Copyright 1973, 1993 Nalge Company, Rochester, N.Y.

A Subsidiary of Sybron Corporation

Printed in U.S.A.



| | |
|---|---|
| METHYLPHENIDATE HCl (DISSOLUTION) EVAPORATION STUDY | 24 |
| PIROXICAM | 25 |
| METHYLPHENIDATE HCl (DISSOLUTION) EVAPORATION STUDY (CONTINUED) | 26 |

74

PROJECT _Sidley Austin - Methylphenidate HCl_

Notebook No. _601 0392_

Continued From Page _____

7.5 pH BUFFER | EVAPORATION STUDY 5 mL withdrawal / 5 mL replacement every hour. 500 mL × 6 vessels, time point for 12 hours the final withdrawal @ 37°C over 24 hours. Replacement is on the 24th hour

VESSEL-1

    FINAL wt 308.976 g              308.502 g

    EMPTY wt 57.742 g               57.636 g

             251.234 g               250.866 g
    ~~250 cc~~ 11/13/06

    FINAL wt 309.32 g               277.245 g

    EMPTY wt 57.742 g    TOTAL VOL WT     57.636 g    TOTAL VOL WT    % RECOVERY

             251.578 g    502.812         219.609 g    470.475 g    93.568969  93.568969
                                                 EE 11/13/06

VESSEL-2

    FINAL wt 308.961 g             307.450 g

    EMPTY wt 57.742 g              57.636 g

            251.219 g               249.814 g

    FINAL wt 308.586 g             275.960 g

    EMPTY wt 57.742 g    TOTAL VOL WT     57.636 g    TOTAL VOL WT    % RECOVERY

             250.844 g    502.063         218.324 g    468.138 g    93.243

VESSEL-3

    FINAL wt 308.684 g             307.970 g

    EMPTY wt 57.742 g              57.636 g

            250.942 g               250.334 g

    FINAL wt 309.156 g             276.136 g

    EMPTY wt 57.742 g    TOTAL VOL WT     57.636 g    TOTAL VOL WT    % RECOVERY

             251.414 g    502.356         218.5       468.834 g    93.327

Continued on Page 76

Read and Understood By

_[signature]_       11/13/06              _[signature]_       11/17/06

Signed                  Date                       Signed             Date

PROJECT: SIDLEY AUSTIN - METHYLPHENIDATE EVAPORATION STUDY

Notebook No: 0392
Continued From Page 74

VESSEL - 4

```
FINAL WT   309.430 g              307.762 g
EMPTY WT    57.742 g               57.636 g
           251.688 g              250.126 g

FINAL WT   309.038 g              276.985 g
EMPTY WT    57.742 g  TOTAL WT    57.636 g  TOTAL WT   % RECOVERY
           251.296 g   502.984   219.349 g  469.475 g   93.338
```

VESSEL - 5

```
FINAL WT   308.626 g              307.841 g
EMPTY WT    57.742 g               57.636 g
           250.884 g              250.205 g

FINAL WT   309.200 g              276.810 g
EMPTY WT    57.742 g  TOTAL WT    57.636 g  TOTAL WT   % RECOVERY
           251.458 g   502.342   219.174 g  469.379 g   93.438
                                                         94.
```

VESSEL - 6

```
FINAL WT   308.688 g              308.143 g
EMPTY WT    57.742 g               57.636 g
           250.946 g              250.507 g

FINAL WT   308.534 g              276.226 g
EMPTY WT    57.742 g  TOTAL WT    57.636 g  TOTAL WT   % RECOVERY
           250.792 g   501.738   218.59 g   469.097     93.494
```

Continued on Page

Read and Understood By

Signed: [signature]    Date: 11/13/06    Signed: [signature]    Date: 11/17/06