# DTX 176, DTX 232 and DTX 234
# Confidential

# Redacted