| Subj. | Prod. | 0 hr | 2.0 hr | 3.0 hr | 4.0 hr | 5.0 hr | 5.5 hr | 6.0 hr | 6.5 hr | 7.0 hr | 7.5 hr | 8.0 hr | 10.0 hr | 12.0 hr | DIP% | DIP VAR | DIP VAR NORM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A1:Test | 0.00 | | 5.54 | | 8.93 | 12.90 | 13.20 | 13.40 | 13.10 | 12.80 | 12.90 | 8.02 | 5.83 | 25.9% | | |
| 1 | A2:Test | 0.00 | | | 8.20 | 14.40 | 17.10 | 16.70 | 16.40 | 13.50 | 11.60 | 11.20 | 8.30 | 5.92 | 12.9% | 13.0% | 13.0% |
| 2 | A1:Test | 0.00 | | | 3.78 | 8.49 | 8.47 | 9.64 | 8.86 | 10.10 | 8.67 | 9.31 | 6.07 | 3.62 | 16.2% | | |
| 2 | A2:Test | 0.00 | | 2.61 | | 5.68 | 7.28 | 9.33 | 12.10 | 11.90 | 10.10 | 10.40 | 7.06 | 4.05 | 24.6% | -8.4% | 8.4% |
| 3 | A1:Test | 0.00 | | 4.85 | | 9.24 | 11.90 | 11.70 | 10.30 | 11.00 | 10.20 | 7.90 | 5.77 | 3.49 | 20.7% | | |
| 3 | A2:Test | 0.00 | | 4.32 | | 7.84 | 8.85 | 9.01 | 8.54 | 8.18 | 8.15 | 8.51 | 7.85 | 5.37 | 31.2% | -10.5% | 10.5% |
| 4 | A1:Test | 0.00 | | | 6.23 | 10.40 | 12.50 | 12.60 | 13.70 | 13.50 | 12.80 | 12.10 | 7.12 | 4.34 | 18.5% | | |
| 4 | A2:Test | 0.00 | | | 5.32 | 8.13 | 8.98 | 9.96 | 9.97 | 10.30 | 10.20 | 9.77 | 7.78 | 4.66 | 2.5% | 16.0% | 16.0% |
| 5 | A1:Test | 0.00 | | 3.61 | | 8.55 | 8.29 | 8.39 | 9.01 | 9.88 | 9.37 | 8.90 | 7.97 | 5.63 | 50.5% | | |
| 5 | A2:Test | 0.00 | 4.26 | 4.76 | 5.39 | 6.67 | 6.54 | 6.48 | 5.97 | 6.05 | 5.58 | 5.93 | 6.28 | 3.95 | 0.0% | 50.5% | 50.5% |
| 7 | A1:Test | 0.00 | 6.66 | 6.83 | 10.50 | 16.50 | | | 17.50 | 20.20 | 16.50 | 15.70 | 8.62 | 5.08 | 3.9% | | |
| 7 | A2:Test | 0.00 | | 6.07 | | 10.80 | 14.70 | 14.80 | 15.30 | 16.90 | 16.60 | 16.50 | 10.60 | 6.30 | 4.6% | -0.7% | 0.7% |
| 8 | A1:Test | 0.00 | | 7.11 | | 10.20 | 10.80 | 10.70 | 11.40 | 11.60 | 11.30 | 10.70 | 11.80 | 13.20 | 33.8% | | |
| 8 | A2:Test | 0.00 | | 9.68 | | 14.20 | 15.50 | 14.70 | 16.60 | 15.40 | 17.00 | 17.70 | 16.20 | 10.20 | 12.4% | 21.4% | 21.4% |
| 9 | A1:Test | 0.00 | | 3.16 | | 5.33 | 6.86 | 4.74 | 7.10 | 6.48 | 3.57 | 4.50 | 8.59 | 10.00 | 48.5% | | |
| 9 | A2:Test | 0.00 | | | 5.51 | 8.71 | 7.16 | 7.50 | 10.40 | 9.06 | 7.30 | 8.88 | 8.41 | 6.33 | 11.8% | 36.7% | 36.7% |
| 10 | A1:Test | 0.00 | | 7.92 | | 14.00 | 12.50 | 12.20 | 17.10 | 12.60 | 12.00 | 11.80 | 8.27 | 6.54 | 33.9% | | |
