# DTX 324, DTX 361, DTX 371 and DTX 383 Confidential

# Redacted