# CURRICULUM VITAE

## Michael Mayersohn, Ph.D.

### PERSONAL INFORMATION

Date of Birth:      April 22, 1944
Place of Birth:     New York, New York
Marital Status:     Married (Sally), two children (Scott, Barbara)

Office:     College of Pharmacy                    Residence: 7841 Highview Place
            The University of Arizona                          Tucson, AZ  85750
            Tucson, AZ  85721                                  (520) 721-7498
            (520) 626-1938
            FAX:  (520) 626-4063
            (520)490-7250 (cell)
            Mayersohn@pharmacy.arizona.edu

### EDUCATION

| College | Date | Degree | Major |
|---|---|---|---|
| College of Pharmaceutical Sciences Columbia University, New York | 1961-1966 | B.S. | Pharmacy |
| College of Pharmaceutical Sciences Columbia University, New York | 1966-1967 | None | Pharmaceutics |
| School of Pharmacy, State University of New York at Buffalo | 1967-1970 | Ph.D. | Pharmaceutics |

Dissertation Advisor: Milo Gibaldi, Ph.D.

### ACADEMIC AND PROFESSIONAL APPOINTMENTS

| Date | Appointment | Place |
|---|---|---|
| 9/64 - 6/66 | Research Assistant | Department of Pharmaceutics College of Pharmaceutical Sciences Columbia University, New York, NY. |
| 9/66 - 6/67 | Harry Taub and Plaut Fellow in Pharmacy | Department of Pharmaceutics, College of Pharmaceutical Sciences, Columbia University, New York, NY. |
| 6/67 - 9/67 | Research Trainee | Pharmaceutical Research and Development Division, CIBA Pharmaceutical Co., Summit, New Jersey |
| 9/67 - 10/70 | Fellow of the American Foundation for Pharmaceutical Education. | Department of Pharmaceutics, School of Pharmacy, State University of New York at Buffalo, NY. |
| 10/70 - 6/75 | Assistant Professor | Faculty of Pharmacy, University of Toronto, Toronto, Ontario, Canada. |
| 6/75 - 6/76 | Associate Professor | Faculty of Pharmacy, University of Toronto, Toronto, Ontario, Canada. |

DTX 615

Alza v. Andrx
C.A. No. 05-642-JJF

1

| 6/76 - 6/83 | Associate Professor | College of Pharmacy, The University of Arizona, Tucson, Arizona. |
| 6/83 - Present | Professor | College of Pharmacy, The University of Arizona, Tucson Arizona. |
| 7/1 - 12/30/86 | Visiting Professor | Department of Pharmaceutical Research, F. Hoffmann-La Roche and Co., Basel, Switzerland. |
| 8/93 - Present | Member | Interdisciplinary Graduate Program in Pharmacology and Toxicology, The University of Arizona |
| 8/93- Present | Member | Center for Toxicology, The University of Arizona |
| 8/93 - Present | Member | Southwest Environmental Health Sciences Center, The University of Arizona |
| 7/8 - 7/19/96 | Visiting Professor | Sandoz Pharmaceutical Corporation, East Hanover, New Jersey |
| 9/2000-2003 | Member | Arizona Center for Phytomedicine Research |

## MAJOR RESEARCH FIELD

Research training and experience have been in the general area of pharmaceutics with a specialty in biopharmaceutics and pharmacokinetics. These specialty areas involve: an examination of the relationship between the physical chemical characteristics of a drug and its dosage form and the fate and performance of that drug in the body; the use and development of analytical procedures to quantitate drugs and metabolites in biological fluids and from these data the development of rigorous mathematical models to quantitate the kinetic processes of drug absorption distribution, elimination and response; the design of rational drug dosing regimens based upon analytical, mathematical and clinical data. Research projects have involved investigations in each of these areas.

## ACADEMIC AWARDS AND HONORS

| Award | Date | Place |
|---|---|---|
| Rho Chi Award | 1962 | College of Pharmaceutical Sciences Columbia University |
| Henry Pfeiffer Scholarship | 1962 | College of Pharmaceutical Sciences Columbia University |
| Block Memorial Scholarship | 1963 | College of Pharmaceutical Sciences Columbia University |
| American Foundation for Pharma- ceutical Education Scholarship | 1964 | College of Pharmaceutical Sciences Columbia University |
| Harry Taub Fellowship | 1966 | College of Pharmaceutical Sciences Columbia University |
| Plaut Memorial Fellowship | 1966 | College of Pharmaceutical Sciences Columbia University |
| Rho Chi Pharmaceutical Honor Society | 1966 | College of Pharmaceutical Sciences Columbia University |

2

| | | |
|---|---|---|
| Fellow of the American Foundation for Pharmaceutical Education | 1968-1970 | School of Pharmacy, State University of New York at Buffalo. |
| Medical Research Council of Canada, Visiting Professor | 1971-1975 | Faculty of Pharmacy, University of Alberta<br>Faculty of Pharmacy, University of British Columbia<br>College of Pharmacy, Dalhousie University |
| Basic Science Educator of the Year | 1984 | College of Pharmacy, University of Arizona |
| Fellow, Academy of Pharmaceutical Sciences | 1985 | American Pharmaceutical Association |
| Fellow, American Association of Pharmaceutical Scientists | 1986 | American Association of Pharmaceutical Scientists |
| Basic Science Educator of the Year | 1989 | College of Pharmacy, University of Arizona |
| Basic Science Educator of the Year | 1996 | College of Pharmacy, University of Arizona |
| Dean's Teaching Scholar | 1997-1998 | University of Arizona |
| Basic Science Educator of the Year | 1998 | College of Pharmacy, University of Arizona |
| Graduate Advisor of the Year | 2000 | Graduate and Professional Student Council, University |
| Basic Science Educator of the Year | 2002 | College of Pharmacy, University of Arizona of Arizona |
| Graduate Advisor of the Year | 2002 | Graduate and Professional Student Council, University of Arizona |
| Mortar Board Citation Award | 2002 | Mortar Board National Senior Honor Society, University of Arizona |
| Basic Science Educator of the Year | 2005 | College of Pharmacy, University of Arizona |
| Fellow, American College of Clinical Pharmacology | 2005 | American College of Clinical Pharmacology |

## PUBLICATIONS

### Book Chapters

1.  M. Mayersohn, "Physiological Factors that Modify Systemic Drug Availability and Pharmacolc Response in Clinical Practice," chapter 8 (pp. 211-273) in Principles and Perspectives in Drug Bioavailability, J. Blanchard, R. Sawchuk, and B.B. Brodie, eds., S. Karger, New York, 1979.

2.  M. Mayersohn, "Principles of Drug Absorption," chapter 2 (pp. 23-85) in Modern Pharmaceutics, G.S. Banker and C.T. Rhodes, eds., Marcel Dekker, New York, 1979.

3.  M. Mayersohn, "Basic Concepts in Drug Disposition: Fundamental Principles of Pharmacokinetics," chapter 1 (pp. 3-28) in Drug Therapy for the Elderly, K.A. Conrad and R. Bressler, eds., C.V. Mosby, St. Louis, 1982.

4.  M. Mayersohn, "Effects of Aging on Pharmacotherapeutics: Drug Disposition," chapter 2 (pp. 31-63) in Drug Therapy for the Elderly, K.A. Conrad and R. Bressler, eds., C.V. Mosby, St. Louis, 1982.

5.  M. Mayersohn, "Special Pharmacokinetic Considerations in Elderly," Chapter 9 (pp. 229-293), in Applied Pharmacokinetics: Principles of Therapeutic Drug Monitoring, 2nd ed., W.E. Evans, J.J. Schentag, and W.J. Jusko (eds.), Applied Therapeutics, San Francisco, 1986.

6.  M. Mayersohn, "Principles of Drug Absorption," Chapter 2 (pp. 23-89), in Modern Pharmaceutics, 2nd ed., G.S. Banker and C.T. Rhodes (eds.), Marcel Dekker, New York, 1989.

7.  M. Mayersohn, "Special Pharmacokinetic Considerations in Elderly," Chapter 9 (pp. 9-1-9-43) in Applied Pharmacokinetics: Principles of Therapeutic Drug Monitoring, 3rd ed., W.E. Evans, J.J. Schentag, and W.J. Jusko (eds.), Applied Therapeutics, Vancouver, Washington, 1992.

8.  M. Mayersohn, "Principles of Drug Absorption," Chapter 2 (pp. 21-73), in Modern Pharmaceutics, 3rd ed., G.S. Banker and C.T. Rhodes (eds.), Marcel Dekker, New York, 1995.

9.  M. Mayersohn, "Toxicokinetics: Measurement of Disposition Half-Life, Clearance and Residence Times", Chapter 5-3 in Current Protocols in Toxicology, M. Maines, editor-in-chief, John Wiley and Sons, New York, NY, 2000, pp. 5-3.1 – 5-3.29

10. M. Mayersohn, "Principles of Drug Absorption," Chapter 2, in Modern Pharmaceutics, 4th ed.,G.S. Banker and C.T. Rhodes (eds.), Marcel Dekker, New York, 2002.

11. M. Mayersohn, "Principles and Applications of Pharmacokinetics", Chapter 79 in: Medical Toxicology, 3rd ed., RC Dart (ed.), Lippincott, Williams and Wilkins, New York, 2004, pp. 282-337.

### Book Chapters: Symposia

1.  D. Alberts, H.S. Chen, R. Liu, M. Mayersohn, D. Perrier, T. Moon, J. Gross, A. Broughton and S.E. Salmon, "Disposition Kinetics of Intracavitary Bleomycin in Man," Chapter 11 in "Bleomycin: Current Status and New Developments" (pp. 131-142), S.K. Carter, S.T. Crooke, and H. Umezawa, eds., Academic Press, New York, 1978.

2.  F.I. Marcus, D. Perrier and M. Mayersohn, "Effect of Jejunoileal Bypass on the Bioavailability of Digoxin in Man," chapter 14 in "Cardiac Glycosides" (pp. 167-180), G. Bodem, and H. J. Dengler, eds., Springer-Verlag, New York, 1978.

3.  J.R. Woodworth, S.M. Owens and M. Mayersohn, "Phencyclidine Disposition Kinetics In Dogs: Preliminary Findings," in "Phencyclidine and Related Arylcyclohexylamines - Present and Future Applications," J.M. Kamenka, E.F. Domino, and P. Geneste, Eds., NPP Books, Ann Arbor, Michigan 1983.

4.   M. Mayersohn, J.R. Woodworth and S.M. Owens, "Phencyclidine Disposition in Animals," in "Pharmacokinetics and Pharmacodynamics of Psychoactive Drugs," G. Barnett and N. Chiang, eds., Biomedical Publications, Foster City, CA, 1985, pp. 28-47.

5.   M. Mayersohn, "Rational Approaches to the Treatment of Drug Toxicity: Some Recent Considerations and the Application of Pharmacokinetic Principles," in "Pharmacokinetics and Pharmacodynamics of Psychoactive Drugs," G. Barnett and N. Chiang, eds., Biomedical Publications, Foster City, CA, 1985, pp. 120-142.

6.   S.M. Owens and M. Mayersohn, "Modulation of Phencyclidine (PCP) Pharmacokinetics with PCP-Specific Fab Fragments," In Phencyclidine-An Update," D.H. Clouet, ed., National Institute on Drug Abuse Research Monograph Series, volume 64, U.S. Government Printing Office, Washington, D.C., 1986, pp. 163-173.

7.   M. Mayersohn, "Vitamin C Bioavailability," in "Proceedings of the First International Congress on Vitamins and Biofactors in Life Science," T. Kobayashi, ed., Center for Academic Publications, Tokyo, Japan, 1992, pp. 446-449.

**Research Publications**

1.   A.H. Goldberg, M. Gibaldi, J.L. Kanig and M. Mayersohn, "Increasing Dissolution Rates and Gastrointestinal Absorption of drugs _via_ Solid Solutions and Eutectic Mixtures-IV," J. Pharm. Sci., 55, 581-583 (1966).

2.   M. Mayersohn and M. Gibaldi, "New Method of Solid State Dispersion for Increasing Dissolution Rates," J. Pharm. Sci., 55, 1323-1324 (1966).

3.   M. Mayersohn, S. Feldman and M. Gibaldi, "Bile Salt Enhancement of Riboflavin and Flavin Mononucleotide Absorption in Man," J. Nutr., 98, 288-296 (1969).

4.   M. Mayersohn and M. Gibaldi, "Drug Transport-I. Effect of Potassium ion on the In Vitro Transfer of Several Drugs Across the Rat Intestine: Preliminary Observations," J. Pharm. Sci., 58, 1429-1430 (1969).

5.   M. Mayersohn and M. Gibaldi, "Drug Transport-II. The Effect of Various Cations on the Passive Transfer of Drugs Across the Everted Rat Intestine," Biochimica Biophysica Acta, 196, 296-304 (1970).

6.   M. Mayersohn and M. Gibaldi, "Drug Transport-III. Influence of Various Sugars on Passive Transfer of Several Drugs Across the Everted Rat Intestine," J. Pharm. Sci., 60, 225-230 (1971).

7.   M. Mayersohn and M. Gibaldi, "Drug Transport-IV. Influence of Hypotonic and Hypertonic Solutions on Passive Drug Transfer Across the Everted Rat Intestine," J. Pharm. Sci., 60, 326-327 (1971).

8.   M. Mayersohn, M. Gibaldi and B. Grundhofer, "Drug Transport-V. Mechanism of Potassium-Ion Inhibition of Passive Transfer of Solutes Across Everted Rat Intestine," J. Pharm. Sci., 60, 1813-1817 (1971).

9.   M. Mayersohn, "Ascorbic Acid Absorption in Man - Pharmacokinetic Implications," Eur. J. Pharmacol. 19,140-142 (1972).

10.  M. Mayersohn and K. Suryasaputra, "Transport Cell for Examining Solute Transfer Across Biologic Membranes," J. Pharm. Sci., 62, 681-683 (1973).

11.  C. B. Tuttle, M. Mayersohn and G. C. Walker, "Biological Availability and Urinary Excretion Kinetics of Oral Tolbutamide Formulations in Man," Canad. J. Pharm. Sci., 8, 31-36 (1973).

12.  M. Mayersohn and L. Endrenyi, "Relative Bioavailability of Ampicillin Formulations in Man," Canad. Med. Assn. J., 109, 989-993 (1973).

13.  J. Cobby, M. Mayersohn and G. C. Walker, "The Influence of Shape Factors on the Dissolution Rate of Slow-Release Tablets: I-Theoretical Development," J. Pharm. Sci., 63, 725-732 (1974).

14.    J. Cobby, M. Mayersohn and G. C. Walker, "The Influence of Shape Factor on the Dissolution Rate of Slow Release Tablets: II-Experimental," J. Pharm. Sci., 63, 732-737 (1974).

15.    J. Cobby, M. Mayersohn and M.E. Farlinger, "The Dissolution of Drug Particles under Sink Conditions," Canad J. Pharm. Sci., 9, 91-96 (1974).

16.    W.A. Mahon, M. Mayersohn and T. Inaba, "An Examination of the Disposition Kinetics of Two Oral Forms of Quinidine in Man," Clin. Pharmacol. Ther., 19, 566-575 (1976).

17.    J. Cobby, M. Mayersohn and S. Selliah, "The Rapid Reduction of Disulfiram in Blood and Plasma," J. Pharmacol. Exp. Ther., 202, 724-731 (1977).

18.    M. Mayersohn, D. Perrier and A.L. Picchioni, "The Evaluation of a Charcoal Sorbitol Mixture as an Antidote for Oral Aspirin Overdose," Clin. Toxicol., 11, 561-567 (1977).

19.    D. Perrier, M. Mayersohn and F.I. Marcus, "Clinical Pharmacokinetics of Digitoxin," Clin. Pharmacokin., 2, 292-311 (1977).

20.    J. Cobby, M. Mayersohn and S. Selliah, "Methyldiethyldithiocarbamate, A Metabolite of Disulfiram in Man," Life Sci., 21, 937-942 (1977).

21.    K.D. Gierke, D. Perrier, M. Mayersohn and F.I. Marcus, "Digoxin Disposition Kinetics in Dogs Before and During Azotemia," J. Pharmacol. Exp. Ther. 205, 456-464 (1978).

22.    J. Cobby, M. Mayersohn and S. Selliah, "The Disposition Kinetics in Dogs of Diethyldithiocarbamate, A Metabolite of Disulfiram," J. Pharmacokin. Biopharm., 6, 369-387 (1978).

23.    D. Alberts, H.S. Chen, R. Liu, K. Himmelstein, M. Mayersohn, D. Perrier, J. Gross, T. Moon, A. Broughton and S.E. Salmon, "Disposition Kinetics of Bleomycin in Man. I. Intravenous Administration," Cancer Chemother. Pharmacol., 1, 177-181 (1978).

24.    J. Dickerson, D. Perrier, M. Mayersohn and R. Bressler, "Dose Tolerance and Pharmacokinetic Studies L(+)Pseudoephedrine Capsules in Man," Eur. J. Clin. Pharmacol., 14, 253-259 (1978).

25.    R.D. Okada, W.D. Hager, P.E. Graves, M. Mayersohn, D. Perrier and F.I. Marcus, "Relationship Between Plasma Concentration and Dose of Digoxin in Patients With and Without Renal Impairment," Circulation, 58, 1196-1203 (1978).

