# Sustained Release and Standard Methylphenidate Effects on Cognitive and Social Behavior in Children With Attention Deficit Disorder

William E. Pelham, Jr, PhD, James Sturges, BA, JoAnn Hoza, MA, Casey Schmidt, BA, Jan Jaap Bijlsma, MA, Richard Milich, PhD, and Sam Moorer, MD

From the Western Psychiatric Institute and Clinic, University of Pittsburgh School of Medicine, Pittsburgh; Department of Psychology, University of Alabama, Tuscaloosa; Department of Psychology, Florida State University, Tallahassee; Department of Psychology, University of Groningen, Groningen, The Netherlands; and Department of Psychology, University of Kentucky, Lexington

ABSTRACT. Two studies were conducted to investigate the relative effects of sustained release methylphenidate (Ritalin [SR-20]) and standard methylphenidate (Ritalin, 10 mg, administered twice daily). In the first study, 13 boys with attention deficit disorder participating in a summer treatment program went through a double-blind, within-subject trial of each form of methylphenidate and placebo. Measures of social and cognitive behavior were gathered in classroom and play settings. Although group analyses of the data showed that both drugs were effective and there were few differences between them, standard methylphenidate was superior to SR-20 on several important measures of disruptive behavior. Furthermore, analyses of individual responsivity showed clearly that most boys responded more positively to standard methylphenidate than to SR-20. The second study involved a partially overlapping group of nine boys with attention deficit disorder participating in the same summer treatment program. Also double-blind, within-subject, and placebo controlled, this study tracked the time courses of the two forms of methylphenidate. Both were shown to have similar time courses on the Abbreviated Conners Rating Scale and other measures, but SR-20 had a slower onset than did the standard drug form on a continuous performance task. Effects of SR-20 were still evident eight hours after ingestion. Pediatrics 1987;80:491–501; methylphenidate, attention deficit disorder, cognition, social behavior.

ABBREVIATIONS. CTRS, Conners Teacher Rating Scale; ACTRS, Abbreviated Conners Teacher Rating Scale.

Received for publication July 10, 1986; accepted Dec 5, 1986.
Reprint requests to (W.E.P.) Western Psychiatric Institute, 3811 O'Hara St, Pittsburgh, PA 15213.
PEDIATRICS (ISSN 0031 4005). Copyright © 1987 by the American Academy of Pediatrics.

For the past two decades, methylphenidate (Ritalin) has been the psychostimulant used most frequently in the treatment of hyperactivity/attention deficit disorder, with more than 90% of treated children receiving a trial of methylphenidate at some time.[1] Methylphenidate has reached such wide usage because it appears to have a higher incidence of positive effects and a lower incidence of adverse effects than other psychostimulants. At the same time, methylphenidate's brief half-life means that it must be administered twice daily to ensure adequate treatment throughout a child's school day. Its rapid onset and offset mean that a medicated child with attention deficit disorder will be maximally affected only for relatively brief periods during the day. Furthermore, the child must be given a pill at school, an event that some children and some school personnel apparently avoid, resulting in poor compliance with prescribed regimens.[2]

These limitations of methylphenidate led to interest in psychostimulants with longer effective spans of action. Dextroamphetamine has a longer half-life than methylphenidate,[3] and it is available in a timed release form. However, d-amphetamine may have more severe adverse effects than methylphenidate,[4] and it has, therefore, not been the drug of choice for treatment of attention deficit disorder. Pemoline also has a longer half-life than methylphenidate, enabling single daily administration (W. E. Pelham, J. Swanson, M. Bender, unpublished data, 1986), but it, too, may have a higher

DTX 621  Alza v. Andrx C.A. No. 05-642-JJF  ALZ 00172147

incidence of side effects than methylphenidate (L. Greenhill, unpublished data, 1984).

Recently, a sustained release form of methylphenidate, SR-20, was introduced. SR-20 was developed to be equivalent to a 10-mg twice daily administered form of standard methylphenidate, and it is advertised as such. For example, a recent advertisement in *Pediatrics* (1986;77:A75-A76) stated that one SR-20 tablet "provides a therapeutic effect equivalent to that of the standard 10-mg tablet given twice daily." However, the relative effects of these two preparations have not been established empirically[5] (L. Greenhill, unpublished data, 1984). Only one study has compared the two forms.[6] Although those authors concluded that the two forms of methylphenidate "may be used interchangeably"[6(p284)] that conclusion cannot be drawn with confidence from their data. Among the difficulties with the study are that attention deficit disorder or hyperactivity was not diagnosed in the subjects using standard criteria and no demonstration of methylphenidate's effectiveness was provided, ie, no placebo or no-drug control was used.[7]

Given the need for a psychostimulant that is effective and has both a long span of action and a low incidence of adverse side effects, it is likely that SR-20 will be used with increasing frequency. Thus, there is a need for definitive studies that investigate and prove SR-20's effects using double-blind, placebo-controlled methods. The present investigations were thus designed as comparisons of the effects of SR-20 and standard methylphenidate, 10 mg given twice daily, in a sample of boys with attention deficit disorder. A variety of measures that have been demonstrated to be sensitive to psychostimulant effects and that have considerable ecologic validity was included. A within-subject design was used, and data were gathered in such a way that reliable statements could be made regarding individual, as well as group, response to medication.

