BIOPHARMACEUTICS & DRUG DISPOSITION, VOL. 10, 165–171 (1989)

NOTICE: This material may be protected by copyright law (Title 17 U.S. Code)

Research

# THE ABSORPTION OF SUSTAINED-RELEASE METHYLPHENIDATE FORMULATIONS COMPARED TO AN IMMEDIATE-RELEASE FORMULATION

KENNERLY S. PATRICK,* ARTHUR B. STRAUGHN,† ERIC J. JARVI,† GEORGE R. BREESE‡ AND MARVIN C. MEYER†

Departments of Medicinal Chemistry* and Pharmaceutics,† College of Pharmacy, University of Tennessee, Memphis 38163 and Biological Sciences Research Center,‡ University of North Carolina, Chapel Hill 27514, USA

## ABSTRACT

A crossover study in 18 subjects evaluated the plasma concentration–time profile of two different 20 mg sustained-release (SR) methylphenidate (MPH) tablets administered before breakfast, compared to a 10 mg immediate-release (IR) tablet administered before breakfast and again 5 h later, before lunch. Plasma MPH concentrations were determined using a sensitive and precise gas chromatography–mass spectrometry method, incorporating a deuterated internal standard. The mean peak MPH concentration was 6.4 ng ml$^{-1}$ for the IR product versus 4.6 ng ml$^{-1}$ and 4.8 ng ml$^{-1}$ for the two SR formulations. Peak concentrations occurred at 3.3 h after dosing with the SR products, compared to 1.5 h after the first dose of the IR product. The extent of absorption for the three products, as determined from areas under the plasma concentration–time curves, were within 5 per cent of each other. There was no significant difference in rate or extent of absorption between the two SR formulations.

KEY WORDS   Methylphenidate   Sustained-release   Pharmacokinetics   Bioequivalence

## INTRODUCTION

Methylphenidate is a frequently prescribed central stimulant for children with attention deficit disorder-hyperactivity. Because the half-life of MPH is approximately 2 h,[1] dosing before breakfast and lunch (b.i.d. dosing) is usually required to maintain therapeutic concentrations throughout the normal school day. However, school-related dosing problems have prompted the development of MPH-SR formulations which allow once a day dosing before breakfast.

While a clinical study[2] describing the therapeutic effects of a single 20 mg MPH-SR formulation versus a b.i.d. schedule for a 10 mg MPH-IR product

0142-2782/89/020165-07$05.00
© 1989 by John Wiley & Sons, Ltd.

Received 25 November 1987
Revised 15 February 1988



DTX 625

Alza v. Andrx
C.A. No. 05-642-JJF

indicated 'an equality in effect', the adequacy of the study in establishing therapeutic equivalence of the two regimens has been questioned.[3] The MPH product literature[4] states that MPH-IR and MPH-SR products are absorbed to the same extent. However, the associated bioavailability data were based on indirect analytical methods. Urinary elimination of ritalinic acid, the inactive principal metabolite of MPH[5] was monitored, not plasma concentrations of the parent drug. Accordingly, the study could not provide information concerning the metabolic state in which the drug reached the systemic circulation, i.e. as MPH or ritalinic acid. This is of special concern with MPH because most of an oral dose is de-esterified to ritalinic acid before reaching the systemic circulation.[5,6] Further, the rate and gastrointestinal site of absorption can modify the extent of pre-systemic metabolism.[7]

Greenhill et al.,[8] have monitored saliva concentrations of MPH in children after administration of a single dose of MPH-SR or b.i.d. MPH-IR. Their guarded extrapolation of saliva values to plasma concentrations indicated that MPH-IR has much greater bioavailability than MPH-SR. However, because of the unreliability of saliva values for predicting plasma concentration of drugs such as MPH that are highly ionized at physiological pH,[9,10] these results are of limited value.

The present study applied analytical methods specific for MPH[11] in plasma to provide an unequivocal comparison of the bioavailability of two different 20 mg MPH-SR tablets and a 10 mg MPH-IR tablet.

