# Brain Reward Systems and Abuse

*Seventh International Berzelius Symposium*
*Sponsored by the Swedish Society of Medicine*

### Editors

**Jörgen Engel, M.D., Ph.D.**
*Professor*
*Department of Pharmacology*
*University of Göteborg*
*Göteborg, Sweden*

**Lars Oreland, M.D., Ph.D.**
*Professor*
*Department of Pharmacology*
*University of Uppsala*
*Uppsala, Sweden*

**David H. Ingvar, M.D., Ph.D.**
*Professor*
*President of The Swedish Society of Medicine*
*1984–1985*
*Department of Clinical Neurophysiology*
*University of Lund*
*Lund, Sweden*

**Bengt Pernow, M.D., Ph.D.**
*Professor*
*Chairman of Berzelius Symposia Committee*
*President of the Swedish Society of Medicine*
*1985–1986*
*Department of Clinical Physiology*
*Karolinska Hospital*
*Stockholm, Sweden*

**Stephan Rössner, M.D., Ph.D.**
*Associate Professor*
*King Gustav V Research Institute*
*Stockholm, Sweden*

**Lars Åke Pellborn, B.A.**
*Executive Director*
*The Swedish Society of Medicine*
*Stockholm, Sweden*

Raven Press  New York

**DTX 626**

Alza v. Andrx
C.A. No. 05-642-JJF

Raven Press, 1185 Avenue of the Americas, New York, New York 10036

© 1987 by Raven Press Books, Ltd. All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

Made in the United States of America

9  8  7  6  5  4  3  2  1

Library of Congress Cataloging-in-Publication Data

International Berzelius Symposium (7th : 1985 :
    Göteborg, Sweden)
    Brain reward systems and abuse.

    Held at Göteborg, Sweden, Oct. 1985.
    Includes bibliographies and index.
      1. Neuropsychopharmacology—Congresses.
2. Brain, Effect of drugs on—Congresses.
3. Reward (Psychology)—Congresses. 4. Drug
abuse—Physiological aspects. Congresses.
I. Engel, Jörgen. II. Svenska läkaresällskapet.
III. Title. [DNLM: 1. Brain—drug effects—
congresses. 2. Reward—congresses. 3. Substance
Abuse—congresses. W3 IN123N 7th 1985b /
WL 300 I592 1985b]

RM315.I5375   1985       615'.78       85-43233
ISBN 0-88167-263-7

This material may be protected by Copyright law (Title 17 U.S. Code)

*Brain Reward Systems and Abuse*, edited by
J. Engel and L. Oreland.
Raven Press, New York © 1987.

# Clinical Effects of Central Nervous System Stimulants: A Selective Update

Burton Angrist

*Department of Psychiatry, New York University Medical Center and Veterans Administration Medical Center, New York, New York 10010*

This chapter will both summarize and attempt to update information covered in past reviews (2,7). Factors that might modify clinical responses to CNS stimulants such as genetic variables, dose, route of administration, tolerance, and supersensitivity will be considered first, followed by discussion of the clinical effects of the drugs themselves.

## VARIABILITY OF RESPONSE TO CNS STIMULANTS

The variability of individual responses to CNS stimulants has been a source of perplexity throughout the history of these agents. In 1884, Freud likened the effects of cocaine in himself to a physiological sense of well-being. Just 3 years later, when adverse effects occurred in others after similar doses to those he had taken, he questioned whether the "reason for the irregularity of the cocaine effect lies in individual variations in excitability" (21).

Similarly, shortly after amphetamine was introduced, Reifenstein and Davidoff (46) described seizures and unconsciousness after doses as low as 30 mg, although other patients had taken 150 mg daily for 6 months without untoward effects.

In a more recent review, Kalant (30) described a woman who developed a sense of impending death, frontal headaches, palpitations, and retrosternal discomfort after only 5 mg *d*-amphetamine by mouth and another who, after receiving 10 mg amphetamine intravenously, "began to scream that she was being watched and that the doctor wanted to kill her on orders from the Church." Conversely, in the same review, another woman was described who took 630 mg *d*-amphetamine orally when depressed and became only "mildly excited but easily calmed by reassurance." Higher individual doses have, of course, been frequently reported by CNS stimulant abusers.

Although these are rather extreme examples, this wide variation in dose and effect is certainly striking and perhaps greater than is seen with any other class of drugs.

*109*

## FACTORS AFFECTING THE CLINICAL RESPONSE TO CNS STIMULANTS

### Possible Genetic Determinants of CNS Stimulant Response

Differences in the behavior of several strains of mice were observed in the 1940s and 1950s (38). Neurochemical studies of these strains were first reported in 1962. These initially focused on serotonin levels rather than on the catecholaminergic systems considered to mediate response to CNS stimulants (38). However, thereafter, genetic differences in regional brain norepinephrine content were described (52,61). Genetic differences in catecholamine systems were more strongly suggested in 1972 when Ciaranello et al. (14) demonstrated strain-dependent differences in tyrosine hydroxylase activity. Genetic variation in the response to amphetamine has now specifically been shown by both Garrattini et al. (22) and Reis et al. (47). Garrattini et al. (22) showed that animals with higher dopamine turnover were more sentitive to a variety of behavioral and neurochemical effects of amphetamine. Reis et al. (47) showed that differences in brain organization and number of dopaminergic neurons constituted a basis for variance in sensitivity to the effects of amphetamine on locomotion and in inducing stereotypy.

Clinical studies in this area were lacking until 1981, when Nurnberger et al. (40) evaluated the effects of amphetamine in 13 identical twin pairs. Responses differed widely between the pairs but were strikingly concordant within each pair and were generally not correlated with plasma amphetamine levels. These findings suggested that the pharmacodynamic responsivity to CNS stimulants is to some degree under genetic control in humans.

### Dosage

In individuals whose response to stimulants is not idiosyncratically unusual, dosage is the most critical determinant of stimulant effects. Characteristic feelings of a minimal effective dose of CNS stimulants include feelings of "relaxed" alertness, energetic vitality, and confident assertiveness. Appetite and fatigue disappear, and the person is not inclined to eat and cannot sleep. These effects would be noted by most people, for example, at doses of 2.5 to 15 mg of *d*-amphetamine.

With somewhat larger doses (e.g., 20 to 50 mg amphetamine), all effects are intensified, but the initial sense of "relaxed" alertness is replaced by a "driven" feeling. Dysphoric feelings become admixed with euphoria. Thoughts become rapid. Emotions become more labile and intense, and a sense of earnestness and decreased frivolity are often felt. Impulsivity increases, and, as in hypomania, priorities are often not ordered appropriately. These effects combined with increased talkativeness, intrusiveness, and a predilection for somewhat inappro-

priately personal topics of conversation frequently make individuals who have taken such doses tiresome to others.

