Drug and Alcohol Dependence, 29 (1991) 77–85
Elsevier Scientific Publishers Ireland Ltd.

77

# Acute tolerance to the cardiovascular effects of nicotine

Kenneth A. Perkins, Richard L. Stiller and J. Richard Jennings

*Western Psychiatric Institute and Clinic, University of Pittsburgh School of Medicine, Pittsburgh, Pennsylvania (U.S.A.)*

(Received May 20th, 1991)

Acute tolerance to cardiovascular effects of nicotine was examined by presenting to male smokers a single administration of each of three different doses of nicotine (0.5, 1.0, 2.0 mg) or a placebo (0 mg) in a brief series of nasal spray boluses to mimic nicotine intake via smoking. Each dose was presented on a separate occasion. Changes in heart rate, systolic and diastolic blood pressure, finger pulse amplitude (peripheral vasoconstriction) and, in a subsample, plasma nicotine concentration were assessed during and after dose administration. Acute tolerance to nicotine was determined by comparing responses at ascending plasma nicotine concentrations during dose administration with the responses at comparable descending plasma concentrations following administration. For each nicotine dose, there was substantial acute tolerance to blood pressure, but less tolerance to heart rate (except for 0.5 mg), and little tolerance to pulse amplitude responses. These findings indicate that cardiovascular adaptation to nicotine during cigarette smoking may be rapid but variable in magnitude depending on the response being measured.

*Key words:* acute tolerance; nicotine; smokers; heart rate; blood pressure; vasoconstriction

## Introduction

Nicotine produces dose-dependent changes in cardiovascular responses such as heart rate (HR) and systolic (SBP) and diastolic (DBP) blood pressure (Benowitz et al. 1982; Perkins et al. 1986b; Spohr et al. 1979), which may be useful indices of nicotine's sympathetic nervous system effects. Acute tolerance to these effects reflects rapid physiological adaptation to nicotine, and quantitative knowledge concerning acute tolerance may provide directions for the study of mechanisms involved in this adaptation during cigarette smoking (Porchet et al. 1988). Furthermore, magnitude of HR boost following smoking has been related to subjective effects of smoking (West and Russell 1987), and loss of acute tolerance to this HR response has been associated with more severe smoking withdrawal after cessation (West and Russell, 1988), suggesting a link between cardiovascular tolerance and nicotine dependence.

Acute tolerance has been defined in a number of different ways, and there may be no single, indisputed definition (Kalant et al. 1971). However, acute tolerance here is defined as reduced responding at the same blood concentrations on the descending versus ascending portions of blood concentration curve during a single dose administration (Kalant et al. 1971). There has been relatively little examination of acute cardiovascular tolerance to nicotine in humans, in part because of methodological limitations. Fixed nicotine doses are extremely difficult to deliver via cigarette smoking (Pomerleau et al. 1989), and the effects of nicotine are difficult to separate from the potential effects of non-nicotine compounds in tobacco smoke. Acute cardiovascular tolerance to nicotine has been demonstrated using relatively lengthy intravenous infusion (Benowitz et al. 1982; Porchet et al. 1987; 1988). The advantage of this procedure

Correspondence to: Kenneth A. Perkins, Ph.D., Western Psychiatric Institute and Clinic, 3811 O'Hara Street, Pittsburgh, PA 15213, U.S.A.

0376-8716/91/$03.50 © 1991 Elsevier Scientific Publishers Ireland Ltd.
Printed and Published in Ireland

DTX 629

Alza v. Andrx
C.A. No. 05-642-JJF

78

is to standardize dosing and ensure equilibrium between arterial vs. venous nicotine concentration. However, a disadvantage is its dissimilarity with tobacco smoking, as nicotine infusion generally results in more gradual and prolonged uptake of nicotine which passes through the circulation before reaching the brain, unlike intermittent bolus uptake of nicotine via smoking (Russell and Feyerabend 1978). Acute HR tolerance has also been demonstrated in non-smokers using subcutaneous nicotine injection (Russell et al. 1990), although this method too produces peak plasma nicotine much more delayed after dose presentation (15 min) than occurs following smoking. Therefore, results of studies employing nicotine infusion or injection, as well as other methods (polacrilex, transdermal patch, etc.), may not generalize to effects of nicotine intake via smoking (Svensson 1987). Finally, to our knowledge, no human study has employed multiple doses in examining acute cardiovascular tolerance to nicotine, an important omission since animal research has shown that the magnitude of acute cardiovascular tolerance to nicotine may be dose-dependent (Aceto et al. 1986).

