# THE PSYCHIATRIC CLINICS OF NORTH AMERICA

## Pediatric Psychopharmacology

DAVID SHAFFER, MB, BS, FRCP, FRCPsych, GUEST EDITOR

VOLUME 15     •     NUMBER 1     •     MARCH 1992

W. B. SAUNDERS COMPANY
Harcourt Brace Jovanovich, Inc.
PHILADELPHIA     LONDON     TORONTO     MONTREAL     SYDNEY     TOKYO

DTX 630

Alza v. Andrx
C.A. No. 05-642-JJF

**W. B. SAUNDERS COMPANY**
Harcourt Brace Jovanovich, Inc.

The Curtis Center
Independence Square West
Philadelphia, PA 19106-3399

This material may be protected by Copyright law (Title 17 U.S. Code)

*The Psychiatric Clinics of North America* are covered in *Index Medicus, Current Contents/Social and Behavioral Sciences, Social Science Citation Index, Excerpta Medica,* and PsycINFO.

The PSYCHIATRIC CLINICS OF NORTH AMERICA          ISSN 0193-953X

**March 1992**      **Volume 15, Number 1**

Copyright © 1992 by W. B. Saunders Company. All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information retrieval system, without written permission from the publisher. Printed in the United States of America.

Authorization to photocopy items for internal or personal use, or the internal or personal use of specific clients, is granted by the W. B. Saunders Company provided that the base fee of $0.00 per copy, plus $0.20 per page, is paid directly to Copyright Clearance Center (CCC) Transactional Reporting Service, 27 Congress St., Salem, MA 01970. Identify this publication by including with your payment the fee code 0193-953X/92 $0.00 + $0.20. For those organizations that have been granted a photocopy license by CCC, a separate system of payment has been arranged. All fees are subject to change without notice.

*The Psychiatric Clinics of North America* (ISSN 0193-953X) are published quarterly by W. B. Saunders Company. Corporate and Editorial Offices: The Curtis Center, Independence Square West, Philadelphia, PA 19106-3399. Accounting and Circulation Offices: 6277 Sea Harbor Drive, Orlando, FL 32887-4800. Second-class postage paid at Orlando, FL 32862, and additional mailing offices. Subscription price is $79.00 per year (U.S. individuals), $98.00 per year (U.S. institutions), and $103.00 per year (foreign). Foreign air speed delivery for all *Clinics* is $8.00 per issue. All prices are subject to change without notice. POSTMASTER: Send address changes to *The Psychiatric Clinics of North America,* W. B. Saunders Company, Periodicals Fulfillment, Orlando, FL 32887-4800.

The editor of this publication is Lesley Kramer, and the production editor is Angela Martello, W. B. Saunders Company, The Curtis Center, Independence Square West, Philadelphia, Pennsylvania 19106-3399.

PEDIATRIC PSYCHOPHARMACOLOGY    0193–953X/92 $0.00 + .20

# PHARMACOLOGIC TREATMENT OF ATTENTION DEFICIT HYPERACTIVITY DISORDER

Laurence L. Greenhill, MD

Psychostimulant medication has emerged as the most widely used treatment modality for Attention Deficit Hyperactivity Disorder (ADHD)[3] in the United States,[25] given to as many as 750,000 children per day.[41] The popularity of this treatment may be related to the frequency with which the ADHD diagnosis is made, the low cost of the medications, the medications proven efficacy in suppressing the core signs of ADHD, their safety, lack of diagnostic specificity, and their wide range of tolerated dosages. Yet these characteristics do not completely explain the unusual clinical enthusiasm of American practitioners for these agents, nor do they explain the high prescription rate found in certain geographic areas of the country.[46]

This enthusiasm for psychostimulants does not seem to be diminished by the widely accepted problems that complicate their use. The accurate diagnosis of ADHD is the only definitive indication for their use in children,[35] and the criteria and threshold for inclusion have been controversial. British practitioners have a much higher threshold for making the ADHD diagnosis than do their American counterparts, a difference that can be reduced if British and American clinicians use identical diagnostic criteria.[36] Secondly, precise dosing with these medications is difficult. There is a lack of agreement about the exact nature of the psychostimulant dose-response cognitive and behavioral effect curves.[48] Sizeable inter- and intra-individual variability in plasma level concentrations occur after the same dose of methylphenidate (MPH). As a result, these dose-response relationships have been conceptualized either as a simple linear function[15]

From Columbia University; the Behavior Disorders Clinic, Columbia Presbyterian Medical Center; and the New York State Psychiatric Institute, New York, New York

2    GREENHILL

or as a group of different curvilinear relationships, one for each cognitive or behavioral domain.[51] Adverse reactions to medications show the same variability, and may appear unpredictably during different phases of the drug's absorption or metabolic phases. Third, approximately 25% of ADHD children are not helped by a single psychostimulant, or have side effects that prevent meaningful dose adjustments.[11] Fourth, although psychostimulants produce moderate to marked short-term improvement in motor restlessness, on-task behavior, compliance, and classroom tests,[11] these effects have been demonstrated convincingly only in short-term studies. When examined over periods greater than 6 months, these medications fail to maintain academic improvement[13] or fail to improve the social problem-solving deficits that accompany ADHD. Fifth, the benefits from a single dose of a psychostimulant last only a few hours during the medication's absorption phase, disappearing during the medication's metabolic phase.[33] Sixth, it has been postulated that children treated with stimulants may develop negative self-attributions, coming to believe that they are incapable of functioning without the medication. Seventh, small special interest groups in the United States, such as the Church of Scientology, have used the media to express opposition to the use of psychostimulants for ADHD children,[7] generating a whirlwind of controversy and misinformation about adverse reactions from these drugs. Eighth, although long-term adverse reactions, such as inhibition of linear growth in children, have been shown to restore by adult life, no convincing data have emerged which show that adolescents maintained on a psychostimulant throughout the time that their long bone epiphyses fuse will reach the final height predicted from their parents' sizes.[20]

How do these known benefits and liabilities balance in clinical practice? Optimization of this powerful treatment modality requires knowledge of each medication's pharmacology, so that a clear plan for therapeutic drug monitoring (TDM) can be generated in the context of a multimodal treatment plan. This article reviews the known indications for psychostimulant use, pharmacology, doses and treatment regimens, adverse effects and management, drug interactions, toxicity, and alternative treatment.

For purposes of clarity, this review focuses on methylphenidate. Methylphenidate (MPH) has become the most frequently prescribed of the psychostimulants, accounting for over 90% of the stimulant market in the United States.[11] This article discusses MPH as the model psychostimulant, noting, where needed, how it differs from the two other frequently prescribed psychostimulant medications, dextroamphetamine (Dexedrine, Smith Kline Beckman, Philadelphia, PA) and pemoline (Cylert, Abbott, North Chicago, IL).

## BACKGROUND

The use of sympathomimetic medications for the treatment of children's behavior disorders can be traced to Bradley's serendipitous discovery in 1937.[5a] He administered amphetamine sulfate, the racemic form of

amphetamine to behaviorally disturbed children and adolescents in a residential treatment program. Treatment dramatically increased compliance and academic performance while decreasing activity. Bradley continued to publish anecdotal observations of children treated with amphetamines over the next two decades. Interest in psychostimulant treatments slowly increased, following the investigations of these drugs between 1960 and 1970. During that period, studies showed that psychostimulants increased the seizure threshold to photometrizol, decreased oppositional behavior of boys with conduct disorder in a residential school, and produced changes in global ratings on standardized forms for parents and teachers.

MPH was synthesized first by Panzion in 1944 as a cyclized derivative of amphetamine.[34] Meier replicated this synthesis in 1954, and the medication was marketed by Ciba Geigy in the early 1960s as a drug to improve memory in geriatric patients.[34] Its chemical similarity to dextroamphetamine suggested that it might be effective in the treatment of children with behavior disorders.

