# Pharmacokinetic Determinants of Nitrate Action

HO-LEUNG FUNG, Ph.D.
Buffalo, New York

An update on some of the recent studies relating to organic nitrate pharmacokinetics and pharmacodynamics is presented. The systemic clearance of nitroglycerin was found to be unaffected by portacaval shunting in animals. Thus, the liver only plays a minor role in the metabolism of systemic nitroglycerin. Organic nitrates are extensively taken up by blood vessels in which metabolic activation can occur to produce vascular activity. During sustained therapy, nitrate metabolites may decrease the systemic and hepatic clearance of the parent drug, thus increasing its plasma concentration. Metabolites could also decrease the extent of metabolism in vascular tissues, thus contributing to vascular nitrate tolerance. Therefore, during long-term angina therapy when metabolites are present, the same plasma nitrate concentration may produce less effects compared with that obtained after acute dosing. Nitrate action was shown to be possibly dependent on the rate of drug input. An alternate dosing mode is proposed that speculatively may provide an improvement in producing and maintaining nitrate action in long-term angina therapy.

In last year's symposium, a review of the pharmacokinetics of nitroglycerin and long-acting nitrates was given [1]. It was shown that the pharmacokinetic properties of these agents were quite unusual, in that (1) their systemic clearances are exceedingly large—in the case of nitroglycerin, that clearance was shown to exceed cardiac output [2,3]—, and (2) during long-term administration, ocurrence of circulatory and antianginal tolerance was accompanied by an observation of increased, rather than decreased, nitrate plasma concentrations [4,5].

In this presentation, some of the recent results pertaining to the elucidation of these unusual features of organic nitrate pharmacokinetics are discussed. The major goal here is to examine how nitrate action may be interpreted from the pharmacokinetic viewpoint. In particular, the following questions are addressed: What factors might govern blood (or plasma) nitrate concentrations? What do these concentrations mean, if anything? Is there an ideal blood nitrate concentration profile that may be considered optimal for sustained nitrate therapy?

### ROLE OF THE LIVER IN NITROGLYCERIN DISPOSITION

In 1972, Lang et al [6] showed that in eviscerated rats, the elimination half-life of intravenously administered $^{14}C$-nitroglycerin was markedly prolonged, approaching the value seen when the drug was incubated with whole blood. This result would suggest that the liver is primarily responsible for the metabolism of intravenously administered nitro-

From the Department of Pharmaceutics, School of Pharmacy, State University of New York at Buffalo, Buffalo, New York. This work was supported in part by Grant HL22273 and Grant GM20852 from the National Institutes of Health, Bethesda, Maryland. Requests for reprints should be addressed to Dr. Ho-Leung Fung, Department of Pharmaceutics, Cooke Hall, State University of New York at Buffalo, Buffalo, New York 14260.

DTX 631

Alza v. Andrx
C.A. No. 05-642-JJF

glycerin. However, the observations of systemic clearance values for nitroglycerin that are close to, or in excess of, normal cardiac output (let alone liver blood flow) in man [1–3] and in animals [7,8] argue directly against this conclusion. Thus, if the liver were the major clearing organ for organic nitrates, then the limiting value for systemic clearance of these drugs should be that of liver blood flow, not that of cardiac output.

Blei et al [9] recently carried out animal experiments to clarify this apparent inconsistency. These investigators infused nitroglycerin intravenously into both portacaval-shunted animals and sham-operated controls. Portal-systemic shunting was measured to be about 99 percent in the shunted animals, but the systemic plasma nitroglycerin clearance did not differ in the two groups: the mean ± S.E. clearance values were 0.48 ± 0.04 L/kg per minute in the shunted animals versus 0.44 ± 0.03 L/kg per minute in controls, respectively. These data clearly indicate that the liver does not play a major role in the elimination of systemically administered nitroglycerin. These investigators went on to suggest that the systemic clearance of nitroglycerin may be limited in part by cardiac output, after correction of the contributions from the arterial/venous gradient [10] and blood degradation [11,12]. They further suggested that in the earlier study [6], complete evisceration of the animal may cause profound hemodynamic perturbations that, in turn, may lead to reduced clearance.

## VASCULAR KINETICS OF NITRATES

Thus, metabolism of systemic nitroglycerin should derive mainly from extrahepatic tissues. This point has been recently confirmed by Fung et al [13] who showed that, in the rat, in vitro metabolism of nitroglycerin and isosorbide dinitrate by extrahepatic tissues (viz: blood vessels, lung, abdominal muscles) does occur and that this takes place at rates approaching those seen with liver homogenates. Interestingly, blood vessels showed avid uptake of nitroglycerin from the systemic circulation: after a bolus intravenous injection of nitroglycerin, blood vessel concentrations at the vena cava and aorta were several times higher than that found in plasma. Since the apparent disappearance rate of nitroglycerin in blood vessels is about half of that occurring in plasma, the ratio of blood vessel to plasma nitroglycerin concentration increases with time [13].

