# THE MERCK INDEX

AN ENCYCLOPEDIA OF
CHEMICALS, DRUGS, AND BIOLOGICALS

TWELFTH EDITION

Susan Budavari, *Editor*
Maryadele J. O'Neil, *Senior Associate Editor*
Ann Smith, *Associate Editor*
Patricia E. Heckelman, *Assistant Editor*
Joanne F. Kinneary, *Assistant Editor*

*Published by*
*Merck Research Laboratories*
*Division of*
MERCK & CO., INC.
Whitehouse Station, NJ

1996

DTX 635
Alza v. Andrx
C.A. No. 05-642-JJF

**MERCK & CO., INC.**
Whitehouse Station, N.J.
U.S.A.

1st Edition—1889
2nd Edition—1896
3rd Edition—1907
4th Edition—1930
5th Edition—1940
6th Edition—1952
7th Edition—1960
8th Edition—1968
9th Edition—1976
10th Edition—1983
11th Edition—1989

Library of Congress Catalog
Card Number 89-60001
ISBN Number 0911910-12-3

First Printing—March 1996
Second Printing—April 1997

Copyright © 1996 by MERCK & CO., INC.
All rights reserved. Copyright under the Universal Copyright Convention
and the International Copyright Convention.
Copyright reserved under the Pan-American Copyright Convention.

Printed in the U.S.A.

With th
century of
ciplinary e
lished in 1
cation ove
the text c
biochemist
tion of inte
of disciplin
mind, but t
lence in sc
This edi
which more
ticals, over
and anothe
tional 1,00
almost 1,0
hundred de
A numbe
lished in 1
chemical st
chemic de
script r
readership,
1983 in the
of Chemical
panded. Sev
some of the
and immuno
In recogni
reference wo
major online
which is both
Compared
unparalleled
ronment, it is
refer to The M
by Merck &
the tradition a

Crystals from cold methanol, mp 37-38°. $n_D^{25}$ 1.5367. $d_4^{20}$ 1.358. Soly in water 50 ppm; sol in most organic solvents. $LD_{50}$ in male, female rats (mg/kg): 14, 24 orally; 67, 67 dermally (Gaines).

USE: Insecticide.

**6184. 5-Methyl-5-(3-phenanthryl)hydantoin.** *5-Methyl-5-(3-phenanthrenyl)-2,4-imidazolidinedione;* 5-(3'-phenanthryl)-5-methylhydantoin. $C_{18}H_{14}N_2O_2$; mol wt 290.32. C 74.47%, H 4.86%, N 9.65%, O 11.02%. Prepn: Nitz *et al., Arzneimittel-Forsch.* **5,** 337 (1955); Brit. pat. 774,394 (1957 to Cassella Farbw.).

Crystals from ethanol, mp 236-237°.
Sodium salt, *Bagrosin-Natrium.*

THERAP CAT: Anticonvulsant.

**6185. *N*-Methylphenazonium Methosulfate.** *5-Methylphenazinium methyl sulfate;* phenazine methosulfate. $C_{14}H_{14}N_2O_4S$; mol wt 306.34. C 54.89%, H 4.61%, N 9.14%, O 20.89%, S 10.47%. Prepn: Kehrmann, *Ber.* **46,** 341 (1913); Hillemann, *ibid.* **71,** 34 (1938); Dickens, McIlwain, *Biochem. J.* **32,** 1615 (1938). Mutagenicity study: S. Venitt, C. Crofton-Sleigh, *Mutat Res.* **68,** 107 (1979).

Flat yellow to brown parallelepipeds from alc, mp 155-157° (Hillemann); mp 167° (Dickens). Oxidation-reduction potential at 30° and pH 7: $E_h$ = +0.080 v.

USE: As an electron carrier in place of the flavine enzyme of Warburg in the hexosemonophosphate system: Dickens, *loc. cit.* In the prepn of succinic dehydrogenase: Green *et al., J. Biol. Chem.* **217,** 551 (1955).

