DTX 640 Confidential

Redacted