# PERSONAL VITA

**THOMAS E. NEEDHAM**    Professor and Chair of Department of Pharmaceutics, Director of The Drug Delivery Research & Development Laboratory, University of Rhode Island, College of Pharmacy, Kingston, RI 02881

*Birth:*    April 12, 1942

*Marital Status:*    Wife, Margaret
Children, James, David

*Home Address:*    175 Pine Hill Road
Wakefield, RI 02879
(401) 783-2455

*Licensed Pharmacist:*    Rhode Island, Georgia

## EDUCATION

| | | |
|---|---|---|
| University of Rhode Island | 1960-1965 | B.S. Pharmacy |
| University of Rhode Island | 1965-1967 | M.S. Pharmaceutics |
| University of Rhode Island | 1967-1970 | Ph.D. Pharmaceutics |

## EXPERIENCE

| Location | Dates | Duties |
|---|---|---|
| Professor of Pharmaceutics, Director, GMP Program, Department of Biomedical & Pharmaceutical Sciences | 2004- present | Teaching & Research |
| Professor and Chair, Applied Pharmaceutical Sciences & Director Drug Delivery Laboratory | 1994-2003 | Administration, Teaching & Research |
| Professor and Chair, Department of Pharmaceutics & Director of Drug Delivery Laboratory | 1992-1994 | Administration, & Research |

DTX 646

Alza v. Andrx
C.A. No. 05-642-JJF

Thomas E. Needham, Ph.D.

| | | |
|---|---|---|
| Professor, Department of Pharmaceutics & Director of Drug Delivery Laboratory | 1989-1992 | Teaching & Research |
| Section Head, Pharmaceutical Development, Searle R & D | 1987-1989 | Development of Drug Products |
| Director, New Product Development Drug Delivery Business, Travenol Laboratories | 1984-1987 | Development of Drug Delivery Systems & Products |
| University of Rhode Island Adjunct Professor, Pharmacy | 1984-1989 | Teaching and Research Advisor |
| Director, Special Projects in Drug Delivery, Travenol Laboratories | 1982-1984 | Evaluation of Drug Delivery Technology |
| Associate Director of Pharmaceutical Development, Travenol Laboratories | 1979-1982 | Direct Product Development, Scale-up & Technical Manufacturing Support |
| Associate Professor University of Georgia | 1974-1979 | Teaching and Research |
| Medical Pharmacy & Tri-County Pharmacy | 1970-1978 | Registered Pharmacist |
| Assistant Professor University of Georgia | 1970-1974 | Teaching and Research |

## ACCOMPLISHMENTS:

**University of Rhode Island, College of Pharmacy
Kingston, Rhode Island**

**Professor and Director of GMP Programs**
- Responsible for the new GMP program to include training of students and establishing a new GMP facility for manufacture of clinical supplies.

**Professor and Chair of Department of Applied Pharmaceutical Sciences**
1994—2003

- Responsible for organization and administration of new department of Applied Pharmaceutical Sciences containing areas of Pharmaceutics,

2

Thomas E. Needham, Ph.D.

Cosmetic Technology and Regulatory Affairs plus Pharmacy
Administration, Pharmacoepidemiology and Pharmacoeconomics.

- Directs multi disciplinary group which grew from 9 tenured faculty, 1
  research faculty, 1 post-doctorate, 2 pharmacists and 18 graduate students
  to 10 tenured faculty, 3 research faculty, 4 pharmacists, 2 post-doctorates
  and 32 graduate students including over $2,000,000 in outside funding

- Directs Outreach Program for College of Pharmacy, which includes the
  Medication Education Resource Center, the Medication and Alcohol
  Intervention Program and the Medication for the Needy/Physician
  Assistance Program. Increased annual budget 400% to $350,000 and
  personnel from 2 pharmacists to 5 pharmacists.

*Professor & Chair of Department of Pharmaceutics;*
*Director, Drug Delivery Research & Development Laboratory*
1992-1994

- Responsible for administration of department, reorganization of graduate
  program with addition of new program in Cosmetic Science and
  Technology.

