# DTX 661 and DTX 663-672
# Confidential

# Redacted