## CURRICULUM VITAE
Sanford M. Bolton, PH.D.
67 Phelps Avenue, Cresskill, NJ 07626
5495 N.Via Velazquez, Tucson, AZ 85750

## CURRENT POSITION
Consultant

## EDUCATION
| | | | |
|---|---|---|---|
| B.S. | 1952 | Rutgers University | Pharmacy |
| M.S. | 1956 | U. Wisconsin | Pharmacy |
| Ph.D. | 1958 | U. Wisconsin | Pharmacy |
| M.S. | 1966 | Columbia University | Biostatistics |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2005-Present | Lecturer on Statistics for course for Regulatory in Pharmaceutical Industry |
| 1980-Present | Consultant to numerous generic and brand pharmaceutical companies |
| 1994-2007 | Visiting Professor, U. Arizona, Tucson, AZ |
| 1993-1995 | Adjunct Professor, St. John's U., New York |
| 1991-1994 | Professor, Department PAS, St. John's University, New York |
| 1980-1991 | Professor, Chairman, Department PAS, St. John's University, New York |
| 1975-1980 | Director, Statistics and Clinical Research Coordination, U.S.V. Labs |
| 1970-1975 | Senior Scientist, Head of statistics, Lever Brothers Research, New Jersey |
| 1968-1974 | Adjunct Professor, Columbia College of Pharmacy |
| 1966-1970 | Director, Quality Control, Endo Labs., Garden City, New York |
| 1958-1966 | Associate Professor, University of Rhode Island |
| 1952-1954 | Retail Pharmacist (Registered, NJ, NY) |

## COURSES TAUGHT
Biostatistics (Graduate)
Biopharmaceutics and Pharmacokinetics
Physical Pharmacy
Pharmaceutics

## GRADUATE STUDENTS
Advisor to 30 Ph.D. and 20 M.S. students. These students are now engaged in research, administration and academia, and include, several vice presidents,a Dean of a College of Pharmacy and C.E.O. of a major pharmaceutical company.

DTX 694

Alza v. Andrx
C.A. No. 05-642-JJF

**SOCIETIES**

American Association of Pharmaceutical Scientists

**OTHER**

Fellow, American Association of Pharmaceutical Scientists (AAPS)

Editorial Board, Journal of Clinical Research Practice and Drug
Regulatory Affairs
Reviewer for Journal of Pharmaceutical Sciences, J. pharm. and
Biomed. Analysis, and Pharmaceutical Research.
Help with Recruitment at local level for AAPS.
FDA Expert Panel on Individual Bioequivalence

**PUBLICATIONS**

Complexes Formed in Solution by Homologs of Caffeine, Bolton and
Higuchi, J. Am Pharm Assoc., Sci. Ed., 46, 38, 1957.

The Solubility and Complexing Properties of Oxytetracycline and
Tetracycline III, Bolton and Higuchi, Ibid, 48, 557, 1959.

The Interaction of Citrate with Aspirin and Benzoic Acid, Ibid,
Bolton, 49, 237, 1960.

A Note on the Stability of Aspirin in Solution, Drug Standards,
Bolton, 28,, 117, 1960.

Complexation of Organic Acides and Bases with their Salts in
Aqueous Solution, Bolton and Valinotti, J. Pharm. Sci. 51,
201, 1962.

Quantitative Study of Chelates of Pyridoxine-2-aldoxime, Bolton
and Beckett, Ibid, 51, 533, 1962.

Chelatometric Determination of Ferrous Iron with 2-Pyridine
Aldoxime as an Indicator, Ibid, Bolton, 52, 858, 1963.

Interaction of Urea and Thiourea with Benzoic and Salicylic
Acids, Ibid, Bolton, 52, 1071, 1963.

2

PUBLICATIONS (continued)

Book Review, Am. J. Pharm. Ed., 28, 622, 1964.

Metal Chelates as Potential Reactivators of Organic Phosphate Poisoned Acetylcholinesterase, Bolton, J. Pharm. Sci., 53, 55, 1964.

Investigation of 1, 3-Diaminopropanol-2 Interactions with Copper and Nickel Ions, Mario and Bolton, Anal. Chem., 37, 165, 1965.

Inhibition of Acetylcholinesterase by Chelates I, J. Pharm. Sci., Bolton, 54, 373, 1965.

Molindone, Fred. Proc. Abstracts, March - April 1967. 51 Anniversary meeting, 2685, Chicago, Illinois.

Interaction of Aspirin with Urea in Water, J. Pharm. and Pharmacology, Bolton, 19, 550,1967.

Inhibition of Acetylcholinesterase by Chelates III, Mario and Bolton, J. Pharm. Sci, m 57, 418, 1968.

