# DTX 699 and DTX 700 Confidential

# Redacted