| andrx | fed | | statistics p 7R02470 | | | | | | difference between hours | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| period | rep 1 | 2hr | 3hr | 4hr | 5 hr | 5.5 hr | 6 hr | 6.5 hr | 7 | 7.5 | 3hr-2hr | 4hr-3 hr | 4hr-2hr | 10-8 hr | 8hr | 10 hr |
| 1 | 1 | 5.69 | 6.1 | 5.25 | | | | | | | 0.41 | -0.85 | -0.44 | -6.03 | 13.7 | 7.67 |
| 2 | 2 | 7.74 | 6.33 | 6.33 | | | | | | | -1.41 | 0 | -1.41 | 4.4 | 14.1 | 9.7 |
| 1 | 3 | 6.04 | 6.86 | 5.51 | | | | | | | 0.82 | -1.35 | -0.53 | 1.24 | 4.97 | 6.21 |
| 2 | 4 | 8.73 | 11.3 | 10.0 | | | | | | | 2.57 | 0.7 | 1.87 | -6 | 33.3 | 27.3 |
| 1 | 5 | 9.26 | 8.96 | 7.78 | | | | | | | -0.3 | -1.2 | -1.5 | 1.23 | 11.2 | 9.97 |
| 2 | 6 | 6.52 | 5.08 | 4.72 | | | | | | | -1.44 | -0.36 | -1.8 | -6.85 | 16.6 | 9.75 |
| 1 | 7 | 6.33 | 5.03 | 4.26 | | | | | | | -1.3 | -0.77 | -2.07 | -3.82 | 10.7 | 6.88 |
| 2 | 8 | 6.74 | 4.66 | 4.1 | | | | | | | -2.08 | -0.56 | -2.64 | -1.64 | 8.14 | 6.5 |
| 1 | 9 | 3.17 | 5.1 | 4.02 | | | | | | | 1.93 | -1.08 | 0.85 | -4.18 | 9.33 | 5.15 |
| 2 | 10 | 6.02 | 5.09 | 3.76 | | | | | | | -0.93 | -1.33 | -2.26 | 1.13 | 5.69 | 6.82 |
| 1 | 11 | 6.62 | 4.58 | 4.62 | | | | | | | -2.04 | 0.04 | -2 | 2.92 | 6.43 | 9.35 |
| 2 | 12 | 6.48 | 10.3 | 9.65 | | | | | | | 3.82 | -0.65 | 3.17 | 2.9 | 13.3 | 16.2 |
| 1 | 13 | 4.81 | 5.36 | 4.8 | | | | | | | 0.55 | -0.56 | -0.01 | 5.83 | 8.57 | 14.2 |
| 2 | 14 | 3.59 | 4.34 | 3.98 | | | | | | | 0.75 | -0.36 | 0.39 | 0.61 | 7.85 | 8.46 |
| 1 | 15 | 5.22 | 4.22 | 4.48 | | | | | | | -1 | 0.26 | -0.74 | -1.24 | 7.58 | 6.34 |
| 2 | 16 | 7.65 | 7.5 | 5.59 | | | | | | | -0.15 | -1.91 | -2.06 | 1.2 | 8.51 | 9.71 |
| 1 | 17 | 6.46 | 5.94 | 4.88 | | | | | | | -0.51 | -1.07 | -1.58 | 0.6 | 6.56 | 7.16 |
| 2 | 18 | 10.5 | 9.86 | 9.4 | | | | | | | -0.64 | -0.42 | -1.06 | 1.9 | 8.4 | 10.3 |
| 1 | 19 | 12 | 12.6 | 13.2 | | | | | | | 0.6 | 0.6 | 1.2 | 1.4 | 12.2 | 13.6 |
| 2 | 20 | 10.6 | 5.19 | 6.51 | | | | | | | -1.41 | -2.68 | -4.09 | 1.9 | 21.6 | 27.6 |
| 1 | 22 | 7.11 | 4.38 | 5.47 | | | | | | | -2.73 | 1.09 | -1.64 | -1.9 | 15 | 13.1 |
| 2 | 23 | 9.75 | 6.89 | 6.94 | | | | | | | -2.86 | 0.05 | -2.81 | 2.17 | 8.63 | 10.8 |
| 1 | 24 | 9.56 | 9.02 | 7.6 | | | | | | | -0.94 | -1.42 | -2.36 | -0.2 | 10.2 | 10 |
| | | | | | | | | | | | | | | 5.4 | 10.9 | 16.3 |

| | average | 7.260434783 | 6.9 | 6.23783 | | | | | | | -0.360434780 | -0.66217391 | -1.0226087 | -0.749130413 | 11.7295522 | 10.98043478 |
| | std dev | 2.270059027 | 2.473119 | 2.46079 | | | | | | | 1.643038976 | 0.826140845 | 1.670846666 | 3.646666128 | 8.230030992 | 6.050099014 |
| Plateau? | calc slope 2-4 hrs | | | | | | | | | | 0.342597309 | 0.172262274 | 0.346395655 | 0.739326655 | 1.290051262 | 1.261530766 |
| SE | | 0.473340028 | 0.51569 | 0.51311 | | | | | | | 0.582415426 | 0.292845866 | 0.592272614 | 1.256855331 | 2.208387145 | 2.144602302 |
| app CI | | 0.804678047 | 0.87668 | 0.87229 | | | | | | | -1.105205542 | -3.843986663 | -2.93519359 | -1.0.13260 | | |
| | | | | | | | | | | | not sig | sig | sig | not sig | | |

HIGHLY CONFIDENTIAL

DTX 701

Alza v. Andrx
C.A. No. 05-642-JJF