andrx

| rep 1 | fast | | R02469 stat-7 | | | | | | | difference between hours | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | down | down | |
| | 2hr | 3hr | 4hr | 5hr | 5.5hr | 6hr | 6.5hr | 7hr | 7.5 | 3hr-2hr | 4hr-3 hr | 4hr-2hr | 8hr-7hr | 8 HR | 8hr-7.5hr |
| 1 | 7.06 | 5.54 | 5.23 | 8.93 | 12.9 | 13.2 | 13.4 | | 13.1 | 12.8 | -1.52 | -0.31 | -1.83 | -0.3 | 12.9 | 0.1 |
| 2 | 4.26 | 3.57 | 3.78 | 8.49 | 8.47 | 9.64 | 8.86 | | 10.1 | 8.67 | -0.69 | 0.21 | -0.48 | -1.43 | 9.31 | 0.64 |
| 3 | 5.76 | 4.85 | 4.57 | 9.24 | 11.9 | 11.7 | 10.3 | | 11 | 10.2 | -0.91 | -2.42 | -3.33 | -0.8 | 7.9 | -2.3 |
| 4 | 6.49 | 5.29 | 6.23 | 10.4 | 12.5 | 12.6 | 13.7 | | 13.5 | 12.8 | -1.2 | 0.94 | -0.26 | -0.7 | 12.1 | -0.7 |
| 5 | 4.91 | 3.61 | 2.43 | 8.55 | 8.29 | 8.39 | 9.01 | | 9.88 | 9.37 | -1.3 | -1.18 | -2.48 | -0.51 | 8.9 | -0.47 |
| 6 | 6.66 | 6.83 | 10.5 | 16.5 | 18.1 | 17.4 | 17.5 | | 20.2 | 16.5 | 0.17 | 3.67 | 3.84 | -3.7 | 15.7 | -0.8 |
| 7 | 10 | 7.11 | 6.62 | 10.2 | 10.8 | 10.7 | 11.4 | | 11.6 | 11.3 | -2.89 | -0.49 | -3.38 | -0.3 | 10.7 | -0.6 |
| 8 | 5.79 | 3.16 | 2.98 | 5.33 | 6.86 | 4.74 | 7.1 | | 6.48 | 3.57 | -2.63 | -0.18 | -2.81 | -2.91 | 4.5 | -0.93 |
| 9 | 10.3 | 7.92 | 6.81 | 14 | 12.5 | 12.2 | 17.1 | | 12.6 | 12 | -2.38 | -1.11 | -3.49 | -0.3 | 11.8 | -0.2 |
| 10 | 4.29 | 4.43 | 4.99 | 6.79 | 7.48 | 7.77 | 7.52 | | 9.3 | 10.6 | 0.14 | 0.56 | 0.7 | -0.6 | 10.6 | 0 |
| 11 | 7.92 | 7.62 | 9.44 | 15.3 | 17.2 | 17.6 | 19 | | 19.2 | 18.1 | -0.3 | 1.82 | 1.52 | 1.3 | 17.4 | -0.7 |
| 12 | 8.03 | 6.87 | 6.7 | 9.97 | 13.8 | 13.5 | 12.9 | | 12.4 | 12.4 | -1.16 | -0.17 | -1.33 | -1.1 | 12.9 | 0.5 |
| 13 | 5.8 | 4.75 | 3.76 | 7.18 | 12.5 | 14.9 | 16.6 | | 15.7 | 14.3 | -1.05 | -0.99 | -2.04 | 0 | 12.6 | -1.7 |
| 14 | 3.63 | 3.25 | 4.48 | 8.49 | 10.4 | 11.8 | 11.7 | | 12.4 | 12.2 | -0.38 | 1.23 | 0.85 | -1.4 | 12.2 | 0 |
| 15 | 8.08 | 7.76 | 8.1 | 12.9 | 15 | 15.1 | 15.9 | | 16.3 | 15.5 | -0.33 | 0.35 | 0.02 | -0.2 | 14.9 | -0.6 |
| 16 | 9.72 | 8.52 | 11.1 | 21.1 | 23.1 | 20.8 | 21.9 | | 22 | 21.4 | -1.2 | 2.58 | 1.38 | -0.8 | 17.9 | -3.5 |
