

DTX 716

Alza v. Andrx
C.A. No. 05-642-JJF

# Pharmaceutical Dissolution Testing

# Pharmaceutical Dissolution Testing

*Edited by*

**Jennifer Dressman**
*Johann Wolfgang Goethe University*
*Frankfurt, Germany*

**Johannes Krämer**
*Phast GmbH*
*Homburg/Saar, Germany*



Taylor & Francis
Taylor & Francis Group

Boca Raton    London    New York    Singapore

Published in 2005 by
Taylor & Francis Group
270 Madison Avenue
New York, NY 10016

© 2005 by Taylor & Francis Group, LLC

No claim to original U.S. Government works
Printed in the United States of America on acid-free paper
10 9 8 7 6 5 4 3 2

International Standard Book Number-10: 0-8247-5467-0 (Hardcover)
International Standard Book Number-13: 978-0-8247-5467-9 (Hardcover)
Library of Congress Card Number 2005050291

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

No part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC) 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

**Library of Congress Cataloging-in-Publication Data**

Pharmaceutical dissolution testing / edited by Jennifer Dressman, Johannes Krämer.
    p. ; cm.
Includes bibliographical references and index.
ISBN-13: 978-0-8247-5467-9 (alk. paper)
ISBN-10: 0-8247-5467-0 (alk. paper)
1. Drugs--Solubility--Testing. I. Dressman, J. B. (Jennifer B.) II. Krämer, Johannes, 1959-
[DNLM: 1. Dosage Forms--standards. 2. Drug Compounding. 3. Administration, Oral.
4. Biological Availability. 5. Gastrointestinal Tract--metabolism. 6. Technology,
Pharmaceutical--instrumentation. QV 778P5323 2005]
RS189.P446 2005
615'.1'9--dc22                                                          2005050291

**informa**
Taylor & Francis Group
is the Academic Division of Informa plc.

Visit the Taylor & Francis Web site at
http://www.taylorandfrancis.com

*This book is dedicated to dissolution scientists the world over, and to our spouses, Torsten and Heike, without whose support this work would not have been possible.*

# 7 | Development of Dissolution Tests on the Basis of Gastrointestinal Physiology

SANDRA KLEIN,
MARTIN WUNDERLICH, and
JENNIFER DRESSMAN
Institute of Pharmaceutical Technology,
Biocenter, Johann Wolfgang Goethe
University, Frankfurt, Germany

ERIKA STIPPLER
Phast GmbH,
Biomedizinisches Zentrum,
Homburg/Saars, Germany

## INTRODUCTION

Almost half a century after the first attempts at dissolution testing, we are still grappling with the question of "which media to use to run which dissolution tests." This is not a trivial question, since the outcome of a test can be greatly dependent on the dissolution medium, especially if the drug itself and/or key excipients are poorly soluble and/or ionizable. In addition, dissolution tests are run for different reasons at

different points in the product life cycle. In pre-clinical development, dissolution of the pure drug is often studied under biorelevant conditions to assess whether dissolution is likely to be a rate-limiting factor in the oral absorption of a drug. Later, various formulations will be compared, again under biorelevant conditions, to determine which are most suitable for taking into clinical studies. During the progression through phase II and III clinical trials, batch sizes are increased and the formulation is often optimized. At this stage, it may well be desirable to develop an in vitro-in vivo correlation (IVIVC) so that the biopharmaceutical properties after further scale-up and minor formulation changes in the product can be assessed with in vitro studies instead of having to perform a pharmacokinetic bioequivalence study. At this time, dissolution tests for routine quality control (QC) of the drug product are also being developed. These QC procedures should also reflect insofar as possible the gastrointestinal (GI) conditions under which the product has to perform. At times, this can be quite a challenge with today's standard apparatus due to the parallel need to confirm that the product can release 100% (or near to) of the drug.

Even after the drug product has been approved, research on formulation and dissolution testing does not stop. Quite the contrary: often new dosage strengths and modified release (MR) products are brought onto the market to provide the medical practitioner with more prescribing flexibility. Last but not least, as the patent protection for the drug substance runs out, other manufacturers may desire to bring competitor products onto the market. Approval of these multisource products may under certain circumstances be contingent on the ability to pass an array of specially designed dissolution tests according to the so-called bioavailability–bioequivalence (BABE) guidance (1) rather than having to show bioequivalence in a pharmacokinetic study.

To assist the reader with the question of "which dissolution test to apply when?" the first part of this chapter is divided into two primary sections—one dealing with drugs that have few or no solubility problems, in which case developing dissolution tests at all stages of the product life cycle

is a relatively straightforward process, and the other dealing with compounds where the dissolution test design may have to undergo a transition as the compound moves from early development into clinical trials and later to an approved product. The second part of the chapter deals more specifically with the question of developing dissolution tests that can predict in vivo performance for MR products.

## GETTING STARTED: SOLUBILITY AND THE DOSE: SOLUBILITY RATIO

First and foremost, it is important to arrive at a thorough understanding of the compound's solubility behavior over the usual pH range encountered in the GI tract. Table 1 summarizes typical pH values in the GI tract in young, healthy individuals, as well as approximates residence times for pellets and (non-disintegrating) tablets in the various GI segments.

Table 1 Typical Values [Average (Range)] of pH and Mean Residence Times (MRT) in Various Segments of the GI Tract of Young, Healthy Volunteers

| Segment | pH | MRT (pellets) | MRT (tablets)[a] |
|---|---|---|---|
| A. Pre-prandial | | | |
| Stomach | 1.8 (1–3) | 30 min | 60 min |
| Duodenum | 6.0 (4–7) | <10 min | <10 min |
| Upper jejunum | 6.5 (5.5–7) | 60 min | 30 min |
| Lower jejunum | 6.8 (6–7.2) | 60 min | 30 min |
| Upper ileum | 7.2 (6.5–7.5) | 60 min | 60 min |
| Lower ileum | 7.5 (7–8) | 60 min | 120 min |
| Proximal colon | 5.5–6.5 | 4–12 hr | 4–12 hr |
| B. Post-prandial | | | |
| Stomach | 4 (3–6) | 2–4 hr | 2–10 hr |
| Duodenum | 5.0 (4–7) | <10 min | <10 min |
| Upper jejunum | 5.5 (5.5–7) | 60 min | 60 min |
| Lower jejunum | 6.5 (6–7.2) | 60 min | 60 min |
| Upper ileum | 7.2 (6.5–7.5) | 60 min | 60 min |
| Lower ileum | 7.5 (7–8) | 60 min | 60 min |
| Proximal colon | 5.5–6.5 | 4–12 hr | 4–12 hr |

[a]Non-disintegrating tablets.