# 1995

## USP 23
## NF 18

# THE UNITED STATES PHARMACOPEIA

# THE NATIONAL FORMULARY

*By authority of the United States Pharmacopeial Convention, Inc., meeting at Washington, D.C., March 8–10, 1990. Prepared by the Committee of Revision and published by the Board of Trustees*

*Official from January 1, 1995*



SINCE 1820

**UNITED STATES PHARMACOPEIAL CONVENTION, INC.**
12601 Twinbrook Parkway, Rockville, MD   20852

,5
'1
116
2123
,2126
2127

iii

DTX 720

Alza v. Andrx
C.A. No. 05-642-JJF

## Apparatus

The apparatus[1] consists of a basket-rack assembly, a 1000-mL, low-form beaker for the immersion fluid, a thermostatic arrangement for heating the fluid between 35° and 39°, and a device for raising and lowering the basket in the immersion fluid at a constant frequency rate between 29 and 32 cycles per minute through a distance of not less than 5.3 cm and not more than 5.7 cm. The volume of the fluid in the vessel is such that at the highest point of the upward stroke the wire mesh remains at least 2.5 cm below the surface of the fluid and descends to not less than 2.5 cm from the bottom of the vessel on the downward stroke. The time required for the upward stroke is equal to the time required for the downward stroke, and the change in stroke direction is a smooth transition, rather than an abrupt reversal of motion. The basket-rack assembly moves vertically along its axis. There is no appreciable horizontal motion or movement of the axis from the vertical.

*Basket-rack Assembly*—The basket-rack assembly consists of six open-ended transparent tubes, each 7.75 ± 0.25 cm long and having an inside diameter of approximately 21.5 mm and a wall approximately 2 mm thick; the tubes are held in a vertical position by two plastic plates, each about 9 cm in diameter and 6 mm in thickness, with six holes, each about 24 mm in diameter, equidistant from the center of the plate and equally spaced from one another. Attached to the under surface of the lower plate is 10-mesh No. 23 (0.025-inch) W. and M. gauge woven stainless-steel wire cloth having a plain square weave. The parts of the apparatus are assembled and rigidly held by means of three bolts passing through the two plastic plates. A suitable means is provided to suspend the basket-rack assembly from the raising and lowering device using a point on its axis.

The design of the basket-rack assembly may be varied somewhat provided the specifications for the glass tubes and the screen mesh size are maintained.

*Disks*[2]—The use of disks is permitted only where specified in the monograph. If specified in the individual monograph, each tube is provided with a slotted and perforated cylindrical disk 9.5 ± 0.15 mm thick and 20.7 ± 0.15 mm in diameter. The disk is made of a suitable, transparent plastic material having a specific gravity of between 1.18 and 1.20. Five 2-mm holes extend between the ends of the cylinder, one of the holes being through the cylinder axis and the others parallel with it equally spaced on a 6-mm radius from it. Equally spaced on the sides of the cylinder are four notches that form V-shaped planes that are perpendicular to the ends of the cylinder. The dimensions of each notch are such that the openings on the bottom of the cylinder are 1.60 mm square and those on the top are 9.5 mm wide and 2.55 mm deep. All surfaces of the disk are smooth. If the use of disks is specified in the individual monograph, add a disk to each tube, and operate the apparatus as directed under *Procedure*.

## Procedure

*Uncoated Tablets*—Place 1 tablet in each of the six tubes of the basket and operate the apparatus, using water maintained at 37 ± 2° as the immersion fluid unless otherwise specified in the individual monograph. At the end of the time limit specified in the monograph, lift the basket from the fluid, and observe the tablets: all of the tablets have disintegrated completely. If 1 or 2 tablets fail to disintegrate completely, repeat the test on 12 additional tablets: not less than 16 of the total of 18 tablets tested disintegrate completely.

*Plain Coated Tablets*—Apply the test for *Uncoated Tablets*, operating the apparatus for the time specified in the individual monograph.

