**Contemporary Clinical Neuroscience**

NOTICE: THIS MATERIAL MAY BE PROTECTED BY COPYRIGHT LAW (TITLE 17, U.S. CODE)

# ATTENTION DEFICIT HYPERACTIVITY DISORDER

*From Genes to Patients*

Edited by

### DAVID GOZAL, MD

*Kosair Children's Hospital, Research Institute, Departments of Pediatrics, Pharmacology, and Toxicology, University of Louisville, Louisville, KY*

### DENNIS L. MOLFESE, PhD

*Department of Psychological and Brain Sciences, University of Louisville, Louisville, KY*

HUMANA PRESS ✷ TOTOWA, NEW JERSEY

DTX 930

Alza v. Andrx
C.A. No. 05-642-JJF

This material may be protected by Copyright law (Title 17 U.S. Code)

# 22
# Pharmacokinetic and Pharmacodynamic Drug Interactions
*Methylphenidate, Amphetamine, or Atomoxetine in ADHD*

### John S. Markowitz and Kennerly S. Patrick

## 1. INTRODUCTION

Attention deficit hyperactivity disorder (ADHD) is the most commonly diagnosed neurobehavioral disorder and one of the most prevalent chronic health problems afflicting school-aged children in the United States *(1)*. ADHD has a prevalence rate estimated to range from 4 to 9% of children and adolescents *(1–3)*. Multimodal treatment approaches—those that combine medication treatment with psychotherapeutic, environmental, educational, and school-based interventions—are generally recommended to treat the disorder. Pharmacotherapy is established as both a common and an effective intervention *(2,4,5)*. Although recently published practice guidelines, algorithms, and consensus statements support the judicious use of medication as a fundamental treatment for ADHD *(2,6,7)*, pharmacotherapy is not universal. A recent survey performed by the US Centers for Disease Control and Prevention reported that only approx 54% of children 6–11 yr of age diagnosed with ADHD receive prescription medication, with this number increasing to 61% among children with ADHD *and* a learning disorder *(8)*. Other data have suggested that these estimates may be conservative.

ADHD cases account for as many as 30–50% of all mental health services referrals for children. Once thought to be a disorder largely limited to childhood, and self-resolving on reaching adolescence, it now appears that up to 75% of children or adolescents diagnosed with ADHD have symptoms persisting into adulthood *(9)*. For a significant number of individuals, ADHD represents a lifelong disorder that requires treatment, often with pharmacotherapy, well into adult life *(9,10)*.

Drug–drug interactions are a considerable source of concern in all medical disciplines and subspecialties owing to their association with therapeutic failure, potential toxicity, and increased morbidity and mortality. Additionally, adverse drug reactions and interactions are not infrequently a source of litigation. A number of factors suggest that patients with ADHD are highly likely to receive more than a single therapeutic agent during the course of their treatment, potentially placing them at risk for drug–drug interactions. These factors include frequent comorbid psychiatric illnesses *(11)*, and the recent recognition that a substantial number of patients continue to have symptoms of the disorder into adulthood. The latter factor results in the concomitant use of ADHD medications with a variety of drugs typically associ-

From: *Attention Deficit Hyperactivity Disorder: From Genes to Patients*
Edited by: D. Gozal and D. L. Molfese © Humana Press Inc., Totowa, NJ

ated with adult patient populations rather than children or adolescents. Examples of such medications include maintenance pharmacotherapy for diabetes, hyperlipidemia, and hypertension.

Individuals with ADHD are at a greater risk for a variety of comorbid psychiatric disorders including oppositional defiant disorder, conduct disorder, depression, anxiety disorders, and bipolar disorder, many of which are also amenable to treatment with psychotherapeutic agents (12,13). Over the last decade there has been an increasing trend in the use of combination pharmacotherapy with psychopharmacologic agents in child, adolescent and adult clinical psychiatric practice (14,15). Recent reports and survey data, as well as analyses of health maintenance organization and prescription drug databases, suggest that 14–90% of children and adolescents are concurrently treated with a psychostimulant such as methylphenidate (MPH) or amphetamine (AMP) and one or more other psychotropic medication (11,16–19). Additionally, some recently published guidelines recommend the use of combination drug therapy in patients with ADHD and other comorbid conditions, such as tic disorder or intermittent explosive disorder (20). It has also been noted that greater risks of tobacco and substance abuse are present relative to non-ADHD peers (21,22). Use of these substances may also lead to significant drug–drug interactions. Finally, recent studies indicate that overall health care utilization and costs for children and adolescents with ADHD are significantly higher than in those without the disorder that further suggests the potential for increased utilization of other medications (23,24). Together, the recognized persistence of ADHD, the frequent occurrence of comorbid psychiatric conditions treated with medications, and the overall increased likelihood of clinic or hospital visits for other medical reasons suggests that the use of combinations of prescription and/or over-the-counter (OTC) medication(s) with ADHD pharmacotherapy on an acute or chronic basis is highly likely. The present chapter seeks to provide a comprehensive review of the drug interaction potential of medications used to treat ADHD with other therapeutic agents. While the list of potential drug–drug interactions with medications utilized in the treatment of ADHD appears quite lengthy on consultation of product information inserts or texts such as the *Physicians' Desk Reference*, systematic reviews of the pertinent biomedical literature finds the majority of these precautions to be without firm support, and essentially, few that have been verified through formal study (25,26). A discussion of only those interactions that appear to have a firm foundation from a clinical or theoretical perspective will be discussed in this chapter.

## 2. POTENTIAL TYPES AND MECHANISMS OF DRUG–DRUG INTERACTIONS

Drug interactions are generally viewed as falling into one of three main categories: pharmaceutic, pharmacodynamic, and pharmacokinetic. Pharmaceutic drug interactions typically involve problems of incompatibility of medications in parenteral products, such as intravenous fluids, and are generally governed by the physiochemical properties of the various drugs, nutritional additives, and/or diluents, and may involve such processes as drug complexation or precepitation. These types of interactions are rarely of clinical concern with regard to the medications utilized to treat ADHD.

### 2.1. Pharmacodynamic Drug–Drug Interactions

Pharmacodynamic interactions are those that alter the pharmacological activity of therapeutic agents resulting in antagonistic, additive, or potentially synergistic effects upon one or more interacting medication. Because these interactions are not associated with an alteration in plasma, urine, or tissue concentration of drugs, they are often suspected on the basis of

diminished (if antagonistic), exaggerated, or toxic (if additive or synergistic) effects in a patient previously maintained satisfactorily on a given medication regimen. Evidence of a pharmacodynamic interaction, as in ethanol given with diazepam, relies primarily on clinical observations and objective measures of drug pharmacological effects (e.g., respiratory depression owing to additive central nervous system [CNS] effects).

### 2.2. Pharmacokinetic Drug–Drug Interactions

Pharmacokinetic interactions may alter one or more of the aspects affecting drug absorption and disposition (distribution, metabolism or biotransformation, and elimination). Changes in absorption may occur when some medications are administered with high-fat meals or antacid formulations. Changes in distribution, which typically result from protein-binding displacement reactions, increase the amount of one or both medications' free or bioavailable form and were once widely thought to substantially contribute to changes in drug disposition. Protein-binding interactions are now seen as significant for only a few psychotropic medications (27). It appears that the most important aspect governing clinically relevant drug–drug interactions is that of metabolic interactions (28). The inclusion of information on metabolic interactions in both package inserts and new drug applications (NDAs) to the US Food and Drug Administration (FDA) has increased dramatically in the last decade, with the largest percentage of clinical drug interaction studies involving neuropharmacologic agents (29).

Drug metabolic pathways are generally subdivided into two phases. Phase I (functionalization) reactions result in products containing new or modified functional groups. Oxidative pathways dominate phase I processes—for instance, the metabolism of AMP to p-hydroxyAMP (see Fig. 1). Reductive pathways are also included in phase I reactions as illustrated by the metabolic reduction of the ketone in the structure of the antidepressant (and third-line ADHD medication) bupropion. This biotransformation pathway yields one of the corresponding active affecting drug metabolism alcohol metabolites of bupropion. Phase I metabolism also includes hydrolysis reactions, such as the de-esterification of MPH to an amino acid (see Fig. 2). The majority of marketed medications are metabolized to varying extents by the cytochrome P450 (CYP) mixed-function oxidase system. The CYP enzyme system is a supergene family with more than a dozen prominent enzymes (30). The primary isoforms of interest in human drug metabolism include *CYP1A2, CYP2C9, CYP2C19, CYP2D6, CYP2E1*, and *CYP3A4*. The majority of these enzymes may be induced or inhibited to varying degrees by different medications, dietary compounds, and environmental factors. Expression of CYPs are known to differ during fetal, newborn, and neonatal developmental stages, although few major age-related differences have been reported after reaching early childhood (31). The recognition of genetic polymorphisms influencing the CYP system, as well as other metabolic enzymes that can significantly affect the disposition of, and response to, different medications has led to the development of specific programmatic research in pharmacotherapy, such as pharmacogenetics/pharmacogenomics (32).

