DTX 1136 Confidential

Redacted