PX 17 Confidential

Redacted