PX 207 and PX 210 Confidential

Redacted