PX 257 Confidential

Redacted