UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            )
ALZA CORPORATION, and                                       )
McNEIL-PPC., INC.,                                          )
                                                            )
                    Plaintiffs                              )   CIVIL ACTION NO.
                                                            )
            v.                                              )   05-CV-0642
                                                            )
ANDRX PHARMACEUTICALS, LLC. and                             )
ANDRX CORPORATION                                           )
                                                            )
                    Defendants.                             )
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of January 2008, a copy of

DEFENDANTS' ANSWERING POST-TRIAL BRIEF CONCERNING PLAINTIFFS'

EVIDENTIARY OBJECTIONS was served via:

**Hand Delivery upon the following person(s):**

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer London, Esq.
Ashby & Geddes
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE  19899

**Via Electronic Delivery upon the following person(s):**

Steven J. Balick, Esq.                       David P. Pritikin, Esq.
John G. Day, Esq.                            Thomas D. Rein, Esq.
Tiffany Geyer London, Esq.                   Sidley Austin, LLP
Ashby & Geddes                               One South Dearborn
500 Delaware Ave., 8th Floor            Chicago, IL  60603
P.O. Box 1150
Wilmington, DE  19899

2281565-1

Jeffrey P. Kushan, Esq.  
Todd A. Wagner, Esq.  
Sidley Austin, LLP  
1501 K Street, N.W.  
Washington, DC 20005  

Michael D. Hatcher, Esq.  
Sidley Austin, LLP  
717 North Harwood, Ste. 3400  
Dallas, TX 75201  

/s/ William J. Cattie, III #953  
William J. Cattie, III, Esq.  
I. D. No. 953  
300 Delaware Avenue, Suite 1015  
P. O. Box 588  
Wilmington, DE 19899-0588  
(302) 778-1200  
Attorney for Defendants  
ANDRX PHARMACEUTICALS, LLC  
ANDRX CORPORATION  

Of Counsel:

James V. Costigan, Esq.  
Alan B. Clement, Esq.  
Nicholas P. Chiara, Esq.  
HEDMAN & COSTIGAN, P.C.  
1185 Avenue of the Americas  
New York, NY 10036  

John W. Bateman, Esq.  
C. Kyle Musgrove, Esq.  
Robert F. Vroom, Esq.  
KENYON & KENYON LLP  
1500 K Street, NW  
Washington, DC 20005  

2281565-1