# RAWLE & HENDERSON LLP



WILLIAM J. CATTIE, III
302-778-1200
WCATTIE@RAWLE.COM

GEORGE T. LEES, III
302-778-1200
GLEES@RAWLE.COM

The Nation's Oldest Law Office · Established in 1783

**www.rawle.com**

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

January 30, 2008

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

   Re:  Alza Corporation, et al. v. Andrx Pharmaceuticals, LLC, et al.,
      C.A. No. 05-642-JJF

Dear Judge Farnan:

  Enclosed under cover of this letter please find Defendants' Answering Post-Trial Brief Concerning Plaintiffs' Evidentiary Objections with regards to the above-captioned matter.

  As the Court will recall, this is the final brief to be submitted on the issue of evidentiary objections and that the Court requested that the Parties file revised Findings of Fact and Conclusions of Law after the Court rules on the evidentiary objections. (*See* D.I. 152 at pp. 1427 – 1428).

  As always, counsel is available to address any questions or concerns that the Court may have.

        Respectfully submitted,

        RAWLE & HENDERSON LLP

        By:                       
           William J. Cattie, III
           George T. Lees, III

GTL/lmm
Enclosure
cc:  Clerk of the Court
    Steven J. Balick, Esq. (via e-mail)
    Todd A. Wagner, Esq. (via e-mail)
    David P. Pritikin, Esq. (via e-mail)
    Michael D. Hatcher, Esq. (via e-mail)