# EXHIBIT 2

**Pages From Dr. Feifel's Deposition Transcript
Cited In Defendants' Pretrial Submissions**

Page 23

Page 24

Page 83

Page 91

Page 92

Page 110

Page 111

Page 131

Page 132

Page 164

Page 165

Page 166

Page 167

Page 168

Page 187

Page 188

Errata Sheets