# EXHIBIT 3

**Vroom, Robert**

| | | | |
|---|---|---|---|
| **From:** | Wagner, Todd [twagner@sidley.com] | **Sent:** | Wed 12/5/2007 9:03 PM |
| **To:** | Musgrove, C. Kyle | | |
| **Cc:** | Bateman, John; Vroom, Robert; Kushan, Jeffrey P.; Wagner, Todd | | |
| **Subject:** | Alza/Andrx | | |
| **Attachments:** | | | |

Kyle,

Further to our telephone call this morning, here is the current universe of witnesses plaintiffs may call at trial:

Dr. M. Angst
A. Ayer
Dr. M. Davies
Dr. D. Feifel
Dr. D. Guinta
Ms. V. Gray
Dr. K. Patrick
Dr. Rozek
Mr. B. Walker

We appreciate your confirming that Defendants will not be calling Dr. R. Fassihi and we understand that your current universe of trial witnesses as follows:

Dr. U. Banakar
Dr. S. Bolton
Ms. X. Cheng
Dr. M. Mayersohn
Dr. T. Needham

We also understand that these witness identifications are a courtesy and are nonbinding. I will send you a separate email regarding the parties' agreement to exchange "best efforts" trial witness lists at noon on Friday, Dec. 7th.

Regards,

Todd

~~~~~~~~~~~~~~~~~~~~~~

*Todd A. Wagner*
*Sidley Austin LLP*
*1501 K Street, N.W.*
*Washington, D.C. 20005*
*202-736-8129*
*202-736-8711 (fax)*

Sidley Austin LLP mail server made the following annotations on 12/05/07, 20:00:48:
--------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this

communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

****************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************