# EXHIBIT 4

> 🕐 You replied on 12/12/2007 8:30 PM.
>
> **Vroom, Robert**
>
> | From: | Wagner, Todd [twagner@sidley.com] | Sent: Fri 12/7/2007 12:03 PM |
> |---|---|---|
> | To: | Musgrove, C. Kyle | |
> | Cc: | Bateman, John; Vroom, Robert; Kushan, Jeffrey P.; Wagner, Todd | |
> | Subject: | Alza/Andrx: Witnesses and additional trial exhibits | |
> | Attachments: | | |

Kyle:

Pursuant to the parties' agreement, plaintiffs intend to call the following witnesses at trial. Witnesses who will testify on direct are indicated with an asterisk and are listed in the order in which we currently expect them to testify. Witnesses who testify on direct may also be called as rebuttal witnesses:

*Dr. D. Guinta
*A. Ayer
*Ms. V. Gray
*Mr. B. Walker
*Dr. M. Angst
Dr. M. Davies
Dr. K. Patrick
Dr. Rozek

In addition, plaintiffs intend to add the following documents to their trial exhibit list (presumably the next exhibits in order):

Final Report, Protocol C-94-007-04: Study II
ALZ 00096177-308

Greenhill et al., "Medication Treatment Strategies in the MTA Study: Relevance to Clinicians and Researchers," J. Am. Acad. Child Adolesc. Psychiatry 35(10): 1304-13 (1996)

ALZ 00096177-308

Please confirm that defendants have no timeliness objection to the addition of these materials to plaintiffs' trial exhibit list. As we agreed, substantive objections are reserved.

Regards,

Todd

Sidley Austin LLP mail server made the following annotations on 12/07/07, 11:03:54:
--------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

****************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************