UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

------------------------------------------------------------X
)
ALZA CORPORATION, and )
McNEIL-PPC., INC., )
)
)
Plaintiffs ) CIVIL ACTION NO.
)
v. ) 05-CV-0642
)
ANDRX PHARMACEUTICALS, LLC. and )
ANDRX CORPORATION )
)
Defendants. )
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of February 2008, a copy of the Redacted Public Version of DEFENDANTS' ANSWERING POST-TRIAL BRIEF CONCERNING PLAINTIFFS' EVIDENTIARY OBJECTIONS was served via:

**Hand Delivery upon the following person(s):**

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer London, Esq.
Ashby & Geddes
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**Via Electronic Delivery upon the following person(s):**

Steven J. Balick, Esq.                David P. Pritikin, Esq.
John G. Day, Esq.                     Thomas D. Rein, Esq.
Tiffany Geyer London, Esq.            Sidley Austin, LLP
Ashby & Geddes                        One South Dearborn
500 Delaware Ave., 8th Floor          Chicago, IL 60603
P.O. Box 1150
Wilmington, DE 19899

2295335-1

Jeffrey P. Kushan, Esq.
Todd A. Wagner, Esq.
Sidley Austin, LLP
1501 K Street, N.W.
Washington, DC 20005

Michael D. Hatcher, Esq.
Sidley Austin, LLP
717 North Harwood, Ste. 3400
Dallas, TX 75201

/s/ William J. Cattie, III #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:

John W. Bateman, Esq.
C. Kyle Musgrove, Esq.
Robert F. Vroom, Esq.
Douglas T. Lee, Esq.
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005

2295335-1