IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALZA CORPORATION and
McNEIL, PPC, INC.

    Plaintiffs,

v.

ANDRX PHARMACEUTICALS, LLC and
ANDRX CORPORATION

    Defendants.

Civil Action No. 05-642-JJF

## O R D E R

WHEREAS, Plaintiffs have requested the Court's permission to file a reply brief in response to Defendants' Answering Post-Trial Brief Concerning Plaintiffs' Evidentiary Objections;

WHEREAS, the Court has considered Plaintiffs' request and determined that a reply brief is not necessary at this time;

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiffs' request for permission to file a reply brief to Defendants' Answering Post-Trial Brief Concerning Plaintiffs' Evidentiary Objections is **DENIED**.

February __, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE