IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALZA CORPORATION, and | ) | |
| McNEIL-PPC, INC., | ) | |
| | ) | **CONFIDENTIAL:** |
| Plaintiffs, | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | C.A. No. 05-642-JJF |
| | ) | |
| ANDRX PHARMACEUTICALS, L.L.C. and | ) | |
| ANDRX CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATED ORDER

WHEREAS, in its April 28, 2008 Memorandum Order (D.I. 174), the Court overruled plaintiffs' objection to the admission of defendants' proposed designated deposition testimony of Dr. David Feifel;

WHEREAS, defendants' designations and plaintiffs' counter-designations of Dr. Feifel's deposition testimony appear in the post-trial evidentiary briefing, but are not included among the trial exhibits because the objection had not yet been ruled upon as of the end of the trial;

WHEREAS, now that the Court has ruled on the evidentiary issues, the parties wish to make certain that defendants' designations and plaintiffs' counter-designations of Dr. Feifel's deposition testimony are a part of the evidentiary record upon which the Court will base its trial decision; and

WHEREAS, now that the Court has ruled on the evidentiary issues, the parties also wish to schedule a date for the submission of their post-trial proposed findings of fact and conclusions of law; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1.     The attached transcript of the July 31, 2007 deposition of David Feifel, M.D., Ph.D., which is highlighted to reflect defendants' designations in pink and plaintiffs' counter-designations in yellow, is admitted into evidence and shall be part of the trial record in this case.

2.     The parties' post-trial proposed findings of fact and conclusions of law shall be served and filed on or before May 30, 2008.

ASHBY & GEDDES                          RAWLE & HENDERSON, LLP

*/s/ Steven J. Balick*                      */s/ George T. Lees, III*
_____              _____
Steven J. Balick (I.D. #2114)           William J. Cattie, III (I.D. #953)
John G. Day (I.D. # 2403)               George T. Lees, III (I.D. #3647)
Tiffany Geyer Lydon (I.D. #3950)        300 Delaware Avenue, Suite 1015
500 Delaware Avenue, 8th Floor          P.O. Box 588
P.O. Box 1150                           Wilmington, DE  19899-0588
Wilmington, DE  19899                   302-778-1200
302-654-1888                            wcattie@rawle.com
sbalick@ashby-geddes.com                glees@rawle.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com                 *Attorneys for Defendants*

*Attorneys for Plaintiffs*


                    SO ORDERED this _____ day of _____, 2008.


                    _____
                    United States District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

---oOo---

ALZA CORPORATION and

McNEIL-PPC, INC.,

         Plaintiffs,

vs.                          No. 05-CV-0642

IMPAX LABORATORIES, INC.;

ANDRX PHARMACEUTICALS, LLC,

and ANDRX CORPORATION,

         Defendants.

_____/


**HIGHLY CONFIDENTIAL**


VIDEOTAPED DEPOSITION OF DAVID FEIFEL, M.D., Ph.D.

TUESDAY, JULY 31, 2007


Pages 1 - 198

HIGHLY CONFIDENTIAL

Page 5

```
 1            BE IT REMEMBERED THAT, pursuant to Notice
 2     and on Tuesday, July 31, 2007, commencing at the hour
 3     of 10:04 a.m., at 555 California Street, San Francisco,
 4     California, before me, THOMAS J. FRASIK, a Registered
 5     Professional Reporter and Certified Shorthand Reporter
 6     in the State of California, there appeared
 7                    DAVID FEIFEL, M.D., Ph.D.
 8     called as a witness by the Defendant(s), and who, having
 9     been first duly sworn, by me, was thereupon examined and
10     testified as hereinafter set forth.
11                        ---o0o---
12                        EXAMINATION
13     BY MR. BATEMAN:
14          Q.   Good morning, Dr. Feifel.
15          A.   Good morning.
16          Q.   Could you please state your name for the
17     record?
18          A.   Sure.  My name is David Feifel.
19          Q.   And what is your residence address?
20          A.   My residence address is 7749 Moon Ridge Place,
21     La Jolla, California.
22          Q.   Where are you employed?
23          A.   At University of California San Diego.
24          Q.   And what is your job there?
25          A.   I'm an associate professor.
```

HIGHLY CONFIDENTIAL

Page 10

1          A.   That was I think the most remote case and that

2     would have been probably ten, 11 years ago to my

3     recollection.

4          Q.   As part of your practice today, do you treat

5     patients that have ADHD?

6          A.   I do.

7          Q.   And for the record, what is ADHD?

8          A.   ADHD is a neuropsychiatric disorder in which

9     patients experience a number of behaviors and symptoms

10    that make it difficult for them to function optimally in

11    different spheres of their life.

12         Q.   Do you treat adults and children that have

13    ADHD?

14         A.   Yes, I do.

15         Q.   What's the approximate breakdown between adults

16    and children that you treat?

17         A.   I would say currently probably 80 percent of my

18    cases are adult cases.

19         Q.   Before the deposition started we marked two

20    documents as exhibits, one is Exhibit 1 and the other is

21    Exhibit 2.   They should be Exhibit 1, your opening

22    expert report, and Exhibit 2, your rebuttal expert

23    report.   Do those look to be your opening and rebuttal

24    expert reports?

25         A.   They do appear to be.

HIGHLY CONFIDENTIAL

Page 11

1        Q.    If you could open up Exhibit 1 and look at
2    I guess it's paragraph four.
3        A.    I do see that.
4        Q.    And there's a reference I guess in the second
5    to the last sentence to the UCSD Adult ADHD Program?
6        A.    Correct.
7        Q.    What is that?
8        A.    That's the name of the program that I oversee
9    at UCSD where we evaluate and treat patients with ADHD.
10       Q.    And did you found that program?
11       A.    I did.
12       Q.    And was that -- when was that?
13       A.    It was, I believe, in approximately 1995.
14       Q.    Now, the adults who you treat who have ADHD, do
15   you treat them through this Adult ADHD Program?
16       A.    Correct.
17       Q.    How do the children who have ADHD who you treat
18   come to you?
19       A.    In reality, they come through the same program.
20       Q.    Could you explain how that works?
21       A.    Well, we will get requests perhaps sometimes
22   from former patients who came through as adults to
23   assess their sons, daughters, nephews, nieces and on a
24   case-by-case basis we will take those.  Other times we
25   just are referred from other providers in the community

HIGHLY CONFIDENTIAL

Page 12

1  to see and assess adolescents and we will also accept

2  those on a case-by-case basis.  Occasionally people will

3  call themselves and we'll accept those.

4       Q.  Do you treat any ADHD patients other than

5  through this program?

6       A.  I don't believe so.

7       Q.  How long have you been treating ADHD?

8       A.  I've really been treating ADHD to some extent

9  since I began being involved in the residency program at

10 UCSD, so it would antedate my founding of this program

11 by I would say at least a year or two I'd begun to have

12 experience treating patients with ADHD.

13      Q.  If we look up at the preceding paragraph,

14 paragraph three in the opening expert report, it looks

15 like you came to UCSD as a resident in 1992; is that

16 right?

17      A.  Yes, that's correct, I believe.

18      Q.  And in approximately 1994 you first began

19 treating ADHD?

20      A.  I would say -- no.  I would say at least 1994,

21 but because I can't really recall precisely the first

22 time I reviewed a patient, but during our rotations,

23 both child psychiatry rotations and in our regular

24 rotations we would have cases of ADHD that we'd be

25 treating.

HIGHLY CONFIDENTIAL

Page 13

1      Q.  Is part of the treatment that you provided

2   to ADHD patients over the years the administration of

3   medicine to the patients?

4      A.  Yes.

5      Q.  When you first started treating ADHD patients

6   what medicines did you administer to them?

7      A.  In the era when I began treating ADHD, the

8   most common medications I believe I would use would be

9   methylphenidate, dextroamphetamine.  There was also a

10  medication called Pemoline that I don't believe is on

11  the market any longer.

12     Q.  How do you spell Pemoline?

13     A.  P-e-m-o-l-i-n-e.

14     Q.  And did you administer one of those more than

15  the others?

16         MR. KUSHAN:  Objection; vague.

17         THE WITNESS:  My recollection is not clear

18  which one I would have used the most, but my guess, as

19  far as I can remember, I think it would be the

20  methylphenidate.

21  BY MR. BATEMAN:

22     Q.  And was the methylphenidate -- actually, let me

23  start over.

24         Are you familiar with an immediate-release

25  version of methylphenidate sold under the brand name

VERITEXT/SPHERION DEPOSITION SERVICES
(212) 490-3430

HIGHLY CONFIDENTIAL

Page 14

1   Ritalin?

2        A.   Yes, I am.

3        Q.   And then are you familiar with an

4   extended-release version of methylphenidate sold under

5   the brand name Ritalin SR?

6        A.   Yes, I am.

7        Q.   Back in the time period we're talking about,

8   which I gather is when you first began treating patients

9   who had ADHD, did you treat them with both types of

10  Ritalin?

11       A.   I have treated patients with both types of

12  Ritalin.

13       Q.   How about back when you started; was that both

14  types then?

15       A.   If you're referring to when you say when I

16  started, you mean the first year I started, the first

17  month?

18       Q.   Let's make it the first year.

19       A.   I really can't remember what I was using,

20  but my use of both of them would have subsumed, you

21  know, a span of several years.  And I can't be sure in

22  any given year whether I used Ritalin SR almost -- I'm

23  quite sure that I would have used the regular,

24  immediate-released because I used it more frequently so

25  I wouldn't have gone a year without using that for sure.

HIGHLY CONFIDENTIAL

Page 15

1           THE REPORTER:  "So I would have gone a year"?

2           THE WITNESS:  I would not have gone a year

3    without using the immediate-release Ritalin.

4    BY MR. BATEMAN:

5        Q.  You might have gone a year without using the

6    Ritalin SR?

7        A.  And might not have used it in the very first

8    year that we're talking about.  And then depending on --

9    I'm not really clear what duration of time you're

10   referring to, but there might have been a time when you

11   say early on where I might have not used it or stopped

12   using it.

13       Q.  Now, how about today; what medicines do you

14   prescribe for patients that have ADHD?

15       A.  I would say my three most common medications

16   that I use are long-acting methylphenidate under the

17   brand name Concerta, long-acting amphetamine under the

18   brand name Adderall or Adderall XR, and atomoxetine

19   under the brand name Strattera.

20       Q.  And what's your approximate breakdown in

21   prescribing those three products?

22       A.  I would only be able to fathom a guess, but

23   I would guess that Concerta is about 70 percent, maybe

24   75 percent of the prescriptions that I write.

25       Q.  And then what about the other two?

HIGHLY CONFIDENTIAL

Page 16

1      A.  I would say Strattera would be the second most

2  common, maybe 15 to 20, and whatever remaining would be

3  Adderall.  There's an occasional different product that

4  I will use, but that would be pretty intermittent.

5      Q.  What's that other product?

6      A.  Oh, one of the other available methylphenidate

7  formulations or one of the other amphetamine

8  formulations like dextroamphetamine.  Sometimes it's

9  off-label medications like the medication you mentioned,

10  Provigil, but they're exceeding -- proportionally rare

11  use.

12      Q.  What proportion of your total work involves

13  treating patients with ADHD?

14      A.  I'm not clear what you mean by "total work."

15      Q.  You're an associate professor at UCSD, right?

16      A.  Correct.

17      Q.  You have to answer in words.

18      A.  Yes.  Sorry.

19      Q.  And is it correct that as an associate

20  professor you have a number of different duties?

21      A.  That's correct.

22      Q.  What percentage of your time spent carrying out

23  those duties is spent treating patients who have ADHD?

24      A.  I would say it's about 15 percent of my total

25  time.

HIGHLY CONFIDENTIAL

Page 17

1     Q.  Do you ever treat patients who have ADHD with a

2  dermal patch that includes methylphenidate?

3     A.  I might have treated one or two patients with

4  that.  The reason I'm -- it's a little difficult for me

5  to answer that is I was involved in the research with

6  that.  So I gave -- I probably wrote a lot of

7  prescriptions for it in the context of the research and

8  I can't remember since it's been approved how many, if

9  any, I've prescribed.

10    Q.  Since it's been approved you don't prescribe it

11  very often; is that fair?

