IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ANDRX PHARMACEUTICALS, LLC and<br>ANDRX CORPORATION,<br><br>        Defendants. | C.A. No. 05-642-JJF |

## STIPULATED ORDER

WHEREAS, on May 5, 2008, the parties filed a proposed stipulated order with the Court wherein the parties stipulated and agreed that the parties' post-trial proposed findings of fact and conclusions of law shall be served and filed on or before May 30, 2008;

WHEREAS, on May 29, 2008, at Defendants' request, the parties filed a proposed stipulated order with the Court seeking to extend the date to serve and file the post-trial proposed findings of fact and conclusions of law by one week to June 6, 2008, which was so ordered by the Court on June 2, 2008;

WHEREAS, counsel for Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation (collectively, "Andrx") have asked counsel for Plaintiffs Alza Corporation and McNeil-PPC, Inc. (collectively, "Alza") to agree to extend the date to serve and file the post-trial proposed findings of fact and conclusions of law by one additional week to June 13, 2008;

WHEREAS, Alza has consented to Andrx's request;

WHEREAS, the parties do not expect to seek any further extensions;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the parties' post-trial proposed findings of fact and conclusions of law shall be served and filed on or before June 13, 2008.

| ASHBY & GEDDES | RAWLE & HENDERSON, LLP |
|---|---|
| /s/ Steven J. Balick | /s/ George T. Lees III |
| Steven J. Balick (I.D. #2114) | William J. Cattie, III (I.D. #953) |
| John G. Day (I.D. # 2403) | George T. Lees, III (I.D. #3647) |
| Tiffany Geyer Lydon (I.D. #3950) | 300 Delaware Avenue |
| 500 Delaware Avenue, 8th Floor | Suite 1015 |
| P.O. Box 1150 | P.O. Box 588 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0588 |
| 302-654-1888 | 302-778-1200 |
| sbalick@ashby-geddes.com | wcattie@rawle.com |
| jday@ashby-geddes.com | glees@rawle.com |
| tlydon@ashby-geddes.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

2433567-1