IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 05-642-JJF |
| ANDRX PHARMACEUTICALS, LLC and<br>ANDRX CORPORATION, | )<br>)<br>)<br>) | |
| Defendants. | )<br>)<br>) | |

## STIPULATED ORDER

WHEREAS, on May 5, 2008, the parties filed a proposed stipulated order with the Court wherein the parties stipulated and agreed that the parties' post-trial proposed findings of fact and conclusions of law shall be served and filed on or before May 30, 2008;

WHEREAS, on May 29, 2008, at Defendants' request, the parties filed a proposed stipulated order with the Court seeking to extend the date to serve and file the post-trial proposed findings of fact and conclusions of law by one week to June 6, 2008, which was so ordered by the Court on June 2, 2008;

WHEREAS, on June 4, 2008, at Defendants' request, the parties filed a proposed stipulated order with the Court seeking to extend the date to serve and file the post-trial proposed findings of fact and conclusions of law by one week to June 13, 2006, which was so ordered by the Court on June 5, 2008;

WHEREAS, on June 13, 2008 lead counsel for Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation (collectively, "Andrx"), the firm of Kenyon & Kenyon, LLP, suffered an unexpected power outage which has affected their entire office, to include their computer system. The power outage is significant in that it has affected a significant part of Washington, D.C.

WHEREAS, counsel for Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation (collectively, "Andrx"), in light of the unforeseeable circumstances, have asked counsel for Plaintiffs Alza Corporation and McNeil-PPC, Inc. (collectively, "Alza") to agree to extend the date to serve and file the post-trial proposed findings of fact and conclusions of law by one additional business day to June 16, 2008;

WHEREAS, Alza has consented to Andrx's request;

WHEREAS, the parties do not expect to seek any further extensions;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the parties' post-trial proposed findings of fact and conclusions of law shall be served and filed on or before June 16, 2008.

**SIGNATURES ON FOLLOWING PAGE**

2443399-1

| ASHBY & GEDDES | RAWLE & HENDERSON, LLP |
|---|---|
| /s/ Steven J. Balick | /s/ George T. Lees III |
| Steven J. Balick (I.D. #2114) | William J. Cattie, III (I.D. #953) |
| John G. Day (I.D. # 2403) | George T. Lees, III (I.D. #3647) |
| Tiffany Geyer Lydon (I.D. #3950) | 300 Delaware Avenue |
| 500 Delaware Avenue, 8th Floor | Suite 1015 |
| P.O. Box 1150 | P.O. Box 588 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0588 |
| 302-654-1888 | 302-778-1200 |
| sbalick@ashby-geddes.com | wcattie@rawle.com |
| jday@ashby-geddes.com | glees@rawle.com |
| tlydon@ashby-geddes.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

2443399-1