# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 3, 2008

The Honorable Joseph J. Farnan, Jr.             **HAND DELIVERY**
United States District Court
844 King Street
Wilmington, Delaware 19801

Re:  *Alza Corporation, et al. v. Andrx Pharmaceuticals, LLC, et al.,*
C.A. No. 05-642-JJF

Dear Judge Farnan:

      In the hope it will be of assistance to the Court, I am writing on behalf of plaintiffs ("Alza") in the above action in order to provide a DVD containing a hyperlinked version of the Post-Trial Findings of Fact and Conclusions of Law that Alza filed under seal on June 16, 2008 (D.I. 181) ("Alza's Proposed Findings"). This will allow the Court to click on a hyperlinked citation and immediately be able to view the cited exhibit.[1] Also enclosed, on a second DVD, is a Word version of Alza's Proposed Findings, which will allow the Court to cut and paste text as needed, rather than have to re-type everything from scratch when working on a decision. For the Court's convenience, three copies of each DVD are enclosed.

Respectfully,

Steven J. Balick

SJB/dmf
Enclosures

cc: William J. Cattie, III, Esquire (by hand; w/ enclosures)
     John W. Bateman, Esquire (via electronic mail; w/o enclosures)
     David T. Pritikin, Esquire (via electronic mail; w/o enclosures)

---

[1] We note that there are no hyperlinks to exhibits PX 410, DTX 169, DTX 491, and DTX 500, as Alza has not relied upon any of those exhibits.

{00227161;v1}