# RAWLE & HENDERSON LLP



GEORGE T. LEES, III
302-778-1200
GLEES@RAWLE.COM

The Nation's Oldest Law Office • Established in 1783

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

July 2, 2008

**Via Hand Delivery**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re:  Alza Corporation, et al. v. Andrx Pharmaceuticals, LLC, et al.,
     C.A. No. 05-642-JJF

Dear Judge Farnan:

Enclosed under cover of this letter please find three DVDs regarding Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation's Proposed Findings of Fact and Conclusions of Law on DVD. All three DVDs are the same and are being provided for the Court's ease of reference in reviewing Defendants' submission. Each DVD contains a Word® version of Defendants' Proposed Findings of Fact and Conclusions of Law as well as a PDF version that is linked to the various exhibits and citations.

It is our understanding that Plaintiffs are expected to submit an electronic version of their Proposed Findings of Fact and Conclusions of Law under separate cover.

Counsel are available at the Court's convenience to address any questions that this correspondence may raise.

Respectfully submitted,

RAWLE & HENDERSON LLP

George T. Lees, III

GTL/dlg
Enclosure
cc:  Steven J. Balick, Esq. (w/enc)
     John G. Day, Esq. (Via Email-w/o enc)
     Tiffany Geyer London, Esq. (Via Email-w/o enc)

# RAWLE & HENDERSON LLP

The Honorable Joseph J. Farnan, Jr.
July 2, 2008
Page 2

    David T. Pritikin, Esq. (Via Email-w/o enc)
    Thomas D. Rein, Esq. (Via Email-w/o enc)
    Jeffrey P. Kushan, Esq. (Via Email-w/o enc)
    Todd A. Wagner, Esq. (Via Email-w/o enc)
    Michael D. Hatcher, Esq. (Via Email-w/o enc)

2456716-1