# CONFIDENTIAL

# FILED UNDER SEAL

Case 1:05-cv-00642-JJF    Document 189    Filed 07/28/2008    Page 1 of 1