IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and McNEIL-PPC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, <br><br> Defendants. | Civil Action No.: 05-642-JJF |

## CONTINGENT MOTION

For the reasons set forth in their simultaneously filed memorandum, Defendants' hereby contingently move the Court to strike portions of Plaintiffs' Post-Trial Findings of Fact and Conclusions of Law to the extent that the Court strikes portions of Defendants' post-trial submissions as requested by Plaintiffs.

Dated: July 28, 2008

/s/ George T. Lees, III
William J. Cattie, III, Esq.
I.D. No. 953
George T. Lees, III, Esq.
I.D. No. 3647
300 Delaware Avenue, Suite 1015
Wilmington, DE 19899-0588
(302) 778-1200
Attorneys for Defendant
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

*Of Counsel*:

John W. Bateman, Esq.
C. Kyle Musgrove, Esq.
Robert F. Vroom, Esq.
Douglas T. Lee, Esq.
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, D.C. 20005
(202) 220-4200