IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and<br>McNEIL-PPC, INC.,<br><br>                Plaintiffs,<br><br>    v.<br><br>ANDRX PHARMACEUTICALS, LLC and<br>ANDRX CORPORATION,<br><br>                Defendants. | Civil Action No.: 05-642-JJF |

**NOTICE OF CONTINGENT MOTION**

PLEASE TAKE NOTICE that Defendants' request that their **Contingent Motion to Strike of Plaintiffs' Post-Trial Submission** be presented to the Honorable Joseph J. Farnan, Jr. at 10:00 a.m. on September 12, 2008.

While Plaintiffs have noticed their motion for oral argument and Defendants have similarly noticed this contingent motion for oral argument for September 12, 2008, Defendants contend that oral argument is not needed because post-trial papers have already been submitted and the motions to strike are sufficiently presented on the parties' written submissions. Therefore, the Court can and should decide the motion and contingent cross-motion on the moving papers. However, should the Court desire further argument, counsel for Defendants can appear at the Court's convenience.

**[SIGNATURE ON NEXT PAGE]**

Dated: July 28, 2008

/s/ George T. Lees, III
William J. Cattie, III, Esq.
I.D. No. 953
George T. Lees, III, Esq.
I.D. No. 3647
300 Delaware Avenue, Suite 1015
Wilmington, DE 19899-0588
(302) 778-1200
Attorneys for Defendant
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

*Of Counsel*:

John W. Bateman, Esq.
C. Kyle Musgrove, Esq.
Robert F. Vroom, Esq.
Douglas T. Lee, Esq.
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, D.C. 20005
(202) 220-4200