# EXHIBIT A

**Musgrove, C. Kyle**

| | |
|---|---|
| From: | Mace, Ann M. [AMace@Sidley.com] |
| Sent: | Friday, November 30, 2007 1:36 PM |
| To: | Musgrove, C. Kyle |
| Subject: | FW: ALZA v. Andrx: Plaintiffs' Final Pre-trial Submission |
| Attachments: | PL Final Opening.pdf; PL Redline Opening.pdf |

---

**From:** Mace, Ann M.
**Sent:** Friday, November 30, 2007 1:34 PM
**To:** kmusgrove@kenyon.com; rvroom@kenyon.com
**Cc:** Wagner, Todd
**Subject:** ALZA v. Andrx: Plaintiffs' Final Pre-trial Submission

Kyle and Robert,
As we discussed, here is the final version of Plaintiffs' Opening Pre-trial Brief and Findings of Fact. As you will see, Plaintiffs have dropped their claim of infringement regarding the '129 patent.

The attached red-line shows changes made since the parties last exchanged briefs on November 9th.
<<PL Final Opening.pdf>> <<PL Redline Opening.pdf>>
Ann M. Mace
Sidley Austin LLP
1501 K Street NW
Washington, D.C. 20005
(202) 736-8295 (phone)
(202) 736-8711 (fax)
amace@sidley.com

```
Sidley Austin LLP mail server made the following annotations on 11/30/07, 12:33:04:
--------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

***************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.


***************************************************************************
```