# EXHIBIT B

**THIS DOCUMENT WAS REDACTED IN ITS ENTIRETY**