# EXHIBIT C

**THIS DOCUMENT WAS REDACTED IN ITS ENTIRETY**