# EXHIBIT D

**THIS DOCUMENT WAS REDACTED IN ITS ENTIRETY**