# EXHIBIT E

**THIS DOCUMENT WAS REDACTED IN ITS ENTIRETY**