UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION, and McNEIL-PPC., INC., ) ) ) | |
| Plaintiffs ) ) | CIVIL ACTION NO. |
| v. ) ) | 05-CV-0642 |
| ANDRX PHARMACEUTICALS, LLC. and ANDRX CORPORATION ) ) ) ) | |
| Defendants. ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of August, 2008, a copy of DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR CONTINGENT CROSS-MOTION TO STRIKE PORTIONS OF PLAINTIFFS' POST-TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW was served via electronic means upon the following person(s):

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer London, Esq.
Ashby & Geddes
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE  19899

Jeffrey P. Kushan, Esq.
Todd A. Wagner, Esq.
Sidley Austin, LLP
1501 K Street, N.W.
Washington, DC  20005

David P. Pritikin, Esq.
Thomas D. Rein, Esq.
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603

Michael D. Hatcher, Esq.
Sidley Austin, LLP
717 North Harwood, Ste. 3400
Dallas, TX  75201

**[SIGNATURE ON NEXT PAGE]**

2490316-1

/s/ William J. Cattie, III  #953
William J. Cattie, III, Esq.
I. D. No. 953
George T. Lees III
I.D. No. 3647
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants
ANDRX PHARMACEUTICALS, LLC
ANDRX CORPORATION

Of Counsel:

John W. Bateman, Esq.
C. Kyle Musgrove, Esq.
Robert F. Vroom, Esq.
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005