| 10 | A2:Test | 0.00 | | | 12.00 | 22.00 | 16.90 | 17.70 | 22.00 | 21.90 | 22.40 | 19.80 | 14.20 | 7.77 | 6.4% | 27.5% | 27.5% |
| 11 | A2:Test | 0.00 | 3.74 | 5.00 | 5.19 | 5.87 | 6.25 | 7.62 | 9.24 | 11.10 | 10.70 | 10.40 | 7.79 | 3.83 | 0.0% | | |
| 11 | A1:Test | 0.00 | 4.29 | 4.43 | 4.99 | 6.79 | 7.48 | | | 9.30 | 10.60 | 10.60 | 8.50 | 4.80 | 3.2% | -3.2% | 3.2% |
| 12 | A1:Test | 0.00 | | | 9.44 | 15.30 | 17.20 | 17.60 | 19.00 | 19.20 | 18.10 | 17.40 | 11.30 | 7.35 | 3.8% | | |
| 12 | A2:Test | 0.00 | | | 8.10 | 13.50 | 15.00 | 16.70 | 15.70 | 15.30 | 16.30 | 16.40 | 11.30 | 7.18 | 5.4% | -1.6% | 1.6% |
| 13 | A1:Test | 0.00 | | 6.87 | | 9.97 | 13.80 | 13.50 | 12.90 | 12.40 | 12.40 | 12.90 | 12.10 | 8.35 | 16.6% | | |
| 13 | A2:Test | 0.00 | 7.47 | | | 10.40 | 15.70 | 17.20 | 15.00 | 15.20 | 14.90 | 13.60 | ** | 7.22 | 17.3% | -0.7% | 0.7% |
| 14 | A1:Test | 0.00 | | 4.75 | | 7.18 | 12.50 | 14.90 | 16.60 | 15.70 | 14.30 | 12.60 | 7.47 | 4.42 | 35.2% | | |
| 14 | A2:Test | 0.00 | | 4.51 | | 9.66 | 11.20 | 10.50 | 12.60 | 14.80 | 16.00 | 16.00 | 10.80 | 5.98 | 15.8% | 19.4% | 19.4% |
| 15 | A1:Test | 0.00 | | | 4.48 | 8.49 | 10.40 | 11.80 | 11.70 | 12.40 | 12.20 | 12.20 | 7.08 | 3.95 | 10.5% | | |
| 15 | A2:Test | 0.00 | | 4.70 | | 6.16 | 7.91 | 8.35 | 8.71 | 9.28 | 8.68 | 8.45 | 6.06 | 4.36 | 26.7% | -16.3% | 16.3% |
| 16 | A1:Test | 0.00 | | | 8.10 | 12.90 | 15.00 | 15.10 | 15.90 | 16.30 | 15.50 | 14.90 | 10.70 | 10.80 | 4.1% | | |
| 16 | A2:Test | 0.00 | | | 8.93 | 16.60 | 19.60 | 21.70 | 21.90 | 21.60 | 20.70 | 18.00 | 10.40 | 7.78 | 7.1% | -3.0% | 3.0% |
| 17 | A1:Test | 0.00 | | | 11.10 | 21.10 | 23.10 | 20.80 | 21.90 | 22.00 | 21.40 | 17.90 | 12.30 | 6.57 | 12.3% | | |
| 17 | A2:Test | 0.00 | 6.17 | | | 10.90 | 11.80 | 11.30 | 12.90 | 13.30 | 13.80 | 12.50 | 11.60 | 8.57 | 3.5% | 8.9% | 8.9% |
| 18 | A1:Test | 0.00 | | 7.13 | | 11.50 | 14.70 | 15.30 | 16.60 | 16.10 | 16.40 | 15.70 | 8.93 | 6.00 | 30.8% | | |
| 18 | A2:Test | 0.00 | | 6.05 | | 8.86 | 9.93 | 10.10 | 10.10 | 9.80 | 9.89 | 8.55 | 7.85 | 11.40 | 28.6% | 2.2% | 2.2% |
| 19 | A1:Test | 0.00 | | 5.42 | | 8.88 | 10.60 | 11.40 | 13.20 | 13.10 | 14.20 | 14.00 | 8.93 | 5.64 | 13.9% | | |
| 19 | A2:Test | 0.00 | | | 4.73 | 7.93 | 9.19 | 9.81 | 11.10 | 12.90 | 12.90 | 12.90 | 7.90 | 4.46 | 27.9% | -14.1% | 14.1% |