26.    S. Yung, M. Mayersohn and J.B. Robinson, "Ascorbic Acid Elimination in Man After Intravenous Administration," J. Pharm. Sci., 67, 1491-1492 (1978).

27.    M. Mayersohn and D. Perrier, "Kinetics of Pharmacologic Response to Cocaine," Res. Comm. Chem. Path. Pharmacol., 22, 465-473 (1978).

28.    W. D. Hager, P. Fenster, M. Mayersohn, D. Perrier, P. Graves, F.I. Marcus and S. Goldman, "Digoxin-Quinidine Interaction: Pharmacokinetic Evaluation," N. Engl. J. Med., 300, 1238-1241 (1979).

29.    D.S. Alberts, H.S. Chen, M. Mayersohn, D. Perrier, T. Moon and J. Gross, "Bleomycin Pharmacokinetics in Man. II. Intracavitary Administration," Cancer Chemother. Pharmacol., 2, 127-132 (1979).

30.    M. Mayersohn, D. Perrier, P. Fenster and F.I. Marcus, "Steady-State Plasma Concentrations of Quinidine and Propranolol" (Letter to the Editor), Amer. Heart J., 97, 678 (1979).

31.    P. Fenster, D. Perrier, M. Mayersohn and F.I. Marcus, "Kinetic Evaluation of the Propranolol-Quinidine Combination," Clin. Pharmacol. Ther., 27, 450-453 (1980).

32.    K.D. Gierke, P.E. Graves, D. Perrier, F.I. Marcus, M. Mayersohn and S. Goldman, "Metabolism and Rate of Elimination of Digoxigenin Bisdigitoxoside in Dogs Before and During Chronic Azotemia," J. Pharmacol. Exp. Ther., 212, 448-451 (1980).

6

33.    P.D. Walson, T. Mimaki, R. Curless, M. Mayersohn and D. Perrier, "Once Daily Doses of Phenobarbital in Children," J. Ped., 97, 303-305 (1980).

34.    S. J. Appelbaum, M. Mayersohn, D. Perrier and R.T. Dorr, "Allopurinol Absorption from Rectal Suppositories" (Letter to the Editor), Drug Intell. Clin. Pharm. 14, 789 (1980).

35.    E.-G. Giardina, P.E. Fenster, J.T. Bigger, M. Mayersohn, D. Perrier and F.I. Marcus, "The Efficacy, Plasma Concentrations and Adverse Effects of a New Sustained-Release Procainamide Preparation," Amer. J. Cardiol., 46, 855-862 (1980).

36.    D. Jung, M. Mayersohn and D. Perrier, "Gas Chromatographic Assay for Thiopental in Plasma with Use of a Nitrogen-Selective Detector," Clin. Chem., 27 113-115 (1981).

37.    D. Jung, M. Mayersohn and D. Perrier, "The Ultra-Free Technique Compared with Equilibrium Dialysis for Determination of Unbound Thiopental Concentrations in Serum," Clin. Chem., 27, 166-168 (1981).

38.    S. Yung, M. Mayersohn and J.B. Robinson, "Ascorbic Acid Absorption in Man: Influence of Food and Divided Dose," Life Sci., 28, 2505-2511 (1981).

39.    W. D. Hager, H. J. Pieniaszek, Jr., D. Perrier, M. Mayersohn and V. Goldberger, "Assessment of Beta Blockade with Propranolol," Clin. Pharmacol. Ther., 30, 283-290 (1981).

40.    M. Mayersohn, "Area Under the Plasma Concentration - Time Curve Resulting from Constant Rate Drug Input," J. Pharm. Sci., 70, 1296-1297 (1981).

41.    S. Goldman, M. Olajos, H. Pieniaszek, D. Perrier, M. Mayersohn and E. Morkin,"Beta-Adrenergic Blockade with Propranolol in Conscious Euthyroid and Thyrotoxic Calves: Dosage Requirements and Effects on Heart Rate and Left Ventricular Performance," J. Pharmacol. Exp. Therap., 219, 394-399 (1981).

42.    W.D. Hager, M. Mayersohn and P.E. Graves, "Digoxin Bioavailability During Quinidine Administration," Clin. Pharmacol. Ther., 30, 594-599 (1981).

43.    D. Jung, M. Mayersohn, D. Perrier, J. Calkins and R. Saunders, "Thiopental Disposition in Lean and Obese Patients Undergoing Surgery," Anesthesiol., 56, 269-274 (1982).

44.    D. Jung, M. Mayersohn, D. Perrier, J. Calkins and R. Saunders, "Thiopental Disposition as a Function of Age in Female Patients Undergoing Surgery," Anesthesiol., 56, 263-268 (1982).

45.    S. Yung, M. Mayersohn and J.B. Robinson, "Ascorbic Acid Absorption in Man:  A Comparison Among Several Dosage Forms," J. Pharm. Sci., 71, 282-285 (1982).

46.    S. J. Appelbaum, M. Mayersohn, D. Perrier and R.T. Dorr, "Allopurinol Kinetics and Bioavailability: Intravenous, Oral and Rectal Administration," Cancer Chemother. Pharmacol., 8, 93-98 (1982).

47.    M. Mayersohn, "The 'Xylose Test' to Assess Gastrointestinal Absorption in the Elderly: A Pharmacokinetic Evaluation of the Literature," J. Gerontology, 37, 300-305 (1982).

48.    D. Perrier and M. Mayersohn, "Noncompartmental Determination of the Steady-State Volume of Distribution for Any Mode of Administration," J. Pharm. Sci., 71, 372-373 (1982).

49.    S.M. Owens, J.R. Woodworth, and M. Mayersohn, "Radioimmunoassay for Phencyclidine (PCP) in Serum," Clin. Chem., 28, 1509-1513 (1982).

50.    D. Perrier and M. Mayersohn, "Determination of a Loading Dose for a Multiple Dosing Regimen" (Letter to the Editor), Drug Intell. Clin Pharm., 16, 780-781 (1982).

51.    M. Mayersohn, K.A. Conrad and R. Achari, "Creatinine Clearance and Urine Flow" (Letter to the Editor), Drug Intell. Clin. Pharm., 17, 131 (1983).

52.   F. Kogan, R. Sampliner, M. Mayersohn, R. Kazema, D. Perrier, W. Jones and U. Michael, "Cimetidine Disposition During Continuous Ambulatory Peritoneal Dialysis," J. Clin. Pharmacol., 23, 252-256 (1983).

53.   S. Goldman, W.D. Hager, M. Olajos, D. Perrier and M. Mayersohn, "Effect of the Ouabain-Quinidine Interaction on Left Ventricular and Left Atrial Function in Conscious Dogs," Circulation, 67, 1054-1058 (1983).

54.   R. Achari, M. Mayersohn and K. A. Conrad, "HPLC Analysis of Creatinine in Human Plasma and Urine," J. Chromatographic Sci., 21, 278-281 (1983).

55.   M. Mayersohn, K.A. Conrad and R. Achari, "The Influence of a Cooked Meat Meal on Plasma Creatinine Concentration and Creatinine Clearance," Br. J. Clin. Pharmacol., 15, 227-230 (1983).

56.   J.R. Woodworth, S.M. Owens and M. Mayersohn, "Phencyclidine (PCP) Disposition Kinetics in Dogs: Preliminary Observations," Res. Commun. Substance Abuse, 4, 49-58 (1983).

57.   S.M. Owens, M. Mayersohn and J.R. Woodworth, "Phencyclidine Blood Protein Binding: Influence of Protein, pH and Species," J. Pharmacol. Exp. Therap., 226, 656-660 (1983).

58.   J.R. Woodworth, M. Mayersohn and S.M. Owens, "Quantitative Analysis of Phencyclidine and Metabolites by Capillary Column Gas Chromatography," J. Anal. Toxicol., 8, 2-6 (1984).

59.   S. Johnson and M. Mayersohn, "Quantitative Analysis of D-xylose in Plasma and Urine by Capillary Column Gas Chromatography," Clin. Chim. Acta, 137, 13-20 (1984).

60.   R. Achari and M. Mayersohn, "Analysis of 4-methylpyrazole in Plasma and Urine by Gas Liquid Chromatography with Nitrogen-Selective Detection," J. Pharm. Sci., 73, 690-692 (1984).

61.   S.L. Johnson, M. Bliss, M. Mayersohn and K.A. Conrad, "Phloroglucinol-Based Colorimetry of Xylose in Plasma and Urine Compared with a Specific Gas Chromatographic Procedure," Clin. Chem., 30, 1571-1574 (1984).

62.   K.A. Conrad, M. Mayersohn and M. Bliss, "Cimetidine Does Not Alter Ibuprofen Disposition," Brit. J. C, Pharmacol., Brit. J. Clin. Pharmacol., 18, 624-629 (1984).

63.   S.L. Johnson and M. Mayersohn, "Comparison of Fitting Methods for the Analysis of Plasma Concentration-Time Data Resulting from Constant Rate Intravenous Infusion," Biopharm. Drug Dispos., 6, 313-323 (1985).

64.   S.L. Johnson, M. Mayersohn and K.A. Conrad, "Gastrointestinal Absorption as a Function of Age: Xylose Absorption in Healthy Adult Subjects," Clin. Pharmacol. Ther., 38, 331-335 (1985).

65.   J.R. Woodworth, S.M. Owens and M. Mayersohn, "Phencyclidine Disposition Kinetics in Dogs as a Function of Dose and Route of Administration," J. Pharmacol. Exp. Ther., 234, 654-661 (1985).

66.   M. Mayersohn, S.M. Owens, A. Lopez Anaya, M. Bliss and R. Achari, "4-methyl-pyrazole Disposition in the Dog: Evidence for Saturable Elimination," J. Pharm. Sci., 74, 895-896 (1985).

67.   R. Achari and M. Mayersohn, "Modified Liquid-Chromatographic Method for Creatinine Determinations:  A Rebuttal" (Letter to the Editor), Clin. Chem., 31, 1918 (1985).

68.   S.M. Owens and M. Mayersohn, "Phencyclidine-Specific Fab Fragments Alter Phencyclidine Disposition in Dogs," Drug Metab. Disposition, 14, 52-58 (1986).

69.   M. Bliss and M. Mayersohn, "HPLC Analysis of Cefamandole in Serum, Urine and Dialysis Fluid," Clin. Chem., 32, 197-200 (1986).

70.   A. Lopez Anaya, M. Mayersohn, K.A. Conrad and D.C. Dimmitt, "The Influence of Sucralfate on Ibuprofen Absorption in Healthy Adult Males," Biopharm. Drug Disposition, 7, 443-451 (1986).

71.   S.L. Johnson, M. Mayersohn and K.A. Conrad, "Xylose Disposition in Humans as a Function of Age," Cl, Pharmacol. Ther., 39, 697-702 (1986).

72.    R. D'Angio, M. Mayersohn, K.A. Conrad and M. Bliss, "Cimetidine Absorption in Humans During Sucralfate Coadministration," Br. J. Clin. Pharmacol., 21, 515-520 (1986).

73.    W.N. Jones, K.B. Kern, J.P. Rindone, M. Mayersohn, M. Bliss and S. Goldman, "Digoxin- Diltiazem Interaction: A Pharmacokinetic Evaluation," Europ. J. Clin. Pharmacol., 31, 351-353 (1986).

74.    M. Bliss, M. Mayersohn, T. Arnold, J. Logan, U.F. Michael and W. Jones, "Disposition Kinetics of Cefamandole During Continuous Ambulatory Peritoneal Dialysis," Antimicrobial Agents Chemother., 29: 649-653 (1986).

75.    S. Campbell, P.E. Nolan, M. Bliss, R. Wood and M. Mayersohn, "Stability and Compatability of Amiodarone Hydrochloride in Intravenous Preparations," Amer. J. Hosp. Phcy., 43: 917-921 (1986).

76.    M. Bliss, M. Mayersohn and P. Nolan, "High-Performance Liquid Chromatographic Analysis of Amiodarone and Desethylamiodarone in Serum," J. Chromatogr., 381, 179-184 (1986).

77.    J.R. Woodworth, M. Mayersohn, and S.M. Owens, "Disposition Kinetics of the Monohydroxy Metabolites of Phencyclidine in the Dog," J. Pharmacol. Exp. Ther., 238, 900-904 (1986).

78.    T.R. Navin, C.M. Dickinson, S.R. Adams, M. Mayersohn, and D.D. Juranek, "Effect of Azotemia in Dogs on the Pharmacokinetics of Pentamidine," J. Infect. Dis., 155, 1020- 1026 (1987).

79.    L.J. Schaaf, S.C. Campbell, M. Mayersohn, T. Vagedes, and D.G. Perrier, "Influence of Smoking and Gender on the Disposition Kinetics of Metoprolol," Eur. J. Clin. Pharmacol., 33, 355-361 (1987).

80.    A. Lopez-Anaya and M. Mayersohn, "Quantification of Riboflavin, Riboflavin-5'- Phosphate and Flavin Adenine Dinucleotide in Plasma and Urine by High Performance Liquid Chromatography," J. Chromatogr., 423, 105-113 (1987).

81.    A. Lopez-Anaya and M. Mayersohn, "Simultaneous Quantification of Ascorbic and Dehydroascorbic Acids in Biological Fluids by Liquid Chromatography with Fluorescence Detection and Comparison with a Colorimetric Assay," Clin. Chem., 33, 1874-1878 (1987).

82.    M. Mayersohn, "Drug Absorption," J. Clin. Pharmacol., 27, 634-638 (1987) (Submitted by Editorial Invitation).

83.    M.P. Schoerlin, M. Mayersohn, A. Korn, and H. Eggers, "Disposition Kinetics of Moclobemide, a MAO-A Inhibitor: Single and Multiple Dosing in Normal Subjects," Clin. Pharmacol. Ther., 42, 395-404 (1987).

84.    M.P. Schoerlin, M. Mayersohn, B. Hoevels, H. Eggers, M. Dellenbach, and J.-P. Pfefen, "Effect of Food Intake on the Relative Bioavailability of Moclobemide (Ro 11-1163)," J. Neural Transmission, 26 (Supplement), 115- 121 (1988).

85.    N.B. Egen, M. Bliss, M. Mayersohn, S.M. Owens, L. Arnold, and M. Bier, "Isolation of Monoclonal Antibodies to Phencyclidine from Ascites Fluid by Preparative Isoelectric Focusing in the Rotofor," Anal. Biochem., 172, 488- 494 (1988).

86.    M.P. Schoerlin, F. F. Horber, F. J. Frey, and M. Mayersohn, "Disposition Kinetics of Moclobemide, a New MAO-A Inhibitor, in Subjects with Impaired Renal Function," J. Clin. Pharmacol., 30, 272-284 (1990).

87.    K. Stoeckel, J.P. Pfefen, M. Mayersohn, M.P. Schoerlin, C. Andressen, E.E. Ohnhaus, F. Frey, and T.W. Guentert, "Absorption and Disposition of Moclobemide in Patients with Advanced Age or Reduced Liver or Kidney Function," Acta Psychiatr. Scand., Suppl 360, 94-97 (1990).

88.    M.P. Schoerlin, M. Mayersohn, B. Hoevels, H. Eggers, M. Dellenbach, and J.P. Pfefen, "Cimetidine Alters the Disposition Kinetics of the MAO-A Inhibitor, Moclobemide," Clin. Pharmacol. Ther., 49, 32-38 (1991).

89.    H. Abdallah and M. Mayersohn, "The Preparation and Evaluation of a Tablet Dosage Form of Cyclosporine in Dogs," Pharm. Res., 8, 518-522 (1991).

90.    S.P. Khor and M. Mayersohn, "Potential Error in the Measurement of Tissue to Blood Distribution Coefficients in Physiological Pharmacokinetic Modeling-Residual Tissue Blood. I. Theoretical Consideration," Drug Metab. Dispos., 19, 478-485 (1991).

91.    S.P. Khor, H. Bozigian and M. Mayersohn, "Potential Error in the Measurement of Tissue to Blood Distribut Coefficients in Physiological Pharmacokinetic Modeling-Residual Tissue Blood. II. Phencyclidine Distribution ... the Rat," Drug Metab., Dispos., 19, 486-490 (1991).

92.    H.Y. Abdallah, M. Mayersohn, and K.A. Conrad, "The Influence of Age on Salicylate Pharmacokinetics in Humans," J. Clin. Pharmacol., 31, 380-387 (1991).

93.    S.P. Khor, S.L. Johnson, and M. Mayersohn, "Area-Based Estimation of the Initial Volume of Distribution and Elimination Rate Constant Following an Intravenous Bolus Injection," J. Pharm. Sci, 80, 1042-1050 (1991).

94.    H.-H. Chow, A. Hutchaleelaha and M. Mayersohn, "Inhibitory Effect of 4-Methylpyrazole on Antipyrine Clearance in Rats," Life Sci., 50, 661-666 (1992).

95.    H.J. Pieniaszek, Jr., C.M. McEntegart, M. Mayersohn and U.F. Michael, "Moricizine Pharmacokinetics in Renal Insufficiency-Reevaluation of Elimination Half-Life," J. Clin. Pharmacol, 32, 412-414 (1992).

96.    H.-H. Chow, Y. Cai, and M. Mayersohn, "Amphotericin B Disposition Kinetics in Rats:  The Influence of Dose," Drug Metab. Disposition, 20, 432-435 (1992).