## STUDY 1

### Method

#### Subjects and Setting

Subjects were 13 boys participating in a summer treatment program for children with behavior and/or learning problems. Based on a structured, parental interview, as well as parent and teacher rating scales, attention deficit disorder was diagnosed in all boys by the senior author. Furthermore, concurrent diagnoses of conduct disorder, oppositional disorder, and learning disability were made for 4, 6, and 3 of the boys, respectively. Teacher ratings on the Swanson, Nolan, and Pelham rating scale, comprised of the *Diagnostic and Statistical Manual of Mental Disorders*, ed 3, symptoms of attention deficit disorder (W. E. Pelham, M. Atkins, K. Murphy, et al, unpublished data, 1986), showed that 11 of the boys met criteria on this scale for attention deficit disorder with hyperactivity, one met criteria for attention deficit disorder without hyperactivity, and one boy almost met the criteria for attention deficit disorder with hyperactivity. Teacher ratings for both boys who did not meet teacher rating criteria were completed when the children were receiving methylphenidate during school hours. Teacher ratings were also obtained on the Conners[8] Teacher Rating Scale (CTRS). Two scales were derived from the CTRS: the Abbreviated Conners Teacher Rating Scale (ACTRS) and the Iowa Conners Teacher Rating Scale.[9] Twelve boys obtained scores of 15 or higher on the ACTRS; one child with a score of 12 was medicated when rated by his teacher. Eight boys exceeded the cutoff score on the aggression factor of the Iowa CTRS (W. E. Pelham, R. Milich, D. A. Murphy, unpublished data, 1986). The children ranged in age from 6 years 7 months to 11 years, and none was mentally retarded or had gross neurologic disorders. Means and standard deviations on several measures of subject characteristics are included in Table 1.

A day in the summer treatment program was divided into the following activities: two acad classroom periods each staffed by a special edu tion teacher and an aide, an art class, swimming, three supervised, group, outdoor recreational activities (eg, dodge ball), and lunch. For all activities except the academic classrooms, one graduate student supervisor and three or four undergraduate counselors supervised ten children grouped by sex and age. The 13 children who were receiving the drug protocol described herein were distributed across four groups. The first 2 weeks of the program served as a period of adaptation for the children and staff. Medication assessments were conducted during the last 5 weeks of the program.

#### Medication Procedure

The medication assessment procedure used in this study has been described in detail elsewhere.[10] It was a double-blind, placebo-controlled evaluation in which each child received, in random order with condition varied daily, placebo (twice daily), 10 mg of methylphenidate (twice daily), and SR-20 (every morning plus placebo at midday). The average equivalent in milligrams per kilogram of body weight for a 10-mg dose of methylphenidate for these boys was 0.29. For eight of the 13 boys, 10 mg was equivalent to 0.3 mg/kg, and the range for

ALZ 00172148

TABLE 1. Subject Characteristics*

| Measure | Sample | |
|---|---|---|
| | Study 1 | Study 2 |
| Age (yr) | 8.8 (1.50) | 7.6 (.71) |
| IQ/WISC-R | 95.3 (16.99) | 98.0 (12.92) |
| Abbreviated Conners Rating Scale | | |
|   Parent | 17.7 (4.77) | 17.3 (4.66) |
|   Teacher | 19.0 (3.63) | 19.2 (2.95) |
| Iowa Conners Teacher Rating Scale | | |
|   Inattention/Overactivity | 11.9 (2.43) | 12.0 (1.94) |
|   Aggression | 8.9 (3.57) | 7.6 (4.59) |
| Woodcock-Johnson Achievement Test (Standard Scores) | | |
|   Reading | 91.6 (14.75) | 87.2 (10.65) |
|   Mathematics | 97.0 (17.12) | 95.1 (15.78) |
|   Language | 91.4 (14.08) | 88.6 (12.00) |

* Results are mean (SD) values.

other children was from 0.18 to 0.41 mg/kg. Active medication and placebo were disguised in gelatin capsules and prepackaged in individual, dated envelopes. Medication was dispensed by parents with breakfast and by the program staff just before lunch. Five to nine days of data were gathered per medication condition. Parent and physician consents were obtained.

### Dependent Measures

*Daily Frequencies.* As part of a behavior-modification point system in effect in all settings except the academic classrooms, counselors recorded the frequencies with which numerous appropriate and inappropriate behaviors occurred daily. The following five categories were derived: (1) following rules, (2) positive peer behaviors (eg, good sportsmanship), (3) noncompliance, (4) conduct problems (eg, aggression), and (5) negative verbalizations (eg, name-calling/teasing).

*Time Out.* The average number of time outs per day was also recorded. Time outs were used as a consequence for aggression, destruction of property, stealing, and repeated noncompliance.

*Classroom Measures.* Teacher-recorded rates of on-task behavior and rule-following behavior were derived from a response-cost procedure. Children lost points immediately upon the occurrence of a classroom rule violation and for being off task during random teacher checks made five times per class period. The percentages of points that each child kept were measures of medication effects on classroom on-task and rule-following behavior.

Each boy completed a two-minute, timed, arithmetic drill[11] and a ten-minute, timed, reading task,[12] using materials selected as appropriate to his instructional level. The number of arithmetic problems and reading questions attempted and the percentage completed correctly within the allotted time served as the dependent measures. Other daily academic tasks were also individualized according to each child's needs (eg, language, spelling, additional reading, and arithmetic). Accuracy (percentage correct) and productivity (percentage of assigned seatwork completed) in these tasks were recorded daily.

*Rating Scales.* Teacher ratings on the ACTRS were obtained for each child from one to three times in each medication condition. Counselor ratings were gathered one to three times per condition using a modification of the Revised Behavior Problem Checklist (H. C. Quay, D. R. Peterson, unpublished data, 1983) that included 35 items characteristic of attention deficit disorder and conduct disorders rated on a seven-point scale (lower ratings = positive evaluations). A change of 35 points, therefore, represented a movement of one unit on the scale. Parent, teacher, and counselor side effects checklists were also gathered several times per condition.

*Daily Report Card.* Three to five of each child's individual behavioral and academic goals were selected to include on daily report cards.[13] Positive daily report cards were rewarded at home and monitored through weekly parent-training sessions. The percentage of days the child reached his daily report criterion was used as an individualized measure of drug response.