## METHODS

### Drugs

Product 1 was MPH-IR (Ritalin®) 10 mg tablet from Ciba Geigy (Summitt, NJ), lot no. 1B049014, expiration date 2/91. Product 2 was MPH-SR (Ritalin®) 20 mg tablet from Ciba Geigy, lot no. 1TO36578, expiration date 3/88. Product 3 was a newly formulated MPH-SR 20 mg tablet from MD Pharmaceuticals (Santa Ana, CA), lot #T562D01.

### Study design

A three-way crossover bioavailability study was conducted in 18 healthy male volunteers to evaluate the above three MPH formulations. Each subject received each formulation at 1-week intervals. Prior to entry into the study, subjects were evaluated with a medical history, clinical chemistry (including SMA 18/90 with CBC and urinalysis), and an EKG.

On each of the three dosing days, the subjects reported to the study site in the morning after an overnight fast. Immediately after dosing, the subjects were administered milk). A stan. dosing, and a dosing. For tl after lunch.

Blood samj formulations a 10 mg IR dose were obtained additional 10 n collected either 10 ml plastic sy cleared of resi transferred to a fraction transfe

*Chromatograpl*

The method standard, was u of electron impa derivatized MP chromatog MS interfacea t data system (St.

*Quality control:*

Portions of d plasma concentr. into 5 ml vials an duplicate with ea

*Analytical calcul*

Standard cur\ plasma, fortified standards were e) samples. The 1 concentrations of intercept of the s MPH) versus MP free base.

administered a standard breakfast (eggs, bacon, hash brown potatoes, toast, milk). A standard lunch (cheeseburger, french fries, milk) was served 5 h after dosing, and a standard supper (pizza, salad, lemonade) was served 10 h after dosing. For the IR treatment the subjects received a second dose immediately after lunch.

Blood samples (10 ml) were obtained before dosing with the 20 mg SR formulations and then 0·5, 1, 1·5, 2, 3, 4, 5, 6, 8, 10, 12, and 16 h after dosing. The 10 mg IR dose was administered at 0 and 5 h (total dose 20 mg). Blood samples were obtained at the same times as for the single 20 mg SR doses, except for additional 10 ml blood samples 5·5, 6·5, and 7 h after the first dose. Samples were collected either by venipuncture or through an indwelling venous catheter using 10 ml plastic syringes. If the sample was obtained from the catheter, the line was cleared of residual herapin before obtaining the 10 ml sample. The blood was transferred to a 10 ml heparinized Vacutainer®, then centrifuged, and the plasma fraction transferred to glass vials for storage at −70°C until assayed.

*Chromatographic analysis*

The method of Patrick et al.,[11] utilizing deuterated MPH as an internal standard, was used for the analysis of plasma samples. Selected ion monitoring of electron impact generated base peak fragments of the N-pentafluoropropionyl derivatized MPH (m/z 230) and deuterated MPH (m/z 235) provided the ion chromatograms for peak area ratios. All analyses utilized a Finnigan 4000 GC-MS interfaced to an IBM-PC XT using a Technivent® Vector One Model 1050 data system (St. Louis, MO).

*Quality control samples*

Portions of drug-free human plasma were fortified with MPH to provide plasma concentrations of 1·8, 4·6, and 9·1 ng ml$^{-1}$. These samples were aliquoted into 5 ml vials and stored with the subject plasma samples. They were assayed in duplicate with each set of subject plasma samples.

*Analytical calculations*

Standard curves were prepared by analyzing 1 ml aliquots of drug-free plasma, fortified to contain 0, 0·5, 1, 2, 4, 6, 8 and 10 ng ml$^{-1}$ of MPH. These standards were extracted along with the subject samples and the quality control samples. The 1 and 3 h subject samples were assayed in duplicate. The concentrations of MPH in unknown samples were calculated from the slope and intercept of the standard curve, plotted as peak area ratio (MPH/deuterated MPH) versus MPH plasma concentration. All MPH values are reported as the free base.