Very high doses of CNS stimulants are incompatible with normal social functioning and also carry the liabilities of severely disturbed behavior, psychosis, and a severe degree of dependence. Some individuals take moderately high doses of stimulants on a more or less daily basis and suffer these consequences to varying degrees. Alternatively, a pattern of cyclic use emerges when the drug is taken in binges separated by periods of recovery. Such users experience cycles of unproductive, frenzied activity, stereotypy, or psychosis alternating with exhaustion, extended sleep, and a period of dysphoric lethargy thereafter (33). It is interesting to note that both rats and monkeys given free access to amphetamine and other CNS stimulants in intravenous self-adminstration experiments tend to evolve a similar cyclic pattern of use (41,54).

### Route of Administration

The immediate subjective effects of intravenously administered CNS stimulants (or inhalation of cocaine base) are intense and dramatic. Rylander had provided a vivid description of the effects of intravenous phenmetrazine (51) as follows: "One of the addicts . . . said that at first he feels numb and, if he is standing, he goes down on his knees. The heart starts beating at a terrible speed and his respiration is very rapid. Then he feels as if he were ascending into the cosmos, every fiber of his body trembling with happiness."

This experience, called the "rush," and often explicitly likened to a total body orgasm, is a highly prized and psychologically potent effect that often profoundly affects much of a user's subsequent pattern of drug use. This occurs, first, because the effect becomes autonomously desired (i.e., over and above the stimulant effects that persist after the rush abates). This predisposes to repeated injections (or, with cocaine base, smoking) and a cyclic "binge" pattern of use. Second, as shown by Jonsson et al. (29), rushes are dose-dependent. Thus, larger doses may be taken at a time when an oral user might judge that he or she has had enough. Finally, the profoundly reinforcing effects seem to induce a proportionately severe degree of dependence. Most investigators concur on this point. Kalant (30) explicitly noted that "the rate and strength of development of psychological dependence was intensified by intravenous use." Both Siegel (57) and Van Dyke and Byck (63) have stressed the importance of smoking and injection as a determinant of severe cocaine dependence. Siegel (58) has more recently reported a 9-year follow-up study of initially recreational cocaine users in which all of those who became uncontrolled, compulsive users had been inhaling cocaine base. Our own observations are anecdotal, but we certainly have noted that dependence is usually more severe and refractory in intravenous stimulant abusers.

### Tolerance

Tolerance to effects of CNS stimulants has been rather extensively studied in animals and is known to develop to some effects (anorexia, hyperthermia, increased urinary excretion of catecholamines, and lethality) but not to others, such as increased locomotor activity and stereotyped behavior (35). The mechanism of this tolerance appears not to be metabolic. Studies in both animals (34,35) and humans (1) show similar half-lives (of amphetamine) in tolerant and naive animals (or volunteers).

A possible mechanism for tolerance to the noradrenergic effects of amphetamine that has been proposed is the accumulation of the amphetamine metabolite parahydroxynorephedrine as a false transmitter (12). However, it has been shown that this mechanism cannot explain all aspects of amphetamine tolerance because (a) this mechanism of tolerance was found to apply to male but not female rats (56); (b) the rate of tolerance development does not parallel accumulation of the false transmitter (34,37); (c) tolerance occurs to the hyperthermic effect of *l*-amphetamine (37) which is not a substrate for dopamine b hydroxylase and which therefore is not converted to the false transmitter; and (d) such tolerance also occurs after chronic *d*-amphetamine administration in the guinea pig, a species that does not metabolize amphetamine by parahydroxylation and therefore does not produce parahydroxynorephedrine (55).

The neurochemical correlates of tolerance (to amphetamine and phenmetrazine) have been studied in several animal species (36). The findings were complex and will not be reviewed in detail here. For example, species differences occurred, and although the effects of phenmetrazine on brain catecholamines differed from those of amphetamine, cross-tolerance between the two agents was shown.

In humans, tolerance is generally thought to occur to anorectic and cardiovascular effects of CNS stimulants, since weight loss stops after several weeks of their administration and massive doses of stimulants are often taken by abusers without lethality. Connell (15), for example, documented only very mild blood pressure elevations even after high doses were taken. Although in general this probably is true, both concepts can be criticized. For example, although weight loss diminishes and finally ceases while stimulants are taken chronically, stopping their administration in some cases leads to gains of weight, suggesting some persistant tonic effects. As to effects on blood pressure, some subjects in our challenge studies showed virtually no effects on blood pressure even after a first exposure to *d*-amphetamine at a dose of 0.5 mg/kg. Had such individuals been seen after chronic use, tolerance surely would have been assumed.

A type of tolerance to CNS stimulants that clearly does occur clinically is an acute tolerance after a single dose (20), which disappears quickly (48). This effect demonstrated by Fischman et al. (20) probably is clinically meaningful during the course of an individual stimulant binge and could either contribute to abusers' safety or, conversely, lead to higher doses being taken. Fischman et al. (20) pretreated subjects with intranasal (IN) cocaine, 96 mg. As a placebo, cocaine

itself was used in a dose previously shown to have no cardiovascular or subjective effects. An hour later subjects received randomized injections of saline placebo, 16, 32, or 48 mg cocaine. The cocaine-pretreated subjects showed dramatic decrements of the effects of intravenous cocaine as compared to the placebo-pretreated subjects.

To date, this pattern of acute tolerance has been shown only with cocaine, but pharmacokinetic studies of single doses of amphetamine at our center (B. Angrist et al., *in preparation*) clearly show decrements of the effects of oral *d*-amphetamine at a time when plasma levels have plateaued rather than declined. A similar dissociation between euphoria and plasma levels occurs after single doses of cocaine (IN or inhaled) (63). We therefore think that such data may reflect a similar phenomenon and probably indicate depletion of levels of neurotransmitters released by both cocaine and amphetamine, although other mechanisms, such as acute receptor desensitization and diffusion of drug from brain into plasma might well also be factors in this dissociation between plasma level and response (63).

### Supersensitivity

Augmentation of responses to CNS stimulants over time or the development of increasingly pathological responses has been reported in at least 20 preclinical studies to date (and perhaps twice that number). This sensitization has most frequently been observed in studies of the motoric effects of CNS stimulants such as locomotor activity, stereotypy, and induction of dyskinesias (43) and is indeed a robust and consistent preclinical finding. This body of literature has recently been reviewed most thoughtfully by Post and Contel (43), who emphasized that although such sensitization has been observed frequently, its occurrence can be exquisitely sensitive to a variety of variables, such as age, sex, species, dosage regimen, genetics, and conditioning effects. Thus, there do appear to be complex determinants to this frequently observed finding.

### Comments on Clinical Significance of Tolerance and Supersensitivity

In the face of all of the above, this review will express the (perhaps heretical) position that in human studies the evidence for clinically meaningful tolerance or supersensitivity is scanty. Narcoleptics usually do not have to substantially increase or decrease the dose of stimulant drug that they take over time, and abusers generally report rather consistent relationships between dosage taken and effects experienced (63).