The present research examined acute tolerance to HR, SBP, DBP and finger pulse amplitude (peripheral vasoconstriction) effects of several doses of bolus nicotine in humans. We employed a nasal spray delivery procedure developed in our laboratory which produces rapid, dose-dependent boosts in plasma nicotine similar to, but more reliable than, those from tobacco smoking (Perkins et al. 1986b; 1989). Unlike alternative delivery methods, this procedure produces peak nicotine levels within 1 min of presentation, similar to nicotine intake via smoking (Russell and Feyerabend 1978). Using this method, we have previously found differences in HR responses between heavy and light smokers (Perkins et al. 1989) and between smokers and non-smokers (unpublished observations), suggesting chronic tolerance. In the present study, we presented a single administration of several doses of nicotine to smokers and intermittently obtained blood samples from a subset of subjects as plasma nicotine concentrations ascended during the dose administration period and then descended during recovery following dose administration. For each dose, cardiovascular responses at plasma nicotine concentrations on the ascending limb of the plasma nicotine curve were compared with responses at comparable concentrations on the descending limb. Smaller responses on the descending limb would effectively demonstrate a shift to the right in the dose-response curve, providing evidence of acute tolerance (Kalant et al. 1971). Our objective was to simulate the rapid intake of nicotine as it is consumed via cigarette smoking but standardize the dosing and eliminate possible effects of other tobacco constituents in order to identify acute tolerance to nicotine in smokers.

## Method

### Subjects

Subjects were 12 male smokers. Minimum smoking history requirements for inclusion were 15 cigarettes per day for 1 year. Sample mean ± S.E.M. age was 19.2 ± 0.4 years, and mean smoking history was 25.5 cigarettes per day for 1.8 years. Results for one subject were discarded after he admitted to recent drug abuse. The remaining 11 denied a history of significant health problems or current use of drugs or medications which might influence cardiovascular measures. Subjects provided informed consent after the nature and consequences of their participation was explained.

### Cardiovascular measurements

Silver/silver chloride electrodes were attached for HR measurement, and a manually-inflated blood pressure cuff was placed on the left arm for measurement of SBP and DBP. A photoplethysmograph, consisting of a light-emitting diode phototransistor (Sensor Technology, Chatsworth CA), was attached with collodion to the thumbnail on the right hand for measurement of peripheral blood volume pulse amplitude (PA), a measure related to peripheral vasoconstriction (see Jennings et al. 1980 for measurement details).

HR (in beats per min, BPM) was determined by counting R-waves over a 30-s period from the EKG trace displayed on a Grass Model 7P polygraph. The BP cuff was attached to a Grass sphygmomanometer EKG-pulse preamplifier, and cuff pressure was displayed on the polygraph record while Korotkoff sounds from a microphone in the cuff were amplified and simultaneously recorded on the record. Pulsatile waveforms from the photoplethysmograph were displayed on a separate polygraph channel, and PA was measured by determining the mean amplitude (in mm) of three consecutive pulse tracings (out of 4-6 tracings) on the polygraph chart briefly recorded at accelerated speed (100 mm/s). Data for PA were based on a sample size of 9, as equipment malfunction prevented assessment of PA for 2 subjects during at least one of their four sessions.