The sympathomimetic effects of dextroamphetamine and MPH are euphorigenic, and, as a result, these compounds have been abused. An epidemic of MPH abuse in Sweden in 1971 led the Food and Drug Administration to reclassify it. Physicians now wishing to prescribe sympathomimetic medications for childhood disorders are required to obtain a Drug Enforcement Administration (DEA) registration number, particularly in those states with a multiple-prescriptions program. (Only one prominent psychostimulant, pemoline, remains classified as a Schedule 4 medication, so it can be written using standard prescription pads.) Between 1972 and 1989, nine states adopted multiple-copy prescription programs (New York, California, Hawaii, Illinois, Idaho, Rhode Island, Washington, Michigan, and Indiana). Physicians practicing in these states must write their prescriptions for MPH and dextroamphetamine on triplicate forms, making pharmacies and practitioners accountable to the state government, and allowing for careful monitoring of practice. These data make it possible to expose illicit distribution of psychostimulants, but also permit research into local trends in practice. The New York Triplicate Program data allowed Sherman and colleagues,[47] for example, to estimate the prevalence of MPH treatment of primary school children in Suffolk County at 0.04%, far lower than the 7% of elementary school children in Baltimore County reported by Safer and Krager.[41]

## PHARMACOLOGY OF PSYCHOSTIMULANTS

### Mechanism of Action: Structural Considerations

Psychostimulant medications are sympathomimetic amines, and are sometimes referred to as the "non-catecholamine sympathomimetics"—a term that indicates their close chemical resemblance to the neurotransmitters. These agents function as direct and indirect agonists at the adrenergic receptor. They can act directly at the postsynaptic receptor, just as if they were norepinephrine or dopamine. In addition, their presence produces a

**4**    GREENHILL

stoichiometric displacement of norepinephrine from storage sites in the presynaptic terminal.[53]

MPH, pemoline, and dextroamphetamine (Fig. 1) lack substituents on the benzene ring. This feature may be associated with the prominent central nervous system (CNS) psychostimulant effects. They activate the medullary respiratory center and lessen the degree of central depression from barbiturates. Amphetamine also can reduce the maximal seizure discharge following electroconvulsive therapy and can prolong the postictal period. It may also accelerate and desynchronize the electroencephalogram. Psychic effects in adults following dosing with amphetamine include a prolongation of performance at repetitive tasks before the onset of fatigue, a decreased sense of fatigue, elevation of mood, increase in rate of speech, a sense of euphoria, and initiative.[53] The psychostimulants increase CNS alertness, motor activity, and decrease the rate of habituation to certain visual stimuli, thus allowing, for example, radar operators to remain vigilant over longer periods.

Many sympathomimetic amines are powerful alpha-adrenergic and beta-adrenergic agonists. Thus, dextroamphetamine acts on cardiac muscle, raising systolic and diastolic blood pressure, with a reflex slowing of heart rate. These medications also induce contractions of urinary bladder smooth muscle at the sphincter, increase uterine muscle tone, and cause some bronchodilation.



Figure 1. Chemical structures of amphetamine, methylphenidate, and pemoline. (*From* Chiarello RJ, Cole JO: The use of psychostimulants in general psychiatry. A reconsideration. Arch Gen Psychiatry 44:286–295, 1987; with permission.)

The efficacy of psychostimulants in ameliorating the signs of ADHD has been attributed to their ability to release dopamine and block reuptake at the presynaptic terminal. In high doses, MPH increases certain repetitive behaviors (stereotypies) that are associated with high levels of dopamine agonists. The density of tritiated-MPH binding in rat brain is highest in striatum, and is highly dependent on sodium concentration. These factors suggest that the MPH receptors are associated with a neurotransmitter uptake or transport system.[23] The most potent inhibitors of MPH uptake are also the most specific inhibitors of dopamine uptake. Radiolig- and binding studies have demonstrated the direct action of psychostimulants, particularly MPH, at the dopamine transporter located at the presynaptic terminal.

An early neurochemical theory postulated that the signs of ADHD result from an abnormality of dopamine function. Yet the "hypo-dopa-mineric" theory of ADHD's cause failed to predict ADHD children's responses to other medications. This theory depended on abnormally low dopamine levels; ADHD children should worsen if dopamine transmission is further reduced by postsynaptic dopamine blocking agents, such as neuroleptics, and should improve after treatment with the dopamine agonist L-DOPA. Treatment studies of ADHD children[55] showed just the opposite, leading to the rejection of the dopamine hypothesis of ADHD, as well as other single-neurotransmitter-deficit etiologic models.

## Absorption and Metabolism

MPH tablets are rapidly absorbed. Food enhances absorption. MPH enters the plasma in low concentrations—as low as 7 to 10 ng/mL— suggesting a large first pass effect. Although the earliest data suggested bioavailabilities in the 80% range for MPH, more recent studies[33] place the actual figure closer to 30%. The parent compound, MPH, appears in low concentrations in plasma, within the range for pituitary hormones. Yet these minute amounts are surprisingly effective. This is due, in part, to MPH's low plasma binding (15%), which makes it highly available to cross the blood-brain barrier.[34] Other studies reveal a favorable brain-plasma partition, with higher concentration found in CNS than found in plasma.

The sustained-release preparation or MPH-SR became available in 1984, and was intended to promote once-per-day MPH dosing. This avoids administration during the schoolday, which solves a number of problems. School officials refuse to help administer the medication; peers ridicule a child who takes medicine at lunch. When school regulations forbid personnel from getting involved in medication administration, children are left on their own to manage their midday medications. Poor compliance results when ADHD children are put in charge of their own medication. MPH-SR, which uses a wax-matrix vehicle to slowly release MPH, offers the possibility that the child's parent would give the pill once in the morning. MPH-SR peaks about 1 hour later than the standard preparation, with its maximum concentration in blood (Cmax) occurring at about 180 minutes after oral dosing. Comparisons of the dosage equiva-

**6**   GREENHILL

lency and efficacy of one 20-mg MPH-SR given at 8 AM (SR-20) with two doses of standard 10-mg MPH, given at 8 AM and at noon (MPH-10BID) show no significantly different effect in the classroom, the home environment, or during the continuous performance test.

Although these studies did not show a definite advantage for either MPH formulation over the other, some authors have suggested that SR-20 may not be as effective.[10] MPH-10BID tablets produce higher peak plasma concentrations and yield a steeper absorption phase slope than do the longer-acting SR-20 preparations.[5] Current theory suggests that psychostimulant medication effects on ADHD are related to the rate of absorption (ramp effect), so standard MPH's steeper absorption curve may give it more powerful beneficial and adverse effects, particularly during long-term maintenance. This concept has raised the possibility that MPH-SR's greater duration of action may alter pharmacokinetics (hepatic auto-induction) or receptor pharmacodynamics, inducing tachyphylaxis or tolerance.[5] Other explanations for the anecdotal reports of MPH-SR's lack of ability to provide long-term coverage include poor compliance at home with taking medication, unpredictable release of active MPH from the SR's wax-matrix core, change in the patient's weight, or new stress in the environment.[10]

MPH comes in three standard-release pill strengths and a long-acting SR tablet, but no elixir. Dextroamphetamine preparations include tablets (Table 1) and time-release capsules in 10- and 15-mg strengths. Many pharmacists are not comfortable stocking this medication, so it often must be specially ordered. Like MPH-SR, the dextroamphetamine sustained-release capsules generate shallower pharmacokinetics curves, but do not show a different behavioral time course than do the standard tablets. Even so, clinicians have used them with variable results; some children do show a prolonged response, whereas others seem to receive the entire dose at once.

**Table 1.** PSYCHOSTIMULANT MEDICATIONS, TABLET SIZE, AND DOSE RANGES

| Brand Name* | Manufacturer | Tablet Sizes | Dose Range† |
|---|---|---|---|
| Ritalin (methylphenidate) | CIBA | 5 mg<br>10 mg<br>20 mg<br>SR, 20 mg‡ | 2.5 to 25 mg |
| Dexedrine (d-amphetamine) | Smith Kline & French | 5 mg (tablet and spansule)<br>10 mg (spansule)<br>15 mg (spansule)<br>5 mg/5 mL (elixir) | 2.5 to 20 mg |
| Cylert§ (pemoline) | Abbott | 18.75 mg<br>37.5 mg<br>75 mg | 18.75 to 112.5 mg |

*Generic names in parentheses.
†Dose range for each administration is provided.
‡Sustained-release Ritalin (Ritalin-SR) is administered once per day.
§Cylert is administered once per day.

Pemoline is available in 18.75-, 37.5-, and 75-mg doses, as well as in a chewable preparation. Pemoline was marketed as a "better" stimulant. It has a longer half-life than MPH, which allows once-per-day dosing. On the other hand, it has a delayed effect, with reduced overactivity and increased concentration not appearing until after 3 weeks of treatment. This delayed action may not represent a first-pass effect or CNS homeostasis but may indicate ineffective dosing. Custom has dictated careful, weekly titration using 18.75-mg steps, perhaps based on the drug's origins as a geriatric medication. Following this schedule, the therapeutic dose of 75 mg/d is only first reached after 3 to 4 weeks of dosing. If one "jump starts" the treatment with every-three-day dosing, the therapeutic effects are seen far sooner. Pharmacokinetics studies have revealed that pemoline's half-life increases over time.[42]

## Metabolism

MPH's metabolism is especially rapid, with the compound peaking in plasma at about 2 hours (Tmax) and later falling to half the peak (half-life) after 3 hours for the standard tablet.[5] This brief half-life means a rapid disappearance, so that all MPH released from the standard, short-acting preparation is eliminated within five half-lives, or by 15 hours. The type of steady state achieved with other psychotropics is not found with MPH, so it must be given frequently over short periods of time to provide coverage.