A clearer picture of in vivo nitroglycerin disposition appears to have emerged: nitroglycerin is rapidly taken up and metabolized by extrahepatic tissues, including the vasculature. Little, if any, of the distributed drug emanating from the systemic circulation returns to it. This extensive tissue distribution and metabolism contribute to the very low, and often fluctuating, concentration of nitroglycerin observed in the systemic circulation.

The demonstration of nitrate metabolizing activity in blood vessels is of particular interest since both popular hypotheses of nitrate action—(viz: the sulfhydryl hypothesis of Needleman et al [14] and the nitrosothiol hypothesis of Ignarro et al [15])—require vascular metabolism of nitrates either as a result of, or prior to, vasodilatation. It will also be argued later in this presentation that vascular tolerance to nitrates may also arise, in part, from an alteration in this metabolic activation in the vasculature. Thus, the kinetic processes central to the determination of nitrate action may be those relating to vascular uptake and metabolism, rather than those occurring in the systemic circulation.

## METABOLITE INTERACTION

The issue of nitrate tolerance in the clinical setting is controversial and has been critically examined in the last symposium by Armstrong and Moffat [16]. Although there is little evidence to suggest the presence of significant tolerance during nitrate therapy in congestive heart failure [16–18], the data regarding nitrate tolerance in antianginal therapy are equivocal. Thus, although several studies suggest nitrate tolerance to be nonproblematic [16], others [4,5,19,20] have shown significant diminution of the circulatory and antianginal effects of nitrates during long-term therapy.

The relationship between plasma nitrate concentration and pharmacologic effects was examined recently [4,5,19]. An apparently paradoxical phenomenon was observed wherein attenuation of the pharmacologic effects of isosorbide dinitrate occurred during long-term therapy when increased plasma concentrations of this nitrate were seen. This phenomenon has to be reconciled if any consistent mechanism of nitrate action and tolerance is to be developed.

In animal studies [21,22], we have shown that the mononitrate metabolites of isosorbide dinitrate can decrease the systemic and hepatic metabolism of the parent drug. Thus, during long-term isosorbide dinitrate therapy, the accumulated metabolites (which have longer elimination half-lives) could potentially reduce the systemic clearance of isosorbide dinitrate, thus leading to increases in its plasma concentrations. Supportive evidence for metabolite interaction with isosorbide dinitrate in man appears to be present: Morrison et al [23] directly measured the hepatic extraction of isosorbide dinitrate in four cardiac patients after an intravenous infusion of this drug for 15 minutes. Plasma isosorbide dinitrate and metabolite concentrations in arterial and hepatic venous blood were monitored. These investigators showed that the apparent extraction of isosorbide dinitrate was high (90 percent) at the beginning of the infusion but that this parameter fell to about 44 percent one hour after termination of infusion (**Figure 1**). The decrease in isosorbide dinitrate concentration gradient across the liver



**Figure 1.** Mean apparent isosorbide dinitrate (ISDN) hepatic extraction ratio (± S.E., n = 4) versus time profile. Regression line: $y = -0.0051X + 0.82$, $r = -0.46$, $p < 0.01$, $n = 45$ [23].



**Figure 2.** Apparent decline in apparent isosorbide dinitrate (ISDN) hepatic extraction ratio with increasing arterial isosorbide-5-mononitrate concentration. Symbols represent four different patients. Regression line: $y = -0.017X + 0.85$; $r = -0.49$, $p < 0.001$, $n = 45$ [23].

correlates with an increase in plasma isosorbide-5-mononitrate concentration (**Figure 2**). Although a direct cause-and-effect relationship cannot be conclusively established at this time, these data are consistent with the concept of metabolite inhibition in nitrate pharmacokinetics in man.

Animal data linking the phenomena of metabolite inhibition and vascular nitrate tolerance have been recently obtained [22]. Rats were made nitrate-tolerant using the dosing regimen described by Needleman et al [24], and the in vitro metabolic activities of selected blood vessel segments were compared between tolerant animals and controls. It was shown that metabolite production was reduced by about 40 percent in arterial and venous blood vessels as a result of nitrate tolerance. Interestingly, a shift in the metabolite distribution of isomeric dinitroglycerin also occurred during tolerance development: production of the less active metabolite, 1,3-dinitroglycerin, was favored over that of its more potent isomer, 1,2-dinitroglycerin.