**6186. Methylphenidate.** *α-Phenyl-2-piperidineacetic acid methyl ester;* methyl phenidylacetate; methyl α-phenyl-α-(2-piperidyl)acetate; methylphenidan. $C_{14}H_{19}NO_2$; mol wt 233.31. C 72.07%, H 8.21%, N 6.00%, O 13.72%. Prepn: L. Panizzon, *Helv. Chim. Acta* **27,** 1748 (1944); M. Hartmann, L. Panizzon, U.S. pat. 2,507,631 (1950 to Ciba). Sepn of isomers: R. Rometsch, U.S. pat. 2,957,880 (1960 to Ciba). Toxicity data: E. N. Greenblatt, A. C. Osterberg, *J. Pharmacol. Exp. Ther.* **131,** 115 (1961). Comprehensive description: G. R. Padmanabhan, *Anal. Profiles Drug Subs.* **10,** 473-497 (1981). Pharmacokinetics: N. R. Srinivas *et al., Pharm. Res.* **10,** 14 (1993). Clinical efficacy in attention deficit-hyperactivity disorder: W. E. Pelham, Jr. *et al., J. Consult. Clin. Psychol.* **61,** 506 (1993); R. G. Klein, *Encephale* **19,** 89 (1993).

$bp_{0.6mm}$ 135-137°. Sol in alcohol, ethyl acetate, ether. Practically insol in water, petr ether.

Hydrochloride, $C_{14}H_{19}NO_2.HCl$, *Ciba 4311b, Centedrin, Ritalin hydrochloride.* Crystals, mp 224-226°. pKa 8.9. Sol in water, alc, chloroform. A 5% aq soln is neutral to litmus. $LD_{50}$ orally in mice: 190 mg/kg (Greenblatt, Osterberg).

*Note:* This is a controlled substance (stimulant) listed in the U.S. Code of Federal Regulations, Title 21 Part 1308.12 (1995).

THERAP CAT: CNS stimulant.

**6187. 3-Methyl-5-phenylhydantoin.** *3-Methyl-5-phenyl-2,4-imidazolidinedione;* Norantoin; Nuvarone. $C_{10}H_{10}N_2O_2$; mol wt 190.20. C 63.15%, H 5.30%, N 14.73%, O 16.82%. Prepn: Pinner, *Ber.* **21,** 2325 (1888); Kjaer, *Acta Chem. Scand.* **4,** 892 (1950); Klosa, *Arch. Pharm.* **285,** 274 (1952).

Fine needles from aq ethanol, mp 162-163°.

THERAP CAT: Anticonvulsant.

**6188. 3'-Methylphthalanilic Acid.** *2-[[(3-Methylphenyl)amino]carbonyl]benzoic acid; N-m*-tolylphthalamic acid; Duraset; Duraset 20W; Tomaset. $C_{15}H_{13}NO_3$; mol wt 255.27. C 70.58%, H 5.13%, N 5.49%, O 18.80%. Preparation: Smith, Hoffmann, U.S. pat. 2,556,665 (1951 to U.S. Rubber).

Crystals, mp 149-151°. Slightly sol in water; sol in polar solvents with rapid decompn to the imide. $LD_{50}$ orally in rats: 5230 mg/kg.

USE: As a fruit set, *i.e.* to prevent premature drop of apples, pears, cherries, peaches, and of certain vegetable crops, such as tomatoes and peppers. Antishock treatment for plants.

*Caution:* On ingestion is hydrolyzed to produce *m*-toluidine. This may cause kidney injury, anemia, methemoglobinemia.

**6189. Methylprednisolone.** *(6α,11β)-11,17,21-Trihydroxy-6-methylpregna-1,4-diene-3,20-dione;* 1-dehydro-6α-methylhydrocortisone; $\Delta^1$-6α-methylhydrocortisone; 6α-methyl-11β,17α,21-triol-1,4-pregnadiene-3,20-dione; Medrate; Medrol; Medrone; Metastab; Metrisone; Promacortine; Suprametil; Urbason. $C_{22}H_{30}O_5$; mol wt 374.48. C 70.56%, H 8.07%, O 21.36%. Prepn: Spero *et al., J. Am. Chem. Soc.* **78,** 6213 (1956); Fried, *ibid.* **81,** 1235 (1959); Sebek, Spero, U.S. pat. 2,897,218 (1959 to Upjohn); Gould, U.S. pat. 3,053,832 (1962 to Schering). Review of clinical toxicology: J. D. Truwit, *Crit. Care Clinics* **7,** 639-657 (1991).