- Organized and directed basic drug training course for Investigators for the
  U.S. Food and Drug Administration.

*Professor, Department of Pharmaceutics;*
*Director, Drug Delivery Research & Development Laboratory*
1989-1992

- Established a research program in pharmaceutics and drug delivery with
  involvement of 5 faculty, 4 postdoctorates, and 15 graduate students.

- Established the Drug Delivery Research & Development Laboratory in the
  College of Pharmacy with over $500,000 in funding and collaborative
  activities with over 25 pharmaceutical, biotechnology and drug delivery
  companies.

**G. D. Searle**
**Skokie, Illinois**

*Section Head, Pharmaceutical Development*
1987-1989
Responsible for technical and administrative activities of Preformulation, Drug
Delivery and Product Line Extension Groups as well as coordination of drug
delivery activities between Searle and Monsanto.

3

Thomas E. Needham, Ph.D.

- Directed development of a stomach retentive oral controlled release product that showed correlation of dissolution and scintographic testing with plasma levels. Clinical studies for NDA submission were initiated.

- Directed development of a patented transdermal product that demonstrated enhanced absorption. Presented management with a business and technical plan showing potential sales over $100 million.

- Initiated product development activities for a new peptide compound that provided significant enhancement of oral and nasal absorption.

- Directed development of an injectable microcapsule product for a peptide drug that is expected to provide controlled plasma levels for a two week period.

**Baxter Travenol Laboratories, Inc.**
**Deerfield, Illinois**

*Director, New Product Development, Drug Delivery Business Unit*
1984-1987
Responsible for establishing new drug product goals and strategies; sourcing and acquiring technology; and initial development and business analysis activities.

- Established the new product development function in the drug delivery business unit into an operational group consisting of seven direct reporting personnel and 15 matrix reporting professionals with an annual budget of approximately $900,000.

- Developed a patented parenteral drug delivery system with a sales potential in excess of $50 million per year.

- Directed product development and clinical studies to establish feasibility for intranasal administration of a conventional and a macromolecular drug. A niche market that was projected to provide over $40 million in sales per year was identified.

- Developed new drug product goals and strategies for incorporation of conventional and bioactive drugs into the drug delivery business over a ten year period.

4

Thomas E. Needham, Ph.D.

### *Director, Special Projects in Drug Delivery*
1982-1984

- Evaluated drug delivery technology and introduced Travenol to current and long term applications for this technology.

- Provided technical input and interaction with senior management in the formulation of drug delivery program strategy and negotiations with joint venture partners.

- Provided matrix coordination of all functions for worldwide development of drug delivery products.

### *Associate Director, Pharmaceutical Development*
1979-1982

Responsible for direction of product development activities from initiation through final product: including scale-up, manufacturing and QC support for large and small volume parenteral solutions, tablets, dialysis solutions, creams, lyophilized parenterals, and nutritional products. The number of active projects averaged 75 with 50 reporting personnel and a yearly budget of approximately $3.5 million. Several specific accomplishments include:

- Reformulation of Synthroid tablets, scale-up in Puerto Rico plant, update of regulatory file and labelling.

- Development, scale-up of Silver Sulfadiazine cream, selection of contract manufacturing facility, initiation of stability studies and preparation of the NDA file.

- Reformulation of lyophilized Synthroid injectable to solve a market identified incompatibility and stability problem.

- Development of large volume parenteral solutions for stable drugs and drugs requiring frozen storage including formulation, manufacturing scale-up, stability studies, ANDA filing, labeling as well as negotiation with drug originator where necessary.

- Development of formulations, regulatory files, stability studies, clinical protocols with outside investigators for dialysis solutions, organ perfusion and transplant solutions, generic injectables and tablets, as well as inhalation solutions.

Thomas E. Needham, Ph.D.

- Provide consultative and technical services for QC, Manufacturing, Regulatory, Engineering, Customer Service and Senior Management in such areas as QC specifications and Material Review Boards, Product/Process design and testing, Sales and Customer training, and Packaging material selection and testing.

- Interacted at local and national level with regulatory agencies in presentation and discussion of various issues.