Human Urinary Excretion of the Quarternary Ammonium Compounds Anisotropine Methylbromide and Propantheline Bromide, Bolton, et.al., Ibid, 57, 1375, 1968.

Lab. Manual for Pharmaceutical Preps., with G. Osborne, Univ. of Utah Press, 1959.

Circadian Varation of the Plasma 17-Hydroxy Corticosteroids in CNS Disease, Krieger and Krieger, J. Clin. Endocrinol. Metab., 26, 1929 (1966).

Calculations of Release Rates from Sustained-Release Dosage Forms using the Wiley Method, J. Pharm, Sci., Bolton, 58. 1287. 1969.

Correlation of Dental Calculus Weights with Volpe Manhold Index Scores, J. Peridontol, Bolton, et.al., 44, 535, 1973.

A new Method for Assessing Inhibition of Gingivitis by Potential Therapeutic Agents, Bolton, et.al., Ibid, 44, 535, 1973.

Dose Response of Chlorhexidine Gluconate in a Model in Vivo Plaque System, J. Dental Research, Bolton, et. al., 53, 94, 1974.

<u>PUBLICATIONS</u> (continued)

Influence of Chlorhexidine and a Zinc Mouth Rise on Gingivitis, Bolton, et. al., IADR Abstract, 1974, J. Dent. Res., <u>53</u>, 94, 1974.

Antiplaque Effectiveness of Chlorhexidine Gluconate Under Different Toothbrushing Regimens, IADR Abstracts, J. Dental Research, Bolton, et. al., <u>53</u>, 145, 1974.

An End Point Clinical Technique for Assessing Inhibition of Gingivitis, Bolton, et. al., IADR Abstracts, J. Dental Research, <u>51</u>, 201, 1972.

Clinical Evaluation of a Newly Designed Contoured Toothbrush, J. Periodontol., Bolton, et. al., <u>47</u>, 87, 1976.

Dose Response to Chlorthalidone in Patients with Mild Hypertension, Clinical Pharm. Ther., Bolton, et. al., <u>24</u>, No. 2, pp. 192-198, August, 1978

Bioavailability and Pharmacokinetics of Chlorthalidone in Humans, Proceedings of Special Investigators Symposium, Bolton, et. al., White Plains, New York, Sept., 1978, MTP Press Ltd., 1979.

Chlorthalidone 25 mg. -Highlights of the Statistical Analysis, Bolton, <u>Ibid</u>, 1979.

The Pharmacist as a Drug Research Monitor, Sceusa, N., Vukovich, R.A., Sanford Bolton, Matoren, G. and Neiss, E.S., American Pharmacy, NS21, No. 4, April, 1981, pp. 44-46.

Caffeine: Its Effects, Uses and Abuses, Sanford Bolton and Pressman, A.H., The Journal of Applied Nutrition, 33, No. 1, 1981, pp. 35-53.

Caffeine - Psychological Effects, Use and Abuse, Sanford Bolton et. al., Journal of Orthomolecular Psychiatry, 210, No. 3, 1981, pp. 202-211.

Laxatives - Use and Abuse, Physician East, November, 1981, Bolton, et. al., p. 20 and 23.

Efficacy of Buccal Synchron Nitroglycerin in Patients with Angina Pectoris, Lichstein, E., Greengart, G., Sanford Bolton, Hollander, S. and Sanders, M., Advances in Pharmacotherapy, Vol. 1, 1982, pp. 166-173.

PUBLICATIONS (continued)

Methemoglobin Levels Produced by Commonly Used Nitrates, Asura, E., Guadanino, V., Lichstein, E., Sanford Bolton, Sanders, M., Hollander, G., and Greengart, A., Clin. Res., 30:168A, 1982 (Abstract).

Efficacy of Sustained Release Buccal Nitroglycerin in Patients with Angina Pectoris: New and Long Acting Therapy Demonstrated by Exercise, Greengart, A., Lichstein, E., Hollander, G., Sanders, M., Sanford Bolton, Clin. Res. 30:190A, 1982 (Abstract).

Predictive Value of Two Random 3 minute Ventricular Premature Beat Determinations, Lichstein, E, Jonas, S., Sanford Bolton, Hollander, G., Sanders, M. and Greengart, A., Clin. Res. 30:201A, 1982 (Abstract).

The Medical Uses of Garlic - Fact and Fiction, American Pharmacy, Bolton, et. al., NS22, No. 8, 40-43, August, 1982.

Angina Prophylaxis with Buccal Sustachron Nitroglycerin: A Rapid Onset, Long-Acting Nitrate, Reichek, N., Priest, C., Kienzle, M., Kleaveland, J.P., Bolton, Sanford, St. John Sutton, M., Advances in Pharmacotherapy, Vol. 1, 1982, pp. 143-154.