| 17 | 8.9 | 7.13 | 6.16 | 11.5 | 14.7 | 15.3 | 16.6 | | 16.1 | 16.4 | -1.77 | -0.97 | -2.74 | -0.6 | 15.7 | -0.7 |
| 18 | 5.92 | 5.42 | 5.1 | 8.86 | 10.6 | 11.4 | 13.2 | | 13.1 | 14.2 | -0.5 | -0.32 | -0.82 | 0.3 | 14 | -0.2 |
| 19 | 8.96 | 7.06 | 7.59 | 14.1 | 16.5 | 15.6 | 14.2 | | 16.5 | 15.7 | -1.9 | 0.53 | -1.37 | 1.1 | 17 | 1.3 |
| 20 | 5.96 | 5.54 | 5.1 | 8.88 | 11.1 | 13.7 | 14.3 | | 17.3 | 17.1 | -0.42 | -0.33 | -0.75 | -0.8 | 17.6 | 0.5 |
| 21 | 6.3 | 5.26 | 5.21 | 7.95 | 9.87 | 10.2 | 10.7 | | 12.9 | 13 | -1.04 | 0.4 | -0.64 | 0.2 | 12.2 | -0.9 |
| 22 | 6.29 | 5.37 | 5.66 | 8.04 | 13.8 | 13.9 | 13.2 | | 13.8 | 8.9 | 1.35 | 0.47 | 0.78 | 0.2 | 12.3 | -0.7 |
| 23 | 3.61 | 4.96 | 5.84 | 12.1 | 7.99 | 8.31 | 7.51 | | 8.77 | 19.3 | -0.3 | 0.8 | 0.5 | -0.8 | 10.2 | 1.3 |
| 24 | 12.1 | 11.8 | 4.39 | 7.5 | 23.5 | 20.6 | 18.8 | | 19.5 | 13.1 | -0.3 | -0.57 | -0.45 | 0.13 | 10.2 | -0.7 |
| 25 | 5.99 | 7.39 | 12.6 | 25.8 | 15.3 | 17.7 | 17.7 | | 16.1 | 14.4 | -0.09 | 0.07 | 1.47 | 0.5 | 18.6 | -0.5 |
| 26 | 3.68 | 4.95 | 7.46 | 13.3 | 10.5 | 12.2 | 14.4 | | 12.9 | 21 | 1.27 | 0.66 | 1.93 | -1.7 | 13.9 | -1.5 |
| 27 | 7.92 | 5.9 | 5.61 | 7.67 | 22.7 | 25.6 | 22 | | 22.2 | | | | 3.18 | -1.2 | 19.4 | -1.6 |
| 28 | | | 11.1 | 21.4 | | | | | | | | | | | | |
| average | 6.827037037 | 5.99444 | 6.46074 | 11.541 | 13.2726 | 13.5759 | 13.94444444 | | 14.25666667 | 13.63740741 | -0.84423077 | 0.387037037 | -0.44555556 | -0.61925926 | 13.15222222 | -0.485185185 |
| st dev | 2.201719284 | 1.89504 | 2.59222 | 4.9514 | 4.59375 | 4.48524 | 4.160005856 | | 4.036749454 | 3.946473199 | 1.020937503 | 1.549041428 | 1.973075174 | 1.055680335 | 3.536678508 | 1.060106563 |
| SEM | 0.062065149 | 0.06084 | 0.07722 | 0.0826 | 0.06661 | 0.06358 | 0.05741308 | | 0.054491896 | | | | | | | |

HIGHLY CONFIDENTIAL

DTX 703
Alza v. Andrx
C.A. No. 05-642-JJF

Fasted  Andrx  stst-10

| rep. 2 | 2hr | 3hr | 4hr | 5 hr | 5.5 hr | 6 hr | 6.5 hr | 7 | 7.5 | 3hr-2hr | 4hr-3hr | 4hr-2hr | 7.5hr-7hr | 8 hr | 8hr-7.5hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6.88 | 5.99 | 8.2 | 14.4 | 17.1 | 16.7 | 16.4 | 13.5 | 11.6 | -0.89 | 2.21 | 1.32 | -1.9 | 11.2 | -0.4 |