*Enteric-coated Tablets*—Place 1 tablet in each of the six tubes of the basket and, if the tablet has a soluble external coating, immerse the basket in water at room temperature for 5 minutes. Then operate the apparatus using simulated gastric fluid TS maintained at 37 ± 2° as the immersion fluid. After 1 hour of operation in simulated gastric fluid TS, lift the basket from the fluid, and observe the tablets: the tablets show no evidence of disintegration, cracking, or softening. Operate the apparatus, using simulated intestinal fluid TS maintained at 37 ± 2° as the immersion fluid, for the time specified in the monograph. Lift the basket from the fluid, and observe the tablets: all of the tablets disintegrate completely. If 1 or 2 tablets fail to disintegrate completely, repeat the test on 12 additional tablets: not less than 16 of the total of 18 tablets tested disintegrate completely.

*Buccal Tablets*—Apply the test for *Uncoated Tablets*. After 4 hours, lift the basket from the fluid, and observe the tablets: all of the tablets have disintegrated. If 1 or 2 tablets fail to disintegrate completely, repeat the test on 12 additional tablets: not less than 16 of the total of 18 tablets tested disintegrate completely.

*Sublingual Tablets*—Apply the test for *Uncoated Tablets*. Observe the tablets within the time limit specified in the individual monograph: all of the tablets have disintegrated. If 1 or 2 tablets fail to disintegrate completely, repeat the test on 12 additional tablets: not less than 16 of the total of 18 tablets tested disintegrate completely.

*Hard Gelatin Capsules*—Apply the test for *Uncoated Tablets*. Attach a removable 10-mesh wire cloth,[3] as described under *Basket-rack Assembly*, to the surface of the upper plate of the basket-rack assembly. Observe the capsules within the time limit specified in the individual monograph: all of the capsules have disintegrated except for fragments from the capsule shell. If 1 or 2 capsules fail to disintegrate completely, repeat the test on 12 additional capsules: not less than 16 of the total of 18 capsules tested disintegrate completely.

*Soft Gelatin Capsules*—Proceed as directed under *Hard Gelatin Capsules*.

---

[1] A suitable apparatus, meeting these specifications, is available from laboratory supply houses, from Van-Kel Industries, Inc., 36 Meridian Rd., Edison, NJ 08820, or from Hanson Research Corp., P. O. Box 35, Northridge, CA 91324.

[2] Disks meeting these specifications are obtainable from Van-Kel Industries, Inc.

[3] A suitable wire cloth cover is available as Van-Kel Industries Part TT-1030.

## ⟨711⟩ DISSOLUTION

This test is provided to determine compliance with the dissolution requirements where stated in the individual monograph for a tablet or capsule dosage form, except where the label states that the tablets are to be chewed unless otherwise directed in the monograph. Where the label states that an article is enteric-coated, and a dissolution or disintegration test that does not specifically state that it is to be applied to enteric-coated articles is included in the individual monograph, the test for *Delayed-release Articles* under *Drug Release* ⟨724⟩ is applied unless otherwise specified in the individual monograph. Of the types of apparatus described herein, use the one specified in the individual monograph.

USP Reference Standards ⟨11⟩—*USP Prednisone Tablets RS (Dissolution Calibrator, Nondisintegrating). USP Salicylic Acid Tablets RS (Dissolution Calibrator, Nondisintegrating).*

Apparatus 1—The assembly consists of the following: a covered vessel made of glass or other inert, transparent material[1]; a motor; a metallic drive shaft; and a cylindrical basket. The vessel is partially immersed in a suitable water bath of any convenient size that permits holding the temperature inside the vessel at 37 ± 0.5° during the test and keeping the bath fluid in constant, smooth motion. No part of the assembly, including the environment in which the assembly is placed, contributes significant motion, agitation, or vibration beyond that due to the smoothly rotating stirring element. Apparatus that permits observation of the specimen and stirring element during the test is preferable. The vessel is cylindrical, with a hemispherical bottom. It is 160 to 175 mm high, its inside diameter is 98 to 106 mm, and its nominal capacity is 1000 mL. Its sides are flanged at the top. A fitted cover may be used to retard evaporation.[2] The shaft is

---

[1] The materials should not sorb, react, or interfere with the specimen being tested.