Phase II metabolism (conjugation) involves those processes generating addition products of drugs with biochemical substrates. The prototype conjugation reaction is glucuronidation involving the coupling of endogenous glucuronic acid with a drug, and/or drug phase I metabolite(s), to yield a glucuronide adduct. Unlike phase I products, the phase II conjugates only rarely contribute to the overall pharmacodynamic response to an administered drug. The highly CNS-active morphine-6-glucuronide represents a notable exception. Both phase I and II metabolic reactions usually result in more polar, highly water-soluble metabolites. The

532

*Markowitz and Patrick*

Fig. 1. Metabolic pathways of amphetamine in humans.

enzymes involved are frequently subject to either metabolic induction or inhibition by these other substrates or by genetic and environmental factors *(33)*. As with the CYP450 system, a number of genetic polymorphisms in the expression of specific phase II conjugative enzymes have been identified that are relevant to psychotherapeutic agents *(33)*.

Phase III drug interactions are transporter-mediated and have been the recent subject of intense study due to the potential of one drug to profoundly influence the bioavailability, tissue distribution, and elimination rate of another drug. Drug efflux transport proteins intercalated in cellular membranes influence gut uptake, biliary and renal secretion, as well as transport across the blood-brain barrier. Prominent among these is the ATP-binding cassette (ABC) transporter, P-glycoprotein *(34)*. As with most other metabolic processes, genetic polymorphisms are in evidence.

This chapter examines the clinical pharmacokinetics of the most commonly used ADHD medications in the context of dispositional and pharmacodynamic interactions associated with polytherapy. Documented, as well as theoretically possible, interactions are discussed and recommendations for avoidance or management of such interactions offered.

533

*Drug Interactions in ADHD*

Fig. 2. Metabolic pathways of methylphenidate in humans.

## 3. PHARMACOTHERAPY OF ADHD

The primary pharmacotherapies utilized to treat ADHD are the psychostimulants MPH, d-AMP *(35)*, and mixed isomers of AMP *(36–38)* (containing 75% d-AMP and 25% l-AMP *[39,40]*, Adderall®). These agents account for approx 90% of ADHD drug treatment. The various formulations of MPH account for 70% of drug therapy. Interestingly, of the "new" FDA-approved medications introduced into US clinical practice over the past decade, approx 90% represent reformulations of MPH or AMP, agents that have been in clinical use for nearly 50 and 80 yr, respectively.

Atomoxetine (AMX), the most recently FDA-approved medication for ADHD, and the only nonstimulant approved for this indication, has emerged as an alternative to traditional stimulant therapy. Accordingly, AMX, in addition to the psychostimulants, will receive primary attention in this pharmacological review. Among the traditional psychostimulants, i.e., MPH and AMP formulations, recently established practice guidelines, algorithms, and consensus statements on the pharmacotherapy of ADHD have not identified an agent of first choice *(6,7,20,41)*, and no major guidelines have been set forth or published since the clinical availability of AMX.

# 4. METHYLPHENIDATE

## 4.1. MPH Pharmacodynamics

MPH is widely viewed as the "gold standard" treatment, as indicated by its choice as a comparator agent in numerous clinical trials of other medications for ADHD, including pivotal trials involving AMX, and its selection for the MTA study (5). The beneficial behavioral effects of MPH appear to be elicited primarily through an inhibition of the presynaptic dopamine (DA) transporter (43–45), with a minor influence on the norepinephrine (NE) transporter. This blockade amplifies neurotransmission (46–48) by increasing synaptic cleft residence time of impulse-released DA (48–50). An opposing action of MPH on DA tone may relate to dopamine reuptake inhibition increasing the stimulation of presynaptic inhibitory autoreceptors (48,50,51). The phenethylamine pharmacophore, common to the structures of MPH, DA, and NE, provides for transporter receptor docking recognition as MPH competes with DA (52,53). MPH binds with the DA transporter, but does not possess the intrinsic activity required to induce the conformational change for translocation of the substrate, and binding site, to the cytoplasm. Thus, unlike AMP (53,54), MPH cannot drive the release of cytoplasmic dopamine into the synaptic cleft as the transporter returns to its former conformation. MPH appears to only block DA synaptic clearance (49).

Until the recent introduction of enantiopure the *d*-MPH product (*threo-R,R-d*-MPH, dexmethylphenidate, Focalin™), all marketed MPH formulations contained a racemic (50:50) mixture of *threo-R,R-d*-MPH (Fig. 2) and its mirror image *threo-S,S-l*-MPH. The ADHD psychotherapeutic effects (55,56), and unfortunately, the cardiovascular (53,57,58) and anorexic side effects (59,60), reside primarily in the *d*-enantiomer. However, the *l*-MPH isomer of racemic formulations may not necessarily represent a passive component in view of recent efforts to develop *l*-MPH as an antidepressant (61). High-dose toxicity studies in rats found the racemate to be approximately half as toxic as *d*-MPH (62).

A MPH enantiomer–enantiomer interaction has been associated with the neuropharmacology of racemic MPH. Davids and associates (63) assessed the activity of the separate MPH enantiomers in a rat model of ADHD and found that *d*-MPH was more than three times more active in reducing motor activity than was racemic MPH. A twofold reduction would be predicted if *l*-MPH were merely an inactive component. Additionally, pretreatment of the rats with *l*-MPH attenuated the motor activity response *d*-MPH. Comparative behavioral effects of *l*-MPH and *d*-MPH in rats revealed that females were more sensitive than males to some effects of the *l*-isomer, and more sensitive to both isomers in other elements of an observational battery (63).

## 4.2. MPH Pharmacokinetics

The facile deesterification of MPH to the inactive (65) metabolite ritalinic acid (67–69) (Fig. 2) limits the absolute bioavailability to 11–53% (69). Plasma concentrations of ritalinic acid far exceed those of the parent drug (70–73) and urinary elimination of ritalinic acid accounts for 60–80% of the dose (67–69). This hydrolysis pathway appears primarily mediated by the carboxyesterase-1 isoform CES1A1(74). The deesterification is an enantioselective process resulting in higher plasma concentrations and a longer $t_{1/2}$ for *d*-MPH. With few exceptions (75), therapeutic drug monitoring studies of MPH have been limited to nonenantiospecific analytical approaches, i.e., reporting only pooled *d*- and *l*-MPH concentrations

(52). This lack of enantiospecific analyses may be of little clinical relevance in view of the much lower relative peripheral concentration of *l*-MPH in plasma and in dopaminergic regions of the human brain (45). The area under the plasma concentration-time curve $(AUC)_{inf}$ value for the (*l*)-isomer has been reported to reach only 1% that of *d*-MPH (72). However, radiolabeled *l*-MPH (or metabolite) has recently been reported to be taken up into the brain more readily than *d*-MPH after oral administration in rats or baboons (76). Other minor urinary elimination products of MPH include the pharmacologically inactive lactam (<1%) (67), the deesterified lactam (5–12% of dose) (66), the active, yet minor metabolite *p*-hydroxy-MPH(77) (Fig. 2), and the unchanged parent drug (<1%) (66–68).

The pharmacokinetics of MPH have not been found to differ significantly between children, adolescents, or adults, although a recent study evaluating normal adults indicated that the absolute bioavailability of MPH was greater in men than in women (78). There is little evidence that variability in the bioavailability within a single subject is of the magnitude seen between subjects (78,79). The extent of absorption of essentially all MPH dosage forms is unaffected by food intake, although consumption of a high-fat meal may result in a delay in the time to reach peak plasma concentration ($T_{max}$). Actual peak plasma concentration ($C_{max}$) may also be either increased or decreased after a high-fat meal, so inconsistent responses in some patients may be related to dietary fat intake. MPH is formulated as the highly water-soluble hydrochloride salt. In solution, MPH is rapidly and extensively absorbed from the intestine to the colon (67,81). The governing factor controlling MPH absorption from immediate-release (IR) dosage forms is most likely gastric emptying time; for the various extended-release dosage forms, it is the programmed drug release and dissolution pattern. Because of extensive first-pass metabolism, the systemic exposure of unchanged drug (i.e., the absolute bioavailability) after oral dosing is low and variable (82).

MPH is rapidly distributed to the various tissues with a steady-state volume of distribution (Vd) of approx 2 L/kg (79). Oral clearance ($Cl_0$) of MPH is also rapid with little or no accumulation of the drug from day to day, even with the extended-release formulations (71). At higher doses there is some evidence of nonlinearity, which may be related to saturation of the first pass metabolism. The $t_{1/2}$ of MPH is reported to range from approx 2–6 h, with most studies reporting an average of 2–3 h. With regard to the pharmacokinetics of the single-isomer formulation, *d*-MPH, clinical development and study doses utilized 50% that of racemic MPH. There were no significant differences observed in measured parameters such as $C_{max}$, $T_{max}$, and $t_{1/2}$ (83,84).

## 4.3. MPH Drug Interactions

Package insert materials for all MPH-containing formulations suggest at least the potential for numerous drug-drug interactions, primarily of the pharmacokinetic type. These precautions largely reflect various case reports, early research abstracts reporting results of limited in vitro studies, and rodent studies that have accumulated following approximately half a century's clinical use of the drug. Little formal assessment in the way of drug interaction potential was required prior to the initial marketing of MPH (or AMP) formulations. However, a systematic review of the available MPH literature finds that very few of the case reports present convincing data, and essentially none have been verified when formal clinical studies were conducted with the medication in question in normal research subjects (25,26).