12    A.  Correct.

13    Q.  What's the brand name for that product?

14    A.  I believe it's Daytrana.

15    Q.  Could you spell that?

16    A.  I'll try.  D-a-y-t-r-a-n-a.

17    Q.  Now, what leads you in any given case to make

18  your decision as to which medicine to prescribe for a

19  patient who has ADHD?

20    A.  I think it's multifactorial.  Part of it is my

21  discussion with the patient and sort of really the kind

22  of preference they express, and then I think part of it

23  is also my experience with different agents in terms of

24  their efficacy and side-effects and usefulness and

25  things like that.

HIGHLY CONFIDENTIAL

Page 18

1      Q.   Is the breakdown you gave me for your total

2   number of ADHD patients and what medicines you prescribe

3   to them, would that breakdown be the same for adults and

4   children?

5           MR. KUSHAN:  Objection; vague.

6           THE WITNESS:  I would say it's approximately

7   so.  Maybe a little bit even more proportionately for

8   Concerta.

9   BY MR. BATEMAN:

10      Q.   A little bit more proportionately --

11      A.   Higher.

12      Q.   -- for Concerta for children?

13      A.   Children, I'm sorry, yes.

14      Q.   And I'm obviously just paraphrasing here, but

15   when you say one of the things you take into account in

16   deciding what to prescribe is the preference that a

17   patient expresses, are you saying that sometimes

18   patients come in and just express a preference for a

19   particular drug product?

20      A.   Usually not.  But what I usually do is, as

21   part of educating the patient, is explain to them the

22   different medication options usually in general

23   categories, for example, stimulant, non-stimulant, and

24   go from there explaining more and more detail and then

25   the patients then will kind of indicate what their

HIGHLY CONFIDENTIAL

Page 19

1    preference is.

2         Q.  Are all three of these, Concerta, Adderall and

3    Strattera, are those all once-a-day products?

4         A.  Yes.  Adderall XR is a once-a-day product as is

5    Strattera and Concerta.

6         Q.  When you say -- and again I'm paraphrasing

7    here -- you speak with patients about stimulant and

8    non-stimulant aspects, I gather, of these medicines,

9    what do you mean?

10        A.  I think that we would be able to categorize the

11   available medications into two large categories, the

12   stimulants which would include Concerta; non-stimulants,

13   the main agent of that is Strattera, and they have

14   different profiles.  I explain to patients the relative

15   differences between those two kinds of profiles and get

16   a sense from them what they'd prefer in terms of what

17   meets their needs the best.

18          At that point, usually if, for example, it's

19   clear that they're gravitating towards a stimulant, I

20   will express the stimulants that I have experience with

21   and usually suggest Concerta because of my positive

22   experience historically with that agent.

23        Q.  When you say you speak about the different

24   profiles, are those the different clinical profiles?

25        A.  Yes.

HIGHLY CONFIDENTIAL

Page 20

1      Q.  And how do the clinical profiles between the

2  stimulant and a non-stimulant differ?

3      A.  When we say non-stimulant, specifically I'm

4  referring to the Strattera.  In general, the stimulants

5  are faster acting, they are of more limited time

6  duration in my experience than Strattera once they --

7  you know, once the Straterra works, it tends to be not

8  limited to a certain number of hours.  A higher

9  proportion of patients will respond to the stimulants

10  than the non-stimulants.  And the stimulants stop

11  working when they -- much more quickly when they're

12  stopped to be taken than the Strattera in my experience.

13      Q.  So what type of patient would you suggest

14  taking a stimulant versus a non-stimulant?

15      A.  I generally try not to suggest stimulant versus

16  non-stimulant.  You know, I work with the patient.  An

17  example might be that -- this is one of the reasons why

18  children tend to be more Concerta, they may be in a

19  situation where they need immediate results, they're

20  about to be kicked out of school.  And in those cases of

21  the time required for the non-stimulant to take effect,

22  it's going to be problematic.  And usually the parents

23  will recognize that and I'll agree with that and,

24  therefore, that's one occasion where I would suggest and

25  agree that the medication to start with would be a

HIGHLY CONFIDENTIAL

Page 23

1      Q.  Now, we spoke a little bit about the medicines

2   that you prescribed in approximately the first year that

3   you were treating ADHD, and now we've spoken a little

4   bit about the medicines that you prescribe currently.

5   Could you just generally describe for me how your -- how

6   what you've prescribed has changed over the years from

7   when you started up until now?

8           MR. KUSHAN:  Objection; vague.

9           THE WITNESS:  I think, if I would characterize

10  it in a general sense, I went from using the

11  immediate-release methylphenidate as probably the most

12  frequently used agent I prescribed to using both

13  long-acting methylphenidate, the Concerta being the most

14  frequently used.  So it's been -- that's probably the

15  core feature of the evolution over the years.

16  BY MR. BATEMAN:

17      Q.  Have you used Ritalin LA over the years?

18      A.  I've had occasion to perhaps use it once or

19  twice.  I can't even recall the specific instances, but

20  I would believe that I had instance to use most of the

21  different types of medications on at least one occasion.

22      Q.  And why don't you use that one more often?

23      A.  Frankly, I think the main reason is because it

24  appeared on the market after Concerta, and Concerta was

25  doing such a fine job with most of my patients that

HIGHLY CONFIDENTIAL

Page 24

1    there's really no need to make a shift within the

2    methylphenidate products.

3        Q.   Kind of if it ain't broke, why fix it?

4        A.   I'd say that's a reasonable characterization.

5        Q.   How about Metadate?   And I may have that name

6    wrong.

7        A.   No, I think that's correct.

8        Q.   Have you used that one over the years?

9        A.   I can't be sure, but I would suspect that I've

10   probably prescribed it once, maybe twice.

11       Q.   And with that one, why don't you use that one

12   more often?

13       A.   I would say it's the same reason.

14       Q.   You would say it wasn't producing good results

15   so why change?

16       A.   Right.

17       Q.   How about the patch -- I may have asked this

18   and I apologize -- why don't you use that one more

19   often?

20       A.   I think, again, generally, the main reason is

21   the same.  Concerta provides good results, good safety,

22   good tolerability, good efficacy, and really the place I

23   think the patch would be something that I would think

24   about would be in a child who could not swallow pills.

25       Q.   I think you said maybe you'd prescribed

HIGHLY CONFIDENTIAL

Page 29

1    you if it does or doesn't without reviewing it.

2             That's all I'm seeing -- oh, I'm sorry.  Then

3    I see two here on page 6 that would involve ADHD.

4        Q.  Is it fair to say that the focus of your ADHD

5    work has involved treating adults that have ADHD?

6        A.  I think that's fair to say.

7        Q.  Now, the Wigal paper which is also attached as

8    Exhibit E to the expert report, could you just tell me

9    generally what that one was about?

10       A.  That was a multicenter randomized placebo

11   controlled study that was sponsored by the manufacturer

12   of a new formulation of methylphenidate and it was being

13   investigated for approval by the FDA.

14       Q.  Was the manufacturer Celgene?

15       A.  That's correct, I believe so.

16       Q.  And was the new formulation using just one of

17   the isomers of methylphenidate?

18       A.  I believe that's correct, yes.

19       Q.  Has that product been approved by the FDA?

20       A.  That product, yes, was approved by the FDA and

21   I believe it was under the brand name Focalin, spelled

22   F-o-c-a-l-i-n.

23       Q.  Is that currently on the market?

24       A.  I believe so.  I know it has been, if you will,

25   superseded by newer versions including Focalin XR, I

HIGHLY CONFIDENTIAL

Page 30

 1   believe is the name of the newer version, it's an

 2   extended-release version.  So the Focalin may now just

 3   be a generic so it may not go under the -- I'm not

 4   really clear what the status of that original

 5   formulation is.

 6        Q.  Do you prescribe -- well, I gathered from what

 7   you've testified to earlier you don't often prescribe

 8   Focalin or Focalin XR to your patients currently ; is

 9   that fair?

10        A.  That's correct.

11        Q.  Why is that?

12        A.  I think it goes back to the same reason, that

13   they came out -- the Focalin XR came out certainly after

14   the Concerta and, again, very little need for me to

15   explore a lot of other different formulations of

16   methylphenidate.

17        Q.  Do you think in that regard, you continuing

18   with Concerta because it's doing the job, that you're

19   typical of physicians that treat ADHD?

20        MR. KUSHAN:  Objection; compound question.

21        THE WITNESS:  Yeah.  I'm not sure.  If you

22   could maybe elaborate on that question?

23   BY MR. BATEMAN:

24        Q.  Well, let's see.  You've testified maybe a

25   couple of times about sort of why you don't generally

HIGHLY CONFIDENTIAL

Page 31

```
 1    prescribe these medications that came out after
 2    Concerta, and just for the record you've already said it
 3    but if you could say that again, then I'll ask a
 4    follow-up question.
 5         A.   Say what?
 6         Q.   Say why you don't generally prescribe these
 7    other medications.
 8         A.   Oh, because I feel that Concerta provides
 9    a very good efficacy and tolerability for the
10    preponderance of my patients who I've prescribed it to.
11         Q.   And these came out afterwards and there was no
12    reason to switch; is that fair?
13         A.   That's correct.
14         Q.   Do you think your attitude in that regard is
15    typical of physicians who treat ADHD?
16         A.   If you're asking if physicians who treat ADHD
17    tend to utilize, you know, a small group of medications
18    that they have good experience with, I would say that's
19    true probably of all physicians.
20         Q.   Are there generic versions of immediate-release
21    Ritalin on the market?
22         A.   I believe so.
23         Q.   Now, do you prescribe those for your patients
24    who have ADHD?
25         A.   I think I have occasion to do that.
```

HIGHLY CONFIDENTIAL

Page 32

1      Q.  Why is it that you don't do so more often?

2      A.  I think the Concerta is a superior product.

3      Q.  Looking, again, at the CV, and I guess on

4  page 5 there was a Conners abstract that you referred

5  to.  My question is just is that describing the same

6  work with an isomer of methylphenidate that the Wigal

7  article is describing?

8      A.  My recollection is that derives from the same

9  study and it may be a preliminary report presented at

10  the APA meeting.

11      Q.  Were you an investigator for one or more of the

12  clinical trials for the Focalin product; is that

13  correct?

14      A.  Yes, I was one of the principal investigators

15  for that.

16      Q.  And I think is it correct you were also a

17  principal investigator for one or more of the clinical

18  trials involving the Daytrana product?

19      A.  That's correct.

20      Q.  Have you been a principal investigator for

21  clinical trials for other methylphenidate products?

22      A.  Yes.

23      Q.  Which other products?

24      A.  I was involved in a clinical study involving

25  Concerta, not sponsored by the makers of Concerta.

HIGHLY CONFIDENTIAL

Page 33

HIGHLY CONFIDENTIAL

Page 34

11        Q.   So, let's see, I think now we've talked about

12   clinical trials for Focalin, Daytrana, and Concerta

13   versus Strattera.

14            Have you been involved as a principal

15   investigator in any of the other clinical trials where

16   methylphenidate was being used to treat patients?

17        A.   Can I cheat and look in my CV?

18        Q.   Yes, of course.

19        A.   Okay.

20        Q.   And, just for the record, starting on page 6 of

21   your CV and it looks like going through page 8 is there

22   a list of the clinical trials where you've been a

23   principal investigator?

24        A.   Correct.  I don't seem to see any other trials

25   that involve methylphenidate other than the ones that

HIGHLY CONFIDENTIAL

Page 43

1   that are distributed to the attendees?

2       A.   No, it's usually slides.

3       Q.   Something like PowerPoint slides?

4       A.   Yes, that's correct.

5       Q.   Any other products of Johnson & Johnson or its

6   subsidiaries where you're a speaker regarding those

7   products?

8       A.   Assuming that those are the only subsidiaries I

9   know of, the Jansen, McNeil and the Alza, I don't

10  believe so.

11      Q.   Do you do that type of work on behalf of any

12  other drug manufacturer?

13      A.   I do.

14      Q.   Which other companies?

15      A.   Eli Lily & Company.

16      Q.   Is that about Strattera?

17      A.   Correct.

18      Q.   Any other products?

19      A.   An antidepressant called Cymbalta.

20      Q.   What other companies?

21      A.   We're talking -- you're talking about a

22  speaker?