| 20 | A1:Test | 0.00 | | | 7.59 | 14.10 | 16.50 | 15.60 | 14.20 | 16.50 | 15.70 | 17.00 | 12.00 | 5.88 | 21.2% | | |
| 20 | A2:Test | 0.00 | | | 6.00 | 9.63 | 10.60 | 11.90 | 13.80 | 12.70 | 14.20 | 13.30 | 10.00 | 4.52 | 26.5% | -5.3% | 5.3% |
| 21 | A1:Test | 0.00 | | 5.54 | | 7.95 | 11.10 | 13.70 | 14.30 | 17.30 | 17.10 | 17.60 | 11.40 | 6.62 | 12.6% | | |
| 21 | A2:Test | 0.00 | | 5.86 | | 9.40 | 10.90 | 12.00 | 11.80 | 11.00 | 12.50 | 10.10 | 8.18 | 6.34 | 30.7% | -18.1% | 18.1% |
| 22 | A1:Test | 0.00 | | | 5.66 | 8.04 | 9.87 | 10.20 | 10.70 | 12.90 | 13.10 | 12.20 | 11.90 | 7.97 | 16.51% | | |
| 22 | A2:Test | 0.00 | | 5.13 | | 8.10 | 11.80 | 12.50 | 13.00 | 13.90 | 15.50 | 17.40 | 11.70 | 8.28 | 24.5% | -8.0% | 8.0% |
| 23 | A1:Test | 0.00 | | | 5.84 | 12.10 | 13.80 | 13.90 | 13.20 | 13.80 | 13.00 | 12.30 | 9.22 | 4.27 | 14.6% | | |
| 23 | A2:Test | 0.00 | | 4.16 | | 6.25 | 8.09 | 8.81 | 11.80 | 12.60 | 11.90 | 11.40 | 10.60 | 7.00 | 43.1% | -28.4% | 28.4% |
| 24 | A1:Test | 0.00 | 3.61 | | | 7.50 | 7.99 | 8.31 | 7.51 | 8.77 | 8.90 | 10.20 | 9.68 | 5.92 | 11.5% | | |
| 24 | A2:Test | 0.00 | | | 3.80 | 7.53 | 9.91 | 8.72 | 8.83 | 9.48 | 10.10 | 9.79 | 7.91 | 4.81 | 19.0% | -7.5% | 7.5% |
| 25 | A1:Test | 0.00 | | | 12.60 | 25.80 | 23.50 | 20.60 | 18.80 | 19.50 | 19.30 | 18.60 | 17.10 | 25.50 | 2.5% | | |
| 25 | A2:Test | 0.00 | | | 15.70 | 24.40 | 30.90 | 34.70 | 32.30 | 32.00 | 31.40 | 30.20 | 21.00 | 14.50 | 13.2% | -10.7% | 10.7% |
| 26 | A1:Test | 0.00 | 5.99 | 7.39 | 7.46 | 13.30 | 15.30 | 17.70 | 17.70 | 16.10 | 14.40 | 13.90 | 9.25 | 4.38 | 0.0% | | |
| 26 | A2:Test | 0.00 | | | 6.83 | 10.60 | 12.20 | 12.30 | 13.00 | 13.60 | 13.80 | 13.30 | 9.03 | 6.57 | 2.2% | -2.2% | 2.2% |
| 27 | A1:Test | 0.00 | 3.68 | 4.95 | 5.61 | 7.67 | 10.50 | 12.20 | 14.40 | 12.90 | 13.40 | 11.90 | 7.58 | 4.00 | 0.0% | | |
| 27 | A2:Test | 0.00 | | 6.10 | | 8.83 | 10.70 | 12.10 | 13.30 | 13.50 | 13.30 | 13.60 | 8.29 | 4.34 | 29.2% | -29.2% | 29.2% |
| 28 | A1:Test | 0.00 | | | 11.10 | 21.40 | 22.70 | 25.60 | 22.00 | 22.20 | 21.00 | 19.40 | 12.90 | 6.55 | 25.5% | | |
| 28 | A2:Test | 0.00 | | | 11.40 | 7.67 | 22.70 | 22.10 | 24.60 | 23.10 | 25.90 | 22.50 | 15.10 | 7.92 | 14.1% | 11.4% | 11.4% |

AVG: 13.9%

DTX 277

Alza v. Andrx
C.A. No. 05-642-JJF

Exhibit No. Bolton 11
Date 8/16/07