97.    J.L. Burgess, R.C. Dart, N.B. Egen and M. Mayersohn, "The Effect of Constriction Bands on Rattlesnake Venom Absorption," Annals Emergency Med.21, 1086-1093 (1992).

98.    M. Mayersohn, G. Roncari and G. Wendt, "Disposition Pharmacokinetics and Metabolism of Aniracetam in Animals," Drug Investigation, 5 (Suppl. 1), 73-95 (1993).

99.    W. Zheng, S.M. Winter, M. Mayersohn, J.B. Bishop and I.G. Sipes, "Toxicokinetics of Sulfasalazine (Salicylazosulfapyridine) and its Metabolites in B6C3F₁ Mice," Drug Metab. Disposition, 21, 1091-1097 (1993)

100.   M. Mayersohn and R. Hamilton, "The Relationship Between the Terminal Disposition Half-Life and Mean Residence Time in Multicompartment Models," Drug Metab. Disposition, 21, 1172-1173 (1993).

101.   T.W. Guentert and M. Mayersohn, "Clinical Pharmacokinetic Profile of Moclobemide and Its Comparison with Other MAO-Inhibitors," Rev. Contemp. Pharmacother., 5, 19-34 (1994).

102.   K.M. Hurlbut, R.M. Maiorino, M. Mayersohn, R.C. Dart, D.C. Bruce and H.V. Aposhian, "Determination and Metabolism of Dithiol Chelating Agents. XVI. Pharmacokinetics of 2,3-Dimercapto-1-Propanesulfonate After Intravenous Administration to Human Volunteers," J. Pharmacol. Exp. Therap. 268, 662-668 (1994).

103.   A. Hutchaleelaha, J. Sukbuntherng, H.H. Chow and M. Mayersohn, "Disposition Kinetics of d- and l-amphetamine Following Intravenous Administration of Racemic Amphetamine to Rats," Drug Metab. Disposition, 22, 406-411 (1994).

104.   R.C. Dart, K.M. Hurlbut, R.M. Maiorino, M. Mayersohn, H.V. Aposhian and L.V. Boyer-Hassan, "Pharmacokinetics of Meso-2,3-dimercaptosuccinic Acid (DMSA) in Patients with lead poisoning  and in Healthy Adults," J. Pediatrics, J. Pediatrics, 125, 309-316 (1994).

105.   H.J. Pieniaszek, Jr., A.F. Davidson, C.M. McEntegart, C.Y. Quon, R. Sampliner and M. Mayersohn, "The Effect of Liver Disease on the Disposition of Moricizine in Humans," Biopharm. Drug Disposition, 15, 243-252 (1994).

106.   A. Hutchaleelaha, A. Walters, H.H. Chow and M. Mayersohn, "Sensitive Enantiomer Specific HPLC Analysis of Methamphetamine and Amphetamine from Plasma Using Precolumn Fluorescent Derivatization," J. Chromatogr., 658, 103-112 (1994).

107.   M. Mayersohn, "Pharmacokinetics in the Elderly", Environ. Health Perspect., 102 (Suppl 11), 119-124 (1994).

108.   E.D. Park, D.V. Lightner, N. Milner, M. Mayersohn, D.L. Park, J.M. Gifford and P.A. Bell, "Exploratory

Bioavailability and Pharmacokinetic Studies of Sulfadimethoxine and Ormetoprine in Penaeid Shrimp, Penaeus Vannamei", Aquaculture, <u>130</u>, 113-128 (1995).

109.    J. Sukbuntherng, A. Hutchaleelaha, H.H. Chow and M. Mayersohn, "Separation and Quantitation of the Enantiomers of Methamphetamine and Its Metabolites in Urine by HPLC: Precolumn Derivatization and Fluorescence Detection," J. Analytical Toxicol., <u>19</u>, 139-147 (1995).

110.    H.H.Chow, Y. Wu and M. Mayersohn, "Pharmacokinetics of Amphotericin B in Rats as a Function of Dose Following Constant-Rate Intravenous Infusion", Biopharm. Drug Dispos. <u>16</u>, 461-473 (1995),

111.    J. Sukbuntherng, A. Walters, H.H. Chow and M. Mayersohn, "Quantitative Determination of Cocaine, Cocaethylene (Ethylcocaine), and Metabolites in Plasma and Urine by High-Performance Liquid Chromatography", J. Pharm. Sci., <u>84</u>, 799-804 (1995).

112.    M. Mayersohn and T.W. Guentert, "Clinical Pharmacokinetics of the MAO-A Inhibitor Moclobemide", Clin. Pharmacokin., <u>29</u>, 292-332 (1995).

113.    U.A. Pillai, T.L. Ziegler, D.X. Wang, M.J. Kattnig, T. McClure, D.C. Liebler, M. Mayersohn and I.G. Sipes, "3,3',4,4'-Tetrachloroazobenzene Absorption, Disposition and Metabolism in Male Fischer-344 Rats", Drug Metab. Dispos., <u>24</u>, 238-244 (1996).

114.    A. Hutchaleelaha and M. Mayersohn,  "Influence of Activated Charcoal on the Disposition Kinetics of Methamphetamine Enantiomers in the Rat Following Intravenous Dosing", J. Pharm. Sci., <u>85</u>, 541-545 (1996).

115.    J. Sukbuntherng, D.K. Martin, Y. Pak and M. Mayersohn, "Characterization of the Properties of Cocaine in Blood: Blood Clearance, Blood to Plasma Ratio and Plasma Protein Binding", J. Pharm. Sci., <u>85</u>, 567-571 (1996).

116.    R. Fruncillo, S. Troy, V. Parker, M. Mayersohn, D. Hicks, M. Kraml, M. Battle and S. Chiang, "Pharmacokinetics of the Aldose Reductase Inhibitor Tolrestat: Studies in Healthy Young and Elderly Male and  Female  Subjects and in Subjects with Diabetes", Clin. Pharmacol. Ther., <u>59</u>, 603-612 (1996).

117.    J.L. Valentine, M. Mayersohn, W.D. Wessinger, L.W. Arnold and S.M. Owens, "Antiphencyclidine Monoclonal Fab Fragments Reverse Phencyclidine-Induced Behavioral Effects and Ataxia in Rats", J.  Pharmacol. Exp. Ther., <u>278</u>, 709-716 (1996).

118.    T.L. Ziegler, U.A. Pillai, R.I. Smith, M.J. Kattnig, D.C.Liebler, M. Mayersohn and I.G. Sipes, "Absorption  and Disposition Kinetics of 3,3',4,4'-Tetrachloroazoxybenzene in the Male Fischer 344 Rat", Drug Metab. Dispos., <u>24</u>, 1009-1014 (1996).

119.    A. Hutchaleelaha and M. Mayersohn, "p-Hydroxymethamphetamine Enantiomer Pharmacokinetics and Metabolism in Rats: Absence of N-Demethylation", Biopharm. Drug Disposition, <u>18</u>, 423-432 (1997).

120.    A. Hutchaleelaha, J. Sukbuntherng and M. Mayersohn, "Simple Apparatus for Serial Blood Sampling in Rodents Permitting Simultaneous Measurement of Locomotor Activity as Illustrated with Cocaine", J. Pharmacol. Toxicol. Methods, 37, 9-14 (1997).

121.    A. Hutchaleelaha, H.H. Chow and M. Mayersohn, "Comparative Pharmacokinetics and Interspecies Scaling of Amphotericin B in Several Mammalian Species", J. Pharm. Pharmacol., <u>49</u>, 178-183 (1997).

122.    J-M. Sauer, R.L. Smith, J. Bao, M.J. Kattnig, R.K. Kuester, T.D. McClure, M. Mayersohn and I.G.Sipes, "Oral and Topical Absorption, Disposition Kinetics, and the Metabolic Fate of trans-Methyl Styryl Ketone in the    Male Fischer 344 Rat", Drug Metab. Disposition, 25, 732-739 (1997).

123.    S. Tannenbaum, H. Boxenbaum and M. Mayersohn, "Allometric Analysis of Organ Extraction Ratios", J.Pharm. Sci., 86, 1319-1320 (1997).

124.    J-M. Sauer, J.Q. Bao, R.L. Smith, R.K. Kuester, M. Mayersohn and I.G. Sipes, "The Absorption, Disposition, and Metabolism of trans-Methyl Styryl Ketone in Female B6C3F$_1$ Mice", Drug Metab. Dispos., 25,1184-1190 (1997).

125.    J.-M. Sauer, J.Q. Bao, R.L. Smith, T. McClure, M.Mayersohn, U. Pillai, M.L. Cunningham and I.G. Sipes, "Absorption, Disposition Kinetics, and Metabolic Pathways of Cyclohexene Oxide in the Male Fischer 344 Rat and Female B6C3F$_1$ Mouse", Drug Metab. Dispos., 25, 371-378 (1997).

126.    J.A. Bourland, D.K. Martin and M. Mayersohn, "Carboxylesterase-Mediated Transesterification of Meperidine (Demerol®) and Methylphenidate (Ritalin®) in the Presence of $^2$H$_6$-Ethanol: Preliminary In Vitro Findings Using a Rat Liver Preparation", J. Pharm. Sci., 86, 1494-1496 (1997).

127.    J.A. Bourland, D.K. Martin and M. Mayersohn, "In Vitro Transesterification of Cocaethylene (Ethylcocaine) in the Presence of Ethanol: Esterase-Mediated Ethyl Ester Exchange", Drug Metab. Disposition, 26, 203-206 (1998).

128.    S.M. Troy, R. Rudolph, M. Mayersohn and S.T. Chiang, "The Influence of Cimetidine on the Disposition Kinetics of the Antidepressant Venlafaxine," J. Clin. Pharmacol., 38, 467-474 (1998).

129.    B.S. Foster, D.D. Gilbert, A. Hutchaleelaha and M. Mayersohn, "Enantiomeric Determination of Amphetamine and Methamphetamine in Urine by Pre-Column Derivatization with Marfey's Reagent and    HPLC", J. Anal. Toxicol., 22, 265-269 (1998).

130.    T.Kakkar and M.Mayersohn, "Simultaneous Quantitative Analysis of Methyl Salicylate, Ethyl Salicylate ar Salicylic Acid from Biological Fluids Using Gas Chromatography/Mass Spectrometry", J. Chromatogr. B, 71 69-75 (1998).

131.    H.-H. Chow, S.-P. Khor, H.-C. Lee and M. Mayersohn, "A Modified Equilibrium Dialysis Technique for Measuring Plasma Protein Binding: Experimental Evaluation with Diazepam and Nortriptyline, Pharm. Res., 15, 1643-1646 (1998).

132.    J.S. Valdez, D.K. Martin and M. Mayersohn, "Sensitive and Selective Gas Chromatographic Methods for the Quantitation of Camphor, Menthol and Methyl Salicylate from Human Plasma", J. Chromatogr. B, 729, 163-171 (1999).

133.    T. Kakkar, H. Boxenbaum and M. Mayersohn, "Estimation of $K_i$ in a Competitive Enzyme-Inhibition Model: Comparisons Among Three Methods of Data Analysis", Drug Metab. Disposition, 27, 756-762 (1999).

134.    H. Boxenbaum, S. Tannenbaum, F. Oleson and M. Mayersohn, "Pharmacokinetic Tricks and Traps: Dosage Adjustment in Renal Failure.", J. Pharm. Pharmaceut. Sci., 2, 2-5 (1999).

135.    H.J. Pieniaszek, Jr., M. Mayersohn, M.P. Adams, R.J. Reinhart and J.S. Barett, "Moricizine Bioavailability via Simultaneous, Dual, Stable Isotope Administration: Bioequivalence Implications," J. Clin. Pharmacol., 39, 817-825 (1999).

136.    H.J. Pieniaszek, Jr., A.F. Davidson, F.E. Chaney, L. Shum, C.A. Robinson and M. Mayersohn, "Human Moricizine Metabolism.II. Quantification and Pharmacokinetics of Plasma and Urinary Metabolites", Xenobiotica, 29, 945-955 (1999).

137.    V. Sinha, K. Brendel and M. Mayersohn, "A Simple Isolated Perfused Rat Liver Apparatus: Characterization and Measurement of Extraction Ratios of Selected Drugs", Life Sci., 66, 1795-1804 (2000).

138.    T. Kakkar, Y. Pak and M. Mayersohn, "Evaluation of a Minimal Experimental Design for Determination of

Enzyme Kinetic Parameters and Inhibition Mechanism", J. Pharmacol. Exp. Ther., $\underline{293}$, 861-869 (2000).

139.   T. Sanghvi, N. Ni, M. Mayersohn and S.H. Yalkowsky, "Predicting Passive Intestinal Absorption Using a Single Parameter", QSAR $\underline{22}$, 247-257 (2003).

140   Y. Pak, R. Patek and M. Mayersohn, "Sensitive and Rapid Isocratic HPLC Method for the Quantitation of Curcumin in Plasma", J. Chromatography B, $\underline{796}$, 339-346 (2003).

141.   H. Tang, Y. Pak and M. Mayersohn, "Protein Expression of P-glycoprotein Along the Gastrointestinal Tract of the Yucatan Micropig", J. Biochem. Molecular Tox., $\underline{18}$, 1-5 (2004).

142.   D. Martin, J. Valdez, J. Boren and M. Mayersohn, "Absorption of Camphor, Menthol and Methyl Salicylate in Human Subjects Following Application of Dermal Patches", J. Clin. Pharmacol., $\underline{44}$, 1151-1157 (2004).

143.   B. Lund, S.A. Seifert and M. Mayersohn, "Efficacy of Sustained Low-Efficiency Dialysis in the Treatment of Salicylate Toxicity", Nephrol. Dial. Transplantation $\underline{20}$, 1483-1484 (2005).

144.   H. Tang and M. Mayersohn, "Accuracy of Allometrically-Predicted Pharmacokinetic Parameters in Humans – Role of Species Selection", Drug Metab. Dispos. $\underline{33}$: 1288-1293 (2005).

145.   H. Tang and M. Mayersohn, "A Mathematical of the Functionality of Correction Factors Used in Allometry for Predicting Human Clearance", Drug Metab. Dispos. $\underline{33}$: 1294-1296 (2005).

146.   H. Tang and M. Mayersohn, "A Novel Method for Prediction of Human Drug Clearance by Allometric Scaling", Drug Metab. Dispos. $\underline{33}$, 1297-1303 (2005).

147.   Y. Pak, K. Stollberg-Zagar and M. Mayersohn, "A Porcine Model for Fixed Drug Eruptions- A Case of Antipyrine in the Yucatan Micropig", J. Appld. Toxicol., $\underline{26}$, 1-4 (2006).

148.   H. Tang and M. Mayersohn, "Prediction of Drug Removal by Hemodialysis in Humans Based on Unbound Apparent Volume of Distribution ($V_U$) and ClogP", submitted for publication.

149.   H. Tang and M. Mayersohn, "A Global Examination of Allometric Scaling for Predicting Human Clearance and the Prediction of Large Vertical Allometry", J. Pharm. Sci., $\underline{95}$, 1783-1799 (2006).

150   H. Tang and M. Mayersohn, "Response to Comments on 'A Mathematical Description of the Functionality of Correction Factors Used in Allometry for Predicting Human Drug Clearance'", Drug Metab. Dispos. $\underline{34}$, 510-511 (2006)

151.   H. Tang and M. Mayersohn, "On the Observed Large Inter-Species Over-Prediction of Human Clearance ("Vertical Allometry") of UCN-01: Further Support for a Proposed Model Based Upon Plasma Protein Binding", J. Clin. Pharmacol., $\underline{46}$, 398-400 (2006).

152.   H. Tang, A. Hussain, M. Leal, M. Mayersohn and E. Fluhler, "Interspecies Prediction of Human Drug Clearance Based on Scaling Data from One or Two Animal Species", Submitted for Publication.

153.   H. Tang and M. Mayersohn, "Utility of the Coefficient of Determination ($r^2$) in Assessing the Accuracy of Interspecies Allometric Predictions: Illumination or Illusion", Submitted for publication.

154.   H. Tang, D. Zhang and M. Mayersohn, "Comparison of the Pig and Dog as Animal Models for Predicting Absolute Oral Bioavailability in Humans- A Literature Evaluation", In preparation.

155.   T. Sanghvi, N. Ni, M. Mayersohn and S. Yalkowsky, "A New Absorption Parameter", Submitted for publication.

156.   J.S. Valdez, B.O. Parks, C.M. Porterfield and M. Mayersohn, "Postmortem Redistribution of Selected Model Compounds in Humans", In preparation.

157.   J. Sukbuntherng, D.K Martin, Y. Pak and M. Mayersohn, "Characterization of the Binding and Clearance of Cocaine in Human Blood: Influence of Gender and Time of Menstrual Cycle", In preparation.

158.   S. Tannenbaum, S. Kim and M. Mayersohn, "Fraction of Cocaine Converted to Cocaethylene when Coadministered with Ethanol in Humans", In preparation.

159.   Y. Pak, R. Patek, D. Zhang and M. Mayersohn, "*In Vitro* Stability Kinetics of Curcumin in Aqueous Solutions a Plasma", In preparation.

160.   D. Zhang, Y. Pak, R. Patek and M. Mayersohn, "*In Vitro* Stability Kinetics of Gingerols in Aqueous Solutions and Plasma", In preparation.