*Observed Peer Interaction.* Direct observations were made daily while children were in supervised, recreational periods. The percentages of time that individual children were engaged in positive, negative, or no interactions with their peers were recorded using a modification[14] of the RECESS code.[15] Approximately five minutes of time-sampled observations were gathered per child per day.

ALZ 00172149

### Results

*Reliabilities*

As appropriate, percentage agreement statistics or Pearson correlations were used to calculate the reliabilities of the behavioral categories from the daily point system and of the observational and academic measures. Detailed information on reliabilities has been presented elsewhere.[10,16] Except for the classroom on-task measure, the reliability coefficients were all acceptable.

*Group Drug Effects*

Children's mean scores averaged over days within drug conditions were used, and correlated $t$ tests were conducted for each of the 20 dependent measures. Two planned comparisons were conducted for each measure; the mean of the two drug conditions was contrasted with placebo, and the two drug conditions were contrasted with one another. The results of these contrasts and means and standard deviations for each dependent measure are presented in Table 2. The mean effect of the two drugs was superior to placebo on all but four dependent measures. The sizes of the medication effects were generally large, ranging from 22% to 71% improvement compared with placebo on most measures of social behavior. On the academic, task-related measures, the changes were smaller, ranging from 4% to 19%.

Contrasts between standard methylphenidate (10 mg) and SR-20 revealed few significant differences, but these differences were obtained on several key variables. Standard methylphenidate was superior to SR-20 on measures of noncompliance (46% improvement from placebo compared with 32% improvement for SR-20), negative verbalizations (41% improvement from placebo compared with 17% improvement for SR-20), and observed no-interaction codings (50% decrease from placebo for standard methylphenidate $v$ 136% increase from placebo for SR-20, $P < .103$). When simply the direction of the differences across the dependent measures were considered, the better of the two drug means was twice as likely to be standard methylphenidate as SR-20. Similarly, the standard form was associated with lower variability on al-

**TABLE 2.** Correlated $t$ Tests Comparing the Three Medication Conditions*.

| Variable Measured | Treatment | | | $t$ Test† | |
|---|---|---|---|---|---|
| | Placebo | Methylphenidate, 10 mg Twice Daily | SR-20 in Morning | Placebo $v$ Av Two Drugs | Standard $v$ SR-20 Methylphenidate |
| Daily frequencies | | | | | |
| Following rules | 17.0 (3.93) | 21.3 (3.25) | 20.5 (3.32) | −5.6ᶠ | 1.8 |
| Noncompliance | 6.3 (4.32) | 3.4 (2.50) | 4.3 (3.27) | 4.3ᶠ | −2.5ᵇ |
| Positive peer behaviors | 72.2 (21.37) | 100.2 (37.3) | 95.8 (26.39) | −3.9 | 0.8 |
| Conduct problems | 0.7 (0.69) | 0.3 (0.29) | 0.4 (0.22) | 1.8ᵇ | −0.4 |
| Negative verbalizations | 5.8 (3.65) | 3.4 (2.89) | 4.8 (4.10) | 2.5ᶜ | −2.3ᵇ |
| No. of time outs/d | 1.2 (1.04) | 0.5 (0.64) | 0.7 (0.50) | 3.5ᵉ | −1.2 |
| Classroom | | | | | |
| % on-task | 92.3 (7.68) | 95.2 (6.02) | 96.5 (6.49) | −2.3ᶜ | −0.6 |
| % following rules | 76.2 (22.79) | 93.9 (5.80) | 92.2 (9.44) | −3.1ᵉ | 0.6 |
| Timed math | | | | | |
| No. attempted | 18.7 (6.71) | 21.0 (7.68) | 21.7 (9.93) | −2.7ᵈ | −0.5 |
| % correct | 88.8 (11.88) | 93.4 (5.75) | 94.4 (7.53) | −2.2ᵇ | −0.5 |
| Timed reading | | | | | |
| No. attempted | 16.2 (5.99) | 19.8 (8.20) | 18.2 (7.02) | −3.0ᵈ | 1.4 |
| % correct | 74.3 (17.16) | 79.8 (11.59) | 77.9 (19.94) | −1.1 | 0.4 |
| Seatwork | | | | | |
| % completion | 73.7 (13.39) | 86.1 (8.41) | 89.1 (9.43) | −4.3ᶠ | −0.9 |
| % correct | 79.0 (7.78) | 83.7 (8.22) | 82.9 (7.44) | −1.7ᵃ | 0.3 |
| Teacher rating (abbreviated Conners) | 4.6 (3.75) | 1.9 (2.00) | 3.4 (4.87) | 1.6ᵃ | −1.3 |
| Counselor rating | 114.2 (39.10) | 106.4 (27.76) | 105.9 (29.88) | 1.5ᵃ | 0.1 |
| Positive daily report card (% of days received) | 48.1 (34.72) | 83.2 (17.23) | 81.8 (23.69) | −3.6ᵉ | 0.2 |
| Observed interactions | | | | | |
| Positive peer | 95.6 (3.25) | 97.9 (1.85) | 95.2 (5.52) | −1.2 | 1.6 |
| Negative peer | 3.0 (2.61) | 1.4 (1.12) | 1.5 (2.00) | 2.0ᵇ | −0.2 |
| No interactions | 1.4 (1.80) | 0.7 (1.55) | 3.3 (5.03) | −1.2 | −1.8 |

\* Treatment results are mean (SD) values.
† Placebo $v$ two-drug average was by one-tailed comparisons. One drug $v$ the other was by two-tailed comparisons. ᵃ $P < .10$, ᵇ $P < .05$, ᶜ $P < .025$, ᵈ $P < .01$, ᵉ $P < .005$, ᶠ $P < .001$.