*Pharmacokinetic calculations*

The area under the plasma concentration–time curve up to the last log-linear concentration time point was calculated using the linear trapezoidal rule. This area was added to the last log-linear concentration, divided by the terminal first-order rate constant ($k$), to obtain the AUC to infinity ($AUC_{INF}$). The $k$ was determined by least-squares fit of the log transformed terminal plasma concentrations in each data set. Peak concentration ($C_{max}$) and time of peak concentration ($t_{max}$) were obtained directly from the individual plasma concentration-time profiles.

Differences among products, subjects and weeks were statistically evaluated using an analysis of variance. The Newman Keuls *a posteriori* test was used to define specific differences among the three products. The statistical power of the study to detect a 20 per cent difference among the treatments was evaluated at an alpha of 0·05 and a beta of 0·20. In addition, the Westlake confidence interval with a $p = 0.05$ and the two, one-sided test with a $p = 0.1$ were used to evaluate the $C_{max}$, $t_{max}$, and the $AUC_{INF}$.

## RESULTS AND DISCUSSION

*Chromatographic analysis*

The gas chromatography-mass spectrometry assay used in the present study was highly specific for MPH, with little interference from other plasma components (Figure 1). The choice of pentafluoropropionic anhydride as the derivatizing reagent was based on the masses of the product fragments ($m/z$ 230 and 235) being different from those of typical plasma components. The lowest standard concentration used for constructing calibration plots was 0·5 ng ml$^{-1}$ MPH. The lower limit of sensitivity was 0·25 ng ml$^{-1}$ based on a signal-to-noise ratio of 3 for these ion chromatograms.

The mean correlation coefficient was 0·9968 (CV = 0·38 per cent) for 18 individually prepared standard curves. The precision and accuracy of the assay was determined from the analysis of the quality control samples extracted with the unknowns for each subject. The MPH 1·8, 4·6, and 9·1 ng ml$^{-1}$ control samples ($n = 40$) provided a mean and coefficient of variation (CV) of 2·0 (23·7 per cent), 4·6 (13·8 per cent) and 8·9 (11·8 per cent), respectively. The mean difference for the duplicate determinations of the 1 and 3 h samples for all 3 phases, was less than 5 per cent.

*Pharmacokinetic analysis*

The mean concentration–time profiles for the three products are illustrated in Figure 2. The mean values of the bioavailability parameters are summarized in Table 1. The mean peak MPH concentration was 6·4 ng ml$^{-1}$ for the IR

Figure 1. Compute 0·5, 1·0, and 1·5 h $\varepsilon$ to MPH and

formulation, c difference bet significant ($p <$ products was occurred after time to reach formulations, administered 5 the first dose. extent of abso

;-linear
e. This
:rminal
: k was
plasma
if peak
plasma

iluated
ised to
r of the
d at an
nterval
/aluate

idy
p—sma
as the
i/z 230
lowest
ng ml$^{-1}$
o-noise

for 18
e assay
:d with
control
0 (23·7
: mean
ir all 3

ated in
ized in
he IR

METHYLPHENIDATE KINETICS    169



Figure 1. Computer-plotted mass fragmentograms from four clinical plasma samples, drawn at 0, 0·5, 1·0, and 1·5 h after MPH-SR administration, respectively. The top peaks (m/z 230) correspond to MPH and the lower peaks (m/z 235) correspond to the internal standard, [$^2$H$_3$]MPH

formulation, compared to 4·5 and 4·8 ng ml$^{-1}$ for the SR formulations. This difference between the IR and the two SR formulations was statistically significant ($p < 0.05$). However, the 6 per cent difference between the two SR products was not significant ($p > 0.05$). The $C_{max}$ for the IR formulation occurred after the second dose in all but two subjects. The significantly longer time to reach $C_{max}$ for this product (5·3 h), compared to the two SR formulations, is a reflection of the second dose of the IR product being administered 5 h after the first. The IR product exhibited a 1·5 h mean $t_{max}$ after the first dose. The mean $t_{max}$ for both SR formulations occurred at 3·3 h. The extent of absorption for the three products, as determined by AUC$_{INF}$, were