It has been proposed that the stimulant psychoses may particularly be mediated by such sensitization. Although stimulant psychoses are certainly most frequently seen in chronic abusers, they also frequently occur when doses greater than accustomed ones are taken. Furthermore, most abusers do not start using CNS

stimulants at high doses, and the late occurrence of psychoses might simply reflect the time taken for escalation of dosage above a psychotogenic threshold. Conversely, the occurrence of stimulant psychoses after single large doses of stimulant agents in naive or relatively naive subjects is well documented. Of Connell's 42 cases, 8 fell into this category. None of these were considered addicts (15). Kalant (30) collected 54 cases of acute and subacute amphetamine intoxication, 30 of whom showed psychotic signs and symptoms. Most of these occurred after a single dose of amphetamine, and none of these had used the drug for over a month (30).

Pharmacological studies of chronic stimulant administration frequently open with the observation that schizophreniform psychoses are often observed after chronic CNS stimulant abuse. This implies that such psychoses do not occur in the context of acute use. This is clearly not the case. While chronicity of exposure may well cause sensitization and predispose to psychosis, such chronicity cannot be considered a sine qua non for psychotic reactions.

### Psychiatric Status

#### Schizophrenia

Schizophrenics' responses to CNS stimulants are heterogeneous and probably, in part, state-dependent (8). In an early review of the effects of amphetamine, Reifenstein and Davidoff (46) noted seven studies in which amphetamine had been administered to schizophrenic populations. In these studies, improvement, worsening, and little change in psychiatric status were all described. Modern studies have replicated this heterogeneity of response. Janowski et al. (26) and Angrist et al. (6) have emphasized the acute increase in psychotic symptoms sometimes seen after CNS stimulant administration. Kornetsky (32) observed such hyporesponsivity in a chronic population that no effects on sleep were seen even after 20 mg $d$-amphetamine was administered at 8 p.m.

State dependence of response to CNS stimulants was first suggested in a study in which Janowski et al. (26) performed intravenous methyphenidate challenges in thirteen schizophrenic subjects, both while actively psychotic and after remission. In these studies, psychotic symptoms increased after the challenges done during the acute phase of the illness but did not after recovery. A variety of other evidence suggesting a state dependent component in the response of schizophrenics has been reviewed by Angrist and Van Kammen (8).

#### Major Affective Disorders

In depression, cocaine has been shown to improve the mood of some patients, whereas, in others, cathartic tearfulness occurred (44). A similar pattern and range of effects has been seen after administration of amphetamine to depressed

patients (59). In bipolar patients, mania has been precipitated by doses of amphetamine in the 15 to 20 mg range (13). High dose *l*-DOPA, which certainly also causes psychomotor stimulant effects, has also been shown to precipitate hypomania or mania rather consistantly in bipolar subjects (39).

## CLINICAL EFFECTS OF CNS STIMULANTS

### Euphoria

Although the available evidence suggests that the euphoria induced by these agents is dose-related (29), many individuals find dysphoric effects increasingly admixed as dose increases (see above). Abusers of CNS stimulants appear able and willing to tolerate this admixture and seldom spontaneously reduce their accustomed dosage. The intense euphoria following intravenous administration of CNS stimulants noted above has been pharmacologically dissected in a classic series of studies by Jonsson and co-workers (27,29). In an initial study, detoxified nonpsychotic amphetamine abusers rated the intensity of effects of intravenous amphetamine on a scale of 1 to 10. Doses of 20, 40, 80, and 160 mg were given, and the intensity of effects was shown to be dose-related (29). Pretreatment with α-methyl-*p*-tyrosine (AMPT), 6 g over 26 hr prior to rechallenge with the highest dose, reduced ratings to below those obtained after 20 mg (29). Subsequent studies, however, showed tolerance to this effect of AMPT (28). In further studies, the effects of neuroleptics and adrenergic blockers on intravenous amphetamine euphoria were assessed. Phenoxypenzamine and propranolol were without effect, whereas chronic chlorpromazine and single doses of pimozide reduced but did not completely block the euphoria induced by 200 mg *d,l*-amphetamine i.v. (27). These findings suggest at least a partial role of dopaminergic mechanisms in mediating the euphoria induced by intravenous amphetamine.

### Emotionality

As noted above, moderate and moderately high doses of CNS stimulants cause emotions to become more intense and labile. This was the cause for admission in 3 of 60 patients we saw who were admitted to Bellevue Hospital after taking amphetamine. One woman, for example, cut her wrists after a rejection by a man she had just met that night (3).

In schizophrenic subjects who show increases in psychopathology after CNS stimulant challenges (6,26), affectual changes are also involved. Interestingly, these reactions can be seen as acutely occurring mirror images to the more slowly evolving therapeutic effects of neuroleptic treatment. In the latter condition, affectual indifference to symptoms precedes their (in some cases) disappearance. In the amphetamine challenge condition, emotional responses to psychotic preoccupations or experiences become intensified and symptoms themselves

then increase or appear de novo. This clinical mirror-image relationship to the neuroleptic response emphasizes the importance of dopaminergic mechanisms in mediating CNS stimulant-induced symptom intensification in schizophrenic subjects.

## Withdrawal Effects

Connell (15) was probably the first to point out that depression with "definite risk of suicide" could occur after cessation of CNS stimulants. The only comment I would add is to stress that this effect is enormously variable in its severity from individual to individual. Some abusers experience only mild lethargy and demoralization after long episodes of heavy abuse. Other individuals experience such severe depression after single low doses that they abstain from CNS stimulants thereafter.

## Dependence

Resnick and Schuyten-Resnick (49) found that five patterns of (general) drug use established by The National Commission on Marijuana and Drug Use could be applied to cocaine users. These patterns—experimental, recreational, circumstantial, intensified, and compulsive—have subsequently been further discussed by the same investigators (48). In brief, experimental use is short-term and non-patterned. Recreational stimulant use can be likened to social drinking. It is without deleterious physical or psychosocial effects and is characterized by an attitude of being able to take or leave the drug. The drug is rarely purchased but may be taken if offered. Circumstantial use of stimulants occurs when these agents are taken in specific circumstances only. Resnick and Resnick (48) give as an example musicians who feel they cannot perform satisfactorily without being high on cocaine or, conversely, individuals who never use the drug when working but do during leisure time. Another example might be students who use amphetamine only during examinations. Intensified use is a pattern in which an individual feels she or he needs stimulants to meet the day-to-day demands of work. Doses are usually kept small so that consciousness is not altered to a marked degree. Such individuals might take small doses of CNS stimulants orally each morning or snort small amounts of cocaine throughout the day. Compulsive use represents a very severe degree of dependence where the drug dominates the individual's life. When not obtaining or using the drug, he or she can often think of little else. Resnick and Resnick (48) describe an individual who asked to have his bank book locked up, having already spent most of his savings and knowing that he would use the rest in a few days if he had access to his funds. Khantzian (31) describes a woman who used about 2 oz ($5,000 worth) of cocaine weekly intravenously.