*Nicotine dosing*

Nicotine doses administered via nasal spray pump bottle were 0, 0.5 mg, 1.0 mg and 2.0 mg, comparable to the range of yields of typical cigarettes (Benowitz et al. 1983). Each dose consisted of 0.9% sodium chloride solution together with the designated amount of nicotine. Peak plasma nicotine concentrations with this method have been shown to be very reliable in previously published research (Perkins et al., 1986b; 1989). Furthermore, the coefficient of variation across dose administrations within subjects is approximately 16.8% (observations based on data presented in Perkins et al., 1989). Other aspects of this method have been described previously (Perkins et al. 1986a; 1986b; 1989).

*Procedure*

Each subject participated in 4 sessions, one for each dose, on 4 different mornings after abstaining overnight from smoking, caffeine and food. Smoking abstinence was verified by expired-air carbon monoxide less than 13 ppm. Throughout each session, subjects remained in a reclining position in an armchair within a sound-attenuated experiment room. Apparatus for cardiovascular measurements were first attached, as described above, followed by a 15-min rest to habituate to surroundings. Then, subjects rested quietly for an additional 10 min (baseline). For 3 subjects chosen randomly to provide blood samples, an indwelling butterfly cannula perfused with heparin was inserted into the cubital vein of the forearm prior to habituation. Plasma nicotine levels from these subjects were used to estimate the levels for the group as a whole. This procedure was used because of the practical difficulties and expense involved in obtaining and analyzing many blood samples from all subjects and because of the reliable plasma nicotine boosts produced by our dosing method (see Results).

Subsequently, subjects received one of the four doses via nasal spray solution. Administration of the solution occurred in 5 equal presentations, one every 60 s, to simulate intermittent puffing of a cigarette (Dose Presentation period). After the fifth solution presentation, subjects again rested quietly for 15 min (Recovery period). Recovery lasted only 15 min because most cardiovascular responses had returned to baseline levels by that time (see Results). Order of doses across the four sessions was counterbalanced. HR and PA were obtained during baseline, following the first, third and fifth dose presentations, and 1, 3, 5, 10 and 15 min after the beginning of the recovery period. Blood samples were obtained from the 3 randomly selected subjects at each of these points. SBP and DBP were also measured at these points, except following the first dose presentation (due to time constraints caused by collection of the first blood sample for the 3 selected subjects). Order of measurements was HR, PA and SBP/DBP, followed by blood sample.

*Plasma nicotine determination*

The analytical determination of plasma nicotine concentrations involved a modification of the extraction techniques of Kyermaten et al. (1982) and has been described previously in more detail (Perkins et al. 1986b; 1989). The assay was sensitive and accurate to plasma concentrations of 1.0 ng/ml. Results using this assay were simultaneously compared with results obtained by the assay of Hengen and

80

Hengen (1978). The coefficients of variation between the two methods was less than 6%.

*Data analyses*

The effects of nicotine administration on cardiovascular responses were first analyzed via 4 (dose) × 2 (phase — Dose Presentation versus Recovery) repeated measures analyses of covariance (ANCOVA), using baseline values as covariates. A significant effect of phase indicating higher values during Dose Presentation compared with Recovery would provide a preliminary suggestion of acute tolerance. Specific analyses of acute tolerance to cardiovascular effects of the 3 nicotine doses (0.5, 1.0 and 2.0 mg) involved $t$-test comparisons of responses at measurement points during Dose Presentation versus responses at measurement points during Recovery matched on plasma nicotine concentration (i.e. dose-response relationships during ascending versus descending plasma concentrations). As stated previously, the mean concentrations for the three randomly selected subjects were used to determine these comparisons. In addition, 'hysteresis' curves of cardiovascular responses at corresponding plasma nicotine concentrations during the ascending (Dose Presentation) and descending (Recovery) limbs of the plasma nicotine curve were also plotted. Smaller responses at concentrations on the descending versus ascending limbs would indicate a shift to the right in the dose-response relationship, indicating acute tolerance.

**Results**

There were no significant differences in baseline cardiovascular values between sessions or doses. Mean (± S.E.M.) baseline values were: HR−61.6 ± 2.6 BPM; SBP−116.1 ± 3.4 mmHg; DBP−75.0 ± 2.3 mmHg; PA−24.1 ± 2.3 units (mm). There were also no significant changes from baseline in any cardiovascular responses to placebo (maximum changes: + 1.19 BPM for HR; + 1.46 mmHg for SBP; + 1.27 mmHg for DBP; −1.72 units for PA), and thus the placebo data will not be discussed further.