The clinical improvement of standard MPH is short lived, lasting for 2 to 4 hours, and requires multiple doses during the day. This is due to its short half-life of 3 to 4 hours. In contrast, both pemoline and dextroamphetamine have longer half-lives, ranging from 10 to 13 hours. MPH is metabolized rapidly because it is not highly bound to plasma protein, nor does it disappear into fat stores. The parent compound is reduced by esterases in the gastrointestinal tract and in plasma to ritalinic acid. Approximately 20% of the parent compound is oxidized (to p-hydroxymethylphenidate) and conjugated in the liver.[34] Early studies reported only the ritalinic acid metabolite in urine. These levels do not correlate in any way with plasma levels. Ritalinic acid is a polar compound, so it does not cross the blood-brain barrier; therefore, ritalinic acid levels do not correlate with the medication's behavioral effects or CNS levels of the parent compound. Current research reports plasma or saliva levels of the parent compound, MPH, not ritalinic acid, using a single compartment model with a monoexponential decay.

## Plasma Level Monitoring

Plasma level studies of MPH have provided valuable research data, but these data have not been used in practice to aid titration of clinically


**8**    GREENHILL

therapeutic doses. There are a number of reasons for this. First, MPH is effective and appears in such small concentrations (5 to 15 ng/mL) that analysis may be difficult. Furthermore, therapeutic drug monitoring (TDM) efforts are hampered by MPH's rapid disappearance from plasma (half-life of 2 hours). MPH may be degraded unless strict collection and storage methods are used. Its extremely short-life of 2 hours means that no true steady-state level is reached. There is no standard "peak" or "trough" collection time strategy such as there is with the standard long-acting medications, such as lithium or carbamazepine, that are monitored with blood tests. There is no exact agreement in the literature concerning a standard time after dosing for collection. A half hour variation can make an enormous difference in the resulting blood level of MPH if the clinician is restricted to only one blood sample. Even when these conditions are met, great variability in peak MPH plasma levels is found for the same oral dose. The high variability is a result of the huge inter-individual variability in MPH's volume of distribution.[33]

MPH plasma level variability may be reduced by repeated plasma sampling during the period of behavioral observation.[33] This is hardly suitable for office practice. Saliva levels are less invasive, but MPH concentrations are not independent of salivary flow, so they cannot be used as accurate determinants of MPH plasma level concentrations.

### Toxicology

Animal studies have shown a wide therapeutic to toxic ratio for MPH. A 100 : 1 margin of safety exists between a single dose approximating a human clinical dose and one that produces lethality in two other animal species.[8] As a result, MPH is one of the safest medications used in the treatment of children. With the standard oral dose of 0.3 to 1.2 mg/kg/d for school-aged children, the median lethal dose ($LD_{50}$) is 48.3 mg/kg by intravenous route and 367 mg/kg by oral route. In comparison, the $LD_{50}$ for amphetamine in rats is 55 mg/kg. Ninety-day subchronic toxicity studies of MPH in rats (with doses up to 120 mg/kg/d) show decreases in body weight, but no signs of growth inhibition, reproductive problems, or carcinogenicity; a 120-day study of dogs treated with 10 mg/kg/d (10 times the human dose) of MPH produced hyperactivity and hyperexcita- bility in the dogs, but there was no appetite suppression, growth suppres- sion, convulsions, or changes in liver tissue.

MPH has some abuse potential, but the actual addiction liability of this medication is unclear. Klein[28] found that the psychostimulants differ in their ability to induce euphoria, with "dextroamphetamine the most euphorigenic, methylphenidate, less so, and magnesium pemoline, hardly at all." Adolescents and young adults with ADHD do not list psycho- stimulants among medications they use recreationally, whether or not they had received treatment with psychostimulants.[16] Reports of MPH recreational use are limited to adults who are using a number of other drugs simultaneously, and injecting them all intravenously. Because injec- table MPH is not available, some addicts have attempted to solubilize the

tablets before injection. Talc granulomatosis results, with severe pulmonary hypertension or ocular lesions.

### Methylphenidate: Clinical Practice

MPH has become the most popular psychostimulant used in the United States. The New York State Department of Public Health (John Eadie, personal communication) reports that four times as many prescriptions were written for MPH than for dextroamphetamine in the second quarter of 1990 (20,271 for MPH; only 4,514 for dextroamphetamine). Increasing numbers of school-aged children are being treated with MPH, as shown in recent epidemiologic surveys.[41,46] Several aspects of MPH have contributed to its popularity as a clinical tool. Though chemically similar to the amphetamines (Fig. 2), many clinicians view MPH as a non-amphetamine. Amphetamine's notoriety as a highly euphorigenic, highly addictive substance has greatly reduced its use by clinicians, as shown by a 95% drop in triplicate prescriptions for dextroamphetamine in New York State over the past decade (Eadie, personal communication).

Second, MPH emerged as an important research tool, and its multiple citations in clinical and basic science journals made it a prominent force in academic medicine and training. It is favored in experimental designs for its quick onset of action, large effect size on global rating forms and on laboratory instrumentation, and low incidence of side effects. MPH has been used to study the mechanism of growth delays, the dissociation of cognitive and behavioral effects of psychostimulants, drug-dependent learning effects, cognitive processing loads, and psychostimulant dosage correlations, as well as a probe in adult schizophrenia work and for the treatment of AIDS dementia.[48] The Medlars II off-line bibliographic service cited 247 articles between 1966 and 1980, 295 between 1980 and 1989, and 70 for 1990 alone. MPH has also been the subject of considerable controversy, with concern raised about its possible overuse to deal with any child who does not conform to standards of classroom behavior.[30]

## INDICATIONS FOR STIMULANT MEDICATION

The firmest indication for the use of a psychostimulant is the diagnosis of ADHD. The American Psychiatric Association's DSM-III-R[3] suggests that the ADHD diagnosis can be based on a clinical evaluation of the child, his or her history, observations by the teacher, and direct observations in the office. No special test—including the Wechsler Intelligence Scale for Children, Revised; a Conners Teacher Rating Scale (TRS); an EEG; a CAT scan; a MRI scan, or commercially available Continuous Performance Tasks—can make this diagnosis itself. As a result, the clinician must arrive at the diagnosis, using a list of 14 questions supplied in

10    GREENHILL



[2R:2'R, (+)] *threo*
Methylphenidate

[2R:2'S, (+)] *erythro*
Methylphenidate

R(−) Pipradrol

[R(−), L] Amphetamine

[S(+), d] Amphetamine

(−) − Cocaine

**Figure 2.** Chemical structure of methylphenidate. Structures 2 and 2' indicate the position of asymmetric centers. Thick lines represent bonds above the plane; cross-hatched lines, below the plane. A hydrogen bond has been proposed between the carbonyl oxygen and a proton attached to the nitrogen of the *threo* form of methylphenidate.

the DSM-III-R. If the informant endorses eight or more of these items, the diagnosis can be made. In addition, the signs of ADHD must be present for 6 months or longer and have started prior to the age of 7. Most clinicians rate impairment, and require that the signs of ADHD cause moderate to severe difficulties in at least two different settings.

## SHORT-TERM EFFECTS

### Therapeutic Actions of Psychostimulants

Many controlled treatment studies have demonstrated beneficial psychostimulant effects in the treatment of ADHD children.[1,14,17] but only

during brief trials. Double-blind ratings by parents, teachers, and professionals report improvement in three fourths of the children treated. The improvement is based on global ratings which are uncontrolled, less than objective, and subject to a wide variety of biases. Most reports do not subject the global ratings to tests of test-retest reliability. The medication's effects appear to be independent of age; amelioration of the signs of motor drivenness, restlessness, inability to attend, non-compliance, and aggressiveness are reduced in controlled studies of preschool and school-aged children, and more recently, in adolescents. Fewer preschoolers have been treated in controlled studies. Although clinical lore suggests that preschoolers show more adverse reactions to psychostimulants than benefits, this has not occurred in controlled studies. In fact, a carefully controlled intensive study design of a single hyperactive, aggressive 4-year-old child showed that dextroamphetamine reduced the number of tantrums.[50] Even if aggressiveness is a prominent contributing symptom, both outpatients and inpatients show decreases in aggression and non-compliant behavior when treated with psychostimulants. Maternal responses to treated ADHD children show increased warmth, decreased maternal criticism, greater frequency of maternal contacts, and lower rates of friction with siblings for ADHD children when they respond to MPH.[45]

Peer relationships have been a major problem area for ADHD children. Their impulsivity leads them to interrupt other children's games and conversations, to fail to wait their turn in games, to be overly loud, and to miss social cues. Direct observation of ADHD boys in the classroom, playground, or lunchroom has produced a picture of social interaction failure, aggressiveness, and peer rejection. When given MPH at 0.6 mg/kg, ADHD boys obtain more frequent nominations for being "cooperative," "fun to be with," and acting like "best friends", even though their overall peer nomination ratings do not reach the levels given non-ADHD boys. MPH at that dosage reduced non-compliance and reduced the number of episodes of verbal and physical aggression in both the classroom and the playground to the level of the controls. MPH also reduces ADHD boys' verbal aggression in unstructured lunchroom environments.[13a]

Approximately 75% of children with ADHD treated with psychostimulants show moderate to marked medication effects when tracked with teacher-generated global rating scales. Validating these reports are readouts from activity monitors that show a significant reduction in motor activity during the school period and even during sleep. These readings confirm improvements reported during both global ratings and direct observations. Changes can be picked up as early as 30 minutes after the child's very first dose of MPH. The placebo response rate, on the other hand, is a meager 18%, leading to an effect size conservatively rated at better than 50%, remarkably high for psychotropic drugs of any type.