Thus, a scenario of nitrate pharmacokinetics and pharmacodynamics appears to have been evolved: nitrates are rapidly and extensively distributed to vascular tissues in which they are metabolized. Vascular metabolism may be necessary for vasodilatation. During long-term administration, systemic clearance and vascular metabolism may be decreased, possibly due to metabolite interaction. This reduced clearance leads to increased nitrate concentrations in the systemic circulation, but the attenuated vascular metabolism also leads to reduced vascular activity.



**Figure 3.** Data of Thadani et al [5] after sustained isosorbide dinitrate (ISDN) dosing at 15 mg (O) and 120 mg (●) four times daily for one week.



**Figure 4.** Two alternate dosing modes for sustained nitrate therapy.

SECOND NORTH AMERICAN CONFERENCE ON NITROGLYCERIN THERAPY—FUNG

**BLOOD LEVELS AND THERAPEUTIC EFFECTS**

So far, we have presented data suggesting that blood (or plasma) concentrations of nitrates are, at best, complex indicators of their pharmacologic effects. Probably because of altered systemic pharmacokinetics and vascular metabolism as a function of duration of therapy, the same systemic concentration that produces a beneficial effect during acute dosing may no longer do so during long-term dosing [4,19].

In fact, existing data suggest that the actual systemic concentration, as such, may not be as important as a change in concentration in producing nitrate action. The rationale for this argument may be illustrated by data shown in **Figure 3** that were taken from a study of Thadani et al [5]. In that work, patients with stable angina pectoris were given isosorbide dinitrate first acutely, and then on a long-term basis at 15, 30, 60 or 120 mg four times daily for one week at each dose level. Treadmill walking time and plasma isosorbide dinitrate concentrations were monitored, among other parameters, at the end of each dosing period. Figure 3 shows the data obtained for the 15 and 120 mg dose levels. It is seen that although the plasma isosorbide dinitrate concentrations were uniformly higher for the 120 mg dose over the entire dosing period, the improvements in treadmill exercise time were essentially similar for the two doses studied. Interestingly, the plasma nitrate concentration at 120 mg before the dose of isosorbide dinitrate was given was higher than the peak concentrations observed with the 15 mg dose, but it did not produce any significant increase in the treadmill walking time. On the other hand, peak improvements in exercise tolerance was temporally related to peak plasma concentrations at the 15 mg dose. There is not clear explanation for this observation at this time, but the data strongly suggest that the rate of drug input may yet be another determinant of nitrate action. A rising nitrate "blood level" may be beneficial in producing sustained nitrate action.

Another important factor in the consideration of nitrate dosing regimen is the rates with which nitrate tolerance appears and disappears. Parker et al [19] and Thadani et al [25] suggested that tolerance to oral isosorbide dinitrate occurred with several doses and that reversal of tolerance also occurred rapidly, within 21 hours of the last dose [19]. Since previous data regarding tolerance to oral isosorbide dinitrate were established six to 10 hours after the last dose was given [4,5], it it quite possible that isosorbide dinitrate tolerance may be reversed within 10 to 21 hours after a previous dose. The rates of tolerance development and reversal for nitroglycerin, however, have not been clearly established.

Reichek has presented data in this Symposium that showed a transdermal nitroglycerin system to be only effective for several hours but not for the 24-hour period as claimed. This transdermal system, like all others currently in use, delivers nitroglycerin to the systemic circulation via a conventional input mode (**Figure 4**) that aims at producing sustained steady-state nitrate concentrations over the dosing period. Given the results reported earlier here, it would appear that this conventional dosing mode may not be optimum for sustained nitrate therapy. An alternate input mode might be one that involves escalating rates of drug delivery so that increasing systemic nitrate concentrations may be achieved. If nitrate tolerance is a concern over the 24-hour dosing period, then a drug washout period may be incorporated (most likely during the sleeping hours) to allow for possible regeneration of vascular activity. A composite dosing mode that involves escalating input of nitroglycerin during the awake period coupled with some washout may now be proposed, albeit in a speculative fashion (Figure 4). Obviously, the validity of this dosing approach has to be experimentally tested, and the potential problems arising from it (for example, control of nocturnal angina) are yet to be fully appreciated.