Crystals, mp 228-237
(95% ethanol): 243 nm
21-Acetate, $C_{24}H_{32}O_6$,
*Medrone, Mepred, Vetacc*
+101° (dioxane). uv n
14825). Practically inso
21-Phosphate disodiur
*sol.*
21-Succinate sodium s
*Solu-Medrol.* Prepn: S
forms buffered soln suit
Aceponate, $C_{27}H_{36}O_7$,
THERAP CAT: Glucocoı
THERAP CAT (VET): Glu

**6190. *p*-(2-Methylp**
oxyphenylisobutene; *p-*
Isotyl. $C_{11}H_{14}O_2$; mol v
16.82%. Prepn: v. Brau

Liquid, odor of anise,

**6191. Methyl Propi**
$C_4H_8O_2$; mol wt 88.11.
$CH_3CH_2COOCH_3$.
Colorless liquid. $d_4^{20}$ 0
−2°. $n_D^{20}$ 1.3769. Sol in
hol, ether.
USE: In organic synth

**6192. Methyl Prop**
thyl. $C_4H_{10}O$; mol wt
21.58%. $CH_3CH_2CH_2O$
methyl and propyl alcol
thalenesulfonic or benze
2832 (1893); Ger. pat.
prepn from sodium prop
*Ann.* **151,** 305 (1869); Mi
Bennett, Phillip, *J. Chen*
Mobile, flammable liq
38.8°. $n_D^{14.5}$ 1.36019. Sol
Miscible with alc, ether.
coefficient 10 ± 1. Ane
ether used for anesthesi
amine as stabilizer.
THERAP CAT: Anesthet

**6193. Methyl Pro**
acetone. $C_5H_{10}O$; mol
O 18.58%. $CH_3CH_2CH$
Smyth *et al., Am. Ind. H*
Colorless liquid. $d_4^{20}$
1.3895. Almost insol in
$LD_{50}$ orally in rats: 3.7
*Caution:* Potential sy
tion of eyes and mucous
narcosis, coma. *See* N
*Hazards* (DHHS/NIOSH
USE: Solvent.

**6194. 5-Methylpyr**
$N_2O_2$; mol wt 126.11.
25.37%. Prepn: Knorr,

naud, J. Macler, *ibid.* 57, 353 (1981); S. Angeli, P. Fougère, *ibid.* 58, 111 (1982).

THERAP CAT: Treatment of menopausal disorders.

**10082. Veralkamine.** *(3β,16β,17α,22α)-17-Methyl-18-nor-16,28-secosolanida-5,12-diene-3,16-diol; 17-methyl-20α-((2S,5S)-5-methyl-2-piperidyl)-18-nor-17α-pregna-5,12-diene-3β,16β-diol;* (22S:25S)-12,26-epimino-17β-methyl-18-nor-cholesta-5,12-diene-3β,16β-diol; (17S:12S:25S)-22,26-epimino-18(13→17)-*abeo*-cholesta-5,12-diene-3β,16β-diol; veralcamine. $C_{27}H_{43}NO_2$; mol wt 413.64. C 78.40%, H 10.48%, N 3.39%, O 7.74%. Steroidal alkaloid isolated from *Veratrum album* sp. *lobelianium* (Bernh.) Suessenguth, *Liliaceae*: Tomko *et al., Pharm. Zentralhalle* 99, 373 (1960), *C.A.* 55, 2013e. Structure studies: Tomko *et al., Coll. Czech. Chem. Commun.* 27, 1404 (1962). Complete structure: Tomko *et al., Tetrahedron Letters* 1967, 3907; *eidem, Tetrahedron* 24, 4865 (1968); Hoehne *et al., ibid.* 4875.

Crystals from ethanol, mp 119-123° and 165-169°; $[\alpha]_D^{24}$ −84.1° ±3 (c = 0.533 in $CHCl_3$).

*N,O,O*-Triacetate, mp 152-154°. $[\alpha]_D^{27}$ −8.0° ($CHCl_3$).

*N*-Monoacetate, mp 191-193°. $[\alpha]_D^{23}$ −79.1° ($CHCl_3$).