- Provided consultative services in product development and regulatory areas for international divisions in Belgium, United Kingdom, Norway, and Japan.

- Developed a project management and technical review procedure that reduced average project cost by forty percent.

- Established a training and career development program that significantly increased scientific capability and reduced employee turnover.

**University of Georgia, School of Pharmacy**
**Athens, Georgia**

*Assistant/Associate Professor of Pharmaceutics*

- Established a research program in physical pharmacy, bioavailability evaluation, dissolution and parenteral products that led to 35 publications.

- Taught graduate and undergraduate courses in the areas of physical pharmacy, bioavailability, and their applications to pharmacy practice and research.

- Directed grants and contracts with a number of pharmaceutical companies and the FDA that were valued at approximately $400,000.

- Directed three postdoctoral, one doctoral, and six master's students in a variety of research areas.

- Organized and co-directed an interdisciplinary bioavailability research group, BAGS group, that incorporated faculty from three departments and a University physician to perform a number of contracts for companies and the FDA.

- Provided consultation, research, and contract services for such corporations as Abbott Laboratories, Baxter International, Knoll Pharmaceuticals, Hoechst-Roussel as well as for the FDA and the Health Department of Iran.

Thomas E. Needham, Ph.D.

- Conceived and organized the ongoing series of International Good Manufacturing Conferences.  This conference which brings together industry, academia, and the FDA for interactive discussion of current pharmaceutical issues is recognized worldwide as the premier forum for discussing regulatory concerns.

## MEMBERSHIPS

### Honors and Honor Societies

Sigma Xi Research Society
Rho Chi Honorary Pharmacy Society
Phi Kappa Phi Honor Society
American Men and Women of Science
Biographic, Who's Who in Georgia
Biographic, Who's Who in the Southeastern United States
Biographic, Outstanding Americans in the South
Biographic, Who's Who in the World
Biographic, Who's Who in Medicine and Healthcare
Recipient, Lederle Pharmacy Faculty Award, 1976

### Professional Groups

American Association of Pharmaceutical Scientists
American Pharmacists Association
American Association of Colleges of Pharmacy
Controlled Release Society
Rhode Island Pharmaceutical Association
Georgia Pharmaceutical Association
American Association for the Advancement of Science
American Society of Hospital Pharmacists (Associate Member)
Chicagoland Discussion Group

### Fraternities

Kappa Psi Pharmaceutical Fraternity
Sigma Pi Fraternity

## SCHOOL, UNIVERSITY AND, NATIONAL SERVICE:

### *School of Pharmacy*

#### University of Georgia

Self-Study Committee, 1970

7

Thomas E. Needham, Ph.D.

Faculty Advisor, Kappa Psi, 1970-1975
Student-Faculty Committee, 1970-1975
Scholarship and Awards Committee, 1971-1973, Chairman, 1973
Computer Use Committee, 1971-1979
Teacher-Course Evaluation Committee, 1972-1974
Drug Abuse Committee, 1972-1975
Graduate Admissions Committee, 1973-1979
Self-Study Curriculum Committee, 1978
Self-Study Financial Committee, 1978, Chairman
Curriculum Committee, 1978

University of Rhode Island

Adjunct Professor of Pharmaceutics, 1984-1988
Industrial Advisory Committee, 1982-1989
Library Committee, 1989-present
Space, Maintenance, and Safety Committee, 1989-present
Faculty Search Committees, 1989-2002
Executive Committee, College of Pharmacy 1992-present
Continuing Education Committee 1996-present
Accreditation Committee 1998
Strategic Planning Overview Committee 1997, 1999

*University*

University of Georgia

Graduate Faculty, 1972-1979
Honors Faculty, 1974-1979
Graduate School Tellers Committee, 1975
Project Director - "Annual Conference on Intravenous Fluids and
    Admixture Programs for Pharmacists and Nurses," 1976, 1977
Director and Chairman - "Conference on Good Manufacturing
    Practices," 1976-1979

University of Rhode Island

Graduate Faculty, 1989-present
Graduate Council, 1998 – 2001, 2003-- present
Graduate Research Committees, 1989-present
Executive Committee, College of Pharmacy, 1991-2003
New England Regional Biotechnology Conference, Planning Committee
    and Moderator, May 24-25, 1990
New England Governors' Conference, Biotechnology Cooperative
    Member, 1989-1990
New Business Development, University Representative to State
Committee, 1998

8

Thomas E. Needham, Ph.D.