Clinical Significance of Slow Paroxysmal Atrial Tachycardia, Shani, J., Lichstein, E., Jonas, S., Greengart, A., Hollander, G., Sanders, M., and Sanford Bolton, Am. Heart J., 106, 478-483 (1983).

Efficacy of Sustained Release Buccal Nitroglycerin in Patients with Angina Pectoris: New and Long Acting Therapy Demonstrated by Exercise, Greengart, A., Lichstein, E., Hollander, G., Sanford Bolton, and Saunders,M., Chest,83,473-479 (1983).

Computation of In-House Quality Control Limits for Pharmaceutical Dosage Forms Based on Product Variability, S. Bolton, J. Pharm. Sci., 72, 405, 1983.

Factorial Designs in Pharmaceutical Stability Studies, S. Bolton, Ibid, p. 362.

Determination of Stability of Release Rates for Sustained Release Dosage Forms, Bolton, S., Proc. Pharm. Tech. Conf., Sept., 1982.

PUBLICATIONS (continued)

Multicenter Dose-Response Study of Indapamide in the Treatment of Patients with Mild to Moderate Hypertension, Capone, P., Gollapudi, M., and Reevers, R.L., Clinical Therapeutics, 5, 305, 1983.

The Use of Buccal Nitroglycerin in Patients with Angina Pectoris, Exercise Testing and Clinical evaluation, Lichstein, E., Greengart, A., Bolton, S., et al, Royal Society of Medicine, Concepts in Nitrate Delivery Systems, International Congress and Symposium, Series No. 54, 1982, p.99.

Comparison of Time of Onset of Hemodynamic Effects of Sustained Release Buccal Nitroglycerin and Sublingual Nitroglycerin, Ibid, p. 143, Reichek, N., Priest, C., Bolton, S. et al.

Book Review, Good Manufacturing Practices, J. Pharm. Sci., 72, 842, 1983.

Chapter on "Statistics for Pharmaceutical Scientists" in "The Theory and Practice of Industrial Pharmacy", Edited by Lachman, Lieberman and Kanig, Third Edition, Lea and Febiger, Phila, 1986.

A Pilot Study of Some Physiological and Psychological Effects of Caffeine, Bolton, Null, J. Ortho. Psychiatry, 13, 34 (1984).

Essentials of Bioavailability Studies, Chapter in Concepts and Strategies in New Drug Development, Ed. Peter Nwanwu, Praeger, N.Y. (1983).

Antianginal Efficacy of Sustained Release Buccal Isosorbide Dinitrate Tablets, Greengart, A., Lichstein, E., Hollander, G., Shani, J. and Bolton, S., Abstract, American Fed. Clin. Res., 1984.

Evaluation of a new Fine Particulate Cellulose as a Direct Compression Tablet Aid, Parvez, R. and Bolton, S., Drug Development and Industrial Pharmacy, 11, 565-583 (1985).

Process Validation for Hard Gelatin Capsules, S. Bolton, Drug and Cosmetic Industry, 42, August (1984).

Area under Blood Level vs Time Curves at Steady State for Daily Doses at Unequal Dosing Intervals, S. Bolton, J. Pharm. Sci., 73, 150, (1984).

PUBLICATIONS (continued)

Effect of Amino Acid Supplementation of Standard Rat Chow on
Weight Gain of Weanling Rats, Bolton, S., Nicholazzi, F.,
Jarowski, C. and Trombetta, L., The J. of Applied
Nutrition,36, 172 (1984).

Effect of Lysine, and Tryptophan Supplement on Normotensive and
Hypertensive Rats treated with Chlorthalidone, Simonian, J.,
Bolton, S., Jarowski, C., Lynch, V., et. al., Ibid, 36. 27
(1984).

Susadrin Transmucosal Tablets, Schor, J., Davis, S., Nigalaye, A.
and Bolton, S., Drug Development and Industrial Pharmacy, 9,
1359 (1983).

Manufacture of Crystalline Sorbitol Tablets - Effects of Mixing
Time and Lubricants, Bolton, S. and Atluri, R., Drug and
Cosmetic Industry, November (1984).

Pharmaceutical Statistics:  Practical and Clinical Applications,
Bolton, S., Marcel Dekker, Inc., N.Y. (1984).

Application of Factorial Designs in Kinetic Studies:
Hydrolysis of Benzylpenicillin Solutions, Bolton, S.,
Reinstein, J., and Alobe, O., Int. J. Pharm. Tech. and Prod.
Manufacture, 5, 6-12 (1984).

Some Properties of the USP Content Uniformity Test, Bolton, S.,
J. Pharm. Sci. 74, 572 (1985).