| 2 | 3.25 | 2.61 | 2.45 | 5.68 | 7.28 | 9.33 | 12.1 | 11.9 | 10.1 | -0.64 | -0.16 | -0.8 | -1.8 | 10.4 | 0.3 |
| 3 | 5.8 | 4.32 | 3.99 | 7.84 | 8.85 | 9.01 | 8.54 | 8.18 | 8.15 | -1.48 | -0.33 | -1.81 | -0.03 | 8.51 | 0.35 |
| 4 | 5.16 | 5.03 | 5.32 | 8.13 | 8.98 | 9.96 | 9.97 | 10.3 | 10.2 | -0.13 | 0.29 | 0.16 | -0.1 | 9.77 | -0.43 |
| 5 | 4.26 | 4.76 | 5.39 | 6.67 | 6.54 | 6.48 | 5.97 | 6.05 | 5.58 | 0.5 | 0.63 | 1.13 | -0.47 | 5.93 | 0.35 |
| 6 | 6.31 | 6.07 | 6.02 | 10.8 | 14.7 | 14.8 | 15.3 | 16.9 | 16.6 | -0.24 | -0.05 | -0.29 | -0.3 | 16.5 | -0.1 |
| 7 | 10.3 | 9.68 | 9.02 | 14.2 | 15.5 | 14.7 | 16.6 | 15.4 | 17 | -0.62 | -0.66 | -1.28 | 1.6 | 17.7 | 0.7 |
| 8 | 5.25 | 4.63 | 5.51 | 8.71 | 7.16 | 7.5 | 10.4 | 9.06 | 7.3 | -0.62 | 0.88 | 0.26 | -1.76 | 8.88 | 1.58 |
| 9 | 10.9 | 10.2 | 12 | 22 | 16.9 | 17.7 | 22 | 21.9 | 22.4 | -0.7 | 1.8 | 1.1 | 0.5 | 19.8 | -2.6 |
| 10 | 3.74 | 5 | 5.19 | 5.87 | 6.25 | 7.62 | 9.24 | 11.1 | 10.7 | 1.26 | 0.19 | 1.45 | -0.4 | 10.4 | -0.3 |
| 11 | 7.93 | 7.5 | 8.1 | 13.5 | 15 | 16.7 | 15.7 | 15.3 | 16.3 | -0.43 | 0.6 | 0.17 | 1 | 16.4 | 0.1 |
| 12 | 7.47 | 7.58 | 6.27 | 10.4 | 15.7 | 17.2 | 15 | 15.2 | 14.9 | 0.11 | -1.31 | -1.2 | -0.3 | 13.6 | -1.3 |
| 13 | 4.87 | 4.51 | 4.1 | 9.66 | 11.2 | 10.5 | 12.6 | 14.8 | 16 | -0.36 | -0.41 | -0.77 | 1.2 | 16 | 0 |
| 14 | 5.05 | 4.7 | 3.7 | 6.16 | 7.91 | 8.35 | 8.71 | 9.28 | 8.68 | -0.35 | -1 | -1.35 | -0.6 | 8.45 | -0.23 |
| 15 | 7.35 | 6.83 | 8.93 | 16.6 | 19.6 | 21.7 | 21.9 | 21.6 | 20.7 | -0.52 | 2.1 | 1.58 | -0.9 | 18 | -2.7 |
| 16 | 6.17 | 8.32 | 8.03 | 10.9 | 11.8 | 11.3 | 12.9 | 13.3 | 13.8 | 2.15 | -0.29 | 1.86 | 0.5 | 12.5 | -1.3 |
| 17 | 7.65 | 6.05 | 5.46 | 8.86 | 9.93 | 10.1 | 10.1 | 9.8 | 9.89 | -1.6 | -0.59 | -2.19 | 0.09 | 8.55 | -1.34 |
| 18 | 5.91 | 4.26 | 4.73 | 7.93 | 9.19 | 9.81 | 11.1 | 12.9 | 12.9 | -1.65 | 0.47 | -1.18 | 0 | 12.9 | 0 |
| 19 | 7.05 | 5.18 | 6 | 9.63 | 10.6 | 11.9 | 13.8 | 12.7 | 14.2 | -1.87 | 0.82 | -1.05 | 1.5 | 13.3 | -0.9 |
| 20 | 7.37 | 5.86 | 5.11 | 9.4 | 10.9 | 12 | 11.8 | 11 | 12.5 | -1.51 | -0.75 | -2.26 | 1.5 | 10.1 | -2.4 |