[2] If a cover is used, it provides sufficient openings to allow ready insertion of the thermometer and withdrawal of specimens.

1792 ⟨711⟩ Dissolution / *Physical Tests*  USP 23



Fig. 1. Basket Stirring Element.



Fig. 2. Paddle Stirring Element.

positioned so that its axis is not more than 2 mm at any point from the vertical axis of the vessel and rotates smoothly and without significant wobble. A speed-regulating device is used that allows the shaft rotation speed to be selected and maintained at the rate specified in the individual monograph, within ±4%.

Shaft and basket components of the stirring element are fabricated of stainless steel, type 316 or equivalent, to the specifications shown in Figure 1. Unless otherwise specified in the individual monograph, use 40-mesh cloth. A basket having a gold coating 0.0001 inch (2.5 μm) thick may be used. The dosage unit is placed in a dry basket at the beginning of each test. The distance between the inside bottom of the vessel and the basket is maintained at 25 ± 2 mm during the test.

**Apparatus 2**—Use the assembly from *Apparatus 1*, except that a paddle formed from a blade and a shaft is used as the stirring element. The shaft is positioned so that its axis is not more than 2 mm at any point from the vertical axis of the vessel, and rotates smoothly without significant wobble. The blade passes through the diameter of the shaft so that the bottom of the blade is flush with the bottom of the shaft. The paddle conforms to the specifications shown in Figure 2. The distance of 25 ± 2 mm between the blade and the inside bottom of the vessel is maintained during the test. The metallic blade and shaft comprise a single entity that may be coated with a suitable inert coating. The dosage unit is allowed to sink to the bottom of the vessel before rotation of the blade is started. A small, loose piece of nonreactive material such as not more than a few turns of wire helix may be attached to dosage units that would otherwise float.

**Apparatus Suitability Test**—Individually test 1 tablet of the *USP Dissolution Calibrator, Disintegrating Type* and 1 tablet of *USP Dissolution Calibrator, Nondisintegrating Type*, according to the operating conditions specified. The apparatus is suitable if the results obtained are within the acceptable range stated in the certificate for that calibrator in the apparatus tested.

**Dissolution Medium**—Use the solvent specified in the individual monograph. If the *Dissolution Medium* is a buffered solution, adjust the solution so that its pH is within 0.05 unit of the pH specified in the individual monograph. [NOTE—Dissolved gases can cause bubbles to form, which may change the results of the test. In such cases, dissolved gases should be removed prior to testing.[3]]

**Time**—Where a single time specification is given, the test may be concluded in a shorter period if the requirement for minimum amount dissolved is met. If two or more times are specified, specimens are to be withdrawn only at the stated times, within a tolerance of ±2%.

**Procedure for Capsules, Uncoated Tablets, and Plain Coated Tablets**—Place the stated volume of the *Dissolution Medium* in the vessel of the apparatus specified in the individual monograph, assemble the apparatus, equilibrate the *Dissolution Medium* to 37 ± 0.5°, and remove the thermometer. Place 1 tablet or 1 capsule in the apparatus, taking care to exclude air bubbles from the surface of the dosage-form unit, and immediately operate the apparatus at the rate specified in the individual monograph. Within the time interval specified, or at each of the times stated, withdraw a specimen from a zone midway between the surface of the *Dissolution Medium* and the top of the rotating basket or blade, not less than 1 cm from the vessel wall. [NOTE—Replace the aliquots withdrawn for analysis with equal volumes of fresh *Dissolution Medium* at 37° or, where it can be shown that replacement of the medium is not necessary, correct for the volume change in the calculation. Keep the vessel covered for the duration of the test, and verify the temperature of the mixture under test at suitable times.] Perform the analysis as directed in the individual monograph.[4] Repeat the test with additional dosage form units.