536                                                                                           Markowitz and Patrick

### 4.3.1. MPH Pharmacodynamic Drug Interactions

MPH prescribing information carries a labeled contraindication regarding the initiation of MPH within 14 d of the use of a monoamine oxidase inhibitor (MAOI). Stimulant–MAOI combinations were employed in the past largely in an effort to obtain a therapeutic response in treatment-resistant depression in an era in which fewer therapeutic options were available. Contraindications between MAOIs and MPH are not surprising given the predisposition toward a hypertensive crisis when combining sympathomimetic agents. At least one published case report has documented symptoms consistent with a hypertensive crisis (e.g., occipital headache, hyperventilation) following the combination of MPH with the MAOI tranylcypromine, although blood pressure (BP) measurements were not reported (85). The concomitant use of MPH and MAOIs, such as tranylcypromine or phenelzine, should be regarded as one of the few strict contraindications with MPH (26).

The $\alpha_2$-adrenergic agonist antihypertensive agent clonidine is known to be useful in the treatment of some symptoms of ADHD as well as a number of conditions known to frequently co-occur with ADHD (86). As a consequence, clonidine is frequently coadministered with psychostimulants such as MPH. In the mid-1990s a series of cases came to light involving adverse cardiovascular effects experienced in children prescribed MPH-clonidine combinations and questions regarding the safety of this combination arose (87). However, a review of the available cases contained within the FDA MedWatch database indicated that three of the four reported cases that resulted in fatalities were complicated by extenuating circumstances, whereas the fourth case may have been attributable to clonidine alone (26). Two recent trials assessing the safety and efficacy of the MPH–clonidine combination in the treatment of comorbid Tourette's syndrome (88) and oppositional defiant disorder (89) revealed no significant adverse effects associated with this combination. Nevertheless, the seriousness of the suspected reaction and/or outcome, as well as the relatively limited number of patients studied in drug combination trials, suggests that some degree of vigilance should be maintained when using this combination. The hypotensive effects of the antihypertensive ganglionic-blocking agent guanethidine have been found to be attenuated or abolished by MPH administration. Although such an interaction could have clinical significance in select patients, guanethidine is rarely used in the management of hypertension today, and the likelihood of coadministration with MPH appears to be fairly remote (26). A double-blind study conducted in ADHD subjects suggests that the antipsychotic (i.e., antidopaminergic) medication haloperidol may diminish the positive cognitive effects of psychostimulants (90). The implications for general clinical use of these two therapeutic classes together are not clear but suggest the possibility of mutually antagonistic effects depending on the dosage of the respective agent.

Although the use of psychostimulant combinations (e.g., MPH + AMP) is not advocated in even recalcitrant cases of ADHD, or in any published ADHD treatment recommendations or algorithms, antedoctal reports suggest that the practice is sometimes undertaken. With this in mind, known pharmacodynamic interactions based on early clinical pharmacology studies follow.

Both enantiomers of AMP found in the mixed salt formulations (Adderall®) produce approximately equal elevation in BP, whereas the $d$-isomer increases heart rate to a greater degree than $l$-AMP (91). The pressor effects of MPH reside almost exclusively in the $d$-isomer (53). Based on imaging studies in humans (92), physiological mechanisms underlying cardiovascular side effects of MPH are associated with alterations in both brain DA and circulating NE. In

Drug Interactions in ADHD                                                                                537

intravenous dosing experiments with dogs, the hypertensive effect of AMP subsides abruptly after MPH administration, and pretreatment with MPH blocks the pressor response of AMP altogether (93–95). Related observations have been reported regarding the antagonism of tyramine induced hypertension by cocaine (96). (Note: cocaine acts at the DA transporter in a fashion mechanistically indistinguishable to that of MPH [44,52,54]). This oppositional action of MPH to the pressor response to AMP supports the pharmacodynamic model outlined above, i.e., MPH blocks the transporter without serving as an uptake substrate, unlike AMP, which requires transport preceding DA release. It follows that AMP requires a functional transporter that MPH decommissions. The intravenous route of administration and the rapid time course of responses largely avoids pharmacokinetic considerations in interpreting the basis of this preclinical AMP-MPH drug interaction.

### 4.3.2. MPH Pharmacokinetic Drug Interactions

Though the majority of MPH is hydrolyzed by esterases, biotransformation to the lactam occurs through oxidative metabolism. The specific isoform(s) mediating this pathway has not been identified. A pilot clinical study ($n = 6$), utilizing the prototypic CYP2D6 inhibitor quinidine did not support a role for 2D6 (97). Additionally, this quinidine study provides an indication that MPH may not be a substrate of the drug efflux transporter P-glycoprotein, as quinidine is a known inhibitor of P-glycoprotein (98); this study found no differences in MPH pharmacokinetic parameters at baseline versus after quinidine coadministration. It is noted that the 50-mg quinidine dose used was modest (97).

Early literature reports of pharmacokinetic drug interactions of MPH have generally only suggested an influence of MPH on the disposition of other drugs, rather than an influence of other drugs on MPH pharmacokinetics (25,26). Relatively few clinically significant pharmacokinetic interactions with MPH have been confirmed through formal clinical study despite extensive precautions in MPH package labeling (25,26). Although package labeling states that MPH should be used cautiously in patients treated with tricyclic antidepressants, a review of published case reports reveal that there is essentially no firm evidence supporting a pharmacokinetic interaction with desipramine and any purported effects on imipramine are highly questionable (25,26). Surveillance studies do not indicate that coadministration of MPH and the anticonvulsants carbamazepine, valproic acid, ethosuximide, vigabatrin, phenytoin, or phenobarbital result in any perturbations in the anticonvulsant concentrations (26). However, it is unclear whether these and/or other anticonvulsants may influence the disposition of MPH. Although MPH does not appear to be a significant substrate of any CYP isoform, its role as a potential inhibitor of one or more metabolic enzymes is less clear. The potential for racemic MPH, and its major metabolite ritalinic acid, to inhibit CYP enzymes was explored in an in vitro study utilizing human microsomes and pointed to a modest inhibition of CYP2D6 and 2B6 by racemic MPH, but not of 1A2, 2C19, 2E1, or 3A (99). In the same study, ritalinic acid exhibited minimal effects on all enzymes assessed.

In contrast, another more recent in vitro study found that neither $d$-, $l$-, nor racemic MPH were likely to inhibit CYP1A2, 2C9, 2C19, 3A4, or 2D6 (100). Likewise the prescribing information for $d$-MPH indicates that it was not found to be an inhibitor of any major CYP enzymes (84). A study conducted in Swiss Webster mice (a nontransgenic model) found significantly decreased hepatic CYP3A, 1A, and 2E1 activity following large intraperitoneal (ip) doses of MPH designed to model MPH abuse. With lower oral doses, more consistent with

"therapeutic" amounts were administered, only the activity of CYP1A was significantly diminished (101). The ability to generalize these findings to that likely to occur in human subjects is limited.

A drug interaction between MPH and ethyl alcohol has recently been reported and involves the formation of an active metabolite, ethylphenidate (Fig. 2), identified initially in individuals who intentionally overdosed on MPH and ethanol (102). Subsequently, the novel metabolite was identified in healthy volunteers who were systematically dosed with MPH and alcohol (103). It is theorized that ethylphenidate is formed through an esterase-mediated transesterification pathway analogous to that known to be involved in the formation of cocaethylene following ethanol and cocaine co-ingestion. The possible pharmacodynamic significance of ethylphenidate formation is presently under investigation. As with the most predominant metabolic pathway of MPH (i.e., deesterification of MPH to ritalinic acid), the transesterification of MPH to ethylphenidate appears to occur with enantioselectively, favoring the $l$-MPH isomer as a substrate (104). Further, the relative importance of polymorphism and expression of esterases (105), as well as the potential for competitive inhibition of MPH deesterification by other ester-containing drugs (e.g., enalapril, meperidine), or by ethanol (106), have not been explored. A number of broad metabolic inducers such as phenobarbital and rifampin appear to also be capable of inducing carboxylesterase enzymes (105) and their potential to increase the clearance of MPH via metabolic induction cannot be excluded.

## 5. AMPHETAMINE

### 5.1. AMP Pharmacodynamics

Both AMP and MPH provide therapeutic effects at the level of the dopamine transporter but are believed to differ in the specific mechanism. Current theory holds that MPH only inhibits synaptic clearance of DA by blocking the access of DA to the transporter binding site. Conversely, AMP serves as an actual substrate for transport into the presynaptic terminal (49). Membrane transporters, while being gated, do not have direct access to both sides of the membrane simultaneously. Two sodium ions and one chloride ion serve as cosubstrates with DA and supply the transport energy based on their transmembrane concentration gradients. AMP and sodium ions dock within the 12 membrane spanning regions of the transporter, as envisioned in a pocketlike model where this receptacle first faces the extraneuronal biophase, and then, upon chloride binding, a protein conformational change translocates the binding regions to face the intraneuronal biophase. Subsequent unloading of AMP, and the cosubstrates, from the transporter exposes the vacant DA binding site that then binds cytoplasmic DA. Return of the transporter to its former conformation state ultimately releases DA into the synaptic cleft (107).