23      Q.   Yes.

24      A.   Oh, Wyeth Laboratories.

25      Q.   What product or products of Wyeth do you speak

HIGHLY CONFIDENTIAL

Page 44

1    about?

2        A.  It's an antidepressant called Effexor XR.

3        Q.  How do you spell that?

4        A.  E-f-f-e-x-o-r.

5        Q.  Any other companies?

6        A.  I believe, yes, Bristol Myers Squibb.

7        Q.  And what products?

8        A.  It's an antipsychotic medication called

9    Abilify, A-b-i-l-i-f-y.

10       Q.  Any other companies?

11       A.  I think I've covered it.  Some of these are

12   quite infrequent so I have to think about what bureaus

13   I'm actually listed on.

24       Q.  Now, just to make sure I understand, the

25   numbers you just gave me, those are for the Concerta

HIGHLY CONFIDENTIAL

Page 62

1    Q.  If a hundred ADHD patients were treated with a

2    pharmaceutical -- pharmaceutically acceptable

3    composition including methylphenidate and one showed

4    improvement in symptoms, would all 100 have been treated

5    or only the one who showed improvement?

6        A.  I think you're getting back to the original

7    question about what is the meaning of the word

8    "treatment," and as I previously said before, one could

9    look at it both ways.  One could say they were treated

10   but they were unsuccessful.  One could also say, well,

11   they weren't really treated if it wasn't successful.  So

12   I think the term colloquially, and that's the only way

13   I'm familiar with it, is used in both ways as I had

14   described before.

15       Q.  But, again, just to make sure I understand, how

16   do you understand it to be used in claim one here?

17           MR. KUSHAN:  Objection; asked and answered.

18           THE WITNESS:  Again, I think here it's -- to me

19   it's, in my common sense, and I mean "common" in clearly

20   the nonlegal sense, that this is not just referring to

21   an activity for the sake of an activity but an activity

22   that has some benefit.

23   BY MR. BATEMAN:

24       Q.  And I'm going to just ask then this question

25   again.  If a hundred people are administered

HIGHLY CONFIDENTIAL

Page 63

1    methylphenidate or a pharmaceutical composition

2    including methylphenidate and one shows improvement,

3    the other 99 don't, within the meaning of the claim have

4    they all been treated or has only the one who showed

5    improvement been treated?

6              MR. KUSHAN:  Objection; asked and answered and

7    also -- sorry.  I'll stick with that first objection.

8              THE WITNESS:  I have a hard time coming down

9    one way or the other.  Again, I think it's a language

10   question and may also be a legal question that I'm not

11   familiar with.  But the way I'm seeing it is it's a

12   language question and the language isn't used as

13   precisely as you would like me to sort of answer that.

14   BY MR. BATEMAN:

15        Q.  So you can't -- don't feel like you can say one

16   way or the other?

17        A.  I think it could be used in both ways and not

18   be clearly an inaccurate use of the language or an

19   unacceptable use.

20        Q.  Let's see.  Going back now to the text of your

21   opening report and looking on page 6 at paragraph 19,

22   I guess the second sentence there says "Based on my

23   experiences with other drug products, if the FDA does

24   this, pharmacies will automatically bill prescriptions I

25   write for Concerta with the Andrx products, unless I

HIGHLY CONFIDENTIAL

1    and also, I'm sorry, also paragraphs 33 and 34.

2        A.  Yes.

3        Q.  In those paragraphs are you expressing your

4    belief about what kind of clinical profile you'd observe

5    in patients who have a slight dip in their plasma

6    concentration occurring between hours 5.5 and 6.5 on the

7    one hand and on the other hand the clinical profile you

8    would expect to see in patients who have a slight dip

9    outside of that window?

10        MR. KUSHAN:  Objection; vague and compound.

11        THE WITNESS:  Oh, I think what I'm trying to

12   convey and saying is that I am aware that the plasma

13   profile for Concerta involves a slight dip somewhere

14   along its overall ascending profile and that that varies

15   from patient to patient and that may vary within a

16   patient from day to day.  But in my clinical experience,

17   those tips do not translate into clinical -- clinically

18   meaningful changes in efficacy from day to day or from

19   patient to patient around that time so the dips seem

20   inconsequential in Concerta.

21        Q.  Is it correct that in your view some patients

22   taking Concerta will have a slight dip in that 5.5 to

23   6.5 window whereas other patients will have a slight dip

24   outside that window?

25        A.  I believe that's true just due to a variability

HIGHLY CONFIDENTIAL

Page 78

1  in people's metabolisms.

2      Q.  Now, how do you know that the patients who have

3  the slight dips outside of the 5.5 to 6.5 window aren't

4  also the ones that don't respond positively to treatment

5  with Concerta?

6          MR. KUSHAN:  Objection; vague.

7          THE WITNESS:  I can't absolutely be sure, but

8  by some coincidence or some association that the people

9  that I -- the patients that I treat who don't get a

10  response happen to be the ones that have a dip outside

11  that time course.  But I would expect that there would

12  be a time-related clinical change; it's what makes most

13  sense to me, and I don't get that from patients.

14      Q.  When you say a time-related change, what do you

15  mean?

16      A.  Well, since the dip is a relative slight

17  deviation in the middle of the overall ascension, I

18  would expect patients to -- if it had a clinically

19  meaningful implication or consequence, that the patients

20  would say something like, you know, this medication

21  works really well, but I find that at five hours or six

22  hours suddenly I'm not doing as well or suddenly I'm

23  having these effects, and I generally have not heard

24  that from patients saying that somewhere over the course

25  of the clinical efficacy of the drug duration that

HIGHLY CONFIDENTIAL

Page 82

1    dosing that maintained a solid plasma level of

2    methylphenidate would not be a highly useful,

3    efficacious formulation of methylphenidate.

4        Q.  Just for the record, can you describe what

5    plasma profile Ritalin SR produced in patients?

6        A.  Ritalin SR to the best of my knowledge produces

7    a profile where there's a gradual ascension of

8    methylphenidate that probably over the course of -- I'm

9    not, again, knowledgeable about the exact time course,

10   but probably over the course I would think of about two

11   hours and then a flat, sustained plasma level, and then

12   a gradual diminution of the plasma level towards the end

13   of the day.

14       Q.  When would that reduction occur?

15       A.  I really don't recall.  I'd only be able to

16   guess because I don't -- it's been a long time since

17   I've seen the -- any of the pharmacokinetic data for

18   Ritalin SR.

19       Q.  Had the use of that sort of plasma profile for

20   other drugs always been effective in the past?

21           MR. KUSHAN:  Objection; vague.

22           THE WITNESS:  I can't say about always.

23   Obviously, I'm not familiar with every medication.  But

24   it was, I believe, a general understanding that that's

25   the ideal plasma profile for a one-a-day medication.

HIGHLY CONFIDENTIAL

Page 83

1    BY MR. BATEMAN:

2        Q.  Are you familiar with instances where the use

3    of a flat profile had proven not to be effective?

4        A.  I am familiar of one instance, I am now because

5    someone had recently mentioned it to me.

6        Q.  And could you tell me what that is?

7        A.  I believe it's nitrates for cardiovascular

8    purposes.

9        Q.  And what's your understanding as to whether a

10   flat profile is effective with nitrates?

11       A.  All I'm aware of is that that may be another

12   case where an ascending profile is optimal because of

13   possible tolerance over the course of the day.

14       Q.  In this paragraph 51, you go on to say "Until

15   the publication of the Swanson 1999 paper and the key

16   discovery reported in the paper that acute tolerance was

17   observed with methylphenidate, there was no clear answer

18   as to why Ritalin SR's more conventional pharmacokinetic

19   profile did not translate into extended efficacy."  Do

20   you see that?

21       A.  Yes, I do.

22       Q.  Actually, just for the record, why don't we

23   mark a paper by Swanson, et al. that looks like it was

24   published in 1999 as Exhibit 4.

25           (Exhibit 4 was marked

HIGHLY CONFIDENTIAL

Page 87

1   BY MR. BATEMAN:

2       Q.  Now, let's see.  Here you say in this, I guess

3   it's the second sentence here in paragraph 51 that

4   "before the Swanson 1999 paper was published, there

5   was no clear answer as to why Ritalin SR's more

6   conventional pharmacokinetic profile did not translate

7   into extended efficacy."  Do you see that?

8       A.  I do see that.

9       Q.  Was there any answer as to why Ritalin SR did

10  not work prior to the Swanson 1999 paper?

11      A.  I'd have to ask you what you mean by "answer."

12      Q.  I'm just I guess trying to pick up on the

13  language you used here in paragraph 51.  You say "there

14  was no clear answer," and I was just wondering was

15  there, you know, was there an answer that perhaps was

16  not clear, though?

17      A.  I think what I refer to by "clear" here is one

18  that is proven with solid empirical evidence behind it.

19  I don't think there was anything that existed before

20  that.

21      Q.  Now, is it your understanding that it was not

22  known that methylphenidate exhibited acute tolerance

23  before the Swanson 1999 paper was published?

24      A.  I believed that it was not an established,

25  accepted truth, fact.

HIGHLY CONFIDENTIAL

Page 88

1    Q.   What's that based on?

2    A.   Well, it's based on my recollection of the

3  period.  It's also I think partly evidenced by the fact

4  that the paper itself states "the reasons for reduced

5  efficacy of sustained release preparations are unknown."

6  This is a, you know, peer-reviewed -- listed on

7  page 296, the second page, the first sentence in the

8  second column, this is a peer-reviewed scientific report

9  and I think a statement like that in the introduction

10  would, you know -- were it not a reasonable statement

11  would not have been accepted.  So I think that statement

12  duly reflects the status of the knowledge at the time.

13    Q.   Now, did you undertake any sort of independent

14  review of the literature to see whether there were

15  indications before the Swanson 1999 paper that

16  methylphenidate exhibited acute tolerance?

17    A.   Do you mean -- are you asking if I had done any

18  research at the time or do you mean currently and kind

19  of more recently in preparation for ....

20    Q.   Let's start with more recently as part of your

21  work on this case.

22    A.   I don't recall doing any independent

23  investigation and research.

24    Q.   Did you do any investigation or research into

25  that question at any other time?

HIGHLY CONFIDENTIAL

Page 89

1      A.   I don't remember.   But I do remember that this

2    was obviously a topic of -- a topic of interest to

3    myself and those of us involved in the treatment of ADHD

4    and I don't recall anybody providing any clear evidence

5    that the problem behind the existing one-a-day

6    formulation of Ritalin SR was due to this or that

7    reason.

8      Q.   Now, prior to the Swanson 1999 paper, did

9    anyone hypothesize that methylphenidate exhibited acute

10   tolerance?

11     A.   I can't say for sure.   I would -- I would

12   assume that since there are always -- always hypotheses

13   generated, and especially where there's something that's

14   of -- considered to be of relative import like this,

15   that there were hypotheses.

16          I think I do recall in perhaps it was

17   Dr. Mayersohn's's report being led to a reference that

18   may have stated some sort of hypothesis to this, that's

19   my recollection but I wasn't -- don't remember if I was

20   aware of at the time the reference was published or not.

21     Q.   Let's see.   Let me just ask you a hypothetical

22   question.   Let's say you are told that a drug exhibits

23   acute tolerance.   How would you try to overcome that?

24     A.   When you say I'm told that a drug exhibits

25   acute tolerance, do you mean that I'm told that the

HIGHLY CONFIDENTIAL

Page 90

1   sensitivity to the drug decreases over time or ....

2        Q.  Yes.

3        A.  Okay.  Give an additional dose, try a different

4   drug, try a higher dose, try to discover patient

5   characteristics perhaps, why some people might

6   experience it and others wouldn't.  These are all

7   assuming that I know that there is acute -- that the

8   medication loses efficacy, which is I'd also think

9   something that was not known, if that's what you're

10  getting at.  In other words, there's all the assumption

11  about certain knowledge that's presented in this paper,

12  in the Swanson paper.

13       Q.  I guess what I'm trying to ask is let's say

14  that is known, that's part of my hypothetical, that

15  with a particular drug, although you get a flat plasma

16  profile, you get decreased or worsening clinical profile

17  over time.