161.   Y.Pak, R. Patek and M. Mayersohn, "Sensitive and Rapid Isocratic HPLC Method for the Quantitation of Gingerols in Plasma", In preparation.

162.   Y. Pak, R. Patek and M. Mayersohn, "Disposition Kinetics and Absolute Oral Bioavailability of Curcumin in the Yucatan Micro-Pig", In preparation.

163.   Y. Pak, R. Patek and M. Mayersohn, "Disposition Kinetics and Absolute Oral Bioavailability of Gingerol in the Yucatan Micro-Pig", In preparation.

**Professional/Educational Publications**

1.   M. Mayersohn and M. Gibaldi, "Mathematical Methods in Pharmacokinetics. I. Use of the Laplace Transform for Solving Differential Rate Equations," Amer. J. Pharm. Ed., 34, 608-614 (1970).

2.   M. Mayersohn and M. Gibaldi, "Mathematical Methods in Pharmacokinetics. II. Solution of the Two Compartment Open Model," Ibid, 35, 19-28 (1971).

3.   M. Mayersohn, "Physiological Factors Influencing the Gastrointestinal Absorption Efficiency of Oral Dosage Forms," Canad. Pharm.J., 104, 164-169 (1971).

4.   M. Mayersohn, "Fundamental Principles in Efficient Drug Therapy. I. An Introduction to the Series and Sor. Basic Concepts," Bulletin of the Ontario College of Pharmacy, 20, 58-71 (1971).

5.   M. Mayersohn, "Fundamental Principles in Efficient Drug Therapy. II. Pharmacokinetic Principles and Useful Analogies," Bulletin of the Ontario College of Pharmacy, 20, 124-130 (1971).

6.   M. Mayersohn, "Dosage Regimen Calculation in Patients with Renal Insufficiency," Canad. J.Hosp.Pharm.,24, 215-221 (1971).

7.   M. Mayersohn, "Fundamental Principles in Efficient Drug Therapy. III. Drug Distribution - Part I," Bulletin of the Ontario College of Pharmacy, 21, 11-17 (1972).

8.   M. Mayersohn, "Fundamental Principles in Efficient Drug Therapy. IV. Drug Distribution - Part II," Bulletin of the Ontario College of Pharmacy, 21, 53-61 (1972).

9.   M. Mayersohn, "Drug Interactions - Some Therapeutically Useful Applications," Canad. J.Hosp. Pharm., 25, 105-107 (1972).

10.   M. Mayersohn, "Formulation Aspects as they Affect Drug Availability," Bulletin of the Ontario College of Pharmacy, 21, 97-116 (1972).

11.   M. Mayersohn, M.S.S. Chow, H.B. Kostenbauder and M. Rowland, "Aspirin Bioavailability," Monograph for the Bioavailability of Drugs Project of the American Pharmaceutical Association, J. Amer. Pharm. Assn., NS17, 107-112 (1977).

12.   M. Mayersohn, "Clinical Pharmacokinetics: Applying Basic Principles to Therapy," Drug Therapy, 10, 79-83 (1980).

13.   M. Mayersohn, "Designing a Dosage Regimen," Drug Therapy, 10, 99-102 (1980).

14.    M. Mayersohn, "Drug Disposition in the Elderly," unit 2, module V In "Pharmacy Practice for the Geriatric Patient," B. Ameer, et al (eds.).  Health Sciences Consortium, Carrboro, North Carolina, 1985.

15.    M. Mayersohn and S. Tannenbaum, "On Reclaiming Data from the Literature: Literature Data "R and R" (Recovery and Reanalysis)" with a commentary by Dr. Gerhard Levy, "Using Other People's Data in Publications", Amer. J. Pharm. Ed., 62, 363-370 (1998).

## PRESENTATIONS

**Invited**

1.  "Drug Therapy in Patients with Renal Insufficiency," presented to the Medical Staff, Toronto General Hospi' Toronto, Ontario, April 19, 1971.

2.  "Drug Interactions - Some Therapeutically Useful Applications," presented at the mid-year clinical meeting of the Canadian Society of Hospital Pharmacists," Toronto, Ontario, February 15, 1972.

3.  "Formulation Aspects as they Affect Drug Availability," presented at the Ontario College of Pharmacy Seminar Series, Toronto, Ontario, May 7, 1972.

4.  "Some Considerations in Evaluating Drug Products," presented at the Ontario Hospital Association Meeting, Toronto, Ontario, October 25, 1972.

5.  "Pharmacokinetics and Its Clinical Implications," presented to the Drug Research Laboratories of the Health Protection Branch and the Department of Pharmacology, University of Ottawa, Ottawa, Ontario, October 27, 1972.

6.  "Aspects of Drug Absorption," Faculty of Pharmacy, University of Alberta, Edmonton, Alberta, April 23, 1973.

7.  "Psychotropics - Pharmacokinetic Consideration in Therapy" and a workshop on "Practical Kinetic Considerations of Psychoactive Agents," presented at the 5th Annual National Conference of Mental Health Pharmacists, Omaha, Nebraska, August 7-10, 1977.

8.  "Pharmacokinetics in Clinical Problem Solving," Clinical Pharmacology Grand Rounds presented at the Veterans Administration Hospital (December 3, 1977) and at the Arizona Health Sciences Center (December 10, 1977).

9.  "Drug Interactions with Digoxin," Clinical Pharmacology Rounds, presented at the Arizona Health Scienc' Center, September 15, 1978, Tucson, Arizona.

10. "Literature Review in Pharmacokinetic Studies," Clinical Pharmacology Rounds, presented at the Arizona Health Sciences Center, October 31, 1978, Tucson, Arizona.

11. "Clinical Pharmacokinetics - General Principles and Clinical Applications," Clinical Pharmacology Grand Rounds, presented at the Arizona Health Sciences Center (November 1, 1978) and at the Veterans Administration Hospital (November 8, 1978), Tucson, Arizona.

12. "Pharmacokinetics of Procainamide," presented at the Cardiology Research Conference, College of Medicine, University of Arizona, Tucson, Arizona, November 27, 1978.

13. "Propranolol-Quinidine Interaction," Clinical Pharmacology Rounds, presented at the Arizona Health Sciences Center, March 27, 1979, Tucson, Arizona.

14. "Current Research Projects in Pharmacokinetics," Toxicology Seminar Series, to the Toxicology Program, University of Arizona, February 12, 1980, Tucson, Arizona.

15. "Current Research Projects in Pharmacokinetics," Toxicology Seminar Series, to the Toxicology Program, University of Arizona, February 12, 1980, Tucson, Arizona.

16. "Influence of Protein Binding on Drug Disposition," presented at the 2nd Annual Meeting of the American College of Clinical Pharmacy, Scottsdale, Arizona, June 26-28, 1981.

17. "The Xylose Test in the Elderly and Thiopental Disposition in the Elderly," Clinical Pharmacology Rounds, Arizona Health Sciences Center, Tucson, Arizona, February 8, 1982.

18.  "Phencyclidine (PCP) Disposition Kinetics in Dogs," presented at the Joint French-U.S.A. Seminar on the Chemistry, Pharmacology, Present and Future of the Therapeutic Applications and Drug Abuse Aspects of Arylcyclohexylamines," Montpellier, France, September 20-24, 1982.

19.  "Phencyclidine Disposition in Animals," presented at the Conference on the Pharmacokinetics of Psychoactive Drugs, Sponsored by the National Institute on Drug Abuse, Bethesda, Maryland, February 9-11, 1983.

20.  "Rational Approaches to the Treatment of Drug Toxicity: Some Recent Considerations and the Application of Pharmacokinetic Principles," presented at the Conference on the Pharmacokinetics of Psychoactive Drugs, Sponsored by the National Institute on Drug Abuse, Bethesda, Maryland, February 9-11, 1983.

21.  "Rational Approaches to the Treatment of Drug Toxicity: Some Recent Considerations and the Application of Pharmacokinetic Principles," presented to the Divisions of Preclinical and Clinical Research, National Institute on Drug Abuse, Bethesda, Maryland, February 24, 1983.

22.  "Alteration of Drug Kinetics and Drug Absorption in the Elderly," presented at the 8th Annual Meeting, Associates of Clinical Pharmacology, Tucson, Arizona, February 29-March 2, 1984.

23.  "Modulation of Phencyclidine (PCP) Pharmacokinetics with PCP-Specific Fab Fragments," presented at the National Institute on Drug Abuse Technical Review Meeting on Phencyclidine, Rockville, Maryland, May 7-9, 1985. (presented by S.M. Owens).

24.  "Drug Absorption and Disposition in Aged Humans: General Considerations," presented at the 14th Annual Symposium of the Western Division, American Geriatrics Society, Sun City, Arizona, October 18, 1985.

25.  Presentations made to the Pharmaceutical Research Department, F. Hoffmann- LaRoche Basel, Switzerland, July 1-December 30, 1986.
     "Comparison of Model-Dependent and Model-Independent Analysis in Pharmacokinetics"
     "The Influence of Plasma Protein Binding on Drug Disposition"
     "Statistical Moment Theory In Pharmacokinetics"
     "Drug Disposition in the Elderly"
     "Nonlinearity Processes in Drug Disposition"
     "Estimation of Hepatic Drug Metabolism"
     "Drug Interactions with Cimetidine"

26.  "Drug Disposition in the Elderly," presented to the Metabolism Research Department, Upjohn Company, Kalamazoo, Michigan, March 16-17, 1987.

27.  "The Influence of Age on Drug Disposition," presented to the Clinical Pharmacology Department, Carter-Wallace Laboratories, Cranbury, New Jersey, April 2, 1987.

28.  "Biotechnology and Pharmacy: Implication for Education and Research-Pharmaceutics," presented to the National Advisory Board, College of Pharmacy, University of Arizona, Tucson, Arizona, November 4, 1988.

29.  "Clinical Pharmacology, Clinical Pharmacokinetics and Therapeutic Drug Monitoring," Clinical Correlation Lecture, "Drug Disposition in the Elderly", Arkansas Medical Society Lecture Series, Department of Pharmacology, College of Medicine, University of Arkansas for Medical Sciences, Little Rock, Arkansas, January 23-24, 1989.

30.  "Treatment of Drug Toxicity with Drug-Specific Antibodies," presented to the Department of Pharmaceutics, College of Pharmacy, University of Georgia, Athens, Georgia, February 10, 1989.

31.  "Absorption and Disposition of Moclobemide in Patients with Risk Factors: Advanced Age, Reduced Liver or Kidney Function" (authored by: K. Stoeckel, J.P. Pfefen, M. Mayersohn, M.P. Schoerlin, C. Andreasen, E.E. Ohnhaus, F. Frey and T.W. Guentert). Invited participant, "Treatment of Depression in the 1990's - A Focus on Moclobemide", Lisbon, Portugal, March 9-12, 1989.

32.  "Aging as a Variable in Pharmacokinetics", presented at the "Forum on Drug Development and Regulation-Drug Development and Aging Populations," Institute of Medicine, National Academy of Sciences, Washington, D.C., May 24-25, 1989.

33.  Panel member and discussant, "McGill Consulting Conference on Bioequivalence," sponsored by the Health Protection Branch, Health and Welfare Canada, Montreal, Quebec, Canada, March 28-29, 1991.

34.  "Bioavailability -- What Is It?"  presented to the Ontario Pharmacists' Association, Toronto, Canada, May 4, 1991.  Also presented three one-hour workshops.

35.  "Clinical Pharmacology, Clinical Pharmacokinetics and Therapeutic Monitoring," presented to the Clinical Pharmacology Program, College of Medicine, University of Arizona, Tucson, Arizona, May 29, 1991.

36.  "Residence Time Distributions," presented at the Pharmacokinetics Workshop I: Basic Concepts, American Society For Pharmacology and Experimental Therapeutics, San Diego, CA, August 18, 1991.

37.  "Bioavailability of Ascorbic Acid," presented at the 1st International Congress on Vitamins and Biofactors in Life Sciences, Co-chairman of Symposium, "Bioavailability of Vitamins," Kobe, Japan, September 19, 1991.

38.  "Pharmacokinetics: Basic Principles and Clinical Application," presented to the Department of Neurology, College of Medicine, University of Arizona, Tucson, AZ, January 7, 1992.

39.  "Pharmacokinetics in the Elderly," presented at the symposium, "Pharmacokinetics: Defining Dosimetry for Risk Assessment," National Research Council, Board on Environmental Studies and Toxicology, National Academy of Sciences, March 4-5, 1992, Washington, DC.

40.  "Physiological Factors Affecting Pharmacokinetics and Pharmacodynamics," Presentation as part of symposium, "Varaiability of Drug Response I: Influence of Physiological and Pharmaceutical Factors," 129th Annual Meeting, American Pharmaceutical Associaton, San Diego, CA, March 14, 1992.

41.  "Estimation of Partition Coefficients and the Effect of Residual Blood in Tissues," presented at the 4th Annual Symposium on Frontiers of Pharmacokinetics and Pharmacoydnamics, Little Rock, AR, March 18-20, 1992.

42.  "Drug Disposition in the Elderly," presented to the Division of Biopharmaceutics, Food and Drug Administration, Rockville, MD, July 23, 1992.

43.  "Drug Disposition in the Elderly," presented to the Clinical Pharmacology Division, Eli Lilly Company, Indianapolis, IN; March 1, 1993.

44.  "Drug Disposition in Women," presented to the Indianapolis-Cincinnati Discussion Group, American Association of Pharmaceutical Scientists, Indianapolis, IN; March 1, 1993.

45.  "Drug Disposition and Aging in Humans," presented to the Clinical Research Division, Wyeth-Ayerst Company, Radnor, PA; May 24, 1993.

46.  "Clinical Pharmacokinetic Considerations of PDA-641," presented to the Clinical Research Division, Wyeth-Ayerst Company, Radnor, PA, May 25, 1993.

47.  "Relevant Issues in Pharmacokinetics", presented at the Modeling and Simulation of Biological Systems Workshop, Program on Medical and biological Engineering Workshops, University of Arizona, Tucson,  AZ, April 16, 1994.

48.  "Selected Recent Issues in the Pharmacokinetics and Toxicokinetics of Drugs of Abuse", Presented at the Technical Review: "Metabolism, Pharmacokinetics and Pharmacodynamics of Drugs of Abuse", National Institute on Drug Abuse Technical Review, San Diego, CA, November 4-5, 1994.

49.  "Pharmacokinetic Aspects of Depot Drug Delivery Dosage Forms", Presented to the Neuroscience Group, Hoechst-Roussel Company, Somerville, NJ, January 18, 1995.

50. "New Method for Plasma Protein Binding Quantitation for Highly Bound Molecules" and "Blood Sampling Device Permitting Simultaneous Response Measurement: Pharmacodynamic/Pharmacokinetic Model", Presented to the Animal Health Division, Central Research, Pfizer Pharmaceutical Company, Groton, CT, December 9, 1996.

51. "Aspects of the Pharmacokinetics and Pharmacodynamics of Cocaine and Its Interaction with Ethanol", Presented to the Center for Human Toxicology, University of Utah, Salt Lake City, UT, April 14, 1997

52. "Studies on the Pharmacokinetics and Pharmacodynamics of Cocaine", Presented at the 3rd Annual Science Fair, Southwest Environmental Health Sciences Center, University of Arizona, Tucson, AZ October 13, 1997.

53. "Relevant Aspects of Pharmacokinetics", Presented to the Radiology Discussion Group, College of Medicine, the University of Arizona, Tucson, AZ, October 12, 1999.

54. "Pharmacokinetic Principles", Presented at the Biomedical Engineering Research Seminar Series, College of Medicine, The University of Arizona, Tucson, AZ November 27, 2000.

55. "Pharmacokinetics and Special Populations: Geriatric Pharmacokinetics", Presented to the American College of Toxicology, 21st Annual Meeting, San Diego, CA, November 12-15, 2000.

56. "Pharmacokinetics in the Geriatric Population", Presented to the American Association of Pharmaceutical Scientists Annual Meeting, Denver, CO, October 21-25, 2001.

57. "Selected Principles of Pharmacokinetics as Applied to the Practice of Anesthesiology", Presented to the Faculty and Fellows of the Department of Anesthesiology, College of Medicine, The University of Arizona, Tucson, AZ, August 14 and 21, 2002.

58. "Porcine Models in Pharmacokinetics, Pharmacodynamics and Toxicology: A 'Pig in a Poke?", Introduction to the symposium, Chairman, Presented at the 11th North American International Society for the Study of Xenobiotics Meeting, Orlando, FL, October 27-31, 2002.

59. "Porcine Prediction of Pharmacokinetics Parameters in People", Presented at the 11th North American International Society for the Study of Xenobiotics Meeting, Orlando, FL, October 27-31, 2002.

60. "Insights and Handy Hints for Effective Teaching", Presented at the Physiological Sciences Teaching Round Table", College of Medicine, The University of Arizona, Tucson, AZ, December 6, 2002.

61. "Use of the Swine Model for the Prediction of Human Oral Bioavailability", Presented to the Celgene Company, San Diego, CA, September 29, 2003

62. "Herbal Medicine", Introduction to the symposium, Co-chairman, Presented at the 12th North American International Society for the Study of Xenobiotics Meeting, Providence, RI, October 12-16, 2003.

63. "Assessment of Bioavailability of Botanical Components in a Porcine Model: Illustrations with Curcumin and Ginger", Presented at the 12th North American International Society for the Study of Xenobiotics Meeting, Providence, RI, October 12-16, 2003.