ALZ 00172150

TABLE 3. Correlated $t$ Tests Comparing Standard Deviations of the Three Medication Conditions*

| Variable Measured | Treatment | | | $t$ Test† | |
|---|---|---|---|---|---|
| | Placebo | Methylphenidate, 10 mg Twice Daily | SR-20 in Morning | Placebo v Av Two Drugs | Standard v SR-20 Methylphenidate |
| Daily frequencies | | | | | |
| Following rules | 4.6 (1.66) | 3.1 (1.13) | 3.1 (1.06) | 3.4$^e$ | −0.1 |
| Noncompliance | 3.8 (2.17) | 2.2 (1.77) | 2.7 (1.61) | 2.4$^c$ | −1.6 |
| Positive peer behaviors | 33.6 (16.97) | 40.2 (26.67) | 33.5 (19.53) | −0.9 | 1.3 |
| Conduct problems | 0.8 (0.90) | 0.4 (0.41) | 0.6 (0.34) | 0.9 | −1.5 |
| Negative verbalizations | 3.8 (1.98) | 3.0 (3.21) | 3.1 (2.39) | 1.0 | −0.2 |
| No. of time outs/d | 1.0 (0.48) | 0.6 (0.62) | 0.7 (0.48) | 2.8$^d$ | −0.8 |
| Classroom | | | | | |
| % on-task | 11.0 (8.68) | 7.5 (8.69) | 3.7 (6.06) | 2.3$^c$ | 1.6 |
| % following rules | 16.2 (10.41) | 8.8 (6.44) | 9.0 (10.50) | 2.6$^c$ | −0.1 |
| Timed math | | | | | |
| No. attempted | 8.2 (5.48) | 8.7 (5.17) | 7.0 (3.13) | 0.4 | 1.1 |
| % correct | 12.6 (8.88) | 8.8 (7.69) | 8.3 (11.50) | 1.6$^a$ | 0.2 |
| Timed reading | | | | | |
| No. attempted | 11.4 (6.60) | 10.6 (6.51) | 10.8 (5.55) | 0.6 | −0.2 |
| % correct | 21.3 (6.81) | 16.6 (8.73) | 16.8 (11.16) | 1.7$^a$ | −0.1 |
| Seatwork | | | | | |
| % completion | 26.5 (8.84) | 21.7 (8.64) | 17.1 (11.55) | 3.0$^d$ | 1.1 |
| % correct | 19.5 (9.67) | 16.6 (7.74) | 16.5 (7.55) | 1.0 | 0.4 |
| Teacher rating (abbreviated Conners) | 3.3 (3.55) | 2.1 (2.14) | 1.3 (1.38) | 1.5$^a$ | 1.1 |
| Counselor rating | 17.5 (11.80) | 19.9 (23.91) | 18.1 (16.69) | −0.5 | 0.3 |
| Positive daily report card (% of days received) | 34.3 (25.82) | 28.2 (25.11) | 20.5 (25.46) | 1.1 | 0.7 |
| Observed interactions | | | | | |
| Positive peer | 3.8 (2.10) | 2.9 (2.28) | 6.7 (8.48) | −0.7 | −1.6 |
| Negative peer | 3.0 (2.36) | 1.9 (1.67) | 1.8 (1.98) | 1.7$^a$ | 0.2 |
| No interactions | 2.1 (2.27) | 1.2 (2.09) | 5.3 (8.36) | −1.3 | −1.7 |

* Treatment results are mean (SD) values.
† Placebo v two-drug average was by one-tailed comparisons. One drug v the other was by two-tailed comparisons. $^a$ $P < .10$, $^b$ $P < .05$, $^c$ $P < .025$, $^d$ $P < .01$, $^e$ $P < .005$, $^f$ $P < .001$.

most three times as many measures shown in Table 2 as was SR-20.

To evaluate drug effects on variability within individual children, the same set of analyses was conducted on each child's standard deviation (over days) within each treatment condition for each dependent measure. These results are reported in Table 3. On all but four measures, the mean of the two drug conditions reduced variability relative to placebo within individual children, with contrasts reaching significance on half of the dependent variables. Few differences between standard methylphenidate and SR-20 were apparent.

### Individual Medication Response

After the summer treatment program had ended, each child's data were evaluated by the first and third authors to make a clinical recommendation regarding that child's medication response and methylphenidate's utility in future treatment. Those evaluations, which were not blind, resulted in recommendations of standard drug for seven of the children, either the standard or SR-20 for three children (eg, the drugs were judged to be equivalently effective), and no medication for three of the children. Thus, seven of the ten children who responded positively to methylphenidate were judged to respond more positively to 10 mg of methylphenidate administered twice daily than to SR-20. These clinical recommendations were, thus, somewhat discrepant from the group results, in which the drugs had nearly equivalent effects on most measures. Because these recommendations were not blind, however, we conducted a further evaluation under blind conditions.

Eleven professional (MD or PhD) experts familiar with psychostimulant treatment of children with attention deficit disorder evaluated the individual medication protocols without knowledge of the drug conditions. (The medication protocol for one of the 13 boys was inadvertantly omitted from the packet sent to the expert raters. That child, who was categorized as a nonresponder in our evaluations, was therefore not evaluated by the expert raters.) The raters were asked to evaluate for each child whether one or the other medication condition was best or whether the medications were equivalently effective or ineffective.

ALZ 00172151

For five of the seven children for whom we had recommended the standard drug form, a majority of the experts agreed. In the two other cases, the experts said that the two forms of methylphenidate were equivalently effective. In both of these cases, we had not recommended SR-20 because it had caused unique and substantial increases either in observed negative peer interactions or in observed no-interaction codings. Of the three children for whom we had recommended that both medications were effective, a majority of the experts agreed in one case and recommended SR-20 in another case. In the third case, the experts were split with 36% of them recommending standard methylphenidate and 18% each recommending SR-20, both medications, or no medication. For the two children for whom we had not recommended medication, a majority of the experts agreed in one case but were split among the four alternatives in the other case. For the latter child, we had not recommended medication because of adverse effects on cognitive and social behavior that were evident with both forms of methylphenidate.