170                     K. S. PATRICK ET AL.



Figure 2. The mean concentration–time profiles ($n = 18$) for the three formulations of methylphenidate: Product 1, Product 2, Product 3

within 5 per cent of each other, and the differences were not statistically significant ($p > 0.05$). The mean terminal half-life ranged from 2·6 h for Product 1 to 3·1 h for Product 3.

The power analysis indicated 18 subjects were adequate to detect a 20 per cent difference among the products for $C_{max}$ and $AUC_{INF}$. The confidence intervals in Table 2 indicate that the two SR formulations are within 20 per cent of one another in terms of $C_{max}$ and $AUC_{INF}$.

It was concluded that the three formulations demonstrate equivalence in extent of absorption. In addition, the two SR formulations were equal in terms of both the rate and extent of MPH absorption. Further, the SR products have plasma concentration–time profiles which indicate that the two products do provide for a prolonged absorption of MPH, compared to the IR dosage form.

Table 1. Mean values (CV %)

| Parameter | Product 1 | Product 2 | Product 3 |
| --- | --- | --- | --- |
| $C_{max}$ (ng ml$^{-1}$) | 6·44 (28) | 4·56 (30) | 4·83 (29) |
| $t_{max}$ (h) | 5·33 (42) | 3·25 (53) | 3·34 (48) |
| $AUC_{0-16h}$ (ng-h ml$^{-1}$) | 40·15 (33) | 37·32 (32) | 38·78 (32) |
| $AUC_{INF}$ (ng-h ml$^{-1}$) | 42·02 (34) | 39·56 (34) | 41·58 (34) |
| Terminal $k$ (h$^{-1}$) | 0·27 (21) | 0·25 (31) | 0·24 (37) |

[right margin fragments:]

Parameter

$C_{max}$
$t_{max}$
$AUC_{INF}$

*Confidence
†Per cent of
‡Per cent of

This determi
unmetabolized
half-life, and t
the results of th
chronic admini

1. K. S. Pat...,
   Third Generati
2. D. Whitehouse
3. Med. Lett. Dr
4. B. B. Huff (Ed.
   1987, p. 855.
5. W. Wargin, K.
   G. R. Breese, J
6. Y. M. Chan, J
   Pediatrics, 72, :
7. S. Riegelman a
8. L. L. Greenhill
   23, 115 (1987).
9. J. C. Mucklow.
   (1978).
10. R. A. Maxwell.
    Exp. Ther., 173
11. K. S. Patrick, J
    343, 329 (1985).

METHYLPHENIDATE KINETICS 171

Table 2. Confidence intervals*

| Parameter | Westlake† | Two, one-sided test‡ | |
|---|---|---|---|
| | | Lower | Upper |
| $C_{max}$ | ± 17·0 | −14·4 | +3·2 |
| $t_{max}$ | ± 36·9 | −26·2 | +20·8 |
| $AUC_{INF}$ | + 5+3 | −10·9 | +1·2 |

*Confidence intervals determined using Product 3 as the reference and Product 2 as the test.
†Per cent of reference at $p = 0.05$.
‡Per cent of reference at $p = 0.1$.

This determination, which was based on plasma concentrations of unmetabolized MPH, has not been previously reported. Since MPH has a short half-life, and the sustained-release products are designed for once-daily dosing, the results of this study should also be very similar to those to be expected during chronic administration.