Very little quantitative data exists about the important issue of progression of dependence. Siegel (58) has provided data from a 9-year follow-up of 99 recreational cocaine users, in which, at the end of the 9-year period, 49 had dropped out, but of the 50 remaining, 25 (50%) remained recreational users, 16 (32%) developed circumstantial use patterns, 4 (8%) became intensified users, and 5 (10%) became compulsive users. As noted above, the compulsive group consisted entirely of cocaine-base smokers. Except for tragic consequences that occur during intoxication states and serious medical complications of stimulant abuse, compulsive dependence probably represents the most serious consequence of the abuse of this class of agents. A pharmacologic treatment for this condition would certainly be important.

In Sweden, a past attempt at maintenance prescription of stimulants to addicts was considered a failure and abandoned (11). Perhaps a small degree of cautious optimism can be taken from (B. Angrist and S. Gershon, *unpublished, 1979*) studies in which we administered high doses of pemoline to CNS stimulant abusers. These subjects did not like the effects of high-dose pemoline, reporting that it made them too jittery. Perhaps in carefully selected abusers (such as those with the intensified use pattern described above), pemoline might prove helpful. Caution, however, is warranted since a case of pemoline abuse and psychosis (in an individual predisposed to central stimulant dependence) has recently been reported (42).

Imipramine and amino acid neurotransmitter precursors have been reported to block cocaine euphoria and to ameliorate cocaine dependence (50), but controlled studies assessing this effect have not been reported to date. Desmethylimipramine (alone) was not shown to be efficacious in one placebo-controlled trial in cocaine-dependent subjects (62).

### Effects on Sexuality

CNS stimulants have a reputation as aphrodisiacs, and in some individuals, this effect is said to be the main motivation for use of these drugs (48,51). This reputation comes not from the consistency of this effect but from its intensity in those predisposed to respond in this way. Thus, increased sexual feelings and some dramatic sexual behavioral effects were reported by abusers to Kramer (33), Connell (15), Bell and Trethowan (10), Ellinwood (16), Rylander (51), and Angrist and Gershon (3,5). However, in all of these reports in which quantitative data were given, it was clear that these effects were experienced only by subgroups of patients. If one (as an exercise only) combines that data reported by Bell and Trethowan, Connell, and Angrist and Gershon, one gets a number of 116 abusers seen, of whom 29 reported intensified sexual feelings and 10 reported decreased sexual feelings.

In our abusers, there was consistency of effect among individuals; i.e., the effects on sexuality experiences did seem stable over time. Finally, cocaine in

particular has a reputation as an aphrodisiac, but we know of no data in which the effects of cocaine on sexual feelings have been compared to the effects of other CNS stimulants.

## Stereotypy

Stereotyped behavior is characteristically seen after rather high doses of CNS stimulants are administered and occurs in both animals and humans. In animals, stereotypies become increasingly complex in higher species. Thus, rats sniff and bite, cats show either sniffing or side-to-side head turning, dogs often show sniffing or repetitive locomotor patterns, and monkeys show hand–eye stereotypies (19). Randrup and Munkvad (45) have demonstrated the importance of striatal do-paminergic hyperactivity as a substrate for these behaviors.

In humans, stereotypy may take forms such as persistent repetitive dismantling of mechanical objects, cleaning, bathing, doodling, or searching for imaginary things. Dramatic examples have been described by Rylander (51) and Schorring (53): "During a burglary one addict . . . searched hour after hour in the flat for money all the time with an increasing fear that someone would discover him" (51). "In one case a motorcycle gang was stopped by the police because they had been driving 200 times around the same block of houses" (53). Both Rylander (51) and Schorring (53) have questioned stimulant addicts about the experience of "punding" (as such stereotyped behavior is called in slang in Scandanavia). Both indicate that the experience is pleasant and excludes any social interaction. Schorring indicates that forced interruption causes anxiety or irritation (53). Rylander noted that the activity is accompanied by a novel distortion of time sense (51).

## Violence

The incidence of violent behavior varies in different reports, but the occurrence of such behavior is noted in most studies of stimulant abusers. Connell (15) indicated that hostile or aggressive behavior occurred in 22% of subjects. Griffith (23) described sudden episodes of violence at amphetamine parties. Kramer (33) indicated that most high-dose amphetamine users described episodes "in which murder or mayhem was avoided by the slimmest of margins."

Perhaps it is more important to convey the quality of these acts than to try to define their exact incidence. The most detailed descriptions are given in El-linwood's (18) discussion of 13 homicides committed while intoxicated with amphetamine. The murders ranged from the grossly psychotic—A "27-year-old truck driver shot his boss in the back of the head because he thought the boss was trying to release poison gas into the back seat of the car in which he was riding. 'I thought they had gassed me. My boss kept reaching down beside him and pulling on something. I then got up on my elbow and shot my boss, who

was driving' "—to the seemingly unmotivated—"During an argument with her paramour, this 32-year-old woman pulled a pistol out of her waistband, stuck it in his stomach, and calmly fired. When the victim got out of the car, she followed him and stated, 'You wanted to die; I showed you.' She then shot the victim twice more. She turned to a bystander and said, 'Turn him over and take a picture of his pretty face.' . . . She later got in the back seat of the patrol car, propped her feet up, and tickled the sheriff on the ear, asking him if it felt good."

A similiarly bizarre quality and range of assaults was seen in our series of 60 patients hospitalized after taking amphetamine (3), although only 2 of the 60 actually became violent. One (who had been a mugger off drugs) punched people without provocation three to four times, then, frightened, came to the hospital voluntarily. He explained that he felt like "king of the universe" and that certain people "didn't belong in my picture of things, so I took them out of the picture." The second patient saw his roommate sleeping and felt that he "looked dead." He then took a detached doorknob and beat him on the head until restrained by a second roommate. Thus, one must conclude that the quality of stimulant-induced violence is such that regardless of its incidence, it is certainly of significant concern.

### Temporal Lobe Epilepsy-Like Experiences

In 1967, Ellinwood (16) called attention to a characteristic and interesting group of symptoms frequently but not invariably associated with moderately high-dose stimulant use. Although not formally psychotic, the experiences often were preludes to psychotic experiences. These included a sense of a presence or of being watched, olfactory hallucinations, changes in sexuality, deja vu experiences, an acute sense of novelty or curiosity, false recognition, distortion of body image, feelings of portentousness, philosophical concerns (with "meanings, beginnings, and essences") and "Eureka" experiences. In a subsequent paper, Ellinwood (17) stressed the similarity of these symptoms to those associated with temporal lobe epilepsy and the theoretical implications of this similarity.