Plasma nicotine concentrations for the three



Fig. 1. Mean ± S.E.M. plasma nicotine concentrations at baseline (BL) and at each measurement point during (presentations 1, 3 and 5) and after administration of 0.5 mg, 1.0 mg and 2.0 mg nicotine.

subjects providing blood samples are shown in Fig. 1. The reliability of the boosts in plasma nicotine across these subjects indicated that the mean of these plasma levels could be used to accurately estimate the plasma levels for the total group. The mean level for these subjects at each measurement point was used to construct dose-response relationships for the group during Dose Presentation versus Recovery, as presented below.

*Acute tolerance to cardiovascular effects*

Results of the ANCOVAs demonstrated significant effects of nicotine dose on HR ($F$ (3,29) = 32.91, $P < 0.001$), SBP ($F$ (3,29) = 16.24, $P < 0.001$) and DBP ($F$ (3,29) = 15.91, $P < 0.001$) and a marginally significant effect of dose on PA ($F$ (3,20) = 2.84, $P < 0.10$). The effect of phase (Dose Presentation versus Recovery) was also highly significant for SBP ($F$ (1,10) = 62.27, $P < 0.001$) and DBP ($F$ (1,10) = 31.09, $P < 0.001$) and marginally significant for HR ($F$ (1,10) = 3.81, $P < 0.10$), lending preliminary support for



81

Fig. 2. Mean cardiovascular measures (filled symbols) superimposed on mean plasma nicotine concentrations (open symbols) across measurement points during and after administration of 0.5 mg, 1.0 mg and 2.0 mg nicotine.

82




Fig. 3. Mean cardiovascular changes from baseline plotted by mean plasma nicotine concentration during and after administration of 0.5 mg, 1.0 mg and 2.0 mg nicotine. Abbreviations for measurement points are as follows: BL – baseline rest; P1 – first dose presentation; P3 – third dose presentation; P5 – fifth dose presentation; R1 – min 1 of recovery following dose presentations; R3 – min 3 of recovery; R5 – min 5 of recovery; R10 – min 10 of recovery; R15 – min 15 of recovery. (Arrows proceed in the direction of subsequent measurement points from baseline to during and after dose administration.)

83

Table 1. Differences in heart rate (HR), systolic (SBP) and diastolic (DBP) blood pressure and pulse amplitude (PA) responses between measurement points during dose presentation versus responses at measurement points during recovery matched for mean plasma nicotine concentration following 0.5 mg, 1.0 mg and 2.0 mg nicotine. Abbreviations for comparison points are the same as those in Fig. 3. Positive values indicate larger responses during dose presentation, except for PA, for which negative values indicate larger constriction responses (i.e. reduced amplitude).

| Dose (mg) | Comparison | Mean (± S.E.M.) Difference | | | |
|---|---|---|---|---|---|
| | | HR (beats/min) | SBP (mmHg) | DBP (mmHg) | PA (units) |
| 0.5 | P3 vs. R15 | 9.73 ± 2.37** | 10.73 ± 2.64** | 5.73 ± 1.59** | −1.11 ± 2.73 |
|  | P5 vs. R3 | 5.00 ± 1.64* | 3.30 ± 1.70* | 3.40 ± 1.91 | 0.89 ± 1.20 |
| 1.0 | P1 vs. R10 | 0.09 ± 2.71 | N/A | N/A | −0.22 ± 1.26 |
|  | P3 vs. R3 | 1.27 ± 3.49 | 6.60 ± 1.73** | 7.75 ± 2.25* | −3.22 ± 0.85** |
|  | P5 vs. R1 | 1.09 ± 2.18 | 6.55 ± 2.41* | 3.20 ± 1.45⁺ | −3.22 ± 2.08 |
| 2.0 | P3 vs. R10 | 9.00 ± 3.71* | 6.36 ± 3.09⁺ | 4.36 ± 1.99⁺ | −3.23 ± 2.69 |
|  | P5 vs. R1 | 1.64 ± 1.69 | 4.27 ± 1.61* | 3.73 ± 1.27* | −0.22 ± 1.49 |