Even so, psychostimulant treatment responses rated by different observers do not correlate well. Several factors may explain this. Many ADHD children display situation-specific behaviors, becoming most distracted, impulsive, and hyperactive in the classroom. At home, they may function better, unless stressed by homework demands. Secondly, MPH's

**12**    GREENHILL

brief absorption phase, which is the period of optimal therapeutic benefit, yields a very narrow window of calm, normal, mature behavior at school if a standard morning and noon dosing regimen is used. As a result, the teacher reports improvements, whereas the parent witnesses the full set of ADHD behaviors at home in the late afternoon.

Psychostimulant responses to laboratory-based cognitive tasks also depend on the task involved and on the medication dosage. The amount of effortful processing required by the task is also a factor. Experimenter-paced tests of vigilance and reaction time involve either automatic or low levels of effortful processing. The Continuous Performance Task and the Gardner Steadiness Test[33] show linear dose-response relationships, with improved performance as the MPH is increased. Much classroom work and some sports, such as baseball, show linear dose-response effects.[32] Higher dosages of psychostimulants may interfere with complex memory tasks that involve set changes and other types of effortful processing. High MPH doses (1 mg/kg) produced more errors on the most complex set of paired-associates learning task cards, even though the identical dose did better than lower doses in reducing abnormal behaviors in a classroom.[51] This dissociation of cognitive and social responses was first reported by Sprague and Sleator[51] in 1977. Using social responses to adjust medication may not optimize the best MPH dose for learning.

Although this finding was not replicated until the early 1990s, it has had a strong effect on American prescribing practice. Clinicians have adopted an increasingly conservative approach to MPH dose adjustments. Rather than titrating the drug up to 60 mg, the top of the suggested range, dosing has come to be based on a mg/kg method, using the article's optimal dose for least errors (0.3 mg/kg) as a "target" dose for behavioral control.

## Adverse Drug Reactions

Individuals taking sympathomimetics experience side effects that are related to the positive actions of these drugs as adrenergic agonists. Adults taking amphetamines routinely experience weight loss, which can be attributed to reduced appetite and decreased food intake. The drug's action on the lateral hypothalamic feeding center may explain this effect.[53] Appetite suppression differs among different species, with human beings showing only mild effects with rapid onset of tolerance. Other adverse treatment emergent effects include palpitation, dizziness, headache, dysphoria, apprehension, and vasomotor disturbances. Higher-than-therapeutic doses of amphetamines may induce brief paranoid psychoses in adult volunteers.

MPH's common side effects include insomnia, decreased appetite, weight loss, headache, heart rate elevation at rest, minor increases in systolic blood pressure, and increased crying.[17] Many of these side effects can be managed with temporary dose reduction. Severe insomnia can be

managed by changing time of dosing, with most of the medication given early in the day. If this is not helpful, the antihistamine diphenhydramine (Benadryl, Parke-Davis, Morris Plains, NJ) can be used in the evening for sleep. Complaints of stomach upset, nausea, or pain sometime respond to giving the medication in the middle of the meal; otherwise, the problem can be treated symptomatically with antacid tablets, or by switching to sustained-release MPH, which is absorbed more slowly.

The Physician's Desk Reference (PDR)[35] lists a number of other adverse reactions, without stating frequency, that are not found in standard clinical practice or in published reports from treatment studies. These include hypersensitivity (skin rash, urticaria, fever, arthralgia, exfoliative dermatitis, erythema multiforme with histopathologic finding of necrotizing vasculitis, and thrombocytopenic purpura), angina, and cardiac arrhythmia.

One adverse effect, commonly known as "behavioral rebound," appears when children experience psychostimulant withdrawal at the end of the school day. Children present with afternoon irritability, overtalkitiveness, non-compliance, excitability, motor hyperactivity, and insomnia some 5 to 15 hours after the last dose. These behavioral signs are exaggerations of the presenting complaints. Rebound can be handled by switching to MPH-SR or by giving the child a 5-mg dose of standard MPH when the child arrives home from school.

Another effect reported, but not consistently documented by controlled studies, is psychostimulant-related "cognitive constriction."[48] This effect is a dose-related but subtle adverse reaction which becomes more obvious at high doses of psychostimulants. As a result, MPH interferes with cognitive tasks that call for changes of set or divergent thinking. It was first reported by Sprague and Sleator[51] in paired-associate learning tasks with high processing demands. Solanto and Wender[49] were unable to reproduce this cognitive constriction in their test paradigm, the Wallach-Kogan test. The subject is asked to name as many "alternate" uses for an object as he or she can. A second procedure asks the subject to list as many examples of a class of objects as he or she can think of. MPH-treated subjects showed no more cognitive constriction than those on placebo.

Infrequent side effects of MPH include motor tics, weight loss, and possible reductions in weight velocity. A past history of involuntary muscle movements (tics) or a family history of Tourette's syndrome is a contraindication to the use of MPH as it may "unmask" or exacerbate Tourette's syndrome. Switching to another stimulant, such as pemoline, may worsen the adventitious movement disorder, so it is best to discontinue all psychostimulants and consider a trial of clonidine.

Growth slow-down is another infrequent psychostimulant adverse reaction. Psychostimulant-induced reduction in growth velocity has been the most consistently researched long-term side effect for this type of medication.[21] Children treated 2 years or more with MPH and dextroamphetamine showed a decrease in weight velocity on age-adjusted growth rate charts. Dextroamphetamine, whose half-life is three times that of MPH, produces more sustained effects than does MPH on weight velocity,

**14**   GREENHILL

as well as suppresses mean sleep-related prolactin concentrations.[20] MPH-treated ADHD children, followed for 2 to 4 years, showed dose-related decreases in weight velocity,[19,44] with some tolerance to the suppressive effect developing in the second year.[44] Hechtman and colleagues[24] reported that ADHD children not treated with medication attained expected heights, so that there was no suspected associated growth slow-down from the ADHD disorder itself.

The actual mechanism for psychostimulant mechanism for growth slow-down is unknown. Early theories that blamed the drug's putative suppressant action on growth hormone or prolactin (both hormones affect the control of long-bone growth) have not been proved. The most parsimonious explanation for this drug effect is the medication's suppression of appetite, leading to reduced caloric intake. No study, however, has collected selected diet diaries necessary to track calories consumed by ADHD children on psychostimulants.[20]

In any case, the growth effects of MPH appear to be minimal. Sixty-five children followed to age 18 showed an initial growth loss during MPH treatment, but "caught up" during adolescence, and reached heights predicted from their parents' heights.[16] These results confirmed the observations by Roche and colleagues[40] that psychostimulants had mild and transitory effects on weight, and only rarely interfered with height acquisition.

Tolerance to MPH may develop if treatment extends much past 1 year. This decrease in response should be treated with a switch to another psychostimulant.[12]

Other psychostimulants exhibit a slightly different profile of adverse effects. Pemoline frequently causes insomnia. Two infrequent but noteworthy adverse reactions from pemoline are liver toxicity and adventitious movements. There have been reports of choreoathetoid movements appearing during treatment,[42] so this must be monitored during treatment. Changes in liver function tests (LFTs) suggesting hepatotoxicity have also occurred, necessitating routine LFTs every 6 months of treatment.

Rare side effects of MPH can be dramatic. There have been more than 20 single case reports of psychostimulant-related toxic psychoses,[11] including MPH-induced mania or MPH-induced delusional disorders. The physician should treat children with psychotic symptomatology and gross motor hyperactivity with neuroleptics, not psychostimulants. The possibility of a stimulant worsening a psychotic process in a child exists, therefore physicians at inpatient child units (where one treats psychotic children) need to exercise care. Even though the psychotomimetic effects are short-lived, the side effect can be very serious. Rare adverse side effects developing during treatment with psychostimulants also include alopecia and leukocytosis. These effects suggest that a yearly, routine complete blood count be included in the therapeutic drug monitoring plan.