**REFERENCES**

1. Fung H-L: Pharmacokinetics of nitroglycerin and long-acting nitrate esters. Am J Med 1983; 74 (suppl 6B): 13–20.
2. McNiff EF, Yacobi A, Young-Chang FM, Golden LH, Goldfarb A, Fung H-L: Pharmacokinetics of nitroglycerin after intravenous infusion in normal subjects. J Pharm Sci 1981; 70: 1054–1058.
3. Armstrong PW, Armstrong JA, Marks GS: Pharmacokinetic-hemodynamic studies of intravenous nitroglycerin in congestive cardiac failure. Circulation 1980; 62: 160–166.
4. Fung H-L, McNiff EF, Ruggirello D, Darke A, Thadani U, Parker JO: Kinetics of isosorbide dinitrate and relationships to pharmacological effects. Br J Clin Pharmacol 1981; 11: 579–590.
5. Thadani U, Fung H-L, Darke AC, Parker JO: Oral isosorbide dinitrate in angina pectoris. Comparison of duration of action and dose response relationship during acute and sustained therapy. Am J Cardiol 1981; 49: 411–419.
6. Lang S, Johnson EM Jr, Needleman P: Metabolism of and vascular responses to glyceryl trinitrate in the eviscerated rat. Biochem Pharmacol 1972; 21: 422–424.
7. Yap PSP, Fung H-L: Pharmacokinetics of nitroglycerin in the rat. J Pharm Sci 1978; 67: 584–586.
8. Fung H-L, Ogata H, Kamiya A, Maier GA: Pharmacokinetics of nitroglycerin after parenteral and oral dosing in the rat. J Pharm Sci; in press.
9. Blei AT, Gottstein J, Fung H-L: The role of the liver in the disposition of intravenous nitroglycerin in the rat. Biochem Pharmacol; in press.
10. Armstrong PW, Moffat JA, Marks GS: Arterial-venous nitroglycerin gradient during intravenous infusion in man. Cir-

culation 1982; 66: 1273–1276.
11. Armstrong JA, Slaughter SE, Marks GS, Armstrong PW: Rapid disappearance of nitroglycerin following incubation with human blood. Can J Physiol Pharmacol 1980; 58: 459–462.
12. Noonan PK, Benet LZ: Formation of mono- and dinitrate metabolites of nitroglycerin following incubation with human blood. Int J Pharmaceut 1982; 12: 334–340.
13. Fung H-L, Sutton SC, Kamiya A: Blood vessel uptake and metabolism of organic nitrates in the rat. J Pharmacol Exp Ther 1984; 228: 334–341
14. Needleman P, Johnson EM, Jr: Mechanism of tolerance development to organic nitrates. J Pharmacol Exp Ther 1973; 184: 709–715.
15. Ignarro LF, Lippton H, Edwards JC, et al: Mechanism of vascular smooth muscle relaxation by organic nitrates, nitrites, nitroprusside and nitric oxide: evidence for the involvement of S-nitrosothiols as active intermediates. J Pharmacol Exp Ther 1981; 218: 739–749.
16. Armstrong PW, Moffat JA: Tolerance to organic nitrates: clinical and experimental perspectives. Am J Med 1983; 74 (suppl 6B): 73–84.
17. Franciosa J, Cohn JN: Sustained hemodynamic effects without tolerance during long term isosorbide dinitrate treatment of chronic left ventricular failure. Am J Cardiol 1980; 45: 648–654.
18. Leier CV, Huss P, Magorien RD, Unverferth DV: Improved exercise capacity and differing arterial and venous tolerance during chronic isosorbide dinitrate therapy for congestive heart failure. Circulation 1983; 67: 817–822.
19. Parker JO, Fung H-L, Ruggirello D, Stone JA: Tolerance to isosorbide dinitrate: rate of development and reversal. Circulation 1983; 68: 1074–1080.
20. Rudolph W, Blassini R, Froer KL, et al: Effects of acute and chronic administration of isosorbide dinitrate, sustained-release form, in patients with angina pectoris. In: Lichtlen PR, Engle H-J, Schrey A, Swan HJC, eds: Nitrates III, Berlin: Springer-Verlag, 1981; 75–81.
21. Sutton SC, Fung H-L: Metabolites decrease the plasma clearance of isosorbide dinitrate in rats. Biopharm Drug Disp 1984; 5: 85–89.
22. Sutton SC: Ph.D. thesis, State University of New York at Buffalo, 1983.
23. Morrison RA, Wiegand U-W, Jahnchen E, et al: Hepatic extraction of isosorbide dinitrate in cardiac patients. Clin Pharmacol Ther 1983; 34: 724–731.
24. Needleman P: Tolerance to the vascular effects of glyceryl trinitrate. J Pharmacol Exp Ther 1970; 171: 98–102.
25. Thadani U, Manyari D, Parker JO, Fung H-L: Tolerance to the circulatory effects of isosorbide dinitrate: rate of development and cross tolerance to glyceryl trinitrate. Circulation 1980; 61: 526–535.