**10083. Verapamil.** *α-[3-[[2-(3,4-Dimethoxyphenyl)ethyl]methylamino]propyl]-3,4-dimethoxy-α-(1-methylethyl)-benzeneacetonitrile; 5-[(3,4-dimethoxyphenethyl)methylamino]-2-(3,4-dimethoxyphenyl)-2-isopropylvaleronitrile;* α-isopropyl-α-[(*N*-methyl-*N*-homoveratryl)-γ-aminopropyl]-3,4-dimethoxyphenylacetonitrile; iproveratril; D-365. $C_{27}H_{38}N_2O_4$; mol wt 454.61. C 71.34%, H 8.43%, N 6.16%, O 14.08%. Coronary vasodilator with calcium blocking activity. Prepn: Belg. pat. 615,861; Dengel, U.S. pat. 3,261,859 (1962, 1966 both to Knoll). Physical and chemical data: Appel, *Arzneimittel-Forsch.* 12, 562 (1962). Synthesis and absolute configuration of enantiomers: Ramuz, *Helv. Chim. Acta* 58, 2050 (1975). Stereospecific synthesis of enantiomers: L. J. Theodore, W. L. Nelson, *J. Org. Chem.* 52, 1309 (1987). Pharmacology: Haas, Hartfelder, *ibid.* 549; Schlepper, Witzleb, *ibid.* 559. Metabolism: McIlhenny, *J. Med. Chem.* 14, 1178 (1971). HPLC determn in plasma: C. Horne *et al., Arzneimittel-Forsch.* 37, 956 (1987). Series of articles on clinical studies: *ibid.* 20, 1277-1336 (1970). Comparative study in variant angina: D. D. Waters *et al., Am. J. Cardiol.* 47, 179 (1981); in arrhythmias: B. N. Singh *et al., Drugs* 25, 125 (1983). Symposium on pharmacology and clinical efficacy in hypertension: *Am. J. Cardiol.* 57, 1D-107D (1986). Comprehensive description: Z. L. Chang, *Anal. Profiles Drug Subs.* 17, 643-674 (1988). *Reviews:* S. H. Baky, E. B. Kirsten, in *Pharmacological and Biochemical Properties of Drug Substances* vol. 3, M. E. Goldberg, Ed. (Am. Pharm. Assoc., Washington, DC, 1981) pp 226-261; D. J. Triggle, V. C. Swamy, *Circ. Res.* 52(2), Pt. 2, 117-128 (1983).

Viscous, pale yellow oil, $bp_{0.01}$ 243-246°. $n_D^{25}$ 1.5448. Practically insol in water. Sparingly sol in hexane; sol in benzene, ether. Freely sol in the lower alcohols, acetone, ethyl acetate, chloroform.

Hydrochloride, $C_{27}H_{38}N_2O_4$.HCl, *Arpamyl, Berkatens, Calan, Cardiagutt, Cardibeltin, Cordilox, Dignover, Drosteakard, Geangin, Isoptin, Quasar, Securon, Univer, Vasolan, Veracim, Veramex, Veraptin, Verelan, Verexamil.* Crystals, dec 138.5-140.5° (corr). Soly (21°): 7 g/100 g water (pH = 4.24). pH of 0.1% aq soln: 5.25. uv max: 232, 278 nm. Sparingly sol in chloroform. Sol in ethanol, isopropanol, acetone, ethyl acetate; freely sol in methanol, DMF. Soly (mg/ml): water 83, ethanol (200 proof) 26, propylene glycol 93, ethanol (190 proof) >100, methanol >100, 2-propanol 4.6, ethyl acetate 1.0, DMF >100, methylene chloride >100, hexane 0.001. pKa 8.6. $LD_{50}$ in rats, mice (mg/kg): 16, 8 i.v. (Baky, Kirsten).

THERAP CAT: Antianginal; antiarrhythmic (class IV).

**10084. Veratraldehyde.** *3,4-Dimethoxybenzaldehyde;* 3,4-dimethoxybenzenecarbonal; veratric aldehyde; protocatechualdehyde dimethyl ether. $C_9H_{10}O_3$; mol wt 166.18. C 65.05%, H 6.07%, O 28.88%. Prepd by methylation of vanillin: Kostanecki, Tambor, *Ber.* 39, 4022 (1906); Buck, *Org. Syn.* 13, 102 (1933); Alt, U.S. pat. 3,007,968 (1957 to Monsanto); by oxidation of veratryl alcohol with chromium(VI) oxide-pyridine complex: Holum, *J. Org. Chem.* 26, 4814 (1961).