URI Representative to RI-Economic Develop Committee: Pfizer 1999
Advisory Committee – Regional Poison Control & Prevention Center
2000- 2005
URI Intellectual Property Committee, 2003 – present

**National**

American Association of Colleges of Pharmacy, Section of Teachers,
Continuing Education Planning Committee, 1973

American Association of Colleges of Pharmacy, Council of Faculties,
Standing Rules Committee, 1974

Kappa Psi Fraternity, National Public Relations Committee, 1974

American Association of Colleges of Pharmacy, Council of Faculties,
Resolutions Committee, 1975

American Pharmaceutical Association Drug Interactions Project,
Scientific Panel Member, 1972-1973 and 1973-1976 (resulted in
publications "Evaluation of Drug Interactions" 1st ed. 1973 and 2nd ed.
1976)

American Association of Colleges of Pharmacy, Ad Hoc Committee on
Faculty Evaluation, 1976-1979

Academy of Pharmaceutical Sciences, Committee on Dissolution
Methodology, 1977, 1978

Parenteral Drug Association, Subcommittee on Packaging, 1980, 1981

University of Rhode Island, Industrial Advisory Committee, 1982-1989

University of Georgia, Advisory Board and Program Committee for
International GMP Conference, 1980-present

American Association of Pharmaceutical Scientists, Long Range Planning
Committee, 1987-1990

American Association of Pharmaceutical Scientists, Journal Development
and Management Committee, 1986-1989

Controlled Release Society, Strategic Planning Committee, 1990-1992

American Association of Pharmaceutical Scientists, Committee of Chairs
of Pharmaceutics, 1992-present

Thomas E. Needham, Ph.D.

>Pharmaceutical Conferences, Inc., Advisory Board and Program Committee for GMP Biotechnology Conferences, 1995-present

>External Reviewer –Ph.D. Research/Thesis, University of Renne, Renne, France

>Scientific Advisory Board – Ethical Holdings, plc 1999-2001

>Scientific Advisory Board – Smartrix Technologies, Inc., 1999- present

>Scientific Advisory Committee-BA/BE to Oral Inhaled & Nasal Products Expert Pharmaceutical Industry Panel, 1999 – present

>GMP Training Group to Ukraine and Russia, U.S. Department of Commerce, 2000

>GMP Training Group to China, U.S. Department of Commerce, 2002.

**STUDENT DIRECTION:**

*Faculty on Sabbatical*

>Dr. Joan Lausier (1984)
>Objective:   To study R & D in industry and become familiar with parenteral manufacturing
>Current Position:   Associate Dean and Professor of Pharmaceutics, University of Rhode Island, College of Pharmacy, Kingston, RI

*Postdoctoral Fellows*

>Dr. Parviz Javid (1976-1977)
>Ph.D. - University of Wisconsin, Department of Pharmacy
>Project - In Vitro Evaluation and Bioavailability of Several Lithium Carbonate Products
>Current Position - Associate Professor of Pharmaceutics, University of Teheran, Iran

>Dr. M. A. Shams-Eldeen (1976-1977)
>Ph.D. - University of Alexandria, Department of Pharmacy
>Project - Diffusion of Plasticizer from PVC and Interaction of Sulindac and Metabolite with Serum Albumin
>Current Position - Associate Professor of Pharmaceutics, University of Alexandria, Egypt

>Dr. C. T. Viswanathan (1978-1979)

Thomas E. Needham, Ph.D.