Basic Statistics for Clinical Monitors I, Bolton, S., Clin. Res.
Pract. and Drug Reg. Affairs, 4, 19 (1986)

Basic Statistics for Clinical Monitors II, Clin. Res. Pract. and
Drug Reg. Affairs, Bolton, S., 5, (1), p. 61-80 (1987).

US Patent:  Sustained Release Therapeutic Compositions,
4,814,178, March 21, 1989.

US Patent:  Sustained Release Therapeutic Compositions,
4,814,179, March 21, 1989.

Statistics for Clinical Monitors and Drug Regulatory Personnel,
Bolton, S., Clinical Research Practices and Drug Regulatory
Affairs, 7 (1), 1989.

PUBLICATIONS (continued)

D. Saraiya and S. Bolton, The Use of Precirol to Prepare Sustained Release Tablets of Theophylline and Quinidine Gluconate, Drug Development Industrial Pharmacy, 16, 1963, 1990.

In Vitro and In Vivo Release of Salicylic Acid from Povidone/Polydimethylsiloxane Matrices, R. Tarantino, D. Adair and S. Bolton, Drug Development Industrial Pharmacy, 16, 1217, 1990

Investigation of Prolonged Drug Release form Matrix Formulations of Chitosan, A. Nigalaye, P. Adusumilli and S. Bolton, Drug Development Industrial Pharmacy, 16, 449, 1990.

Stability of Morphine in Cormed III Intravenous Bags, American Journal of Hospital Pharmacy, L. Altman, S. Ahmed and S. Bolton, 47, 2040, 1990.

The Influence of Tablet Buoyancy on the Human Oral Absorption of Sustained Release Acetaminophen Matrix Tablets, W. Phuapradit and S. Bolton, Drug Development Industrial Pharmacy, 1991.

Drug Particle Size and Content Uniformity, S. Yalkowski, and S. Bolton, Pharmaceutical Research, 7, 962, 1990.

Factorial Design in the Study of the Effects of Selected Liquid Chromatographic Conditions on Resolution and Capacity Factors, Ahmed, S. and Bolton, S., J. Liquid Chromatography, 13, 525-541, 1990.

Remington's Pharmaceutical Sciences, Chapter "Statistics", 18th Ed, Mack, Phila, 1990.

Pharmaceutical Statistics, Bolton, S., 650 pp., Second Edition, Marcel Dekker, NY, 1990.

HPMC-Anionic Surfactant Interactions in Aqueous Systems,Alli, J., Bolton, S., Gaylord N., J. App. Polymer Science, 42, 947-956, 1991

Synthesis, Characterization and In Vitro Evaluation of Polyvinyl Acetate Succinate vs Polyvinyl Acetate Phthalate as an Enteric Coating Polymer, Nached, H., Bolton, S. and Stephani, R., Submitted for publication, J. Pharm. Sci.

PUBLICATIONS (continued)

Evaluation of New Hydrophilic Matrix Systems as Sustained
    Release Vehicles using a $3^2$ Full Factorial Design,
    Adsumilli, P. and Bolton, S., Drug Development and
    Industrial Pharmacy, 17, 1931, 1991.

Special Cubic Design in the Development of an Extended
    Release Tablet Formulation of a Highly Water Soluble Drug,
    Ahmed, S., Rahman, M. and Bolton, S., Submitted for
    publication, J. Pharm. Res.

Lang, J.R. and Bolton, S., A Comprehensive Method Validation
    Strategy for Bioanalytical Applications in the
    Pharmaceutical Industry, Part I, J. Pharmaceutical
    Biomedical Analysis, 9(5), 357, 1991

Lang, J.R. and Bolton, S., A Comprehensive Method
    Validation Strategy for Bioanalytical Applications in the
    Pharmaceutical Industry, Part II, J. Pharmaceutical
    Biomedical Analysis, 9(6) 1991

Kislalioglu, S., Khan, M. and Bolton, S.,Physical
    Characterization and Dissolution Properties of Ibuprophen-
    Eudragit Coprecipitates, J. Pharm. Sci., 80, 799, 1991

W. Phuapradit and S. Bolton, The Influence of Tablet
    Buoyancy on the Human Oral Absorption of Sustained Release
    Acetaminophen Matrix Tablets, Drug Development Industrial
    Pharmacy, 1991.

Vinod P. Shah, Bolton, S., et.al., Analytical Methods Validation:
    Bioavailability, Bioequivalence and Pharmacokinetic Studies,
    Journal of AOAC, 75, 19A, 1992.

Bolton, S., Should a single Unexplained Failing Assay be
    Reason to Reject a Batch?, Clin. Research and Reg. Affairs,
    10(3),159-175, 1993.