| 21 | 6.4 | 5.13 | 4.83 | 8.1 | 11.8 | 12.5 | 13 | 13.9 | 15.5 | -1.27 | -0.3 | -1.57 | 1.6 | 17.4 | 1.9 |
| 22 | 5.11 | 4.16 | 2.91 | 6.25 | 8.09 | 8.81 | 11.8 | 12.6 | 11.9 | -0.95 | -1.25 | -2.2 | -0.7 | 11.4 | -0.5 |
| 23 | 4.64 | 3.76 | 3.8 | 7.53 | 9.91 | 8.72 | 8.83 | 9.48 | 10.1 | -0.88 | 0.04 | -0.84 | 0.62 | 9.79 | -0.31 |
| 24 | 15.2 | 13.2 | 15.7 | 24.4 | 30.9 | 34.7 | 32.3 | 32 | 31.4 | -2 | 2.5 | 0.5 | -0.6 | 30.2 | -1.2 |
| 25 | 6.26 | 6.12 | 6.83 | 10.6 | 12.2 | 12.3 | 13 | 13.6 | 13.8 | -0.14 | 0.71 | 0.57 | 0.2 | 13.3 | -0.5 |
| 26 | 7.82 | 6.1 | 5.54 | 8.83 | 10.7 | 12.1 | 13.3 | 13.5 | 13.3 | -1.72 | -0.56 | -2.28 | -0.2 | 13.6 | 0.3 |
| 27 | 9.44 | 8.11 | 11.4 | 7.67 | 22.7 | 22.1 | 24.6 | 23.1 | 25.9 | -1.33 | 3.29 | 1.96 | 2.8 | 22.5 | -3.4 |

average  6.797777778  6.13556  6.46407  10.397  12.4959  13.133  13.96148148  14.01296296  14.12592593  -0.66222222  0.328518519  -0.3337037  0.112962963  13.59555556  -0.53037037
STD dev  2.49209571  2.27264  2.98207  4.5995  5.53616  5.98547  5.667701816  5.422434746  5.726776687  0.9438193  1.179346963  1.371709064  1.127750705  5.186019916  1.229963982
SEM  0.0705533063  0.07128  0.08878  0.0851  0.08526  0.08771  0.0781255643  0.0744701930.07  0.0781256430.0744701930.07
2 vs 3

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

| average | Andrx | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| fast | rep 1 and rep 2 | | | | | | | | | | | | | |
| pd | 2hr | 3hr | 4hr | 5 hr | 5.5 hr | 6 hr | 6.5 hr | 7 | 8 HR | 7.5 | 3hr-2hr | 4hr-3hr | 4hr-2hr | 7.5hr-7hr | 8 HR |
| 1 | 6.97 | 5.785 | 6.715 | 11.655 | | 14.95 | 14.9 | 13.3 | 12.05 | 12.2 | -1.205 | 0.95 | -0.255 | -1.1 | 12.05 |
| 2 | 3.755 | 3.09 | 3.115 | 7.085 | 7.875 | 9.445 | 10.48 | 11 | 9.855 | 9.385 | -0.665 | 0.025 | -0.64 | 1.615 | 9.555 |
| 2 | 5.78 | 4.545 | 4.20 | 8.54 | 7.875 | 10.355 | 9.42 | 9.59 | 8.205 | 9.175 | -1.195 | -0.305 | -1.5 | -0.41 | 8.205 |
| 2 | 5.825 | 5.16 | 5.775 | 8.265 | 10.74 | 11.28 | 11.835 | 11.9 | 10.925 | 11.5 | -0.665 | 0.615 | -0.05 | -0.03 | 10.935 |