---

[3] One method of deaeration is as follows: Heat the medium, while stirring gently, to about 45°, immediately filter under vacuum using a filter having a porosity of 0.45 μm or less, with vigorous stirring, and continue stirring under vacuum for about 5 minutes. Other validated deaeration techniques for removal of dissolved gases may be used.

[4] If test specimens are filtered, use an inert filter that does not cause adsorption of the active ingredient or contain extractable substances that would interfere with the analysis.

USP 23                                                                           Physical Tests / Drug Release ⟨724⟩   1793

Where capsule shells interfere with the analysis, remove the contents of not less than 6 capsules as completely as possible, and dissolve the empty capsule shells in the specified volume of *Dissolution Medium*. Perform the analysis as directed in the individual monograph. Make any necessary correction. Correction factors greater than 25% of the labeled content are unacceptable.

*Interpretation*—Unless otherwise specified in the individual monograph, the requirements are met if the quantities of active ingredient dissolved from the units tested conform to the accompanying acceptance table. Continue testing through the three stages unless the results conform at either $S_1$ or $S_2$. The quantity, $Q$, is the amount of dissolved active ingredient specified in the individual monograph, expressed as a percentage of the labeled content; both the 5% and 15% values in the acceptance table are percentages of the labeled content so that these values and $Q$ are in the same terms.

#### Acceptance Table

| Stage | Number Tested | Acceptance Criteria |
|---|---|---|
| $S_1$ | 6 | Each unit is not less than $Q + 5\%$. |
| $S_2$ | 6 | Average of 12 units $(S_1 + S_2)$ is equal to or greater than $Q$, and no unit is less than $Q - 15\%$. |
| $S_3$ | 12 | Average of 24 units $(S_1 + S_2 + S_3)$ is equal to or greater than $Q$, not more than 2 units are less than $Q - 15\%$, and no unit is less than $Q - 25\%$. |

## ⟨721⟩ DISTILLING RANGE

To determine the range of temperatures within which an official liquid distils, or the percentage of the material that distils between two specified temperatures, use Method I or Method II as directed in the individual monograph. The *lower limit* of the range is the temperature indicated by the thermometer when the first drop of condensate leaves the tip of the condenser, and the *upper limit* is the Dry Point, i.e., the temperature at which the last drop of liquid evaporates from the lowest point in the distillation flask, without regard to any liquid remaining on the side of the flask, or the temperature observed when the proportion specified in the individual monograph has been collected.

[NOTE—Cool all liquids that distil below 80° to between 10° and 15° before measuring the sample to be distilled.]

### METHOD I

*Apparatus*—Use apparatus similar to that specified for Method II, except that the distilling flask is of 50- to 60-mL capacity, and the neck of the flask is 10 to 12 cm long and 14 to 16 mm in internal diameter. The perforation in the upper asbestos board, if one is used, should be such that when the flask is set into it, the portion of the flask below the upper surface of the asbestos has a capacity of 3 to 4 mL.

*Procedure*—Proceed as directed for Method II, but place in the flask only 25 mL of the liquid to be tested.