### 5.2. AMP Pharmacokinetics

Both isomers of amphetamine are well absorbed orally and there appears to be little effect of food on the extent of absorption of at least $d$-AMP in either IR (108) or sustained-release (SR) formulations (109). Plasma protein binding is at approx 16% and the Vd is similar for both isomers (110). The $T_{max}$ of AMP generally occurs within 2–3 h, though substantial intersubject variability has been reported. The $T_{max}$ is 3–6 h for the SR formulation (109). The mean $C_{max}$ after 0.25 or 0.5 mg/kg doses of AMP are approx 40 and 70 ng/mL, respectively (108). At $t_{1/2}$ of 7 h is typical (111). The $t_{1/2}$ of $d$-AMP appears to be slightly shorter than that for $l$-AMP, and it has been postulated that stereoselective differences in metabolic deamination account for this

difference (110). Although both enantiomers accumulate in the brain, $d$-AMP may attain higher concentrations (112).

AMP is eliminated primarily as benzoic acid and its corresponding glycine conjugate, hippuric acid (Fig. 1). Metabolism of AMP proceeds primarily through oxidative deamination forming the intermediate phenylpropanone, part of which is eliminated as a sulfate conjugate (26). Aromatic hydroxylation appears to be mediated by CYP2D6 (26). Rodent studies in which animals were pretreated with quinidine have suggested that inhibition of CYP2D6 may result in doubling of AMP plasma AUCs (26). However, no systematic studies have been performed in humans evaluating the potential for CYP2D6 inhibitors or other agents to elevate circulating AMP concentrations. Approximately one third of a dose is excreted unchanged at an unadjusted urinary pH. Less than 10% of an oral dose is converted into the pharmacologically active metabolites, $p$-hydroxyamphetamine and phenylpropanolamine (Fig. 1) (114). Although $p$-hydroxylation is not a major metabolic pathway in man, there is evidence that $d$-AMP, but not $l$-AMP, may be metabolized to $p$-hydroxynorepinephrine. This metabolite has been implicated in the depletion of CNS NE and post-AMP treatment clinical depression (115).

### 5.3. AMP Drug Interactions

#### 5.3.1. AMP Pharmacodynamic Interactions

As with MPH, coadministration of AMP formulations with MAOIs probably represents one of the few absolute contraindications—and, indeed, fatalities secondary to adverse cardiovascular effects have been documented with these combinations (25,26). There is some evidence that AMP may antagonize the intended hypotensive effects of some centrally acting antihypertensive agents (26). A pharmacokinetic component to the interaction of MAOIs with AMP is based on the reduced metabolic clearance of AMP resulting from inhibition of the AMP deamination pathway by MAOIs.

#### 5.3.2. AMP Pharmacokinetic Interactions

Urinary acidifying agents, e.g., ascorbic acid or ammonium chloride, dramatically increase AMP urinary excretion and reduce $t_{1/2}$. Conversely, urinary alkalinizing agents, such as acetazolamide facilitate renal tubular reabsorption and extend $t_{1/2}$ (116).

AMP has only recently undergone formal in vitro study assessing its potential inhibitory activity on a battery of CYP isoforms. DeVane and associates (100) assessed $d$-, $l$-, and racemic AMP for their inhibitory capacity utilizing human liver microsomes. Neither individual isomer, nor the racemic mixture, produced significant inhibitory effects on the activities of the enzymes studied: CYP1A2, 2C9, 2C19, 2D6, or 3A4 (100). Although this study suggests that AMP is unlikely to produce clinically relevant interactions medicated by these major drug metabolism isoforms, clinical studies assessing the potential for AMP to inhibit metabolism have not been performed to date. AMP formulations are commonly coadministered with selective serotonin reuptake inhibitors (SSRIs) to patients with comorbid conditions and several case reports suggest the combinations may be well-tolerated. However, several animal studies suggest that the disposition of AMP, a compound at least partially metabolized through the CYP2D6 pathway, may be influenced (i.e., brain concentrations are increased) by the coadministration of SSRIs such as fluoxetine that are moderate to potent inhibitors of this enzyme (26). No study has been performed in human subjects to assess the potential for such an interaction.

540                                                                 Markowitz and Patrick

**Table 1**
**Comparison of Atomoxetine Pharmacokinetic Parameters Between Extensive and Poor Metabolizers of CYP2D6**

| Parameter | Extensive metabolizer | Poor metabolizer |
|---|---|---|
| Atomoxetine (parent compound) | | |
| Bioavailability | 94% | 63% |
| $T_{max}$ | 1–2 h | 3–4 h |
| $t_{1/2}$ | ~5 h | ~22 h |
| Principal metabolites | | |
| 4-hydroxyatomoxetine | | |
| $t_{1/2}$ | 6–8 h | 35–40 h |
| AUC (μg·h/mL)[a] | 2.74 (13.6) | 0.935 (17) |
| Percent of circulating atomoxetine concentration | 1% | 0.1% |
| N-desmethylatomoxetine | | |
| $t_{1/2}$ | 6–8 h | 34–40 h |
| AUC (μg·h/mL)[a] | 0.618 (86.4) | 2.82 (41.2) |
| Percent of circulating atomoxetine concentration | 5% | 45% |

[a]Based on values determined after multiple 20-mg doses of Atomoxetine administered twice daily.

## 6. ATOMOXETINE

### 6.1. AMX Pharmacodynamics

Atomoxetine (AMX) exhibits high NE transporter inhibitory activity and relatively minor DA transporter activity. It was initially developed as an antidepressant (117). AMX was recently introduced as the first nonstimulant agent to gain Food and Drug Administration approval for the treatment of ADHD and was the first agent of any class to carry a labeled indication for adult ADHD. The drug was originally known generically as tomoxetine during earlier development as a selective noradrenergic antidepressant, but this designation was later modified to avoid potential prescribing and dispensing errors due to confusion with other agents of sound-alike names, primarily tamoxifen.

The exact mechanism of action of AMX in the treatment of ADHD is unknown. However, unlike traditional stimulant agents currently approved for the treatment of ADHD in children that are thought to exert therapeutic effects via inhibition of DA uptake in the neural synapse (52,107), the therapeutic action of AMX appears to result from the selective inhibition of the presynaptic NE transporter, thereby elevating levels of impulse released NE (117,118). There appears to be little affinity for cholinergic, histaminergic, serotonergic, or α-adrenergic neurotransmitter receptors.

### 6.2. AMX Pharmacokinetics

AMX is rapidly and extensively absorbed from the gastrointestinal tract following oral administration. Significant differences are noted in the disposition of AMX and its principal metabolites between genetically extensive metabolizers (EM) of CYP2D6 substrates vs genetically poor metabolizers (PM). These are outlined in Table 1. For instance, the absolute bioavailability of AMX in EMs is 63 vs 94% in PMs (119). In single- and multidose studies,

Drug Interactions in ADHD                                                    541

the $C_{max}$ of AMX was reached in 1–2 h after dosing in EM subjects and approx 3–4 h in PM subjects (120,121). The absolute bioavailability of AMX is not significantly affected by food. Although the administration of AMX following the ingestion of a standardized high-fat meal did not affect the extent of absorption, it did decrease the rate of absorption (1) and resulted in a 37% lower $C_{max}$ and a delayed $T_{max}$ of approx 3 h (119). In PMs, the steady state concentration of AMX in the plasma is three fold higher after multiple doses compared to a single dose (121). In pharmacokinetic studies comparing both single dosing and multiple twice-daily dosing in EMs, the steady-state plasma concentration (Css) profiles of patients administered twice-daily dosing were similar to those who received once-daily dosing, suggesting that the $C_{max}$ is unaffected following multiple daily dosing (122). The distribution of AMX is primarily into total body water with a Vd of 0.85 L/kg. AMX is 98% protein-bound, whereas the principal and active metabolite, 4-hydroxyatomoxetine, is approx 67% protein-bound (122). The 4-hydroxyatomoxetine metabolite is equipotent to the parent compound in terms of NE reuptake inhibition but low circulating concentrations found in pediatric patients (e.g., 1% and 0.1% in EMs and PMs, respectively) indicate that its effects are unlikely to be of clinical significance (121).

AMX is predominantly metabolized in the liver via the CYP enzyme system—primarily the CYP2D6 isoform. The degree of CYP2D6 metabolism in pediatric patients compared with adults is similar (121,123), suggesting little difference in CYP2D6 activity in 7–14-yr-olds vs adults. Based on single- and multiple-dose pharmacokinetic studies in EMs, it appears that the primary mechanism of clearance (Cl) is by oxidative metabolism followed by conjugation (i.e., glucuronidation) (121,123). Studies performed in healthy adults have also shown that AMX's pharmacokinetics are influenced by the genetic polymorphism of CYP2D6 (123).