18       A.  I see.

19       Q.  That's the situation.  How do you address it?

20       A.  So if I understand correctly, the information

21  that's provided by this article is already known or at

22  least the part where a flat plasma level produces ....

23          Yes, I would say that those, short of -- are

24  you saying as a physician how I would try to overcome

25  that?

HIGHLY CONFIDENTIAL

Page 91

1      Q.  Yes.

2      A.  I think those are probably the ways.  Since I

3  don't, you know, develop drugs, I would try to perhaps

4  increase the overall dose, add doses later on, switch to

5  a different dose, a different medication that might be

6  available, try and figure out which patients are

7  vulnerable to this and selectively choose my medications

8  based on that.  That's a physician's -- within the

9  limited resources available to a physician.

10      Q.  Now, what if you were advising a drug

11  manufacturer about how to develop a new dosage form to

12  deal with acute tolerance; what would you advise?

13      A.  Well, I think that's probably outside of my

14  area of expertise.  That relates more to issues in terms

15  of an organism's response to pharmacokinetic profiles so

16  I wouldn't -- I wouldn't have expertise in that.  But I

17  would generally try to suggest that they create

18  something that counteracted the tolerance that either

19  tried to obviate it in some way by -- tolerance

20  sometimes can be treated by spacing doses or by

21  increasing the potency of the compound later on.

22  I mean, those would be my non-expert general ideas.

23      Q.  Now, when you say "increasing the potency of

24  the compound later on," what do you mean?

25      A.  I don't really have any specific strategies for

HIGHLY CONFIDENTIAL

Page 92

1    that.  That's really something I think an expert in

2    pharmacology, of drug development, might know how to do.

3         Q.  Are you saying that you would try to increase

4    the plasma concentration of the drug over time but you

5    don't know how to actually accomplish that; is that --

6         A.  Yes, increasing the plasma levels once I would

7    know that there is acute tolerance and -- would be

8    something, a reasonable possibility to counteract that.

9         Q.  Once you know that there's acute tolerance,

10   it follows that a logical way to deal with it is to

11   increase the plasma concentration over time; is that

12   fair?

13        A.  I think it's a reasonable -- a putative

14   strategy.  It might run into difficulties.  For example,

15   it's possible that that would produce unacceptable

16   side-effects.

17            So I think it would the be -- it would be a

18   reasonable strategic approach among possible other ones.

19   Again, speaking as a non-expert, I don't know if there

20   are standard strategies for dealing with these kinds of

21   situations.  As I mentioned, they seem relative rare in

22   the field of medicinal chemistry and I don't have --

23   most of my experience is with medications that if you

24   produce a flat plasma level, you've created a pretty

25   ideal situation.

HIGHLY CONFIDENTIAL

Page 93

1    Q.  I'm just paraphrasing here, but I thought I

2  understood you to say that increasing the plasma

3  concentration is maybe one approach among other ones for

4  dealing with acute tolerance.  What other approaches are

5  there when you're developing a new dosage form?

6    A.  Well, you suggested the increased dose and

7  I felt that that was a -- seemed like a logical

8  possibility.  Again, as I mentioned, spacing -- spacing

9  doses or putting spaces between plasma levels can

10  sometimes reset the system so tolerance doesn't occur.

11  Creating a formulation maybe that had two different

12  kinds of molecules in it or compounds where maybe

13  tolerance was developed to one and not the other.  The

14  possibility of adding a molecule that came on later that

15  could act as an adjunct to the main molecule.

16        Those are just a couple of things that are just

17  coming to me at the top of my head as possible creative

18  approaches that might or might not be acceptable

19  solutions to the issue of acute tolerance.

20    Q.  Now, thinking more specifically with

21  methylphenidate, let's say we're in 1995.  So at that

22  point in time, would you say it was fair to say that

23  using spaced doses of methylphenidate as in

24  immediate-release Ritalin was not -- had drawbacks?

25    A.  I would anticipate it would have drawbacks.

HIGHLY CONFIDENTIAL

Page 94

1        Q.   In your report, I mean you outline some of the
2   drawbacks of Ritalin IR; is that fair?
3        A.   Yes.
4        Q.   So if you're in 1995 and let's say now you know
5   that methylphenidate exhibits acute tolerance, dealing
6   with it by using spaced doses of methylphenidate, that's
7   not going to be the way to go; is that fair?
8        A.   Your question was --
9             MR. KUSHAN:  Objection; vague.
10            THE WITNESS:  Your question was, I think, how
11  to overcome the acute tolerance.  So from that
12  perspective we're generating possibilities.
13            I think I would anticipate a formulation that
14  simply just used spacing without trying to do anything
15  else might run into some of the drawbacks that we saw
16  with the IR formulation.
17  BY MR. BATEMAN:
18       Q.  Let's see.  How about if we turn -- if you turn
19  open I think it's Exhibit 4 here, the Swanson paper.  In
20  particular, let's see, on page 303 of the article, now
21  looking at I guess the first full paragraph on the
22  left-hand side and in particular beginning with the
23  sentence that begins with "As shown in the right panels
24  of figures four and five, this pattern did not emerge.
25  Instead both the TID a.m. and the TID p.m. conditions

HIGHLY CONFIDENTIAL

Page 101

1     Q.  The authors here are connecting a

2 counterclockwise hysteresis loop with acute tolerance;

3 is that fair?

4     A.  Yes, that's fair.

5     Q.  Have you personally ever worked with a drug

6 that exhibited acute tolerance other than

7 methylphenidate?

8     A.  Acute tolerance?

9     Q.  Yes.

10     A.  No, not to my recollection.

11     Q.  How about have you ever worked with a drug that

12 exhibited long-term tolerance?

13     A.  I have worked with drugs that in some patients

14 seem to exhibit long-term tolerance.

15     Q.  And how have you gone about addressing that

16 issue?

17     A.  In different ways with different situations.

18     Q.  Could you describe those different ways?

19     A.  Again, I can't recall specific patients or

20 cases, but I do know, for example, some patients seem to

21 exhibit tolerance to let's say antidepressant medication

22 that might work early on and then lose efficacy later.

23 Truthfully speaking, the problem in those situations is

24 one never really knows if the medication is displaying

25 tolerance or the underlying condition is just displaying

HIGHLY CONFIDENTIAL

Page 102

1  an exacerbation or a breakthrough or a progression.  And

2  without that knowledge, a typical approach might be to,

3  if the dose is on the low end of the therapeutic

4  spectrum, increase the dose or to change the medication

5  to a different one where there will be perhaps better

6  response or to add a second medication.

7          So, again, one is operating without the

8  absolute knowledge whether a medication is losing its

9  efficacy over time in that patient or whether the

10 patient -- well, the medication is definitely losing

11 efficacy, whether it's because the patient is becoming

12 less sensitive to the medication or whether their

13 disease is becoming stronger transiently or

14 progressively.

15     Q.  Certainly one logical way, and I think you

16 identified it, to deal with long-term tolerance is just

17 to increase the dose of the drug?

18     A.  I wouldn't say it's a way of dealing with it.

19 It's a way of trying to see if that will ameliorate the

20 problem.

21     Q.  When the Swanson 1999 paper was published, is

22 that something you read at the time?

23     A.  I definitely have read that, read the paper.

24 I don't know if it was when it first came out but

25 previously, around the time.  The discovery of this was

HIGHLY CONFIDENTIAL

1    something of significant interest.

2    Q.  As part of your just normal practice, do you

3    review literature on methylphenidate?

4    A.  Yes, to some extent.  I wouldn't say I read

5    everything that comes out, but I generally subscribe to

6    some journals and move in circles where papers are

7    discussed, being in the academic institution, so yeah.

8    Q.  Let's just take a look at Exhibit C to your

9    first report, the larger report, and this is the '129

10   Patent.  Now, if you could go to the very last page of

11   the patent which is where we have claims, you see there

12   claim one requires "a substantially ascending

13   methylphenidate plasma drug concentration over a time

14   period of about eight hours following said

15   administration."  Do you see that?

16   A.  I do see that.

17   Q.  Now, it's your view that Concerta satisfies

18   this language; is that fair?

19   A.  From a legal point of view I couldn't address

20   that.  From just a straightforward colloquial point of

21   view, yes, I would say that it does have a substantially

22   increasing plasma level.

23   Q.  Now, in your view, would a drug product that

24   produced a plasma concentration that rose rapidly, let's

25   say, between -- during the first hour, so from time

HIGHLY CONFIDENTIAL

1   point zero to time point one hour, and then produced a

2   plasma concentration that just barely increased each

3   hour by let's say one percent up through eight hours,

4   would that satisfy this claim language?

5       A.   Well, it's hard -- you know, of course, when

6   you say "barely," it's not a -- a hard -- hardly defined

7   change.  So but I think if the spirit of what you're

8   saying is that if I were to look at a plot of it I would

9   hardly be able to discern a change over the period of

10  that time, I would say no, that's something I wouldn't

11  consider substantially ascending.

12      Q.   Now, I know it was, like a lot of my questions,

13  a long-winded one so it's probably something that got

14  lost in the shuffle.  I am trying to quantify it.  It's

15  barely ascending, it's like a one percent increase each

16  hour, let's say.  Now, with that in mind, would that

17  sort of drug product be -- satisfy this claim language?

18          MR. KUSHAN:  Objection; compound and also is

19  vague.

20          THE WITNESS:  Again, not being able to speak in

21  a legal term but just from an intuitive sense, I would

22  think not.

23  BY MR. BATEMAN:

24      Q.   Okay.  To you, at least in an intuitive sense,

25  just increasing a little bit over time does not

HIGHLY CONFIDENTIAL

Page 105

1    constitute substantially ascending; is that fair?

2         MR. KUSHAN:  Objection; mischaracterizes the

3    witness's testimony.

4         THE WITNESS:  I think that a one percent

5    increase over time without actually seeing a plot of

6    that would be not substantial.

7         MR. BATEMAN:  We need to change the tape.

8         THE VIDEOGRAPHER:  This is the end of videotape

9    number two, Volume I of the deposition of David Feifel

10   M.D., Ph.D.  The time is 2:39 p.m. and we're off the

11   record.

12        (Recess held.)

13        THE VIDEOGRAPHER:  Back on record.  This is

14   the beginning of videotape number three, Volume I in the

15   deposition of David Feifel M.D., Ph.D.  The time is 2:51

16   p.m. on July 31st, 2007.

17   BY MR. BATEMAN:

18        Q.  Dr. Feifel, if you could look at paragraph 24

19   of your rebuttal report, so that's the thinner one, on

20   page 8, in that paragraph you were describing a

21   "substantial unmet need that existed before the filing

22   date of the patents in suit."  Is that right?

23        A.  Is this paragraph 23, did you say?

24        Q.  24.

25        A.  24?  Yes, I see that.

HIGHLY CONFIDENTIAL

Page 106

1    Q.  And what was -- how would you describe what the

2  unmet need was at that point in time in your view?

3    A.  A need for, as I state here in the same

4  paragraph, for safe, effective, once-a-day

5  methylphenidate product that could be used to treat ADHD

6  which would provide efficacy at least -- I would say at

7  least equivalent to that other regimen that was using

8  multiple doses of the immediate-release formulation.

9    Q.  Now, in your view, would a methylphenidate

10  product that produced a plasma profile like what I

11  described before the break where the plasma

12  concentration rises between -- during the first hour

13  between time point zero and time point one and then

14  increases just a small amount, let's say one percent per

15  hour between hours one and eight, would that product

16  have satisfied this substantial unmet need?

17    A.  I really --

18        MR. KUSHAN:  Objection; compound question.

19        THE WITNESS:  I would only be able to speculate

20  because I've never used a product like that.  I don't

21  know precisely at what point the ascension becomes

22  clinically meaningful to create the therapeutic benefits

23  of the multidose so I really wouldn't be able to answer

24  to answer that with any ....

25  BY MR. BATEMAN:

HIGHLY CONFIDENTIAL

1      Q.  It's a hypothetical so I understand that you

2    don't know for sure the answer to the question.  But

3    my question is, based on everything you know about

4    methylphenidate products, what is your view as to

5    whether that product, that hypothetical one, would

6    have satisfied this substantial unmet need?