64. "Comparison of Animal Models for the Prediction of Human Oral Bioavailability: Swine vs. Dog", Presented to Endo Pharmaceuticals, Inc., Chadds Ford, PA, January 15, 2004.

65. "An Evaluation of the Mini- (or Micro-) Swine for Assessing the Disposition and Bioavailability of Drugs in Humans", Presented to Syntonix, Inc., Waltham, MA, February 20, 2004.

66. "Selected Principles of Pharmacokinetics", Presented to Selectide, Inc., Tucson, AZ, Aug. 5, 19 and 26, 2004.

67. "Animal Models for the Assessment of Oral Drug Bioavailability in Humans: The Porcine Model", Presented to the AnorMed Corporation, Vancouver, British Columbia, Canada, May 29-30, 2006.

68.   "Prediction of Drug Disposition Parameters in Humans from Interspecies (allometric) Scaling OR To Extrapolate is Human, To Be Correct Divine", Presented at the Gordon Conference on Drug Metabolism, Holderness School, Plymouth, NH, July 9-14, 2006

69.   "A Tribute to Milo Gibaldi", Presented at the 11th Buffalo Pharmaceutics Symposium, Buffalo, NY, July 27-29.

70.   "A Perspective on Allometry", Presented at the 11th Buffalo Pharmaceutics Symposium, Buffalo, NY, July 27-29, 2006.

71.   "Animal Scale-Up Methods in Pharmacokinetics", Short Course Presented at the 14th North American Meeting of the International Society of Xenobiotics, Rio Grande, Puerto Rico, October 22-26, 2006.

## Contributed

1.   M. Mayersohn and M. Gibaldi, "Oxygen Requirements in the Transfer of Drugs Across the Everted Rat Intestine," presented to the Basic Pharmaceutics Section, American Pharmaceutical Association Academy of Pharmaceutical Sciences, 116th meeting, Montreal, Canada May 19, 1969.

2.   M. Mayersohn and M. Gibaldi, "Drug Transport-III-The Influence of Sugars on the Passive Transfer of Several Drugs Across the Everted Rat Intestine," presented to the Basic Pharmaceutics Section, American Pharmaceutical Association, Academy of Pharmaceutical Sciences, 117th meeting, Washington, DC., April 14, 1970

3.   M. Mayersohn, M. Gibaldi and B. Grundhofer, "Drug Transport V - Relationship Between Tissue Fluid Uptake, The $K^+$-Inhibition of Solute Transfer and the Permeability Characteristics of the Solute," presented to the Basic Pharmaceutics Section, American Pharmaceutical Association Academy of Pharmaceutical Sciences, 118th meeting, San Francisco, California, April 1, 1971.

4.   M. Mayersohn, "Physiological Availability and Urinary Excretion Kinetics of Enteric Coated Acetylsalicylic Acid Tablets in Man," presented at the 18th Canadian Conference on Pharmaceutical Research, University Manitoba, Winnipeg, Manitoba, August 14, 1971.

5.   M. Mayersohn and L. Endrenyi, "Relative Bioavailability of Ampicillin Formulations in Man," presented at the 20th Canadian Conference on Pharmaceutical Research, Dalhousie University, Halifax, Nova Scotia, May 4, 1973.

6.   J. Cobby, M. Mayersohn and M.E. Farlinger, "Studies on the Dissolution of Drug Particles" presented at the 20th Canadian Conference on Pharmaceutical Research, Dalhousie University, Halifax, Nova Scotia, May 4, 1973.

7.   K. Suryasaputra and M. Mayersohn, "Drug Transfer Across the Isolated Intestinal Membrane" presented at the 20th Canadian Conference on Pharmaceutical Research, Dalhousie University, Halifax, Nova Scotia, May 4, 1973.

8.   L.W. Hall and M. Mayersohn, "Computer Simulation by Continuous Biological Model Systems Using an IBM Application Program" presented at the 20th Canadian Conference on Pharmaceutical Research, Dalhousie University, Halifax, Nova Scotia, May 4, 1973.

9.   J. Cobby, M. Mayersohn and S. Selliah,"Gas Chromatographic Assay for Diethyldithiocarbamate, A Metabolite of Disulfiram, in Biological Fluids," presented to the Pharmaceutical Analysis and Control Section, American Pharmaceutical Association, Academy of Pharmaceutical Sciences, 21st National Meeting, Orlando, Florida, November 14-17, 1976.

10.   J. Cobby, M. Mayersohn and S. Selliah, "The Disposition of Diethyldithio-carbamate, A Metabolite of Disulfiram, in the Dog," presented to the Basic Pharmaceutics Section, American Pharmaceutical Association, Academy of Pharmaceutical Sciences, 21st National Meeting, Orlando, Florida, November 14-17, 1976.

11. K.D. Gierke, D. Perrier, M. Mayersohn and F.I. Marcus, "Digoxin Disposition Kinetics in Normal and Azotemic Dogs" presented at the 50th Scientific Section, American Heart Association, Miami Beach, Florida, November 14-17, 1976.

12. B.M. Kapur, B. Danglay and M. Mayersohn,"In Situ TLC Quantitation of Amitriptyline and Nortriptyline Using HPTLC and Transferable Calibration Factors", presented at the 29th National meeting of the American Association of Clinical Chemists, Chicago, IL, July 17-23, 1977.

13. P. Walson, M. Mayersohn and D. Perrier, "Serum and Salivary Phenobarbital Levels on Chronic Oral Dosing Regimens," 7th International Congress of Pharmacology, Paris, France, July, 1978.

14. P. Walson, T. Mimaki, R. Curless, M. Mayersohn and D. Perrier, "Onc Daily Phenobarbital Dosage Regimens in Epileptic Children" 11th Epilepsy International Symposium, Florence, Italy, October, 1979.

15. D. Hager, P. Fenster, M. Mayersohn, D. Perrier, P. Graves, F. Marcus and S. Goldman, "Digoxin-Quinidine Interaction: Pharmacokinetic Evaluation," American Federation of Clinical Research, Washington, D.C., May, 1979.

16. P. Fenster, E-G.V. Giardina, J.T. Bigger, F.I. Marcus, M. Mayersohn and D. Perrier, "Efficacy and Kinetics of New Sustained-Release Procainamide Preparation," American Heart Association, 52nd Sci. Session, Anaheim, California, November 12-15, 1979.

17. P. Fenster, M. Mayersohn, D. Perrier and F.I. Marcus, "Pharmacokinetic Evaluation of a New Slow Release Procainamide Tablet," American Heart Association, 52nd Sci. Session, Anaheim, California, November 12-15, 1979.

18. S. Goldman, D. Perrier, M. Olajos, H. Pieniaszek, M. Mayersohn and E. Morkin, "Beta-Adrenergic Blockade (β) and Pharmacokinetics of Propranolol (P) in Thyrotoxicosis (T)," American Heart Association, 52nd Sci. Session, Anaheim, California, November 12-15, 1979.

19. W.D. Hager, H. Pieniaszek, D. Perrier, V. Goldberger and M. Mayersohn, "Assessment of Beta Blockade to Propranolol," American Federation of Clinical Research, May 1980.

20. S. Goldman, M. Olajos, D. Perrier, H. Pieniaszek, M. Mayersohn and E. Morkin, "In Vivo Titration of β-Adrenergic Receptors in Thyrotoxic Calf Heart," American Society for Clinical Investigation, July 1980.

21. S. Appelbaum, M. Mayersohn, D. Perrier and R.T. Dorr, "Allopurinol Kinetics and Bioavailability," Midyear Clinical Meeting, American Society of Hospital Pharmacy, December, 1980.

22. M. Mayersohn, "The 'Xylose Test' to Assess GI Absorption in the Elderly: A Literature Evaluation," American Association of Colleges of Pharmacy, 82nd Annual Meeting, Scottsdale, Arizona, June 28-July 1, 1981.

23. D. Jung, H.J. Pieniaszek, Jr., M. Mayersohn and D. Perrier, "Absolute Bioavailability (F) Determination by Simultaneous Nonlinear Regression FIT of Oral and Intravenous Data," presented to the Basic Pharmaceutics Section, Academy of Pharmaceutical Sciences, 129th Annual Meeting of the American Pharmaceutical Association, Las Vegas, Nevada, April 24-29, 1982.

24. J. Woodworth, S.M. Owens, M. Mayersohn and D. Perrier, "Phencyclidine Disposition Kinetics in Dogs," presented to the Basic Pharmaceutics Section, Academy of Pharmaceutical Sciences, 129th Annual Meeting of the American Pharmaceutical Association, Las Vegas, Nevada, April 24-29, 1982.

25. H.J. Pieniaszek, Jr., P. Graves, M. Mayersohn, F.I. Marcus and D. Perrier, "Pharmacokinetic Studies of Digitalis Glycosides," presented to the Basic Pharmaceutics Section, Academy of Pharmaceutical Sciences, 129th Annual Meeting of the American Pharmaceutical Association, Las Vegas, Nevada, April 24-29, 1982.

26. S.M. Owens, J. Woodworth, M. Mayersohn and D. Perrier, "Phencyclidine Analysis in Serum by Radioimmunoassay," presented to the Pharmaceutical Analysis and Control Section, Academy of Pharmaceutical Sciences, 129th Annual Meeting of the American Pharmaceutical Association, Las Vegas, Nevada, April 24-29, 1982.

21

27.    D. Bikin, K. A. Conrad and M. Mayersohn, "Lack of Influence of Caffeine and Aspirin on Lithium Elimination," Clinical Research, 30, 249A (1982).

28.    J. R. Woodworth, M. Mayersohn and S. M. Owens, "The Simultaneous Quantitative Analysis of Phencyclidine and Metabolites by Gas Chromatography," presented to the Pharmaceutical Analysis and Control Section Academy of Pharmaceutical Sciences, 33rd National Meeting, San Diego, California, November 14-18, 1982.

29.    S.M. Owens, M. Mayersohn and J.R. Woodworth, "Phencyclidine Blood Protein Binding: Influence of Protein, pH and Species," presented to the Pharmacology and Toxicology Section, Academy of Pharmaceutical Sciences, 33rd National Meeting, San Diego, California, November 14-18, 1982.

30.    M. Mayersohn, K.A. Conrad and R. Achari, "Effect of a Cooked Meat Meal on Estimates of Creatinine Clearance," presented at the American Society for Clinical Pharmacology and Therapeutics Meeting, San Diego, California, March, 1983. Abstract: Clin. Pharmacol. Therap., 33, 264 (III-C), 1982.

31.    S. Johnson and M. Mayersohn, "Gas Chromatographic Analysis of Xylose from Plasma and Urine," presented to the Pharmaceutical Analysis and Control Section, Academy of Pharmaceutical Sciences, 130th Annual Meeting of the American Pharmaceutical Association, New Orleans, Louisiana, April 11-14, 1983.

32.    R. Achari and M. Mayersohn, "Gas Chromatographic Analysis of 4-methyl- pyrazole in Plasma," presented to the Pharmaceutical Analysis and Control Section, Academy of Pharmaceutical Sciences, 130th Annual Meeting of the American Pharmaceutical Association, New Orleans, Louisiana, April 11-14, 1983.

33.    K. A. Conrad and M. Mayersohn, "Cimetidine Does Not Affect Single Dose Ibuprofen Kinetics in Volunteers," presented at the Second World Conference on Clinical Pharmacology and Therapeutics, Washington, D.C., July 31-August 5, 1983.

34.    J.R. Woodworth, S.M. Owens and M. Mayersohn, "Phencyclidine Disposition in Dogs," presented to the Pharmacodynamics and Drug Disposition Section, Academy of Pharmaceutical Sciences, 34th National Meeting, Miami, Florida, November 13-17, 1983.

35.    S.M. Owens and M. Mayersohn, "Anti-phencyclidine Fab as a Tool for Studying the Toxic Effects Phencyclidine," presented at the N.I.H. Immunotoxicology Workshop, National Institute of Environmental Health Sciences, Research Triangle Park, North Carolina, October 17-18, 1983.

36.    L.J. Schaaf, D.G. Perrier, M. Mayersohn and S. Campbell, "Influence of Smoking and Gender on the Pharmacokinetics of Metoprolol," presented at the 17th Annual Meeting of the Australasian Society of Clinical and Experimental Pharmacologists, University of Newcastle, New South Wales, December 12-14, 1983. Abstract: Clin. Exp. Pharmacol. Physiol., 8 (Suppl.), 40 (1984).

37.    S.L. Johnson, M. Mayersohn and K.A. Conrad, "Gastrointestinal Absorption of Xylose in Man as a Function of Age," Clin. Res., 32, 243A (1984).

38.    S.M. Owens and M. Mayersohn, "Anti-Phencyclidine (PCP) Fab Alters PCP Disposition," presented at the American Society of Pharmacology and Experimental Therapeutics Meeting, August 19-23, 1984, Indianapolis, Indiana. Abstract: Pharmacologist, 26, 236 (1984).

39.    M. Mayersohn, "Gastrointestinal Absorption of Xylose as a Function of Age," presented at the 3rd Buffalo Pharmaceutics Symposium, July 25-28, 1984, Buffalo, New York.

40.    P.E. Nolan, Jr., M. Mayersohn, P.E. Fenster and M. Bliss, "Single-dose Pharmacokinetics of Amiodarone," presented at the 6th Annual Meeting of the American College of Clinical Pharmacy, Orlando, Florida, July 7-10, 1985. Abstract: Drug Intell. Clin. Pharm., 19, 445 (1985).

41.    W.N. Jones, K.B. Kern, J.P. Rindone, M. Mayersohn, M. Bliss and S. Goldman, "Digoxin-Diltiazem Interaction: A Pharmacokinetic Evaluation," presented at the 51st Annual Scientific Assembly of the American College of Chest Physicians, New Orleans, Louisiana, Oct. 28-Nov. 1, 1985.

42.    M. Bliss, M. Mayersohn, T. Arnold, J. Logan, U.F. Michael and W. Jones, "Disposition Kinetics of Cefamandole During Continuous Ambulatory Peritoneal Dialysis," presented to the Pharmacodynamics and Drug Disposition

Section, Academy of Pharmaceutical Sciences, 133rd Annual American Pharmaceutical Association Meeting, San Francisco, California, March 16-20, 1986. Abstract: 16, 128 (1986).

43.     A. Lopez-Anaya, M. Mayersohn and K.A. Conrad, "Pharmacokinetics of Riboflavin as a Function of Age," presented to the Pharmacodynamics and Drug Disposition Section, Academy of Pharmaceutical Sciences, 133rd Annual American Pharmaceutical Association Meeting, San Francisco, California, March 6-10, 1986. Abstract: 16, 130 (1986).

44.     P. Nolan, M. Mayersohn, P. Fenster, M. Bliss, and S. Quan, "Pharmacokinetic Comparison of Single Dose and Chronically Dosed Amiodarone in Healthy Volunteers," presented at the Third World Conference on Clinical Pharmacology and Therapeutics, Stockholm, Sweden, July 27 - August 1, 1986.

45.     A. Lopez-Anaya and M. Mayersohn "Quantification of Ascorbic Acid in Biological Fluids by High Performance Liquid Chromatography with Fluorescence Detection," presented at the Western Regional Meeting of the American Association of Pharmaceutical Scientists, Reno, Nevada, February 8-10, 1986.

46.     H.Y. Abdallah, M. Mayersohn and K.A. Conrad, "Influence of Age on Salicylate Kinetics in Man," presented at the Western Regional Meeting of the American Association of Pharmaceutical Scientists, Reno, Nevada, February 8-10, 1986.

47.     S.P. Khor, S. Johnson and M. Mayersohn, "Noncompartmental Estimation of Initial Volume of Distribution $V_1$ Following an Intravenous Injection," presented at the Western Regional Meeting of the American Association of Pharmaceutical Scientists, Reno, Nevada, February 8-10, 1986.

48.     R. D'Angio, M. Mayersohn, K.A. Conrad and M. Bliss, "Cimetidine Absorption in Humans During Sucralfate Coadministration," presented at the Western Regional Meeting of the American Association of Pharmaceutical Scientists, Reno, Nevada, February 8-10, 1986.

49.     P.E. Nolan, F.I. Marcus, G. Hoyer, M. Bliss, M. Mayersohn and K. Gear, "Pharmacokinetic Interaction Between Amiodarone and Phenytoin," presented at the 36th Annual Scientific Session of the American College of Cardiology, New Orleans, Louisiana, March 8-12, 1987.

50.     M.P. Schoerlin, M. Mayersohn, B. Hoevels and H. Eggers, "The Influence of Food on the Relative Bioavailability of Moclobemide, A New Monoamine Oxidase-A (MAO-A) Inhibitor," presented at the Third European Congress of Biopharmaceutics and Pharmacokinetics, Freiburg, Germany, April 21-24, 1987.

51.     M.P. Schoerlin, M. Mayersohn, F. Horber, M. Dellenbach, J.P. Pfefen and F. Frey, "The Influence of Renal Insufficiency on the Absorption and Disposition of the Monoamine Oxidase-A Inhibitor Moclobemide," presented at the Third European Congress of Biopharmaceutics and Pharmacokinetics, Freiburg, Germany, April 21-24, 1987.