Of the total number of ratings completed by the experts (12 children × 11 raters), 109 of the 132 possible ratings were positive medication evaluations. Of these positive evaluations, 49% were for standard methylphenidate, 16% were for SR-20, and 35% for both drugs.

*Side Effects*

The drugs caused similar side effects. Five of 13 boys showed evidence of anorexia with SR-20 and four of 13 showed it with standard methylphenidate. No boys showed insomnious effects with either drug. Irritability, dullness, and stomachaches were reported only infrequently, inconsistently, and not differentially across drugs.

**Discussion**

The results of the group and individual responsivity analyses were somewhat discrepant, and they will be discussed in turn. As expected, the group data revealed that both SR-20 and 10 mg of methylphenidate given twice daily had substantial and beneficial effects on most dependent measures. On measures of rule-following behavior, positive peer behaviors, and classroom productivity and accuracy, both medications resulted in improved behavior and performance. Both medications similarly improved the numerous measures of disruptive social behavior and negative interactions with peers. These findings are consistent with many previous studies of stimulant effects on children with attention deficit disorder. They are noteworthy only in that, in contrast to prevailing beliefs, they clearly support recent reports that for most children with attention deficit disorder performance on academic tasks and peer interactions are definitely affected positively by methylphenidate.[10,16-19]

The finding of methylphenidate-reduced intraindividual variability is also consistent with conventional wisdom regarding stimulant effects on children with attention deficit disorder. One of the hallmarks of attention deficit disorder is behavioral variability, and it has been commonly accepted that a major effect of stimulant treatment is to reduce that variability. However, the current study is apparently the first to validate empirically this common belief. One or the other form of active medication produced increased variability on several measures (eg, positive peer behaviors and observed positive and no-interaction peer codings). These increases would be expected, given previous data showing that psychostimulants improve peer interactions in some children with attention deficit disorder and worsen them in others.[14,20]

The between-drug comparisons revealed few significant differences between SR-20 and standard methylphenidate, but those differences were obtained on important measures. The standard drug form resulted in significantly fewer occurrences of noncompliance and negative verbalizations, and SR-20 resulted in an increase in no-interact codings of observed peer interactions. Furthern the standard form resulted in better group mean scores on twice as many variables as SR-20. Similarly, there was greater variability about the means for SR-20 than for the standard form, suggesting what the individual responsivity analyses confirmed—that SR-20 was not as effective as 10 mg of methylphenidate given twice daily with as many children in the sample. However, as shown in Table 3, regarding variability within individual children, there were few between-drug differences. On several important variables (eg, noncompliance, conduct problems), standard methylphenidate came close to significance in reducing variability within children more than SR-20.

In contrast to the group analyses, which showed mean differences on only three measures, the evaluations of individual responsivity showed clearly that fewer boys responded positively to SR-20 than to standard methylphenidate. Although there was some disagreement between the expert raters and our recommendations, on the whole, the two sets of evaluations of individual response were similar. The expert raters overlooked adverse responses to SR-20 on several measures for several children, and we overlooked a differential, positive response to SR-20 for one child. Combining our recomme

tions and the experts' evaluations, seven of the children responded differentially and positively to 10 mg of methylphenidate given twice daily, two children responded equivalently to both forms of methylphenidate, one responded differentially and positively to SR-20, and three children were nonresponders to both drugs. Of the seven children who responded differentially and positively to the standard form, five showed an adverse response to SR-20 on several important measures of functioning, and two showed no response to SR-20. As would be expected, the variables on which SR-20 had adverse effects were those noted in Table 2 on which SR-20 and standard methylphenidate differed significantly in the group comparisons.

## STUDY 2

The second study was designed to determine whether the differential responsiveness to the two forms of methylphenidate could be related to differences in the time courses of the drugs. For example, it is possible that the peak effects of the two drugs are similar but that SR-20 has a later time of onset or an earlier time of offset than the other. We reported several case examples of these patterns in a pilot to this investigation.[21] In study 2, the effects of SR-20, standard methylphenidate, and placebo were evaluated during the nine hours following medication ingestion to plot the time courses of the two forms of methylphenidate.

### Method

#### Subjects and Setting

Subjects were nine boys between the ages of 6 years 1 month and 8 years 3 months who had participated in the treatment program just described. All nine boys had received a trial of methylphenidate in our medication assessment procedure, and three of them had received the protocol described in study 1. Attention deficit disorder was diagnosed in all boys; concurrent oppositional disorder, learning disability, and conduct disorder were diagnosed in 7, 5, and 1 of them, respectively. Teacher ratings on the Swanson, Nolan, and Pelham Rating Scale showed that all nine boys met criteria for attention deficit disorder with hyperactivity. Eight boys obtained scores of 15 or higher on the ACTRS, and one boy had a score of 14. Three boys exceeded the cutoff score on the aggression factor of the Iowa CTRS. Means and standard deviations on several measures of subject characteristics are shown in Table 1. None of the boys was mentally retarded or had gross neurologic disorders. The study was conducted during the three weekdays following the conclusion of study 1 in the same setting and using procedures and staff from it.

#### Procedure

*Medication Procedure.* In a double-blind, placebo-controlled, evaluation, each boy received, for one day each, placebo twice daily, 10 mg of methylphenidate twice daily, and SR-20 methylphenidate each morning (and a placebo at noon). The average equivalent in milligrams per kilograms of body weight for a 10-mg dose of methylphenidate for these boys was 0.36. The 10-mg methylphenidate dose was equivalent to 0.3 mg/kg for two of the boys and ranged from 0.24 to 0.44 mg/kg. Drug order was randomized with the restriction that an equal number of boys be assigned to each condition on each day. Medication was prepared as described in study 1 and administered by program staff at 8 AM and at 12 noon. None of the children had received any medication during the two (weekend) days preceding this study.