## REFERENCES

1. K. S. Patrick, R. A. Mueller, C. T. Gualtieri and G. R. Breese, in *Psychopharmacology, The Third Generation of Progress*, H. Meltzer (Ed), Raven Press, New York 1987, p. 1387.
2. D. Whitehouse, U. Shah and F. B. Palmer, *J. Clin. Psychiatry*, 48, 282 (1980).
3. *Med. Lett. Drugs Ther.*, 26, 97 (1984).
4. B. B. Huff (Ed.), *Physicians Desk Reference*, Medical Economics Co. Inc., Oradell, New Jersey, 1987, p. 855.
5. W. Wargin, K. Patrick, C. Kilts, C. T. Gualtieri, K. Ellington, R. A. Mueller, G. Kraemer and G. R. Breese, *J. Pharmacol. Exp. Ther.*, 226, 382 (1983).
6. Y. M. Chan, J. M. Swanson, S. S. Soldin, J. J. Thiessen, D. M. Macleod and W. Logan, *Pediatrics*, 72, 56 (1983).
7. S. Riegelman and M. Rowland, *J. Pharmacokinet. Biopharm.*, 1, 419 (1973).
8. L. L. Greenhill, T. Cooper, M. Solomon, J. Fried and B. Cornblatt, *Psychopharmacol. Bull.*, 23, 115 (1987).
9. J. C. Mucklow, M. R. Bending, G. C. Kahn and C. T. Dollery, *Clin. Pharmacol. Ther.*, 24, 563 (1978).
10. R. A. Maxwell, E. Chaplin, S. Batmanglidj Eckhardt, J. R. Soares and G. Hite, *J. Pharmacol. Exp. Ther.*, 173, 158 (1970).
11. K. S. Patrick, K. R. Ellington, G. R. Breese and C. D. Kilts, *J. Chromatogr. Biomed. Appl.*, 343, 329 (1985).

January–February 1989
Volume 10, No. 1

# Biopharmaceutics & Drug Disposition



PHARMACY LIBRARY
SCHOOL OF PHARMACY
UNIV OF WISCONSIN

JA 30



WILEY

Chichester · New York · Brisbane · Toronto · Singapore
A Wiley-Interscience publication

ISSN 0142-2782            BDDID8 10(1) 1–126 (1989)

Indexed or abstracted by BIOSIS, Cambridge Scientific Abstracts, CIS Abstracts, Current Awareness in Bio. Sciences, Current Contents, Excerpta Medica, Index Medicus, Int. Pharm. Abstracts, Int. Pharm. Tech & Prod. Man. Ab., Lockheed Dialog, Royal Society of Chemistry. VINITI-USSR Academy of Sciences

Copyright © 1989 by John Wiley & Sons Ltd.

### COPYING OF ARTICLES

The code and the copyright notice appearing at the bottom of the first page of an article in this journal indicates the copyright owner's consent that copies of the article may be made for personal or internal use, or for the personal or internal use of specific clients, on the condition that the copier pay for copying beyond that permitted by Sections 107 or 0108 of the US Copyright Law. The per-copy fee for each article appears after the dollar sign, and is to be paid through the Copyright Clearance Center Inc. This consent does not extend to other kinds of copying, such as copying for general distribution, for advertising or promotional purposes, for creating new collective works, or for resale. Such permission requests, or other inquiries, should be addressed to the publisher.

Typeset by Witwell Ltd., Southport, Merseyside. Printed and bound in Great Britain by Henry Ling Ltd., at the Dorset Press, Dorchester, Dorset

BIOPHA
(Biophar
Phar
LT
B522l
D84
/0

REVIEW AR
Pharmaco
 Chua, S

RESEARCH ,
Estimation
 Fitting t
 and K. K

Nonlinear
 Using Di
 Constant

Effect of Bu
 M. O. M.

Toward a Ç
 Dose Ab
 Macheras

Dissociation
 on Drug P
 N. Mousse

Bioavailabili
 Applicatio
 Kinkel, J. 1

Effects of Ec
 phylline Eli

Pharmacokin·
 Dogs: R. E.

SHORT COMMU
Pharmacokine
 tration: P. M

Stability Stud·
 Performanc
 Y. Théorêt, ;

Multiple-dose
 Tazifylline i1
 Iliadis, R. De