### CNS Stimulant Psychoses

Amphetamine produces the most widely known of the stimulant psychoses. Both for this reason and because most of our direct clinical experience is with patients or subjects who have taken amphetamine, we will discuss this condition as the prototype of the CNS stimulant psychosis.

First described by Young and Scoville in 1938 (66), amphetamine psychosis was initially observed in narcoleptics for whom the drug was prescribed. Thereafter, sporadic reports of small series or single cases appeared in the medical

literature, but the condition was still considered to be rather rare. In 1958, Connell's now classic monograph on amphetamine psychosis was published (15). In that report, which studied 42 patients with amphetamine psychosis, Connell concluded that "psychosis associated with amphetamine usage is more frequent than would be expected from reports in the literature." Furthermore, he asserted that the clinical features of amphetamine psychosis were such as to make it "indistinguishable from acute or chronic paranoid schizophrenia." His contention was not accepted without controversy. Slater (60), reviewing Connell's monograph, pointed out that amphetamine psychosis, unlike schizophrenia, was characterized by a "brisk emotional reaction usually in the direction of anxiety." Bell (9) also compared the two conditions, concluding that amphetamine psychosis was rather strikingly similar to schizophrenia but that the two conditions could be differentiated by the presence of thought disorder, prominent in schizophrenia and absent in amphetamine psychosis.

Our own studies of patients hospitalized after taking amphetamine tended to bear out Connell's contention that the symptomatology of amphetamine psychosis might replicate that of schizophrenia quite closely. This is exemplified by the following case histories, all of whom were shown to have had amphetamine in their urine after hospital admission:

1. An 18-year-old injected an unknown amount of amphetamine intravenously over 2 days and began to feel that the entire city was playing a game and would not tell him. He felt that everyone and everything represented one of two main forces in the world and that other people's speech and television was directed at him. He was brought to the hospital by police at his own request.

2. A 24-year-old injected an unknown amount of amphetamine intravenously, felt he was followed by Jewish policemen, heard people talking about him, saw purple shapes in passing cars, felt he could control traffic lights, had telepathic experiences, and sang in the streets that he loved people and "lived on their hate." He was brought to the hospital by police after bizarre behavior in a subway.

3. A 19-year-old took 7 15-mg *d*-amphetamine capsules over 14 hr. He argued with a man in a night club and left because he was frightened of him. On the street he had the idea that while he was new in New York, the man with whom he had argued had friends that he might call to "get" him. Moreover, the man he had argued with had a "flat" face, and people on the street with "flat" faces seemed particularly ominous. He went into a bar where people looked at him with sinister amusement in a way that suggested that he was to be the "star" in a play in which he would be killed for their amusement. He asked why people were looking at him and "hassling" him, and this made people look at him all the more. He left and returned to his hotel. By the time he got there he heard a gang saying they were going to torture him. He locked, then barricaded his room. He still heard the voices and retreated across the room and out on to the (fourth floor) window ledge. He still heard the voices and, knowing he couldn't retreat further, decided to "make a run for it" and burst through his hotel door with an open penknife in his hand.

However, the study of hospitalized patients has obvious limitations. Most important of which is that predrug status cannot be known. Because of these methodological limitations, Griffith et al. in 1968 (25) undertook the first experimental induction of amphetamine psychosis in nonschizophrenic volunteer subjects. This made it possible to observe amphetamine psychosis uncontaminated by the possibility of concomitant usage of other drugs or by schizophrenia that might have antedated amphetamine ingestion.

Dextroamphetamine, 5 to 10 mg, was administered hourly for as long as the subjects tolerated it. The result was a generally abrupt onset of paranoid delusions, often with cold, detached affect. Subjects thought they were being secretly photographed or discussed on TV. One felt that the entire study was subterfuge; another believed that an assassin had been hired to kill him; a third became aware of a giant oscillator placed in the ceiling to control his thoughts and the behavior of others. However, hallucinations were not reported, and no formal thought disorders were observed (24).

We replicated the experiments of Griffith et al. (24), using similar methodology but a somewhat more aggressive dosage schedule, in which up to 50 mg/hr of racemic amphetamine was administered (4).

In the first of these studies, the subject (a shy individual diagnosed as a schizoid personality) received a cumulative dose of 325 mg of racemic amphetamine over 28.75 hr. Clinical effects were as follows:

100 mg (7¾ hr): "The other patients went to bed and the atmosphere changed. I was the center of attention. I didn't want to talk because I was afraid I'd say something and the nurses would make a report and you'd cut me off. I felt the nurse behind me and felt like I had to hide or something."

150 mg (12 hr): During the night, one patient awoke, came into the dayroom and spoke of "brainwashing." "It seemed to me she thought I was doing it to her, making her sicker with my mind and I thought there was another person involved, putting thoughts in both our minds or using my mind to cure her." Asked if he believed in telepathy, he answered, "When I'm stoned, I do, because it feels so real."

230 mg (21 hr): Smells a "vile" smell, which he believes is caused by amphetamine being excreted in his perspiration. Feels others notice the smell. This recurs constantly during the remainder of the study, especially when he has to be close to others, that is, when his blood pressure is being taken. Initially, this is an idea, but increasingly it becomes an actual perception, causing him to take showers.

235 mg (22 hr): After lunch, he was told to lie down by an aide. He didn't want to, but did so "to avoid an argument." Lying down he "felt sure" that the investigator had "sneakily" cut his medications by substituting placebo tablets and that the amphetamine was again being excreted in his perspiration, causing a strong body odor that he actually smelled. At this time, he heard voices of other patients in the ward discussing him in the third person, i.e., "He's stupid. Why is he doing it? He's not doing anything. He's just staying up."

280 mg (26 hr): Afraid to leave the ward for a taped interview because "other people look at you and seem to know." He also smelled feces and thought he had been incontinent but checked and found none.

325 mg (28.75 hr): Taking his temperature in the bathroom, he noticed someone in the lab across the street and felt that he had been "planted" there to watch him.

Thus, from the onset in these studies, we were able to document hallucinatory phenomena (olfactory and auditory).