$+P < 0.10$, $*P < .05$, $**P < 0.01$ by paired two-tailed $t$-test.

the presence of acute tolerance to these responses. However, there was no significant effect of phase on PA ($F(1,8) = 0.00$). The phase effects on cardiovascular measures are illustrated in Fig. 2, as SBP and DBP responses declined more rapidly than plasma nicotine concentration, while the HR decline closely mirrored the decline in plasma concentration.

Table I presents the differences in cardiovascular responses at equivalent plasma nicotine concentrations during Dose Presentation versus Recovery. Nearly all of the comparisons involving SBP and DBP responses to each dose were significant or marginally significant, providing additional evidence of acute tolerance to blood pressure effects of nicotine. However, acute HR tolerance was apparent only for the lowest dose (0.5 mg) and not very apparent for PA responses at any dose. These results are further demonstrated by the hysteresis curves, shown in Fig. 3. Curves for SBP and DBP generally show positive hysteresis (i.e. larger responses at ascending vs. descending plasma concentrations). However, the curves for HR and PA are more variable and show less spread between responses at ascending and descending plasma concentrations.

## Discussion

As noted earlier, acute tolerance may be defined as reduced responding at comparable blood concentrations on the descending versus ascending portions of the blood concentration curve (Kalant et al. 1971). By this definition, acute tolerance was apparent for blood pressure but less so for heart rate and vasoconstriction responses to nicotine. These results are consistent with the notion that acute tolerance to some cardiovascular responses to nicotine occurs during and immediately after smoking a single cigarette and, thus, that physiological adaptation to nicotine may be rapid but variable in magnitude depending on the response. The findings here also indicate that various cardiovascular effects of nicotine show differential time courses following intake (i.e. blood pressure effects recede more quickly than heart rate).

To our knowledge, this is the first human study to specifically examine the dose-dependence of acute tolerance (as defined here) to nicotine. However, unlike the possibility of dose-dependent differences in chronic cardiovascular tolerance among humans (Perkins et al. 1989), little difference in acute tolerance was observed here across doses. These results are somewhat consistent with findings from nicotine infusion studies of acute tolerance to blood pressure but less so to heart rate and skin temperature responses (Porchet et al. 1987; 1988), although significant acute heart rate

84

tolerance has been observed (Benowitz et al. 1982). While tolerance to heart rate responses was not observed at higher doses in the present study, our finding of heart rate tolerance to the 0.5 mg dose is consistent with Russell et al. (1990), whose s.c. dose resulted in a mean peak plasma concentration of 8.5 ng/ml vs. 10 ng/ml for our 0.5 mg dose.

This study is limited by the availability of plasma nicotine values for only three subjects randomly selected from the total group. Appropriateness of the use of these plasma nicotine levels to estimate the group's mean levels is dependent on the representativeness of these three subjects. As shown in Fig. 1, our standardized dosing procedure resulted in reliable plasma nicotine boosts between subjects. Furthermore, we examined acute tolerance to the cardiovascular effects of the three nicotine doses for these three subjects alone and found the results to be very similar to the results presented here for the whole group. Thus, these observations suggested that the mean plasma nicotine levels for these subjects could be used to accurately estimate the mean plasma levels for the group. Nevertheless, it would be advantageous in future research to obtain plasma nicotine samples from a larger number of subjects and compare cardiovascular responses at ascending and descending blood concentrations matched for each individual subject.