At the doses used to treat ADHD children, the psychostimulants have variable, but minimal effects on the seizure threshold. Convulsions are one of the terminal signs in animals treated with 300 mg/kg doses for the determination of psychostimulant toxicity. Current practice is to place

ADHD children with epilepsy on a combination of anticonvulsant and MPH. The plasma levels of the anticonvulsant should be monitored to avoid toxicity resulting from MPH's competitive inhibition of metabolic pathways, boosting the plasma levels of both drugs.

## SPECIFIC MEDICATION DOSING REGIMEN

Medication therapy can be divided into baseline, titration, and maintenance phases. Before the first pill is given, baseline data on height, weight, blood pressure (BP), and heart rate should be collected, as well as a complete blood count. Conners Abbreviated Teacher Rating Scales (ATRS) and Parent Questionnaires (CPQ) can also be collected.[6] Standardized scoring methods for the ATRS can be used to generate a Hyperactivity Factor Score.

Choice of medication is made during this period. Although the three psychostimulants have roughly equal efficacy, MPH has the best safety record and should be started first. Dextroamphetamine may have more adverse effects, particularly in the area of weight suppression, and pemoline (with standard dosing procedures) has a delayed onset of action. If pemoline is to be used, liver function studies should be drawn.

Next is the titration phase. Much of the strategy behind the initiation of a psychostimulant depends on starting school-aged children with low, therapeutically ineffective doses to minimize adverse effects. Psychostimulant medication should be taken at or just after mealtimes to lessen the anoretic effects. Studies have shown that food may enhance absorption. MPH treatment can be started with a single dose of 5 mg at 8 AM for 3 days; then a 5-mg dose at 8 AM and at noon for the next 3 days; then 10 mg at 8 AM and 5 mg at noon for 3 days; and finally 10 mg at 8 AM and at noon is given and maintained for at least 2 weeks. Preschoolers may start as low as 2.5 mg at 8 AM, but build to the same total daily dose of 20 mg of MPH. The noon dose at school requires coordination with school personnel; it is hoped that the adults can take the responsibility of reminding the patient and assisting with the drug administration in a manner that is discrete.

Maintenance strategies should schedule regular collection of information for therapeutic drug monitoring. Each child's response to psychostimulants is different. Just so, each family's needs are different. Planning for medication vacations, weekend, and after school dosing must be individualized. Many parents, concerned about long-term side effects, feel most comfortable with their child off medication each weekend and through the summer, despite the costs to family harmony, peace, and quiet. A summer off medication, though it may seen idyllic, may become much less desirable after the family has experienced the improvements that stimulants can bring. On the other hand, a child with MPH-induced anorexia and some weight loss can benefit from a summer off medication.

Dextroamphetamine can be started with a similar regimen, but using

16    GREENHILL

2.5 mg as the first dose. Pemoline's lowest dose unit is 18.75 mg; although 1-week steps are generally suggested, more rapid advances using 3-day steps reduce the delayed response and produce no more side effects (Sallee, personal communication). The point is to determine if midrange total daily doses (20 mg of MPH, 10 mg of dextroamphetamine, 75 mg of pemoline) will suffice. If more is needed, one can go to the upper dose, as shown in Table 1.

The Teacher Rating Scale is then repeated. Further dose adjustments up or down will depend on the TRS scores, teacher's verbal reports, parent comments, and adverse effects experienced by the child. The minimal effective total daily dose and optimal timing of medication administration should be determined before switching to SR-20. Eventually, one dose of standard MPH may have to be mixed with one SR-20 pill at 8 AM (to give early and later morning coverage), just as one administers short- and long-acting insulin within the same dosing event.

Dose adjustment should be based on the adverse reaction's timing: How much time has elapsed between ingestion of the psychostimulant and appearance of the side effect? Individual adjustments in the time the medication is given are usually necessary. MPH often acts in a 2- to 3-hour window of time. The window can be moved by changing time of administration, and it can be widened by increasing the dose or by mixing standard MPH with SR-20.

Several examples illustrate this point. Fights on the morning school bus indicate that the first MPH dose needs to be given an hour earlier. A calm day except for a raucous lunchtime may be the result of poor lunchroom supervision or the need for an earlier afternoon dose. Teasing and fist-fights on the bus ride home may indicate the early onset of rebound with the need for a 2 PM school dose or a switch to MPH-SR. Fights over getting dressed, tooth brushing, and finishing breakfast may respond to dosing at 6 AM, or to a switch to a longer acting medication, such as desipramine. Problem behaviors at mid-day may be observed by having the parents keep carefully time-annotated diaries about their child's behavioral improvements and side effects over a weekend morning. Unfortunately, this does not always work, because school stresses are environmentally specific. The ADHD child's behavior at home may not mirror his behavior at school.

## THERAPEUTIC MONITORING OF PSYCHOSTIMULANTS

Therapeutic drug monitoring (TDM) schedules for psychostimulant treatment regimens should be based on duration of treatment, the timing of off-drug periods, the pattern of revisits, and the frequency of ratings. First is the planned duration of treatment. Although there is no clear-cut recommendation for the length of psychostimulant treatment, many parents have a reasonable expectation that it will not be open ended. The onset of puberty is one possible stopping point for psychostimulant medication. School-aged children were thought to respond "paradoxically,"

that is, calming down on stimulant medication—an effect that was supposedly lost at puberty. Adolescents, with their known problems with substance abuse, were thought to be particularly vulnerable to psychostimulant euphoria, and might abuse their medications. In addition, some retrospective studies suggested that the motoric hyperactivity of ADHD disappeared during adolescence.

Currently held concepts of medication response and recent data on the natural history of the ADHD syndrome have discarded most of these approaches. The psychostimulant response of ADHD children is not considered "paradoxic," but typical of all diagnostic groups, including normal children.[37] The only exceptions are those children with a diagnosis of psychosis, who can become more agitated when treated with psychostimulants. Furthermore, hyperactivity doesn't necessarily go away. Prospective follow-up studies have shown that approximately 25% of children with the full ADHD syndrome at age 10 will show all signs of the disorder at age 18, including motoric hyperactivity.[31] In addition, adolescents show the same beneficial response to MPH, in magnitude and direction, as do school-aged ADHD children. MPH produces no more signs of euphoria in adolescents than it does in school-aged children.[29] With clear evidence that some individuals continue to suffer from ADHD into adult life, one could advocate psychostimulant treatment indefinitely. What is the clinician to tell the parent?

Dulcan[10] correctly recommends that treatment duration be planned on an individual basis. One method is to plan in single school year units, starting with the present, and lasting at least 1 month into the following school year. Once the child has responded to an initial level of medication, maintenance doses can be set slightly lower. Treatment can be continued if needed at the next decision point the following fall.

This provides a framework for the second concept, a trial off medication. This can be used to determine if treatment should be continued for another year. Medication can be discontinued during the school year, during some stable period. This should not be the beginning of school, when the teacher has an unbridled enthusiasm for each child's potential improvement. Placebo is no longer available from the companies producing MPH (Ciba Geigy, Summit, NJ, and MD Pharmaceuticals, Santa Ana, CA), so the psychostimulants are simply discontinued. Most children do not need to taper their dose of medication, unless they show signs of marked afternoon rebound.

The third part of psychostimulant TDM is a schedule of regularly scheduled visits to the clinician's office. These visits should allow the clinician to observe the child's activity and attentiveness, collect information on beneficial effects and adverse reactions from the parents, and to review the teacher's reports on the patient's academic and social progress of the child. With the family and patient's permission, report cards can be photocopied and placed in the chart. The clinician can also keep rough anecdotal records about social events, including invited play dates, invited sleep-overs, teams joined, and other group activities. In clinical practice, these data are collected anecdotally, and can be recorded in the patient's chart.

Medication compliance should be monitored at each monthly visit. The parent is asked to bring the medication to each visit, so that pill counts can be done and compared to the prescription dates. Height and weight should be taken every 6 months, and the child's pediatrician can be requested to perform a complete physical examination and blood work yearly (complete blood count and liver function studies). The frequency of visits depend on the other therapies recommended. They may be based on the once monthly parental counseling, twice monthly individual therapy, or weekly meetings for individual psychotherapy or behavioral modification management. A minimum frequency should be once monthly, particularly in those nine states that require multiple copy prescription forms, which often limit the psychostimulant ordered to a 30-day supply.

The fourth component of monitoring is the use of structured rating scales. These forms have been the backbone of psychostimulant clinical treatment studies, and have some utility in clinical practice. Each clinician should choose a scale that is useful, interpretable, and convenient to use. It should be usable by both parent and teacher. These scales should not be used as substitutes for an open discussion with the teacher.