Needles from ether, petr ether, toluene, or carbon tetrachloride. Odor of vanilla beans; mp 42-43°; $bp_{760}$ 281°; bp... 201°; $bp_{10}$ 155°. Slightly sol in hot water; freely sol in alcohol and ether. Solns are oxidized to veratric acid under the influence of light.

**10085. Veratramine.** *(3β,23β)-14,15,16,17-Tetradehydroveratraman-3,23-diol.* $C_{27}H_{39}NO_2$; mol wt 409.61. C 79.17%, H 9.60%, N 3.42%, O 7.81%. Secondary base from *Veratrum grandiflorum* (Maxim.) Loes. f., and from *V. viride* Ait., *Liliaceae.* Isoln and structure: Saito, *Bull. Chem. Soc. Japan* 15, 22 (1940); Jacobs, Craig, *J. Biol. Chem.* 16[illegible], 555 (1945); Jacobs, Sato, *ibid.* 181, 55 (1949); 191, [illegible] (1951); Tamm, Wintersteiner, *J. Am. Chem. Soc.* 74, 38[illegible] (1952); Wintersteiner, *Festschrift Arthur Stoll* (Birkhäuser Verlag, Basel) pp 166-176. Total synthesis: Masamune *et al., J. Am. Chem. Soc.* 89, 4521 (1967); Johnson *et al., ibid.* 4523; Masamune *et al., Tetrahedron* 27, 3369 (1971); K[illegible]ney *et al., Can. J. Chem.* 53, 1796 (1975). Stereochemistry: Sicher, Tichy, *Tetrahedron Letters* 1959(12), 6 (1959); K[illegible]oka, *Chem. & Ind. (London)* 1961, 512; Bailey *et al., Tetrahedron Letters* 1963, 555. Revised stereochemistry: Scott *et al., ibid.* 1967, 2381; Kupchan, Suffness, *J. Am. Chem. Soc.* 90, 2730 (1968); Sprague *et al., Tetrahedron* 27, 4857 (19[illegible]). *See also:* Veratrum Viride.

Crystals, mp 206-207°. Slightly sol i[n] ...anol, alcohol. Precipitated by digitoni[n] ... 1.21); $[\alpha]_D^{25}$ −70° (c = 1.56 in methano[l]

Dihydroveratramine, crystals, mp 1[illegible] (c = 1.26 in acetic acid).

**10086. Veratric Acid.** *3,4-Dimet[h]...* methylprotocatechuic acid. $C_9H_{10}O_4$; ... 59.34%, H 5.53%, O 35.13%. Isolated f... *caulon officinale* (Schlecht. & Cham.) ... *officinarum* Brandt). Prepn: Arthur ... 1959, 3094.

Monohydrate, odorless crystals. A... hydr; mp 180-181° when anhydr. Subli... tals. Sol in 2150 parts cold, 165 part... sol in alcohol or ether. Its barium salt ... water.

**10087. Veratridine.** *(3β,4α,[illegible])-... 12,14,16,17,20-heptol 3-(3,4-dim...* veracevine. $C_{36}H_{51}NO_{11}$; mol ... 7.63%, N 2.08%, O 26.12%. F... se... *officinale* (Schlecht. & Cham.) A. Gra... rhizome of *Veratrum album* L. *Liliace...* from commercial veratrine as the s... Blount, *J. Chem. Soc.* 1935, 122; Vejdel... 50, 603 (1956); *Coll. Czech. Chem. Com...* Purification and properties: L. C. M... *Biochem.* 153, 33 (1986). Toxicity stud... *J. Pharmacol. Exp. Ther.* 82, 167 (194... 113, 89 (1955); Swiss, Bauer, *Proc. Soc.* ... 847 (1951). Review of chemistry and ... dine and other *Veratrum* alkaloids: K... *Alkaloids* vol. 10, R. H. F. Manske, E... New York, 1968) pp 193-285.

Yellowish-white, amorphous powder. ... water. mp 180° (after drying at 130°). ... pKa 9.54 ±0.02. Insol in water. Slightl... in mice (mg/kg): 1.35 i.p. (Swiss, Baue[r]... 6.3 s.c. (Tanaka).

Nitrate, amorphous powder, sparingl[y] ...

Sulfate, slender needles, very hygrosc...



*Consult the Name Index before using this section.*