Ph.D. - University of Wisconsin, Department of Pharmacy
Project - Development of a Protocol for Testing of Controlled Release Drugs
Current Position - Acting Director, Biopharmaceutics Section, Food and Drug Administration, Rockville, MD

Dr. Clive Ondari (1985-1986)
Ph.D. - University of Rhode Island, Department of Pharmaceutics
Project - Development of Controlled Release Matrices
Current Position - Assistant Professor, University of Nigeria

Dr. Abdel-Hamid Nagib Ahmed (1991-1992)
Ph.D. - University of Assiut, Faculty of Pharmacy
Project - Development of Transdermal Enhanced Products
Current Position - Associate Professor, University of Assiut

Dr. Samia Mahmoud A. El-Gizawy (1991-1992)
Ph.D. - University of Assiut, Faculty of Pharmacy
Project - Development of Transdermally Enhanced Products
Current Position - Assistant Professor, University of Assiut

Dr. Anita Nanda (1992-1994)
Ph.D. University of Georgia, Department of Pharmaceutics
Project - Development of Transdermal Products.
Current Position - Research Scientist, Agouron Pharmaceuticals, Inc.

Dr. Emilio Squillante (1993-1996)
Ph.D., University of Rhode Island, Department of Pharmaceutics
Project - Development of Transdermal Products
Current position – Assistant Professor, St. John's University.

*Doctoral Students*

Dr. Kirit Shah (1977)
Dissertation Title - "In Vivo - In Vitro Correlation of Hydrochlorthi -zide Products"
Current Position - Section Head, Analytical Group, R. P. Scherer, Clearwater, FL

Dr. Emilio Squillante (1993)
Dissertation Title - "Physicochemical Properties Affecting the Percutaneous Absorption of Nifedipine"
Current position – Assistant Professor, St. John's University

Dr. Ramneik Dua (1994)
Dissertation Title - "Characterization of Physico-chemical Properties of Calcitonian for Optional Nasal Delivery"

11

Thomas E. Needham, Ph.D.

Current Position – Research Scientist, Nastech Laboratories, Hauppauge, NY.

Dr. Suresh Palaniswamy (2001)
Dissertation Title – "Development, Characterization and Evaluation of A Pulsed-Release Tablet Dosage Form For A Low Dose Water-Soluble Drug"
Current Position - Research Scientist, Elan Laboratories, Gainsville, GA

Dr. Chandra Vemavarapu (2001)
Thesis Title – "Particle Formation By Rapid Expansion of Super Critical Solutions"
Current Position – Research Scientist, Pfizer, Inc, Ann Arbor, MI

## Master of Science Students

Mr. Arvind B. Dhruv (1972)
Thesis Title - "Effect of Variables on Gelatin-Acacia Coacervate Volume"
Current Position - President, Ideal Pharmaceuticals, NJ

Mr. Thomas F. Stokes (1974)
Thesis Title - "The Influence of Physical Parameters on the Amount of Di-2-Ethylhexyl Phthalate in Intravenous Solutions in Flexible Polyvinyl Containers"
Current Position - Radiation Pharmacist, Walter Reed Army Hospital, Washington, DC

Major James H. Corley (1976)
Thesis Title: "The Influence of Physical Parameters on the Amount of Di-2-Ethylhexyl Pfthalate in Intravenous Solutions in Flexible Polyvinyl Parenteral Solutions"
Current Position:  Chief, Radiation Pharmacist, Walter Reed Army Hospital, Washington, DC

Mr. Robert D. Jones (1977)
Thesis Title - "Determination of Di-2-Ethylhexyl Phthalate and Particulate Matter Delivered from Intravenous Tubing"
Current Position - CEO, Houston County Hospital, Warner Robins, GA

Mr. Henry Cobb (1980)
Thesis Title - "Compatibility of PVC Intravenous Containers with Selected Drugs,"
Current Position – Associate Professor, School of Pharmacy, University of Georgia, Athens, GA

Mr. William W. Chan (1980)
Thesis Title - "Comparison of Dissolution and Simulated Absorption with Blood Levels of Chlorpheniramine Products"

Thomas E. Needham, Ph.D.

Mrs. Alpana Juvekar (1994)
Thesis Title - "Study of a Polymer-infusion Process Using Near-Critical Carbon-Dioxide and a Model Drug Nifedipine"

Mr. Suresh Palaniswamy (1994)
Thesis Title - "Formulation of an Oral Modified Release Dosage Form of an Adrenergic Drug"
Current Position – Scientific Associate, Elan Pharmaceuticals, Gainsville, GA.