Bolton, S., Outlier Tests and Chemical Assays, Clin. Research and
    Reg. Affairs, 10, 221-232, 1993.

Degree of Complexation Between Partially Neutralized
    Polyacrylic Acid and Water-Soluble Cellulose Ethers I, A.
    Sheth, Gaylord, N. and Bolton, S., Submitted to J. App.
    Polymer Science

PUBLICATIONS (continued)

When is it appropriate to average...and the Barr Decision?, Bolton, S., Clin. Research and Reg. Affairs,1994

Optimization of Process Variables for the Preparation of Ibuprofen Coprecipitates with Eudragit S100, Khan, MA, Bolton, S and Kislalioglu, MS, Int. J. Pharmaceutics, 1, 1993.

Remington's Pharmaceutical Sciences, Chapter "Statistics", 19th Ed, Mack, Phila., 1994

Optimization of Iontophretic Transdermal Delivery of a peptide and non-peptide drug, Gupta, S. Kumar, S, Bolton, S., Behl, C., Malick, A.W., J. Controlled Release, 30, 253-261, 1994

Chapter on Statistics in Pharmacy for Encyclopedia of Pharmaceutical Technology, Volume 14, Swarbrick, J.and Boylan, J., Editor, Marcel Dekker,1996

Controlled Release Coprecipitates: Formulation Considerations, Khan, M.A., Bolton, S., et. el., J. Controlled Release, 1996

HPLC Study of Binding of Sulfinpyrazone to Serum Albumin, Sun, C.F., Hsiao, C.L. and Bolton, S., Chromatographia, 42,401, Apr., 1996

Pharmaceutical Statistics, Bolton, 3rd Ed., Marcel Dekker, NY, NY, 1997

Is it Necessary to Take small Blend Samples to Assess Drug Uniformity?, Bolton, S., Sharma,M., et. al, Pharm. Dev. and Technology, 2(3), 297-299, 1997.

US Patent: Liquisolid Formulations, #5,800,834, Issued, 1998.

Generic Warfarin:Implications for Patient Care-Another View, Meyer, M., Chan, K. and Bolton, S. Pharmacotherapy, 1998

Flawed Statistical Analysis and Representation of Fact, Drug Dev. and Ind. Pharmacy, 23 (8), 851-856, 1997

Independence and Statistical Inference, J. Clin. Pharmacology, 1998

US Patent: Liquisolid Formulations, #5,968,550, Issued, 2000.

Clinical Study Design and Analysis, Bolton, S., Clin. Research and Reg. Affairs, p. 285, Vol 17, No. 4, 2000

US Patent: Liquisolid Formulations, #6,096,337, Issued, 2001.

Pharmaceutical Statistics, Bolton, S. and Bon, C., Fourth
Edition, Marcel Dekker, NY, November, 2004.

Remington's Pharmaceutical Sciences, Chapter "Statistics", 20th
Ed, Mack, Phila, 2001

Interchangeability of Brand and Generic Clozapine, Submitted for
Publication, Psychiatric Services, July, 2002

An Alternative Solution to the Distribution of the Individual
Bioequivalence Metric, J. Drug Dev. and Ind.Pharmacy,29, 4, 469-
474,2003.

Remington's Pharmaceutical Sciences, Chapter "Statistics", 21st
Ed, Mack, Phila, In Process

Generic Thyroid, J. Pharm Res., AAPS, 2005

Chapter in Book on Generic Drug Development Process, Marcel
Dekker, in Press, 2007

## RECENT PRESENTATIONS

Development of an Optimal Formula with Molded Nitroglyceri
Tablets Stabilized with Methylcellulose and
Carboxymethylcellulose. Sanford Bolton and Aloba, O.T.,
Abstract published and Poster Presentation at 1982
Midwest Regional Meeting, American Pharmaceutical Association,
Academy of Pharmaceutical Sciences. May 24, 1982.

Determination of Stability of Release Rates for Sustained
Release Dosage Forms, Presentation at Pharm Tech Conference
sponsored by "Pharmaceutical Technology," September, 1982

Bioavailability/Bioequivalence Studies, Sanford Bolton, Invited
Speaker, Presentation at the American Federation for Clinical
Research, Eastern Section, Meeting, October 3-6,
1982.Proceedings to be published - See under Publications).

Effects of Mixing Time and Lubricants on the Manufacture of
Sorbitol Lozenges, Am. Pharmaceutical Association, New Orleans,
April, 1983.

Process Validation of Hard Gelatin Capsules, Invited Speaker,
NAPM Meeting, Rye, NY. Sept. 1983.

Sustained Release, Theory and Practice, Vick International,
Invited Speaker, Egham, England and Paris, July, 1984.

Process Optimization, Vick International, Invited Speaker, Egham, England and Paris, July 1985.