| 6 | 4.555 | 4.165 | 3.91 | 7.01 | 7.415 | 7.435 | 7.49 | 7.965 | 7.415 | 7.415 | -0.4 | -0.275 | -0.675 | -0.4 | 7.415 |
| 7 | 6.495 | 6.45 | 8.26 | 13.65 | 16.4 | 16.1 | 16.4 | 16.55 | 16.1 | 15.55 | -0.035 | 1.01 | 1.175 | -0.05 | 16.1 |
| 8 | 10.15 | 8.395 | 7.82 | 12.2 | 13.15 | 12.7 | 14 | 13.5 | 14.2 | 14.15 | -1.775 | -1.1 | -2.3 | 0.65 | 14.2 |
| 9 | 5.52 | 3.855 | 4.245 | 7.02 | 7.01 | 6.12 | 8.75 | 7.77 | 6.69 | 5.435 | -1.625 | 0.35 | -1.275 | -2.335 | 6.69 |
| 10 | 10.6 | 9.06 | 9.405 | 18 | 17 | 14.95 | 19.95 | 15.8 | 15.8 | 17.2 | -1.54 | 0.345 | -1.195 | -0.03 | 15.8 |
| 11 | 4.015 | 4.715 | 6.09 | 6.33 | 6.865 | 7.695 | 8.30 | 10.2 | 10.5 | 10.65 | 0.7 | 0.375 | 1.075 | 0.45 | 10.5 |
| 12 | 7.925 | 7.56 | 8.77 | 14.4 | 14.7 | 17.15 | 17.35 | 17.25 | 16.9 | 17.2 | -0.365 | 1.21 | 0.845 | -0.05 | 16.9 |
| 2 | 7.5 | 7.225 | 9.93 | 10.165 | 14.75 | 15.35 | 13.95 | 13.3 | 10.5 | 13.05 | -0.525 | -0.74 | -1.265 | -0.15 | 10.5 |
| 2 | 5.335 | 4.63 | 8.42 | 8.77 | 11.65 | 12.7 | 14.6 | 15.25 | 14.3 | 13.05 | -0.705 | -0.7 | -1.405 | -0.1 | 14.3 |
| 2 | 4.34 | 3.975 | 4.09 | 7.325 | 9.159 | 10.075 | 10.205 | 10.44 | 10.325 | 10.225 | -0.365 | 0.115 | -0.25 | -0.1 | 10.325 |
| 2 | 7.715 | 7.29 | 8.515 | 14.75 | 17.3 | 18.4 | 18.9 | 18.95 | 16.45 | 19.1 | -0.425 | 1.225 | 0.8 | 0.65 | 16.45 |
| 2 | 7.945 | 8.42 | 8.565 | 16 | 17.45 | 16.05 | 17.4 | 17.65 | 15.2 | 17.6 | 0.475 | 1.145 | 1.62 | -0.05 | 15.2 |
| 2 | 6.275 | 6.59 | 9.41 | 10.15 | 12.315 | 12.7 | 13.35 | 12.95 | 12.195 | 13.145 | -1.695 | -0.70 | -2.465 | 0.195 | 12.125 |
| 19 | 5.915 | 4.04 | 4.915 | 8.405 | 9.895 | 10.605 | 12.15 | 13 | 13.45 | 13.55 | -1.075 | 0.075 | -1 | 0.35 | 13.45 |
| 20 | 6.005 | 6.12 | 6.795 | 11.065 | 13.55 | 13.75 | 14 | 14.6 | 15.15 | 14.95 | -1.885 | 0.67 | 1.21 | 0.55 | 15.15 |
| 21 | 6.065 | 5.7 | 5.16 | 8.575 | 11 | 12.05 | 14 | 14.15 | 13.35 | 14.8 | -0.965 | -0.54 | -1.505 | 0.65 | 13.35 |
| 22 | 6.35 | 5.195 | 5.245 | 8.07 | 10.335 | 11.35 | 11.85 | 13.4 | 14.8 | 14.3 | -1.155 | 0.05 | -1.105 | 0.9 | 14.8 |
| 23 | 5.7 | 4.765 | 4.375 | 9.175 | 10.345 | 11.355 | 12.5 | 13.2 | 14.8 | 12.45 | -0.935 | -0.39 | -1.325 | -0.75 | 14.8 |