### METHOD II

*Apparatus*—Use an apparatus consisting of the following parts:
*Distilling Flask*—A round-bottom distilling flask, of heat-resistant glass, of 200-mL capacity, and having a total length of 17 to 19 cm and an inside neck diameter of 20 to 22 mm. Attached midway on the neck, approximately 12 cm from the bottom of the flask, is a side-arm 10 to 12 cm long and 5 mm in internal diameter, which forms an angle of 70° to 75° with the lower portion of the neck.
*Condenser*—A straight glass condenser 55 to 60 cm in length with a water jacket about 40 cm in length, or a condenser of a design having equivalent condensing capacity. The lower end of the condenser may be bent to provide a delivery tube, or may be connected to a bent adapter that serves as a delivery

*Asbestos Boards*—Two pieces of asbestos board, 5 to 7 mm thick and 14 to 16 cm square, suitable for confining the heat to the lower part of the flask. Each board has a hole in its center, and the two boards differ only with respect to the diameter of the hole, i.e., the diameters are 4 and 10 cm, respectively. In use, the boards are placed one upon the other, and resting on a tripod or other suitable support, with the board having the larger hole on top.

*Receiver*—A 100-mL cylinder graduated in 1-mL subdivisions.

*Thermometer*—In order to avoid the necessity for an emergent stem correction, an accurately standardized, partial-immersion thermometer having the smallest practical subdivisions (not greater than 0.2°) is recommended. Suitable thermometers are available as the ASTM E-1 series 37C through 41C, and 102C through 107C (see *Thermometers* ⟨21⟩). When placed in position, the stem is located in the center of the neck and the top of the contraction chamber (or bulb, if 37C or 38C is used) is level with the bottom of the outlet to the side-arm.

*Heat Source*—A small Bunsen burner or an electric heater or mantle capable of adjustment comparable to that possible with a Bunsen burner.

*Procedure*—Assemble the apparatus, and place in the flask 100 mL of the liquid to be tested, taking care not to allow any of the liquid to enter the side-arm. Insert the thermometer, shield the entire burner and flask assembly from external air currents, and apply heat, regulating it so that between 5 and 10 minutes elapse before the first drop of distillate falls from the condenser. Continue the distillation at a rate of 4 to 5 mL of distillate per minute, collecting the distillate in the receiver. Note the temperature when the first drop of distillate falls from the condenser, and again when the last drop of liquid evaporates from the bottom of the flask or when the specified percentage has distilled over. Correct the observed temperature readings for any variation in the barometric pressure from the normal (760 mm), adding if the pressure is lower or subtracting if the pressure is higher than 760 mm, and apply the emergent stem correction where necessary. Unless otherwise specified in the individual monograph, allow 0.1° for each 2.7 mm (0.037° per mm) of variation.

## ⟨724⟩ DRUG RELEASE

This test is provided to determine compliance with drug-release requirements where specified in individual monographs. Use the apparatus specified in the individual monograph.

**Apparatus 1 and Apparatus 2—**

APPARATUS 1 AND APPARATUS 2—Proceed as directed under *Dissolution* ⟨711⟩.

**Apparatus Suitability Test, Dissolution Medium, and Procedure—**Proceed as directed under *Dissolution* ⟨711⟩. [NOTE—Replace the aliquots withdrawn for analysis with equal volumes of fresh *Dissolution Medium* at 37° or, where it can be shown that replacement of the medium is not necessary, correct for the volume change in the calculation. Keep the vessel covered for the duration of the test, and verify the temperature of the mixture under test at suitable times.]

### Extended-release Articles—General Drug Release Standard

**Apparatus 3—**

APPARATUS—The assembly consists of a set of cylindrical, flat-bottomed glass vessels; a set of glass reciprocating cylinders; stainless steel fittings (type 316 or equivalent) and polypropylene screens that are designed to fit the tops and bottoms of the reciprocating cylinders; and a motor and drive assembly to reciprocate the cylinders vertically inside the vessels and, if desired, index the reciprocating cylinders horizontally to a different row of vessels. The vessels are partially immersed in a suitable water bath of any convenient size that permits holding the temperature at $37 \pm 0.5°$ during the test. No part of the assembly, including the environment in which the assembly is placed, contributes significant motion, agitation, or vibration beyond that due to the smooth, vertically reciprocating cylinder. An apparatus that permits observation of the specimens and reciprocating cylinders is