AMX undergoes three major phase I metabolic pathways: aromatic ring hydroxylation, benzylic oxidation, and N-demethylation (Fig. 3) (120,122). The primary phase I metabolite, 4-hydroxyatomoxetine, is conjugated to 4-hydroxyatomoxetine-O-glucuronide. The formation of another phase I metabolite, N-desmethylatomoxetine, appears to be mediated by the CYP 2C19 pathway. The N-desmethyl metabolite is considerably less active pharmacologically than 4-hydroxyatomoxetine (Fig. 3) (122). Low plasma concentrations of the demethylated metabolite were detected in EM patients, possibly as a result of further oxidative metabolism to N-desmethyl-4-hydroxyatomoxetine and its corresponding glucuronide (Fig. 3) (122). Pharmacokinetic studies have indicated that individuals who are PMs display a significantly higher Css of both AMX and N-desmethylatomoxetine than EMs (121). In a single-dose pharmacokinetic study conducted in EMs in which the dose of AMX was 10 mg, the plasma concentrations and AUC values of the metabolites were much lower than the AMX concentration. Though the concentration of 4-hydroxyatomoxetine was measurable in plasma, it was still more than 25 times less than the concentration of the parent compound (121). In a multidose pharmacokinetic study conducted in EMs in which the dose was 20 to 40 mg twice daily, the degree of accumulation of AMX or its metabolites at Css was low, as the $t_{1/2}$, Cl, and Vd were similar to single-dose pharmacokinetic parameters (121). The plasma concentration of 4-hydroxyatomoxetine was 35 times lower than the concentration of AMX. If the rate of hydroxylation via CYP2D6 is inhibited, the elimination pathway is believed to be "shunted" through the N-demethylation pathway, resulting in accumulation of N-desmethylatomoxetine (119,123).

The mean elimination $t_{1/2}$ of AMX following oral administration is 5.2 h. In PMs, the mean $t_{1/2}$ is significantly increased to approx 22 h as a result of reduced Cl. This results in an

542                                                                                  Markowitz and Patrick

[Figure 3 showing metabolic pathways of atomoxetine: atomoxetine → (via CYP2D6) 4-hydroxyatomoxetine (major oxidative metabolite) → (Glucuronidation) 4-hydroxyatomoxetine-O-glucuronide; atomoxetine → (via CYP2C19) N-desmethylatomoxetine → N-desmethyl-4-hydroxyatomoxetine → (Glucuronidation) N-desmethyl-4-hydroxyatomoxetine-O-glucuronide]

Fig. 3. Metabolic pathways of atomoxetine in humans. The elimination $t_{1/2}$ of the metabolites 4-hydroxyatomoxetine and N-desmethylatomoxetine is similar, ranging from 6 to 8 h in EMs and 34 to 40 h in PMs. More than 80% of the dose of AMX is excreted in the urine as

Drug Interactions in ADHD                                                                                        543

Table 2
Clinically Relevant Medications Known to Inhibit CYP2D6

| | |
|---|---|
| Amiodarone | Doxorubicin |
| Bupropion | Fluoxetine (norfluoxetine) |
| Celecoxib | Methadone |
| Chlorpheniramine | Paroxetine |
| Chlorpromazine | Quinidine |
| Cimetidine | Ritonavir |
| Clomipramine | Terbinafine |
| Diphenhydramine | Thioridazine |

4-hydroxyatomoxetine-O-glucuronide, whereas approx 17% of the total dose is excreted via the feces. Less than 3% of the dose is excreted unchanged, demonstrating extensive biotransformation (119).

It should be noted that although AMX is highly dependent on CYP2D6 for its metabolism and elimination, in vitro studies suggest it is not a significant inhibitor of this or any other major CYP isoform (119).

### 6.3. AMX Drug Interactions
#### 6.3.1. AMX Pharmacodynamic Interactions

The clinical experience with AMX is limited because of its recent introduction into general clinical use. Package labeling indicates that several interactions may be relevant when considering combination therapies. MAOIs are considered to be contraindicated with the use of AMX resulting from the potential for serious, and potentially fatal, reactions to result when noradrenergic agents are coadministered with MAOIs. Additionally, there is a general labeling precaution regarding the potentially additive effects on BP that AMX may exert on persons already maintained on unspecified "pressor" agents. The administration of albuterol or other $\beta_2$-agonists via the oral or intravenous route should be undertaken with some degree of caution in AMX-treated patients owing to the possibility for potentiated effects on the cardiovascular system (119). Finally, at least one pharmacokinetic study assessing the potential for an interaction between the SSRI antidepressant and known CYP2D6 inhibitor, paroxetine, and atomoxetine in normal volunteers found higher standing pulse rate and orthostatic changes compared to the administration of either agent alone (124). It was speculated that this was because of a pharmacodyanamic mechanism rather than an observed pharmacokinetic interaction as the change in cardiovascular parameters was greater than that experienced by PMs in earlier studies whom had comparable AMX plasma concentrations (124).

#### 6.3.2. AMX Pharmacokinetic Interactions

As previously indicated, AMX, though a substrate of CYP2D6, does not appear to inhibit this or any other major CYP isoform to any appreciable degree (119). Nevertheless, a number of clinically used medications can inhibit CYP2D6 activity significantly (Table 2), and may effectively produce a "phenocopy" mimicking the PM status, resulting in higher-than-expected plasma concentrations of AMX and its principal metabolites. A formal study conducted in normal volunteers (n = 22) who were EMs has indicated that clinically relevant doses (20 mg) of the antidepressant paroxetine, a potent CYP2D6 inhibitor, result in marked changes in AMX pharmacokinetics. For example, paroxetine administration resulted in a 3.5-fold increase in the $C_{ss,max}$, a 6.5-fold increase in the $AUC_{0-12h}$, and more than doubling of the AMX $t_{1/2}$. Addition-

544                                                    *Markovitz and Patrick*

ally, following paroxetine administration, N-desmethylatomoxetine concentrations were increased, whereas 4-hydroxyatomoxetine concentrations *declined (124)*. An additional finding of this study was that AMX had no significant effects on paroxetine concentrations.

It has also been reported that another common SSRI antidepressant and CYP2D6 inhibitor, fluoxetine, will also elevate AMX concentrations. The degree of metabolic inhibition was not reported *(124)*. Taken together, these results suggest the potential for the concomitant use of known CYP2D6 inhibitors, such as those presented in Table 2, to result in elevated AMX concentrations and potentially greater dose-dependent side effects.

## 7. CONCLUSIONS

Pharmacotherapy of ADHD remains the foundational intervention for this disorder. Drug use in ADHD is increasing dramatically. Emerging surveillance data indicate that the traditional psychostimulants MPH and AMP, as well as the newer agent AMX, are often used in combination with a variety of other medications from diverse therapeutic classes. Relatively few absolute contraindications exist with these agents, with the exception of MAOIs. Most in vitro data indicate that neither MPH nor AMP significantly inhibits any of the major CYP isoforms.

Accordingly, this eliminates the dominant metabolic bases for most clinically significant drug–drug interactions. However, limited animal studies suggest that AMP metabolism may be reduced to a limited degree by inhibitors of CYP2D6. No clinical studies have been performed to investigate any relevance of CYP2D6 to drug interactions with AMP. The potential for known inhibitors or inducers of metabolic enzymes to influence the disposition of drugs used in ADHD therapy remains largely unexplored. There are few case reports available in this realm and therapeutic drug monitoring studies that might detect such interactions have only rarely been performed with psychostimulants. In the case of the nonstimulant AMX, circulating concentrations can be expected to elevate following exposure to inhibitors of CYP2D6, such as paroxetine or fluoxetine.

MPH appears to be largely unaffected by oxidative CYP enzymes owing to its facile hydrolytic metabolism. The role of concomitant medications competing for carboxylesterase(s), and thereby inhibiting MPH metabolic clearance, has not been explored. The role of phase II enzymes and drug transporters, conspicuously P-glycoprotein, are other potential sources of variability in drug disposition and response that have not been systematically explored. The existing biomedical literature yields few substantive reports of significant drug–drug interactions with MPH, AMP, or AMX, as consistent with the generally favorable safety profile of these agents.

## REFERENCES

1. Goldman LS, Genel M, Bezman RJ, Slanetz PJ. Diagnosis and treatment of attention-deficit/hyperactivity disorder in children and adolescents. JAMA 1998;279:1100–7.
2. Swanson JM, Seargent JA, Taylor E, Sonuga-Barke EJS, Jensen PS, Cantwell DP. Attention deficit disorder and hyperkinetic disorder. Lancet 1998;351:429–33.
3. Dulcan M, the Work Group on Quality Issues. Practice parameters for the assessment and treatment of children, adolescents, and adults with attention-deficit/hyperactivity disorder. J Am Acad Child Adolesc Psychiatry 1997;36:85S–121S.
4. Homer CJ, Baltz RD, Hickson GB, et al. Clinical practice guideline: diagnosis and evaluation of the child with attention-deficit/hyperactivity disorder. Pediatrics 2000;105:1158–70.
5. The MTA Cooperative Group. A 14-month randomized clinical trial of treatment strategies for attention-deficit/hyperactivity disorder. Arch Gen Psychiatry 1999;56:1073–86.