7      A.  Well, what I do know is that Ritalin SR had a

8    flat curve and didn't meet it and that Concerta has an

9    ascending curve that increases visually quite

10   discernibly over time and does meet it.  And I think

11   that the situation you're describing seems more close

12   to the Ritalin SR and, based on that, I would fathom a

13   guess that it might not -- adequately meet that need.

14     Q.  Now, just for the sake of argument, let's

15   assume also that this hypothetical product I've

16   described is covered by the claims of the patents at

17   issue.  In that situation, would it be fair to say

18   then that the claims cover some products that you

19   believe would satisfy the substantial unmet need and

20   then other products you believe would not satisfy the

21   substantial unmet need?

22            MR. KUSHAN:  Objection; compound question and

23   it's also vague.

24            THE WITNESS:  Could you repeat the question?

25   BY MR. BATEMAN:

HIGHLY CONFIDENTIAL

Page 108

1    Q.  Okay.  Let's just add an assumption to it which

2  is that the claims that the patents at issue do cover

3  this hypothetical product that I've been describing with

4  the increase from zero to one and then the one percent

5  increase from one to eight, okay?  So you have that

6  assumption in mind?

7    A.  Okay.

8    Q.  Okay.  In assuming that's the case, is it fair

9  to say that the claims would cover some products, like

10 Concerta, that would satisfy the substantial unmet need

11 in your view and then other products, like the

12 hypothetical product, that would not satisfy the

13 substantial unmet need in your view?

14   A.  Well --

15       MR. KUSHAN:  Objection; compound.  Also seems

16 to be calling for a legal conclusion.

17       THE WITNESS:  -- you're asking me to answer a

18 question based on two very, from my point of view, wild

19 assumptions; one is that -- or strong assumptions.  One

20 is that this hypothetical compound you describe, I am

21 correct about that I have no experience with, does not

22 meet the needs and, number two, that this hypothetical

23 compound that I am guessing does not meet the needs also

24 is, as you state, covered in these claims.  Then, you

25 know, then just by the pure logic of it, it would be

HIGHLY CONFIDENTIAL

1    correct to state that under these two very speculative

2    assumptions that the claim, as you state, covers some

3    situations that might not meet the need.

4            You're bringing me back to my college days of

5    symbolic logic and I think we had a funny name for that,

6    it was like modus colendo ponens (sic); if you assume

7    A -- if A is B or something like that, you know.

8    So these are -- it harkens me back to these very

9    speculative kinds of things that had no anchor in actual

10   real examples.

11   BY MR. BATEMAN:

12       Q.  The assumption that this the hypothetical

13   product would be covered by the claims of the patents,

14   does that seem like a very speculative assumption to

15   you?

16       A.  I'm sorry.  Could you repeat that?

17       Q.  The assumption that this hypothetical product

18   would be covered by the claims of the patent at issue,

19   does that seem like a very speculative assumption to

20   you?

21       A.  Yes, because I really don't know what --

22   legally speaking what would be considered to fall under

23   the claims.  So, you know, I'm just purely taking at

24   face value that it would based on the assumptions you're

25   asking me to, the premise that you're asking me to

HIGHLY CONFIDENTIAL

Page 110

1    accept.

2         Q.   Just to make sure I understand what you're

3    saying, when you see "substantially ascending" in the

4    claims, do you take that to mean an increase of a

5    certain minimum magnitude?

6         A.   I think there's some magnitude at which a

7    reasonable person would call something of that and above

8    substantial and some magnitude at which a reasonable

9    person would call that -- below which a person would

10   call it not substantial.  I just don't know if I -- if

11   I can say what that threshold is.

12        Q.   So you don't take that to mean, the word

13   "substantially" in the phrase "substantially ascending,"

14   you don't take that to mean just generally increasing

15   but, you know, you could have an occasional decrease?

16            MR. KUSHAN:  Objection; compound question.

17            THE WITNESS:  I don't think that what I stated

18   before is equivalent to what you had just characterized

19   it, but if you want me to state that definitively you'd

20   have to repeat it again.

21   BY MR. BATEMAN:

22        Q.   Let me put it this way:  When you see

23   "substantially ascending," you don't take that to mean

24   just generally ascending?

25        A.   No, I don't mean -- I don't take that to mean

HIGHLY CONFIDENTIAL

Page 111

1    just generally ascending.  I mean "substantially" in my

2    mind means with a certain degree of magnitude.

3        Q.  Okay.  Let's look at paragraph 11 on page 4.

4        A.  Of my initial report?

5        Q.  No, I'm sorry, of Exhibit 2.  You have it in

6    front of you there, that's it, of your rebuttal report.

7    It's right underneath a heading that says Summary of

8    Opinions.

9        A.  I'm sorry, what page is that?

10       Q.  Page 4, paragraph 11.  Now, are you aware of

11   any evidence that the hypothetical product I've been

12   describing -- and I'll just say I'm focusing now on the

13   second bullet point here in this paragraph.  But are you

14   aware of any evidence that the hypothetical product I've

15   been describing overcame the failure of others who were

16   attempting to treat ADHD using other types of

17   extended-release methylphenidate products?

18           MR. KUSHAN:  Objection; compound and vague.

19           THE WITNESS:  I think if I understand, you're

20   asking me to comment on whether the hypothetical

21   compound did something?

22   BY MR. BATEMAN:

23       Q.  Yeah.  Actually, let me change that a little

24   bit.  If that product had been made, do you think it

25   would have overcome the failure of others who were

HIGHLY CONFIDENTIAL

Page 112

1    attempting to treat ADHD using other types of

2    extended-release type of methylphenidate products?

3              MR. KUSHAN:  Again, objection; compound and

4    also vague.

5              THE WITNESS:  I think my guess is that that

6    product, if it were made, would not be considered to

7    satisfactorily solve the unmet need again.  But since

8    it's a product I've never worked with or had any actual

9    experience with and doesn't exist, this is only a

10   speculation on my part.

11   BY MR. BATEMAN:

12      Q.  Let's see.  Turn to the next page and I guess

13   the last bullet point here in paragraph 11.  Do you

14   think that that hypothetical product would exhibit

15   surprising results?

16             MR. KUSHAN:  Objection; vague.

17             THE WITNESS:  Again, you're asking me to

18   comment on a product that's hypothetical and doesn't

19   exist.  But based on my previous assertion that I don't

20   think such a product would overcome the unmet needs, I

21   don't think there would be -- I have no reason to assume

22   that it would have unexpected results.

23   BY MR. BATEMAN:

24      Q.  Let's look for a moment at I guess Exhibit B

25   of your first expert report, so this is Exhibit B of

HIGHLY CONFIDENTIAL

Page 131

1  connotations.

2        Q.  What does it mean to you?

3        A.  Well, it also can mean different things

4  depending on the context.  "Gold standard," as I refer

5  to it in this paragraph, and paragraph 42, I think

6  refers to a couple things; historically, the first

7  one-a-day product to be accepted as meeting that unmet

8  need that we had been talking about.  I think it also

9  can be -- in this paragraph it also, I think, alludes to

10  the product which set the standard for which others have

11  to try and match or beat.  Those are I think the

12  connotations of "gold standard" that I was trying to

13  elicit.

14        Q.  So when you refer to Concerta as the gold

15  standard, is it fair to say you're not necessarily

16  saying it's better than all other methylphenidate

17  products; it was just the first once-a-day

18  methylphenidate product that produced satisfactory

19  results?

20            MR. KUSHAN:  Objection; mischaracterizes the

21  witness's testimony.

22            THE WITNESS:  Yeah, I think as -- sorry.

23            I would say no because, as I mentioned, I

24  think, a component of that gold standard terminology

25  that I was using was the prevailing formulation for

HIGHLY CONFIDENTIAL

1  which others need to try to match or supersede in terms

2  of overall utility and efficacy.  I personally don't

3  think that there has been a product, a methylphenidate

4  product that has superseded that.

5  BY MR. BATEMAN:

6      Q.  Are there ones that have equaled it?

7      A.  I think there are ones that in many patients

8  produce comparable clinical benefits.

9      Q.  And what are those?

10     A.  I think most of the long-acting ones

11 potentially in any given patient might do that.

12 Ritalin LA, for example, I think can approximate in

13 some patients the same kind of benefits.

14     Q.  Metadate?

15     A.  I have very little experience with Metadate, if

16 at all, less so than with Ritalin LA, and I've heard

17 less about the positive attributes of Metadate than

18 let's say Ritalin LA so I wouldn't -- I think it's

19 possible.

20     Q.  Any other methylphenidate products?

21     A.  Are you asking me if there are other

22 methylphenidate --

23     Q.  Other ones that have equaled the clinical

24 profile of Concerta.

25     A.  In terms of its benefits?

HIGHLY CONFIDENTIAL

Page 135

1    is expressed by, you know, most new medications when

2    they would come out would try to I think show features

3    that are comparable to Concerta, Concerta-like, either

4    their efficacy or their pharmacokinetic profile,

5    suggesting again that there's an acceptance that

6    Concerta has this gold standard position in the market

7    in the options available for which they would like to

8    also share some of that profile or benefit.

9    BY MR. BATEMAN:

10        Q.   Is there a product that you would consider to

11    be the gold standard product for treating ADHD not

12    necessarily including methylphenidate?

13        A.   I think that -- I think that there's -- myself,

14    I think that there's probably comparable gold

15    standardness, if you will, between Adderall XR and

16    Concerta, Adderall being a non-methylphenidate product.

17        Q.   Is it your understanding that more

18    prescriptions are written for Adderall XR than for

19    Concerta for treating ADHD?

20        A.   I'm not sure.  I know that the two are usually

21    the two market share leaders and my impression is that

22    they're pretty close.

23        Q.   Which came out first, Concerta or Adderall XR?

24        A.   Concerta came out before Adderall XR.

25        Q.   And since Adderall XR came out, has it been

HIGHLY CONFIDENTIAL

Page 144

1    deposition of David Feifel, M.D., Ph.D.  The time is

2    4:25 p.m. on July 31st, 2007.

3    BY MR. BATEMAN:

4         Q.  If you could take a look at Exhibit 3, that's

5    the Mayersohn expert report, in particular at paragraph

6    23 which is on page 7, if you could just read that to

7    yourself for a moment.

8         Did you read the paragraph?

9         A.  Yes, I did.

10        Q.  And in this paragraph he's describing an

11   article that indicates that CNS stimulants exhibit an

12   acute tolerance; is that fair?

13        A.  Yes.

14        Q.  Now, as part of your work on this case did you

15   go and look at the article that he's quoting here?

16        A.  I don't recall if I actually saw the Angrist

17   article that he refers to.

18        Q.  Now, is it correct to say that methylphenidate

19   is a CNS stimulant?

20        A.  The methylphenidate is considered to be a CNS

21   stimulant.

22        Q.  So would you consider this to be an indication

23   in the published literature that methylphenidate may

24   exhibit acute tolerance?

25        A.  No, not really.  If you note, this -- first of

HIGHLY CONFIDENTIAL

Page 145

1   all, Dr. Mayersohn references only this one source, and

2   if it was well accepted I think he'd be able to

3   reference multiple sources.  Secondly, you'll note that

4   this seems to be not an original research paper but an

5   update or a review, and so I don't think that this

6   source actually has any evidence per se.  He's talking

7   about somebody who has stated this.  And, thirdly,

8   I would say that even though there are all kinds of

9   literature, medical literature is voluminous and there

10  are all kinds of things that one can find in esoteric

11  places.  Clearly in the Swanson article in 1999, in an

12  original peer-reviewed paper, Swanson is, and his

13  colleagues, many colleagues are stating that it is not

14  known why Ritalin SR would not be efficacious and is

15  demonstrating tolerance.  So clearly this paper was

16  accepted and in a peer-reviewed journal under the

17  assumption it's presenting new information to the field.

18       Q.  Now, is it possible, though, that the authors

19  of the Swanson paper were not aware of other instances

20  in the literature indicating that methylphenidate

21  exhibits acute tolerance?

22       A.  I think it's possible that they're not aware of

23  this quote.  But it's almost inconceivable that none of

24  those authors nor the experts that reviewed this nor the

25  editor that accepted it into the journal wouldn't have

HIGHLY CONFIDENTIAL

Page 146

1   said but this is already well established, why would we

2   want to publish this, and that Swanson and his expert

3   team would have undertaken a study, the aim of which was

4   to investigate something that was already well

5   established.