52.     N. Egen, M. Bliss, M. Mayersohn and M. Bier, "Purification of Monoclonal Antibody from Murine Ascites Fluid by Preparation Scale Isoelectric Focusing by RIEF and ROTOFOR," presented at the Electrophoresis Americas Meeting, San Francisco, California, June 22-26, 1987.

53.     S.P. Khor and M. Mayersohn, "Drug-Protein Binding and Hepatic Elimination: Theoretical and Mathematical Considerations," presented at the Japanese-United States Congress of Pharmaceutical Sciences, Honolulu, Hawaii, December 2-7, 1987.

54.     H.P. Bozigian and M. Mayersohn, "Physiologic Based Model of Phencyclidine Kinetics in the Rat," presented at the Western Regional Meeting of the American Association of Pharmaceutical Scientists, Reno, Nevada, January 31-February 3, 1988.

55.     M. Bliss, M. Mayersohn and N. Egen, "Evaluation of Polyethylne Glycols for the Purification of IgG from Ascites Fluid," presented at the Western Regional Meeting of the American Association of Pharmaceutical Scientists, Reno, Nevada, January 31-February 3, 1988.

56.     S.P. Khor and M. Mayersohn, "Potential Error in the Measurement of Tissue to Blood Distribution Coefficients in Physiologically Based Pharmacokinetic Models. Theoretical Considerations," presented at the Western

Regional Meeting of the American Association of Pharmaceutical Scientists, Reno, Nevada, January 31-February 3, 1988.

57.    M.P. Schoerlin, M.Mayersohn, B. Hoevels and H. Eggers, "The Influence of Food on the Relative Bioavailability of Moclobemide, A New Monoamine Oxidase-A(MAO-A) Inhibitor," presented at the 16th CINP Congre Munich, Federal Republic of Germany, August 15-19, 1988.

58.    P.E. Nolan, S.G. Meeves, M. Bliss, M. Mayersohn and K. Reed, "Effect of the Menstrual Cycle on the Pharmacokinetics of Theophylline," presented at the 10th Annual Meeting of the American College of Clinical Pharmacy, Kansas City, Missouri, August 6-9, 1989.

59.    H.J. Pieniaszek, Jr., M.P. Adams, D.M. Garner, M. Bliss, R.J. Reinhart and M. Mayersohn, "Moricizine Bioavailability after Simultaneous Administration of a Tablet and Solution Using Stable Isotopes and Quantitative Thermospray Liquid Chromatography/Mass Spectrometry (LC/MS)", presented at the 18th annual meeting of the American College of Clinical Pharmacology, Baltimore, Maryland, October 11-13, 1989.

60.    S.P. Khor, H. Bozigian and M. Mayersohn, "Residual Capillary Blood in Tissues and Physiological Pharmacokinetic Modeling," presented at the 4th annual meeting of the American Association of Pharmaceutical Scientists, Atlanta, Georgia, October 22-26, 1989.

61.    D. Campbell, R. Dart, and M. Mayersohn, "Pharmacokinetics of 121$_I$-radiolabeled Crotalus Atrox Venom," presented at the American Academy of Clinical Toxicology Meeting, Tucson, AZ, September 13-18, 1990.

62.    H.P. Bozigian, M. Bliss, M. Mayersohn and N.J. Egen, "Isolation of Monochlonal Antibody to Phencyclidine from Murine Ascites Fluid Using Preparative Scale Recycling Isoelectric Focusing," presented at the 3rd North American International Society for the Study of Xenobiotics Meeting, San Diego, CA, October 21-25, 1990.

63.    H. Abdallah and M. Mayersohn, "Pharmacokinetic Evaluation of a Tablet Dosage Form of Cyclosporine in Dogs," presented at the 5th Annual American Association of Pharmaceutical Scientists Meeting, Las Vegas, Nevada, November 4-9, 1990.

64.    H. Abdallah and M. Mayersohn, "Measurement of Cyclosporine in Canine Blood by Monoclonal RIA a. HPLC," presented at the 5th Annual American Association of Pharmaceutical Scientists Meeting, Las Vegas, Nevada, November 4-9, 1990.

65.    S.P. Khor, M. Mayersohn, and G.A. Thompson, "Teicoplanin Plasma Protein Binding by Ultrafiltration and Equilibrium Dialysis," presented at the 5th Annual American Association of Pharmaceutical Scientists Meeting, Las Vegas, Nevada, November 4-9, 1990.

66.    J.L. Burgess, R.C. Dart, and M. Mayersohn, "The Effect of Constriction Bands on Rattlesnake Venom Absorption: A Pharmacokinetic Study," presented to the Society of Academic Emergency Medicine, Washington, DC, May 12-15, 1991.

67.    R.C. Dart, J.B. Sullivan, Jr., N.B. Egen, R. Garcia, M. Mayersohn and A.B. Sanders, "Effect of Anti-desipramine Fab on Desipramine Toxicity in the Rat," presented to the American Association of Clinical Toxicology, Toronto, Canada, October 1-4, 1991.

68.    H.J. Pieniaszek, Jr., C.M. McEntegart, A.F. Davison, C-Y. Quon, R. Sampliner and M. Mayersohn, "Moricizine Pharmacokinetics in Patients with Hepatic Cirrhosis," presented at the 20th Annual Meeting of the American College of Clinical Pharmacology, Atlanta, Georgia, October 13-16, 1991.

69.    A. Walters, H.H. Chow and M. Mayersohn, "Simultaneous Quantitation of the Enantiomers of Methanphetamine and Amphetamine by HPLC," presented at the 6th Annual Meeting of the American Association of Pharmaceutical Scientists, Washington, D.C., November 18-22, 1991.

70.    H.C. Lee, S.P. Khor, H.H. Chow and M. Mayersohn, "Dialysis Method for Determining Binding and Estimating the Association Constant for Highly Bound Drugs," presented at the 6th Annual Meeting of the American Association of Pharmaceutical Scientists, Washington, D.C., November 18-22, 1991.

71.    A. Hutchaleelaha, H.H. Chow and M. Mayersohn, "Inhibitory Effect of 4-methylpyrazole on Antipyrine Clearance in the Rat," presented at the 6th Annual Meeting of the American Association of Pharmaceutical Scientists, Washington, D.C., November 18-22, 1991.

72.    Y. Cai, H.H. Chow and M. Mayersohn, "Disposition Kinetics of Amphotericin B in Rats," presented at the 6th Annual Meeting of the American Association of Pharmaceutical Scientists, Washington, D.C., November 18-22, 1991.

73.    W. Zhang, S.M. Winter, M. Mayersohn and I.G. Sipes, "Pharmacokinetics of Salicylazosulfapyridine (SASP) in Male B6C3F Mice," presented at the 31st National Meeting of the Society of Toxicology, Seattle, Washington, February 23-27, 1992.

74.    S.L. Johnson and M. Mayersohn, "Model-Independent Method for Determining the Central Volume from IV Bolus and Continuous Infusion Data," presented at the Western Regional Meeting of the American Association of Pharmaceutical Scientists, Reno, Nevada, March 2-3, 1992.

75.    R.C. Dart, M.R. Maiorino, L. Boyer, K.M. Hurlbut, H.V. Aposhian, M. Mayersohn and J.B. Sullivan, "Dimercaptosuccinic Acid (DMSA): Efficacy, Safety, and Kinetics in Lead Poisoning," AAPCC/AACT/ABMT/CAPCC Annual Meeting, Tampa, Florida; September 19-22, 1992.

76.    H.J. Pieniaszek, Jr., C.M. McEntegart, C.Y. Quon, U.F. Michael and M. Mayersohn, "Moricizine Pharmacokinetics in Patients with Renal Disease," American College of Clinical Pharmacology Annual Meeting, Washington, DC; September 18, 1992.

77.    W. Zheng, M. Mayersohn, J.B. Bishop and I.G. Sipes, "Toxicokinetics of Salicylazosulfapyridine (SASP) and Its Metabolite, Sulfapyridine (SP) in Male B6C3F1 Mice," Society of Toxicology Meeting, New Orleans, Louisiana; March 14-18, 1992.

78.    A. Walters, S. Perozhkow, J. Monteleone, H.H. Chow and M. Mayersohn, "Determination of Cocaine, Cocaethylene (CE) and Metabolites in Plasma by High Performance Liquid Chromatography," 7th Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, Texas; November 16-19, 1992.

79.    Y. Wu, H.H. Chow and M. Mayersohn, "Disposition Kinetics of Amphotericin B in Rats," 7th Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, Texas; November 16-19, 1992.

80.    J. Sukbuntherng, H.H. Chow and M. Mayersohn, "Quantitative Determination of the Enantiomers of Methamphetamine (MAP) Metabolites in Rat Urine by HPLC," 7th Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, Texas; November 16-19, 1992.

81.    R.A. Lal, H.H. Chow and M. Mayersohn, "d-Methamphetamine Blood Protein Binding: Influence of Drug Concentration, pH, and l-isomer," 7th Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, Texas; November 16-19, 1992.

82.    A. Hutchaleelaha, H.H. Chow and M. Mayersohn, "Pharmacokinetics of Methamphetamine (MAP) and Its Metabolites in the Rat," 7th Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, Texas; November 16-19, 1992.

83.    J. Monteleone, H.H. Chow and M. Mayersohn, "Pharmacokinetics of Cocaethylene in Male Rats Following Short-Term IV Infusion," 7th Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, Texas; November 16-19, 1992.

84.    S.R. Kim, H.H. Chow and M. Mayersohn, "In Vivo Studies of Cocaethylene Formation as a Result of Concurrent Administration of Cocaine and Ethanol in Rats," 7th Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, Texas; November 16-19, 1992.

85.    K.M. Hurlbut, R.C. Dart, R. M. Maiorino, M. Mayersohn, H.V. Aposhian, L.V. Boyer, "Pharmacokinetics of Dimercaptosuccinic Acid (DMSA) in Lead (Pb) Poisoned Patients and Normal Adults," presented at the 32nd Annual Meeting of the Society of Toxicology, New Orleans, Louisiana; March 14-18, 1993.

25

86.    M. Mayersohn and R. Hamilton, "The Relationship Between the Terminal Disposition Half-Life and Mean Residence Time in Multicompartment Models," 5th North American Meeting of the International Society for the Study of Xenobiotics, Tucson, Arizona; October 17-21, 1993.

87.    H.H. Chow, A. Hutchaleelaha and M. Mayersohn, "Comparative Pharmacokinetics and Interspecies Scaling Amphotericin B in Several Mammalian Species," 5th North American Meeting of the International Society for the Study of Xenobiotics, Tucson, Arizona; October 17-21, 1993.

88.    H.H. Chow, J. Sukbuntherng, A. Hutchaleelaha and M. Mayersohn, "Comparative Pharmacokinetics and Interspecies Scaling of Morphine in Several Mammalian Species," 5th North American Meeting of the International Society for the Study of Xenobiotics, Tucson, Arizona; October 17-21, 1993.

89.    W. Zhang, M. Mayersohn, J.B. Bishop and I.G. Sipes, "Toxicokinetics of Salicylazosulfapyridine (SASP) and Its Metabolite Sulfapyridine (SP) in Male B6C3F1 Mice," 5th North American Meeting of the International Society for the Study of Xenobiotics, Tucson, Arizona; October 17-21, 1993.

90.    S.R. Kim, H.H. Chow and M. Mayersohn, "Pharmacokinetic Aspects of Cocaine and Ethanol Interaction in Rats," 8th Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, Florida; November 14-18, 1993.

91.    A. Hutchaleelaha, J. Sukbuntherng, H.H. Chow and M. Mayersohn, "Quantitative Determination of the Enantiomers of Methamphetamine (MAP) and Amphetamine (AP) in Rat Urine by HPLC," 8th Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, Florida; November 14-18, 1993.

92.    A. Hutchaleelaha, J. Sukbuntherng, H.H. Chow and M. Mayersohn, "Pharmacokinetics of d- and 1-Amphetamine After Racemic Amphetamine Administration in Rats," 8th Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, Florida; November 14-18, 1993.

93.    U.A. Pillai, T.L. Ziegler, D.X. Wang, R.L. Smith, D.C. Liebler, M. Mayersohn and I.G. Sipes, "3,3',3,3'-Tetra-chloroazobenzene (TCAB) Disposition and Pharmacokinetics in the Male F-344 Rats", 6th North American Meeting of the International Society for the Study of Xenobiotics, Raliegh, NC, October 23-27, 1994.

94.    T.L. Ziegler, U.A. Pillai, M.J. Kattnig, D.X. Wang, D.S. Barber, M. Mayersohn and I.G. Sipes, "The Disposition and Elimination of 3,3',4,4'-Tetrachloroazoxybenzene (TCAOB) in the Male F-344 Rat", 6th North American Meeting of the International Society for the Study of Xenobiotics, Raliegh, NC, October 23-27, 1994 .

95.    D. Van Wyck, R. Hakim, M. Mayersohn, D. Roe, T. Wiltbank, R. Wingard and L. Kirlin, "Iron Dextran Pharmacokinetics in Iron Deficient Hemodialysis Patients", Presented at the 27th Annual Meeting of the American Society of Nephrology, Orlando, FL, October 26-29, 1994.

96.    J. Sukbuntherng, H.H. Chow and M. Mayersohn, "Quantitative Determination of cocaine (COC), Cocaethylene (CE) and Metabolites in Plasma and Urine by HPLC", 9th Annual Meeting of the American    Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

97.    A. Hutchaleelaha, H.H. Chow and M. Mayersohn, "The Influence of Activated Charcoal (AC) on the Disposition Kinetics of Intravenous Methamphetamine (MAP)", 9th Annual Meeting of the American    Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

98.    A. Hutchaleelaha, J. Sukbuntherng, H.H. Chow and M. Mayersohn, "Magnification of Stereoselective Differences in the Disposition Kinetics of Amphetamine (AP) Following Methamphetamine (MAP) Administration to Rats and Influence of Strain",    9th Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

99.    V. Sinha and M. Mayersohn, "Interspecies Scaling of Half-Life for 2,3,7,8-Tetrachloro-p-Dibenzodioxin (TCDD) and 3,4,3',4'-Tetrachlorobiphenyl (TCB)", 9th Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

100.    S.R.Kim, R. Hamilton and M. Mayrsohn,"Theoretical Model for Drug Deposition in Hair", 9th Annual Meeting  of the American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

an

101. S.R. Kim, H.H. Chow and M. Mayersohn, "Comparative Pharmacokinetics and Interspecies Scaling of Cocaine In Several Mammalian Species", 9th Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

102. D. Van Wyck, R. Hakim, M. Mayersohn, D. Roe, T. Wiltband, R. Wingard and L. Kirlin, "Pharmacokinetics of Iron Dextran in Iron Deficient Dialysis Patients: Evaluation and Comparison of Two Agents", 36th Annual Meeting of the American Society of Hematology, Nashville, TN, December 2-6, 1994.

103. T.L. Ziegler, D.S. Barber, U. Pillari, M. Mayersohn and I.G. Sipes, "The Disposition and Pharmacokinetic Parameters for 3,3',4,4'-Tetrachloroazobenzene (TCAB) and 3,3',4,4'-Tetrachloroazoxybenzene (TCAOB) in the Fischer-344 Male Rat", 34th Annual Society of Toxicology Meeting, Baltimore, MD, March 6-9, 1995.

104. V. Sihna, S. Tannenbaum and M. Mayersohn, "Potential Errors in the Estimation of Toxicokinetic Parameters from Body Burden Data", First Annual Science Fair, Center for Toxicology, Southwest Environmental Health Sciences Center, Tucson, AZ, May 26, 1995.

105. T. Kakkar, F. G. Walter and M. Mayersohn, "A Study of the Effectiveness of Chelex 100 as an Oral Iron Chelator in Reducing Iron Absorption in Rats", First Annual Science Fair, Center for Toxicology, Southwest Environmental Health Sciences Center, Tucson, AZ, May 26, 1995.

106. M.D.Karol, M. Mayersohn, C.J. Eason, J. Shi and J. Cavanaugh, "Evaluation of Interaction Potential Between Lansoprazole and Clarithromycin (Biaxin) in Normal Subjects", Presented at the American College of Gastroenterology Annual Scientific Meeting and Postgraduate Courses, New York, NY, October 13-18, 1995.

107. J. Valdez, T. Kakkar, D.K. Martin and M. Mayersohn, "Disposition Kinetics and Dermal Absorption of N,N-Diethyl-m-Toluamide (DEET)", Presented at the 35th Annual Society of Toxicology Meeting, Anaheim, CA, March 10-14, 1996.

108. T. Kakkar, F.G. Walter, D.K. Martin and M. Mayersohn, "A Study of the Effectiveness of Chelex 100 as an Oral Iron Chelator in Reducing Iron Absorption in Rats", Presented at the 35th Annual Society of Toxicology Meeting, Anaheim, CA, March 10-14, 1996.

109. D. K. Martin, V. Sinha and M. Mayersohn, "Cocaine and Cocaethylene Kinetics in the Isolated Rat Perfused Liver: Effect of Dose, Continuous Infusion and Ethanol", Presented at the 35th Annual Society of Toxicology Meeting, Anaheim, CA, March 10-14, 1996.

110. S. J. Tannenbaum, V. Sinha and M. Mayersohn, "Potential Errors in the Use of Body Burden Calculations for Estimation of Toxicokinetic Parameters", Presented at the 35th Annual Society of Toxicology Meeting, Anaheim, CA, March 10-14, 1996.