*Daily Schedule.* Each day was divided into hourly blocks, during each of which children engaged in a testing session followed by a recreational period. Each test session began at five minutes past the hour, from 8:05 AM until 4:05 PM, and consisted of a continuous performance test lasting 13 minutes, followed by a two-minute timed, arithmetic test. A response-cost, behavior modification program was implemented to control behavior during testing, but no consequences were provided for performance on the continuous performance test or arithmetic tasks. The recreation periods that followed each hourly testing session consisted of supervised games (eg, soccer, kickball) and were conducted as described in study 1. Each recreational period lasted for the approximately 30 minutes from the end of one test period until the beginning of the next.

#### Dependent Measures

*Testing Periods.* Continuous performance test tasks are the standard measure of sustained attention in the study of attention deficit disorder. The continuous performance test that we used was administered on Apple II microcomputers (S. Lindgren and D. Lyons, unpublished data, 1985). The task required each boy to watch for the target, an orange "H" immediately followed by a blue "T", and to press the space bar immediately upon detecting the target. In random order, consonants of varying colors appeared on the screen for 13 minutes. Each stimulus appeared for 100 ms, and the interstimulus interval was 900 ms. The percentage of times that a target was presented and the child

ALZ 00172153

failed to press the space bar (errors of omission) was used as the dependent variable.

The timed, arithmetic task was the same as that described in study 1, and it was administered immediately after the continuous performance test. The number of problems completed correctly served as the dependent measure.

*Other Measures.* The point system and time-out measures described in study 1 were also used in this study. In addition, at the conclusion of each recreation period, two counselors independently completed ACTRS ratings for all children.

### Results

Rather than the main effects as in study 1, the results of major interest in this study were those regarding the time courses of the two drugs. To investigate these, analyses of variance were conducted for each dependent measure, and interactions between drug and time were evaluated to assess the time courses of the drugs. For the continuous performance test and arithmetic tasks, these analyses were 3 (drug) × 9 (time) analyses of variance. For all other measures, the analyses of variance were 3 (drug) × 7 (time); the lunch hour and the last hour of the day were omitted because, after testing, the children were not engaged in the standard recreational tasks during these hours.

Among the daily frequency and time-out measures, none showed a significant ($P < .05$) interaction between drug and time. The general pattern obtained was that both drugs improved behavior compared with placebo, and this improvement began an hour after ingestion and lasted through the eighth hour postingestion. However, there was great variability on most measures, and none of the drug × time interactions reached significance.

Drug effects on the ACTRS completed by the counselors are shown in the top panel of the Figure. The main effect of drug was significant, $F(2,16) = 7.3, P < .01$, but neither the main effect of time nor any interactions were significant. Both drugs resulted in better mean ratings (standard methylphenidate, 7.0; SR-20, 7.9) than did placebo (12.6). This difference was present even during the first hour after ingestion (note that ratings were completed at the end of the hour), and the effects were maintained throughout the day.

Drug effects on the continuous performance test task are presented in the bottom panel of the Figure. Errors of omission increased throughout the day with placebo and improved with both forms of methylphenidate, a pattern that is reflected in a significant interaction between drug and time, $F(16,128) = 2.26, P < .01$. To investigate this inter-





**Figure.** Top, Counselor ratings on Abbreviated Conners Teacher Rating Scale (ACTRS) plotted for each drug condition by hour. Doses were administered at 8 AM at 12 noon. *Bottom*, Errors of omission on continuous performance task plotted for each drug condition by hour. Doses were administered at 8 AM and at 12 noon. Notations on SR-20 and 10 mg twice daily (b.i.d.) lines indicate significance levels of contrasts conducted at each hour between active drug and placebo.

action, the effects of both forms of methylphenidate were separately contrasted with placebo for each hour. The $P$ values of these contrasts are shown in the Figure. SR-20 did not have a significant effect until three hours after ingestion, whereas standard methylphenidate's effects began to be detectable an hour after ingestion. The effects of both drugs (with a noon dose in the standard drug condition) maintained through the last testing session, eight hours after the drugs had been administered. No significant interaction between drug and time was obtained on the timed arithmetic task.

### Discussion

Clear time course curves for the two drugs were obtained for the ACTRS and the continuous performance test, respectively. Unfortunately, accurate time course curves were not obtained on most of the behavioral measures gathered in study 2.

ALZ 00172154

This failure appears most likely due to the large variability that may have resulted from a small number of subjects and the fact that, in contrast, to study 1, only a single observation was taken per child for each data point. The general findings on most of the behavioral measures were that both drug regimens were superior to placebo and that the effects lasted for the eight hours during which measures were gathered.

This effect is shown most clearly on the ACTRS ratings, which revealed the clear time-course curves plotted in the Figure. These ratings, which were completed at the end of each hour, revealed that both forms of methylphenidate began to have detectable effects within one hour postingestion and that these effects were still apparent relative to placebo eight hours later. SR-20 caused improved behavior through the noon rating but appeared to begin to wear off slowly for the following four hours. The effect of standard methylphenidate was slightly better than that of SR-20 at all hours following the first. On placebo days, the ACTRS ratings increased slightly throughout the day.

This slight superiority for standard methylphenidate is consistent with what was reported in study 1, in which the few group differences between SR-20 and standard drug form were obtained on measures of social behavior (eg, noncompliance, negative verbalizations) that are the same as those tapped by the ACTRS. The time curves on the ACTRS may have been so clear because the hourly ratings, representing the average of two counselors, may have been relatively more stable than the other measures, which were based only on single data points.