The presence or absence of thought disorder in amphetamine psychosis is controversial. We thought, in this study, that the subject did show some mild dose-related disturbance of thought. Although grossly autistic productions were not encountered, he became progressively irrelevant and diffuse. (In another subject, this same type of thinking disturbance was more dramatic. When asked how he felt, after 430 mg *l*-amphetamine, he answered, "agitated and annoyed." Asked why, he responded: "It's a ridiculous thing, like the marijuana laws or birth control. That's totally ridiculous! Just like a thunderstorm in the forest. It affects young trees. There is a balance of nature. You mess with the balance of nature, you lose buffalo, you lose birds. Things become extinct. For man, you lose philosophies.") (2)

A third subject showed a much more dramatic pattern of thought disorganization. After receiving 595 mg of racemic amphetamine, he spoke in a quite disorganized and bizarre way. He felt that he had become "a prophet" who was being addressed directly by God and first wrote his "relevations" frantically and then "preached" them loudly to the ward at large: "My consciousness in the form of what you know as human. My feeling which I receive from Him. I bring the answer to the unknown and yet. They who do not hear or show, laugh or murder my love. In my human form, He might let me act human, for the rest must still wonder at my actions, which make them doubt my having been used to enlighten. Every thought that stops me from accepting all knowledge, more than man has ever known. It is just part of the supreme game to make you wait until it is time for you to receive everlasting good. It is not mine to give. I am His, I bring His will, call it prophet" (2,4). His written productions are shown in Fig. 1.

However, other subjects experienced reactions in which thought content was grossly psychotic, yet form remained quite intact. One, for example, after 465 mg racemic amphetamine over 23 hr, experienced an acute and florid paranoid hallucinatory psychosis. He first saw "colored haloes" around lights, then "heard" a gang coming on the ward to kill him. His paranoid feelings extended to the experimenter who, he assumed, had "set up the trap." At times, he was quite hostile. Explanations that his experiences were drug-induced were rejected with sardonic mock agreement (e.g., "Oh sure! Hah! Is that the way it's going to be?"). At other times, he would become tearful and beg the experimenter to explain "what was really going on." He had visual hallucinations of gangsters and doors opening and closing in the shadows, and visual illusions (e.g., paper on a bulletin

CNS STIMULANTS: CLINICAL EFFECTS                              123

How did you REQUIRE your wisdom
you WERE GRANTED THIS by THE CREATING
Energy AT His good will AT His TIME
IT IS THIS THAT gives AND THIS Alone THAT in
WHAT you FEEL AS Time. LETS you beLIVE THAT WHAT
you ARE

FIG. 1.   Written productions of a nonpsychotic subject who received 590 mg racemic amphetamine over 46 hr. Writing done after 575 mg.

board "turned into" a gangster in a white raincoat). He jumped at the slightest sound, assuming it was the gang coming to "get" him, and was so frightened that he refused to investigate the ward to "prove" that no one was really there. When the gang was not "heard" or "seen," he constantly "sensed their presence." He was certain that the end point of the experiment was for him to be killed (2).

On the basis of these studies, we concluded that Connell's opinion that amphetamine psychosis "may be indistinguishable from acute or chronic paranoid schizophrenia" had been corroborated.

## CNS Stimulants as Clinical Research Tools in Schizophrenia

This area has rather recently been reviewed (8). Rather than repeat (or attempt to summarize) that material, I would like to briefly describe a new study at our center (A. Wolkin et al., *in preparation*) in which the effects of amphetamine on local cerebral glucose metabolism of schizophrenic and nonschizophrenic subjects were assessed. A total of 16 schizophrenic subjects and 6 normal controls received placebo before a [$^{11}$C]deoxyglucose PET scan in the morning. After the scan, 10 schizophrenic subjects and all 8 controls received 0.5 mg/kg *d*-amphetamine by mouth. Of the schizophrenic subjects, 6 received placebo at this time. A second scan was done 2 hr after the second set of capsules.

A generalized morning-to-afternoon increase in glucose metabolism was seen in the 6 placebo-treated schizophrenic subjects. (A separately studied group of about 20 normal controls, scanned similarly in morning and afternoon, but without placebo-capsules, showed small morning-to-afternoon increases.)

By contrast, amphetamine-treated schizophrenics and (even more) amphetamine-treated controls showed decreases of cerebral glucose metabolism (Fig. 2), which correlated with plasma amphetamine levels drawn at the time of the second scan (Fig. 3).

124          CNS STIMULANTS: CLINICAL EFFECTS



FIG. 2.  Effects of amphetamine 0.5 mg/kg on local cerebral metabolic rates (LCMR), expressed
as micromoles of glucose/100 g tissue/min in 10 schizophrenic subjects and 8 controls. The
effects of placebo on LCMR of 6 schizophrenic subjects is also shown. †$p < 0.10$; *$p < 0.05$;
**$p < 0.01$; ANOVA.

   Wolkin et al. (65) had previously shown that chronic neuroleptic treatment
increased glucose metabolism in schizophrenics and that this increase was less
brisk in frontal regions than other brain areas. These new data in which am-
phetamine decreased metabolism therefore are pharmacologically consistent.
Furthermore, the amphetamine-induced decreases in metabolism were also



FIG. 3.  Changes in (A) left frontal and (B) whole (mid-ventricular) slice cerebral metabolic rates
correlated with plasma amphetamine levels drawn immediately prior to second PET scan. Open
circle, amphetamine-treated schizophrenics; filled square, amphetamine-treated controls.

muted in frontal areas in schizophrenic subjects and were less than the decreases shown by controls (Fig. 2). Thus, from these two studies, some consistency emerges regarding the effects of dopamine agonists and antagonists on cerebral glucose metabolism. Moreover, the concept of a frontal lobe locus for aberrant brain function in schizophrenics (25a,25b,64) is supported.