Although these results appear to reflect acute cardiovascular tolerance to nicotine, it is possible that factors other than tolerance are also involved. Porchet et al. (1987) have suggested that the appearance of acute tolerance to a single intravenous infusion of nicotine may be due in part to disequilibrium between arterial and venous concentrations and, thus, to more rapid distribution of nicotine to brain sites of action than to the venous circulation. This possibility has been further demonstrated in human cigarette smokers (Henningfield et al. 1990). However, our findings of substantial tolerance to blood pressure but little tolerance to heart rate and vasoconstriction responses, which are consistent with nicotine infusion results, would seem difficult to explain solely in terms of differential rates of distribution to separate brain sites responsible for these effects. In addition, the arterial-venous disequilibrium has been shown to be diminished at 5 min post-smoking in human cigarette smokers (Henningfield et al. 1990), suggesting that the plasma concentrations obtained in this study at 5, 10 and 15 min of recovery reasonably reflect arterial concentrations. Since the plasma values at those time points remain substantially above baseline while blood pressure values at those points are at or near baseline (see Fig. 2), it would seem that acute tolerance is a valid explanation for these reduced blood pressure values. Refuting an acute tolerance explanation would require the improbable assumption that arterial nicotine concentrations at 5, 10 and 15 min of recovery were already close to baseline levels, just as the blood pressure responses were at those points, despite the elevated venous nicotine concentrations. Notably, in subsequent research, Porchet et al. (1988) have indicated that acute tolerance to multiple intravenous nicotine dose administrations cannot be explained solely by distribution kinetics and is therefore at least partly functional. Nevertheless, it would be important for future research to assess arterial nicotine concentrations in order to verify the results of the present study.

If the acute tolerance observed here is functional, the speed of development of this acute tolerance indicates that the precise mechanisms involved, especially in regard to blood pressure responses, must be capable of rapid action. Nicotine and smoking have been shown to produce increases in circulating epinephrine and norepinephrine (Cryer et al. 1976) which could directly lead to the observed acute cardiovascular changes following nicotine intake. Moreover, Cryer et al. (1976) found that these cardiovascular responses *preceded* detected increases in circulating catecholamines but were adrenergically mediated, indicating local release of catecholamines. Circulating catecholamine levels have also been found to peak and remain elevated after completion of smoking (Cryer et al. 1976), suggesting that reduced cardiovascular responding following nicotine intake might be due to rapid decrease in tissue sensitivity to catecholamines. A greater decrease in

adrenergic sensitivity among tissues involved in blood pressure versus heart rate control (such as via alpha or beta-2 vs. beta-1 receptors) could explain the greater tolerance observed here to blood pressure responses to nicotine.

Finally, the variability in degree of acute tolerance found here across the different cardiovascular responses highlights the need to examine multiple responses to nicotine in studies of acute tolerance, as such tolerance may be response-dependent. Nicotine has many acute physiological, subjective and behavioral effects, and little research has been devoted to examining tolerance to these effects in humans. Variability in rate and magnitude of tolerance across these different effects may indicate that different mechanisms are involved and provide directions for the study of these mechanisms. Future research should also explore the possibility that variability in acute tolerance across individuals, indicating individual differences in adaptation to nicotine, may be associated with patterns of previous nicotine exposure (Perkins et al. 1989) or with a predisposition to avoid becoming tobacco dependent (Shiffman 1989).

## Acknowledgement

This research was supported by National Institute on Drug Abuse grant R01 DA05807.

## References

Aceto, M.D., Tucker, S.M., Ferguson, G.S. and Hinson, J.R. (1986) Rapid and brief tolerance to (+) and (−)-nicotine in unanesthetized rats. Eur. J. Pharmacol. 132, 213–218.

Benowitz, N.L., Jacob, P., Jones, R.T. and Rosenberg, J. (1982) Interindividual variability in the metabolism and cardiovascular effects of nicotine in man. J. Pharmacol. Exp. Ther. 221, 368–372.

Benowitz, N.L., Hall, S.M., Herning, R.I., Jacob, P., Jones, R.T. and Osman, A.-L. (1983) Smokers of low-yield cigarettes do not consume less nicotine. New Engl. J. Med. 309, 139–142.