The clinician need only collect these forms when he or she needs an assessment or to make decisions about dosage adjustment, time of dosing, or even continuation of medication. Although the original 39-item Conners Teacher Rating Scale[6] is ubiquitous in the field of child psychopharmacology, Satin and his colleagues[43] have shown the validity of the shorter, 10-item Abbreviated Rating Scale (ARS) both as a repeated measure and as a screening tool for identifying school-aged children with ADHD. This short form is best at picking up general problems found in children with disruptive behavior disorders. Like most scales, the ARS assigns weight to each scale point, and sums the weight for each question on the form. With a 10-item scale, and each point weighted between 0 ("not at all") to 3 ("very much"), 10 checks by a parent in the "very much" column yields a total score of 30. There are many scales from which to choose. Dulcan[10] advocates the use of Eldelbrock's 10-item Child Attention Problem Scale which focuses on dimensions of inattention and hyperactivity.

The clinician begins by collecting copies from parent and teacher to determine the child's baseline, pretreatment score, which is usually an average of both questionnaires filled out by teachers and parents 1 week apart. The average score counteracts any tendency for the rating scores to drift downwards. The scale can then be used to determine the child's clinical response. Current thinking indicates that a 20% decrease (with a lower total score indicating improvement) from baseline is required for a positive clinical response.[12] Once the maintenance dose of the stimulants is set, the rating scales for teachers can be repeated at 3-month intervals.

Monitoring can be facilitated with a simple log sheet for each child. This form contains information on the date of the child's visit, medication dispensed, and the revisit date. A sample form, used for monitoring children in the Disruptive Behavior Disorders Clinic at Columbia Presbyterian Medical Center is shown in Figure 3. The simple nature of such a

## LOG OF PATIENT VISITS

Clinician's name _____    Patient's name _____

| Visit no. | Visit date | Informant | Appointment code | C-GAS score | Change since last visit (code) | Meds before this visit | Meds given | No. of pills dispensed | Next appt. date | Comments; List side effects |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Appointment Codes: A = On Time, C = Cancelled, NS = No Show, L = Late
Change since last visit codes: W = Worse, S = Same, I = Improved

Figure 3. Form used for monitoring children in the Disruptive Behavior Disorders Clinic at Columbia Presbyterian Medical Center.

19

form allows a review of each patient's record at a glance over 20 visits, as well as enabling a secretary to enter these records into an off-the-shelf personal computer database program.

Unlike anticonvulsants, it has not been proved effective to monitor psychostimulants by maintaining plasma concentrations within a therapeutic range.[33] Alternative medications such as desipramine, however, do lend themselves to regular monitoring of plasma levels of the parent compound and metabolite every 3 months.

## DRUG INTERACTIONS

Mixing psychostimulants with other psychotropic medications is not advisable. Most serious is the addition of a psychostimulant to a monoamine oxidase inhibitor (MAOI) antidepressant regimen, a potentially lethal combination which can elevate blood pressure to dangerous levels. Zametkin and Rapoport[55] did not advise using the MAOI medication tranylcypromine for ADHD children, despite its excellent response in that condition because a parent might mistakenly substitute methylphenidate if he or she runs out of the child's tranylcypromine, producing a potentially lethal blood pressure surge.[55] Additive effects between psychostimulants and the systemic agents used to treat asthma can produce feelings of dizziness, tachycardia, palpitation, weakness, and agitation. Theophylline, for example, when taken orally can have this undesirable agitating effect. It is best to ask the pediatrician or allergist to switch from the oral ingested preparation to a topical inhalant to avoid such additive effects.

The addition of a neuroleptic to the treatment regimen of a severely disturbed ADHD child raises the possibility that the child's hyperactivity and poor attention span are secondary to an underlying psychotic condition. Psychosis is a contraindication for psychostimulant usage.[10] Although neuroleptics and psychostimulants do not interact in a negative fashion, the Psychotherapeutic Drug Manual used in New York Mental Health Facilities[56] warns against prescribing a stimulant with an antipsychotic. This drug combination will trigger the state's Pharmakon computer medication system to issue a "severity Level 1 exception," which prevents the medication from being dispensed without approval from the facility's drug monitoring committee.

Another type of drug interaction occurs when the psychostimulant competes with another medication for the same metabolic pathway, leading to an increase in the plasma concentration of both drugs. MPH will elevate the plasma level of antidepressants, anticonvulsants, coumarin anticoagulants, and phenylbutazone. In particular, MPH will elevate the concentration of the serotonin reuptake blocker fluoxetine, greatly enhancing the ability of both compounds to produce agitation. These combinations should be avoided.

The psychostimulants can also interfere with the action of other medications. MPH can block the antihypertensive action of guanethidine. Dextroamphetamine blocks the action of some beta-adrenergic antagonists, and slows the intestinal absorption of phenytoin and phenobarbital.

The renal clearance of dextroamphetamine is enhanced by urine acidifying agents, whereas renal clearance is decreased by urine alkaliniz-ing agents. This is also true for ritalinic acid, although this metabolite is not active in the CNS.

## ALTERNATE MEDICATIONS

Psychostimulants are not the best medications for all children. Ap-proximately 25% of school-aged children will not respond well to psy-chostimulants; one recent study has shown that the majority of treatment failures are due to adverse side effects because true non-responders proba-bly make up less than 4% of patients treated.[12] There are a number of reasons for choosing alternate medications. First and foremost is the fail-ure of psychostimulants to ameliorate the signs of ADHD. Most often, this is due to severe adverse effects that prevent the patient from taking an effective dose. Such side effects include extreme initial insomnia; abdomi-nal pain or nausea; intense anorexia that so upsets the parent that they stop the medicine; stimulant-induced dysphoria; or marked "rebound" (hyperactivity, aggressiveness, and irritability during late afternoon) that is not resolved by dose adjustment or switching to another stimulant. The mentally retarded school-aged child may be more susceptible to the dose-limiting side effects of psychostimulants. A controlled study of 27 children with ADHD and IQs that range from 48 to 74 revealed an increased susceptibility to motor tics (three children) and severe social withdrawal (two children).[22] Aman and colleagues[2] reported that mentally retarded children whose Stanford Binet IQ is below 45 or whose actual mental age lies below 4.5 years are not good responders to MPH.

Second, the presence of involuntary muscle movements (tics), full-blown Tourette's syndrome, or a family history of Tourette's syndrome in a child with ADHD probably rules out treatment with psychostimulants. These medications can exacerbate the frequency of and variety of move-ments, although one controlled study revealed a decrease in tic rate in three of four boys treated with standard doses of MPH.[52] Third, one should not prescribe stimulants if a family member is at risk for selling stimulants or abusing them.[10] Fourth, alternate medications may be indi-cated for those children whose parents find the twice a day dosing regi-men impossible to maintain, or those children who cannot receive any doses of psychostimulants in school.

Controlled studies comparing psychostimulants with tricyclic antide-pressants (TCAs) appeared in the mid-1970s, and have verified the TCAs as a reliable, effective alternative psychopharmacologic treatment for ADHD. As a drug class, TCAs have a number of advantages over stimu-lants. These medications have a longer duration of action because of their 10- to 15-hour half-life, and can support once-per-day dosing schedules that allow the medication to be given exclusively at home. TCAs are not classified as drugs of abuse or dependence, and have been used with adolescents when the potential for stimulant abuse has been raised. Un-like psychostimulants, plasma TCA levels can be monitored, and there is

22    GREENHILL

some agreement about what constitutes therapeutic concentrations (150 to 200 ng/mL of parent compound plus active metabolites) and toxic concentrations (over 250 ng/mL of parent compound plus active metabolites). This agreement allows the clinician to adjust the oral dose by blood level.

Desipramine (DMI) has been the best studied TCA for the treatment of ADHD. DMI at a mean dose of 3.38 mg/kg has been shown to be superior to placebo in reducing motor hyperactivity in ADHD children, but there was no improvement in cognitive tasks.[9] Increases in diastolic blood pressure and heart rate were found. A larger controlled study of 60 ADHD school-aged children found a 68% improvement rate ('much' to 'very much' improved in the global teachers' ratings of signs of ADHD) at 4.46 mg/kg, compared to a 10% response rate for those children on placebo.[4]

TCAs present more risks than do psychostimulants, however. Early psychopharmacologic studies employed adult TCA doses, up to 15 mg/kg/d, and a child died while treated with that dose. Children show more cardiotoxicity than adults when exposed to the hydroxy metabolites of imipramine. Dosing guidelines limit children's doses to 5 mg/kg/d, and require electrocardiographic (ECG) monitoring. The Physician's Desk Reference, and TCA package inserts do not list ADHD as an indication for use, and the minimum age for treatment with DMI is 12 years old. Imipramine can be used in children, but only for enuresis; its major metabolite is DMI, which often exists as higher concentrations in the plasma than does the parent compound.