Mr. Kuang-Ta Ko (1996)
Thesis Title – "The Influence of Surface Charge on Absorption of Nasal Formulations"
Current Position – Research Scientist, Taiwan

Mr. Chandra Vemavarapu (1998)
Thesis Title – "In-vitro Evaluation of the Effect of Calcium Gluconate Gel on Hydrofluoric Acid"
Current Position – Research Scientist, Pfizer, Inc., Ann Arbor, MI

Mr. Niraj Amin (2001)
Thesis Title – "Evaluation of the Effect of Formulation and Storage Conditions on the Stability of Levothyroxine Sodium"
Current Position – Post Graduate Training

Mr. Keyur Shah (2001)
Thesis Title – "Effect of Formulation & Spray Pumps on Nasal Depostion in Humans"
Current Position – Solid Formulations, Bristol-Myers Squibb, New Brunswick, NJ.

Mr. Sai Giridhar Thumsi (2004)
Thesis Title – "Investigation on the Effect of Supercritical Fluid on the Characterization of Nifedipine"
Current Position – Post Graduate Training

Ms Shweta Uganonkar (2006)
Thesis Title – "Effect of near-Supercritical Carbon Dioxide on Crystalline to Amorphous Conversion of Carbamazine"
Current Position – PhD student at URI

Mr Cyrus Agarabi (2006)
Thesis Title – "Identification And Minimization Of Protein Loss During The Manufacturing Of Betadomain Deleted Recombinant Human Factor VIII Albumin Free Products"
Current Position – PhD student at URI.

13

Thomas E. Needham, Ph.D.

## CONTINUING EDUCATION

- Kepner-Trego Problem Solving, 1979 CEU 2.4
- Management Procedures in the Pharmaceutical Industry, School of Business, Columbia University, 1980, CEU 4.0
- FDA Inspections Procedures, Center for Professional Advancement, 1981, CEU 3.0
- Fundamentals of Finance and Accounting, American Management Association, 1982, CEU 2.2
- Management of the R & D Organization, American Management Association, 1983, CEU 3.0
- Planning and Development of New Products and Markets, American Management Association, 1984, CEU 3.0
- Construction of a Business Plan, Business Week Executive Programs, 1985, CEU 0.8
- GMP Conference at University of Georgia, 1976-2005, CEU 1.6 X 20

## PRESENTATIONS AND INVITED LECTURES

- University of Teheran & University of Ilsfahan, Iran
- University of West Virginia, College of Pharmacy
- Northeastern University, School of Pharmacy
- University of Georgia, School of Pharmacy
- Auburn University, School of Pharmacy
- University of Illinois, College of Pharmacy
- American Society of Hospital Pharmacists
- American Association of Pharmaceutical Scientists
- Food & Drug Administration Training Course for Inspectors
- Georgia Pharmaceutical Association
- Smith Kline Beckman, Pharmaceuticals Division
- Hoechst-Roussel Pharmaceuticals
- Hoffman-LaRoche Laboratories
- Glaxo Pharmaceuticals
- E. R. Squibb & Sons, Inc.
- Bausch & Lomb, Personal Products Division
- Abbott Pharmaceuticals.
- Lohmann Therapie Systems, Neuweid, Germany
- University of Leiden, Netherlands
- American Association of Pharmaceutical Scientists Northeastern Regional Meeting & Southeast Regional Meeting.
- Nasal Drug Delivery Technomics Conferences, 1992-1997 in U.S. & Europe
- Advanced Technology Conference, Washington, D.C. 1990-1997
- LTS Corporation, West Caldwell, NJ
- U.S. Commerce Department Symposium on GMP, Kiev, Ukraine & St. Petersberg, Russia, 2001

14

Thomas E. Needham, Ph.D.

- U.S. Commerce Department Symposium on GMP's, Shanghai, China, 2003

Many other continuing education presentations to local and district pharmaceutical groups and various professional and lay groups.

*Revised 3-07*

15