Statistical Aspects of Process Validation, Pharmaceutical Sub-Group, Canadian Pharmaceutical Assoc., Invited Speaker, Toronto, Canada, October 15-16, 1985.

Goldman, R. and Bolton, S., Controlled Release Pellet Variability Problems in Mixtures, "11th Asian Congress", Bangkok, December 1986, (International organization), 5 pages.

S. Bolton, Should Bioavailability Parameters be Treated Equally? FDA Meeting on Bioavailability/Bioequivalence, Washington, D.C., November 1986, 10 pages.

J.R. Lang, W. Chern, R. DeMent and S. Bolton, A Statistical Approach to Bioanalytical Method Validation, AAPS 3rd Annual Meeting, Orlando, Florida, October 1988.

Practical Uses of Statistics, Invited Speaker, U. of Ky., College of Pharmacy, June, 1989.

Statistical Analysis of Bioavailability Data, Invited Speaker, Pfizer, Groton CT, April 1989.

Toronto Meeting on Bioavailability, Bio-International International Symposium, Invited Spaker, AAPS-FDA, Oct. 1989, Toronto, Canada. 1. Outliers in Bioavailability Studies. 2. Should Data be Normalized?

Massachusetts College of Pharmacy Annual Graduate symposium, Keynote Speaker, Optimization techniques, May, 1990.

AAPS-FDA Meeting, Washington D.C., December 3-5, 1990, Invited Speaker, Assay Validation in Bioavailability-Pharmacokinetic Studies- Quality Control, Statistical Considerations

Berlex Laboratories, Cedar Knolls, N.J., Invited Speaker, Statistical Applications in Pharmaceutical Research, December, 1990

Ciba-Geigy, Summit, N.J., Invited Speaker, Optimization in Pharmaceutical Research, December, 1990.

Discussion Leader, Fireside Chats, AAPS annual meeting, Washington, D.C., Nov. 17, 1991

Formulation Characteristics and Parameters of Powdered Solutions, Spireas, S.S., Bolton, S. and Savastano, L., AAPS annual meeting, Washington, D.C., Nov. 17, 1991

Rapid Release Powdered Solutions of Several Water-Insoluble Drugs, Spireas, S.S., Bolton, S., Lau-Cam, C. and Savastano, L., AAPS annual meeting, Washington, D.C., Nov. 17, 1991

12

Outliers in Bioequivalence Testing, Drug
Information Association, National Organization, Aug.
3-5, 1991, Bethesda, Md., 10 pages.

Statistical Applications for Process Validation,
Pharmaceutical Sciences Group, 3rd Annual Technical
Conference, Oct 6-8, 1991, Toronto

American Association of Pharmaceutical Scientists, Annual
Convention, Washington, D.C. November, 1991, Leader of
Fireside Chat program on design of experiments.

Formulation Characteristics and Parameters of Powdered
Solutions, Spireas, S.S., Bolton, S. and Savastano, L.,
AAPS annual meeting, Washington, D.C., Nov. 17, 1991

Rapid Release Powdered Solutions of Several Water-
Insoluble Drugs, Spireas, S.S., Bolton, S., Lau-Cam, C.
and Savastano,L., AAPS , Washington, D.C., Nov. 17, 1991

Invited Speaker, FDA Generic Expert Advisory Panel Meeting, Feb.
11, 1993, Silver Spring, Md., Individual Bioequivalency

Invited Speaker, PDA Tutorial, December 6, 1993, Bethesda, Md.

Invited Speaker, Statistical Issues in Pharmaceutical Research,
Am. Assoc. of Pharm. Sci. annual meeting, San Diego, Nov, 1994

Invited Speaker, Short Course on Statistical Issues in
Pharmaceutical Research, Am. Assoc. of Pharm. Sci. annual
meeting, San Diego, Nov, 1994

Invited Speaker, NAPM Scientific Meeting, Rockville, MD,
Bioequivalency Issues, October 1994.

Invited Speaker, SmithKline Beecham, Annual Meeting of QC Staff
Philadelphia, PA, November 1994.

Invited Speaker, AAPS Annual Meeting, Miami, November 7,1995,
Individual Bioequivalence

Invited Speaker, AAPS Midwest Annual Meeting, Chicago,
Statistical applications and Bioequivalence, May 24, 1996

Invited Speaker, McNeill Pharmaceuticals, Philadelphia, PA, June,
1996

Invited Speaker, Land O'Lakes Analytical Confereence, University
of Wisconsin, Land O'Lakes Wisconsin, July 23rd, 1996.