| 24 | 4.125 | 4.05 | 4.05 | 7.515 | 9.95 | 8.615 | 8.17 | 9.125 | 9.995 | 9.5 | -0.075 | -0.05 | -0.03 | 0.375 | 11.05 |
| 25 | 13.65 | 12.5 | 14.15 | 25.1 | 27.2 | 27.05 | 25.55 | 25.75 | 24.3 | 25.35 | -1.65 | 1.65 | 0.5 | -0.1 | 24.3 |
| 26 | 6.125 | 5.755 | 7.145 | 11.95 | 13.75 | 16 | 15.35 | 14.05 | 13.6 | 14.1 | -0.37 | 1.39 | 1.02 | -0.75 | 13.6 |
| 27 | 5.75 | 5.525 | 6.675 | 8.25 | 10.6 | 12.15 | 13.85 | 13.2 | 12.75 | 13.35 | -0.225 | 0.05 | -0.175 | 0.15 | 12.75 |
| 28 | 8.68 | 7.005 | 11.26 | 14.535 | 22.7 | 23.65 | 23.3 | 22.65 | 20.95 | 23.45 | -1.675 | 4.245 | 2.57 | 0.8 | 20.95 |
| Average | 6.612407407 | 6.055 | 6.46241 | 10.968 | 12.8843 | 13.3544 | 13.9528296 | 14.13481441 | 13.37366666 | 13.881366667 | | | | | 13.37366666 |
| stdev | 2.226387768 | 1.99347 | 2.50772 | 4.2074 | 4.68191 | 4.72203 | 4.4106382 | 4.135590937 | 3.840951674 | 4.355558938 | 0.738783/3 | 1.05583486 | 1.270736994 | 3.446651674 | 4.150777778 |
| CV | 0.326813597 | 0.32967 | 0.40043 | 0.3836 | 0.36338 | 0.35414 | 0.31610771 | 0.296125337 | 0.287646431 | 0.314436004 | | | | | 0.287646431 |
| CI | 0.1232748 | 0.12435 | 0.15104 | 0.1447 | 0.13707 | 0.13358 | 0.11923651 | 0.111699499 | 0.105500267 | 0.118624805 | variability of difference | | | | |

| | signific | t value | | p, 1-sided | p, 2-sided | | t-test | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-3 hrs | | -5.25713 | | <0.01 | <0.01 | | result | 4.25713356 | 1.955780298 | 1.43111241 | 1.605182233 | | | | |
| 7-8 hrs | | -3.95 | | <0.01 | <0.01 | | | DOWN | UP | DOWN | DOWN | | -3.137550649 | | |
| 2-4 hrs | | 0.1447 | -2.08 logs | <0.025 | <0.05 | | | significant | not sig | not sig | not sig | | DOWN | | |
| 7.5-8 | | -3.13755 | | <0.01 | <0.01 | | | | 2-sided | 2-sided | 2-sided | | significant | | |

HIGHLY CONFIDENTIAL

| ln 2 hrs | ln 3 hrs | ln 4 hrs | 7.5 hrs ln | 24 hrs ln | 6.5-3 | |
|---|---|---|---|---|---|---|
| 1.941615225 | 1.751805164 | 1.9043436 | -1.25 | -0.037271395 | -2.85 | |
| 1.323088285 | 1.128171091 | 1.136222152 | -1.145 | -0.186859133 | -0.625 | |