*Drug Interactions in ADHD*                                                    545

6. Zametkin AJ, Ernst M. Problems in the management of attention-deficit-hyperactivity disorder. N Eng J Med 1999;340:40–6.
7. American Academy of Pediatrics Subcommittee on Attention-Deficit/Hyperactivity Disorder Committee on Quality Improvement. Clinical practice guideline: treatment of the school-aged child with attention-deficit/hyperactivity disorder. Pediatrics 2001;108:1033–44.
8. Attention deficit disorder and learning disability: United States, 1997–98. Centers for Disease Control, Vital and Health Statistics, Series 10, No. 206, May 2002.
9. Wilens TE, Biederman J, Spencer TJ. Attention deficit/hyperactivity disorder across the lifespan. Annu Rev Med 2002;53:113–31.
10. Weiss M, Murray C. Assessment and management of attention-deficit hyperactivity disorder in adults. Can Med Assoc J 2003;168:715–22.
11. Safer DJ, Zito JM, dosReis S. Concomitant psychotropic medication for youths. Am J Psychiatry 2003;160:438–49.
12. Spencer T, Biederman J, Wilens T. Attention-deficit/hyperactivity disorder and comorbidity. Pediatr Clin North Am 1999;46:915–27.
13. Kowatch RA, Sethuraman G, Hume JH, Kromelis M, Weinberg WA. Combination pharmacotherapy in children and adolescents with bipolar disorder. Biol Psychiatry 2003;53:978–84.
14. Wilens TE, Spencer T, Biederman J, Wozniak J, Connor D. Combined pharmacotherapy: an emerging trend in pediatric psychopharmacology. J Am Acad Child Adolesc Psychiatry 1995;34:110–2.
15. Connor DF, Ozbayrak KR, Kusiak KA, Caponi AB, Melloni RH Jr. Combined pharmacotherapy in children and adolescents in a residential treatment center. J Am Acad Child Adolesc Psychiatry 1997;36:248–54.
16. Rushton JL, Whitmire JT. Pediatric stimulant and selective serotonin reuptake inhibitor prescription trends, 1992 to 1998. Arch Pediatr Adolesc Med 2001;155:560–5.
17. Guevara J, Lozano P, Wickizer T, Mell L, Gephart H. Psychotropic medication use in a population of children who have attention-deficit/hyperactivity disorder. Pediatrics 2002;109:733–9.
18. Zito JM, Safer DJ, dosReis S, Magder LS, Gardner JF, Zarin DA. Psychotherapeutic medication patterns for youths with attention-deficit/hyperactivity disorder. Arch Pediatr Adolesc Med 1999;153:1257–63.
19. Olfson M, Gameroff MJ, Marcus SC, Jensen PS. National trends in the treatment of attention deficit hyperactivity disorder. Am J Psychiatry 2003;160:1071–7.
20. Pliszka SR, Greenhill LL, Crismon ML, et al. The Texas children's medication algorithm project: Report of the Texas consensus conference panel on medication treatment of childhood attention-deficit/hyperactivity disorder. Part I. Attention-deficit/hyperactivity disorder. J Am Acad Child Adolesc Psychiatry 2000;39:908–19.
21. Milberger S, Biederman J, Faraone SV, Chen L, Jones J. ADHD is associated with early initiation of cigarette smoking in children and adolescents. Am Acad Child Adolesc Psychiatry 1997;36:37–44.
22. Biederman J, Wilens T, Mick E, Spencer T, Faraone SV. Pharmacotherapy of attention-deficit/hyperactivity disorder reduces risk for substance use disorder. Pediatrics 1999;104:e20-e4.
23. Leibson CL, Katusic SK, Barbaresi WJ, Ransom J, O'Brien PC. Use and costs of medical care for children and adolescents with and without attention-deficit/hyperactivity disorder. JAMA 2001;285:60–6.
24. Chan E, Zhan CL, Homer CJ. Health care use costs for children with attention-deficit/hyperactivity disorder: national estimates from the medical expenditure panel survey. Arch Pediatr Adolesc Med 2002;156:504–11.
25. Markowitz JS, Morrison SD, DeVane CL. Drug interactions with psychostimulants. Int Clin Psychopharmacol 1999;14:1–18.
26. Markowitz JS, Patrick KS. Pharmacokinetic and pharmacodynamic drug interactions in the treatment of attention-deficit hyperactivity disorder. Clin Pharmacokinet 2001;40:753–72.
27. DeVane CL. Clinical significance of drug binding, protein binding, and binding displacement drug interactions. Psychopharmacol Bull 2002;36:5–21.

28. Balian JD, Rahman A. Metabolic drug-drug interactions: Perspective from FDA medical and clinical pharmacology reviewers. Adv Pharmacol 1997;43:231–8.
29. Alfaro CL. Emerging role of drug interaction studies in drug development: the good, the bad, and the unknown. Psychopharmacol Bull 2001;35:80–93.
30. Michalets EL. Update: clinically significant cytochrome P-450 drug interactions. Pharmacother 1998;18:84–112.
31. Oesterheld JR. A review of developmental aspects of cytochrome P450. J Child Adolesc Psychopharmacol 1998;8:161–74.
32. Evans WE, McLeod HL. Pharmacogenomics—drug disposition, drug targets, and side effects. N Eng J Med 2003;348:538–49.
33. Liston H, Markowitz JS, DeVane CL. Glucuronidation: Implications in psychopharmacology. J Clin Psychopharmacol 2001;21:500–15.
34. Borst P, Elferink RO. Mammalian ABC transporters in health and disease. Annu Rev Biochem 2002;71:537–92.
35. James RS, Sharp WS, Bastain TM, et al. Double-blind, placebo-controlled study of single-dose amphetamine formulations in ADHD. J Am Acad Child Adolesc Psychiatry 2001;40:1268–76.
36. Manos MJ, Short EJ, Findling RL. Differential effectiveness of methylphenidate and Adderall in school-age youths with attention-deficit/hyperactivity disorder. J Am Acad Child Adolesc Psychiatry 1999;38:813–89.
37. Pliszka SR, Brown R, Olvera RL, Wynne SK. A double-blind, placebo-controlled study of Adderall and methylphenidate in the treatment of attention-deficit/hyperactivity disorder. J Am Acad Child Adolesc Psychiatry 2000;39:619–26.
38. Faraone SV, Biederman J, Roe C. Comparative efficacy of Adderall and methylphenidate in attention deficit/hyperactivity disorder: a meta-analysis. J Clin Psychopharmacol 2002;22:468–73.
39. Zabik JE, Levin RM, Maickel RP. Drug interaction with brain biogenic amines and the effects of amphetamine isomers on locomotor activity. Pharmacol Biochem Behav 1978;8:429–35.
40. Arnold LE, Huestis RD, Smeltzer DJ, Scheib J, Wemmer D, Colner G. Levamphetamine vs. dextroamphetamine in minimal brain dysfuction. Arch Gen Psychiatry 1976;33:292–301.
41. Greenhill LL, Pliszka S, Dulcan MK, and the Work Group on Quality Issues: AACAP. Practice parameters for the use of stimulant medications in the treatment of children, adolescents, and adults. J Am Acad Child Adolesc Psychiatry 2002;41(2 Suppl):26S–49S.
42. NIH Consensus Development Program. Diagnosis and treatment of attention deficit hyperactivity disorder. NIH Consensus Statement 1998 Nov 16–18;16(2):1–37. Available from http://odp.od.nih.gov/consensus/cons/110/110_statement.htm. Accessed March 25, 2003.
43. Volkow ND, Wang GJ, Fowler JS, et al. Dopamine transporter occupancies in the human brain induced by therapeutic doses of oral methylphenidate. Am J Psychiatry 1998;155:1325–31.
44. Volkow ND, Wang G-J, Fowler JS, et al. Methylphenidate and cocaine have a similar in vivo potency to block dopamine transporters in the human brain. Life Sci 1999;65:PL7–12.
45. Volkow ND, Wang G-J, Fowler JS, et al. Relationship between blockade of dopamine transporters by oral methylphenidate and the increases in extracellular dopamine: therapeutic implications. Synapse 2002;43:181–7.
46. Ruskin DN, Berstrom DA, Shenker A, Freeman LE, Back D, Walters JR. Drugs used in the treatment of attention-deficit/hyperactivity disorder affect postsynaptic firing rate and oscillation without preferential dopamine autoreceptor action. Biol Psychiatry 2001;49:340–50.
47. Chan Y-P, Swanson JM, Soldin SS, Thiessen JJ, Macleod SM, Logan LW. Methylphenidate hydrochloride given with or before breakfast: II. Effects on plasma concentration of methylphenidate and ritalinic acid. Pediatrics 1983;72:56–9.
48. Seeman P, Madras BK. Anti-hyperactivity medication: methylphenidate and amphetamine. Mol Psychiatry 1998;3:386–96.
49. Hitri A, Hurd YL, Wyatt RJ, Deutsch SI. Molecular, functional and biochemical characteristics of the dopamine transporter: regional differences and clinical relevance. J Clin Neuropharmacol 1994;17:1–22.