6       Q.  Well, let's see.  Is it, though, quite possible

7   that although it had not been scientifically proven as

8   of the time of the Swanson paper that methylphenidate

9   exhibits acute tolerance, it had been hypothesized by

10  others in scientific publications that methylphenidate

11  exhibits acute tolerance?

12      A.  As I think I mentioned before, I have no doubt

13  that some people somewhere hypothesized that, along with

14  many other things.  But I think that in Mayersohn's

15  report he's saying it was known, if I can quote, "it

16  was known that acute tolerance has been shown to exist."

17      Q.  What sort of test is required in your view to

18  show that methylphenidate exhibits acute tolerance?

19      A.  I think a test similar to what Dr. Swanson and

20  his team did I think very compellingly demonstrated

21  there was acute tolerance.  I think we also have to be

22  aware that when one talks about an effect like

23  tolerance, they may be referring to some evidence from

24  some animal models of tolerance and not necessarily in

25  humans.  It doesn't specifically state in the quote

HIGHLY CONFIDENTIAL

Page 147

1    whether this was from animal research, any research;

2    it's just an isolated statement.

3         Q.  Would an experiment in which it was observed

4    that the clinical profile worsened with a constant

5    plasma concentration of methylphenidate indicate to you

6    that methylphenidate exhibits acute tolerance?

7              MR. KUSHAN:  Objection; vague.

8              THE WITNESS:  I wouldn't think that it would

9    compellingly indicate that that's the cause of.  It

10   could be one possibility.

11   BY MR. BATEMAN:

12        Q.  What is it that's in the -- in addition to that

13   that's in the Swanson publication that you think

14   compellingly indicates that methylphenidate exhibits

15   acute tolerance?

16        A.  Well, I think the Swanson paper demonstrates --

17   has a number of elements that are together for the first

18   time.  The reports up to that point with regards to

19   Ritalin SR were only that it was not -- did not seem

20   to be efficacious and people were not using it.  There

21   was no study where that efficacy was actually in a

22   controlled setting demonstrate -- lack of efficacy or

23   lack of efficacy was demonstrated in a controlled

24   setting.

25              So I think, number one, this study in a very

HIGHLY CONFIDENTIAL

Page 148

1    controlled, compelling way showed that when you achieve

2    a plasma level and hold it there for a period of hours,

3    that the efficacy within a given individual on average

4    decreases over time; that had never been done in a

5    controlled scientific fashion.

6              The second element that's in the Swanson paper

7    is that when you increase the dose over time, you negate

8    that lack of efficacy.  So those two -- again, in a

9    controlled setting.  So those two things together really

10   are convincing, compelling evidence that what is -- that

11   a decrease in sensitivity is occurring over time.

12       Q.  Now, in the following paragraph here in the

13   Mayersohn report, so paragraph 24 on page 7 which

14   continues over to page 8, can you just read that one to

15   yourself for a moment?

16       A.  Sure.  I've read it.

17       Q.  Okay.  Now, in that paragraph, Dr. Mayersohn is

18   describing another article; is that fair?

19       A.  Yes.

20       Q.  And in this other article, are the authors

21   indicating that methylphenidate may be prone to acute

22   tolerance?

23       A.  I think they are suggesting that it's a

24   possibility.

25       Q.  Now, it looks like this article appeared in the

HIGHLY CONFIDENTIAL

Page 151

1    tachyphylaxis is perplexing.  There's an element there

2    that raises a question about whether methylphenidate SR

3    may be more prone to tachyphylaxis, similar to that seen

4    using sympathomimetics with longer half lives than

5    standard MPH.  So I think he's suggesting that standard

6    methylphenidate doesn't demonstrate the tachyphylaxis

7    but it requires maybe -- maybe it's something about the

8    long half life of methylphenidate SR.

9         So I think inherent in this paragraph is that

10   this is not always seen and maybe there's something that

11   makes this more vulnerable to this, but it clearly I

12   think has the quality of speculation.  Clearly there's

13   no even established evidence that there is this --

14   nowhere here actually does he say, in the Birmaher quote

15   state that there's a lack of efficacy; it's sort of

16   implied that this was maybe stated earlier on.

17       Q.  Now, let's see.  Before the Swanson paper

18   was published and even let's say before 1995, it was

19   well-known that Ritalin SR produced a plasma profile

20   that rose to a certain level and then stayed constant

21   for an extended period of time; is that fair?

22       A.  I believe that's true, yes.

23       Q.  And it was also known that Ritalin SR had

24   reduced efficacy later in the day; is that also fair?

25       A.  I wouldn't totally agree with that.  I think

HIGHLY CONFIDENTIAL

Page 152

1  that what was -- there was -- the difference between

2  something being established on a scientific basis in a

3  controlled setting versus sort of a clinical perception

4  and I think, as Swanson states and is quite accurate in

5  the 1999 paper, when he refers to the SR methylphenidate

6  formulation, he says "but they are not considered to be

7  as effective as multiple dose and immediate-release

8  preparations and are not widely accepted for clinical

9  use."

10          And I think he doesn't even -- so there's a

11  couple things there.  He's clearly just stating that

12  they're not as accepted, that they're considered to be

13  less effective but it's not been established and also

14  note there's no indication there of a time course

15  decrease.  And my own experience with Ritalin SR was

16  that just patients felt it wasn't as effective.  And it

17  wasn't like there was a very clear reports consistently

18  saying, wow, this is really great medication for the

19  first X-number of hours then it stops working.  My

20  experience and the general perception, my general

21  perception of what the common feeling about the

22  medication was by physicians who had prescribed it based

23  on their patients was patients were just not feeling it

24  was as efficacious as the immediate-release.  So I don't

25  think this time course was -- loss of efficacy was at

HIGHLY CONFIDENTIAL

Page 153

1   all very firmly established.

2        Q.  Regardless of whether there had been a clinical

3   trial to establish that Ritalin SR had reduced efficacy

4   later in the day, was there a perception of physicians

5   prior to 1995 that that was a problem with Ritalin SR?

6        A.  I believe that that's true, that there was

7   a perception that Ritalin SR was not as efficacious.

8   I think there's -- there was less of a clear perception

9   that it was a time course issue that was efficacy on one

10  part of the day and not efficacy the other part of the

11  day.  I certainly don't remember in that era being a

12  clear, consistent report from my patients.  They just

13  overall felt I'm not getting the kind of benefits I'm

14  getting from the IR version that had been on previously.

15       Q.  Would those two pieces of information, if you

16  had them, number one being Ritalin SR produces a plasma

17  concentration that rises to a point and then stays flat

18  for an extended period, number one, and number two, that

19  Ritalin SR loses efficacy later in the day, would those

20  two pieces of information suggest to you that Ritalin SR

21  produces acute tolerance?

22            MR. KUSHAN:  Objection; compound.

23            THE WITNESS:  I think that it would tell me

24  that there's a time course to the efficacy, but there

25  are other possibilities.  Off the top of my head, it's

HIGHLY CONFIDENTIAL

Page 154

1  possible that the nature of the disease is that there's

2  a circadian cycle to it and that later in the day one

3  needs, because of the disease, one needs a higher plasma

4  level to treat the disease; the disease fluctuates like

5  many things do, depression, for example.  So I think all

6  that one can say is that for some reason this

7  formulation is having less benefits later in the day,

8  assuming that one knew that.  Again, I'm stating that

9  I'm not even -- I don't even believe that it was all

10  that clear that it was -- that was the nature of the

11  problem, that it was time course.  I think it was much

12  more established that it was just not as satisfactory to

13  patients from an efficacy point of view.

14  BY MR. BATEMAN:

15     Q.  Okay.  Looking again at your -- I guess it's

16  your rebuttal report, so Exhibit 2, and looking

17  specifically at the page 19 and the section regarding

18  the 514 provisional application; do you see that?

19     A.  Yes, I do.

20     Q.  I'm going to go ahead and mark a copy of that

21  application as Exhibit 6.

22          (Exhibit 6 was marked

23          for identification.)

24  BY MR. BATEMAN:

25     Q.  And just ask you to confirm for me that what

HIGHLY CONFIDENTIAL

Page 163

1   formulations.

2        Q.  Are you aware of any uncommercialized

3   formulations?

4        A.  No.

5        Q.  Why don't you think there were any attempts to

6   improve upon Ritalin SR?  I'm sorry.

7        A.  I think it was simply and primarily due to

8   the fact that nobody really understood well or had

9   confidence that they really understood what was the key

10  problem underlying the failure of Ritalin SR.  And I

11  think the entry of Concerta, which was the first

12  accepted successful attempt, was made possible by an

13  understanding of what would likely -- reason for the

14  failure of SR was that it had not existed before.

15       Q.  After Ritalin SR was introduced, are you aware

16  of others trying to determine what was the cause of the

17  reduced efficacy of Ritalin SR?

18       A.  I'm not aware of any specifically, no.

19       Q.  If you could look at page 13, paragraph 37, and

20  just read that to yourself.

21       A.  Yes, I have.

22       Q.  So is it your view that the feature of having

23  an ascending release rate is critical to the

24  effectiveness of Concerta?

25       A.  It is my belief, based on what I've learned

HIGHLY CONFIDENTIAL

Page 164

1  about Concerta and the pharmacokinetics involved in

2  treating ADHD with methylphenidate, that the ascending

3  plasma level is a critical feature, yes.

4      Q.  What is it that you've learned that's taught

5  you that, in your view?

6      A.  What's taught me that is the fact that a flat

7  plasma level formulation is not effective.  That a well

8  controlled study demonstrated that a flat level, level

9  of methylphenidate formulation, had reduced efficacy

10  over an acute time period whereas an ascending plasma

11  level profile did not lose efficacy over the course of a

12  day and that a commercial -- at least one commercial

13  product, namely Concerta, that has an ascending,

14  substantially ascending profile seems to be accepted as

15  being efficacious without losing efficacy.  Those are

16  the things, the basic elements that lead me to conclude

17  that the ascending plasma profile is a critical feature

18  of Concerta's effectiveness as a once-a-day product.

19      Q.  How about the ascending release rate; why is

20  that part critical?

21      A.  I would have to say that the ascending release

22  rate is really just -- probably doesn't reflect what

23  really my intention was.  That is just a particular

24  method or means of achieving that pharmacokinetic

25  profile and plasma level.  So I would say that that's

HIGHLY CONFIDENTIAL

Page 165

1    a -- that's not a very precise statement of my

2    intention.

3        Q.  The ascending release rate is not critical to

4    the effectiveness of Concerta?

5            MR. KUSHAN:  Objection; mischaracterizes his

6    testimony.

7            THE WITNESS:  I think -- no.  I would say that

8    in the case of Concerta, since that's -- it's my

9    understanding that's the way Concerta achieves that

10   ascending plasma level for that particular product,

11   it is essential.  So release rate, if indeed -- if my

12   understanding is correct is a methodology by which

13   ascending plasma level is achieved would be critical for

14   that particular product as well.

15   BY MR. BATEMAN:

16       Q.  Now, using an osmotic dosage form with

17   particular features is the means by which Concerta

18   achieves the ascending plasma profile; is that fair?

19       A.  I think I agree that's a fair statement.

20       Q.  Would you characterize that as critical to the

21   effectiveness of Concerta?

22       A.  Of what?

23       Q.  Use of an osmotic dosage form having particular

24   features.

25       A.  No.  I think the use of the osmotic technology

HIGHLY CONFIDENTIAL

Page 166

1   is just one successful way of achieving that.

2       Q.   Now, will any product in your view that has an

3   ascending pharmacokinetic profile be effective as a

4   once-a-day treatment for ADHD?

5           MR. KUSHAN:  Objection; vague and ambiguous.

6           THE WITNESS:  Do you mean an ascending -- any

7   methylphenidate product?

8   BY MR. BATEMAN:

9       Q.   Yes.

10      A.   I'll answer that this way:  I think that any

11  product that is able to replicate the methylphenidate

12  plasma profile that Concerta produces in my opinion will

13  be comparably effective.

14      Q.   Well, how about just a product that has

15  an ascending methylphenidate plasma profile, not

16  necessarily identical or the same as that of Concerta;

17  would that be -- would any such product be effective as

18  a once-a-day treatment?