111. J. Sukbuntherng, D.K. Martin, Y. Pak and M. Mayersohn, "Characterization of the Properties of Cocaine in Blood: Clearance, Blood to Plasma Ratio and Plasma Protein Binding", Presented at the 35th Annual Society of Toxicology Meeting, Anaheim, CA, March 10-14, 1996.

112. J. A. Bourland, D.K. Martin and M. Mayersohn, "Ethanol and Drug Metabolism: A Broad Caategory of Metabolic Interaction via Carboxylesterase Transesterification", Presented at the 35th Annual Society of Toxicology Meeting, Anaheim, CA, March 10-14, 1996.

113. Y. Pak, J.A. Bourland, D.K. Martin and M. Mayersohn, "In Vitro Transesterification of Cocaethylene with Ethanol: Ethyl Ester Exchange", Presented at the 35th Annual Society of Toxicology Meeting, Anaheim, CA, March 10-14, 1996.

114. A. Hutchaleelaha and M. Mayersohn, "Pharmacokinetics and Metabolism of the Enantiomers of p-Hydroxymethamphetamine (OHMAP) in Rats", Presented at the 35th Annual Society of Toxicology Meeting, Anaheim, CA, March 10-14, 1996.

115. V. Sinha, R. Fisher, K. Brendel and M. Mayersohn, "Predicting the In Vivo Meabolic Clearance of Drugs from In Vitro Drug Metabolism Data", Presented at the 35th Annual Society of Toxicology Meeting, Anaheim, CA, March 10-14, 1996.

27

116. <u>M. Mayersohn</u>, V. Sinha and K. Brendel, "A Simplified Isolated Perfused Rat Liver Apparatus (IPRL): Extraction Ratio Estimation for Antipyrine", Presented at the 35th Annual Society of Toxicology Meeting, Anaheim, CA, March 10-14, 1996.

117. <u>T.L. Ziegler</u>, U.A. Pillai, M.J. Kattnig, T. McClure, D.C. Liebler, M. Mayersohn and I.G. Sipes, "The Absorption and Disposition Kinetics of 3,3',4,4'-Tetrachloroazoxybenzene (TCAOB) in the Male Rischer       344Rat", Presented at the 35th Annual Society of Toxicology Meeting, Anaheim, CA, March 10-14, 1996.

118.  <u>S.R. Kim</u> and M. Mayersohn, "A Preliminary Physiologically Based Pharmacokinetic (PB-PK)   Model of Cocaine (COC) in Humans", Presented at the 10th Annual Meeting of the American Association of Pharmaceutical Scientists, Seattle, Washington, October 27-31, 1996.

119. <u>J.A. Bourland</u> and M. Mayersohn, "In Vivo Alteration of Meperidine Pharmacokinetics in the Presence of Ethanol: Carboxylesterase-Mediated Ethyl Ester Exchange", Presented at the 10th Annual Meeting of the American Association of Pharmaceutical Scientists, Seattle, Washington, October 27-31, 1996.

120. <u>S. Tannenbaum</u> and M. Mayersohn, "Prediction of Pharmacokinetic Parameters in Humans on the Basis   of Allometric Scaling Using a "Global" Slope", Presented at the 10th Annual Meeting of the American Association of Pharmaceutical Scientists, Seattle, Washington, October 27-31, 1996.

121. <u>A. Hutchaleelaha</u>, J. Sukbuntherng and M. Mayersohn, "Simple Apparatus for Serial Blood Sampling in Rodents Permitting Simultaneous Measurement of Locomotor Activity as Illustrated with Cocaine", Presented at the 10th Annual Meeting of the American Association of Pharmaceutical Scientists, Seattle,   Washington, October 27-31, 1996.

122. <u>J. Sukbuntherng</u>, A. Hutchaleelaha, D.K. Martin and M. Mayersohn, "Pharmacokinetics of Cocaine in the Rat: The Effect of Dose and Route of Administration", Presented at the 10th Annual Meeting of the        American Association of Pharmaceutical Scientists, Seattle, Washington, October 27-31, 1996.

123. <u>A. Hutchaleelaha</u>, J. Sukbuntherng, D.K. Martin and M. Mayersohn, "Pulmonary Clearance of Cocaine in the Rat Determined Following Intravenous and Intraarterial Dosing", Presented at the 10th Annual Meeting of the  American Association of Pharmaceutical Scientists, Seattle, Washington, October 27-31, 1996.

124. <u>V. Sinha</u>, D.K. Martin, T.S. Kakkar, Y. Pak and M. Mayersohn, "Cocaine Kinetics in the Isolated Perfused Rat Liver (IPRL): Is Metabolite Inhibition Responsible for Non-Linear Kinetics?", Presented at the 10th      Annual Meeting of the AmericanAssociation of Pharmaceutical Scientists, Seattle, Washington, October 27-31, 1996.

125. <u>J-M. Sauer</u>, R.L. Smith, J.W. Bao, M.J. Kattnig, R.K. Kuester, M.Mayersohn and I.G. Sipes, "The Metabolism and Elimination of trans-Methyl Styryl Ketone in the Male Fischer 344 Rat", Presented at the        36thAnnual Meeting of the Society of Toxicology, Cincinnati, OH, March 9-13, 1997.

126. <u>T.S. Kakkar</u>, D. K. Martin and M. Mayersohn, "Analysis of Methylsalicylate, Ethylsalicylate and Salicylic Acid  from Biological Fluids Using a GC-MS Assay: Preliminary Pharmacokinetic Studies of      Methylsalicylatein Rats", Presented at the 3rd Annual Science Fair, Southwest Environmental Health Sciences Center, University of Arizona, Tucson, AZ, October 13, 1997.

127. <u>S. Tannenbaum</u>, H. Boxenbaum and M. Mayersohn, "Allometric Analysis of Organ Extraction Ratios", Presented at the 3rd Annual Science Fair, Southwest Environmental Health Sciences   Center, University of Arizona, Tucson, AZ, October 13, 1997.

128. <u>J.S. Valdez</u>, B. Parks, C. Porterfield and M. Mayersohn, "An Examination of Postmortem Redistribution of Selected Model Compounds", Presented at the 3rd Annual Science Fair, Southwest Environmental Health Sciences Center, University of Arizona, Tucson, AZ, October 13, 1997.

129. <u>D. K. Martin</u> and M. Mayersohn, "Development and Validation of an Analytical Method for the Quantitation of Ecgonine in Urine Using GC-MS", Presented at the 3rd Annual Science Fair, Southwest Environmental Health Sciences Center, University of Arizona, Tucson, AZ, October 13, 1997.

130. <u>J. Sukbuntherng</u>, D.K. Martin, Y. Pak and M. Mayersohn, "Characterization of the Properties of Cocaine    in Human Blood: The Influence of Gender and Time of Menstrual Cycle", Presented at the 11th Annual Meeting of the American Association of Pharmaceutical Scientists, Boston, MA, November 2-6, 1997.

131. <u>T. Kakkar</u>, D.K. Martin and M. Mayersohn, "Analysis of Methylsalicylate, Ethylsalicylate and Salicylic Acid from biological Fluids", Presented at the 11th Annual Meeting of the American Association of    Pharmaceutical Scientists, Boston, MA, November 2-6, 1997.

132. <u>S. Tannenbaum</u>, H. Boxenbaum and M. Mayersohn, "Allometric Analysis of Organ Extraction Ratios", Presented at the 11th Annual Meeting of the American Association of Pharmaceutical Scientists, Boston, MA, November 2-6, 1997.

133. <u>J. Sukbuntherng</u> and M. Mayersohn, "Allometric Relationship of the Metabolic Parameters of Ethanol", Presented at the 11th Annual Meeting of the American Association of Pharmaceutical Scientists, Boston, MA, November 2-6, 1997.

134. <u>S. Tannenbaum</u> and M. Mayersohn, "A Mathematical Approach to Predicting the Approximate Dose and Time of Drug Ingestion in Humans", Presented at the 12th Annual Meeting of the American Association of Pharmaceutical Scientists, San Francisco, CA, November 15-19, 1998.

135. J. Valdez, <u>D.K. Martin</u> and M. Mayersohn, "Analysis of Camphor, Menthol and Methylsalicylate from Human Plasma", Presented at the 12th Annual Meeting of the American Association of Pharmaceutical Scientists, San Francisco, CA, November 15-19, 1998.

136. <u>T. Kakkar</u>, Y. Pak, H.B. Boxenbaum and M. Mayersohn, "Estimation of $K_i$ in a Competitive Enzyme-Inhibition Model: Comparisons Among Three Methods of Data Analysis", Presented at the 12th Annual Meeting of the American Association of Pharmaceutical Scientists, San Francisco, CA, November 15-19, 1998.

137. <u>Y. Pak</u>, T. Kakkar, H.B. Boxenbaum and M. Mayersohn, "Estimation of $K_i$ in a Competitive Enzyme-Inhibition Model: Evaluation of a Minimal Experimental Design", Presented at the 12th Annual Meeting of the American Association of Pharmaceutical Scientists, San Francisco, CA, November 15-19, 1998.

138. <u>S. Tannenbaum</u> and M. Mayersohn, "A Mathematical Approach to Predicting the Approximate Dose and Time of Drug Ingestion in Humans", Presented at the Fourth Annual Biomedical Symposium, The Flinn Foundation, Tucson, AZ, December 11-12, 1998.

139. <u>T. Kakkar</u>, H. Boxenbaum and M. Mayersohn, "Estimation of $K_i$ in a Competitive Enzyme-Inhibitioin Model: Comparisons Among Three Methods of Data Analysis", Presented at the 4th Annual Science Fair, Center for Toxicology, Southwest Environmental Health Sciences Center, Tucson, AZ May 27, 1999.

140. <u>Y. Pak</u>, T.Kakar, H. Boxenbaum and M.Mayersohn, "Estimation of $K_i$ in a Competitive Enzyme Inhibition Model: Evaluation of a Minimal Experimental Design", Presented at the 4th Annual Science Fair, Center for Toxicology, Southwest Environmental Health Sciences Center, Tucson, AZ May 27, 1999.

141. <u>D.Martin</u>, J. Valdez and M.Mayersohn, "The Absorption of Menthol, Camphor and Methyl salicylate in Humans Following Application of Dermal Patches", Presented at the 4th Annual Science Fair, Center for Toxicology, Southwest Environmental Health Sciences Center, Tucson, AZ May 27, 1999.

142. <u>D. Martin</u> and M. Mayersohn, "Characterization of the blood protein binding of bisphenol A (BPA) in rats: influence of strain, gender and age", Presented at the 13th Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 14-18, 1999.

143. <u>S.Tannenbaum</u> and M. Mayersohn, "A pharmacokinetic/pharmacodynamic analysis of cocaine , cocaethylene (CE) and cocaine plus ethanol (C+E) in the dog: a literature evaluation", Presented at the 13th Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 14-18, 1999.

144. D. Martin, J. Valdez, J. Boren and M. Mayersohn, "The absorption of menthol, camphor and methyl salicylate in humans following application of dermal patches", Presented at the 13th Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 14-18, 1999.

145. Y.Pak, T.Kakkar and M.Mayersohn, "Distinguishing between enzyme inhibition mechanisms usi simultaneous nonlinear regression (SNLR)", Presented at the 13th Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 14-18, 1999.

146. Y. Pak and M. Mayersohn, "Allometric Analysis of Morphine Pharmacokinetics", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October 29- November 2, 2000.

147. Y. Pak and M. Mayersohn, "Reanalysis of the Inhibition of Quinine Drug Metabolism: Determination of Enzyme Kinetic Parameters and Mechanism of Inhibition Using Simultaneous Nonlinear Regression", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October 29- November 2, 2000.

148. S. Tannenbaum and Michael Mayersohn, "Drugs That Undergo Michaelis-Menten Elimination Can Be Allometrically Scaled: Ethanol as a Prototype Drug", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists", Denver, CO, October 21-25, 2001.

149. S. Tannenbaum and Michael Mayersohn, "Estimation of the Fractional Conversion of Cocaine to Cocaethylene when Co-Administered with Ethanol", Presented at the 103rd Annual Meeting of the American Society of Clinical Pharmacology and Therapeutics, Atlanta, GA, March 24-27, 2002

150. Y.Pak and M. Mayersohn, "Sensitive and Rapid Isocratic HPLC Method for the Quantitation of Curcumin in Plasma", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Toronto, Ontario, Canada, November 11-15, 2002.

151. Y. Pak, K. Stollberg and M. Mayersohn, "An Animal Model for Fixed Drug Eruptions in Humans: A Case of Antipyrine in the Yucatan Micropig", Presented at the Annual Meeting of the American Association Pharmaceutical Scientists" Toronto, Ontario, Canada, November 11-15, 2002.

152. Y. Pak, D.K. Martin, K. Stollberg, S. Cannon and M. Mayersohn, "Use of a Porcine Model to Predict Oral Drug Absorption and Disposition in Humans: Antipyrine as a Test Compound", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Toronto, Ontario, Canada, November 11-15, 2002.

153. D.K.Martin, Y. Cai, Y. Pak and M. Mayersohn, "Absolute Oral Bioavailability of Green Tea Components in the Yucatan Micropig", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Toronto, Ontario, Canada, November 11-15, 2002.

154. H. Tang, Y. Pak and M. Mayersohn, "Distribution Pattern of P-glycoprotein (pgp) mRNA expression Along the Small Intestine of the Yucatan Micropig", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Toronto, Ontario, Canada, November 11-15, 2002.

155. T.Sanghvi, N.Ni, M.Mayersohn and S.H. Yalkowsky, "Prediction of Absorption Efficiency", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Toronto, Ontario, Canada, November 11-15, 2002.

156. Y. Pak, R. Patek, D. Zhang, S. Cannon, K. Spiker and M. Mayersohn, "An Examination of the Disposition Kinetics and Bioavailability of Curcumin, A Component of Turmeric, in the Porcine Model", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 27-30, 2003.

157. Y. Pak, R. Patek and M. Mayersohn, " Quantitative HPLC Analysis of Gingerols from Plasma", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 27-30, 2003.

158. Y. Pak, R. Patek and M. Mayersohn, "Determination of *in vitro* Stability of Curcumin in Buffer and in Porcine Blood and Plasma", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 27-30, 2003.

159. Y. Pak, R. Patek and M. Mayersohn, "Characterization of Selected Cytochrome P450 Enzymes Along the Porcine Small Intestine", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 27-30, 2003.

160. H. Tang and M. Mayersohn, "Evaluation of a Swine Model for Assessment of Absolute Oral Drug Bioavailability in Humans: Evaluation of the Literature", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 27-30, 2003.

161. H. Tang, I. Mahmood, H. Boxenbaum and M. Mayersohn, "A New Model for Prediction of Human Clearance by Allometric Scaling", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 27-30, 2003.

162. H. Tang and M. Mayersohn, "A Global Examination of Allometric Scaling and the Prediction of Vertical Allometry for Human Clearance", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 27-30, 2003.

163. H. Tang and M. Mayersohn, "Prediction of Fraction of Drug Removed from the Body During Hemodialysis in Humans Using Unbound Volume of Distribution (Vu)", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 27-30, 2003.

164. H.Tang and M. Mayersohn, "Accuracy of Allometrically-Predicted Pharmacokinetic Prameters in Humans – Role of Species Selection", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November 7-10, 2004.

165. H.Tang and M. Mayersohn, "A Pharmacokinetic Model to Predict Drug Diposition and Concentration-Time Profiles in Hair", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November 7-10, 2004.

166. H. Tang and M. Mayersohn, "Validation of A Simple Pharmacokinetic-Based Model for Predicting the Efficiency of Drug Removal by Hemodialysis", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November 7-10, 2004.

167. Y. Pak, R. Patek, S. Cannon, K. Spiker and M. Mayersohn, "Disposition and Oral Bioavailability of ginger Phytochemical Components in the Yucatan Micropig", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November 7-10, 2004.

168. D. Zhang, Y. Pak, R. Patek and M. Mayersohn, "*In Vitro* Kinetic Study of Gingerols and Shoagol in Aqueous Solution and Body Fluids", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November 7-10, 2004.

169. H. Tang and M. Mayersohn, "A Mathematical Description of the Functionality of Correction Factors Used in Allometry for Predicting Human Drug Clearance", Presented at the Annual Meeting of the American Association of Pharmaceutical Scientists, Memphis, TN, November 6-10, 2005.

**Continuing Education**

1.  "Principles of Drug Action-Drug Interactions and the Influence of Disease States and Physiological Disorders on Drug Disposition in Man," Twelve Continuing Education Lectures presented to pharmacists, Toronto, Ontario, Canada, November 1971-February 1972.

2.  "Influence of Dosage Form on Drug Availability and Response," presented to the Ottawa Pharmacists Association, Ottawa General Hospital, Ottawa, Ontario, October 27, 1972.

3.  "Clinical Equivalency of Drugs," presented to Pharmacy Apprenices and Interns, Toronto General Hospital, August 15, 1973.

4.  "Role of the Clinical Pharmacokinetics Laboratory in Drug Therapy," presented at the 12th Annual Homecoming Seminar on Pharmacotherapeutics, College of Pharmacy, The University of Arizona, Tucson, Arizona, November 6, 1976.

5.  "Physiological Factors Affecting Therapeutic Response," Continuing Education Lecture presented to Pharmacists, Phoenix, Arizona (April 11, 1978) and Tucson, Arizona (April 13, 1978).