With one major difference—the rate of onset—the drugs' time courses as reflected on the continuous performance test task were similar to those obtained on the ACTRS. Except for a decrease at noontime, omission errors increased slightly throughout time on placebo days. On SR-20 days, errors did not reach their lowest level until three hours after ingestion. With standard methylphenidate, errors decreased at a faster rate than with SR-20 and improvement peaked at two hours postingestion, after which errors increased slightly. The two drugs had equivalently stable effects relative to placebo from the third hour after ingestion through the eighth hour (a second dose of 10 mg was administered at noon in the standard form of drug condition). The time course for standard methylphenidate that we obtained on the continuous performance test task was similar to that reported for methylphenidate on a paired-associate learning task.[23]

Thus, on a cognitive measure, the continuous performance test, SR-20 apparently exerts its effects at a slower rate than the standard drug. However, once SR-20 has begun to act, the drugs have similar effects and time courses. This finding may explain why the significant group differences between SR-20 and standard methylphenidate in study 1 were not apparent on the classroom cognitive measures (ie, reading, math, seatwork in Table 2). The scheduled classroom times for 11 of the 13 boys in study 1 were between three and eight hours after pill ingestion, and these continuous performance test results show that both methylphenidate drugs have identical effects during that time period on a cognitive measure. Had the children been in class one to two hours after having taken a pill—when SR-20 had not yet had a cognitive impact—those who had received SR-20 may have shown less improvement on classroom academic tasks than those who had received the other drug form.

If replicated, the finding of a delayed onset for SR-20 on cognitive tasks would be an important one. It would have disquieting implications for the use of SR-20 in clinical practice, because children in most elementary classrooms perform most of their academic tasks in the morning hours. The potentially beneficial effects of methylphenidate on academic performance would thus not be obtained even though the children's classroom behavior, as reflected on the ACTRS, would be improved by SR-20.[24] SR-20 might, therefore, be considerably less effective than standard methylphenidate for children with attention deficit disorder who have concurrent academic problems. One possible solution to this potential problem that has apparently been used in some clinical settings is to give concurrent morning doses of 10 mg of methylphenidate and SR-20. The 10-mg dose would affect the child's morning academic time, and SR-20 would affect the afternoon activities. If successful, this tactic would avoid the necessity for a noontime dose of medication at school and the embarrassment that accompanies it for some children, although the effectiveness of this approach has not been demonstrated.

Although it might seem counterintuitive that SR-20 could have different time courses for social behaviors (the ACTRS ratings) than for cognitive skills (the continuous performance test), similarly, differential time courses for methylphenidate's effects on motoric and attentional measures have been reported previously. Solanto and Conners[25] found that methylphenidate's effects on reaction time dissipated sooner than its effects on activity level. The same pattern can be seen for standard methylphenidate in our study by comparing the first four hours in the Figure; the effects of the first

ALZ 00172155

dose of 10 mg on the continuous performance test task began to wear off at 11 AM, whereas the effects on the ACTRS remained. Solanto and Conners interpreted their results as demonstrating that methylphenidate's effects on motoric/social behaviors are a main effect of the drug "rather than merely a secondary consequence of improved attention."[25] Our results would appear to support that interpretation.

## CONCLUSION

In contrast to a previous report and CIBA's advertising, the effects of SR-20 and methylphenidate, 10 mg administered twice daily, are not equivalent. The two preparations appear to have different time courses on a continuous performance test task, and although they have similar time courses on measures of social behavior, SR-20 exerts a smaller main effect than the standard drug form on several key measures of disruptive behavior. Perhaps most disconcerting, when individual responses in our within-subject trials were analyzed, the standard preparation was judged to be more effective than SR-20 for seven of ten medication responders.

Our data do not provide a complete answer to the question of why SR-20 is not as effective as the standard 10 mg twice daily administered preparation. The results of study 2 suggest that the slower onset of a cognitive effect of SR-20 would make it less effective than 10 mg on cognitive skills that are measured during the three hours following drug administration. However, SR-20 also appears uniformly less effective than the standard preparation throughout the day on measures of social behavior such as the ACTRS; furthermore, it is relatively less effective on some social-behavior measures than on others. One possible cause for this pattern is that, rather than being freed from the containing wax matrix in an SR-20 tablet in two 10-mg units separated by four hours, the methylphenidate in an SR-20 tablet is released in smaller amounts at more frequent time intervals. This might result in a relatively more stable steady state but one that did not reach as effective a level as the standard preparation. If relatively larger amounts of methylphenidate are required to cause change in social behavior than in cognitive performance,[26,27] one might predict that SR-20, once it had reached a steady state, might be as effective as the standard form on cognitive variables but not as effective on measures of social behavior. This was the pattern that we obtained. Indeed, the milligrams per kilogram equivalent of 10 mg of methylphenidate in both studies was approximately 0.3 mg/kg. Thus, for these boys, SR-20 was a relatively low dose of methylphenidate.

It is possible that two SR-20 tablets given simultaneously would have effects on social behavior that were more equivalent to a comparable twice daily dose than we obtained herein.[16,26,28]

In summary, although the sample is small and the results preliminary, our studies suggest clearly that SR-20 is not equivalent to a standard 10-mg dose of methylphenidate given twice daily regimen. SR-20 is significantly less effective than the standard form on several critical measures of disruptive behavior, and only a minority of children with attention deficit disorder respond equally positively to the two preparations. If in an individual clinical case, it is essential that a child with attention deficit disorder not receive a noonday dose of medication, then our data suggest that pemoline or slow-release dextroamphetamine be tried before SR-20.
## ACKNOWLEDGMENTS

The authors thank the staff of the 1985 Summer Treatment Program, Lee Pat Strickland, pharmaceutical consultant, and the 11 expert raters for their help with this project.