## REFERENCES

1. Anggard, E., Jonsson, L. E., Hogmark, A. L., and Gunne, L. M. (1973): Amphetamine metabolism in amphetamine psychosis. *Clin. Pharmacol. Ther.*, 14:870–880.
2. Angrist, B. (1983): Psychoses induced by central nervous system stimulants and related drugs. In: *Stimulants: Neurochemical, Behavioral and Clinical Perspectives*, edited by I. Creese, pp. 1–30. Raven Press, New York.
3. Angrist, B., and Gershon, S. (1969): Amphetamine abuse in New York City—1966 to 1968. *Seminars in Psychiatry*, 1:195–207.
4. Angrist, B., and Gershon, S. (1970): The phenomenology of experimentally induced amphetamine psychosis. Preliminary observations. *Biol. Psychiatry*, 2:95–107.
5. Angrist, B., and Gershon, S. (1976): Clinical effects of amphetamine and l-DOPA on sexuality and aggression. *Compr. Psychiatry*, 17:715–722.
6. Angrist, B., Rotrosen, J., and Gershon, S. (1980): Response to apomorphine, amphetamine and neuroleptics in schizophrenic subjects. *Psychopharmacology (Berlin)*, 67:31–38.
7. Angrist, B., and Sudilovsky, A. (1978): Central nervous system stimulants: Historical aspects and clinical effects. In: *Handbook of Psychopharmacology, Vol. 11*, edited by L. L. Iversen, S. D. Iversen, and S. H. Snyder, pp. 99–165. Plenum Press, New York.
8. Angrist, B., and van Kammen, D. (1984): CNS stimulants as tools in the study of schizophrenia. *Trends in Neurosciences*, 7:388–390.
9. Bell, D. S. (1965): A comparison of amphetamine psychosis and schizophrenia. *Br. J. Psychiatry*, 3:701–706.
10. Bell, D. S., and Trethowan, W. H. (1961): Amphetamine addiction and disturbed sexuality. *Arch. Gen. Psychiatry*, 4:74–78.
11. Bergsman, A., and Jarpe, G. (1969): Comments on free prescription of central stimulants and narcotic drugs. In: *Abuse of Central Stimulants*, edited by F. Sjoqvist and M. Tottie, pp. 275–277. Almqvist and Wiksell, Stockholm.
12. Brodie, B. B., Cho, A. K., and Gessa, G. L. (1970): Possible role of p-hydroxynorephedrine in the depletion of norepinephrine induced by d-amphetamine and in tolerance to this drug. In: *International Symposium on Amphetamine and Related Compounds*, edited by E. Costa and S. Garrattine, pp. 217–230. Raven Press, New York.
13. Bunney, W. E., Jr. (1978): Psychopharmacology of the switch process in affective illness. In: *Psychopharmacology: A Generation of Progress*, edited by M. A. Lipton, A. DiMascio, and K. F. Killam, pp. 1249–1259. Raven Press, New York.
14. Ciaranello, R. D., Barchas, R., Kessler, S., and Barchas, J. D. (1972): Catecholamines: Strain differences in biosynthetic enzyme activity in mice. *Life Sci.*, 11:565–572.
15. Connell, P. H. (1958): *Amphetamine Psychosis. Maudsley Monographs No. 5*. Oxford University Press, London.
16. Ellinwood, E. H., Jr. (1967): Amphetamine psychosis I: Description of the individuals and the process. *J. Nerv. Ment. Dis.*, 144:273–283.
17. Ellinwood, E. H., Jr. (1968): Amphetamine psychosis II: Theoretical implications. *Journal of Neuropsychiatry*, 4:45–54.
18. Ellinwood, E. H., Jr. (1971): Assault and homicide associated with amphetamine abuse. *Am. J. Psychiatry*, 127:1170–1175.
19. Ellinwood, E. H., Jr., and Sudelovsky, A. (1973): Chronic amphetamine intoxication: Behavioral model of psychosis. In: *Psychopathology and Psychopharmacology*, edited by J. O. Cole, M. Freedman, and A. J. Friedhoff, pp. 51–70. The Johns Hopkins University Press, Baltimore.
20. Fischman, M., Schuster, C., Javaid, J., Hatano, Y., and Davis, J. (1985): Acute tolerance development to the cardiovascular and subjective effects of cocaine. *J. Pharmacol. Exp. Ther.*, 235:677–682.

Case 1:05-cv-00642-JJF     Document 161-7     Filed 01/07/2008     Page 20 of 21

21. Freud, S. (1887): Bemerkungen uber Cocainsucht und Cocainfurcht mit Beziehung auf einem Vortrag. *Wien. Med. Wochenschr.,* 28:929–932.

22. Garrattini, S., Jori, A., and Samanin, R. (1976): Interactions of various drugs with amphetamine. *Ann. N.Y. Acad. Sci.,* 281:409–425.

23. Griffith, J. (1966): A study of illicit amphetamine drug traffic in Oklahoma City. *Am. J. Psychiatry,* 123:560–569.

24. Griffith, J. D., Cavanaugh, J., Held, J., and Oates, J. A. (1972): Dextroamphetamine evaluation of psychomimetic properties in man. *Arch. Gen. Psychiatry,* 26:97–100.

25. Griffith, J. D., Oates, J., and Cavanaugh, J. (1968): Paranoid episodes induced by drug. *J.A.M.A.,* 205:39.

25a.Ingvar, D. H., and Franzen, G. (1974): Abnormalities of cerebral blood flow distribution in patients with chronic schizophrenia. *Acta Psychiat. Scand.,* 50:425–462.

25b.Ingvar, D. H., and Franzen, G. (1974): Distribution of cerebral activity in chronic schizophrenia. *The Lancet,* 2:1484–1486.

26. Janowsky, D. S., El-Yousef, M. K., Davis, J. M., and Sekerke, H. S. (1973): Provocation of schizophrenic symptoms by intravenous administration of methylphenidate. *Arch. Gen. Psychiatry,* 28:185–191.

27. Jonsson, L. E. (1972): Pharmacological blockade of amphetamine effects in amphetamine dependent subjects. *Eur. J. Clin. Pharmacol.,* 4:206–211.

28. Jonsson, L. E., Anggard, E., and Gunne, L. M. (1971): Blockade of intravenous amphetamine euphoria in man. *Clin. Pharmacol. Ther.,* 12:889–896.

29. Jonsson, L. E., Gunne, L. M., and Anggard, E. (1969): Effects of alpha-methyltyrosine in amphetamine dependent subjects. *Pharmacologia Clinica,* 2:27–29.

30. Kalant, O. J. (1973): *The Amphetamines, Toxicity and Addiction, Second Edition. Brookside Monographs of the Addiction Research Foundation No. 5.* University of Toronto Press, Toronto.

31. Khantzian, E. J. (1983): An extreme case of cocaine dependence and marked improvement with methyphenidate treatment. *Am. J. Psychiatry,* 140:784–785.

32. Kornetsky, C. (1976): Hyporesponsivity of chronic schizophrenic patients to dextroamphetamine. *Arch. Gen. Psychiatry,* 33:1425–1428.

33. Kramer, J. C. (1969): Introduction to amphetamine abuse. *Journal of Psychedelic Drugs,* 2:1–16.

34. Kuhn, C. M., and Schanberg, S. (1977): Distribution and metabolism of amphetamine in tolerant animals. In: *Cocaine and Other Stimulants,* edited by E. H. Ellinwood and M. Kilby, pp. 161–177. Plenum Press, New York and London.

35. Lewander, T. (1972): Experimental and clinical studies on amphetamine dependence. In: *Biochemical and Pharmacological Aspects of Dependence and Reports on Marijuana Research,* edited by H. M. Van Praag, pp. 69–84. De Erven F. Boun N. V., Haarlem, Netherlands.

36. Lewander, T. (1974): Effect of chronic treatment with central stimulants on brain monoamines and some behavioral and physiological functions in rats, guinea pigs and rabbits. In: *Neuropsychopharmacology of Monamines and Their Regulatory Enzymes,* edited by E. Usdin, pp. 221–239. Raven Press, New York.

37. Lewander, T., Mollis, G., and Brus, I. (1975): Mechanisms of tolerance to the hyperthermic effect of d- and l-amphetamine in rats. In: *Neuropsychopharmacology,* edited by J. R. Boissier, H. Hippius, and P. Pichot, pp. 323–334. Exerpta Medica Press, Amsterdam.