Cryer, P.E., Haymond, M.W., Santiago, J.V. and Shah, S.D. (1976) Norepinephrine and epinephrine release and adrenergic mediation of smoking-associated hemodynamic and metabolic events. New Engl. J. Med. 295, 573–577.

Hengen, N. and Hengen, M. (1978) Gas-liquid chromatographic determination of nicotine and cotinine in plasma. Clin. Chem. 24, 50–53.

Henningfield, J., London, E.D. and Benowitz, N.L. (1990) Arterial-venous differences in plasma concentrations of nicotine after cigarette smoking. J. Am. Med. Assoc. 263, 2049–2050.

Jennings, J.R., Tahmoush, A.J. and Redmond, D.P. (1980) Non-invasive measurement of peripheral vascular activity. In: Techniques in Psychophysiology (Martin, I. and Venables, P.H., eds.), pp. 69–137. Wiley and Sons, New York.

Kalant, H., LeBlanc, A.E. and Gibbins, R.J. (1971) Tolerance to, and dependence on, some non-opiate psychotropic drugs. Pharmacol. Rev. 23, 135–191.

Kyermaten, G.A., Damiano, M.D., Dvorchik, B.H. and Vesell, E.S. (1982) Smoking-induced changes in nicotine disposition: application of a new HPLC assay for nicotine and its metabolites. Clin. Pharmacol. Ther. 32, 769–780.

Perkins, K.A., Epstein, L.H., Jennings, J.R. and Stiller, R.L. (1986a) Cardiovascular effects of nicotine during stress. Psychopharmacology 90, 373–378.

Perkins, K.A., Epstein, L.H., Stiller, R.L., Jennings, J.R., Christiansen, C. and McCarthy, T. (1986b) An aerosol spray alternative to cigarette smoking in the study of the behavioral and physiological effects of nicotine. Behav. Res. Meth. Inst. Computers 18, 420–426.

Perkins, K.A., Epstein, L.H., Stiller, R.L., Marks, B. and Jacob, R. (1989) Chronic tolerance to heart rate effects of nicotine in humans. Psychopharmacology 97, 529–534.

Pomerleau, O.F., Pomerleau, C.S. and Rose, J.E. (1989) Controlled dosing of nicotine: a review of problems and progress. Ann. Behav. Med. 11, 158–163.

Porchet, H.C., Benowitz, N.L., Sheiner, L.B. and Copeland, J.R. (1987) Apparent tolerance to the acute effect of nicotine results in part from distribution kinetics. J. Clin. Invest. 80, 1466–1471.

Porchet, H.C., Benowitz, N.L. and Sheiner, L.B. (1988) Pharmacodynamic model of tolerance: application to nicotine. J. Pharmacol. Exp. Ther. 244, 231–236.

Russell, M.A.H. and Feyerabend, C. (1978) Cigarette smoking: a dependence on high nicotine boli. Drug Metab. Rev. 8, 29–57.

Russell, M.A.H., Jarvis, M.J., Jones, G. and Feyerabend, C. (1990) Non-smokers show acute tolerance to subcutaneous nicotine. Psychopharmacology 102, 56–58.

Shiffman, S. (1989) Tobacco 'chippers'— individual differences in tobacco dependence. Psychopharmacology 97, 539–547.

Spohr, U., Hofmann, K., Steck, W., Harenberg, J., Walter, E., Hengen, N., Augustin, J., Morl, H., Koch, A., Horsch, A. and Weber, E. (1979) Evaluation of smoking-induced effects on sympathetic, hemodynamic and metabolic variables with respect to plasma nicotine and COHb levels. Atherosclerosis 33, 271–283.

Svensson, C.K. (1987) Clinical pharmacokinetics of nicotine. Clin. Pharmacokin. 12, 30–40.

West, R.J. and Russell, M.A.H. (1987) Cardiovascular and subjective effects of smoking before and after 24 h of abstinence from cigarettes. Psychopharmacology 92, 118–121.

West, R.J. and Russell, M.A.H. (1988) Loss of acute nicotine tolerance and severity of cigarette withdrawal. Psychopharmacology 94, 563–565.