The major side effects of DMI reported in ADHD children consist of dry mouth (32%); decreased appetite or headaches (29%); abdominal discomfort or tiredness (26%); and dizziness or insomnia (23%).[4] Some DMI-treated patients develop sinus tachycardia and intraventricular conduction defects consisting of the right bundle branch block.[4] Other side effects that have prevented dose increases with imipramine include increases in diastolic blood pressure and weight loss.

Three DMI-treated, ADHD school-aged children were reported to have died suddenly following brief exercise. This has raised serious concerns about the use of DMI in prepubertal ADHD children.[39] All three children were treated with doses well below the 5 mg/kg/d guideline, and the mechanism of death is not clearly related to cardiac conduction defect or an arrhythmia. One theory suggests an abnormal discharge during the vulnerable segment of the $QT_c$ interval could trigger ventricular tachycardia. The decision to employ DMI in the treatment for ADHD should be done with caution, after having obtained a clear history that shows no evidence of sudden cardiac death in family members. DMI should not be used if ECG shows evidence of an abnormally long $QT_c$ interval (over 0.48 seconds in the school-aged group).

If DMI is to be used as an alternative medication, it should be started at 10 to 25 mg (0.5 to 1.0 mg/kg/d) in divided doses, if possible, and raised 1 mg/kg/wk. Children may respond to doses as low as 2 mg/kg, although some children will need to be treated with 5 mg/kg/d, which should be the maximum dose used. Divided doses should be administered to younger children (morning, after school, bedtime); although older ado-

lescents may be given a single bedtime dose. Dulcan[10] recommends using a 2-week period of evaluation of the TCA at any particular dose level to determine if the medication is working.

ECG monitoring should be carried out at baseline, 1 mg/kg, 3 mg/kg and 5 mg/kg. It should be repeated at 3-month intervals. Limits set on ECG parameters include heart rate under 130 beats per minute; PR interval less than 0.22 seconds; QRS complex in excess of 130% of baseline; and QTc interval less than 0.48 seconds. If these are exceeded at any time, the next dose of medication should be held, and the overall daily dosing set to have the current level until the ECG (done daily) returns to normal.

Clonidine, an antihypertensive medication, has been used as an alternative psychopharmacologic agent for the treatment of ADHD, and has been reported to be effective in 70% of those patients treated in one controlled study on the treatment of ADHD children.[26] It may be best suited for the child who has been "hyperaroused," that is, has high levels of motor activity, and is very aggressive. In addition, it may be preferred for the child with a lower IQ, who tends to show higher rates of psychostimulant effects, particularly emotional blunting.

Clonidine is an alpha$_2$ noradrenergic agonist, which acts on noradrenergic presynaptic receptors and has been shown to decrease firing rates in the locus coeruleus. This brain region contains a high density of norepinephrine neuron cell bodies and has been linked to hyperarousal states such as panic attacks and excitability during withdrawal from opiates. Treatment of ADHD begins after a baseline blood pressure has been recorded; blood pressures should be taken routinely with every visit. Dosing schedules begin with a 0.05-mg dose, which is half of the standard 0.1-mg pill, and is increased every 3 days until the child is improved or until a top dose of 0.3 mg/d is reached. Hunt[26] recommends a dose range of 3 to 4 $\mu$g/kg/d, which works out to 0.1 mg (100 $\mu$g) in a 25-kg child. A skin patch, in the form of Catapres-TTS (transdermal therapeutic system)-1,2,3, which delivers 0.1, 0.2, and 0.3 mg, respectively, is available for those children who are non-compliant with pills. Limiting side effects include sedation, rashes with the skin patch, orthostatic hypotension (less than 5% of those treated), headache, dizziness, stomachache, nausea, vomiting, rebound hypertension if the medication is suddenly stopped, depression, and cardiac arrhythmias. Retinal degeneration has been seen in animals treated with very high-dose clonidine, but has not been reported in human beings.

Other medications have been used in the treatment of ADHD, but have shown less efficacy, or have more worrisome side effects. Thioridazine has been shown to be almost as effective as MPH for the treatment of ADHD,[18] but it has many more side effects, including weight gain, bed wetting, and the risk of tardive dyskinesia. Although lithium has proved effective for the treatment of aggressiveness in inpatient children with conduct disorder, no published study has shown lithium's efficacy in the treatment of ADHD alone. Although there is no PDR indication for its use in the treatment of ADHD, buproprion may be used as an alternative to psychostimulants, starting at 1 mg/kg/d and increasing to a dose of 6 mg/kg/d.

**24**   GREENHILL

## CONCLUSIONS

Psychostimulant medications have become a mainstay in the American treatment of the ADHD. This popularity may be a result of the proven efficacy of these compounds during short-term controlled studies, as shown by improvements in global ratings by teachers and parents. In fact, the majority of ADHD children respond to either MPH or dextroamphetamine; therefore, non-responders are rare.[12] Yet the long-term response of ADHD children to MPH and other psychostimulants is not supported by the literature, which does not show this treatment's efficacy over years.[27] Optimal treatment involves planning for a multimodal treatment program, which combines educational and psychosocial treatments with medication therapy.

Treatment plans that center on psychostimulant medication have flourished for a number of reasons. The effects of psychostimulants are rapid, dramatic, and normalizing. The risk of long-term side effects remains low because no substantial impairments have emerged to lessen the remarkable therapeutic benefit-to-risk ratio of these medications. The main contender, desipramine, is now viewed with caution by most professionals after the report of sudden death in three school-aged boys. Other more demanding (both for patient and the professional) treatments, including behavioral modification and cognitive behavioral therapies, have, at best, only equaled treatment with psychostimulants. In a number of instances, the combination of behavioral and medication therapies is only slightly more effective than the medication alone.[14]

The danger for patients and professionals comes during long-term therapeutic drug monitoring. It is essential to show, in a positive sense, that the continuation of the psychostimulant will benefit the patient. This requires the implementation of yearly drug holidays, with the professional actively collecting ratings. Only then can one justify the maintenance of a potentially helpful, but clearly powerful, treatment modality.

## References

1. Abikoff H, Gittelman R: Hyperactive children treated with stimulants. Arch Gen Psychiatry 42:953–961, 1985
2. Aman MG, Marks RE, Turbott SH, et al: Clinical effects of methylphenidate and thioridazine in intellectually subaverage children. J Am Acad Child Adolesc Psychiatry 30:246–256, 1991
3. American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, ed 3. Washington, American Psychiatric Association, 1987
4. Biederman J, Baldessarini RJ, Wright V, et al: A double-blind placebo controlled study of desipramine in the treatment of ADD: I. Efficacy. J Am Acad Child Adolesc Psychiatry 28:777–784, 1989
5. Birmaher BB, Greenhill LL, Cooper MA, et al: Sustained release methylphenidate: Pharmacokinetic studies in ADDH males. J Am Acad Child Adolesc Psychiatry 28:768–772, 1989
5a. Bradley W: The behavior of children receiving benzedrine. Am J Psychiatry 94:577–585, 1937
6. Conners CK, Barkley R: Rating scales and checklists for child psychopharmacology. Psychopharmacol Bull 21:816–832, 1985