Invited Speaker, Abbott Labs., Chicago,
Statistical applicationsin pharmacy and QC, February, 1997

Invited Speaker, AAPS Alza Corp., Palo Alto, CA,

Statistical applications and outliers in QC Testing, May 6, 1997

Invited Speaker, AAPS Annual Meeting, Boston, Individual Bioequivalence, November 5, 1997

Invited Speaker, Tutorial on Pharmaceutical Statistics, 50th Annual Deming Statistical Conference, Atlantic City, NJ, December 8,1997

Invited Speaker, Short Course on Statistical Issues in Pharmaceutical Research, Am. Assoc. of Pharm. Sci. Washington, DC,1998

Invited Speaker, Conference on ANDAs, San Diego, Individual Bioequivalence, November, 1998

Invited Speaker, Bioequivalence, Mutual Pharmaceutical, Bioequivalence, June, 1999

Invited Speaker, Barr Laboratories, Bioequivalence, March, 1999

Invited Speaker, Midwest Meeting of Pharma, Product Complaints and Adverse Events, Chicago, July, 1999.

Invited Speaker,Formulation Optimization,Aradigm,Hayward,CA September, 2000

Invited Speaker,,Bioequivalence,Texas Tech. College of Pharmacy, Amarillo, Texas, March, 2002

Invited Speaker,,Statistics for GLPs, ALA/AAPS, Boston, June, 2004

Invited Speaker, Optimization, Watson Laboratories, June, 2005

Invited Speaker, Bioequivalence, Barr Labs, August, 2005

Invited Speaker, Statistics, USC College of Pharmacy, January, 2006


## RECENT ABSTRACTS AND POSTERS

Vincent Romeo, Sanford Bolton et al, Randomized Double-Blind Multiple Dose Study of the Antiemetic Effect of Intranasal (IN) Metochlopramide (M) Compared to Placebo for Cisplatin (CP) Induced Emesis, ASCO Meeting New Orleans, May 1988.

D. Saraiya and S. Bolton, The Use of Precirol in Sustained Release Quinidine and Theophylline Tablets, APhA National Meeting, Hawaii, 1987.

J.J. Shah, S. Bolton and A.W. Malick, Hydroxypropylcellulose:
    Evaluation of effects of Various Factors on Sustained
    Release Characteristics of Salicylic Acid from Compressed
    Tablets, APhA National Meeting, Hawaii, 1987.

R. Tarantino, D. Adair and S. Bolton, Controlled Drug Release
    from Polyvinyl-pyrrolidone (PVP)/Polydimethylsiloxane (PDMS)
    Matrices, Effect of PVP Molecular Weight, Concentration and
    Physical State on In-Vitro Release Rate of Salicylic Acid,
    AAPS 3rd Annual Meeting, Orlando, Florida 1988.

D.B. Ray and S. Bolton, In-Vitro Verification of Mathematical
    Model for Predicting the Mean Variance of Release Rates of a
    Mixture of Pseudoephedrine HCl Controlled Release Pellets
    with Different Release Characteristics, AAPS 3rd Annual
    Meeting, Orlando, Florida, October, 1988.

Ahmed, A., Lau-Cam, C., Bolton, S., Factorial Design in
    the Study of the Effects of Selected Chromatography
    Conditions on Resolution and Capacity Factors, AAPS
    Meeting, Atlanta Ga., Oct., 1989

Ahmed S., Bolton ,S. and Trombetta, L., Formulation and
    In-Vitro and In Vivo Evaluation of a Sustained Release
    Tablet Dosage Form of a Highly Water Soluble Drug, AAPS
    Meeting, Atlanta Ga., Oct., 1989

Ahmed, S. and Bolton, S., Simplex Design in the
    Development of Sustained Release Tablet Formulations,
    AAPS Meeting, Atlanta Ga., Oct., 1989

Development of a Sustained Release Delivery System for
    Quinidine Gluconate using Glycerol Palmito Stearate,
    Saraiya, D. and Bolton, S., AAPS Annual Meeting, Las Vegas,
    November 1990.

Orthogonal Composite Design in the Development of an Extended
    Release Formulation of a Highly Water Soluble Drug. Ahmed,
    S,Rahman, M and Bolton, S., AAPS Annual Meeting, Las Vegas,
    November 1990.

Special Cubic Design in the Development of an Extended
    Release Tablet Formulation of a Highly Water Soluble Drug,
    Ahmed, S., Rahman, M. and Bolton, S., AAPS Annual Meeting,
    Las Vegas, November 1990.

Evaluation of New Hydrophilic Matrix Systems as Sustained
    Release Vehicles using a $3^2$ Full Factorial Design,
    Adsumilli, P. and Bolton, S., AAPS Annual Meeting, Las
    Vegas, November 1990.