| 1.754403563 | 1.522790106 | 1.45395301 | -1.385 | -0.300450673 | -1.215 | |
| 1.762158599 | 1.640936579 | 1.753538256 | -0.965 | -0.008620743 | -0.9 | |
| 1.522790106 | 1.431606704 | 1.363537374 | -0.55 | -0.159252732 | -0.075 | |
| 1.869491818 | 1.864080131 | 2.111424586 | -2.45 | 0.24193277 | -0.3 | |
| 2.317473705 | 2.127636291 | 2.056664855 | 0.7 | -0.260789151 | 0.2 | |
| 1.7037785 | 1.359693679 | 1.44574182 | -1.08 | -0.262636041 | -2.06 | |
| 2.360855001 | 2.203869120 | 2.241241463 | -1.45 | -0.119612538 | -3.75 | |
| 1.390003747 | 1.550748916 | 1.627277831 | 0.3 | 0.237240483 | 2.12 | |
| 2.07002232 | 2.02287119 | 2.171336606 | -0.35 | 0.101314487 | -0.45 | |
| 2.047692043 | 1.977547234 | 1.869491618 | -0.55 | -0.178201026 | -0.7 | |
| 1.674288835 | 1.632655866 | 1.358639426 | -0.95 | -0.305649459 | -0.3 | |
| 1.467674348 | 1.380024748 | 1.4085497 | -0.515 | -0.059329378 | 0.12 | |
| 2.043166486 | 1.986503546 | 2.111820314 | -2.5 | 0.096662828 | -2.45 | |
| 2.0725428 | 2.130609828 | 2.258110603 | -2.45 | 0.185567603 | -2.2 | |
| 2.113239921 | 1.885553349 | 1.769580571 | -0.825 | -0.35365835 | -1.225 | |
| 1.777491497 | 1.576914721 | 1.592291754 | 0.45 | -0.185199744 | 1.3 | |
| 2.080066346 | 1.81156209 | 1.916187048 | 0.55 | -0.163879299 | 1.15 | |
| 1.896869954 | 1.740466175 | 1.640936579 | -0.3 | -0.255933374 | 0.8 | |
| 1.848454813 | 1.64769603 | 1.657275212 | 1.4 | -0.191179571 | 2.95 | |
| 1.740466175 | 1.661297537 | 1.47590652 | -1.35 | -0.264559655 | -0.65 | |
| 1.41706602 | 1.472472057 | 1.40976671 | 0.87 | -0.007299302 | 1.825 | |
| 2.613739522 | 2.52572864 | 2.64914624 | -1.35 | 0.035975102 | -1.15 | |
| 1.81237875 | 1.910282971 | 1.966412811 | -1.25 | 0.154034055 | -1.75 | |
| 1.749199855 | 1.70028324 | 1.718293317 | -0.45 | -0.030907537 | -1.1 | |
| 2.16102152 | 1.94662418 | 2.420358129 | -1.7 | 0.2593466 | -2.35 | |
| 1.87169896 | 1.75552744 | 1.79598703 | -0.76092593 | -0.074711966 | -0.5190740 | Average |
| 0.30888686 | 0.30751713 | 0.37147253 | 1.00730794 | 0.3862697 | 1.5517140 | SD |

| 0.712274281 | 0.131712617 | 1.118440723 |
|---|---|---|
| -3.9252019 | -2.08414496 | -1.902339 |