50. Solanto MV. Neuropsychopharmacological mechanisms of stimulant drug action in attention-deficit hyperactivity disorder: a review and integration. Behav Brain Res 1998;94:127–52.
51. Seeman P, Madras B. Methylphenidate elevates resting dopamine which lowers the impulse-triggered release of dopamine: a hypothesis. Behav Brain Res 2002;130:79–83.
52. Patrick KS and Markowitz JS. Pharmacology of methylphenidate, amphetamine enantiomers and pemoline in attention-deficit hyperactivity disorder: a review. Hum Psychopharmacol 1997;12:527–46.
53. Patrick KS, Caldwell RW, Ferris RM, Breese GR. Pharmacology of the enantiomers of threomethylphenidate. J Pharmacol Exp Ther 1987;241:152–8.
54. Heron C, Costentin J, Bonnet J-J. Evidence that pure uptake inhibitors including cocaine interact slowly with the dopamine neuronal carrier. Eur J Pharmacol 1994;264:391–8.
55. Srinivas NR, Hubbard JW, Quinn D, et al. Enantioselective pharmacokinetics and pharmacodynamics of dl-threo-methylphenidate in children with attention deficit hyperactivity disorder. Clin Pharmacol Ther 1992;52:561–8.
56. Aoyama T, Sasaki T, Kotaki J. Pharmacokinetics and pharmacodynamics of (+)-threomethylphenidate enantiomer in patients with hypersomnia. Clin Pharmacol Ther 1994;55: 270–6.
57. Findling RL, Short E, Manos MJ. Short-term cardiovascular effects of methylphenidate and Adderall. J Am Acad Child Adolesc Psychiatry 2001;40:525–9.
58. Stowe CD, Gardner SF, Gist CC, Schulz EG, Wells TG. 24-hour ambulatory blood pressure monitoring in male children receiving stimulant therapy. Pediatrics 2002;36:1142–9.
59. Efron D, Jarman F, Barker M. Side effects of methylphenidate and dexamphetamine in children with attention deficit disorder: A double-blind, crossover trial. Pediatrics 1997;100:662–6.
60. Eckerman DA, Moy SS, Perkins AN, Patrick KS, Breese GR. Enantioselective behavioral effects of threo methylphenidate in rats. Pharmacol Biochem Behav 40:875–80.
61. Rouhi AM. Chirality at work. Chem Engin News 2003; May 4:56–61.
62. Teo S, Stirling D, Thomas S, Hoberman A, Kiopes A, Khetani V. A 90-day oral gavage toxicity study of d-methylphenidate and d,l-methylphenidate in Sprague-Dawley rats. Toxicology 2002;179:183–96.
63. Davids E, Zhang K, Tarazi FI, Baldessarini RJ. Stereoselective effects of methylphenidate on motor hyperactivity in juvenile rats induced by neonatal 6-hydroxydopamine lesioning. Psychopharmacology 2002;160:92–8.
64. Teo SK, Stirling DI, Thomas SD, Khetani VD. Neurobehavioral effects of racemic threomethylphenidate and its D and L enantiomers in rats. Pharmacol Biochem Behav 2003;74:747–54.
65. Patrick KS, Kilts CD, Breese GR. Synthesis and pharmacology of hydroxylated metabolites of methylphenidate. J Med Chem 1981;29:1237–40.
66. Bartlett MF, Egger HP. Disposition an metabolism of methylphenidate in dog and man. Fed Proc 1972;31:537.
67. Faraj BA, Israili ZH, Perel JM, et al. Metabolism and disposition of methylphenidate-$^{14}$C: studies in man and animals. J Pharmacol Exp Ther 1974;191:535–47.
68. Redalieu E, Bartlett MF, Waldes LM, Darrow WR, Egger H, Wagner WE. A study of methylphenidate in man with respect to its major metabolite. Drug Metab Dispos 1982;10: 708–9.
69. Chan Y-P, Swanson JM, Soldin SS, Thiessen JJ, Macleod SM, Logan LW. Methylphenidate hydrochloride given with or before breakfast: II. Effects on plasma concentration of methylphenidate and ritalinic acid. Pediatrics 1983;72:56–9.
70. Wargin W, Patrick K, Kilts C, et al. Pharmacokinetics of methylphenidate in man, rat and monkey. J Pharmacol Exp Ther 1983;226:382–6.
71. Modi NB, Lindenmulder G, Gupta SK. Single- and multiple-dose pharmacokinetics of oral once-a-day osmotic controlled-release OROS™ (methylphenidate HCl) formulation. J Clin Pharmacol 2000;40:379–88.

548 *Markowitz and Patrick*

72. Modi NB, Wang B, Hu WT, Gupta SK. Effect of food on the pharmacokinetics of osmotic controlled-release methylphenidate HCl in healthy subjects. Biopharm Drug Dispos 2000;21:23–31.
73. Modi NB, Wang B, Noveck RJ, Gupta SK. Dose-proportional and stereospecific pharmacokinetics of methylphenidate delivered using an osmotic controlled-release oral delivery system. J Clin Pharmacol 2000;40:1141–9.
74. Sun Z, Murry DJ, Sanghani SP, Davis WI, Kedishvili NY, Zou Q, Hurley TD, Bosron WF, Methylphenidate is stereoselectively hydrolyzed by human carboxylesterase CES1A1. J Pharmacol Exp Ther 2004;310: 469–76.
75. Jonkman LM, Verbaten MN, deBoer D, et al. Differences in plasma concentrations of the D- and L-*threo* methylphenidate enantiomers in responding and non-responding children with attention-deficit hyperactivity disorder. Psychiatry Res 1998;78:115–8.
76. Ding Y-S, Fowler JS, Volkow ND. Is the *l-threo* enantiomer of methylphenidate (Ritalin) inactive in the brain when given orally [abstr] Am Col Neuropsychopharmacol 2002;Dec 8–12:255.
77. Patrick KS, Ellington KR, Breese GR, Kilts CD. Gas chromatographic-mass spectrometric analysis of methylphenidate and *p*-hydroxymethylphenidate using deuterated internal standards. J Chromatogr B Biomed Appl 1985;343:329–38.
78. Markowitz JS, Straughn AB, Patrick KS. Advances in the pharmacotherapy of attention-deficit hyperactivity disorder: Focus on methylphenidate formulations. Pharmacotherapy 2003;23: (10):1281-99.
79. Meyer MC, Straughn AB, Jarvi EJ, et al. Bioequivalence of methylphenidate immediate-release tablets using a replicated study design to characterize intrasubject variability. Pharm Res 2000;17:381–4.
80. Shader RI, Harmatz JS, Osterheld JR, Parmalee DX, Sallee FR, Greenblatt DJ. Population pharmacokinetics of methylphenidate in children with attention-deficit hyperactivity disorder. J Clin Pharmacol 1999;39:775–85.
81. Concerta (methylphenidate HCl) Extended-Release Tablets. Company: Alza Corporation. Application No. 21–121. Available from http://www.fda.gov/cder/approval/index. Accessed April 15, 2003.
82. Chan Y-PM, Soldin SJ, Swanson JM, Deber CM, Thiessen JJ, Macleod S. Gas chromatographic/mass spectrometric analysis of methylphenidate (Ritalin) in serum. Clin Biochem 1980;13:266–72.
83. Keating GM, Figgitt DP. Dexmethylphenidate. Drugs 2002;62:1899–904.
84. Novartis Pharmaceuticals Corporation. Focalin™ (dexmethylphenidate HCl) package insert. East Hanover, NJ, 2001.
85. Sherman M, Hauser GC, Glover BH. Toxic reactions to tranylcypromine. Am J Psychiatry 1964; 120:1019–21.
86. Newcorn JH, Schulz K, Harrison M, DeBellis MD, Udarbe JK, Halperin JM. $\alpha_2$-adrenergic agonists: neurochemistry, efficacy, and clinical guidelines for use in children. Pediatr Clin North Am 1998;45:1099–122.
87. Swanson JM, Flockhart D, Udrea D, et al. Clonidine in the treatment of ADHD: questions about safety and efficacy. J Child Adolesc Psychiatry 1995;5:301–4.
88. The Tourette's Syndrome Study Group. Treatment of ADHD in children with tics—a randomized controlled trial. Neurology 2002;58:527–36.
89. Connor DF, Barkley RA, Davis HT. A pilot study of methylphenidate, clonidine, or the combination in ADHD comorbid with aggressive oppositional defiant or conduct disorder. Clin Pediatr 2000;39:15–25.
90. Levy F, Hobbes G. Does haloperidol block methylphenidate? Psychopharmacology 1996;126:70–4.
91. Janowski DS, Davis JM. Methylphenidate, dextroamphetamine and levamphetamine. Arch Gen Psychiatry 1976;33:304–8.