19          MR. KUSHAN:  Objection; vague and compound

20  question.

21          THE WITNESS:  I think this reverts back to the

22  hypothetical scenarios that you had posed previously,

23  some of which never even reached the clinically

24  therapeutic blood levels.  So I would have to say, based

25  on that, no, not any product with only the feature of

Page 167

1  ascending profile would be efficacious, including an

2  osmotic-based profile, osmotic-based formulation.

3  BY MR. BATEMAN:

4      Q.  How about any product, what you call a

5  substantially ascending methylphenidate profile; would

6  that, any such product meeting that criterion be

7  effective as a once-a-day treatment?

8      A.  Not necessarily.

9      Q.  And could you explain?

10     A.  Again, if you recall that some of the

11  hypothetical formulations that you had posed had

12  no therapeutic level for several hours and then

13  substantially increased and then substantially

14  decreased, I don't believe that would be as effective

15  as Concerta's profile.

16     Q.  Just to ask about a different one of the

17  hypotheticals we talked about earlier, but a drug

18  product that produced a methylphenidate plasma

19  concentration that increased substantially from zero to

20  one hour but then increased at only a one percent rate

21  from hour one to hour eight, that hypothetical product,

22  do you believe that would be effective as a once-a-day

23  treatment of ADHD?

24         MR. KUSHAN:  Objection; vague and compound

25  question.

HIGHLY CONFIDENTIAL

Page 168

1          THE WITNESS:  Again, that kind of goes back to

2     the same issue I had in the past with the hypotheticals.

3     Since no part of that exists and I've never had

4     experience with it, at best I could offer a wild guess,

5     but even so, I'm lacking information.  For example, you

6     said it increased for the first hour, but does it get to

7     the -- does it get to levels where the average person

8     will have clinical benefit in the first hour?

9     BY MR. BATEMAN:

10         Q.  Yes.

11         A.  And then it will increase one percent and

12     you're asking if it will be what?

13         Q.  Effective as a once-a-day treatment for ADHD.

14         A.  I believe it will be less effective than

15     Concerta and less effective than IR methylphenidate, but

16     I would only be speculating.

17         Q.  And it would not satisfy the substantial unmet

18     need that you describe in your expert report?

19         A.  I would guess that it would not.

20         Q.  Looking at the next paragraph, you say

21     "As a direct result of its ascending release rate

22     and rate of absorption in the body, I understand that

23     methylphenidate plasma levels steadily rise following

24     administration of the product," and that's referring to

25     Concerta; is that right?

HIGHLY CONFIDENTIAL

Page 169

1       A.  Correct.

2       Q.  What do you mean by "the rate of absorption in

3    the body" in that sentence?

4       A.  Could you remind me what paragraph you're

5    talking about?

6       Q.  Paragraph 38, first sentence.

7       A.  Can you repeat the question?

8       Q.  What do you mean by "rate of absorption in the

9    body" as you use it here in the first sentence of

10   paragraph 38?

11      A.  I think I mean by the rate at which the body

12   absorbs into the blood methylphenidate from the GI

13   tract.

14      Q.  Are you saying here that the rate that

15   methylphenidate is absorbed in the body steadily rises

16   after Concerta is administered to a patient?

17      A.  I do believe that that's true.

18      Q.  So, in other words, if you look at different

19   points in time, the rate of absorption will be higher as

20   time passes; is that correct?

21      A.  I do believe that's true as a function of the

22   fact that more of the methylphenidate is being released

23   from the osmotic formulation.

24      Q.  Looking at paragraph 50 on page 16.

25      A.  Yes, I see it.

HIGHLY CONFIDENTIAL

Page 170

1    Q.   Okay.   You say that "Ritalin SR's theorized

2    pharmacokinetic profile was considered to be more

3    desirable than the sawtooth profile that resulted from

4    the immediate-release methylphenidate products."

5    A.   Correct.

6    Q.   What's the basis of that?

7    A.   The basis of my statement, my opinion on that?

8    Q.   Yes.

9    A.   That, again, Ritalin SR's pharmacokinetic

10   profile was one that was constant and did not fluctuate

11   and the sawtooth profile associated with the

12   immediate-release treatment produced undesirable effects

13   that could be directly attributable to that sawtooth

14   pattern.

15        It's also a general principle I think in

16   medicine that drugs that produce a more stable, constant

17   level in the -- that hugs the therapeutic desirable

18   range are preferable and easier to use and better

19   tolerated than drugs that will sawtooth around that

20   desired plasma level.

21   Q.   Why is that?

22   A.   I believe that one of the reasons, the main

23   reasons of that is that, as a general principle, when

24   you go beyond the desired -- the optimal plasma

25   therapeutic level, you open -- you open up the

HIGHLY CONFIDENTIAL

Page 171

1    possibility of side-effects because you're overshooting,

2    and when you're shooting below, you open up the

3    possibility of gaps in the therapeutic coverage.

4    And then often times, and in the particular case with

5    methylphenidate, when you have a very rapid transition

6    in the blood, especially downwards, we've seen adverse

7    events that correlate to that very rapid transition that

8    fall in blood levels.

9        Q.  Now, if you could look at paragraph 52 on

10   page 17.

11       A.  I see that, yes.

12       Q.  And if you'd just read that to yourself.

13       A.  Yes, I've read that.

14       Q.  Okay.  In this paragraph you were describing

15   some drawbacks from an ascending pharmacoplasma

16   concentration profile; is that right?

17       A.  Yes, that's correct.

18       Q.  And just for the record, what are those

19   drawbacks?

20       A.  As I stated it, one might -- again, this is

21   based on no knowledge of acute tolerance occurring.

22   And absent that knowledge, an ascending profile could

23   produce a situation where it would be difficult for

24   physicians to find the optimal dose that balanced

25   efficacy and side-effects.

HIGHLY CONFIDENTIAL

Page 172

1    Q.   And in your practice with Concerta have you

2    experienced those difficulties?

3    A.   No, not -- not really.

4    Q.   So these are sort of hypothetical difficulties

5    that one might experience with an ascending plasma

6    profile?

7    A.   These are potential adverse outcomes of

8    ascending profile if there isn't inherent tolerance

9    functioning.  An ascending profile, any profile that

10   changes over the course of the duration of the

11   compound's clinical duration is a moving target, if

12   you will.  And if you have a patient that's not changing

13   their sensitivity to that compound over time but that

14   compound's changing in its exposure level to the

15   patient, then what might be an optimal dose producing an

16   optimal blood level at one period of time may later on

17   not be optimal because it's a moving target.

18         So this is why generally when, as far as I

19   know, when pharmaceutical companies try to create

20   extended release formulations or once-a-day, the kind

21   of ideal is to have a flat plasma level.

22   Q.   Let's see.  With methylphenidate is it fair to

23   say that the optimal plasma concentration changes over

24   time?

25   A.   Yes, because of the tolerance.  What might be

HIGHLY CONFIDENTIAL

Page 176

1     Q.   Let's see.   If you could look at page 18 of

2   your rebuttal report, paragraph 53.   In the first

3   sentence there, you say "It is generally assumed that a

4   patient's sensitivity to a drug does not change over the

5   short term of several hours."   Do you see that?

6     A.   Yes, I do.

7     Q.   Are you indicating there that it's generally

8   assumed that a drug does not have acute tolerance?

9     A.   Yes.

10     Q.   Now, is it your understanding, though, that

11   maybe drugs do exhibit acute tolerance?

12     A.   I don't know if I characterize it as "many."

13   I know that some do.

14     Q.   Certainly methylphenidate is not the only one?

15     A.   No, I believe there are other examples.

16     Q.   When you were testifying before about titrating

17   up, titrating down, as a practical matter, how do you

18   accomplish that when you have just certain dosage forms

19   at your disposal?

20     A.   You basically move to the closest dosage form

21   of what you'd like to -- if you're decreasing and you'd

22   like to cut it in half, you would look at what dosage

23   forms are available and you prescribe that.

24     Q.   If there aren't other dosage forms available,

25   do you cut pills in half or ....

HIGHLY CONFIDENTIAL

Page 180

1    the previous reference where it was counterclockwise.

2    So in the previous reference what made me feel that

3    there was a reasonable possibility of tolerance

4    occurring, and it wasn't the only explanation even in

5    that reference, was the visual that helped me understand

6    and not so much the term "hysteresis," let alone

7    "clockwise" versus "counterclockwise."  I'm not sure how

8    that changes anything.

9         Q.  I've marked this as Exhibit 8.

10             (Exhibit 8 was marked

11             for identification.)

12             THE WITNESS:  Thank you.

13    BY MR. BATEMAN:

14         Q.  A copy of the Birmaher or Birmaher article

15    that we had discussed previously.  And I just for

16    starters want to see if, now looking at it, if it

17    appears this is an article that you reviewed in

18    connection with your work on the case?

19         A.  Because it's been so many months since I

20    originally reviewed most of the articles in this case,

21    I still couldn't testify whether I -- with certainty

22    whether I did review this or didn't.

23         Q.  If you could just look at the I guess it's

24    page 771, the last page of the article before the

25    references.

HIGHLY CONFIDENTIAL

Page 181

1        A.   771?

2        Q.   Yes.

3        A.   Yes, okay.   And you want me to turn my

4   attention to?

5        Q.   The last paragraph there.

6        A.   That seems to be the same paragraph we reviewed

7   in the exhibit.

8        Q.   And I just want to see if looking at this and

9   seeing it in the article, does it appear here that the

10  authors are concluding that sustained release

11  methylphenidate may be more prone to tachyphylaxis?

12       A.   Well, having just turned attention to that

13  one article, that one same paragraph, no.   I haven't

14  obviously just now read the whole article, so there's no

15  new information from what I've so far seen, except

16  seeing that it's in the context of a full article.

17           I would say -- I just read the abstract which

18  is basically, as you probably know, kind of a synopsis

19  of everything that's -- or the main points contained in

20  the article, and I don't see in that synopsis where the

21  authors are suggesting tolerance or acute -- or

22  tachyphylaxis.   And so if there's a reference or an

23  allusion to it, as there seems to be in the last

24  paragraph, it certainly doesn't seem to be a strong,

25  overarching point or impression or conclusion that

HIGHLY CONFIDENTIAL

Page 182

1    they're making.

2             And I would also add they're stating that the

3    methylphenidate SR has a longer T-max but that it does

4    not reach the same C-max as an identical dose of

5    standard methylphenidate, which I think might offer

6    another potential theory or reason for the apparent lack

7    of -- relative lack of efficacy of that drug.  It might

8    not have anything to do with tolerance, but that it's

9    not reaching the same heights of concentration.

10        Q.  Could you explain that, the relationship or the

11   significance of the T-max?

12        A.  T-max would be, if I understand it correctly,

13   refers to the time to the maximum plasma level.  The

14   C-max refers to the absolute, that means -- C is for

15   concentration, T for time -- the maximum concentration,

16   the point on the pharmacokinetic curve on which

17   concentration is the highest.  So I think what they're

18   saying here is their analysis that methylphenidate

19   either took longer to reach its top concentration or

20   it sustained that concentration for longer.  I'm not

21   sure what they mean by longer T-max, whether it was

22   longer time to T-max or actually the maximum -- the

23   maximum concentration was there for a longer time.  But

24   they are also saying that it doesn't reach the same

25   absolute concentration level as an identical dose of IR

HIGHLY CONFIDENTIAL

Page 183

1  methylphenidate.

2         So having been in prior to 1999 and reading

3  this article, which is a 1989 article, I believe, I can

4  see that as being definitely a very viable hypothesis or

5  a potential explanation based on this that perhaps

6  Ritalin SR is not based on the same efficacy because it

7  doesn't achieve that absolute maximum concentration as

8  standard methylphenidate, and that would have nothing to

9  do with tolerance.

10       Q.  Now, the authors, though, don't postulate that

11  as an explanation for Ritalin SR's reduced efficacy.

12  They postulate the tachyphylaxis as the explanation; is

13  that correct?