6.  "Pharmacokinetics," presented at the 25th Annual Conference of Arizona State Society for Medical Technology, Phoenix, Arizona (April 18, 1978).

7.  "Pharmacokinetics," Continuing Medical Education Lecture, Phoenix, Arizona, December 9, 1978.

8.  "Basic Principles of Pharmacokinetics," presented to the Optometrists Association through the Continuing Education Program of the College of Pharmacy, University of Arizona, Tucson, Arizona, March 3, 1979.

9.  "Changes in Drug Disposition with Age and Disease," one hour presentation, the University of Arizona College of Medicine Clinical Seminar Series, "Therapeutics and Pharmacology," December 5, 1981, Tucson, Arizona.

10. "Influence of Age, Hepatic Dysfunction and Renal Disease on Drug Disposition," presented at the 17th Annual Southwestern Clinical Pharmacy Seminar, Tucson, Arizona, February 17-19, 1984.

11. "Geriatric Therapeutics - Changes in Drug Disposition," presented at the 18th Annual Southwestern Clinical Pharmacy Seminar, Tucson, Arizona, February 22-24, 1985.

12. "Aging and Drug Disposition," presented to the Geriatrics Faculty and Staff, University Medical Center, July 6, 1989.

13. "Drug Development and Disposition in Women," 26th Annual Southwestern Clinical Pharmacy Seminar, Tucson, Arizona; February 19-20, 1993.

EXTRAMURAL ACTIVITIES: NATIONAL AND INTERNATIONAL

**Current:**

Course Director and Instructor, "Fundamental Principles of Pharmacokinetics and Toxicokinetics for the Industrial Scientist", University of Arizona.

Course Director and Instructor, "Development of Biotechnology Products – Biopharmaceutical and Pharmacokinetic Considerations", University of Arizona.

Course Director and Instructor, "Pharmacokinetics and Pharmacodynamics (PK/PD): Principles and Applications in Non-Clinical Drug Development", American Chemical Society.

**Previous:**

Member and secretary of the Review Committee to examine the research activities of the Pharmaceutical Chemistry Division of the Health Protection Branch, Health and Welfare Canada, April 17-19, 1974.

Member of the Pharmaceutical Research Committee of the Association of Faculties of Pharmacy of Canada, 1974-1975; 1975-1976.

Examiner, Pharmacy Examining Board of Canada, 1975-1976.

Consultant ("Expert on Drugs") to the Biopharmaceutics Section, Division of Drugs, Food and Drug Administration, Department of Health and Human Services, 1978-1983.

Ad Hoc member, Initial Review Group (Study Section), Drug Abuse Biomedical Research Review Committee, National Institute on Drug Abuse, Department of Health and Human Services, June 22-26, 1981, Washington, D.C.

Member, Special Review Committee and Site Visiting Team of the Alcohol, Drug Abuse and Mental Health Administration, Department of Health and Human Services, University of Southern California, April 22-23, 1982.

Member of the reaction panel, "Collaborative Teaching and Research Between Basic and Applied Sciences: Exploration of the Barriers to Collaboration and and Suggested Approaches to Achieve Collaboration," Subcommittee of the Section of Teachers of Clinical Instruction, American Association of Colleges of Pharmacy, 1982.

Chairman, Volwiler Award Peer Review Panel on Pharmaceutics-Biopharmaceutics, American Association of Colleges of Pharmacy, 1982.

Member, Initial Review Group (Study Section), Drug Abuse Biomedical Research Review Committee, National Institute on Drug Abuse, Department of Health and Human Services:
  October 25-27, 1982
  February 22-25, 1983
  June 21-23, 1983
  October 25-28, 1983
  February 21-23, 1984
  June 26-28, 1984
  October 22-25, 1984
  February 19-21, 1985
  June 18-21, 1985
  October 15-17, 1985
  February 18-20, 1986
  June 22-26, 1986

Member, Contract Review Committee, National Institute on Drug Abuse, Department of Health and Human Services, May 7-8, 1984.

Member, Site Visiting Team, National Institute on Aging, Department of Health and Human Services, Boston University School of Medicine, October 4-5, 1984.

Member, Site Visiting Team, Pharmacological Sciences Review Committee, National Institutes of Health Department of Health and Human Services, Northwestern University School of Medicine, November 19-: 1984.

Member, Veterans Administration Medical Service Merit Review Board for Alcoholism and Drug Dependence (Clinical Pharmacology):
    November 1, 1985
    May 5, 1986
    November 10, 1986
    April 1, 1987
    October 1, 1987
    April 6, 1988
    September 27, 1988
    April 26, 1989

Member, Special Review Committee and Site Visiting Team, National Institute on Drug Abuse, Department of Health and Human Services, Yale University, School of Medicine, November 4-6, 1985.

Member, Special Review Committee, Drug Abuse Biomedical Research Review Committee, National Institute on Drug Abuse, Department of Health and Human Services, June 3, 1987.

Member, Special Review Committee and Site Visiting Team, National Institute on Drug Abuse, Department of Health and Human Services, University of California at San Francisco, School of Medicine, July 22-July 24, 1987.

Member, Special Review Committee, Alcohol, Drug Abuse, and Mental Health Administration Small Business Innovation Research Program, Department of Health and Human Services, November 17, 1987.

Member, Special Review Committee and Site Visiting Team, National Institute on Drug Abuse, Department Health and Human Services, University of California at San Francisco, School of Medicine, March 21-23, 1988.

Member, Special Review Committee, Alcohol, Drug Abuse and Mental Health Administration Small Business Innovation Research Program, Department of Health and Human Services, April 13, 1988.

Secretary, Biotechnology Section, American Association of Pharmaceutical Scientists (1987-88).
Member, Special Review Committee, National Institute on Drug Abuse, Department of Health and Human Services, June 13-14, 1989.

Member, Special Review Committee, Pharmacology Study Section, General Medical Sciences, National Institute of Health, August 1-2, 1990.
Member, Dale E. Wurster Research Award Nominations Committee, American Association of Pharmaceutical Scientists, 1990.

BIOTECH Section representative to the Publications Committee, American Association of Pharmaceutical Scientists, 1990-1991; 1991-1992.

Member, Fellows Selection Committee, American Association of Pharmaceutical Scientsists, Chicago, IL, August 16, 1990.

Member, Discipline Advisory Board for Fulbright Scholar Awards in Life Sciences, Council for the International Exchange of Scholars, Washington, DC.
    September 26, 1990
    August 9, 1991
    October 3, 1991
    October 2, 1992

34

Member, Initial Review Group, National Institute on Drug Abuse, Department of Health and Human Services, October 16-18, 1990.

Member, the McGill International Task Force on Bioequivalence, McGill University, Montreal, Quebec, Canada March 29-30, 1991.

Member, Initial Review Group, National Institute on Drug Abuse, Department of Health and Human Services, June 12-14, 1991.

Member, Special Review Committee (SRCD-10), National Institute on Drug Abuse, Department of Health and Human Services, July 30-31, 1991.

Member, Special Review Committee (SRCD-9), National Institute on Drug Abuse, Department of Health and Human Services, August 1-2, 1991.

Member, Special Review Committee, Site Visiting Team, General Clinical Research Center, Northwestern Hospital and University, National Institutes of Health, Chicago, IL, December 17-18, 1991.

Member, Special Review Committee, Site Visiting Team, Center Grant, Rockefeller University, National Institute on Drug Abuse, Department of Health and Human Services, Rockville, Maryland, July 9-10, 1992.

Member, Fellows Selection Committee, American Association of Pharmaceutical Scientists, Alexandria, Virginia, July 11, 1992.

Member, Special Review Committee, Site Visiting Team, Center Grant, University of California, San Francisco, National Institute on Drug Abuse, Department of Health and Human Services, Rockville, Maryland, August 13-14, 1992.

Member, Concept Review Committee, National Institute on Drug Abuse, National Institutes of Health, Rockville, Maryland; June 30, 1993.

Member, Biochemistry Research Subcommittee Initial Review Group, National Institute on Drug Abuse, National Institutes of Health, Pentagon City, Virginia; October 18-20, 1993.

Member, Special Review Committee (SRCDE), National Institute on Drug Abuse, National Institutes of Health, Pentagon City, Virginia; October 20, 1993.

Faculty Member, Pharmaceutical Manufacturers Association Education and Research Institute Course on Pharmacokinetics, Washington, DC, September 29-30, 1993.

Member, Editorial Advisory Board, Journal of Pharmaceutical Sciences (1994 – 2001)

Course Director and Instructor, "Principles of Pharmacokinetics and Toxicokinetics for the Industrial Scientist" and "Selected Topics in Pharmacokinetics and Toxicokinetics"
<u>1994</u>
April 30- May 5, Tucson, AZ
October 10-14, Somerset, NJ
<u>1995</u>
May 7-11, Tucson, AZ
October 16-20, Somerset, NJ
<u>1996</u>
May 5-9, Tucson, AZ
<u>1997</u>
May 18-22, Tucson, AZ
June 9-13, Presented to GlaxoWellcome, Research Triangle Park, NC
<u>1998</u>
March 2-3, Presented to Roche Biosciences, South San Francisco, CA
March 23-25, Presented to Pfizer, Groton, CT
May 18-22, Tucson, AZ
July 6-8, Presented to Dupont Merck Pharmaceutical Co., Newark, DE

October 12-15, Iselin, NJ
<u>1999</u>
March 16-18, Presented to Pfizer, Groton, CT
May 3-7, Tucson, AZ
July 27-29, Presented to Parke-Davis, Ann Arbor, MI
<u>2000</u>
March 13-15, Presented to Pfizer, Groton, CT
April 10-13, Presented to Schering-Ploug Research Institute, Kenilworth, NJ
May 1-5, Tucson, AZ
June 12-14, DuPont Pharmaceutical Company, Newark, DE
October 16-18, Presented to Pfizer, Groton, CT
Decemer 18-20, Presented to Novartis Pharmaceutical Corporation
<u>2001</u>
March 28-29, Presented to Eisai Inc., Teaneck, NJ
April 23-27, Tucson, AZ
June 18-21, Presented to DuPont Pharmaceutical Company, Newark, DE
July 24-26, Presented to Pfizer, Groton, CT
November 5-9, Tucson, AZ
November 15-16, Presented to Aventis Pharmaceuticals, Bridgewater, NJ
<u>2002</u>
March 14-15, Presented to Pfizer, Groton, CT
March 26-28, Presented to Teva Pharmaceuticals USA, North Wales, PA
April 29- May 3, Tucson, AZ
May 13-15, Presented to Pfizer LaJolla, LaJolla, CA
June 24-28, Presented to Pfizer Ann Arbor, Ann Arbor, MI
November 18-22, Tucson, AZ
<u>2003</u>
April 28- May 2, Tucson, AZ
May 27-29, Presented to Millennium Pharmaceuticals, Cambridge, MA
July 28-30, Presented to Pfizer, Groton, CT
November 17-21, Tucson, AZ
<u>2004</u>
January 19-23, Presented to Pfizer Ann Arbor
May 3-7, Tucson, AZ
July 22-23, Presented to Aventis Pharmaceutical Company
September 30-October 1, 2004, Presented to Pfizer, Groton, CT
<u>2005</u>
April 18-22, Tucson, AZ
May 4-6, Presented to Pfizer, Ann Arbor, MI
June 3-4, Presented to Quest Pharmaceutical Services, Newark, DE
November 7-11, Tucson, AZ
<u>2006</u>
March 13-15, Presented to Novartis, Cambridge, MA
April 17-18, Presented to Encysive, Houston, TX
April 24-26, Presented to Abbott Biotechnology Corporation, Worchester, MA
May 1-5, Tucson, AZ
May 22-24, Centocor, Radnor, PA
September 18-19, Novartis Pharmaceuticals, East Hanover,NJ

Member, Initial Review Group, National Institute on Drug Abuse, National Institutes of Health, Health and Human Services, Bethesda, MD, February 13-15, 1995.

Member, Initial Review Group, National Institute on Drug Abuse, National Institutes of Health, Health and Human Services, Rockville, MD, March 20, 1995.

Member, Special Review Committee, National Institute on Drug Abuse, National Institutes of Health, Health and Human Services, Rockville, MD, July 12, 1995.

Member, Advisory Committee for Pharmaceutical Science, (formerly, Generic Drug Advisory Committee) Food and Drug Administration, Department of Health and Human Services, 1995-1998.

September 6-7, 1995
August 15-16, 1996
October 4, 1996 (member of *ad hoc* committee to discuss a specific drug approval problem)
January 27, 1997 (member of *ad hoc* committee on Food Effects and Bioavailability)
December 11-12, 1997
October 22-23, 1998

Member, Committee on Dissolution and Bioavailability, United States Pharmacopeial Convention, 1995-2000.
June 12, 1995
September 18, 1995
September 8-9, 1997
January 21, 1998
May 12-13, 1999

Vice Chair, Biopharmaceutics Committee, United States Pharmacopeial Convention, 2000-2005
August 30-31, 2000
May 15-16, 2001
February 27-28, 2002
September 19, 2002
August 20-21, 2003

Course Director and Instructor, "Bioavailability and Bioequivalence for the Industrial Scientist: Principles, Assessment, Practical and Regulatory Issues", Aspen, CO, August 13-17, 1995.

Member, Special Review Committee, National Institute on Drug Abuse, National Institutes of Health, Health and Human Services, Reston, VA, October 31, 1995.

Member, Special Review Committee, National Institute on Drug Abuse, National Institutes of Health, Health and Human Services, Rockville, MD, November 28-30, 1995.

Member, USP Fellowship Program Review Panel, May 1996.

Member, Special Review Committee, National Institute on Drug Abuse, National Institutes of Health, Health and Human Services, Rockville, MD, June 11, 1996.

Member, Special Review Committee, National Institute on Alcohol Abuse and Alcoholism, National Institutes of Health, Health and Human Services, Bethesda, MD, June 17-18, 1996.

Member, Special Review Committee, National Institute on Drug Abuse, National Institutes of Health, Health and Human Services, Rockville, MD, November 18-19, 1996.

Expert Scientist, "Expert Meeting on Food-Effect Bioavailability and Bioequivalence Studies", Food and Drug Administration, Health and Human Services, Rockville, MD, January 27, 1997

Member, Initial Review Group, National Institute on Drug Abuse, National Institutes of Health, Health and Human Services, Pentagon City, VA, February 10-12, 1998.

Chairman, Special Emphasis Panel, National Cancer Institute, National Institutes of Health, Health and Human Services, Rockville, MD, May 20-21, 1999.

Member, Initial Review Group, National Institute on Drug Abuse, National Institutes of Health, Health and Human Services, Bethesda, MD, March 1-2, 2000

Member, Contract Review Group, National Institute on Drug Abuse, National Institutes of Health, Health and Human Services, Rockville, MD, October 4, 2002.

Development of Biotechnology Products – Biopharmaceutic and Pharmacokinetic Considerations", San Diego, CA, August 8-10, 2005
"Pharmacokinetics and Pharmacodynamics (PK/PD): Principles and Applications in Non-Clinical Drug Development", American Chemical Society

37

<u>2006</u>
March 28-29, Atlanta, GA
September 13-14, San Francisco, CA

## OTHER PROFESSIONAL ACTIVITIES

**Consultant**

Novopharm Pharmaceutical Company, Scarborough, Ontario (1972-1976)

Sands Pharmaceutical Company, Toronto, Ontario (1974-1975)

Clinical Institute, Addiction Research Foundation, Toronto, Ontario (1974-1976)

Clinical Pharmacology Department, Medical Products Division, E.I. Du Pont De Nemours (1987-1988)

Environ Corporation, Arlington, Virginia (1992)

Luitpold Pharmaceutical Company (1993-1996)

R. W. Johnson Pharmaceutical Research Institute (1994)

Wyeth-Ayerst Pharmaceutical Company (1994)

Hoechst-Roussel Pharmaceutical Company (1995)

ClinTrials (1995-1997)

Biogen (1996-1997)

T Cell Sciences (1996-1997)

CoCensys (1997)

RJ Reynolds (1997)

Pfizer (1997-1998)

Targacept and Rhone-Poulanc-Rorer (1999))

AnorMed (2000- present)

Celgene (2003)

Endo (2003-2004)

Konec (2003-2004)

MDS Capital (2003)

Syntonix (2004)

Salix (2005)

Targacept (2005)

**Scientific Reviewer for the Following Journals**

Journal of Pharmaceutical Sciences

Journal of Pharmacokinetics and Biopharmaceutics

Life Sciences

Journal of Pharmacology and Experimental Therapeutics

International Journal of Pharmaceutics

Biopharmaceutics and Drug Disposition

Canadian Journal of Pharmaceutical Sciences

The Medical Letter

American Journal of Pharmaceutical Education

Science

Clinical Chemistry

Pharmaceutical Research

Toxicology and Applied Pharmacology

Alcohol

38

Pharmaceutical Research
Journal of Clinical Psychiatry
Journal of Pharmacy and Pharmacology
Journal of Biochemical and Biophysics Methods

**Membership in Professional and Scientific Associations**

Rho Chi Pharmaceutical Honor Society
American Association of Pharmaceutical Scientists
American Association of Colleges of Pharmacy
American Association for the Advancement of Science
American Society for Clinical Pharmacology and Therapeutics
American Society of Pharmacology and Experimental Therapeutics

*October 2006.*