## REFERENCES

1. Safer DJ, Krager JM: Trends in medication treatment of hyperactive children on stimulant drugs. *N Engl J Med* 1983;287:217-220
2. Sleator EK, Ullmann RK, von Neumann A: How do hyperactive children feel about taking stimulants and will tell the doctor? *Clin Pediatr* 1982;21:474-479
3. Brown GL, Hunt RD, Ebert MH, et al: Plasma levels of d-amphetamine in hyperactive children: Serial behavior and motor responses. *Psychopharmacology* 1979;62:133-140
4. Safer DJ, Allen RP: *Hyperactive Children: Diagnosis and Management.* Baltimore, University Park Press, 1976
5. Sustained-release methylphenidate. *Med Lett Drugs Ther* 1984;26:97-98
6. Whitehouse D, Shah U, Palmer FB: Comparison of sustained-release and standard methylphenidate in the treatment of minimal brain dysfunction. *J Clin Psychiatry* 1980;41:282-285
7. Sleator EK: Treatment—Drug and dietary, in Sleator EK, Pelham WE (eds): *Dialogues in Pediatric Management: Attention Deficit Disorder.* Norwalk, CT, Appleton-Century-Crofts, 1986, vol 1, pp 79-126
8. Conners CK: A teacher rating scale for use in drug studies with children. *Am J Psychiatry* 1969;126:884-888
9. Loney J, Milich R: Hyperactivity, inattention, and aggression in clinical practice, in Wolraich M, Routh DK (eds): *Advances in Developmental and Behavioral Pediatrics.* Greenwich, CT, JAI Press, 1982, vol 2, pp 113-147
10. Pelham WE, Hoza J: Behavioral assessment of psychostimulant effects on ADD children in a summer day treatment program, in Prinz R (ed): *Advances in Behavioral Assessment of Children and Families.* Greenwich, CT, JAI Press, vol 3, in press, 1987
11. *The Mad Minute.* Reading, MA, Addison-Wesley, 1981
12. Bonig R: *Barnell Loft Specific Skills Series.* New York, Barnell Loft Ltd, 1978
13. O'Leary DK, Pelham WE, Rosenbaum A, et al: Behavioral treatment of hyperkinetic children: An experimental evaluation of its usefulness. *Clin Pediatr* 1976;15:511-515
14. Pelham WE, Bender M: Peer relationships in hyperactive

ALZ 00172156

children: Description and treatment, in Gadow KD, Bailer I (eds): *Advances in Learning and Behavioral Disabilities.* Greenwich, CT, JAI Press, 1982, vol 1, pp 365–436
15. Walker HM, Street A, Garrett B, et al: *RECESS: Reprogramming environmental contingencies for effective social skills.* Eugene, OR, Center at Oregon for Research in the Behavioral Education of the Handicapped, 1978
16. Pelham WE, Bender ME, Caddell J, et al: Methylphenidate and children with attention deficit disorder. *Arch Gen Psychiatry* 1985;42:948–952
17. Hinshaw SP, Henker B, Whalen CK: Cognitive-behavioral and pharmacologic interventions for hyperactive boys: Comparative and combined effects. *J Consult Clin Psychol* 1984;52:739–749
18. Douglas VI, Barr RG, O'Neil ME, et al: Short term effects of methylphenidate on the cognitive, learning, and academic performance of children with attention deficit disorder in the laboratory and in the classroom. *J Child Psychol Psychiatry* 1986;27:191–212
19. Stephens RS, Pelham WE, Skinner R: The state-dependent and main effects of pemoline and methylphenidate on paired-associated learning and spelling in hyperactive children. *J Consult Clin Psychol* 1984;52:104–113
20. Hoza J, Pelham WE: Psychostimulant-induced social withdrawal in ADD children. Presented at the American Psychological Association, Los Angeles, Aug 21–27, 1985
21. Hoza J, Pelham WE: Effects of Ritalin SR20 on the behavior of ADD children. Presented at the American Psychological Association, Los Angeles, Aug 21–27, 1985
22. Deleted in proof
23. Swanson J, Kinsbourne M, Roberts W, et al: Time-response analysis of the effect of stimulant medication on the learning ability of children referred for hyperactivity. *Pediatrics* 1978;61:21–29
24. Pelham WE: The effects of stimulant drugs on learning and achievement in hyperactive and learning-disabled children, in Torgesen JK, Wong B (eds): *Psychological and Educational Perspectives on Learning Disabilities.* New York, Academic Press, 1986
25. Solanto MV, Conners CK: A dose-response and time-action analysis of autonomic and behavioral effects of methylphenidate in attention deficit disorder with hyperactivity. *Psychophysiology* 1982;19:658–667
26. Sprague R, Sleator E: Methylphenidate in hyperkinetic children: Differences in dose effects on learning and social behavior. *Science* 1977;198:1274–1276
27. Swanson J, Kinsbourne M: The cognitive effects of stimulant drugs on hyperactive (inattentive) children, in Hale G, Lewis M (eds): *Attention and the Development of Cognitive Skills.* New York, Plenum Press, 1979
28. Sebrechts MM, Shaywitz SE, Shaywitz BA, et al: Components of attention, methylphenidate dosage, and blood levels in children with attention deficit disorder. *Pediatrics* 1986;77:222–228

## ONE EXAMPLE OF THE NATURE OF MICROBIAL PATHOGENICITY

Human brucellosis is a tiresome but hardly serious affliction, and brucellas have no special affinity for one tissue or another. In pregnant goats, sheep, cows, and sows, however, the organisms multiply prodigiously in the fetal membranes and fluids. The resulting disease, contagious abortion, may be a serious cause of economic loss in animal husbandry.

What the Microbiological Research Establishment team found was that susceptible uterine tissues in vulnerable species contain a sugar alcohol called erythritol. This is a nutrient for brucellas, helping them to proliferate and thereby damage the host. In cattle, for example, the fetal placenta, membranes, and fluids are a rich source of erythritol, whereas other tissues in the fetus and those of the mother contain none. There is no erythritol in the human placenta either, which explains why brucellosis does not cause abortion in man.

Submitted by Student

From Dixon B: Scientifically speaking. *Brit Med J*, Aug 16, 1986.

ALZ 00172157