38. Maas, J. W. (1962): Neurochemical differences between two strains of mice. *Science,* 137:621–662.

39. Murphy, D. L. (1972): l-DOPA, behavioral activation and psychopathology. In: *Neurotransmitters,* edited by I. J. Kopin, pp. 472–492. Williams and Williams, Baltimore.

40. Nurnberger, J., Gershon, E., Jimerson, D., Buchsbaum, M., Gold, P., Brown, G., and Ebert, M. C. (1981): Pharmacogenetics of d-amphetamine in man. In: *Genetic Research Strategies for Psychobiology and Psychiatry,* edited by E. S. Gershon, S. Matthysse, X. O. Breakfield, and R. D. Ciaranello, pp. 257–268. Boxwood Press, Pacific Grove, California.

41. Pickens, R., Thompson, T., and Yokel, R. A. (1972): Characteristics of amphetamine self administration by rats. In: *Current Concepts of Amphetamine Abuse* (publication No. HSM 72-9085), edited by E. H. Ellinwood, Jr. and S. Cohen, pp. 43–48. Department of Health, Education and Welfare; U.S. Government Printing Office, Washington, D.C.

42. Polchert, S. E., and Morse, R. M. (1985): Pemoline abuse. *J.A.M.A.,* 254:946–947.

43. Post, R. M., and Contel, N. P. (1983): Human and animal studies of cocaine: Implications for development of behavioral pathology. In: *Stimulants: Neurochemical, Behavioral and Clinical Perspectives,* edited by I. Creese, pp. 169–203. Raven Press, New York.

44. Post, R. M., Kotin, J., and Goodwin, F. K. (1974): The effects of cocaine on depressed patients. *Am. J. Psychiatry,* 131:511–517.

45. Randrup, A., and Munkvad, I. (1970): Biochemical, anatomical and psychological investigation of stereotyped behavior induced by amphetamines. In: *International Symposium on Amphetamines and Related Compounds,* edited by E. Costa and S. Garattini, pp. 695–713. Raven Press, New York.

46. Reifenstein, E. C., Jr., and Davidoff, E. (1939): Benzedrine sulfate therapy, the present status. *N.Y. State J. Med.,* 39:42–57.

47. Reis, D. S., Baker, H., Fink, J. S., and Joh, T. H. (1978): A genetic control of central dopamine neurons in relation to brain organization, drug responses and behavior. In: *Catecholamines: Basic and Clinical Frontiers, Vol. 1,* edited by E. Usdin, I. J. Kopin, and J. Barchas, pp. 23–33. Pergamon Press, New York.

48. Resnick, R., and Resnick, E. (1984): Cocaine abuse and its treatment. *Psychiatr. Clin. North Am.,* 7:713–728.

49. Resnick, R. B., and Schuyten-Resnick, E. (1976): Clinical aspects of cocaine: Assessment of cocaine abuse behavior in man. In: *Cocaine: Chemical, Biological, Clinical, Social and Treatment Aspects,* edited by S. J. Mule, pp. 219–228. CRC Press, Cleveland.

50. Rosecan, J. S. (1983): *The Treatment of Cocaine Abuse with Imipramine, L-Tyrosine and L-Tryptophan.* Paper presented at the VII World Congress of Psychiatry, Vienna, July 14–19.

51. Rylander, G. (1969): Clinical and medico-criminological aspects of addiction to central stimulating drugs. In: *Abuse of Control Stimulants,* edited by F. Sjoqvist and M. Tottie, pp. 251–273. Almqvist and Wiksell, Stockholm.

52. Schlesinger, K., Boggan, W., and Freedman, D. X. (1965): Genetics of audiogenic seizures: I: Relation to brain serotonin and norepinepherine in mice. *Life Sci.,* 4:2345–2351.

53. Schorring, E. (1977): Changes in individual and social behavior induced by amphetamine and related compounds in monkeys and man. In: *Cocaine and Other Stimulants,* edited by E. H. Ellinwood, Jr. and M. Kilbey, pp. 481–522. Plenum Press, New York and London.

54. Schuster, C. R., Woods, J. H., and Seevers, M. H. (1969): Self-administration of central stimulants by the monkey. In: *Abuse of Central Stimulants,* edited by F. Sjoqvist and M. Tottie, pp. 339–347. Almqvist and Wiksell, Stockholm.

55. Sever, P., and Caldwell, J. (1974): Species differences in amphetamine tolerance. *J. Pharmacol.,* 5(Suppl. 2):91.

56. Sever, P. S., Caldwell, J., and Williams, R. T. (1974): Evidence against the involvement of false transmitters in tolerance to amphetamine-induced hyperthermia in the rat. *J. Pharm. Pharmacol.* 26:823–826.

57. Siegel, R. K. (1979): Cocaine smoking. *N. Engl. J. Med.,* 300:373.

58. Siegel, R. K. (1984): Changing patterns of cocaine use: Longitudinal observations, consequences, and treatment. In: *Cocaine: Pharmacology, Effects and Treatment of Abuse (NIDA Research Monograph #50)* (Publication no. ADM 84-1326), edited by J. Grabowski, pp. 92–110. United States Department of Health and Human Services; U.S. Government Printing Office, Washington, D.C.

59. Silberman, E. K., Reus, V. I., Jimerson, D. C., Lynott, A. M., and Post, R. M. (1981): Heterogeneity of amphetamine response in depressed patients. *Am. J. Psychiatry,* 138:1302–1307.

60. Slater, E. (1959): Review of amphetamine psychosis by P. H. Connell. *Br. Med. J.,* 1:488.

61. Sudak, H. S., and Maas, J. (1964): Central nervous system serotonin and norepinepherine localization in emotional and non-emotional strains in mice. *Nature,* 203:1255–1256.

62. Tennant, F. S., and Rawson, R. A. (1983): Cocaine and amphetamine dependence treated with desipramine. In: *Problems of Drug Dependence (NIDA Research Monograph #43)* (Publication no. ADM 83-1264), United States Dept. of Health and Human Services; U.S. Government Printing Office, Washington, D.C.

63. Van Dyke, C., and Byck, R. (1982): Cocaine. *Sci. Am.,* 246:128–141.

64. Weinberger, D. R., Berman, K. F., and Zec, R. F. (1986): Physiological dysfunction of dorsolateral prefrontal cortex in schizophrenia: I. Regional cerebral blood flow evidence. *Arch. Gen. Psychiatry,* 43:114–124.

65. Wolkin, A., Jaeger, J., Brodie, J. D., Wolf, A., Fowler, J., Rotrosen, J., Gomez-Mont, F., and Cancro, R. (1985): Persistance of cerebral metabolic abnormalities in chronic schizophrenia as detected by positron emission tomography. *Am. J. Psychiatry,* 142:564–571.

66. Young, D., and Scoville, W. B. (1938): Paranoid psychosis in narcolepsy and the possible danger of benzedrine treatment. *Med. Clin. North Am.,* 22:637–646.