7. Cowart VS: The ritalin controversy: What's made this drug's opponents hyperactive? JAMA 259:S-W, 1988
8. Diener R: Toxicology of methylphenidate. *In* Osman B, Greenhill LL (eds): Ritalin: Theory and Patient Management. New York, Mary Ann Liebert, 1991, p 435–455
9. Donnelly M, Zametkin AJ, Rapoport JL: Treatment of hyperactivity with desipramine: plasma drug concentrations, cardiovascular effects plasma and urinary catecholamine levels, and clinical response. Clin Pharmacol Ther 39:72–81, 1986
10. Dulcan M: Using psychostimulants to treat behavior disorders of children and adolescents. Journal of Child and Adolescent Psychopharmacology 1:7–20, 1990
11. DuPaul GJ, Barkley RA: Medication therapy: *In* Barkley RA (ed): Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment. New York, Guilford Press, 1990, pp 573–612
12. Elia J, Rapoport J: Methylphenidate versus dextroamphetamine: Why both should be tried. *In* Osman B, Greenhill LL (eds): Ritalin: Theory and Patient Management. New York, Mary Ann Liebert, 1991, pp 243–265
13. Gadow K: Effects of stimulant drugs on academic performance in hyperactive and learning disabled children. Journal of Learning Disorders 16:190–199, 1991
13a. Gadow K, Nolan E, Sverd J, et al: Methylphenidate in aggressive-hyperactive boys: I. Effects on peer aggression in public school settings. J Am Acad Child Adolesc Psychiatry 29:710–718, 1990
14. Gittelman K: Pharmacotherapy of childhood hyperactivity: An update. *In* Meltzer HY (ed): Psychopharmacology: The Third Generation of Progress. New York, Raven, 1987, pp 1215–1224
15. Gittelman R, Kanner A: Psychopharmacotherapy. *In* Quay H, Werry J (eds): Psychopathological Disorders of Childhood. New York, Wiley, 1986, pp 455–495
16. Gittelman R, Mannuzza S: Hyperactive boys almost grown up: III. Methylphenidate effects on ultimate height. Arch Gen Psychiatry 45:1131–1134, 1988
17. Gittelman-Klein R: Diagnosis and drug treatment of childhood disorders: attention deficit disorder with hyperactivity. *In* Klein DF, Gittelman-Klein R, Quitkin F, Rifkin A (eds): Diagnosis and Drug Treatment of Psychiatric Disorders: Adults and Children, ed 2. Baltimore, Williams and Wilkins, 1980, pp 590–695
18. Gittelman-Klein R, Klein DF, Katz S, et al: Comparative effects of methylphenidate and thioridazine in hyperactive children. Arch Gen Psychiatry 33:1217–1231, 1976
19. Gittelman-Klein R, Landa B, Mattes JA, et al: Methylphenidate and growth in hyperactive children. Arch Gen Psychiatry 45:1127–1130, 1987
20. Greenhill LL: Stimulant-relation growth inhibition in children: A review. *In* Gittelman M (ed): Strategic Interventions for Hyperactive Children. Armonk, NY, M.E. Sharpe, Inc, 1981, pp 39–63
21. Greenhill LL, Puig-Antich J, Novacenko H, et al: Prolactin, growth hormone and growth responses in boys with attention deficit disorder and hyperactivity treated with methylphenidate. J Am Acad Child Adolesc Psychiatry 23:58–67, 1984
22. Handen BL, Feldman H, Gosling A, et al: Adverse side effects of methylphenidate among mentally retarded children with ADHD. J Am Acad Child Adolesc Psychiatry 30:241–245, 1991
23. Hauger RL, Angel LJ, Janowsky A, et al: Brain recognition sites for methylphenidate and amphetamines. *In* Deutsch S, Weizman A, Weizman R (eds): Application of Basic Neuroscience to Child Psychiatry. New York, Plenum Medical Book Company, 1990, pp 77–100
24. Hechtman L, Weiss G, Perlman T, et al: Hyperactive as young adults: Initial predictors of adult outcome. J Am Acad Child Adolesc Psychiatry 23:250–260, 1984
25. Horn WF, Islongo NS, Pascoe JM, et al: Additive effects of psychostimulants, parent training, and self-control therapy with ADHD children. J Am Acad Child Adolesc Psychiatry 30:233–240, 1991
26. Hunt R, Minderaa R, Cohen D: Clonidine benefits children with attention deficit disorder and hyperactivity: Report of a double-blind placebo-crossover therapeutic trial. J Am Acad Child Adolesc Psychiatry 24:617–629, 1985
27. Jacobvitz D, Srouge LA, Stewart M, et al: Treatment of attentional and hyperactivity problems in children with sympathomimetic drugs: A comprehensive review. J Am Acad Child Adolesc Psychiatry 29:677–688, 1991

28. Klein D: Treatment of anxiety, personality, somatoform and factitious disorders. *In* Klein D, Gittelman R, Quitkin F, Rifkin A (eds): Diagnosis and Drug Treatment of Psychiatric Disorders: Adults and Children. Baltimore, Williams and Wilkins, 1980, pp 539–573

29. Klorman R, Brumaghim JT, Fitzpatrick PA, et al: Clinical effects of a controlled trial of methylphenidate on adolescents with attention deficit disorder. J Am Acad Child Adolesc Psychiatry 29:702–709, 1991

30. Kohn A: Suffer the restless children. Atlantic Monthly 264:90–100, 1989

31. Mannuzza S, Gittelman-Klein R, Konig PH, et al: Hyperactive boys almost grown up. II. Status of subjects without a mental disorder. Arch Gen Psychiatry 45:13–18, 1988

32. Pelham WE, Bender ME, Cadell J, et al: The dose-response effects of methylphenidate on classroom academic and social behavior in children with attention deficit disorder. Arch Gen Psychiatry 42:948–952, 1985

33. Perel J, Greenhill LL, Curran S, et al: Correlates of pharmacokinetics and attentional measures in methylphenidate treated hyperactive children. J Clin Pharmacol, in press

34. Perel JW, Dayton PG: Methylphenidate. *In* Usdin E, Forrest I (eds): Psychotherapeutic Drugs. Part II. New York, Marcel Dekker, 1976, pp 1287–1316

35. Physicians' Desk Reference, 1991, ed 45. Oradell, NJ, Medical Economics Data, 1991, pp 865–866

36. Prendergast M, Taylor E, Rapoport J, et al: The diagnosis of childhood hyperactivity: A U.S.-U.K. cross-national study of DSM-III and ICD-9. Journal of Child Psychology and Psychiatry 29:289–300, 1988

37. Rapoport J, Buchsbaum M, Weingartner H: Dextroamphetamine: Its cognitive and behavioral effects in normal and hyperactive boys and normal men. Arch Gen Psychiatry 37:933–943, 1980

38. Rapport MD, DuPaul GJ, Kelly KL: Attention deficit hyperactivity disorder and methylphenidate: The relationship between gross body weight and drug response in children. Psychopharmacol Bull 25:285–290, 1989

39. Riddle M, Nelson JC, Kleinman CS, et al: Sudden death in children receiving norpramin: A review of three reported cases and summary. J Am Acad Child Adolesc Psychiatry 30:104–108, 1991

40. Roche AF, Lipman RS, Overall JE, et al: The effects of stimulant medication on the growth of hyperactive children. Pediatrics 63:847–849, 1979

41. Safer DJ, Krager JM: A survey of medication treatment for hyperactive/inattentive students. JAMA 260:2256–2258, 1988

42. Sallee FR, Stiller R, Perel J, et al: Oral pemoline kinetics in hyperactive children. Clin Pharmacol Ther 37:606–609, 1985

43. Satin M, Winsberg B, Monetti C, et al: A general population screen for attention deficit disorder with hyperactivity. J Am Acad Child Adolesc Psychiatry 24:756–764, 1985

44. Satterfield JH, Cantwell DP, Schell A, et al: Growth of hyperactive children with methylphenidate. Arch Gen Psychiatry 36:212–217, 1979

45. Schachar R, Taylor E, Wieselberg M, et al: Changes in family function and relationships in children who respond to methylphenidate. J Am Acad Child Adolesc Psychiatry 26:728–732, 1987

46. Schmidt WE: Sales of drug are soaring for treatment of hyperactivity. The New York Times C 2, May 5, 1988

47. Sherman M: Prescribing practice of methylphenidate: The Suffolk County study. *In* Osman B, Greenhill LL, (eds): Ritalin: Theory and Patient Management. New York, Mary Ann Liebert, 1991, pp 401–420

48. Solanto MV: Dosage effects of ritalin on cognition. *In* Osman B, Greenhill LL (eds): Ritalin: Theory and Patient Management. New York, Mary Ann Leibert, 1991, pp 150–171

49. Solanto MV, Wender, EH: Does methylphenidate constrict cognitive functioning? J Am Acad Child Adolesc Psychiatry 28:897–902, 1989

50. Speltz ML, Varley CK, Peterson K, et al: Effects of dextroamphetamine and contingency management on a preschooler with ADHD and oppositional defiant disorder. J Am Acad Child Adolesc Psychiatry 27:175–178, 1988

51. Sprague RL, Sleator EK: Methylphenidate in hyperkinetic children: Differences in dose effects on learning and social behavior. Science 198:1274–1276, 1977

52. Sverd J, Gadow KD, Paolicelli LM: Case study: Methylphenidate treatment of atten-

tion-deficit hyperactivity disorder in boys with Tourette's disorder. J Am Acad Child
Adolesc Psychiatry 28:574–579, 1989
53. Weiner N: Drugs that inhibit adrenergic nerves and block adrenergic receptors. *In*
Gilman A, Goodman L (eds): Norepinephrine, Epinephrine and the Sympathomimetic
Amines. The Pharmacological Basis of Therapeutics, New York, Macmillan, 1991, pp
145–180
54. Zametkin A, Rapoport J, Murphy DL, et al: Treatment of hyperactive children with
monoamine oxidase inhibitors, I: Clinical efficacy. Arch Gen Psychiatry 42:962–968,
1985
55. Zametkin AJ, Rapoport JL: Neurobiology of attention deficit disorder with hyperactiv-
ity: Where have we come in 50 years? J Am Acad Child Adolesc Psychiatry 26:676–
686, 1987
56. Zito JM: Monitoring the use of psychotherapeutic agents. *In* Zito JM (ed): Psychothera-
peutic Drug Manual: For Use in New York State Mental Health Facilities. Utica, New
York, Utica State Press, 1989, pp 1–5

*Address reprint requests to*
Laurence L. Greenhill, MD
New York State Psychiatric Institute
722 West 168th Street
New York, NY 10032