P & G Graduate Student Award, Effect of Polymer-Polymer
    Interactions in Carrier Bases on Controlled Release of
    Medicaments, Sheth, A., Gaylord, N. and Bolton, S, Graduate
    Symposium,AAPS Annual Meeting, Las Vegas, November 1990.

15

HPLC Assay of Enalaprilit for Quantitative Estimation in
   Iontophoretic Transdermal Delivery Studies, S.K. Gupta,
   S.Bolton, et. al., AAPS Annual Meeting, Washington, 1991.

Evaluation of Some Lipids as Excipients in Extreme Release
   Tablet Formulation. S. Ahmed and S. Bolton, AAPS Annual
   Meeting, Washington, 1991.

Formulation Optimization for Iontophoretic Transdermal
   Delivery of a Peptide and a Non-Peptide Drug, S.K. Gupta, S.
   Bolton, et. al., AAPS Annual Meeting, Washington, 1991.

A Novel Technique to Evaluate the Buccal Absorption of
   Drugs, R, Gambhir and S. Bolton, AAPS Annual Meeting,
   Washington, 1991.

Synthesis and Evaluation of Chitosan Citrate Complexes as
   Hydrophilic Matrices Using Full Factorial Designs, P.S.
   Adsumilli, S. Bolton, et. al., AAPS Annual Meeting,
   Washington, 1991.

Degree of Complexation Between Partially Neutralized
   Polyacrylic Acid and Water-Soluble Cellulose Ethers, A.
   Sheth, Gaylord, N. and Bolton, S., AAPS Annual Meeting,
   Washington, 1991.

Effect of Manufacturing Methods on the Release Profile of
   Pseudoephedrine HCl Using Precifac, Saraiya, D., Bolton, S.
   and Trombetta, L., AAPS Annual Meeting, Washington, 1991.

Process Optimization of Ibuprophen Coprecipitates with Eudragit
   S100, Khan, M., Bolton, S. and Kislalioglo, S., AAPS Annual
   Meeting, San Antonio, 1992.

Effect of Drug Loading, Chemical Enhancers and Conducting Gels
   on Cromolyn Sodium Iontophoretic Transdermal Delivery,
   Gupta, S. Bolton, S., et. al., AAPS Annual Meeting, San
   Antonio, 1992.

Theory and Practice of Liquisolid Compacts, S.Spireas, C.Lau-
   Cam, S.Bolton, AAPS Annual Meeting, Orlando, November, 1993

Bioequivalence of Nadolol, a case for $C_{max}/AUC$, Bolton, et.al.,
   Abstract, AAPS annual meeting, San Diego, CA, Nov., 1994

The Effect of Assay variation of Sodium Warfarin Tablets on
   Steady State Plasma Warfarin Concentrations, AAPS annual
   meeting, Indianapolis, Indiana, November, 2000

The Interchangeability of Clozaril and Clozapine, Phoenix, AZ,
   May 28,2001

## GRANTS

Special Post-Doctoral Fellow - AAPE - Gustavus Pfeiffer Award, London, England, Chelsea Polytechnic College of Pharmacy, 1961-2

NIH Research Grant (1962 - 1966) Interaction of Chelates with Acetylcholine

NIH Special Post-Doctoral Fellow (1964 - 1966) Statistics

Vick Research Grant - Tablet Formulation - 1982

C.R. Bard, Inc., Evaluation of the Stability of Morphine Sulfate and Meperidine in Plastic Disposable Syringes, grant awarded, March 1986.

Beach Pharmaceuticals, Formulation Research on Liquid Dosage Forms of Thioridazine Hydrochloride Suspensions, grant awarded, October 1986.

Forest Laboratories, NY, Floating Tablet Technology, grants awarded, April, 1986-87, 1987-88.

New York State Science and Technology Foundation, Commercial Development of a Novel Sustained Release Floating Tablet Matrix, grant awarded, October 1987.

Nastech Pharmaceuticals, Happauge, NY. Nasal Absorption of Drugs, grant awarded, October 1987.

Abel Health Management Services, Inc., Manhasset, NY, The Stabilities of Various Concentrations of Morphine Sulfate Solutions at two Temperatures in the Cormed III (Kalex) Ambulatory Infusion Bags, grant awarded April 1988.

Lachman Consultant Services, Inc., Westbury, NY, Preparation of Preliminary Tablet Formulations, grant awarded January 1988.

American Lecithin Company, Atlanta, GA, Tablets of Lecithin, March 1988.

Upjohn Company, Stability of Ampicillin, October 1987 - Present.

Glaxo Inc., Stability of Ranitidine Parenteral Solutions in Syringes, 1989.

Glaxo, Inc., Educational grant for book on Biopharmaceutics and Pharmacokinetics 1992.

Barr Laboratories, Evaluation of liqui-solid Compacts, January, 1997

17