*Drug Interactions in ADHD* 549

92. Volkow ND, Wang G-J, Fowler JS, et al. Cardiovascular effects of methylphenidate in humans are associated with increases of dopamine in brain and of epinephrine in plasma. Psychopharmacology 2003;166:264–70.
93. Maxwell RA, Plummer AJ, Ross SD, Paytas JI, Dennis AD. Antihypertensive effects of the central nervous stimulant, methylphenidate. Arch Int Pharmacodyn Ther 1957;CXII:26–35.
94. Maxwell RA, Plummer AJ, Ross SD, Daniel AL. Studies concerning the cardiovascular actions of the central nervous stimulant methylphenidate. J Pharmacol Exp Ther 1958;123:22–7.
95. Povalski HJ, Goldsmith ED. Effect of methylphenidate on cardiovascular actions of pressor amines. Proc Soc Exp Biol Med 1959;101:717–21.
96. Tainter ML, Chang DK. The antagonism of the pressor action of tyramine by cocaine. J Pharmacol Exp Ther 1927;30:193–207.
97. DeVane CL, Markowitz JS, Carson SW, et al. Single dose methylphenidate pharmacokinetics in CYP2D6 extensive and poor metabolizers. J Clin Psychopharmacol 2000;20:347–9.
98. Lin JH, Yamazaki M. Role of P-glycoprotein in pharmacokinetics: clinical implications. Clin Pharmacokinet 2003;42:59–98.
99. Remich SA, Desta Z, Soukhova NV, Flockhart DA. In vitro inhibition of cytochrome P450s by ephedrine, methylphenidate and its main metabolite ritalinic acid [abstr]. Clin Pharmacol Ther 2002:P60.
100. DeVane CL, Wang J-S, Pennick M, et al. Effects of amphetamine and methylphenidate on cytochrome P450 activity. Poster presentation; American Psychiatric Association 156th Annual Meeting, May 19, 2003, San Francisco, CA.
101. Le Nedelec MJ, Rosengren RJ. Methylphenidate inhibits cytochrome P450 in the Swiss Webster mouse. Hum Exp Toxicol 2002;21:273–80.
102. Markowitz JS, Logan BK, Diamond F, Patrick KS. Detection of the novel metabolite ethylphenidate following methylphenidate overdose with alcohol co-ingestion. J Clin Psychopharmacol 1999;19:362–6.
103. Markowitz JS, DeVane CL, Boulton DW, et al. Ethylphenidate formation in human subjects after the administration of a single dose of methylphenidate and alcohol. Drug Metab Dispos 2000;28:620–4.
104. Thomson MR, Dowd JJ, Markowitz JS, DeVane CL, Patrick KS. Enantioselective transesterification of methylphenidate to ethylphenidate after coadministration with ethanol [abstr]. J Clin Pharmacol 2002;42:1069.
105. Satoh T, Hosokawa M. The mammalian carboxyesterases: From molecules to function. Annu Rev Pharmacol Toxicol 1998;38:257–88.
106. Roberts SM, Harbison RD, James RC. Inhibition by ethanol of the metabolism of cocaine to benzoylecgonine and ecgonine methyl ester in mouse and human liver. Drug Metab Dispos 1993;21:537–41.
107. Schenk JO. The functioning of neuronal transporter for dopamine: kinetic mechanisms and effects of amphetamine, cocaine and methylphenidate. Prog Drug Res 2002;59:111–37.
108. Angrist B, Corwin J, Bartlik B, Cooper T. Early pharmacokinetics and clinical effects of oral d-amphetamine in normal subjects. Biol Psychiatry 1987;22:1357–68.
109. Brown GL, Ebert MH, Mikkelsen RJ, Hunt RD. Behavior and motor activity response in hyperactive children and plasma amphetamine levels following a sustained release preparation. J Am Acad Child Psychiatry 1980;19:225–39.
110. Wan SH, Martin SB, Azarnoff DL. Kinetics, salivary excretion of amphetamine isomers and effect of urinary pH. Clin Pharmacol Ther 1978;23:585–90.
111. Brown GL, Hunt RD, Ebert MH, Bunney WH, Kopin IJ. Plasma levels of d-amphetamine in hyperactive children. Serial behavior and motor response. Psychopharmacology 1979;62:133–40.
112. Goldstein M, Anagnoste B. The conversion in vivo of D-amphetamine to (+)-p-hydroxynorephedrine. Biochim Biophys Acta 1965;107:166–8.
113. Smith RL, Dring LJ. Patterns of metabolism of b-phenethylamines in man and other species. In: Costa E, Garattini S, eds. Amphetamines and related compounds. New York: Raven Press, 1970:121–39.

114. Caldwell J, Dring LG, Williams RT. Norephedrines as metabolites of [14C] amphetamine in urine in man. Biochem J 1972;129:23–4.
115. Van Kammen DP, Ninan PT, Hommer D. Amphetamine enantiomers: psychopharmacological effects. In: Smith DF, ed. CRC handbook of stereoisomers: drugs in psychopharmacology. Boca Raton, FL: CRC, 1984:297–315.
116. Beckett AH, Rowland M, Turner P. Influence of urinary pH on excretion of amphetamine. Lancet 1965;1:303.
117. Chouinard G, Annable L, Bardwejn J. An early phase II clinical trial of tomoxetine (LY139603) in the treatment of newly admitted depressed patients. Psychopharmacology 1984;83:126–8.
118. Bymaster FP, Katner JS, Nelson DL, et al. Atomoxetine increases extracellular levels of norepinephrine and dopamine in prefrontal cortex of rat: A potential mechanism for efficacy in attention deficit/hyperactivity disorder. Neuropsychopharmacology 2002;27:699–711.
119. Strattera™ (atomoxetine). Package Insert. Eli Lilly and Company: Indianapolis, IN, 2002.
120. Chalon SA, Desager JP, DeSante KA, et al. Effect of hepatic impairment on the pharmacokinetics of atomoxetine and metabolites. Clin Pharmacol Ther 2003;73:178–91.
121. Witcher JW, Long A, Smith B, et al. Atomoxetine pharmacokinetics in children and adolescents with attention deficit hyperactivity disorder. J Child Adol Psychopharmacol 2003;1:53–63.
122. Sauer JM, Ponsler GD, Mattiuz EL, et al. Disposition and metabolic fate of atomoxetine hydrochloride: the role of CYP2D6 in human disposition and metabolism. Drug Metab Dispos 2003;31:98–107.
123. Farid NA, Bergstrom RF, Ziege EA, Parli CJ, Lemberger L. Single-dose and steady-state pharmacokinetics of tomoxetine in normal subjects. J Clin Pharmacol 1985;25:296–301.
124. Belle DJ, Ernest CS, Sauer J-M, Smith BP, Thomasson HR, Witcher JW. Effect of potent CYP2D6 inhibition by paroxetine on atomoxetine pharmacokinetics. J Clin Pharmacol 2002;42:1219–27.

# INDEX

**A**

Academic performance, *see* Achievement

Achievement,
ADHD subtypes,
early inattention and hyperactivity as predictors of later reading acquisition and cognitive skills, 302–306
inattention effects on academic outcomes, 298–302
inattention and low achievement, 219, 220
low achievement and ADHD, 220
reading disability underachievement, 345, 346
stimulation medication effects on cognition, learning, and academic performance, 495

ADHD, *see* Attention deficit hyperactivity disorder

Adult ADHD,
methodological limitations of studies,
design issues, 477, 478
neuropsychological task issues, 478–480
subject issues, 476, 477
neurobiological theories and executive function, 458, 459
neuropsychological findings,
California Verbal Learning Test, 475
continuous performance tests, 472, 473
intelligence quotient, 460, 472
overview, 459–471, 475, 476
Rey-Osterreith Complex Figure, 474
Stroop neuropsychological screening test, 473
Tower of Hanoi, 474
Trail Making Tests, 473, 474
verbal fluency tasks, 473
Wisconsin Card Sorting Test, 474
persistence of ADHD from childhood, 457, 529
prospects for study, 480, 481
stimulant medication efficacy, 498, 500, 501
Allocation, event-related potential studies in ADHD, 366, 381

α-Agonists, stimulant drug interactions, 515, 516, 536
Amphetamine, *see also* Stimulant medications,
drug–drug interactions,
pharmacodynamic interactions, 539
pharmacokinetic interactions, 539
history of hyperactivity treatment, 487
isomers, 533
metabolism, 531, 532, 538, 539
modulation of neurotransmitters, 113–115
pharmacodynamics, 538
pharmacokinetics, 538, 539
preparations,
dosing, 511, 512
pharmacokinetics, 491–493
AMX, *see* Atomoxetine
Antidepressants, stimulant drug interactions, 515, 536
Anxiety disorder,
ADHD association, 344, 345
ADHD stimulant medication management effects, 502, 503
screening, 150
sleep disturbances, 451
Atomoxetine (AMX),
drug–drug interactions,
pharmacodynamic interactions, 543
pharmacokinetic interactions, 543, 544
FDA approval for ADHD, 533
modulation of neurotransmitters, 116
pharmacodynamics, 540
pharmacokinetics, 540–543
Attention deficit hyperactivity disorder (ADHD),
adults, *see* Adult ADHD
evaluation, *see* Psychological evaluation
ADHD
historical perspective,
biological theories,
Barkley, 26, 27
Gray, 25, 26
Pavlov, 27, 28
Quay, 25, 26