14       A.  I think that if you read the paragraph before

15  the last one, they're also describing other things that

16  might be factors in what constitutes the key elements to

17  efficacy.  They state that "sustained release vehicle

18  produces a delayed plasma peak methylphenidate

19  concentration.  This may have implications for the

20  clinical efficacy of methylphenidate.  Earlier work

21  suggests that stimulants exert their major

22  attention-enhancing action during absorption.  It is not

23  clear, however, whether the rate of absorption or simply

24  the peak plasma, or brain, concentrations alone accounts

25  for methylphenidate's efficacy in a given child."

HIGHLY CONFIDENTIAL

Page 184

1         So I think what they're saying, if I understand
2    correctly, is it might be just how high the
3    concentrations get either in the blood or in the brain.
4    "This might be interpreted as a threshold model," in
5    other words, you need to reach a certain absolute
6    threshold before you get that efficacy, "or ramp effect
7    model, rate of absorption-driven kinetics," which would
8    be more likely a time course issue.
9         So I think they're introducing possibilities
10   that might be important factors in the efficacy of
11   methylphenidate and, therefore, the differences in the
12   efficacy's previously stated release, standard release
13   as they call it.
14        Q.  Looking at page 768, which I guess is the first
15   page of the article itself, and at the paragraph on the
16   first full paragraph on the right-hand side about midway
17   down, you see a sentence that begins "With possible
18   explanations of MPH SR's relative inefficacy."  Do you
19   see that?
20        A.  Midway down the full -- first full sentence,
21   first full paragraph?
22        Q.  On the right-hand side.
23        A.  Yes.
24        Q.  Yes.
25        A.  Possible explanations, yes.  I do see that.

HIGHLY CONFIDENTIAL

Page 185

1    Q.  And one of the possible explanations that the

2    authors give here again is tachyphylaxis; is that fair?

3    A.  Yes, it's one of three or four, looks like four

4    possibilities.

5    Q.  Go ahead.

6    A.  Which I think just, again, speaks to the fact

7    that there was no clearly established reason accepted

8    and evidence-supported reason for the perceived lack of

9    efficacy with methylphenidate SR.  They're listing

10   several possibilities as you had asked me to cite

11   earlier on.

12   Q.  Now, we've touched on this before but I just

13   want to make sure about this.  Once you know that

14   methylphenidate exhibits acute tolerance, do you think

15   it would be logical to try to overcome that problem by

16   use of a product that produces an ascending plasma

17   concentration of methylphenidate?

18   A.  I'm not exactly sure what you're asking in

19   terms of "logical."  Let me answer it this way.

20       If I were in charge of decision-making in terms

21   of trying to produce a compound that overcame Ritalin

22   SR, I don't think it would be prudent to simply develop

23   a compound that increased the dose, ascending the dose

24   over time.  I could find out after many -- you know, a

25   lot of time and a lot of money that that wasn't solving

HIGHLY CONFIDENTIAL

Page 186

1    the problem or created other problems.

2             I think it is logical and reasonable to

3    consider that one possible approach to solving the

4    problem and I would -- I'd probably engage in

5    investigations to see if I could determine what approach

6    was likely to be successful, similar to the kinds of

7    studies that were done by Swanson.

8        Q.   Do you think it would be an obvious solution to

9    try?

10            MR. KUSHAN:  Objection; vague.

11            THE WITNESS:   "An obvious solution to try"?

12   What do you mean by "an obvious solution to try"?

13   BY MR. BATEMAN:

14       Q.   Just an obvious approach to take.

15       A.   It would be one of several obvious logical

16   possible approaches.

17       Q.   Now, let's see.  Any given drug product will

18   produce many different plasma concentration profiles in

19   patients; is that fair?

20            MR. KUSHAN:  Objection; vague.

21            THE WITNESS:  Could you repeat it and be a

22   little more precise?

23   BY MR. BATEMAN:

24       Q.   Each time you give a drug product containing

25   methylphenidate to a different patient, you're going to

HIGHLY CONFIDENTIAL

Page 187

1  get a different plasma concentration profile; is that

2  fair?

3      A.  I think that's a fair statement.  It's not

4  going to be identical I think is a more precise way to

5  state it.

6      Q.  Okay, fair.  Now, with Ritalin SR, I guess as

7  we've talked about, that generally produced a flat

8  methylphenidate profile; is that fair?

9      A.  That's fair.

10      Q.  What's your view as to -- if you looked at

11  every patient who ever received Ritalin SR, what's your

12  view as to whether any of those ever exhibited a

13  methylphenidate plasma concentration that ascended

14  from zero to eight hours?

15      A.  Oh, boy.  It's an incredibly speculative

16  question.  I think what you're asking is if I were to

17  take all the patients who ever received Ritalin SR and

18  was able to view their plasma levels would there be at

19  least one of them that demonstrated an ascending

20  profile?

21      Q.  Yes.

22      A.  I think that there's a good chance that that

23  would have happened.

24      Q.  And ascending plasma profile over eight hours;

25  is that fair?

HIGHLY CONFIDENTIAL

Page 188

1    A.  I think that -- if the numbers were high enough

2    and I assume that there were -- altogether hundreds of

3    thousands if not millions of patients given --

4    prescriptions given or doses given, that there would be

5    one profile that would fit that pattern.

6    Q.  Ritalin SR was on the market beginning in 1983,

7    correct?

8    A.  I'm not sure, but that -- I know that it was

9    available in the '80s.

10    Q.  And as I think you intimated, hundreds of

11    thousands if not millions of patients received Ritalin

12    SR; is that correct?

13    A.  Correct.

14    Q.  And out of all those patients, the odds

15    are overwhelming that at least one had a plasma

16    concentration profile of methylphenidate that ascended

17    from zero to eight hours; is that fair?

18         MR. KUSHAN:  Objection; vague.

19         THE WITNESS:  I would say that that's a

20    reasonable guess given known variability from patient to

21    patient and ....

22    BY MR. BATEMAN:

23    Q.  Just a follow-up on one of my hypotheticals.  I

24    asked about a hypothetical methylphenidate product that

25    had a plasma profile that ascended substantially let's

HIGHLY CONFIDENTIAL

Page 191

1    that provides a mean methylphenidate plasma

2    concentration according to Andrx that ascends over a

3    time period of about eight hours."  Do you see that?

4         A.  Um-hum.

5         Q.  Why in this paragraph were you focusing on or

6    in this sentence focusing on mean methylphenidate

7    concentration as opposed to methylphenidate plasma

8    concentration in an individual patient?

9         A.  For the same reasons I just mentioned, that

10   on any given individual there's variability.  And when

11   we talk about a general characteristic of a drug, in

12   other words, its efficacy, its side-effects, you know,

13   I think we tend to refer to the typical and one of the

14   ways in describing the typical is the mean, so the

15   aggregated data over many different individuals.

16             (Exhibit 9 was marked

17             for identification.)

18   BY MR. BATEMAN:

19        Q.  I'll just mark as Exhibit 9 an article from

20   Newsweek.  Does this appear to be an article that you

21   cite in your -- in one of your expert reports?

22        A.  It does.

23        Q.  Looking at the second page, and in particular I

24   guess it's the second full paragraph towards the end, it

25   says "Concerta reduces chances of abuse because it is

HIGHLY CONFIDENTIAL

Page 192

1  made from a paste."

2          Again, this is on the second page of the

3  article in I guess it's the second full paragraph, the

4  paragraph that begins with "The new formulation."

5      A.  Yes, that paragraph, and then you're looking at

6  which sentence there?

7      Q.  "Concerta reduces chances of abuse because it

8  is made from a paste."

9      A.  I see that, yes.

10     Q.  Has that been your experience with Concerta?

11     A.  I have very little experience in my patients

12  producing -- having abuse, but I do believe that is

13  true, that statement.

14     Q.  And is that a result of Concerta being an

15  osmotic dosage form that it has this reduced chance of

16  abuse?

17     A.  I think there's two factors that give Concerta

18  a reduced chance.  One is the fact that it's a

19  long-acting formulation and long-acting formulations of

20  stimulants tend to produce less reinforcing effects when

21  they're taken.  However, most medications, long-acting

22  or short-acting, their pharmacokinetics in the brain can

23  be changed by physically modifying them, by chopping

24  them up.  And so I think the fact that that's not

25  physically possible as far as I know with the Concerta,

HIGHLY CONFIDENTIAL

Page 193

1    that if you chopped it up you would produce a paste or a

2    gel, it also eliminates the possibility and the

3    likelihood of people trying to divert it for

4    recreational uses by changing its physical properties

5    and snorting it.

6        Q.   In your view, is that one of the things that

7    has contributed to the success of Concerta, the reduced

8    possibility of abuse?

9        A.   I think that that's a contributor, yes.

10        Q.   Looking at the next paragraph, this refers to a

11    number of I guess side-effects produced by Concerta; do

12    you see that?

13        A.   Yes.

14        Q.   And are those side-effects that you've

15    observed?

16        A.   Yes.  I'm happy to say ones that I also include

17    in my description.

18        Q.   And in the next sentence here it indicates

19    that one I guess possible drawback for Concerta is that

20    its -- when you need efficacy for more than 12 hours,

21    you can't really take just a second dose of Concerta to

22    achieve it; is that fair?

23        A.   I think that's true, that generally you can't

24    and you wouldn't take a second dose because that would

25    really give you a very extended effect over a 24-hour

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC
1350 BROADWAY
NEW YORK, NEW YORK  10018
212/490-3430

NAME OF CASE:
ALZA CORPORATION, et al. v. IMPAX LABORATORIES, INC. et al.

DATES OF DEPOSITION:  July 31, 2007

NAME OF DEPONENT:  **Dr. David Feifel**

| PAGE | LINE | EXISTING TEXT | CHANGE TO | REASON |
|---|---|---|---|---|
| 6 | 20 | "litigation" | DELETE | Clarification |
| 7 | 7 | "filing" | "arguing" | Clarification |
| 12 | 11 | "two I'd" | "two.  By this time I'd" | Clarification |
| 12 | 22 | "reviewed" | "examined" | Clarification |
| 13 | 19 | "the" | DELETE | Clarification |
| 15 | 15 | "my" | "the" | Clarification |
| 16 | 10 | "exceeding" | "exceedingly" | Clarification |
| 18 | 7 | "for" | "favoring" | Clarification |
| 20 | 18 | "more Concerta" | "more frequently prescribed Concerta" | Clarification |
| 21 | 6 | "Correct," | "I mean" | Clarification |
| 30 | 14 | "very" | "there was very" | Clarification |
| 39 | 13 | "who is" | "who I" | Clarification |
| 47 | 7 | "it" | "any" | Clarification |
| 61 | 22 | "are" | "is" | Clarification |
| 69 | 11 | "considered" | "considered an osmotic dosage form" | Clarification |
| 77 | 17 | "tips" | "dips" | Transcription error |
| 82 | 22 | "about" | DELETE | Clarification |
| 116 | 23 | "the" | "any drug's" | Clarification |
| 121 | 5 | "the a" | DELETE | Clarification |
| 124 | 13 | "the" | DELETE | Clarification |
| 158 | 13 | "suite" | "sweet" | Transcription error |
| 186 | 4 | "and I would – I'd probably" | "would be to" | Clarification |

| 186 | 16 | "approaches" | "approaches, but not an approach I would have thought likely to work." | Clarification |
|---|---|---|---|---|
| 187 | 23 | "happened" | "happened in the sense that a patient could conceivably have a higher plasma concentration at hour 8 than earlier in the day. I do not believe, however, that a patient taking Ritalin SR would have a plasma concentration that reached a maximum at about 8 hours." | Clarification |
| 188 | 5 | "pattern." | "pattern in the sense that a patient could conceivably have a higher plasma concentration at hour 8 than earlier in the day. I do not believe, however, that a patient taking Ritalin SR would have a plasma concentration that reached a maximum at about 8 hours." | Clarification |
| 188 | 21 | "and …." | "in the sense that a patient could conceivably have a higher plasma concentration at hour 8 than earlier in the day. I do not believe, however, that a patient taking Ritalin SR would have a plasma concentration that reached a maximum at about 8 hours." | Clarification |

Witness signature: _____

Subscribed and sworn to before me

this __7th__ day of __September__ 2007.

ELISABETH REYNOLDS
Notary Public, State of New York
No. 01RE6146955
Qualified in New York County
Commission Expires 05/20/20 10

_____
Notary Public

2